# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| ORLY GENGER, | § | |
| | § | CASE NO. 19-10926-TMD |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTER:**

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel hereby appears on behalf SureTec Insurance Company and requests copies of all notice, pleadings, orders, and other documents brought before this Court with respect to the above-captioned case, whether formal or informal, be served on SureTec Insurance Company by and through its counsel, as follows:

> Ryan B. DeLaune
> **CLARK HILL STRASBURGER**
> 901 Main Street, Suite 6000
> Dallas, Texas  75202
> Telephone:  (214) 651-2115
> Facsimile:   (214) 659-4195
> ryan.delaune@clarkhillstrasburger.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, this request includes the documents referenced above and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, disclosure statements, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated:  August 23, 2019

        Respectfully submitted,

        **CLARK HILL STRASBURGER**

        */s/ Ryan B. DeLaune*
        **RYAN B. DELAUNE**
        State Bar No. 24074126
        ryan.delaune@clarkhillstrasburger.com
        901 Main Street, Suite 6000
        Dallas, Texas 75202
        Telephone:    (214) 651-2115
        Facsimile:    (214) 659-4195

        **ATTORNEYS FOR SURETEC INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on all counsel of record on this 23rd day of August, 2019, via electronic notification by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas.

        */s/ Ryan B. DeLaune*
        **RYAN B. DELAUNE**