

# EMMET, MARVIN & MARTIN, LLP
## COUNSELLORS AT LAW

120 Broadway  
New York, New York 10271  
212-238-3000  

**www.emmetmarvin.com**

Thomas A. Pitta  
*Partner*  
Tel: 212-238-3148  
Fax: 212-238-3100 •Fax (alt.) 212-608-0544  
tpitta@emmetmarvin.com

December 11, 2019

<u>**Via ECF and FedEx**</u>  
Honorable James J. Garrity, Jr.  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

      RE:    In re Orly Genger  
                Case No.: 19-13895-jlg

Dear Judge Garrity:

      This firm represents Sagi Genger ("**Sagi**"), a judgment creditor in the above-referenced chapter 7 case that the Bankruptcy Court for the Western District of Texas (the "**Texas Court**") recently transferred to this Court pursuant to our *Motion to Dismiss this Chapter 7 Bankruptcy Case or, Alternatively, to Transfer Venue* (the "**Motion**"). While the Texas Court ruled on the portion of the Motion relating to transfer of venue, it specifically left the alternative relief relating to dismissal of the case for a decision by this Court. In addition to the Motion, various adversary proceedings relating to dischargeability, discovery motions, and other matters were pending before the Texas Court prior to the transfer to this Court.

      Sagi hereby requests that the Court schedule a status conference at its earliest convenience to allow the parties to confer with the Court regarding briefing and hearings schedules for (a) the dismissal portion of the Motion, (b) the dischargeability proceedings, and (c) the other matters before the Court.

      If the Court has any questions or would like to discuss, I can make myself available at the Court's convenience. We thank the Court for its consideration.

EMMET, MARVIN & MARTIN, LLP

Honorable James J. Garrity, Jr.
December 11, 2019
Page 2

          Respectfully submitted,

          /s/ Thomas A. Pitta
          Thomas A. Pitta
          Emmet, Marvin & Martin, LLP
          120 Broadway, 32nd Floor
          New York, New York 10271
          Attorneys for Sagi Genger

Encl.
cc:    John Dellaportas, Esq.
       Michael Bowen, Esq.
       Deborah D. Williamson, Esq.
       Raymond W. Battaglia, Esq.
       Ryan B. DeLaune, Esq.
       Mr. Sagi Genger