**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| ORLY GENGER, | Chapter 7 |
| Debtor. | Case No. 19-13895 (JLG) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that ADBG LLC ("ADBG"), hereby appears in the

above-captioned chapter 7 case by its undersigned counsel.  All papers in this action should also

be served upon the undersigned at the following address:

**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York  10004-1482
Attention:  Christopher K. Kiplok, Esq.

**PLEASE TAKE FURTHER NOTICE** that service by electronic mail should be

made on Hughes Hubbard & Reed LLP at the following address:

chris.kiplok@hugheshubbard.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes,

without limitation, orders and notices of any petition, pleading, complaint, conference, hearing,

application, motion, request, or demand (collectively, the "Filings"), whether formal or informal,

written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise

which affect or seek to affect in any way any rights or interests of ADBG.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of

Appearance and Request for Service of Papers shall not constitute (a) a waiver of the right of

ADBG to contest service of any Filing or (b) a consent by ADBG to the jurisdiction of the

United States Bankruptcy Court for the Southern District of New York with respect to any

proceeding commenced in this case against or otherwise involving ADBG.

Dated: New York, New York
December 11, 2019

**HUGHES HUBBARD & REED LLP**

By: _/s/   Christopher K. Kiplok_
Christopher K. Kiplok

One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
chris.kiplok@hugheshubbard.com

*Attorneys for ADBG LLC*