REITLER KAILAS & ROSENBLATT LLC
Yann Geron, Esq.
Julie B. Wlodinguer, Esq.
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
*Attorneys for Chapter 7 Debtor, Orly Genger*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                :    Chapter 7
                                     :
ORLY GENGER,                         :    Case No. 19-13895-JLG
                                     :
                                     :
          Debtor.                    :
----------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Julie B. Wlodinguer, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of Chapter 7 Debtor Orly Genger in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: January 10, 2020                Respectfully submitted,

                                       **REITLER KAILAS & ROSENBLATT LLC**

                                       By:   _s/ Julie B. Wlodinguer_
                                             Julie B. Wlodinguer
                                             Reitler Kailas & Rosenblatt LLC
                                             885 Third Avenue, 20th Floor
                                             New York, New York 10022
                                             (212) 209-3050
                                             jwlodinguer@reitlerlaw.com

                                       *Attorneys for Chapter 7 Debtor, Orly Genger*