**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza,*
*Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Deborah J. Piazza, Esq.
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                    :    Chapter 7
                                          :
ORLY GENGER,                              :    Case No.: 19-13895 (JLG)
                                          :
              *Debtor*.             :
---------------------------------------------------------------x

## NOTICE OF CASE STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court shall hold a status conference in the above-referenced bankruptcy case on March 4, 2020 at 10:00 a.m.

Dated: New York, New York
        January 28, 2020

                                      **TARTER KRINSKY & DROGIN LLP**
                                      *Attorneys For Deborah J. Piazza,*
                                      *Chapter 7 Trustee*

                    By: /s/ Rocco A. Cavaliere
                        Rocco A. Cavaliere
                        1350 Broadway, 11th Floor
                        New York, New York 10018
                        (212) 216-8000