

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

February 28, 2020

**BY : ELECTRONIC FILING**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    In re Orly Genger (the "Debtor")
               <u>Chapter 7 - Case No. 19-13895 (JLG)</u>

Dear Sir/Madam,

    Deborah J. Piazza, as successor Chapter 7 trustee, has determined that the predecessor permanent trustee, Ron Satija, conducted the 341(a) meeting in this case on August 15, 2019 and such 341(a) meeting was officially closed as set forth on the docket entry dated September 20, 2019.

    No further 341(a) meeting will be scheduled in this bankruptcy case.

    Thank you for your assistance in this matter.

                              Sincerely,

                              /s/ Deborah J. Piazza

                              Deborah J. Piazza
                              Chapter 7 Trustee

{Client/086201/1/02039365.DOCX;1 }