Michael T. Sullivan
**Sullivan & Worcester LLP**
1633 Broadway
New York, New York 10019
(212) 660-3000
msullivan @sullivanlaw.com
*Attorneys for Zeichner Ellman & Krause LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | Case No. 19-13895-jlg |
| Orly Genger, | Chapter 7 |
| Debtor. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEPOSITION SUBPOENA** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, Sagi Genger ("Sagi") served a "Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)," dated March 2, 2020 (the "Subpoena") on Zeichner Ellman & Krause LLP ("ZEK"); and

WHEREAS, ZEK requested and Sagi agreed to extend the time for ZEK to respond to the Subpoena until after the next status conference in the referenced case, which is currently scheduled for May 5, 2020.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. The time for ZEK to respond to the Subpoena is extended to May 16, 2020;

2. Each of Sagi and ZEK reserves and does not waive any claim or defense relating to the Subpoena; and

3. This stipulation may be executed in counterparts and with facsimile or electronic signature which shall have the same binding effect on the parties hereto as an original signature.

| | |
|---|---|
| Dated: New York, New York<br>March 16, 2020 | Dated: New York, New York<br>March 16, 2020 |
| EMMET, MARVIN & MARTIN, LLP | SULLIVAN & WORCESTER LLP |
| By: /s/ John Dellaportas<br>    John Dellaportas, Esq.<br>    Thomas A. Pitta, Esq. | By: /s/ Michael T. Sullivan<br>    Michael T. Sullivan, Esq. |
| 120 Broadway, 32nd Floor<br>New York, New York 10271<br>(212) 238-3092<br>jdellaportas@emmetmarvin.com | 1633 Broadway, 32nd Floor<br>New York, New York 10019<br>(212) 660-3000<br>msullivan@sullivanlaw.com |
| *Attorneys for Sagi Genger* | *Attorneys for Zeichner Ellman & Krause LLP* |

So ordered:

_____