**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| ORLY GENGER, | Case No. 19-13895 (JLG) |
| Debtor. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Foley & Lardner LLP hereby appears as co-counsel for Dalia Genger, a creditor of the above-captioned debtor and/or party-in-interest of the above-captioned case. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Dalia Genger requests that copies of all notices and pleadings given or required to be given in the above-captioned chapter 7 case, be given to and served upon:

> Douglas Spelfogel
> Paul Labov
> FOLEY & LARDNER LLP
> 90 Park Ave.
> New York, NY 10016
> Telephone: (212) 682-7474
> Facsimile: (212) 687-2329
> Email: dspelfogel@foley.com
>         plabov@foley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9010(b) and Bankruptcy Code section 1109(b), the foregoing request includes not only the notices, papers, pleadings, and orders referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral,

1

and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtor, their property or the administration of the chapter 7 case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be construed to be (i) a waiver of the right of Dalia Genger (a) to have final orders entered only after de novo review by a United States District Court, (b) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of this case, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Dalia Genger is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Dalia Genger expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated: April 14, 2020
New York, New York

FOLEY & LARDNER LLP

*/s/ Douglas E. Spelfogel*
Douglas E. Spelfogel
Paul Labov
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: dspelfogel@foley.com
         plabov@foley.com

*Co-Counsel for Dalia Genger*

2

4812-5162-7450.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing has been furnished upon all ECF users in this case requesting electronic notification.

4812-5162-7450.1