# EXHIBIT A

# Ministry of Public Security

-Unclassified-

Monday, May 04, 2020
Ref#: 03006920

Mr. Yuval Nahmani, Adv.
Via E-mail: office@daalaw.co.il

Dear Mr. Nahmani,

Re: Complaint of Mr. Eric Herschmann

I received your inquiry regarding the above-referenced matter, and here is my response after sharing it with the relevant professional authorities:

1. According to the information received from the Israel National Police, the investigation regarding which you inquired is underway and being conducted by the Fraud Crimes Unit of the Central Unit in the Jerusalem District Police. The Jerusalem District Attorney's Office and the Investigations Division are accompanying the investigation.

   Additionally, I have been informed that in the framework of the investigation, numerous and complex activities are being carried out vis a vis various actors.

2. In addition, I was informed, following my request that the matter be checked, that senior officials in the Jerusalem District Police have examined the progress of the investigation, and found that the investigation is indeed on the current agenda of the relevant unit, and is advancing at a satisfactory pace.

3. I would be happy to assist you with any further questions.

Sincerely,

Lior Haimovich, Adv.
Chief of Staff to the Minister of Public Security

Goverment Complex, East Jerusalem P.O.B 18182 Jerusalem 91181
sar@mops.gov.il