Michael T. Sullivan
**Sullivan & Worcester LLP**
1633 Broadway
New York, New York 10019
(212) 660-3000
msullivan@sullivanlaw.com
*Attorneys for Zeichner Ellman & Krause LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re                               :    Case No. 19-13895-jlg
                                    :
Orly Genger,                        :    Chapter 7
                                    :
    Debtor.                       :    **STIPULATION AND [PROPOSED]**
                                    :    **ORDER EXTENDING TIME TO**
                                    :    **RESPOND TO DEPOSITION**
                                    :    **SUBPOENA**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    WHEREAS, Sagi Genger ("Sagi") served a "Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)," dated March 2, 2020 (the "Subpoena") on Zeichner Ellman & Krause LLP ("ZEK");

    WHEREAS, with Order of March 26, 2020, the Court extended the time for ZEK to respond to the Subpoena to May 16, 2020;

    WHEREAS, at the status conference of May 5, 2020, the Court set another status conference for May 22, 2020 and directed that all litigation be stayed until such conference; and

    WHEREAS, ZEK requested and Sagi agreed to extend the time for ZEK to respond to the Subpoena until a week after the May 22, 2020 status conference;

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

    1. The time for ZEK to respond to the Subpoena is extended to May 29, 2020;

2. Each of Sagi and ZEK reserves and does not waive any claim or defense relating to the Subpoena; and

3. This stipulation may be executed in counterparts and with facsimile or electronic signature which shall have the same binding effect on the parties hereto as an original signature.

| | |
|---|---|
| Dated:  New York, New York<br>May 12, 2020 | Dated:  New York, New York<br>May 12, 2020 |
| EMMET, MARVIN & MARTIN, LLP | SULLIVAN & WORCESTER LLP |
| By: /s/John Dellaportas<br>    John Dellaportas, Esq.<br>    Thomas A. Pitta, Esq. | By: /s/ Michael T. Sullivan<br>    Michael T. Sullivan, Esq. |
| 120 Broadway, 32nd Floor<br>New York, New York 10271<br>(212) 238-3092<br>jdellaportas@emmetmarvin.com | 1633 Broadway, 32nd Floor<br>New York, New York 10019<br>(212) 660-3000<br>msullivan@sullivanlaw.com |
| *Attorneys for Sagi Genger* | *Attorneys for Zeichner Ellman & Krause LLP* |

So ordered:

_____