# EMMET, MARVIN & MARTIN, LLP
## COUNSELLORS AT LAW



120 Broadway
New York, New York 10271
212-238-3000

**www.emmetmarvin.com**

Thomas A. Pitta
*Partner*
Tel: 212-238-3148
Fax: 212-238-3100 •Fax (alt.) 212-608-0544
tpitta@emmetmarvin.com

May 19, 2020

**Via ECF and FedEx**
Honorable James J. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      RE:   *In re Orly Genger*, Case No.: 19-13895-jlg

Dear Judge Garrity:

      This firm represents judgment creditor Sagi Genger in the above Chapter 7 case. As we advised the Court on May 5, 2020, we have prepared a proposed confidentiality order, which has been agreed to by counsel for creditors Sagi Genger, Arie Genger, Dalia Genger, the Orly Genger 1993 Trust, and D&K GP LLC.

      On March 2, 2020, we circulated copies of the attached proposed Confidentiality Order for comments and no comments were received. We respectfully request that the Confidentiality Order be so-ordered so that we may provide all parties with unredacted versions of the Motion to Dismiss, along with its accompanying Exhibits.

      We thank the Court for its consideration.

                              Respectfully submitted,

                              /s/ *Thomas A. Pitta*
                              Thomas A. Pitta
                              Emmet, Marvin & Martin, LLP
                              120 Broadway, 32nd Floor
                              New York, New York 10271
                              *Attorneys for Sagi Genger*

cc:     Elizabeth Aboulafia, Esq.
        Raymond W. Battaglia, Esq.
        Rocco A. Cavaliere, Esq.
        John Dellaportas, Esq.
        Yann Geron, Esq.
        Christopher Kiplok, Esq.

EMMET, MARVIN & MARTIN, LLP

Honorable James J. Garrity, Jr.
April 14, 2020
Page 2

    Andrew Kurland, Esq.
    Paul J. Labov, Esq.
    Frank A. Oswald, Esq.