

## EMMET, MARVIN & MARTIN, LLP
### COUNSELLORS AT LAW

120 Broadway
New York, New York 10271
212-238-3000

www.emmetmarvin.com

John Dellaportas
*Partner*
Tel: 212-238-3092
Fax: 212-238-3100 •Fax (alt.) 212-608-0544
jdellaportas@emmetmarvin.com

June 2, 2020

**Via ECF**
Honorable James J. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

  RE: *In re Orly Genger*, Case No.: 19-13895-jlg

Dear Judge Garrity:

  This firm represents judgment creditor Sagi Genger in the above Chapter 7 case. On behalf of Eric Herschmann and Sagi Genger, we respectfully jointly request that the Court so-order the attached Stipulation and Order Concerning Redaction of Confidential Information, so that the exhibit attached thereto may be substituted for Exhibit DD to Sagi Genger's Amended Motion to Dismiss (ECF Doc. 239-31) on the ECF docket. The replacement exhibit redacts certain information that Mr. Herschmann maintains to be confidential. We thank the Court for its consideration.

            Respectfully submitted,

            John Dellaportas

cc: Elizabeth Aboulafia, Esq.
   Raymond W. Battaglia, Esq.
   Rocco A. Cavaliere, Esq.
   John Dellaportas, Esq.
   Yann Geron, Esq.
   Christopher Kiplok, Esq.
   Andrew Kurland, Esq.
   Paul J. Labov, Esq.
   Frank A. Oswald, Esq.