IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-13895-JLG |

**STIPULATION AND ORDER CONCERNING**
**REDACTION OF CONFIDENTIAL INFORMATION**

　　WHEREAS, creditor/interested party Eric Herschmann ("Herschmann") has informed creditor/interested party Sagi Genger ("Sagi") that Exhibit DD to Sagi's Amended Motion to Dismiss (ECF Doc. 239-31) contains private and confidential information;

　　WHEREAS, Sagi has no objection to revising the redactions on that exhibit so that the private and confidential information is not publicly disclosed;

　　NOW THEREFORE, the undersigned parties agree that the Clerk of the Court shall replace ECF Doc. 239-31 with the version attached hereto, in which Herschmann has redacted the additional private and confidential information.

Dated: May 28, 2020

| | |
|---|---|
| By: /s/ Eric D. Herschmann<br>Eric D. Herschmann<br><br>　*Creditor* | By: /s/ John Dellaportas<br>John Dellaportas<br>Thomas A. Pitta<br>Emmet, Marvin & Martin<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>212-238-3092<br><br>　*Counsel for creditor Sagi Genger* |

SO ORDERED:

_____
Hon. James L. Garrity, Jr.