**DUPLICATE COPY**

**Centurion® Card**

p. 1/23

Closing Date 10/02/16    Next Closing Date 11/02/16

Account Ending ▮▮▮▮

---

| New Balance | ▮▮▮▮▮ |
|---|---|
| **Please Pay By** | **10/17/16**‡ |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

**Membership Rewards® Points**
Available and Pending as of 08/31/16

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | ▮▮▮ |
| Payments/Credits | ▮▮▮ |
| New Charges | ▮▮▮ |
| Fees | |
| **New Balance** | ▮▮▮ |

Days in Billing Period: 30

See page 2 for important information about your account.

See page 17    **for an Important Change to Your Account Terms.**

See page 19    **for Important Changes to Your Account Terms.**

See page 21    **for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-877-877-0987

**Pay by Phone**
1-800-472-9297

See page 2 for additional information.



---

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮

Enter 15 digit account # on all payments.
Make check payable to American Express.



| | Please Pay By |
|---|---|
| | **10/17/16** |
| AutoPay Amount | ▮▮▮ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▇▇▇▇

p. 2/23

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries** 1-877-877-0987  **Hearing Impaired**
**International Collect** 1-954-503-8905  **TTY:** 1-800-221-9950
**Large Print & Braille Statements** 1-877-877-0987  **FAX:** 1-800-695-9090
**Express Cash** 1-800-CASH-NOW  **In NY:** 1-800-522-1897

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care**
**& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

• Avoid late fees
• Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 10/02/16

Account Ending

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments |  |
| Credits |  |
| **Total Payments and Credits** |  |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|

| Credits | Amount |
|---|---|

## New Charges

### Summary

|  | Total |
|---|---|
| **Total New Charges** |  |

### Detail



|  | Foreign Spend | Amount |
|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Detail Continued**



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 5/23

Closing Date 10/02/16                              Account Ending ███████

| Detail Continued |
| --- |

|  |  | Foreign Spend | Amount |
| --- | --- | --- | --- |



**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

███████

| Detail Continued |
| --- |

| | | Foreign Spend | Amount |
| --- | --- | --- | --- |
| ██ | ██████ | | ██ |
| ██ | ██████ | | ██ |
| ██ | ██████ | | ██ |
| | ██████ | | ██ |
| ██ | █████ | | ██ |
| ██ | █████ | | ██ |
| ██ | █████ | ██ | ██ |
| | ██████ | | ██ |
| ██ | ██████ | | ██ |
| ██ | █████ | | ██ |
| ██ | █████ | | ██ |
| ██ | █████ | | ██ |
| ██ | █████ | | ██ |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 10/02/16

Account Ending ▬

| Detail Continued |
| --- |



**Exhibit DD**

DUPLICATE COPY
Account Ending ▅▅▅▅▅

**Detail Continued**

| | | Foreign Spend | Amount |
|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 10/02/16

Account Ending ███████

**Detail Continued**



|  |  | Foreign Spend | Amount |
|---|---|---|---|

DUPLICATE COPY
Account Ending ▆▆▆▆

**Detail Continued**

|  | Foreign Spend | Amount |
|---|---|---|

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

Closing Date 10/02/16

Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | Foreign Spend | Amount |
|---|---|---|---|

DUPLICATE COPY
Account Ending ▮▮▮▮▮

**Detail Continued**

| | | Foreign Spend | Amount |
|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card

Closing Date 10/02/16

Account Ending ███████

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**DUPLICATE COPY**
Account Ending ████

████████████

| Detail Continued |
| --- |

| | Foreign Spend | Amount |
| --- | --- | --- |

**DUPLICATE COPY**

Centurion® Card                                                                                      p. 15/23

Closing Date 10/02/16                                                        Account Ending



| Detail Continued | | Foreign Spend | Amount |
|---|---|---|---|

| Fees | | | Amount |
|---|---|---|---|
| 10/02/16 | ORLY GENGER    ANNUAL MEMBERSHIP FEE | | $2,500.00 |
| **Total Fees for this Period** | | | **$2,500.00** |

| 2016 Fees and Interest Totals Year-to-Date | | Amount |
|---|---|---|

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 9.40% (v) | | |
| **Total** | | | | | |

(v) Variable Rate

### Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance upon receipt of your billing statement.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮▮▮

**Exhibit DD**

Centurion® Card                          **DUPLICATE COPY**                          p. 17/23

Closing Date 10/02/16                                            Account Ending ▉

## Notice of Important Change to Your Account Terms

We are making changes summarized below to your account terms, which are contained in the American Express
Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to
read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have
any questions about this change, please call the number on the back of your Card. The detailed changes to your
Cardmember Agreement can be found on the following page.

**Important Changes to Your Account Terms**

The following is a summary of changes to important terms of your account. The detailed changes to your
Cardmember Agreement appear on the reverse side of this page.

**How to avoid these changes**: You have the right to reject these changes. If you do reject these changes,
your enrollment in any Pay Over Time feature will be cancelled, and you will not be able to re-enroll in
this or any other Pay Over Time feature in the future for this account. You also will not be able to extend
payment on new transactions. **You must reject these changes by calling us at 1-855-865-1451 or by
calling us collect at 1-336-291-1361 no later than 5pm Eastern time on January 02, 2017.**

| Summary of Changes, effective January 03, 2017 | |
|---|---|
| **Penalty APR for New Transactions** | The penalty APR may apply to new transactions if you do not pay at least the Minimum Payment Due by the Payment Due Date of the billing period in which it is due.<br><br>(Previously, the penalty APR may have applied to new transactions if you did not pay at least the Minimum Payment Due by the Closing Date of the billing period in which it was due.)<br><br>As a reminder, the penalty APR may apply to new transactions if your payment is returned by your bank. For more information, please see *Penalty APR for new transactions* under the *How Rates and Fees Work* table of your Cardmember Agreement. |
| **When we charge interest** | We are changing how you can avoid interest on transactions added automatically to a pay over time balance. We will not charge interest on these transactions if you pay the *Account Total Previous Balance* for each of the previous two billing periods in full by the Payment Due Date shown on your respective statements.<br><br>(Previously, you were required to pay by the Closing Date.)<br><br>Please see *When we charge interest* under the *About interest charges on Pay Over Time balances* table of your Cardmember Agreement. |

ID 12371 12372

*See the following page(s) for the Detail of Changes to Your Cardmember Agreement*

**Exhibit DD**                                        CMLENDDMRUS0084

**DUPLICATE COPY**
Account Ending ███████

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

### How Rates and Fees Work

Effective January 03, 2017, we are amending the *How Rates and Fees Work* table on page 2 of Part 1 of your Agreement by deleting the *Penalty APR for new transactions* row and replacing it with the following:

| Penalty APR for new transactions | The penalty APR may apply to new transactions if: <br><br> • you do not pay at least the Minimum Payment Due by the Payment Due Date of the billing period in which it is due on one or more occasions; or <br> • your payment is returned by your bank. <br><br> We may also consider your creditworthiness in determining whether or not to apply the penalty APR to the Pay Over Time feature(s) on your Account. | If the penalty APR applies to a balance, it will apply to charges added to that balance 15 or more days after we send you notice. <br><br> We will review your Account every 6 months after the penalty APR is applied. The penalty APR will continue to apply until you have made timely payments with no returned payments during the 6 months being reviewed. |
|---|---|---|

### About interest charges on Pay Over Time balances

Effective January 03, 2017, we are amending the *About interest charges on Pay Over Time balances* section on page 2 of Part 2 of your Agreement. In the *When we charge interest* section, we are deleting the second bullet under "For transactions added automatically to a pay over time balance," and replacing it with the following:
• you paid the *Account Total Previous Balance* for each of the previous two billing periods in full by the Payment Due Date shown on each of those statements.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 19/23

Closing Date 10/02/16

Account Ending ■■■■■

## Notice of Important Changes to Your Account Terms

We are making changes summarized below to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to your Cardmember Agreement can be found on the following page.

### Important Changes to Your Account Terms

The following is a summary of the changes that are being made to your account terms. These changes will take effect on January 1, 2017. For more detailed information, please see the Detail of Changes on the following page(s).

- We are eliminating the 2.99% late fee. As described below, the late payment fee will be a maximum of $38.
- The late payment fee and returned payment fee will be changed from a maximum of $37 to a maximum of $38.

| Revised Terms, effective January 1, 2017 | |
|---|---|
| Late Payment Fee | Up to $38. |
| Returned Payment Fee | Up to $38. |

### Summary of Other Changes

| | |
|---|---|
| Late Payment Fee Assessment Date | Effective January 1, 2017, if we do not receive the required payment by the Payment Due Date shown at the top of your billing statement, we will charge a late fee.<br>(Previously, you had to make the required payment by the Next Closing Date in order for you to avoid the late fee.) |
| Penalty APR for new transactions | Effective January 1, 2017, if your Account is not enrolled in a Pay Over Time feature, this section will no longer appear.<br>If your Account is not enrolled in a Pay Over Time feature, the Penalty APR will not apply to your Account. |
| When you must pay | Effective January 1, 2017, you must pay at least the Minimum Payment Due no later than the Payment Due Date to avoid a late payment fee. We are also removing from this section the sentence that reads "Each statement also shows a Next Closing Date." |

ID 12373

*See the following page(s) for the Detail of Changes to Your Cardmember Agreement*

**Exhibit DD**

CMLENDDMRUS0101

DUPLICATE COPY
Account Ending

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

### Late Payment Fees and Returned Payment Fees

Effective January 1, 2017, the *Rates and Fees Table* on page 1 of Part 1 of the Cardmember Agreement is amended by deleting the *Penalty Fees* row and replacing it with the following:

| Penalty Fees | |
|---|---|
| • Late Payment | Up to $38. |
| • Returned Payment | Up to $38. |

### Rates for Pay Over Time balances

Effective January 1, 2017, the *Rates for Pay Over Time balances* table on page 2 of Part 1 of the Cardmember Agreement is deleted if the Account is not enrolled in a Pay Over Time feature.

### Late Payment Fees and Late Payment Fee Assessment Date

Effective January 1, 2017, the *How Rates and Fees Work* section on page 2 of Part 1 of the Cardmember Agreement is amended by deleting the *Late Payment* sub-section in its entirety and replacing it with the following:

| Late Payment | • Your first late fee is $27. This late fee will be charged if you do not pay the Amount Due (Minimum Payment Due if you have a Pay Over Time balance) on your billing statement by the Payment Due Date shown on that billing statement.<br>• If you do this again within 6 billing periods, your late fee is $38.<br>• If you are enrolled in a Pay Over Time feature, paying late may also result in a Penalty APR. See *Penalty APR for new transactions* above. |
|---|---|

### Returned Payment Fee

Effective January 1, 2017, the *How Rates and Fees Work* section on page 2 of Part 1 of the Cardmember Agreement is amended by deleting the *Returned Payment* sub-section and replacing it with the following:

| Returned Payment | Up to $38. If you make a payment that is returned unpaid the first time we present it to your bank, the fee is $27. If you do this again within the same billing period or the next 6 billing periods, the fee is $38. However, the returned payment fee will not exceed the applicable Minimum Payment Due. A returned payment may also result in a penalty APR, if your Account is enrolled in a Pay Over Time feature (see *Penalty APR for new transactions* above). |
|---|---|

### About your payments

Effective January 1, 2017, the *When you must pay* section of *About your payments* in Part 2 of the Cardmember Agreement is amended as follows:

- by inserting a new sentence after the first sentence: "You must pay no later than the Payment Due Date to avoid a late payment fee."
- by removing the last sentence of the section, which reads "Each statement also shows a Next Closing Date."

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Account Ending ▮

Closing Date 10/02/16

## Notice of Important Changes to the Membership Rewards® Program Terms

We are making changes summarized below to the Membership Rewards program terms. We encourage you to read this notice and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to the Membership Rewards program terms can be found on the following page.

## Important Information about the Membership Rewards Program

According to the Membership Rewards® program Terms and Conditions, when you receive a statement credit for a returned purchase, we will reverse the points you earned for that purchase. Effective January 1, 2017, we are changing the Terms and Conditions to clarify that, if your point balance is insufficient to cover point reversals for this or other reasons, your point balance will be negative. If this happens, any points you receive thereafter will be applied first to the negative balance and you will not have points available for redemption until your point balance becomes positive.

*See the reverse side for the Detail of Changes to the Membership Rewards program Terms and Conditions*

ID 12380

**Exhibit DD**

CMLENDDMRUS0099

DUPLICATE COPY

Account Ending                                          p. 22/23

## Detail of Changes to the Membership Rewards Program Terms

This notice amends the Membership Rewards program Terms and Conditions (the "Terms and Conditions")
as described below. We have the right to amend as described in the Terms and Conditions. Any provisions in
the Terms conflicting with this change are replaced fully and completely. Provisions not changed by this notice
remain in full force and effect.

### Membership Rewards Program

Effective January 1, 2017, the *Forfeiting and Getting Points Back* section of the Terms and Conditions is
amended by adding the following additional section after the "*4. For Cancelling Your Account*":

#### 5. Negative Point Balance

In certain circumstances (for example, if points you received for a purchase are reversed because you
returned that purchase and your point balance is insufficient to cover the reversal; or, if we determine
that you are ineligible for an additional points incentive award that you received and your point balance
is insufficient to cover the reversal of the incentive award) your point balance can be negative. If this
happens, any points you receive thereafter will be applied first to the negative balance, and you will not
have points available for redemption until your point balance becomes positive.

**Exhibit DD**

CMLENDDMRUS0099

**DUPLICATE COPY**

p. 23/23

## Membership Rewards®
## Monthly Statement and Program News

Prepared for ██████████    Account Number ██████████

### Total Points Balance    ██████

### Points Earned this Period    ████

**Questions About Your Account?**

🖥 membershiprewards.com

1-800-297-1300
International Collect: 1-336-393-1111

| Account Summary | August 1, 2016 - August 31, 2016 |
|---|---|
| Opening Points Balance | ████ |
| Points Earned this Period | |
| Points Used this Period | 0 |
| Reinstated Points and Adjustments | 0 |
| **Total Points Balance** | ████ |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

**Did You Know?**

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges.**

| Points Transaction Detail | | | August 1, 2016 - August 31, 2016 |
|---|---|---|---|
| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
| Centurion ████ | ████ | 0 | ████ |
| Total | ████ | 0 | |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                      p. 1/19

Closing Date 11/02/16    Next Closing Date 12/02/16          Account Ending ▆▆▆▆

| | |
|---|---|
| **New Balance** | ▆▆▆▆ |
| **Please Pay By** | **11/17/16**‡ |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date.
You may have to pay a late fee if your payment is not received by the Next
Closing Date.

**Membership Rewards® Points**
Available and Pending as of 09/30/16  

For up to date point balance and full program
details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | ▆▆▆ |
| Payments/Credits | ▆▆▆ |
| New Charges | ▆▆▆ |
| Fees | |
| **New Balance** | ▆▆▆ |
| Days in Billing Period: | 31 |

See page 2 for important information about your account.

ⓘ We are writing to let you know that effective January 1, 2017 your 2016
Year-End Summary will be available for viewing and downloading online
rather than being automatically mailed to you.

We invite you to log into your American Express online account at
**americanexpress.com/yes** to view an interactive overview of your
spending in pie or bar charts. Your charges will also be organized by
categories like travel and restaurants. You will continue to have the
ability to download your information to print or save for a later date in
PDF or Excel.

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

See page 17   for Important Changes to Your Account Terms.

ⓘ 

---

✉ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▆▆▆

Enter 15 digit account # on all payments.
Make check payable to American Express.







| | |
|---|---|
| | **Please Pay By** |
| | **11/17/16** |
| | AutoPay Amount |
| | ▆▆▆ |

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

**Exhibit DD**

**DUPLICATE COPY**

Account Ending ████████

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| 📞 | Customer Care & Billing Inquiries | 1-877-877-0987 | **Hearing Impaired** | |
|---|---|---|---|---|
| | International Collect | 1-954-503-8905 | **TTY:** 1-800-221-9950 | |
| | Large Print & Braille Statements | 1-877-877-0987 | **FAX:** 1-800-695-9090 | |
| | Express Cash | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 | |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

| **Customer Care & Billing Inquiries** | **Payments** |
|---|---|
| P.O. BOX 981535 | P.O. BOX 650448 |
| EL PASO, TX | DALLAS TX 75265- |
| 79998-1535 | 0448 |

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                    p. 3/19

Closing Date 11/02/16                                        Account Ending ▮▮▮▮



## Payments and Credits
### Summary

|  | Total |
|---|---|
| Payments | ▮▮ |
| Credits | ▮▮ |
| Total Payments and Credits | ▮▮ |

### Detail    *Indicates posting date

| Payments |  | | Amount |
|---|---|---|---|
| | | | ▮▮ |

| Credits |  | | Amount |
|---|---|---|---|
| | | | ▮▮ |

## New Charges
### Summary

|  | Total |
|---|---|
| | |
| ORLY GENGER ▮▮ | $7,469.43 |
| Total New Charges | ▮▮ |

### Detail

|  |  | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮▮

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 5/19

Closing Date 11/02/16                                          Account Ending ███████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

**Centurion® Card**

Closing Date 11/02/16

Account Ending ▮▮▮▮

| Detail Continued | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

## Detail Continued



**DUPLICATE COPY**

Centurion® Card

Closing Date 11/02/16

Account Ending ████

| Detail Continued |
|---|

| | | | | Foreign Spend | **Amount** |
|---|---|---|---|---|---|

**DUPLICATE COPY**
Account Ending ████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|



**Exhibit DD**

# DUPLICATE COPY

Centurion® Card

Closing Date 11/02/16

Account Ending ████



| Detail Continued | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

|  | ORLY GENGER Card Ending ████ | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/02/16 | MRS. GREEN'S OF 58 542929805649217 9142429292 Description GROCERY STORES, SUP    Price $25.76 | | NEW YORK | NY | $25.76 |
| 10/02/16 | RITE AID STORE - 122 DRUG STORE/PHARMACY | | NEW YORK | NY | $67.26 |
| 10/02/16 | EXXONMOBIL 9922 201-944-4161 Description GAS/SERVICES | | ENGLEWOOD CLI | NJ | $18.38 |
| 10/02/16 | AMAZON.COM MERCHANDISE | | AMZN.COM/BILL | WA | $47.07 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▓▓▓▓▓

| Detail Continued | | | | |
|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/06/16 | LALIN COSMETIC STORE | TEL AVIV | | 83.72 Israeli Shekels | $22.15 |
| 10/12/16 | YAKIMONO RESTAURANT | TEL AVIV | | 229.00 Israeli Shekels | $60.24 |
| 10/13/16 | ELKA IMPORT END EXPORT HOME SUPPLY WAREHOUSE | TEL AVIV | | 3,535.00 Israeli Shekels | $928.55 |
| 10/13/16 | SHOPBOP.COM CLOTHING | 877-746-7267 | WI | | $1,438.50 |
| 10/14/16 | SHOPBOP.COM CLOTHING | 877-746-7267 | WI | | $183.67 |
| 10/16/16 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 44.80 Israeli Shekels | $11.72 |
| 10/16/16 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 46.30 Israeli Shekels | $12.11 |
| 10/18/16 | BOUTIQUE ASHER WOMEN'S CLOTHING | TEL AVIV | | 175.00 Israeli Shekels | $45.96 |
| 10/19/16 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 52.00 Israeli Shekels | $13.64 |
| 10/19/16 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 38.40 Israeli Shekels | $10.07 |
| 10/19/16 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | | $132.35 |
| 10/19/16 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | | $18.99 |
| 10/19/16 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | | $16.99 |
| 10/20/16 | BECCAFICO RESTAURANT | TEL AVIV YAF | | 117.00 Israeli Shekels | $30.48 |
| 10/21/16 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | | $18.99 |
| 10/23/16 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 314.00 Israeli Shekels | $81.48 |
| 10/23/16 | TMC MISC TRANSPORTATION | HOLON | | 314.00 Israeli Shekels | $81.48 |
| 10/25/16 | LA PERLA MADISON AVE 646-422-0147 | NEW YORK | NY | | $508.00 |
| 10/25/16 | MRS. GREEN'S OF 58 542929805649217 9142429292 Description Price GROCERY STORES, SUP $44.63 | NEW YORK | NY | | $44.63 |
| 10/25/16 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $17.49 |
| 10/25/16 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $23.94 |
| 10/25/16 | SHOPBOP.COM CLOTHING | 877-746-7267 | WI | | $841.10 |
| 10/25/16 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $64.17 |
| 10/25/16 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $181.89 |
| 10/26/16 | WHOLEFDS EGW 10102 000000221 2019414000 Description Price GROCERY STORES $37.64 | EDGEWATER | NJ | | $37.64 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

███████

Closing Date 11/02/16

Account Ending █████

| Detail Continued |
|---|

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/26/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $31.95 |
| 10/26/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $25.29 |
| 10/27/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $5.00 |
| 10/27/16 | MANHATTAN MAILBOXES<br>212-206-6996 | NEW YORK | NY | | $51.32 |
| 10/27/16 | GGMC PARKING CARNEGIE 650000003639799<br>2127229525<br>Description        Price<br>GGMC PARKING CARNEG    $28.00 | NEW YORK | NY | | $28.00 |
| 10/27/16 | ARMAN GARAGE LLC 650000007704433<br>2125935219<br>Description        Price<br>ARMAN GARAGE LLC    $28.00 | NEW YORK | NY | | $28.00 |
| 10/27/16 | GROVE DRUGS GROVE DRUGS<br>DRUG STORE/PHARMACY | NEW YORK | NY | | $130.00 |
| 10/27/16 | 1633 BROADWAY AMOL851701 AMOL<br>4076810101<br>Description        Price<br>PARKING FEES        $50.00 | NEW YORK | NY | | $50.00 |
| 10/28/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $10.98 |
| 10/29/16 | HOUST H & SON<br>HARDWARE STORE<br>Description<br>HARDWARE/TOOLS | WOODSTOCK | NY | | $14.21 |
| 10/29/16 | RITE AID STORE - 107<br>DRUG STORE/PHARMACY | WOODSTOCK | NY | | $18.08 |
| 10/30/16 | HUMMUS ELITE 899000002663217<br>58146 07631 | ENGLEWOOD | NJ | | $68.80 |
| 10/30/16 | THEORY WOODBURY<br>800-326-7985<br>Description<br>APPAREL/ACCESSORIES | CENTRAL VALLEY | NY | | $708.44 |
| 10/30/16 | WOLFORD BOUTIQUES 0782<br>845-928-5818<br>Description<br>APPAREL/ACCESSORIES | CENTRAL VALLE | NY | | $87.46 |
| 10/30/16 | GILDED CARRIAGE INC 00-08030071552<br>MISC/SPECIALTY RETAIL | WOODSTOCK | NY | | $32.35 |
| 10/31/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $3.50 |
| 10/31/16 | LULULEMON ATHLETICA USA B TO C<br>CLOTHING<br>877-263-9300 | (877)263-9300 | CA | | $62.06 |
| 10/31/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $2.50 |
| 10/31/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $3.50 |
| 11/01/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $2.00 |
| 11/01/16 | HUMMUS ELITE 899000002663217<br>58368 07631 | ENGLEWOOD | NJ | | $76.78 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

p. 14/19

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/01/16 | WEST VILLAGE GARAGE CO<br>212-262-4771 | NEW YORK | NY | | $22.00 |
| 11/01/16 | JEFFREY'S<br>646-398-7630<br>Description<br>EATING PLACES, REST | NEW YORK | NY | | $44.02 |
| 11/01/16 | PAIGE MEATPACKING DIST. 0000<br>212-769-1500<br>Description<br>APPAREL/ACCESSORIES | NEW YORK | NY | | $368.00 |
| 11/01/16 | MRS. GREEN'S OF 58 542929805649217<br>9142429292<br>Description          Price<br>GROCERY STORES, SUP    $18.81 | NEW YORK | NY | | $18.81 |
| 11/01/16 | EXXONMOBIL 9870<br>484-201-7831<br>Description<br>GAS/SERVICES | ENGLEWOOD | NJ | | $41.94 |
| 11/02/16 | TST* SUGAR FACTORY NYC 000000820<br>7025347878<br>Description<br>RESTAURANT CHARGES | NEW YORK | NY | | $16.74 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ████ |

## 2016 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ████ | ████ |
| ████ | ████ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | | 02/12/2004 | 9.40% (v) | ████ | ████ |
| Total | | | | ████ | ████ |

(v) Variable Rate

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**

Closing Date 11/02/16

Account Ending ▮▮▮▮

## Information on Pay Over Time Features continued

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance upon receipt of your billing statement.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

**Exhibit DD**

Centurion® Card                    **DUPLICATE COPY**                    p. 17/19

Closing Date 11/02/16                                    Account Ending ▮

## Notice of Important Change to Your Account Terms

We are making changes summarized below to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to your Cardmember Agreement can be found after the summary table.

| Summary of Change | |
|---|---|
| **When you must pay** | As we notified you last month, effective January 1, 2017, you must pay no later than the Payment Due Date to avoid a late payment fee. Accordingly, we are removing the first sentence from the *When you must pay* section, which reads "Payment of the New Balance is due upon receipt of your statement." |

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

### About your payments

Effective January 1, 2017, the *When you must pay* section of *About your payments* in Part 2 of the Cardmember Agreement is deleted in its entirety and replaced with:

| When you must pay | You must pay no later than the Payment Due Date to avoid a late payment fee. If a statement includes a Pay Over Time balance, it will show a Minimum Payment Due. In this case, you must pay at least the Minimum Payment Due by the Payment Due Date. Each statement also states the time and manner by which you must make your payment for it to be credited as of the same day it is received. | Each statement also shows a Closing Date. The Closing Date is the last day of the billing period covered by the statement. Each Closing Date is about 30 days after the previous statement's Closing Date. |
|---|---|---|

ID 12417

**Exhibit DD**

CMLENDDMRUS0116

**DUPLICATE COPY**
Account Ending ████████

**Exhibit DD**

DUPLICATE COPY

**Membership Rewards®**
**Monthly Statement and Program News**

| Prepared for ███████████ | Account Number ███████ |
|---|---|

## Total Points Balance                                    ████

## Points Earned this Period                              ▐██

### Account Summary                    September 1, 2016 - September 30, 2016

| | |
|---|---|
| Opening Points Balance | █ |
| Points Earned this Period | █ |
| Points Used this Period | █ |
| Reinstated Points and Adjustments | █ |
| **Total Points Balance** | |

**Points Earned this Period are pending until charges are paid in full and all your
accounts are in good standing.**

### Questions About Your Account?

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 1-336-393-1111**

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining,
groceries, and more, then go online and use
the points you earned toward your eligible
charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail                 September 1, 2016 - September 30, 2016

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| Centurion ███████ | ████ | 0 | 0 |
| Add'l Centurion XXXX-XXXXX███ | 0 | 0 | 0 |
| **Total** | ████ | 0 | ████ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or
redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting
membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit
membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

p. 1/15

**Centurion® Card**

Closing Date 12/02/16    Next Closing Date 01/02/17

Account Ending ▮▮▮▮

| New Balance | ▮▮▮▮ |
|---|---|
| **Payment Due Date** | **12/27/16‡** |

‡ Payment is due upon receipt. We suggest you pay by the Payment Due Date. You may have to pay a late fee if your payment is not received by the Next Closing Date.

See page 2 for important information about your account.



**Membership Rewards® Points**
Available and Pending as of 10/31/16

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | ▮▮▮▮ |
| Payments/Credits | |
| New Charges | |
| Fees | |
| **New Balance** | ▮▮▮▮ |

Days in Billing Period:  30

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮▮
Enter 15 digit account # on all payments.
Make check payable to American Express.



| | Payment Due Date |
|---|---|
| | **12/27/16** |
| | AutoPay Amount |
| | ▮▮▮▮ |



☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

p. 2/15

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| **Customer Care & Billing Inquiries** | 1-877-877-0987 | **Hearing Impaired** |
|---|---|---|
| **International Collect** | 1-954-503-8905 | **TTY:** 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-877-877-0987 | **FAX:** 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |


**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                              p. 3/15

██████████
Closing Date 12/02/16                                    Account Ending ████

| **Payments and Credits** |
|---|

| **Summary** |
|---|

|  | Total |
|---|---|
| **Payments** | ████ |
| **Credits** |  |
| ██████████ | ████ |
| ORLY GENGER ████ | -$1,514.28 |
| **Total Payments and Credits** | ████ |

| **Detail** | *Indicates posting date |
|---|---|

| **Payments** |  |  | **Amount** |
|---|---|---|---|
| ████ | ████ | ████████ | ████ |
| ████ | ████ | CITIBANK, N.A. | ████ |

| **Credits** |  |  | **Amount** |
|---|---|---|---|
| ████ | ████ | ████████ | ████ |
|  |  | ████ █ |  |
| ████ | ████ | ██████████ | ████ |
| 11/04/16 | ORLY GENGER | SHOPBOP.COM 877-746-7267  WI DIRECT MKTG MISC | -$718.28 |
| 11/09/16 | ORLY GENGER | SHOPBOP.COM 877-746-7267  WI DIRECT MKTG MISC | -$98.00 |
| 11/21/16 | ORLY GENGER | SHOPBOP.COM 877-746-7267  WI DIRECT MKTG MISC | -$698.00 |

| **New Charges** |
|---|

| **Summary** |
|---|

|  | Total |
|---|---|
| ████████ |  |
| ORLY GENGER ████ | $14,046.86 |
| **Total New Charges** | ████ |

| **Detail** |
|---|

|  |  | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███

| Detail Continued | | | | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|---|---|---|

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

Closing Date 12/02/16

Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

DUPLICATE COPY
Account Ending ▓▓▓▓▓▓

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**

p. 7/15

Centurion® Card

Closing Date 12/02/16

Account Ending

Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

Account Ending ████████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**

███████

Closing Date 12/02/16

Account Ending ███████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

| Detail Continued | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

(redacted rows)

**ORLY GENGER**
Card Ending ▮▮▮▮

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/02/16 | WHOLEFDS EGW 10102 000000221 2019414000 Description GROCERY STORES    Price $11.06 | EDGEWATER | NJ | | $11.06 |
| 11/02/16 | GUY GALLARD II 000000001 2126843898 Description REFER TO RECEIPT | NEW YORK | NY | | $7.62 |
| 11/02/16 | MURRAY 38 PARKING LLC 0368 212-686-9800 Description AUTOMOBILE PARKING | NEW YORK | NY | | $52.00 |
| 11/03/16 | EASTSIDE CAFE 152300001058158 512-476-5858 | AUSTIN | TX | | $39.37 |
| 11/03/16 | TX DPS DL OFFICE 542929822114054 5124245967 Description Government Agencies    Price $47.00 | AUSTIN | TX | | $47.00 |
| 11/04/16 | HOSPPARKING-SEAHOLM PARKING LOT & GARAGE | AUSTIN | TX | | $8.00 |
| 11/04/16 | Neiman Marcus DEPARTMENT STORE | Austin | | | $3,691.38 |
| 11/05/16 | CALYPSO AUSTIN 220855 (512)339-9963 Description WB8 CAL CBF16114 | AUSTIN | TX | | $287.40 |
| 11/06/16 | REGAL CINEMAS GATEWAY 16 877-835-5734 | AUSTIN | TX | | $19.46 |
| 11/07/16 | SHOPBOP.COM CLOTHING | 877-746-7267 | WI | | $1,551.30 |
| 11/07/16 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $20.00 |
| 11/08/16 | ROYAL BLUE GROCERY 512-480-0036 | AUSTIN | TX | | $11.89 |
| 11/08/16 | WHOLEFDS EGW 10102 000000221 2019414000 Description GROCERY STORES    Price $51.69 | EDGEWATER | NJ | | $51.69 |
| 11/08/16 | AUSTIN JAVA CITY HALL 0042 512-804-0326 Description FAST FOOD RESTAURAN | AUSTIN | TX | | $12.99 |
| 11/08/16 | UBER  *US NOV08 B7TKI HELP.UBER.COM | HELP.UBER.COM | CA | | $32.62 |
| 11/09/16 | CHAMPION PARKING 90 LL CHAMPION PARKIN PARKING LOT & GARAGE | NEW YORK | NY | | $49.00 |

**Exhibit DD**

## DUPLICATE COPY

p. 11/15

**Centurion® Card**

████ Closing Date 12/02/16

Account Ending ████

## Detail Continued

| Date | Description | Location | | Foreign Spend | Amount |
|------|-------------|----------|--|---------------|--------|
| 11/09/16 | D'AGOSTINO #16 542929803065440<br>2126919198<br>Description          Price<br>GROCERY STORES, SUP    $30.30 | NEW YORK | NY | | $30.30 |
| 11/10/16 | NYC TAXI 7Y30 09001530013<br>000-0000000 | BRONX | NY | | $11.00 |
| 11/10/16 | SEAMLSS PANCAPERUVIA<br>RESTAURANT<br>Description<br>SPECIALTY AND MISC. | | IL | 8775857878 | $23.52 |
| 11/10/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $39.00 |
| 11/10/16 | UBER *US NOV10 UXODD<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $38.49 |
| 11/10/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $11.05 |
| 11/10/16 | D'AGOSTINO #16 542929803065440<br>2126919198<br>Description          Price<br>GROCERY STORES, SUP    $7.32 | NEW YORK | NY | | $7.32 |
| 11/10/16 | Bergdorf Goodman<br>DEPARTMENT STORE | New York | | | $2,395.26 |
| 11/10/16 | BOULEVARD TAXI LEASI BOULEVARD TAXI<br>718-932-3312<br>Description<br>TAXI: 6B73<br>16:01 739 5th Ave<br>16:25 8 Bethune St | ASTORIA | NY | | $21.00 |
| 11/10/16 | LULULEMON MEATPACKIN<br>SPORTING GOODS STORE | NEW YORK | NY | | $98.00 |
| 11/10/16 | Apple Store 6317240273<br>APPLE STORE NE | NewYork | | | $107.79 |
| 11/11/16 | SHOPBOP.COM<br>CLOTHING | 877-746-7267 | WI | | $300.00 |
| 11/11/16 | UBER *US NOV10 F5ZRJ<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $8.00 |
| 11/12/16 | 0000NYCTAXI2G19 09002430015<br>000-0000000 | NEW YORK | NY | | $9.00 |
| 11/12/16 | THE BUTCHER'S DAUGHTER N 0026<br>917-388-2132<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY | | $27.84 |
| 11/12/16 | FREDERIC FEKKAI<br>2127539500 | NEW YORK | NY | | $460.24 |
| 11/12/16 | LULULEMON MEATPACKIN<br>SPORTING GOODS STORE | NEW YORK | NY | | $196.00 |
| 11/13/16 | UBER *US NOV12 QQELL<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $42.87 |
| 11/13/16 | QUEENS MEDALLION<br>718-784-9292<br>Description<br>TAXI: 6J48<br>13:39 283 Lafayett<br>13:44 226 Bowery N | LONG ISLAND CITY | NY | | $7.00 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

p. 12/15

---

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/15/16 | AMERICAN EXPRESS TVL SVC | PHOENIX | AZ | | $1,028.33 |
| | EL AL ISRAEL AIRLINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | TEL AVIV BEN GURIO | MILAN MALPENSA APT | LY | J | |
| | | ROME LEONARDO DA V | YY | 00 | |
| | | TEL AVIV BEN GURIO | LY | J | |
| | | N/A | YY | 00 | |
| | Ticket Number: 11479238878214 | | Date of Departure: 11/27 | | |
| | Passenger Name: GENGER/ORLY | | | | |
| | Document Type: PASSENGER TICKET | | | | |



| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 11/15/16 | AMERICAN EXPRESS TVL SVC | PHOENIX   AZ | AZ | | $68.70 |
| | ALITALIA | | | | |
| | From: | To: | Carrier: | Class: | |
| | MILAN LINATE APT | ROME LEONARDO DA V | AZ | X | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 0557923887823 | | Date of Departure: 11/30 | | |
| | Passenger Name: GENGER/ORLY | | | | |
| | Document Type: PASSENGER TICKET | | | | |



| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |
| 11/15/16 | OTG MANAGEMENT EWR | NEWARK | NJ | | $11.20 |
| | 646-477-5291 | | | | |
| | Description | | | | |
| | FAST FOOD RESTAURAN | | | | |
| 11/16/16 | THE OLD MAN AND THE SEA M | TEL AVIV-JAF | | 238.00 Israeli Shekels | $62.00 |
| | RESTAURANT | | | | |
| 11/17/16 | AM PM | TEL AVIV | | 235.14 Israeli Shekels | $60.87 |
| | GROCERY STORE | | | | |
| 11/20/16 | MOZS RESTURANT | TEL AVIV | | 77.00 Israeli Shekels | $19.93 |
| | RESTAURANT | | | | |
| 11/21/16 | -BADEM | BENE BRAK | | 189.00 Israeli Shekels | $48.98 |
| | FAMILY CLOTHING | | | | |
| 11/21/16 | ÅãÍÀãÇñ ÇãÅéÍ åÅ"î | tel aviv | | 366.80 Israeli Shekels | $95.05 |
| | RESTAURANT | | | | |
| 11/24/16 | AHAVA | J-M | | 85.50 Israeli Shekels | $22.14 |
| | COSMETIC STORE | | | | |
| 11/24/16 | -AFRODITA | BENY BRAK | | 69.00 Israeli Shekels | $17.87 |
| | FAMILY CLOTHING | | | | |
| 11/24/16 | -YAMIT LANGERI LTD | BENY BRAK | | 41.25 Israeli Shekels | $10.68 |
| | FAMILY CLOTHING | | | | |

**Exhibit DD**

## DUPLICATE COPY

p. 13/15

**Centurion® Card**

Closing Date 12/02/16

Account Ending ■

---

### Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 11/25/16 | ■ | ■ | ■ | ■ |
| 11/25/16 | SHOPBOP.COM CLOTHING | 877-746-7267 | WI | $1,277.62 |

---

### Fees

| | Amount |
|---|---|
| Total Fees for this Period | ■ |

---

### 2016 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ■ | ■ |
| ■ | |

---

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| From | To | | | |
| Select & Pay Later | 02/12/2004 | 9.40% (v) | ■ | ■ |
| Total | | | | ■ |

(v) Variable Rate

---

### Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance upon receipt of your billing statement.

**Exhibit DD**

DUPLICATE COPY
Account Ending

**Exhibit DD**

~~DUPLICATE COPY~~

**Membership Rewards®**
**Monthly Statement and Program News**

Prepared for [REDACTED]        Account Number [REDACTED]

### Questions About Your Account?

**Total Points Balance**        [REDACTED]

💻 **membershiprewards.com**

**Points Earned this Period**        [REDACTED]

1-800-297-1300
**International Collect: 1-336-393-1111**

### Account Summary

October 1, 2016 – October 31, 2016

| | |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your
accounts are in good standing.

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining,
groceries, and more, then go online and use
the points you earned toward your eligible
charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail

October 1, 2016 – October 31, 2016

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| Centurion [REDACTED] | [REDACTED] | 0 | [REDACTED] |
| Add'l Centurion XXXX-XXXXX [REDACTED] | 0 | 0 | 0 |
| **Total** | [REDACTED] | 0 | [REDACTED] |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or
redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting
membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit
membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

p. 1/13

Centurion® Card

Account Ending ▓

Closing Date 01/02/17

| | |
|---|---|
| **New Balance** | ▓ |
| **Payment Due Date** | **01/27/17** ‡ |

‡**Late Payment Warning:** ▓

➡ See page 2 for important information about your account.

➡ Your membership will be renewed next month.  Please refer to the Renewal Notice on **Page 12.**

ⓘ ▓

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

## Membership Rewards® Points
Available and Pending as of 11/30/16

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| | |
|---|---|
| Previous Balance | ▓ |
| Payments/Credits | ▓ |
| New Charges | ▓ |
| Fees | ▓ |
| **New Balance** | ▓ |

Days in Billing Period: 31

### Customer Care

🖥 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**
1-877-877-0987

**Pay by Phone**
1-800-472-9297

➡ See page 2 for additional information.

---

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▓

Enter 15 digit account # on all payments.
Make check payable to American Express.

| | |
|---|---|
| | Payment Due Date **01/27/17** |
| | AutoPay Amount ▓ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments charge.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| Customer Care & Billing Inquiries | 1-877-877-0987 | Hearing Impaired | | |
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 | | |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 | | |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 | | |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

| Customer Care & Billing Inquiries | Payments |
| P.O. BOX 981535 | P.O. BOX 650448 |
| EL PASO, TX | DALLAS TX 75265- |
| 79998-1535 | 0448 |

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                         p. 3/13

Closing Date 01/02/17                          Account Ending ███████

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | ███████ |
| Credits | -$933.75 |
| ORLY GENGER ██ | |
| **Total Payments and Credits** | ███████ |

### Detail    *indicates posting date

| | | | Amount |
|---|---|---|---|
| **Payments** | | | |
| ███ | ███████ | ██████████ | ██████ |
| ███ | ███████ | ██████████ | ██████ |

| | | | Amount |
|---|---|---|---|
| **Credits** | | | |
| ███ | ███████ | ██████ | ██████ |
| ███ | ███████ | ██████ | |
| ███ | ███ | ██████ | ██████ |
| ███ | ███ | ██████ | ██████ |
| ███ | ███ | ██████ | ██████ |
| 12/28/16 | ORLY GENGER | SHOPBOP.COM<br>877-746-7267    WI<br>DIRECT MKTG MISC | -$647.75 |
| 12/28/16 | ORLY GENGER | SHOPBOP.COM<br>877-746-7267    WI<br>DIRECT MKTG MISC | -$286.00 |

## New Charges

### Summary

| | Total |
|---|---|
| ORLY GENGER █ | $12,952.32 |
| **Total New Charges** | ███████ |

**Exhibit DD**

DUPLICATE COPY
Account Ending █████



**DUPLICATE COPY**

Centurion® Card

Closing Date 01/02/17

Account Ending ▮▮▮▮▮

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

DUPLICATE COPY

Account Ending

**Detail Continued**



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 7/13

███████

Closing Date 01/02/17                                          Account Ending ████████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | **Amount** |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▉▉▉▉



| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Detail Continued**

**ORLY GENGER**
Card Ending ▉▉▉

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/04/16 | NANUCHKA RESTAURANT | | TEL AVIV | 320.00 Israeli Shekels | $83.95 |
| 12/09/16 | SHOPBOP.COM CLOTHING | | 877-746-7267 | WI | $993.00 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                            p. 9/13

Closing Date 01/02/17                                                    Account Ending

| Detail Continued | | | | |
|---|---|---|---|---|

| | | | Foreign<br>Spend | Amount |
|---|---|---|---|---|
| 12/11/16 | YULIA NAMAL TEL-AVIV LTD<br>RESTAURANT | TEL-AVIV | 139.15<br>Israeli Shekels | $36.54 |
| 12/11/16 | SHOPBOP.COM<br>CLOTHING | 877-746-7267 | WI | $418.00 |
| 12/13/16 | JAMES RICHARDSON-TERMINAL<br>DUTY-FREE STORE | LOD | | $124.32 |
| 12/13/16 | UBER *US DEC13 Z46A6<br>HELP.UBER.COM | HELP.UBER.COM | CA | $49.32 |
| 12/14/16 | IPARK 267 650000009376859<br>2127367171<br>Description         Price<br>IPARK 267          $31.00 | NEW YORK | NY | $31.00 |
| 12/14/16 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | $193.33 |
| 12/14/16 | APPLE PARKING 650000008944855<br>2122292553<br>Description         Price<br>APPLE PARKING      $50.00 | NEW YORK | NY | $50.00 |
| 12/14/16 | Apple Store 6317240273<br>APPLE STORE NE | NewYork | | $141.48 |
| 12/14/16 | SEPHORA.COM<br>COSMETICS | 877-SEPHORA | CA | $128.40 |
| 12/15/16 | CAROUSEL PARKING CORP CAROUSEL PARKIN<br>PARKING LOT & GARAGE | NEW YORK | NY | $27.00 |
| 12/15/16 | EXXONMOBIL 9922<br>201-944-4161<br>Description<br>GAS/SERVICES | ENGLEWOOD CLI | NJ | $30.12 |
| 12/16/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $71.38 |
| | | | | |
| 12/16/16 | 79TH ST. PARKING LLC 0354<br>PARKING LOT & GARAGE<br>Description<br>AUTOMOBILE PARKING | NEW YORK | NY | $35.00 |
| 12/18/16 | APPLE PARKING 650000008944855<br>2122292553<br>Description         Price<br>APPLE PARKING      $30.00 | NEW YORK | NY | $30.00 |
| 12/18/16 | SHOPRITE ENGLEWOOD S<br>717211 07631 | ENGLEWOOD | NJ | $33.02 |
| 12/18/16 | SHOPBOP.COM<br>CLOTHING | 877-746-7267 | WI | $855.00 |
| 12/19/16 | LULULEMON ATHLETICA USA B TO C<br>CLOTHING<br>877-263-9300 | (877)263-9300 | CA | $58.00 |
| 12/19/16 | LULULEMON ATHLETICA USA B TO C<br>CLOTHING<br>877-263-9300 | (877)263-9300 | CA | $58.00 |
| 12/20/16 | 0000NYCTAXI7H57 09000800011<br>000-0000000 | BROOKLYN | NY | $7.00 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▓▓▓▓▓

p. 10/13

```
┌──────────────────────────────────────────────────────────────────────┐
│  Detail Continued                                                      │
└──────────────────────────────────────────────────────────────────────┘
```

| Date | Description | City | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/20/16 | WHITE AND BLUE GROUP WHITE AND BLUE TAXICAB & LIMOUSINE<br>Description<br>TAXI: 9K92<br>15:13 1256 Madison<br>15:54 60 Christoph | LIC | NY | | $31.00 |
| 12/20/16 | INGRID & ISABEL 0131<br>415-409-2900<br>Description<br>APPAREL/ACCESSORIES | COMMERCE | CA | | $635.79 |
| 12/20/16 | BB*BROOKLYNMUSEUM<br>7185016321 | BROOKLYN | NY | | $5,000.00 |
| 12/20/16 | UBER  *US DEC20 AKRDK<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $16.72 |
| 12/20/16 | GIOVANNI 25 0099<br>212-988-7300<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY | | $86.95 |
| 12/20/16 | OLD NAVY ON-LINE 084870005061471<br>DIRECT MKTG MISC | 800-OLDNAVY | OH | | $87.99 |
| 12/21/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $3.00 |
| 12/21/16 | ARMAN GARAGE LLC 650000007704433<br>2125935219<br>Description          Price<br>ARMAN GARAGE LLC     $16.00 | NEW YORK | NY | | $16.00 |
| 12/21/16 | UBER  *US DEC20 7GSOP<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $110.30 |
| 12/21/16 | GROVE DRUGS GROVE DRUGS<br>DRUG STORE/PHARMACY | NEW YORK | NY | | $41.04 |
| 12/21/16 | ROSIE POPE MATERNITY<br>WOMEN'S CLOTHING | NEW YORK | NY | | $555.96 |
| 12/21/16 | YNC II 000000001<br>2122491309<br>Description          Price<br>BEAUTY & BARBER      $28.00 | NEW YORK | NY | | $28.00 |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓ | | ▓▓▓▓ |
| 12/21/16 | NYCDOT PARKING METERS NYCDOT PARKING<br>212-639-9675 | LONG IS CITY | NY | | $3.50 |
| 12/22/16 | EXXONMOBIL 9922<br>201-944-4161<br>Description<br>GAS/SERVICES | ENGLEWOOD CLI | NJ | | $24.00 |
| 12/23/16 | WILLIAM GREENBERG DESSERTS<br>squareup.com/receipts | New York | NY | | $63.00 |
| 12/23/16 | PAPYRUS<br>8003336724<br>Description          Price<br>GIFT SHOPS           $46.54 | NEW YORK | NY | | $46.54 |
| 12/23/16 | ROSIE POPE MATERNITY<br>WOMEN'S CLOTHING | NEW YORK | NY | | $83.20 |
| 12/23/16 | RAINBOW PARKING CORP RAINBOW PARKING<br>PARKING LOT & GARAGE | NEW YORK | NY | | $32.00 |
| 12/24/16 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $22.47 |

**Exhibit DD**

**DUPLICATE COPY**

p. 11/13

**Centurion® Card**

Closing Date 01/02/17

Account Ending ███

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 12/25/16 | UBER *US DEC24 67RNR HELP.UBER.COM | HELP.UBER.COM | CA | $37.58 |
| 12/25/16 | SUNOCO 0101670800 0101670800 GAS STATION | TAPPAN | NY | $26.35 |
| 12/26/16 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $59.78 |
| 12/26/16 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $61.95 |
| 12/27/16 | LOWE'S OF ULSTER, NY 0524 845-382-6000 | KINGSTON | NY | $355.01 |
| 12/27/16 | THE FREEWHEEL POTTERY THE FREEWHEEL P CARD & SOUVENIR STORE | WOODSTOCK | NY | $50.71 |
| 12/28/16 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $9.73 |
| 12/29/16 | GLATT EXPRESS 201-837-8110 | TEANECK | NJ | $107.95 |
| 12/31/16 | SUNFLOWER NATURAL FOODS MARKET 8456795361 Description REFER TO RECEIPT | WOODSTOCK | NY | $76.94 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ███ |

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ███ | ███ |
| ███ | ███ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Select & Pay Later | 02/12/2004 | | 9.65% (v) | ███ | ███ |
| Total | | | | | ███ |

(v) Variable Rate

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▬▬▬▬                                          p. 12/13

## Information on Pay Over Time Features continued

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card
account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not
placed into a Pay Over Time balance by the Payment Due Date.

## Renewal Notice

Your Account renews next month. The following terms will be in effect when your Account renews, unless we tell
you otherwise. Please refer to Page 2 for more information about your Account, including How We Calculate Your
Balance and Paying Interest.

**Please refer to page 2 for further important information regarding your account**

**Payment Information:** All charges made on this charge card, that are not included in a Pay Over Time balance, are
due and payable by the Payment Due Date.

**Annual Membership Fee:** The annual membership fee for your Account is $2,500.00. When you receive the
statement in which the annual fee is billed, you can avoid paying the annual fee by calling the Customer Care phone
number on Page 2 to cancel your Account.

**APR Information:** The Annual Percentage Rates (APRs) for each billing period may vary based on the Prime Rate.
We use the Prime Rate published in the rates section of *The Wall Street Journal* 2 days before the Closing Date of the
billing period. *The Wall Street Journal* may not publish the Prime Rate on that day. If it does not, we will use the Prime
Rate from the previous day it was published.

The Penalty APR will apply to a Feature if you make one or more late payments or if your payment is returned. If the
Penalty APR is applied, it will apply for at least 6 months. We will review your Account every 6 months after the
Penalty APR is applied. The Penalty APR will continue to apply until you have made timely payments with no
returned payments during the 6 months being reviewed.

You may have access to one or more Pay Over Time Features on your Account. If you are enrolled in a Feature or
have a Feature balance, the APRs that apply will be noted below as of the Closing Date of this statement. (v)
indicates variable rate.

**Select & Pay Later**

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 02/12/2004 | | Prime + 5.90% | 9.65% (v) |
| Penalty | 02/12/2004 | | Prime + 25.99% | 29.74% (v) |

**Exhibit DD**

**DUPLICATE COPY**

**Membership Rewards®**
**Monthly Statement and Program News**

Prepared for ███████████        Account Number ███████

## Total Points Balance        ████

## Points Earned this Period        ████

### Questions About Your Account?

🖥 **membershiprewards.com**

**1-800-297-1300**
**International Collect: 1-336-393-1111**

| Account Summary | November 1, 2016 - November 30, 2016 |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

**Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.**

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges.**

| Points Transaction Detail | November 1, 2016 - November 30, 2016 |
|---|---|

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| Centurion ████ | ████ | 0 | ████ |
| Add'l Centurion XXXX-XXXXX█ | 7,469 | 0 | 7,469 |
| **Total** | ████ | **0** | ████ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

\

**Exhibit DD**

**Exhibit DD**

## DUPLICATE COPY

p. 1/19

Centurion® Card

Closing Date 02/02/17

Account Ending █████

**New Balance** ████

**Payment Due Date**          02/27/17 ‡

‡**Late Payment Warning:**
████████████████████

See page 2 for important information about your account.

**See page 13**  **for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

**See Page 15**  **for an important Privacy Notice and the following pages for important notices about Your Billing Rights, Electronic Fund Transfer Error Resolution and a notice for WA residents.**



Your Centurion® Membership includes an annual subscription to Departures magazine (a value of $10). If you do not wish to receive the magazine, please call us at the number on the back of your Card. No credits are offered to Members who elect not to receive the magazine.

**Membership Rewards® Points**
Available and Pending as of 12/31/16

For up to date point balance and full program details, visit **membershiprewards.com**



**Account Summary**

| | |
|---|---|
| Previous Balance | |
| Payments/Credits | |
| New Charges | |
| Fees | |
| **New Balance** | ████ |
| Days in Billing Period: | 31 |

**Customer Care**


**Pay by Computer**
americanexpress.com/pbc

Customer Care        Pay by Phone
1-877-877-0987      1-800-472-9297

See page 2 for additional information.

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ████
Enter 15 digit account # on all payments.
Make check payable to American Express.

Payment Due Date
**02/27/17**

AutoPay Amount



Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| | | | |
|---|---|---|---|
| **Customer Care & Billing Inquiries** | 1-877-877-0987 | **Hearing Impaired** | |
| **International Collect** | 1-954-503-8905 | **TTY:** 1-800-221-9950 | |
| **Large Print & Braille Statements** | 1-877-877-0987 | **FAX:** 1-800-695-9090 | |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 | |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 3/19

Closing Date 02/02/17                                    Account Ending ████

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | ████ |
| Credits | ████ |
| | -$403.50 |
| ORLY GENGER ████ | |
| Total Payments and Credits | ████ |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| ████ ████ ████ | ████ |
| ████ ████ ████ | ████ |

| Credits | Amount |
|---|---|
| ████ ████ | ████ |
| | ████ |
| ████ | |
| 01/06/17    ORLY GENGER    SHOPBOP.COM    877-746-7267    WI    DIRECT MKTG MISC | -$403.50 |

## New Charges

### Summary

| | Total |
|---|---|
| | $4,844.87 |
| ORLY GENGER ████ | |
| Total New Charges | ████ |

### Detail

| | Foreign Spend | Amount |
|---|---|---|
| ████ ████ | | ████ |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending █████

█████████

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 5/19

████████ Closing Date 02/02/17                              Account Ending ████████

| Detail Continued |

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 02/02/17

Account Ending ████

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**DUPLICATE COPY**
Account Ending ▆▆▆▆▆

| Detail Continued |
|---|

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| ▆▆ | ▆▆▆▆▆ | | | ▆▆▆ | | ▆▆ |
| ▆▆ | ▆▆▆▆▆ | | | ▆▆▆ | ▆ | ▆▆ |

**ORLY GENGER**
Card Ending ▆▆

| Date | Description | | City | State | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 01/02/17 | IPARK 260 650000009224448 2127367171 Description IPARK 260 | Price $42.00 | NEW YORK | NY | | $42.00 |
| 01/03/17 | GLATT EXPRESS 201-837-8110 | | TEANECK | NJ | | $109.33 |
| 01/03/17 | J JILL THE STORE 98 000000000000000007652 | | PARAMUS | NJ | | $451.98 |
| 01/03/17 | NORDSTROM #0520 000000520 8002855800 Description DEPT. STORES | Price $228.00 | PARAMUS | NJ | | $228.00 |
| 01/03/17 | NORDSTROM #0520 000000520 8002855800 Description DEPT. STORES | Price $376.00 | PARAMUS | NJ | | $376.00 |
| 01/03/17 | NORDSTROM #0520 000000520 8002855800 Description DEPT. STORES | Price $248.00 | PARAMUS | NJ | | $248.00 |
| 01/03/17 | NORDSTROM #0520 000000520 8002855800 Description DEPT. STORES | Price $466.90 | PARAMUS | NJ | | $466.90 |
| 01/03/17 | MUJI GARDEN STATE PLAZA 6463660515 | | PARAMUS | NJ | | $26.96 |
| 01/04/17 | SMOKE CHOPHOUSE & CIGAR 0011 201-541-8530 Description FOOD/BEVERAGE | | ENGLEWOOD | NJ | | $36.56 |
| ▆▆▆ | ▆▆▆▆▆▆ | | ▆▆▆ | ▆ | | ▆▆▆ |
| 01/05/17 | 0000NYCTAXI5G39 09000310011 000-0000000 | | NEW YORK | NY | | $11.00 |
| 01/05/17 | 0000NYCTAXI9L38 09000220012 000-0000000 | | BROOKLYN | NY | | $10.00 |
| 01/05/17 | UBER *US JAN05 NPUHN HELP.UBER.COM | | HELP.UBER.COM | CA | | $15.89 |
| 01/05/17 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | | $42.70 |
| 01/05/17 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | | $39.00 |
| 01/05/17 | UBER *US JAN05 XOEED HELP.UBER.COM | | HELP.UBER.COM | CA | | $10.50 |
| 01/06/17 | MERCER KITCHEN 000000090114001 2122580688 FOOD/BEVERAGE $62.06 TIP $14.00 | | NEW YORK | NY | | $76.06 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                p. 9/19

Closing Date 02/02/17                                                    Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 01/06/17 | THE BUTCHER'S DAUGHTER N 0026<br>917-388-2132<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY | | $70.46 |
| 01/06/17 | RAPID EAST 87TH CORP 0000<br>212-831-4318<br>Description<br>PARKING FEES | NEW YORK | NY | | $42.00 |
| 01/06/17 | GUGGENHEIM MUSEUM 542929806237996<br>2124233500<br>Description          Price<br>MISC. RETAIL STORES   $50.00 | NEW YORK | NY | | $50.00 |
| 01/06/17 | MAISON KAYSER 1 MAISON KAYSER 1<br>326 BLEECKER ST NEW YORK<br>FOOD/BEVERAGE          $65.00 | NEW YORK | NY | | $65.00 |
| 01/08/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description          Price<br>GROCERY STORES   $172.46 | CLOSTER | NJ | | $172.46 |
| 01/08/17 | SHOPRITE ENGLEWOOD S<br>719366 07631 | ENGLEWOOD | NJ | | $3.49 |
| 01/09/17 | THE HOME DEPOT<br>800-654-0688 | HACKENSACK | NJ | | $7.20 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | | ▮▮▮ |
| 01/09/17 | ROSIE POPE MATERNITY<br>WOMEN'S CLOTHING | NEW YORK | NY | | $128.00 |
| 01/10/17 | UBER  *US JAN10 MYNBU<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $67.47 |
| 01/10/17 | UBER  *US JAN10 PUXWD<br>HELP.UBER.COM | HELP.UBER.COM | CA | | $40.70 |
| 01/10/17 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | | $193.33 |
| 01/11/17 | NANUCHKA<br>RESTAURANT | TEL AVIV | | 215.00<br>Israeli Shekels | $55.93 |
| 01/12/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 75.60<br>Israeli Shekels | $19.85 |
| 01/15/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 33.80<br>Israeli Shekels | $8.87 |
| 01/16/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 66.80<br>Israeli Shekels | $17.49 |
| 01/16/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 70.50<br>Israeli Shekels | $18.46 |
| 01/17/17 | MERCAZ AHAVA<br>FAMILY CLOTHING | JERUSALEM | | 380.00<br>Israeli Shekels | $100.05 |
| 01/17/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 287.00<br>Israeli Shekels | $75.57 |
| 01/17/17 | MERCAZ AHAVA<br>FAMILY CLOTHING | JERUSALEM | | 76.00<br>Israeli Shekels | $20.01 |
| 01/17/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 284.00<br>Israeli Shekels | $74.78 |
| 01/18/17 | LES PETITES LTD<br>FAMILY CLOTHING | TEL AVIV | | 1,498.00<br>Israeli Shekels | $394.11 |
| 01/18/17 | ZOOM<br>ART DEALER & GALLERY | TEL AVIV-JAF | | 320.00<br>Israeli Shekels | $84.19 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

| Detail Continued | | | | |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 01/18/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 25.10<br>Israeli Shekels | $6.60 |
| 01/18/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 30.90<br>Israeli Shekels | $8.13 |
| 01/18/17 | ECRADHON LTD<br>BOOK STORE | HRZHLIA | 180.00<br>Israeli Shekels | $47.36 |
| 01/18/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 57.60<br>Israeli Shekels | $15.15 |
| 01/20/17 | -COLECTION SOHO T-A<br>HOUSEHOLD APPLIANCES | BENE BRAK | 219.60<br>Israeli Shekels | $57.88 |
| 01/22/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 75.30<br>Israeli Shekels | $19.85 |
| 01/22/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 70.20<br>Israeli Shekels | $18.50 |
| 01/22/17 | ANITA<br>FAST FOOD RESTAURANT | TEL AVIV | 79.00<br>Israeli Shekels | $20.86 |
| 01/23/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 288.32<br>Israeli Shekels | $76.13 |
| 01/23/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 97.80<br>Israeli Shekels | $25.83 |
| 01/23/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 69.80<br>Israeli Shekels | $18.43 |
| 01/24/17 | KIOSK LILENBLOM LTD<br>FAST FOOD RESTAURANT | TEL AVIV-JAF | 49.45<br>Israeli Shekels | $13.09 |
| 01/25/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 53.00<br>Israeli Shekels | $14.03 |
| 01/25/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 32.90<br>Israeli Shekels | $8.71 |
| 01/26/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 67.80<br>Israeli Shekels | $18.00 |
| 01/26/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 71.60<br>Israeli Shekels | $19.01 |
| 01/27/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 31.50<br>Israeli Shekels | $8.36 |
| 01/29/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 26.90<br>Israeli Shekels | $7.14 |
| 01/29/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 143.50<br>Israeli Shekels | $38.09 |
| 01/30/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 23.30<br>Israeli Shekels | $6.18 |
| 01/30/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 34.70<br>Israeli Shekels | $9.21 |
| 01/31/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 282.00<br>Israeli Shekels | $75.00 |
| 01/31/17 | S.K MANAGEMENT<br>HOUSEHOLD APPLIANCES | TEL AVIV YAF | 172.50<br>Israeli Shekels | $45.88 |
| 02/01/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 35.10<br>Israeli Shekels | $9.34 |
| 02/01/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 19.40<br>Israeli Shekels | $5.16 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 11/19

Closing Date 02/02/17                                          Account Ending ████

| Fees | | Amount |
|---|---|---|
| ████  ██████ | ██████████████████████ | ████ |
| Total Fees for this Period | | ███ |

| 2017 Fees and Interest Totals Year-to-Date | | Amount |
|---|---|---|
| ████ | | ██ |
| ██████ | | ██ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 9.65% (v) | ██ | ██ |
| Total | | | | | ██ |

(v) Variable Rate

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Exhibit DD**

DUPLICATE COPY
Account Ending ████████

p. 12/19

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 13/19

Closing Date 02/02/17

Account Ending ▮

# Notice of Important Changes to the Membership Rewards® Program Terms
We are making changes summarized below to the Membership Rewards program terms. We encourage you to read this notice and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to the Membership Rewards program terms can be found on the following page.

## Important Information about the Membership Rewards Program

Effective June 1, 2017, we are making two changes to the Terms and Conditions of the Membership Rewards® program: (1) If we cancel your Linked Card Account on or after June 1, 2017, we will no longer return points to your program account if your Linked Card Account (including a Corporate Card) is reinstated within one year after it is cancelled; and (2) Corporate Card Members can begin using points for charges at Ticketmaster and Telecharge.

Effective immediately, we are replacing the first paragraph of the "Using Your Card" subsection of the "Getting Points" section to clarify how you can earn points and when they will be available for use.

*See the reverse side for the Detail of Changes to the Membership Rewards program Terms and Conditions*

ID 12454

**Exhibit DD**

CMLENDDMRUS0118

DUPLICATE COPY
Account Ending ████

p. 14/19

## Detail of Changes to the Membership Rewards Program Terms

This notice amends the Membership Rewards program Terms and Conditions (the "Terms and Conditions") as described below. We have the right to amend as described in the Terms and Conditions. Any provisions in the Terms conflicting with this change are replaced fully and completely. Provisions not changed by this notice remain in full force and effect.

### Membership Rewards Program

Effective June 1, 2017, (1) the following two sentences are deleted from the "For Canceling Your Account" subsection of the "Forfeiting And Getting Points Back" section of the Membership Rewards Terms and Conditions: "If we reinstate the Linked Card Account within one year, these forfeited points will be returned to your program account. If the only Linked Card Account is a Corporate Card and has been reinstated within one year, you must contact Membership Rewards at 1-800-AXP-EARN to have the forfeited points returned to your account.", and (2) the following sentence is deleted from the "Using Pay With Points To Book Travel On American Express® Travel, For Products Through Membershiprewards.com, And Elsewhere" subsection of the "Using Points" section of the Membership Rewards Terms and Conditions: "Corporate Card Members are not eligible to use points for Ticketmaster or Telecharge if the Corporate Card is the only Linked Card Account."

Effective immediately, the following language will replace the first paragraph of the "Using Your Card" subsection of the "Getting Points" section:

"Most Card Members will earn one point for every dollar charged for an eligible purchase to their Linked Card Account. Some Card Members will earn additional points for every dollar charged for an eligible purchase to their Linked Card Account, as noted in the Getting Additional Points section immediately below. To use points you have earned, including these additional points, you must pay the amount due on your Linked Card Account statement on time. If it's necessary for you to enroll your Card in Membership Rewards in order to participate in the program, you won't earn points for eligible purchases that you made before your enrollment date. As long as you pay the minimum amount due, you will earn points for the full amount of any charge applied to the following:

- Sign & Travel®
- Extended Payment Option
- Flexible Payment Option
- Select & Pay Later
- Eligible American Express Credit Card purchases

From time to time, we may make promotional offers of points. These offers include terms about how you can earn the points and when you can use them. These offer terms may differ from the terms above concerning points earned for charges to your Linked Card account, including when you can use the points.

You can view your point balance by logging onto your online account at www.americanexpress.com and viewing your account summary page. Some points may be shown as pending points. Pending points are points you will be able to use after we receive timely payment of the related amount due or in accordance with the terms of the offer for which the promotional points are awarded."

**Exhibit DD**

CMLENDDMRUS0118

**Centurion® Card**

## DUPLICATE COPY

Closing Date 02/02/17

Account Ending ▮▮▮▮

Rev. 9/2012

| FACTS | WHAT DOES AMERICAN EXPRESS DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• transaction history and account history<br>• insurance claim history and credit history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons American Express chooses to share; and whether you can limit this sharing. |

| Reasons we can share personal information | Does American Express share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes –** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes –** to offer our products and services to you | Yes | No (but please see the "To limit direct marketing" box below for additional privacy choices) |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes –** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes –** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No (although we may share aggregated or de-identified data) | We don't share personal information |

| To limit our sharing | • Visit us online: www.americanexpress.com/communications or<br>• Call us at 1-855-297-7748 - our menu will prompt you through your choices<br>*Please note:*<br>If you are a *new* customer, we can begin sharing your personal information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your personal information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| To limit direct marketing | We provide additional privacy choices to customers. Privacy elections you make for any one product or service may not automatically be applied to other products and services. To let us know if you do not want us to use your personal information to communicate with you about offers by mail, telephone, and/or e-mail:<br>• Visit us online: www.americanexpress.com/communications or<br>• Call us at 1-855-297-7748 (except for choices about e-mail communications) |
| Questions? | Call 1-800-528-4800 or go to americanexpress.com/contact. |

**Page 1 of 2**
S04N4

BP/PRVCCSG/1114

**Exhibit DD**

DUPLICATE COPY
Account Ending

| Who we are | |
|---|---|
| Who is providing this notice? | American Express Travel Related Services Company, Inc. and other American Express Affiliates that provide financial products or services, including American Express Centurion Bank, American Express Bank, FSB, and AMEX Assurance Company. |

| What we do | |
|---|---|
| How does American Express protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does American Express collect my personal information? | We collect your personal information, for example, when you<br>• open an account or pay your bills<br>• give us your income information or give us your contact information<br>• use your credit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing of personal information? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates include companies with the American Express name, including financial companies such as American Express Travel Related Services Company, Inc. and nonfinancial companies such as American Express Publishing. Affiliates may also include other companies related by common ownership or control, such as Serve Virtual Enterprises, Inc. and AMEX Assurance Company, a provider of American Express Card-related insurance services. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates with which we share personal information include service providers, including, for example, direct marketers, that perform services or functions on our behalf. |
| Joint marketing | A formal agreement between nonaffiliated companies that together market financial products or services to you.<br>• Our joint marketing partners include financial companies. |

| Other important information |
|---|
| We may transfer personal information to other countries, for example, for customer service or to process transactions.<br>**AMEX Assurance Company customers:** You may have the right to access and correct recorded personal information. Personal information may be disclosed by us to detect fraud or misrepresentation, to verify insurance coverage, to an insurance regulatory authority, law enforcement or other governmental authority pursuant to law, or to a group policyholder for purposes of reporting claims experience or conducting an audit. Personal information related to insurance claim activity obtained from a report prepared by an insurance-support organization on our behalf may be retained by such organization and disclosed as required by law. State law may be more protective than federal law.<br>**California:** If your American Express account has a California billing address, we will not share your personal information except to the extent permitted under California law.<br>**Vermont:** If your American Express account has a Vermont billing address, we will automatically treat your account as if you have directed us not to share information about your creditworthiness with our affiliates. |

BP/PRVCCSG/1114

**Exhibit DD**

Centurion® Card                     **DUPLICATE COPY**                        p. 17/19

Closing Date 02/02/17                                        Account Ending ▓▓▓

**Your Billing Rights: Keep this Document for Future Use**
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.
<u>What To Do If You Find a Mistake on Your Statement</u>
If you think there is an error on your statement, write to us at PO Box 981535, El Paso TX 79998-1535.  In
your letter, give us the following information:
* *Account information:* Your name and account number.
* *Dollar amount:* The dollar amount of the suspected error.
* *Description of problem:*  If you think there is an error on your bill, describe what you believe is wrong and
  why you believe it is a mistake.
You must contact us:
  * Within 60 days after the error appeared on your statement.
  * At least 2 business days before an automated payment is scheduled, if you want to stop payment on
    the amount you think is wrong.
You must notify us of any potential errors *in writing*.  You may call us, but if you do we are not required to
investigate any potential errors and you may have to pay the amount in question.
<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter.  We will also tell you if
   we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe
   the bill is correct.
While we investigate whether or not there has been an error:
  * We cannot try to collect the amount in question, or report you as delinquent on that amount.
  * The charge in question may remain on your statement, and we may continue to charge you interest
    on that amount.
  * While you do not have to pay the amount in question, you are responsible for the remainder of your
    balance.
  * We can apply any unpaid amount against your credit limit.
After we finish our investigation, one of two things will happen:
  * *If we made a mistake:*  You will not have to pay the amount in question or any interest or other fees
    related to that amount.
  * *If we do not believe there was a mistake:*  You will have to pay the amount in question, along with
    applicable interest and fees.  We will send you a statement of the amount you owe and the date
    payment is due.  We may then report you as delinquent if you do not pay the amount we think you
    owe.
If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us
that you still refuse to pay.  If you do so, we cannot report you as delinquent without also reporting that you are
questioning your bill.  We must tell you the name of anyone to whom we reported you as delinquent, and we
must let those organizations know when the matter has been settled between us.
If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even
if your bill is correct.
<u>Your Rights If You Are Dissatisfied With Your Credit Card Purchases</u>
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have
tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining
amount due on the purchase.
To use this right, all of the following must be true:
  1. The purchase must have been made in your home state or within 100 miles of your current mailing
     address, and the purchase price must have been more than $50.  (Note: Neither of these are necessary
     if your purchase was based on an advertisement we mailed to you, or if we own the company that sold
     you the goods or services.)
  2. You must have used your credit card for the purchase.  Purchases made with cash advances from an
     ATM or with a check that accesses your credit card account do not qualify.
  3. You must not yet have fully paid for the purchase.

**Exhibit DD**

DUPLICATE COPY

Account Ending

p. 18/19

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at PO Box 981535, El Paso TX 79998-1535. While we investigate, the same rules apply to the disputed amount as discussed above.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

### Annual EFT Error Resolution Notice

This notice is to inform you about how you should notify us of errors or questions regarding any electronic fund transfers you initiate using your American Express Card, including Express Cash transactions, or electronic payments you make to American Express using Pay By Phone, Pay By Computer, or any other American Express electronic payment service.

In case of errors or questions about your Electronic Transfers, please contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. You can call us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, at 1-800-528-4800 for AutoPay questions, and at 1-800-CASH-NOW for Express Cash questions. You may also write to us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso, TX 79998-1531 or contact us online at www.americanexpress.com/inquirycenter. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared or question arose.

When you contact us, please provide the following information:

(1) Your name and card account number.

(2) Description of the error or the transfer you are unsure about. Explain as clearly as you can why you believe it is an error or why you need more information.

(3) The dollar amount of the suspected error.

If you notify us by phone, we may require that you send us your complaint or question in writing within 10 business days of the call.

We will determine whether an error occurred within 10 business days and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your bank account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If we have credited your bank account and there was no error, we will tell you when we will withdraw that amount from your bank account again. You authorize us to withdraw this amount from your bank account. If your bank account does not have enough funds to cover this withdrawal, we can charge the amount to your card account or collect the amount from you. If this happens, we may cancel your right to use our electronic transfer services.

### Notice for residents of Washington State

In accordance with the Revised Code of Washington Statutes, Section 63.14.167, you are not responsible for payment of interest charges that result solely from a merchant's failure to transmit to us within seven working days a credit for goods or services accepted for return or forgiven if you have notified us of the merchant's delay in posting such credit, or our failure to post such credit to your account within three working days of our receipt of the credit.

S04N4

BP/PRVCCSG/1114

**Exhibit DD**

**DUPLICATE COPY**

p. 19/19

**Membership Rewards®
Monthly Statement and Program News**

Prepared for ██████████    Account Number ██████

## Total Points Balance          ██████

## Points Earned this Period     ██ █

### Questions About Your Account?

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 1-336-393-1111**

### Account Summary          December 1, 2016 - December 31, 2016

| | |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail          December 1, 2016 - December 31, 2016

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| Centurion | ████ | 0 | ████ |
| Add'l Centurion XXXX-XXXXX███ | 12,532 | 0 | 12,532 |
| **Total** | ████ | 0 | ████ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                p. 1/15

████  Closing Date 03/02/17                          Account Ending ████

| New Balance | ████ |
|---|---|
| **Payment Due Date** | **03/27/17‡** |

‡Late Payment Warning: ████████████████████████

⇥ See page 2 for important information about your account.

⇥ As a reminder, as of 02/03/2017, our records indicate that your account is enrolled in one or more optional product(s) which may generate a charge to your account. Please see **Page 13** for more details.

ⓘ ████████████████

### Membership Rewards® Points
Available and Pending as of 01/31/17

For up to date point balance and full program details, visit membershiprewards.com

### Account Summary
Previous Balance        ████
Payments/Credits        ████
New Charges             ████
Fees

New Balance             ████

Days in Billing Period: 28

### Customer Care

🖥 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**        **Pay by Phone**
1-877-877-0987          1-800-472-9297

⇥ See page 2 for additional information.

---

■ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ████

Enter 15 digit account # on all payments.
Make check payable to American Express.

 

Payment Due Date
**03/27/17**
AutoPay Amount ████

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮▮

p. 2/15

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| Customer Care & Billing Inquiries | 1-877-877-0987 | Hearing Impaired |
|---|---|---|
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

Customer Care
& Billing Inquiries          Payments
P.O. BOX 981535             P.O. BOX 650448
EL PASO, TX                 DALLAS TX 75265-
79998-1535                  0448

---

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                           p. 3/15

�, Closing Date 03/02/17                                                              Account Ending ▬▬▬

| Payments and Credits |
| --- |
| Summary |

|  | Total |
| --- | --- |
| Payments |  |
| Credits | -$14,493.23 |
| ORLY GENGER ▬ | |
| Total Payments and Credits | |

| Detail | *Indicates posting date |
| --- | --- |

| Payments | Amount |
| --- | --- |

| Credits | Amount |
| --- | --- |

| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$389.70 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$541.25 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$184.03 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$714.45 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$947.19 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$514.19 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$184.03 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$699.22 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$184.03 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$703.63 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$455.73 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$671.15 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$958.01 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$110.42 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$416.76 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$644.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$1,077.09 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$193.77 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$184.03 |
| 02/05/17 | ORLY GENGER | NORDSTROM | AUSTIN | TX | -$815.12 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

p. 4/15

| Detail Continued | *Indicates posting date | | |
|---|---|---|---|
| | | | **Amount** |
| 02/09/17 ORLY GENGER | INGRID & ISABEL | | -$40.80 |
| | COMMERCE        CA | | |
| | 415-409-2900 | | |
| | Description | | |
| | APPAREL/ACCESSORIES | | |

## New Charges

### Summary

| | **Total** |
|---|---|
| | |
| ORLY GENGER ███████ | $16,895.77 |
| **Total New Charges** | ██████ |

## Detail

| | | | Foreign Spend | **Amount** |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 5/15

Closing Date 03/02/17

Account Ending ████

Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

**Detail Continued**

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card

p. 7/15

Closing Date 03/02/17

Account Ending ▮▮▮▮

Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**
Account Ending ████

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**ORLY GENGER**
Card Ending ████

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 02/02/17 | S.K MANAGEMENT<br>HOUSEHOLD APPLIANCES | TEL AVIV YAF | | 39.50<br>Israeli Shekels | $10.57 |
| 02/04/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 64.80<br>Israeli Shekels | $17.34 |
| 02/05/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 87.50<br>Israeli Shekels | $23.41 |
| 02/05/17 | BENI HADAYAG RETAURENT<br>RESTAURANT | TEL AVIV-JAF | | 280.00<br>Israeli Shekels | $74.92 |
| 02/05/17 | ACE NAMAL TEL AVIV<br>LUMBER/BUILDING | tel aviv | | 497.80<br>Israeli Shekels | $133.19 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description Price<br>DEPT. STORES $644.09 | AUSTIN | TX | | $644.09 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description Price<br>DEPT. STORES $184.03 | AUSTIN | TX | | $184.03 |

**Exhibit DD**

Centurion® Card                    **DUPLICATE COPY**                    p. 9/15

Closing Date 03/02/17                                    Account Ending ▮▮▮▮▮▮

---

| **Detail Continued** |
|---|

| | | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$1,077.09 | AUSTIN | TX | | | $1,077.09 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$644.09 | AUSTIN | TX | | | $644.09 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$193.77 | AUSTIN | TX | | | $193.77 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$184.03 | AUSTIN | TX | | | $184.03 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$389.70 | AUSTIN | TX | | | $389.70 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$703.63 | AUSTIN | TX | | | $703.63 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$541.25 | AUSTIN | TX | | | $541.25 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$455.73 | AUSTIN | TX | | | $455.73 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$184.03 | AUSTIN | TX | | | $184.03 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$671.15 | AUSTIN | TX | | | $671.15 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$714.45 | AUSTIN | TX | | | $714.45 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$958.01 | AUSTIN | TX | | | $958.01 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$644.09 | AUSTIN | TX | | | $644.09 |
| 02/05/17 | NORDSTROM<br>8002855800<br>Description<br>DEPT. STORES | Price<br>$110.42 | AUSTIN | TX | | | $110.42 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███

| Detail Continued |
| --- |

| | | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $947.19 | AUSTIN | | TX | | $947.19 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $644.09 | AUSTIN | | TX | | $644.09 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $514.19 | AUSTIN | | TX | | $514.19 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $416.76 | AUSTIN | | TX | | $416.76 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $699.22 | AUSTIN | | TX | | $699.22 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $184.03 | AUSTIN | | TX | | $184.03 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $644.09 | AUSTIN | | TX | | $644.09 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $815.12 | AUSTIN | | TX | | $815.12 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $644.09 | AUSTIN | | TX | | $644.09 |
| 02/05/17 | NORDSTROM 8002855800 Description DEPT. STORES | Price $644.09 | AUSTIN | | TX | | $644.09 |
| 02/05/17 | LULULEMON ATHLETICA USA B TO C CLOTHING 877-263-9300 | | (877)263-9300 | | CA | | $294.00 |
| 02/05/17 | SHOPBOP.COM CLOTHING | | 877-746-7267 | | WI | | $307.00 |
| 02/07/17 | GETT MISC TRANSPORTATION | | TEL AVIV-JAF | | | 87.60 Israeli Shekels | $23.41 |
| 02/07/17 | SUZANNA RESTAURANT | | TEL AVIV | | | 101.00 Israeli Shekels | $26.99 |
| 02/07/17 | INGRID & ISABEL 0131 415-409-2900 Description APPAREL/ACCESSORIES | | COMMERCE | | CA | | $347.99 |
| 02/09/17 | ACE NAMAL TEL AVIV LUMBER/BUILDING | | tel aviv | | | 207.90 Israeli Shekels | $55.60 |
| 02/09/17 | GETT MISC TRANSPORTATION | | TEL AVIV-JAF | | | 89.70 Israeli Shekels | $23.99 |
| 02/09/17 | GETT MISC TRANSPORTATION | | TEL AVIV-JAF | | | 71.60 Israeli Shekels | $19.15 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 11/15

██████ Closing Date 03/02/17                         Account Ending ████

| Detail Continued | | | | |
|---|---|---|---|---|

| Date | Description | Location | Foreign Spend | Amount |
|---|---|---|---|---|
| 02/10/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 47.00 Israeli Shekels | $12.57 |
| 02/10/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 214.50 Israeli Shekels | $57.37 |
| 02/11/17 | DALAL RESTAURANT | TEL AVIV YAF | 79.00 Israeli Shekels | $21.13 |
| 02/11/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 63.00 Israeli Shekels | $16.85 |
| 02/11/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 67.00 Israeli Shekels | $17.92 |
| 02/11/17 | KOLNOAPHONE MOVIE THEATER | rishon lezio | 88.00 Israeli Shekels | $23.54 |
| 02/12/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 60.60 Israeli Shekels | $16.21 |
| 02/12/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 68.30 Israeli Shekels | $18.27 |
| 02/13/17 | GORDON RESTAURANT | TEL-AVIV | 271.00 Israeli Shekels | $72.46 |
| 02/13/17 | RAZEL COSMETIC STORE | TEL AVIV YAF | 160.00 Israeli Shekels | $42.78 |
| 02/13/17 | PLANT HEALTH & BEAUTY SPA | TEL AVIV YAF | 520.00 Israeli Shekels | $139.04 |
| 02/14/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 41.60 Israeli Shekels | $11.13 |
| 02/14/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 105.30 Israeli Shekels | $28.18 |
| 02/14/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 93.00 Israeli Shekels | $24.89 |
| 02/14/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 32.90 Israeli Shekels | $8.80 |
| 02/14/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 36.80 Israeli Shekels | $9.84 |
| 02/15/17 | HASABON CLEANING/GARMENT | TEL-AVIV | 150.00 Israeli Shekels | $40.12 |
| 02/16/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 31.70 Israeli Shekels | $8.58 |
| 02/16/17 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | 41.43 Israeli Shekels | $11.22 |
| 02/16/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 55.20 Israeli Shekels | $14.95 |
| 02/16/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 155.00 Israeli Shekels | $41.97 |
| ████ | ████ ████ | ████ | ████ | ████ |
| 02/16/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 67.70 Israeli Shekels | $18.33 |
| 02/18/17 | GORDON RESTAURANT | TEL-AVIV | 360.00 Israeli Shekels | $97.47 |
| 02/19/17 | CASTEL LTD    TEL-AVIV | | | $25.99 |
| 02/19/17 | GETT    TEL AVIV-JAF | | | $12.02 |
| 02/19/17 | GETT    TEL AVIV-JAF | | | $18.17 |
| 02/19/17 | GETT    TEL AVIV-JAF | | | $8.94 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ██████



p. 12/15

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 02/19/17 | GORDON | TEL-AVIV | | | $11.91 |
| 02/20/17 | GETT | TEL AVIV-JAF | | | $18.42 |
| 02/20/17 | GETT | TEL AVIV-JAF | | | $12.71 |
| 02/20/17 | GETT | TEL AVIV-JAF | | | $7.54 |
| 02/21/17 | GETT | TEL AVIV-JAF | | | $27.09 |
| 03/01/17 | GETT MISC TRANSPORTATION | | TEL AVIV-JAF | 0.50 Israeli Shekels | $0.14 |
| 03/01/17 | GETT MISC TRANSPORTATION | | TEL AVIV-JAF | 74.90 Israeli Shekels | $20.65 |
| 03/01/17 | GETT MISC TRANSPORTATION | | TEL AVIV-JAF | 90.00 Israeli Shekels | $24.81 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ██ |

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ██████ | ██ |
| ██████ | ██ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated From | To | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Select & Pay Later | 02/12/2004 | | 9.65% (v) | ██ | ██ |
| Total | | | | ██ | ██ |

(v) Variable Rate

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                p. 13/15

Closing Date 03/02/17                                    Account Ending ▉▉▉

**Enrollment in CreditSecure**
This is a reminder that you are currently enrolled in CreditSecure. This optional product provides monitoring services and tools to help you manage your credit. If you choose to cancel your enrollment or require additional information regarding your enrollment, please contact us at the number listed on the back of your card.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Exhibit DD**

DUPLICATE COPY

**Membership Rewards®**
**Monthly Statement and Program News**

p. 15/15

Prepared for ▬▬▬▬   Account Number ▬▬ 7▬ ▬

| Total Points Balance | ▬▬▬ |
|---|---|

| Points Earned this Period | ▬▬▬ |
|---|---|

## Questions About Your Account?

🖥 membershiprewards.com

1-800-297-1300
International Collect: 1-336-393-1111

### Account Summary
January 1, 2017 – January 31, 2017

Opening Points Balance
Points Earned this Period
Points Used this Period
Reinstated Points and Adjustments
**Total Points Balance**

Points Earned this Period are pending until charges are paid in full and all your
accounts are in good standing.

## Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining,
groceries, and more, then go online and use
the points you earned toward your eligible
charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail
January 1, 2017 – January 31, 2017

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| **Centurion** | ▬▬ | 0 | ▬▬ |
| **Add'l Centurion** XXXX-XXXXX▬▬ | 12,018 | 0 | 12,018 |
| **Total** | ▬▬ | 0 | ▬▬ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or
redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting
membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit
membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                        p. 1/13

█████ Closing Date 04/02/17                                                    Account Ending ████

| New Balance | ████ |
|---|---|
| **Payment Due Date** | **04/27/17**‡ |

‡**Late Payment Warning:** ████████████████████

📄 See page 2 for important information about your account.

➡️ **See page 12    for Important Changes to Your Account Terms.**

ⓘ ████████████████████████████

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

ⓘ ████████████████████████████

**Membership Rewards® Points**
Available and Pending as of 02/28/17        ████

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| Previous Balance | ████ |
|---|---|
| Payments/Credits | |
| New Charges | ████ |
| Fees | |
| **New Balance** | ████ |
| Days in Billing Period: | 31 |

**Customer Care**

💻 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

📄 See page 2 for additional information.

---

**Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ████
Enter 15 digit account # on all payments. Make check payable to American Express.



| Payment Due Date |
|---|
| **04/27/17** |
| AutoPay Amount |
| ████ |

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

☐ Check here if your address or phone number has changed. Note changes on reverse side.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| Customer Care & Billing Inquiries | 1-877-877-0987 | Hearing Impaired |  Website: americanexpress.com |
|---|---|---|---|
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 | |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 | Customer Care |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 | & Billing Inquiries — Payments |

Customer Care & Billing Inquiries: P.O. BOX 981535, EL PASO, TX 79998-1535
Payments: P.O. BOX 650448, DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address
City, State
Zip Code
Area Code and Home Phone
Area Code and Work Phone
Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 3/13

Closing Date 04/02/17                                                    Account Ending ████

## Payments and Credits
### Summary

|  | Total |
|---|---|
| Payments | ████ |
| Credits | $0.00 |
| Total Payments and Credits | ████ |

### Detail    *Indicates posting date

|  | Amount |
|---|---|
| Payments | ████ |

████  ████  ████████

## New Charges
### Summary

|  | Total |
|---|---|
| ████████ | ████ |
| ORLY GENGER ████ | $9,422.30 |
| Total New Charges | ████ |

### Detail

|  |  | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

DUPLICATE COPY
Account Ending

**Detail Continued**

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 5/13

██████████
Closing Date 04/02/17                          Account Ending ███████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

DUPLICATE COPY
Account Ending

p. 6/13

**Detail Continued**



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

<span style="float:right">p. 7/13</span>

Closing Date 04/02/17

Account Ending ▮▮▮

| Detail Continued |
| --- |



DUPLICATE COPY
Account Ending

p. 8/13

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

**ORLY GENGER**
Card Ending

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/02/17 | GETT | TEL AVIV-JAF |  | 48.60 Israeli Shekels | $13.18 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/02/17 | GETT | TEL AVIV-JAF |  | 43.20 Israeli Shekels | $11.71 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/03/17 | GETT | TEL AVIV-JAF |  | 25.50 Israeli Shekels | $6.91 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/03/17 | GETT | TEL AVIV-JAF |  | 20.50 Israeli Shekels | $5.56 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/03/17 | SHOPBOP.COM | 877-746-7267 | WI |  | $427.84 |
|  | CLOTHING |  |  |  |  |
| 03/05/17 | BABETTE CHILDRENS FASHION | TEL AVIV |  | 368.00 Israeli Shekels | $99.78 |
|  | CHILDREN'S CLOTHING |  |  |  |  |
| 03/05/17 | GETT | TEL AVIV-JAF |  | 82.70 Israeli Shekels | $22.42 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/05/17 | GETT | TEL AVIV-JAF |  | 85.70 Israeli Shekels | $23.24 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/05/17 | GETT | TEL AVIV-JAF |  | 51.60 Israeli Shekels | $13.99 |
|  | MISC TRANSPORTATION |  |  |  |  |
| 03/06/17 | UBER *US MAR06 IGUYHELP.UBER.COM    CA |  |  |  | $47.56 |
| 03/07/17 | HUMMUS ELITE 899000003295092 | ENGLEWOOD | NJ |  | $22.45 |
|  | 67744 07631 |  |  |  |  |
| 03/07/17 | FREDERIC FEKKAI | NEW YORK | NY |  | $381.43 |
|  | 2128910325 |  |  |  |  |
| 03/07/17 | NATUREWORKS RESTAURANT 000000001 | NEW YORK | NY |  | $9.80 |
|  | 2123333020 |  |  |  |  |
|  | Description |  |  |  |  |
|  | REFER TO RECEIPT |  |  |  |  |
| 03/07/17 | GATEWAY TAXI FUNDING GATEWAY TAXI FU | LONG ISLAND CITY | NY |  | $13.00 |
|  | 718-779-5000 |  |  |  |  |
|  | Description |  |  |  |  |
|  | TAXI: 6L35 |  |  |  |  |
|  | 13:07 996 5th Ave |  |  |  |  |
|  | 13:25 |  |  |  |  |
| 03/07/17 | NATUREWORKS RESTAURANT 000000001 | NEW YORK | NY |  | $4.30 |
|  | 2123333020 |  |  |  |  |
|  | Description |  |  |  |  |
|  | REFER TO RECEIPT |  |  |  |  |
| 03/07/17 | BUY BUY BABY | PARAMUS | NJ |  | $64.11 |
|  | MISC/SPECIALTY RETAIL |  |  |  |  |
| 03/08/17 | MENAGERIE | ENGLEWOOD | NJ |  | $40.20 |
|  | 201-569-2704 |  |  |  |  |
| 03/08/17 | EXXONMOBIL 9922 | ENGLEWOOD CLI | NJ |  | $18.41 |
|  | 201-944-2663 |  |  |  |  |
|  | Description |  |  |  |  |
|  | GAS/SERVICES |  |  |  |  |
| 03/08/17 | JERUSALEM FOUNDATION | NEW YORK | NY |  | $5,689.40 |
|  | 212-697-4188 |  |  |  |  |
| 03/09/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA |  | $20.00 |
|  | BOOK STORES |  |  |  |  |
| 03/09/17 | HUMMUS ELITE 899000003295092 | ENGLEWOOD | NJ |  | $40.27 |
|  | 67942 07631 |  |  |  |  |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 9/13

Closing Date 04/02/17

Account Ending ███████

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 03/10/17 | GRAND & ESSEX MARKET GROCERY STORE Description 562190 | BERGENFIELD | NJ | $130.59 |
| 03/11/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $49.41 |
| 03/15/17 | WWW.ITUNES.COM/BILL CUPERTINO    CA | | | $40.35 |
| 03/16/17 | RITE AID STORE - 107 DRUG STORE/PHARMACY | WOODSTOCK | NY | $4.52 |
| 03/16/17 | CVS PHARMACY 8007467287 Description    Price PHARMACIES    $5.99 | WOODSTOCK | NY | $5.99 |
| 03/20/17 | APPLE PARKING 650000008944855 2122292553 Description    Price APPLE PARKING    $50.00 | NEW YORK | NY | $50.00 |
| 03/20/17 | EXXONMOBIL 9922 201-944-2663 Description GAS/SERVICES | ENGLEWOOD CLI | NJ | $28.21 |
| 03/21/17 | UBER *US MAR21 YWLGHELP.UBER.COM    CA | | | $19.83 |
| 03/21/17 | UBER *US MAR21 QLJVHELP.UBER.COM    CA | | | $31.83 |
| 03/21/17 | UBER *US MAR21 JS5QHELP.UBER.COM    CA | | | $54.82 |
| 03/21/17 | UBER *US MAR21 FFCOHELP.UBER.COM    CA | | | $19.27 |
| 03/21/17 | UBER *US MAR21 YX52HELP.UBER.COM    CA | | | $11.86 |
| ██████ | ████████████████████ | ██████ | ██ | ██████ |
| 03/21/17 | MANHATTAN MAILBOXES 212-206-6996 | NEW YORK | NY | $54.38 |
| 03/22/17 | UBER *US MAR22 QIM4HELP.UBER.COM    CA | | | $54.95 |
| 03/22/17 | UBER *US MAR21 6CQGHELP.UBER.COM    CA | | | $66.05 |
| 03/22/17 | JUNO USA, LP 8555866872 | NEW YORK CITY | NY | $5.60 |
| 03/22/17 | JUNO USA, LP 8555866872 | NEW YORK CITY | NY | $8.62 |
| 03/22/17 | YESOL MARKET 212-532-5624 | NEW YORK | NY | $10.37 |
| 03/22/17 | MANHATTAN MAILBOXES 212-206-6996 | NEW YORK | NY | $96.93 |
| 03/22/17 | THE BUTCHER'S DAUGHTER N 0026 917-388-2132 Description FOOD/BEVERAGE | NEW YORK | NY | $67.55 |
| 03/22/17 | STAPLES 01798 01798000522058 10011 COLOR CODE 3/4IN DARK BLUE LBL COLOR CODE 1/4 ASST LBL SCTCH PKGTPE TAN SMD15 2X800IN | MANHATTAN | NY | $73.80 |
| 03/22/17 | TOTES ISOTONER ACCESSORIES | 800-281-4535 | OH | $42.00 |
| 03/23/17 | WEST VILLAGE GARAGE CO 212-262-4771 | NEW YORK | NY | $42.00 |
| 03/26/17 | WWW.ITUNES.COM/BILL CUPERTINO    CA | | | $9.99 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| | | | **Detail Continued** | | |

| Date | Description | Phone | Location | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/26/17 | SHOPBOP.COM<br>CLOTHING | 877-746-7267 | WI | | $430.00 |
| 03/27/17 | AMTRAK POS F&B 0000<br>800-872-7245<br>Description<br>OTHER TRANSPORTATIO | WASHINGTON | DC | | $21.00 |
| 03/28/17 | UBER *US MAR28 MSXUHELP.UBER.COM  CA | | | | $58.17 |
| 03/28/17 | NYCTAXI7C19 09027510015<br>646-8068543 | QUEENS VILLAG | NY | | $15.00 |
| 03/29/17 | VTS GRAND CAB VTS GRAND CAB\3<br>TAXICAB & LIMOUSINE<br>Description<br>TAXI SVC WASHINGT<br>13:09 1233 Constit<br>13:25 965 16th St | WASHINGTON | DC | | $14.47 |
| 03/29/17 | CASSIE'S PIZZERIA<br>2015416760 | ENGLEWOOD | NJ | | $20.25 |
| 03/29/17 | ST REGIS DC DINE ST REGIS DC DIN<br>202-638-2626 | WASHINGTON | DC | | $96.30 |
| 03/29/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $180.61 |
| 03/30/17 | BUY BUY BABY<br>MISC/SPECIALTY RETAIL | PARAMUS | NJ | | $64.11 |
| 03/30/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>PHARMACIES | ENGLEWOOD | NJ | | $11.52 |
| 03/30/17 | COLEHAAN.COM 0797<br>800-695-8945<br>Description<br>CATALOG MERCHANT | GREENLAND | NH | | $144.95 |
| 04/01/17 | SUNOCO 0946190600 0946190600<br>GAS STATION | KINGSTON | NY | | $16.82 |
| 04/01/17 | GILDED CARRIAGE INC 00-08030071552<br>MISC/SPECIALTY RETAIL | WOODSTOCK | NY | | $34.51 |

| **Fees** | Amount |
|---|---|
| Total Fees for this Period | ▮ |

| **2017 Fees and Interest Totals Year-to-Date** | Amount |
|---|---|
| Total Fees in 2017 | ▮ |
| Total Interest In 2017 | ▮ |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                          p. 11/13

Closing Date 04/02/17                                                      Account Ending ▬▬▬

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 9.90% (v) | ▬▬ | ▬▬ |
| **Total** | | | | | ▬▬ |
| (v) Variable Rate | | | | | |

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮▮

**Centurion® Card**
## Notice of Important Changes to Your Account Terms

We are making changes summarized below to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to your Agreement can be found below.

| Summary of Changes, Effective Immediately | |
|---|---|
| Annual Membership | We are removing the Annual Fee for additional Gold Cards. Effective immediately, the annual fee for additional Gold Cards will be $0 (Previously we charged $45 for up to 5 additional Gold Cards and $45 for each additional Gold Card thereafter). You will receive a prorated refund for any additional Gold Card annual fee charged in the previous 11 months. |

ID 12467

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

### Annual Membership fee for Additional Gold Cards

Effective immediately, the *How Rates and Fees Work* table on page 2 of Part 1 of the Agreement is amended by deleting the *Annual Membership* row and replacing it with the following:

| Annual Membership | This fee is on the *Rates and Fees* Table on page 1 of Part 1. We will charge $2,500 for each additional Centurion Card, $175 for up to 3 additional Platinum Cards, $175 for each additional Platinum Card after the first 3, and $0 for additional Gold Cards. You may have up to 2 additional Centurion Cards. |
|---|---|

**Exhibit DD**

CMLENDDMRUS0156

**DUPLICATE COPY**

p. 13/13

## Membership Rewards®
## Monthly Statement and Program News

Prepared for ▮▮▮▮▮▮▮▮        Account Number ▮▮▮▮▮▮▮

| **Total Points Balance** | ▮▮▮▮ |
|---|---|

| **Points Earned this Period** | ▮▮▮ |
|---|---|

### Questions About Your Account?

🖥 membershiprewards.com

1-800-297-1300
International Collect: 1-336-393-1111

| **Account Summary** | February 1, 2017 - February 28, 2017 |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges.**

| **Points Transaction Detail** | | | February 1, 2017 - February 28, 2017 |
|---|---|---|---|
| **Points Earned this Period** | **Points Activity On Eligible Charges** | **Bonus Points Awarded** | **Total Points Activity Per Card** |
| Centurion ▮▮▮▮▮▮ | ▮▮▮ | 0 | ▮▮▮ |
| Add'l Centurion XXXX-XXXXX ▮▮ | 4,439 | 0 | 4,439 |
| **Total** | ▮▮▮ | 0 | ▮▮▮ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

p. 1/15

**Centurion® Card**

Closing Date 05/02/17

Account Ending ███



| New Balance | ███ |
|---|---|
| **Payment Due Date** | **05/27/17 ‡** |

‡ Late Payment Warning: ████████████████

See page 2 for Important information about your account.

**Membership Rewards® Points**
Available and Pending as of 03/31/17

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | ███ |
| Payments/Credits | ███ |
| New Charges | ███ |
| Fees | ███ |
| **New Balance** | ███ |
| Days in Billing Period: | 30 |

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

---

**Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ███

Enter 15 digit account # on all payments.
Make check payable to American Express.





| Payment Due Date | **05/27/17** |
|---|---|
| AutoPay Amount | ███ |

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| Customer Care & Billing Inquiries | 1-877-877-0987 | **Hearing Impaired** |
|---|---|---|
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

• Avoid late fees
• Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 3/15

Closing Date 05/02/17

Account Ending ██████

## Payments and Credits
### Summary

| | Total |
|---|---|
| Payments | ████ |
| Credits | |
| ████████ | ██ |
| ORLY GENGER ████ | -$159.00 |
| Total Payments and Credits | ████ |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

| Credits | | | Amount |
|---|---|---|---|
| 04/12/17 | ORLY GENGER | SHOPBOP.COM | -$159.00 |
| | | 877-746-7267    WI | |
| | | DIRECT MKTG MISC | |

## New Charges
### Summary

| | Total |
|---|---|
| ████████ | ████ |
| ORLY GENGER ████ | $11,553.64 |
| Total New Charges | ████ |

### Detail

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card

██████████ Closing Date 05/02/17

Account Ending ████████

**Detail Continued**

| | | | Foreign Spend | Amount |
|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |
| --- |

|  |  | Foreign Spend | Amount |
| --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 7/15

Closing Date 05/02/17

Account Ending ▬▬▬

Detail Continued



| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

DUPLICATE COPY
Account Ending ██████

██████

**Detail Continued**

| | | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                              p. 9/15

Closing Date 05/02/17                                        Account Ending ▮▮▮▮

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**ORLY GENGER**
Card Ending ▮▮▮▮

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 04/02/17 | IPARK 91 650000009066989<br>2125173534<br>Description     Price<br>IPARK 91          $20.00 | NEW YORK | NY |  | $20.00 |
| 04/02/17 | EAT IS OWNED - RET 542929805837580<br>2127722011<br>Description     Price<br>MISC FOOD STRS, CON   $19.58 | NEW YORK | NY |  | $19.58 |
| 04/02/17 | PJ'S BERNSTEIN DELI REST 0785<br>212-879-0914<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY |  | $22.51 |
| 04/02/17 | ROSIE POPE MATERNITY<br>WOMEN'S CLOTHING | NEW YORK | NY |  | $116.00 |
| 04/02/17 | TAXI CREDIT CARD<br>TAXICAB & LIMOUSINE<br>Description<br>TAXI SVC WOODSIDE<br>12:11 529 Park Ave<br>12:17 1265 Madison | WOODSIDE | NY |  | $10.00 |
| 04/02/17 | YNC II 000000001<br>2122491309<br>Description     Price<br>BEAUTY & BARBER    $29.00 | NEW YORK | NY |  | $29.00 |
| 04/03/17 | UBER *US APR03 FAXHHELP.UBER.COM   CA |  |  |  | $13.50 |
| 04/03/17 | NYCTAXI9Y34 09002550010<br>000-0000000 | EAST ELMHURST | NY |  | $21.00 |
| 04/03/17 | THE BUTCHER'S DAUGHTER N 0026<br>917-388-2132<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY |  | $16.33 |
| 04/03/17 | METROPOLITAN OPERA<br>THTRCL PRDCR | NEW YORK | NY |  | $1,220.00 |
| 04/04/17 | UBER *US APR04 7WWIHELP.UBER.COM   CA |  |  |  | $9.57 |
| 04/04/17 | UBER *US APR04 RBEBHELP.UBER.COM   CA |  |  |  | $45.19 |
| 04/04/17 | UBER *US APR04 RZDRHELP.UBER.COM   CA |  |  |  | $69.54 |
| 04/04/17 | UBER *US APR04 BGJNHELP.UBER.COM   CA |  |  |  | $8.00 |
| 04/04/17 | AT NINE<br>212-265-4499 | NEW YORK | NY |  | $28.29 |
| 04/04/17 | IN *MY LITTLE SUNSHINE LLC<br>9175359020 | NEW YORK | NY |  | $59.00 |
| 04/04/17 | SHOPBOP.COM<br>CLOTHING | 877-746-7267 | WI |  | $158.00 |
| 04/04/17 | NYC TAXI GROUP NYC TAXI GROUP\<br>TAXICAB & LIMOUSINE<br>Description<br>TAXI SVC LONG ISL<br>11:56 1121 Broadwa<br>12:04 185 9th Ave | LONG ISLAND CITY | NY |  | $8.00 |
| 04/05/17 | WEST VILLAGE GARAGE CO<br>212-262-4771 | NEW YORK | NY |  | $25.00 |

**Exhibit DD**

DUPLICATE COPY
Account Ending ██████

p. 10/15

██████████

| | | | | | Detail Continued | | |

| Date | Description | | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 04/05/17 | THE BUTCHER'S DAUGHTER N 0026 917-388-2132 Description FOOD/BEVERAGE | | NEW YORK | NY | | $25.04 |
| 04/06/17 | UBER *US APR06 GJCFHELP.UBER.COM | CA | | | | $42.54 |
| 04/06/17 | UBER *US APR06 VJYTHELP.UBER.COM | CA | | | | $30.71 |
| 04/06/17 | THE BUTCHER'S DAUGHTER N 0026 917-388-2132 Description FOOD/BEVERAGE | | NEW YORK | NY | | $41.84 |
| 04/07/17 | TARGET DISCOUNT STORE | | NEWBURGH | NY | | $55.13 |
| 04/07/17 | WHOLEFDS CLO#10381 000010381 1234567891 Description Price GROCERY STORES $98.60 | | CLOSTER | NJ | | $98.60 |
| 04/07/17 | SPERRY/SAUCONY 0000 617-824-6520 Description SHOES/ACC | | CENTRAL VLY | NY | | $62.48 |
| 04/07/17 | LUKOIL Arrival Date Departure Date 04/07/17 04/07/17 00000000 LODGING | | ENGLEWOOD CLIFFS | NJ | | $27.88 |
| 04/07/17 | GRAND & ESSEX MARKET GROCERY STORE Description 589683 | | BERGENFIELD | NJ | | $159.11 |
| ████ | ████ ████ ████ | | ████ | ██ | | ████ |
| | | | | | | $9.52 |
| 04/10/17 | UBER *US APR10 DPINHELP.UBER.COM | CA | | | | $7.14 |
| 04/11/17 | UBER *US APR11 KYR3HELP.UBER.COM | CA | | | | $35.73 |
| 04/11/17 | SHOPRITE ENGLEWOOD S 251217 07631 | | ENGLEWOOD | NJ | | $111.80 |
| 04/12/17 | SUNFLOWER NATURAL FOODS MARKET 8456795361 Description REFER TO RECEIPT | | WOODSTOCK | NY | | $15.92 |
| 04/12/17 | RITE AID STORE - 107 DRUG STORE/PHARMACY | | WOODSTOCK | NY | | $100.66 |
| 04/14/17 | SUNFLOWER NATURAL FOODS MARKET 8456795361 Description REFER TO RECEIPT | | WOODSTOCK | NY | | $29.98 |
| 04/17/17 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | | $9.00 |
| 04/17/17 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | | $21.90 |
| 04/17/17 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | | $30.00 |
| 04/18/17 | PRION CORP 0670 212-262-4771 Description PARKING FEES | | NEW YORK | NY | | $198.55 |
| 04/18/17 | FREDERIC FEKKAI 2128910325 | | NEW YORK | NY | | |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 11/15

Closing Date 05/02/17                                    Account Ending ▮▮▮▮

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 04/18/17 | WHOLEFDS EGW 10102 000010102 2019414000 Description GROCERY STORES  Price $183.48 | EDGEWATER | NJ | | | $183.48 |
| 04/18/17 | SHUTTERFLY PHOTOS | 800-986-1065 | CA | | | $29.88 |
| 04/19/17 | CAFE ANGELIQUE - TENAF 000000001 2015411010 Description REFER TO RECEIPT | TENAFLY | NJ | | | $30.20 |
| 04/19/17 | H&M MAIL/PHONE ORDER 855-466-7467 Description APPAREL/ACCESSORIES | 855-HNM-SHOP | IL | | | $50.97 |
| 04/20/17 | NYCFINANCECONVENIENCEFEE NYCFINANCECON 212-639-9675 | NEW YORK | NY | | | $1.25 |
| 04/20/17 | NEIMAN MARCUS BERGDORFGOODMAN 1-888-774-2424 Description C:N7-MAXINA SET 1:A | IRVING | TX | | | $215.00 |
| 04/20/17 | NEIMAN MARCUS BERGDORFGOODMAN 1-888-774-2424 Description C:N7-MAXINA SET 3:A | IRVING | TX | | | $215.00 |
| 04/20/17 | NEIMAN MARCUS BERGDORFGOODMAN 1-888-774-2424 Description C:N7-MAXINA SET 1:A | IRVING | TX | | | $234.08 |
| 04/20/17 | DOF Parking & Camera Tickets 212-639-9675 | NEW YORK | NY | | | $50.00 |
| 04/21/17 | WHOLEFDS CLO#10381 000010381 1234567891 Description GROCERY STORES  Price $108.24 | CLOSTER | NJ | | | $108.24 |
| 04/21/17 | GLATT EXPRESS 201-837-8110 | TEANECK | NJ | | | $51.91 |
| ▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮ | | | ▮▮▮ |
| 04/23/17 | ORIOLE 9 542929806578266 8456795763 TIP  $6.00 | WOODSTOCK | NY | | | $37.59 |
| 04/24/17 | WEST VILLAGE GARAGE CO 212-262-4771 | NEW YORK | NY | | | $22.00 |
| 04/24/17 | IPARK 91 650000009066989 2125173534 Description IPARK 91  Price $33.00 | NEW YORK | NY | | | $33.00 |
| 04/25/17 | UBER *US APR25 YEFNHELP.UBER.COM   CA | | | | | $44.20 |
| 04/25/17 | UBER *US APR25 EWNUHELP.UBER.COM   CA | | | | | $69.72 |
| 04/25/17 | WHOLEFDS CLO#10381 000010381 1234567891 Description GROCERY STORES  Price $64.15 | CLOSTER | NJ | | | $64.15 |
| ▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮ | | | ▮▮▮ |
| 04/26/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | | $13.47 |

**Detail Continued**

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

p. 12/15

| | | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|---|

## Detail Continued

| Date | Description | | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 04/26/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | | $24.07 |
| 04/27/17 | UBER *US APR27 4JM5HELP.UBER.COM    CA | | | | | $29.80 |
| 04/27/17 | INTERCONTINENTAL WILLARD WASH | | WASHINGTON | DC | | $762.79 |
| | Arrival Date<br>04/26/17<br>00000000<br>LODGING | Departure Date<br>04/27/17 | | | | |
| 04/27/17 | MORRIS MOVING STORAGE<br>MOVING & STO | | MOUNT VERNON | NY | | $4,700.00 |
| 04/28/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | | $26.14 |
| 04/28/17 | JUDAICA HOUSE<br>2018019001<br>Description<br>GIFT/NOVELTY/SOUVEN | Price<br>$90.11 | TEANECK | NJ | | $90.11 |
| 04/28/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description<br>GROCERY STORES | Price<br>$64.57 | CLOSTER | NJ | | $64.57 |
| 04/28/17 | GRAND & ESSEX MARKET<br>GROCERY STORE<br>Description<br>548077 | | BERGENFIELD | NJ | | $117.24 |
| 04/29/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | | $9.99 |
| 04/30/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | | $37.49 |
| 05/01/17 | LESTERS OF NEW YORK<br>(212)734-9292<br>Description<br>A630630 SARAK 1Z24<br>A630630 RAINDR 5650<br>A630630 BSTEPS H301<br>A630630 KISSYK 346- | | NEW YORK | NY | | $528.16 |
| 05/01/17 | CVS PHARMACY<br>8007467287<br>Description<br>PHARMACIES | Price<br>$39.20 | NEW YORK | NY | | $39.20 |
| 05/01/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | | $29.99 |
| 05/02/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | | $48.40 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ▮ |

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▮ | ▮ |
| ▮ | ▮ |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                              p. 13/15

Closing Date 05/02/17                                    Account Ending ▉

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 9.90% (v) | ▉ | ▉ |
| **Total** | | | | | ▉ |
| (v) Variable Rate | | | | | |

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Exhibit DD**

**DUPLICATE COPY**

**Membership Rewards®**
**Monthly Statement and Program News**

Prepared for ███████████        Account Number ███████

## Total Points Balance        ████████

## Points Earned this Period        ██████

### Questions About Your Account?

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 1-336-393-1111**

### Account Summary        March 1, 2017 - March 31, 2017

| | |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

**Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.**

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail        March 1, 2017 - March 31, 2017

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| Centurion ████████ | ████ | 0 | ████ |
| Add'l Centurion XXXX-XXXXX | 2,402 | 0 | 2,402 |
| **Total** ████ | ████ | 0 | ████ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

p. 1/17

Centurion® Card

Closing Date 06/02/17

Account Ending ▓▓▓

| New Balance | ▓▓▓ |
|---|---|
| **Payment Due Date** | **06/27/17‡** |

‡**Late Payment Warning:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Membership Rewards® Points**
Available and Pending as of 04/30/17  ▓▓▓

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| Previous Balance | ▓▓▓ |
|---|---|
| Payments/Credits | ▓▓▓ |
| New Charges | ▓▓▓ |
| Fees | |
| **New Balance** | ▓▓▓ |

Days in Billing Period: 31

⇨ See page 2 for important information about your account.

⇨ **See page 13    for an Important Change to Your Account Terms.**

⇨ **See Page 15    for Important Changes to Your Account Benefits.**

ⓘ ▓▓▓▓▓▓▓▓▓▓▓▓▓

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

⇨ See page 2 for additional information.

---

**Payment Coupon**
🧷 Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▓▓▓
Enter 15 digit account # on all payments.
Make check payable to American Express.

▓▓▓

| | Payment Due Date |
|---|---|
| | **06/27/17** |
| | AutoPay Amount ▓▓▓ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▉▉▉▉

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| | | | |
|---|---|---|---|
| **Customer Care & Billing Inquiries** | 1-877-877-0987 | **Hearing Impaired** | |
| **International Collect** | 1-954-503-8905 | TTY: 1-800-221-9950 | |
| **Large Print & Braille Statements** | 1-877-877-0987 | FAX: 1-800-695-9090 | |
| **Express Cash** | 1-800-CASH-NOW | In NY: 1-800-522-1897 | |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 3/17

Closing Date 06/02/17                                    Account Ending ████

## Payments and Credits
## Summary

|  | Total |
|---|---|
| Payments | ████ |
| Credits | $0.00 |
| Total Payments and Credits | ████ |

## Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| ████  ████  ████ | ████ |

## New Charges
## Summary

|  | Total |
|---|---|
| ████ | |
| ORLY GENGER ████ | $3,230.55 |
| Total New Charges | ████ |

## Detail



**Exhibit DD**

DUPLICATE COPY
Account Ending ████

p. 4/17

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

Closing Date 06/02/17                                                    Account Ending ▮▮▮▮

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 06/02/17

Account Ending

## Detail Continued



DUPLICATE COPY
Account Ending ███

p. 8/17

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

## DUPLICATE COPY

Centurion® Card

p. 9/17

▬▬▬▬

Closing Date 06/02/17

Account Ending ▬▬▬▬

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

| | | | ORLY GENGER | | |
| | | | Card Ending ▬▬▬ | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 05/01/17 | UBER *US MAY01 YFGDHELP.UBER.COM | CA | | | $61.79 |
| 05/02/17 | WEST VILLAGE GARAGE CO<br>212-262-4771 | | NEW YORK | NY | $35.00 |
| 05/04/17 | UBER *US MAY04 CSBDHELP.UBER.COM | CA | | | $20.76 |
| 05/04/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | $13.87 |
| 05/04/17 | EXXONMOBIL 4798<br>201-568-6801<br>Description<br>GAS/SERVICES | | ENGLEWOOD | NJ | $30.09 |
| 05/04/17 | GREEN POINT CARWASH 000000001<br>7187825592<br>Description        Price<br>CAR WASHES     $14.99 | | BROOKLYN | NY | $14.99 |
| 05/05/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | $26.50 |
| 05/05/17 | AMAZON.COM<br>MERCHANDISE | | AMZN.COM/BILL | WA | $53.25 |
| 05/05/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description        Price<br>GROCERY STORES  $94.12 | | CLOSTER | NJ | $94.12 |
| 05/06/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | $29.99 |
| 05/09/17 | UBER *US MAY09 QY7HHELP.UBER.COM | CA | | | $19.63 |
| 05/09/17 | NYCTAXI6V27 09027280015<br>212-2446553<br>Description        Price<br>MERCHANDISE    $14.00 | | NEW YORK | NY | $14.00 |
| 05/10/17 | UBER *US MAY09 25QMHELP.UBER.COM | CA | | | $51.74 |
| 05/10/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description        Price<br>GROCERY STORES  $149.73 | | CLOSTER | NJ | $149.73 |

**Exhibit DD**

DUPLICATE COPY
Account Ending ▮▮▮▮

| Detail Continued |
|---|

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 05/10/17 | NEW PINKY NAIL & SPA NEW PINKY NAIL BEAUTY/BARBER SHOP | TENAFLY | NJ | | $26.00 |
| 05/11/17 | UBER *US MAY11 P7PRHELP.UBER.COM    CA | | | | $43.79 |
| 05/11/17 | UBER *US MAY11 HBWEHELP.UBER.COM    CA | | | | $8.88 |
| 05/11/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $34.46 |
| 05/11/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $14.08 |
| 05/11/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $17.75 |
| 05/11/17 | THE CAFES AT MOMA RESTAURANT | NEW YORK | NY | | $11.80 |
| 05/11/17 | DYLAN'S CANDY BAR 0610115418 10021 | NEW YORK | NY | | $74.17 |
| 05/11/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $15.26 |
| 05/11/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $47.65 |
| 05/12/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $113.66 |
| 05/12/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $9.99 |
| 05/13/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $23.50 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮ | | ▮▮▮ |
| 05/14/17 | DWR NEW YORK NY Design Within R 212-8884539 | NEW YORK | NY | | $403.99 |
| 05/15/17 | SP * SHOPZURI 7202541826 | BLOOMFIELD HILLS | MI | | $145.00 |
| 05/16/17 | UBER *US MAY16 FAKVHELP.UBER.COM    CA | | | | $35.26 |
| 05/16/17 | ELI'S ESSENTIALS - 542929805954963 2127722011 Description    Price MISC FOOD STRS, CON    $5.36 | NEW YORK | NY | | $5.36 |
| 05/16/17 | ELI'S ESSENTIALS - 542929805954963 2127722011 Description    Price MISC FOOD STRS, CON    $28.96 | NEW YORK | NY | | $28.96 |
| 05/16/17 | GUGGENHEIM MUSEUM 542929806237996 2124233500 Description    Price MISC. RETAIL STORES    $43.00 | NEW YORK | NY | | $43.00 |
| 05/17/17 | UBER *US MAY17 DYWFHELP.UBER.COM    CA | | | | $51.27 |
| 05/17/17 | UBER *US MAY17 KGP5HELP.UBER.COM    CA | | | | $19.95 |
| 05/17/17 | MOZZARELLA E VINO 000000001 2122460412 Description REFER TO RECEIPT | NEW YORK | NY | | $44.02 |
| 05/17/17 | FREDERIC FEKKAI 2128910325 | NEW YORK | NY | | $381.43 |
| 05/17/17 | PJ'S BERNSTEIN DELI REST 0785 212-879-0914 Description FOOD/BEVERAGE | NEW YORK | NY | | $22.51 |
| 05/18/17 | UBER *US MAY17 ZUSSHELP.UBER.COM    CA | | | | $52.32 |

**DUPLICATE COPY**

Centurion® Card                                                                      p. 11/17

Closing Date 06/02/17                                    Account Ending

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 05/18/17 | ABLE PARKING LLC 650000008653647 | NEW YORK | NY | | $13.00 |
| | 2129327777 | | | | |
| | Description          Price | | | | |
| | ABLE PARKING LLC     $13.00 | | | | |
| 05/18/17 | STUDIO MUSEUM IN HARLEM 03930098017880 | NEW YORK | NY | | $7.00 |
| | SMCDANIEL@STUDIOMUSEUM.OR | | | | |
| 05/18/17 | WHOLEFDS CLO#10381 000010381 | CLOSTER | NJ | | $110.56 |
| | 1234567891 | | | | |
| | Description          Price | | | | |
| | GROCERY STORES       $110.56 | | | | |
| 05/19/17 | WHOLEFDS EGW 10102 000010102 | EDGEWATER | NJ | | $99.14 |
| | 2019414000 | | | | |
| | Description          Price | | | | |
| | GROCERY STORES       $99.14 | | | | |
| 05/21/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $8.43 |
| | BOOK STORES | | | | |
| 05/22/17 | UBER *US MAY22 2IQLHELP.UBER.COM    CA | | | | $77.10 |
| 05/22/17 | ELI'S ESSENTIALS - 542929805954963 | NEW YORK | NY | | $41.85 |
| | 2127722011 | | | | |
| | Description          Price | | | | |
| | MISC FOOD STRS, CON  $41.85 | | | | |
| 05/22/17 | ELI'S ESSENTIALS - 542929805954963 | NEW YORK | NY | | $21.52 |
| | 2127722011 | | | | |
| | Description          Price | | | | |
| | MISC FOOD STRS, CON  $21.52 | | | | |
| 05/23/17 | UBER *US MAY23 NSSFHELP.UBER.COM    CA | | | | $5.00 |
| 05/25/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $12.20 |
| | BOOK STORES | | | | |
| 05/27/17 | AMAZON.COM | AMZN.COM/BILL | WA | | $259.57 |
| | MERCHANDISE | | | | |
| 05/29/17 | AMAZON.COM | AMZN.COM/BILL | WA | | $12.49 |
| | MERCHANDISE | | | | |
| 05/29/17 | AMAZON.COM | AMZN.COM/BILL | WA | | $34.42 |
| | MERCHANDISE | | | | |
| 05/29/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $42.70 |
| | BOOK STORES | | | | |
| 05/30/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $14.67 |
| | BOOK STORES | | | | |
| 05/30/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $12.50 |
| | BOOK STORES | | | | |
| 05/30/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $47.78 |
| | BOOK STORES | | | | |
| 06/01/17 | AMAZON.COM | AMZN.COM/BILL | WA | | $17.72 |
| | MERCHANDISE | | | | |
| 06/02/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $53.38 |
| | BOOK STORES | | | | |

| Fees |
| --- |

| | Amount |
|---|---|
| Total Fees for this Period | |

**Exhibit DD**



**DUPLICATE COPY**
Account Ending

p. 12/17

---

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ███████ | ███ |
| ███████ | ███ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | | 02/12/2004 | 9.90% (v) | ███ | ███ |
| **Total** | | | | ███ | |

(v) Variable Rate

---

### Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 13/17

Closing Date 06/02/17                                    Account Ending ▮▮▮▮

## Notice of Important Changes to Your Account Terms

We are making changes summarized below to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to your Agreement can be found on the following page.

| Summary of Changes, Effective Immediately | |
| --- | --- |
| How Rates and Fees Work - *Calculating APRs and DPRs* | If you have a Pay Over Time feature, we are adding a cap on your variable penalty APR. Your variable penalty APR will not exceed 29.99%. |

ID 12472

*See the reverse side for the detail of changes to your Agreement.*

**Exhibit DD**

CMLENDDMRUS0121

**DUPLICATE COPY**

Account Ending

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

### How Rates and Fees Work

Effective immediately, if you have a Pay Over Time feature, we are amending the *Calculating APRs and DPRs* section of the *How Rates and Fees Work* table on page 2 of Part 1 of your Agreement by inserting the following footnote to apply to the Penalty APR row:

    *The variable penalty APR will not exceed 29.99%.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                                              p. 15/17

Closing Date 06/02/17                                                                     Account Ending ▇▇▇▇

## Notice of Updates to the Additional Benefits of Your Card

We are making several updates to your Centurion benefits. These benefits are provided to you as part of your Centurion Membership at no additional charge. Key updates are described in more detail below. If you would like more information about these updates or to receive a Description of Coverage, please visit Centurion.com and click on Card Membership Benefits or call 1-800-854-9783 Monday-Friday 8 am to 8 pm and Saturday 9 am to 6 pm ET.

**Starting on September 1, 2017, unless otherwise noted:**

### Car Rental Loss and Damage Insurance* coverage

- Car Rental Loss and Damage Insurance coverage will now apply to vehicles rented in Ireland, Israel and Jamaica. Consistent with your current benefit, coverage will not apply to vehicles rented in Australia, Italy, and New Zealand.
- In addition to the vehicle types currently covered, eligible rental vehicles will now include certain types of full sized sport utility vehicles, exotic/expensive cars, full sized vans, trucks, pick-ups and cargo vans.

### Purchase Protection* coverage

- In addition to your current coverage, Purchase Protection will now include incidents related to Natural Disasters with a maximum per occurrence limit of $500 per incident.

### Extended Warranty*+, Baggage Insurance Plan*+, Travel Accident Insurance*+, Purchase Protection*+ and Car Rental Loss and Damage Insurance*+ coverage, as applicable to your Card.

We have updated several definitions and exclusions to clarify our claim administration process and the Description of Coverage. For example, your Baggage Insurance Plan is clarified to advise that medications, prosthetics, perishables, eyeglasses and hearing aids are ineligible for benefits. Similarly, certain exclusions are clarified to state that losses caused by civil disturbance, riot or participation in a felony are ineligible for benefits.

Additionally, we have clarified that benefits above and Return Protection will be applicable when you activate the benefit by using your Card to make a purchase.

### Premium Global Assist® Hotline service

- Premium Global Assist® Hotline will no longer provide the Destination Guide, an online resource for travel information. For more information please call 1-800-333-2639.

### Lost Wallet Protector

- Effective July 1, 2017, Lost Wallet Protector will be serviced by Optima Alliance, LLC. There will be no change to the current services provided. For more information please call 1-855-597-2639.

ID12481

---

*Insurance Coverages underwritten by AMEX Assurance Company, Administrative Office, Phoenix, AZ. For residents of GU and MP, coverages are underwritten by Tokio Marine Pacific Insurance Limited, Hagatna, Guam under Policy Numbers CRCB000000107 for BIP, CRCB000000108 for CRLDI, CRCB000000109 for EW, CRCB000000110 for PP, and CRCB000000111 for TAI. This benefit is not available to residents of American Samoa, Federated States of Micronesia, Marshall Islands, Palau and the US Minor Outlying Islands. Coverage is determined by the terms, conditions, and exclusions of the Policies (including Descriptions of Coverage) applicable to your Card and is subject to change with notice. This document does not supplement or replace the Policies. AAC policy Numbers for EW Policy

**Exhibit DD**

CMLENDDMRUS0178

DUPLICATE COPY
Account Ending

AX0953, Policy AX0953-PR, Policy AX0953-VI or Policy EW-IND; AAC policy Numbers for BIP Policy AX0400, Policy AX0400-PR, Policy AX0400-VI or Policy BIP-IND;AAC policy Numbers for TAI Policy AX0948, Policy AX0948-PR, Policy AX0948-VI or Policy TAI-IND; AAC policy Numbers for PP Policy AX0951, Policy AX0951-PR, Policy AX0951-VI or Policy PP-IND; AAC policy Numbers for CRLDI Policy AX0925, Policy AX0925-PR, Policy AX0925-VI or Policy CRLDI-IND.

+Travel Accident Insurance updates do not apply to residents of the state of Washington. In addition, all benefit coverage updates described above do not apply to residents of Guam and Northern Mariana Islands.

**Exhibit DD**

CMLENDDMRUS0178

~~DUPLICATE COPY~~

## Membership Rewards®
## Monthly Statement and Program News



**Prepared for** ▮▮▮▮▮▮▮▮    Account Number ▮▮▮▮

**Total Points Balance**                                    ▮▮▮▮

**Points Earned this Period**                               ▮▮▮

### Questions About Your Account?

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 1-336-393-1111**

### Account Summary                    April 1, 2017 – April 30, 2017

| | |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your
accounts are in good standing.

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining,
groceries, and more, then go online and use
the points you earned toward your eligible
charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail                    April 1, 2017 – April 30, 2017

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| **Centurion** ▮▮▮▮ | ▮▮ | 0 | ▮▮▮ |
| **Add'l Centurion** XXXX-XXXX▮ | 9,422 | **281** Uber Earn 2x MR Points A5L7 | 9,703 |
| **Total** | ▮▮▮ | **281** | ▮▮▮ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or
redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting
membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit
membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

p. 1/13

**Centurion® Card**

Account Ending █████

Closing Date 07/02/17



| New Balance | █████ |
| --- | --- |
| **Payment Due Date** | **07/27/17 ‡** |

‡**Late Payment Warning:** ████████████████

See page 2 for important information about your account.

ⓘ ████████████████████████████████

ⓘ **Important Information: To access the most up to date version of your Cardmember Agreement, please log in to your Account at www.americanexpress.com.**

**Membership Rewards® Points**
Available and Pending as of 05/31/17 ████

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| Previous Balance | █████ |
| --- | --- |
| Payments/Credits | █████ |
| New Charges | █████ |
| Fees | █████ |
| **New Balance** | █████ |

Days in Billing Period: 30

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
| --- | --- |
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

---

📧 **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** █████

Enter 15 digit account # on all payments.
Make check payable to American Express.





| Payment Due Date | **07/27/17** |
| --- | --- |
| AutoPay Amount | █████ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries**    1-877-877-0987    **Hearing Impaired**
**International Collect**    1-954-503-8905    **TTY:** 1-800-221-9950
**Large Print & Braille Statements**    1-877-877-0987    **FAX:** 1-800-695-9090
**Express Cash**    1-800-CASH-NOW    **In NY:** 1-800-522-1897

 **Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-
0448

---

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank
account automatically each month

Visit americanexpress.com/autopay
today to enroll.

For information on how we protect your
privacy and to set your communication
and privacy choices, please visit
www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                  p. 3/13

Closing Date 07/02/17                              Account Ending ▓▓▓▓

## Payments and Credits
### Summary

|  | Total |
|---|---|
| Payments | ▓▓▓▓ |
| Credits | ▓▓▓▓ |
| ORLY GENGER ▓▓ | -$1,305.90 |
| **Total Payments and Credits** | ▓▓▓▓ |

### Detail    *Indicates posting date

**Payments**                                                              Amount

**Credits**                                                               Amount



| | | | Amount |
|---|---|---|---|
| 06/08/17 | ORLY GENGER | AMAZON MKTPLACE PMTS<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$53.38 |
| 06/15/17 | ORLY GENGER | SHOPBOP.COM<br>877-746-7267    WI<br>DIRECT MKTG MISC | -$1,138.00 |
| 06/15/17 | ORLY GENGER | AMAZON MKTPLACE PMTS<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$12.76 |
| 06/22/17 | ORLY GENGER | WALMART.COM<br>BENTONVILLE    AR<br>800-966-6546<br>Description<br>APPAREL HSWRS/ACC | -$101.76 |

## New Charges
### Summary

|  | Total |
|---|---|
| ORLY GENGER ▓▓▓▓ | $10,080.71 |
| **Total New Charges** | ▓▓▓▓ |

**Exhibit DD**

DUPLICATE COPY

Account Ending ███████

███████

| Detail |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card                                                          p. 5/13

Closing Date 07/02/17                                    Account Ending ▓▓▓

| Detail Continued |
|---|

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|

**Exhibit DD**

DUPLICATE COPY

Account Ending █████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 07/02/17

Account Ending ▉▉▉

| Detail Continued |
| --- |

| | | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- | --- |

**DUPLICATE COPY**
Account Ending █████

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

ORLY GENGER
Card Ending █████

| Date | Description | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |
| 06/02/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $24.95 |
| 06/03/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $72.92 |
| 06/03/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $49.67 |
| 06/03/17 | SHOPBOP.COM CLOTHING | 877-746-7267 | WI | $1,511.00 |
| 06/04/17 | UBER *US JUN04 OUCGHELP.UBER.COM    CA | | | $43.38 |
| 06/04/17 | UBER *TRIP JQD2F  HELP.UBER.COM    CA | | | $50.48 |
| 06/04/17 | UBER *US JUN04 4ZKJHELP.UBER.COM    CA | | | $7.74 |
| 06/04/17 | CAFEPRESS.COM 877-809-1659 | (877)809-1659 | CA | $22.94 |
| 06/06/17 | UBER *US JUN06 JNHQHELP.UBER.COM    CA | | | $45.97 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                      p. 9/13

Closing Date 07/02/17                                            Account Ending ███

| | Detail Continued | | | | |
|---|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 06/06/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $7.99 |
| 06/06/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $39.99 |
| 06/06/17 | CARNEGIE NAILS 88290315070015<br>BEAUTY/BARBER SHOP | NEW YORK | NY | | $69.00 |
| 06/06/17 | DUANE READE #14191 000014191<br>8002892273<br>Description<br>REFER TO RECEIPT | NEW YORK | NY | | $12.94 |
| 06/07/17 | SOCIAL PRINT STUDIO<br>8778877815 | SAN FRANCISCO | CA | | $202.00 |
| 06/08/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>PHARMACIES | ENGLEWOOD | NJ | | $18.56 |
| 06/09/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $18.24 |
| 06/09/17 | TJ ORCHID<br>201-871-1214 | ENGLEWOOD | NJ | | $507.66 |
| 06/09/17 | THE CRANE DIRECT<br>8002682281 | DALTON | MA | | $360.95 |
| 06/09/17 | SHOPRITE ENGLEWOOD S<br>570839 07631 | ENGLEWOOD | NJ | | $54.09 |
| 06/10/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $42.98 |
| 06/11/17 | UBER *US JUN11 FK2UHELP.UBER.COM    CA | | | | $38.61 |
| 06/12/17 | GAGA BABY PHOTOS 650000004317973<br>9175133534<br>Description          Price<br>GAGA BABY PHOTOS    $300.00 | NEW YORK | NY | | $300.00 |
| 06/13/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $52.95 |
| 06/13/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>Description          Price<br>PHARMACIES          $17.16 | ENGLEWOOD | NJ | | $17.16 |
| 06/13/17 | VISTAPR*VISTAPRINT.COM<br>PRINTING | 866-8936743 | MA | | $17.08 |
| 06/14/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>PHARMACIES | ENGLEWOOD | NJ | | $9.15 |
| 06/14/17 | ZAZZLE<br>888-892-9953<br>Description<br>MISCELLANEOUS GENER | REDWOOD CITY | CA | | $142.20 |
| 06/14/17 | ARIELLES GALLERY ARIELLES GALLER<br>MISC/SPECIALTY RETAIL | ENGLEWOOD | NJ | | $24.61 |
| 06/15/17 | WALMART.COM<br>800-966-6546<br>Description<br>APPAREL HSWRS/ACC | BENTONVILLE | AR | | $101.76 |
| 06/15/17 | THE UPS STORE<br>BUSINESS SERVICE | ENGLEWOOD | NJ | | $3.20 |

**Exhibit DD**

DUPLICATE COPY
Account Ending

p. 10/13

---

**Detail Continued**

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 06/15/17 | JANIE & JACK<br>877-449-8800<br>Description<br>APPAREL/ACCESSORIES | HACKENSACK | NJ | | $183.91 |
| 06/16/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $17.23 |
| 06/18/17 | UBER *TRIP EWN7Q  HELP.UBER.COM    CA | | | | $38.89 |
| 06/19/17 | CUMBERLAND FARMS 3264 000000000017127<br>6318786655 | MANORVILLE | NY | | $30.40 |
| 06/20/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $61.49 |
| 06/21/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $89.23 |
| 06/21/17 | W 55TH ST LLC 650000009794911<br>2125814025<br>Description          Price<br>W 55TH ST LLC      $30.00 | NEW YORK | NY | | $30.00 |
| 06/21/17 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | | $198.55 |
| 06/21/17 | EXXONMOBIL 9922<br>201-944-2663<br>Description<br>GAS/SERVICES | ENGLEWOOD CLI | NJ | | $54.72 |
| 06/21/17 | JTL MANAGEMENT TAXI<br>718-392-7000<br>Description<br>TAXI SVC LONG ISL<br>12:12 400 Park Ave<br>12:16 987 2nd Ave | LONG ISLAND CITY | NY | | $5.80 |
| 06/21/17 | NATUREWORKS RESTAURANT 000000001<br>2123333020<br>Description<br>REFER TO RECEIPT | NEW YORK | NY | | $14.92 |
| 06/21/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $44.88 |
| 06/22/17 | SUNFLOWER NATURAL FOODS MARKET<br>8456795361<br>Description<br>REFER TO RECEIPT | WOODSTOCK | NY | | $84.08 |
| 06/22/17 | WOODSTOCK MEATS 650000008493903<br>8456797917<br>Description          Price<br>WOODSTOCK MEATS    $46.99 | WOODSTOCK | NY | | $46.99 |
| 06/23/17 | SUNFLOWER NATURAL FOODS MARKET<br>8456795361<br>Description<br>REFER TO RECEIPT | WOODSTOCK | NY | | $36.22 |
| 06/23/17 | WOODSTOCK MEATS 650000008493903<br>8456797917<br>Description          Price<br>WOODSTOCK MEATS    $35.89 | WOODSTOCK | NY | | $35.89 |
| 06/24/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $24.85 |
| 06/24/17 | SUNFLOWER NATURAL FOODS MARKET<br>8456795361<br>Description<br>REFER TO RECEIPT | WOODSTOCK | NY | | $11.40 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                              p. 11/13

Closing Date 07/02/17                                    Account Ending ▮▮▮

Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 06/24/17 | RITE AID STORE - 107<br>DRUG STORE/PHARMACY | WOODSTOCK | NY | | $18.17 |
| 06/25/17 | UBER *TRIP GFK7R  HELP.UBER.COM  CA | | | | $55.88 |
| 06/25/17 | UBER *TRIP 5G7B2  HELP.UBER.COM  CA | | | | $34.54 |
| 06/25/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $40.59 |
| 06/26/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $48.54 |
| 06/26/17 | EXXONMOBIL 9922<br>201-944-4161<br>Description<br>GAS/SERVICES | ENGLEWOOD CLI | NJ | | $30.00 |
| 06/26/17 | GRISSINI RESTAURANT<br>2015683535 | ENGLEWD CLIFF | NJ | | $268.43 |
| 06/27/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $74.47 |
| 06/27/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $39.84 |
| 06/28/17 | IPARK 1 650000009063911<br>2128748442<br>Description           Price<br>IPARK 1                     $26.00 | NEW YORK | NY | | $26.00 |
| 06/28/17 | IPARK 253 650000009068324<br>2122673486<br>Description           Price<br>IPARK 253                 $25.00 | NEW YORK | NY | | $25.00 |
| 06/28/17 | LESTERS OF NEW YORK<br>(212)734-9292<br>Description<br>A630630 TRIMFI 1098<br>A630630 FLAPHA FLL<br>A640640 MAGBAB 716- | NEW YORK | NY | | $143.10 |
| 06/28/17 | VCN NYC DOH CENTER<br>8884121838 | NEW YORK CITY | NY | | $47.75 |
| 06/28/17 | CONTINENTAL TOWERS<br>PARKING LOT & GARAGE | NEW YORK | NY | | $20.00 |
| 06/28/17 | PHOTOOP 2<br>2123621911 | NEW YORK | NY | | $2,531.34 |
| 06/29/17 | WHOLE FOODS MARKET<br>2012261244<br>Description           Price<br>GROCERY STORES       $75.97 | PARAMUS | NJ | | $75.97 |
| 06/29/17 | WALGREENS<br>8002892273<br>Description<br>REFER TO RECEIPT | ENGLEWOOD | NJ | | $82.80 |
| 06/29/17 | BUY BUY BABY<br>MISC/SPECIALTY RETAIL | PARAMUS | NJ | | $52.73 |
| 06/30/17 | E 79TH ST CORP 650000007758884<br>2125352309<br>Description           Price<br>E 79TH ST CORP       $35.00 | NEW YORK | NY | | $35.00 |
| 06/30/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>Description           Price<br>PHARMACIES           $18.98 | ENGLEWOOD | NJ | | $18.98 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

p. 12/13

---

| Detail Continued | | | | |
|---|---|---|---|---|
| | | | Foreign Spend | Amount |
| 06/30/17 | ███████ | | ███ | ███ |

---

| Fees | |
|---|---|
| | Amount |
| Total Fees for this Period | ███ |

---

| 2017 Fees and Interest Totals Year-to-Date | |
|---|---|
| | Amount |
| ███████ | ███ |
| ███████ | ███ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.15% (v) | ███ | ███ |
| Total | | | | | ███ |

(v) Variable Rate

---

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time feature balance**
Your Pay Over Time limit is $35,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Exhibit DD**

**DUPLICATE COPY**

p. 13/13



## Membership Rewards®
## Monthly Statement and Program News

Prepared for ▮▮▮▮▮▮▮    Account Number ▮▮▮▮

### Total Points Balance    ▮▮▮▮▮

### Points Earned this Period    ▮▮▮

### Questions About Your Account?

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 1-336-393-1111**

### Account Summary    May 1, 2017 - May 31, 2017

| | |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your
accounts are in good standing.

### Did You Know?

Use Points For Your Charges
Use your Card for charges like travel, dining,
groceries, and more, then go online and use
the points you earned toward your eligible
charges.

Learn more at
**membershiprewards.com/yourcharges.**

### Points Transaction Detail    May 1, 2017 - May 31, 2017

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| **Centurion** ▮▮▮▮ | ▮▮▮ | 0 | ▮▮▮ |
| **Add'l Centurion** XXXX-XXXXX▮▮ | 11,397 | 548 Uber Eam 2x MR Points A5L7 | 11,945 |
| **Total** | ▮▮▮ | 548 | ▮▮▮ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or
redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting
membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit
membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                                         p. 1/19

Closing Date 08/02/17                                                                    Account Ending ███

| New Balance | ███ |
| Payment Due Date | 08/27/17 ‡ |

‡ Late Payment Warning: ███
███

**Membership Rewards® Points**
Available and Pending as of 06/30/17

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| Previous Balance | ███ |
| Payments/Credits | ███ |
| New Charges | ███ |
| Fees | |
| **New Balance** | ███ |

Days in Billing Period: 31

See page 2 for important information about your account.

See page 16 **for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

See Page 17 **for Important Changes to Your Account Benefits.**

███

### Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**          **Pay by Phone**
1-877-877-0987              1-800-472-9297

See page 2 for additional information.

Learn how to take advantage of your Pay Over Time feature on **page 14 .**

Effective immediately, we are making changes to the Membership Rewards Program Terms & Conditions that impact Card Members who are enrolled in the Membership Rewards Program and are eligible for points transfer. Membership Rewards points can now be transferred at a 1:1 ratio into British Airways Executive Club and Iberia Plus programme and can be transferred in increments of 1,000 points.

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ███

Enter 15 digit account # on all payments.
Make check payable to American Express.

  

Payment Due Date
**08/27/17**

AutoPay Amount
███

Check here if your address or phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**

Account Ending ▓▓▓▓▓

p. 2/19

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries**    1-877-877-0987    **Hearing Impaired**
**International Collect**    1-954-503-8905    TTY: 1-800-221-9950
**Large Print & Braille Statements**    1-877-877-0987    FAX: 1-800-695-9090
**Express Cash**    1-800-CASH-NOW    In NY: 1-800-522-1897

 **Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-
0448

---

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank
account automatically each month

Visit americanexpress.com/autopay
today to enroll.

For information on how we protect your
privacy and to set your communication
and privacy choices, please visit
www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                          p. 3/19

█ Closing Date 08/02/17                              Account Ending  █████

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ██ |
| Credits | $0.00 |
| Total Payments and Credits | ██ |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| ██ ████ ████ | ██ |

## New Charges

### Summary

|  | Total |
|---|---|
| ████████ | ██ |
| ORLY GENGER██ | $13,547.54 |
| Total New Charges | ██ |

### Detail



| | Foreign Spend | Amount |
|---|---|---|

**Exhibit DD**

DUPLICATE COPY
Account Ending ████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**DUPLICATE COPY**

Centurion® Card                                                                              p. 5/19

Closing Date 08/02/17                                              Account Ending ▮▮▮

| Detail Continued |
| --- |



|  |  | Foreign Spend | Amount |
| --- | --- | --- | --- |

DUPLICATE COPY
Account Ending ▮▮▮▮▮

**Detail Continued**

|  | Foreign Spend | Amount |
| --- | --- | --- |



**DUPLICATE COPY**

Centurion® Card

Closing Date 08/02/17

Account Ending ▇▇▇▇

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████████

| Detail Continued |
|---|



**DUPLICATE COPY**

Centurion® Card                                                                                    p. 9/19

Closing Date 08/02/17                                                   Account Ending ▆▆▆▆

┌──────────────────────────────────────────────────────────────────────────┐
│  **Detail Continued**                                                        │
└──────────────────────────────────────────────────────────────────────────┘

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**ORLY GENGER**
Card Ending ▆▆▆▆

| Date | Description | City | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 07/02/17 | DOUGIE'S BBQ<br>201-833-6000 | TEANECK | NJ | | $139.37 |
| 07/03/17 | UBER *US JUL02 52HSHELP.UBER.COM    CA | | | | $73.48 |
| 07/03/17 | WALGREENS<br>8002892273<br>Description<br>REFER TO RECEIPT | ENGLEWOOD | NJ | | $15.00 |
| 07/03/17 | TELECHARGE.COM<br>OSLO JUL 11 TELECHARGE.CO | NEW YORK | NY | | $711.00 |
| 07/03/17 | SHOPRITE ENGLEWOOD S<br>188894 07631 | ENGLEWOOD | NJ | | $191.98 |
| 07/03/17 | BABIES R US #6386 0693<br>CHILDREN'S CLOTHING<br>Description<br>TOYS/GAMES/HOBBIES | PARAMUS | NJ | | $49.96 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending �â– 

## Detail Continued

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 07/03/17 | LUKOIL<br>Arrival Date  Departure Date<br>07/03/17     07/03/17<br>00000000<br>LODGING | ENGLEWOOD CLIFFS | NJ | | $41.00 |
| 07/04/17 | UBER *US JUL03 SP4FHELP.UBER.COM    CA | | | | $41.58 |
| 07/04/17 | IT'S GREEK TO ME<br>USFC07631 | ENGLEWOOD | NJ | | $121.53 |
| 07/04/17 | BABIES R US #6386 0693<br>CHILDREN'S CLOTHING<br>Description<br>TOYS/GAMES/HOBBIES | PARAMUS | NJ | | $65.94 |
| 07/04/17 | SHOPRITE ENGLEWOOD S<br>239860 07631 | ENGLEWOOD | NJ | | $74.76 |
| 07/05/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $265.35 |
| 07/06/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $131.88 |
| 07/06/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $99.03 |
| 07/06/17 | GGMC PARKING CARNEGIE 650000003639799<br>2127229525<br>Description          Price<br>GGMC PARKING CARNEG   $19.00 | NEW YORK | NY | | $19.00 |
| 07/06/17 | OPTUMRX 000000001<br>800-562-6223 | IRVINE | CA | | $75.00 |
| 07/06/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>Description          Price<br>PHARMACIES           $6.79 | ENGLEWOOD | NJ | | $6.79 |
| 07/07/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description          Price<br>GROCERY STORES       $215.87 | CLOSTER | NJ | | $215.87 |
| 07/08/17 | UBER *US JUL08 QHMRHELP.UBER.COM    CA | | | | $40.46 |
| 07/10/17 | UBER *TRIP WFCNM  HELP.UBER.COM    CA | | | | $8.24 |
| 07/10/17 | CVS PHARMACY<br>8007467287<br>Description          Price<br>PHARMACIES           $10.49 | NEW YORK | NY | | $10.49 |
| 07/10/17 | A LA TURK RESTAURANT<br>212-744-2424 | NEW YORK | NY | | $24.99 |
| 07/12/17 | MANHATTAN PARKING E 34TH 6500000076798<br>2126862580<br>Description          Price<br>MANHATTAN PARKING E   $18.00 | NEW YORK | NY | | $18.00 |
| 07/12/17 | CASSIE'S PIZZERIA<br>2015416760 | ENGLEWOOD | NJ | | $82.95 |
| 07/13/17 | CUMBERLAND FARMS 3154 000000000483157<br>8456790034 | WOODSTOCK | NY | | $10.56 |
| 07/13/17 | EXXONMOBIL 4798<br>201-568-6801<br>Description<br>GAS/SERVICES | ENGLEWOOD | NJ | | $30.86 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                p. 11/19

███████████
Closing Date 08/02/17                                    Account Ending ████████

| Detail Continued |
| --- |

| Date | Description | | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 07/14/17 | RITE AID STORE - 107 DRUG STORE/PHARMACY | | WOODSTOCK | NY | | $1.29 |
| 07/14/17 | RITE AID STORE - 107 DRUG STORE/PHARMACY | | WOODSTOCK | NY | | $11.33 |
| 07/14/17 | SUNFLOWER NATURAL FOODS MARKET 8456795361 Description REFER TO RECEIPT | | WOODSTOCK | NY | | $58.22 |
| 07/14/17 | WOODSTOCK MEATS 650000008493903 8456797917 Description WOODSTOCK MEATS | Price $37.92 | WOODSTOCK | NY | | $37.92 |
| 07/14/17 | AMAZON.COM MERCHANDISE | | AMZN.COM/BILL | WA | | $47.75 |
| 07/14/17 | AMAZON.COM MERCHANDISE | | AMZN.COM/BILL | WA | | $22.44 |
| 07/15/17 | PLEASURES PLEASURES WOMEN'S ACCESSORIES | | WOODSTOCK | NY | | $20.52 |
| 07/15/17 | ORIOLE 9 542929806578266 8456795763 FOOD/BEVERAGE | $58.05 | WOODSTOCK | NY | | $58.05 |
| 07/16/17 | UBER *TRIP OZ5WJ  HELP.UBER.COM    CA | | | | | $41.06 |
| 07/17/17 | DUANE READE 8002892273 Description PHARMACIES | Price $11.99 | NEW YORK | NY | | $11.99 |
| 07/17/17 | CITARELLA 000000000084996 2124522780 | | NEW YORK | NY | | $65.20 |
| 07/18/17 | AMAZON.COM MERCHANDISE | | AMZN.COM/BILL | WA | | $95.00 |
| 07/18/17 | AMERICAN INFERTILITY GROU 8888935927 | | NEW YORK | NY | | $250.00 |
| 07/18/17 | WHOLEFDS CLO#10381 000010381 1234567891 Description GROCERY STORES | Price $67.00 | CLOSTER | NJ | | $67.00 |
| 07/18/17 | WALGREENS 8002892273 Description PHARMACIES | Price $15.00 | ENGLEWOOD | NJ | | $15.00 |
| 07/18/17 | AMAZON MKTPLACE PMTS BOOK STORES | | AMZN.COM/BILL | WA | | $59.58 |
| 07/18/17 | APPLE ONLINE STORE 9177514730 07631- COM*PUTER/SOFTWARE W540578253 4447798169 | | CUPERTINO | CA | | $403.40 |
| 07/19/17 | UBER *US JUL19 JIAGHELP.UBER.COM    CA | | | | | $75.61 |
| 07/19/17 | UBER *US JUL19 JZZYHELP.UBER.COM    CA | | | | | $18.51 |
| 07/19/17 | UBER *US JUL19 WEU5HELP.UBER.COM    CA | | | | | $36.63 |
| 07/19/17 | UBER *TRIP PC24T  HELP.UBER.COM    CA | | | | | $44.98 |
| 07/19/17 | JACADI #506 0140 FAMILY CLOTHING Description JACADI #506 | | NEW YORK CITY | NY | | $19.60 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

## Detail Continued

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 07/19/17 | BONPOINT MADISON II<br>8000000000<br>Description<br>General Merchandise | NEW YORK | NY | | $140.78 |
| 07/19/17 | THE LITTLE BEET TA 542929806679676<br>2124663330<br>TIP | NEW YORK | NY | $10.00 | $63.35 |
| 07/19/17 | LULULEMON MEATPACKIN<br>SPORTING GOODS STORE | NEW YORK | NY | | $294.00 |
| 07/19/17 | 662 10TH AVENUE MGM 662 10TH AVENUE<br>212-956-3177<br>Description<br>TAXI SVC NEW YORK<br>14:50 201 W 19th S<br>14:55 383 W 14th S | NEW YORK | NY | | $8.00 |
| 07/19/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $41.77 |
| 07/19/17 | The Lobster Place (Ret<br>212-352-8063 | New York | NY | | $12.03 |
| 07/20/17 | SP * DOCKATOT<br>8446928760 | MILLERSBURG | PA | | $194.99 |
| 07/20/17 | JACADI #860<br>FAMILY CLOTHING<br>Description<br>JACADI #860 | NEW YORK CITY | NY | | $133.17 |
| 07/20/17 | RACHELS GARDEN 650000009646418<br>7183498607<br>Description          Price<br>RACHELS GARDEN       $5.78 | BROOKLYN | NY | | $5.78 |
| 07/20/17 | PORTER HOUSE BAR & GRILL 0000<br>212-823-9500<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY | | $173.72 |
| 07/21/17 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | | $454.58 |
| 07/21/17 | ERNST KLEIN<br>2122457894<br>Description          Price<br>GROCERY STORES, SUP   $27.65 | NEW YORK | NY | | $27.65 |
| 07/21/17 | IMPARK00280082A<br>PARKING LOT & GARAGE | NEW YORK | NY | | $52.00 |
| 07/23/17 | UBER *TRIP GVWWO  HELP.UBER.COM     CA | | | | $40.17 |
| 07/23/17 | JACADI #682 0140<br>FAMILY CLOTHING<br>Description<br>JACADI #682 | NEW YORK CITY | NY | | $143.92 |
| 07/23/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $11.99 |
| 07/23/17 | LESTERS OF NEW YORK<br>(212)734-9292<br>Description<br>A630630 TRIMFI 1098<br>A632632 LAMADE K900<br>A632632 ROCK 8011<br>A632632 ROCK 802R | NEW YORK | NY | | $219.50 |
| 07/24/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $400.40 |
| 07/24/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $38.99 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                      p. 13/19

Closing Date 08/02/17                                                    Account Ending ███

| Detail Continued |
| --- |

|  |  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |
| 07/24/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $199.95 |
| 07/25/17 | UBER *US JUL25 V4T4HELP.UBER.COM   CA | | | | $15.72 |
| 07/25/17 | UBER *US JUL25 ORPGHELP.UBER.COM   CA | | | | $13.47 |
| 07/25/17 | 71ST GARDEN GARAGE 0000<br>PARKING LOT & GARAGE<br>Description<br>PARKING FEES | NEW YORK | NY | | $35.00 |
| 07/25/17 | DUANE READE<br>NONE 10021<br>PHARMACIES | NEW YORK | NY | | $54.40 |
| 07/25/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $29.53 |
| 07/25/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $47.02 |
| 07/25/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $37.96 |
| 07/25/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $214.29 |
| 07/25/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $26.39 |
| 07/25/17 | CITARELLA 000000000084996<br>2124522780 | NEW YORK | NY | | $22.18 |
| 07/26/17 | MOMA DESIGN AND BOO<br>212-708-9700 | NEW YORK | NY | | $57.63 |
| 07/26/17 | 1350 SIXTH PARKING LLC 650000009794812<br>2125824294<br>Description         Price<br>1350 SIXTH PARKING    $19.00 | NEW YORK | NY | | $19.00 |
| 07/26/17 | CVS/PHARMACY #10379 000010379<br>8007467287<br>PHARMACIES | ENGLEWOOD | NJ | | $21.94 |
| 07/26/17 | EXXONMOBIL 9922<br>201-944-2663<br>Description<br>GAS/SERVICES | ENGLEWOOD CLI | NJ | | $28.00 |
| 07/27/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $34.18 |
| 07/27/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $305.25 |
| 07/27/17 | DUCDUC LLC 436845555511376<br>2122261868 | 212-2261868 | NY | | $215.00 |
| 07/27/17 | DUCDUC LLC 436845555511376<br>2122261868 | 212-2261868 | NY | | $3,586.00 |
| 07/27/17 | HUMMUS ELITE 899000003295092<br>78049 07631 | ENGLEWOOD | NJ | | $104.00 |
| 07/28/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $46.58 |
| 07/28/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description         Price<br>GROCERY STORES    $197.22 | CLOSTER | NJ | | $197.22 |
| 07/28/17 | SHOPRITE ENGLEWOOD S<br>543218 07631 | ENGLEWOOD | NJ | | $24.78 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

p. 14/19

---

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 07/28/17 | WAYPOINT ONE INC 00-08031179255 718-8522352 | NEWBURGH | NY | $337.00 |
| 07/29/17 | UBER *TRIP YLYWX HELP.UBER.COM    CA | | | $40.53 |
| 07/30/17 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | $40.92 |
| 07/30/17 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | $180.68 |
| 07/31/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $18.66 |
| 07/31/17 | WHOLEFDS CLO#10381 000010381 1234567891 | CLOSTER | NJ | $327.61 |
| | Description            Price | | | |
| | GROCERY STORES        $327.61 | | | |
| 08/02/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $12.65 |
| 08/02/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $12.65 |
| 08/02/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $58.41 |

---

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ▬ |

---

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▬ | ▬ |
| ▬ | ▬ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.15% (v) | ▬ | ▬ |
| **Total** | | | | | ▬ |
| (v) Variable Rate | | | | | |

---

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 15/19

Closing Date 08/02/17

Account Ending

## Information on Pay Over Time Features continued

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed
your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more
information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to
pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to
your Pay Over Time balance until the date it is paid.

**Exhibit DD**

DUPLICATE COPY

Account Ending

Centurion® Card

## Notice of Important Membership Rewards® Program Change

We are making a change to the Membership Rewards Program Terms & Conditions. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. A summary of the change appears below. The detailed change can be found after the summary chart.

| Summary of Changes, effective November 1, 2017 | |
|---|---|
| **Using Points - Transferring Points to Frequent Customer Programs** | Virgin America will no longer participate in the U.S. Membership Rewards® program as an eligible airline point transfer partner. Therefore, all mentions of Virgin America will be struck from the Membership Rewards program Terms and Conditions and Card Members will no longer be able to transfer Membership Rewards points to a Virgin America Elevate account. |
| | Any transfers made to a Virgin America Elevate account before November 1, 2017 will be honored by American Express and Virgin America. |

ID 12492

## Detail of Changes to the Membership Rewards Program Terms & Conditions

This notice amends the Membership Rewards Program Terms & Conditions (the "Terms & Conditions") as described below. We have the right to amend as described in the Terms & Conditions. Any terms in the Terms & Conditions conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

**Using Points: Transferring Points to Frequent Customer Programs**
Effective November 1, 2017, in the *Transferring Points to Frequent Customer Programs* sub-section of the *Using Points* section of the Terms & Conditions, the seventh bullet point under *Conversion Rates and Increments* is deleted in its entirety.

**Exhibit DD**

**Centurion® Card**

**DUPLICATE COPY**

p. 17/19

Closing Date 08/02/17

Account Ending ▮▮▮

## Important Change to Your CreditSecure Enrollment

Starting on or after October 1, 2017, American Express will be adding new features to your CreditSecure membership.

CreditSecure will now include FICO® Scores, dark web surveillance, identity alerts and child monitoring. All these benefits are in addition to the three Bureau credit monitoring features you currently receive. These new benefits are designed to alert you to activity that may reflect a compromise of your identity and provide you with FICO scores which are used by 90% of top lenders.

When these changes go into effect on or after October 1st, your CreditSecure membership fee will increase on your next billing date from $14.99 per month to $16.99 per month, plus applicable taxes. If you are currently enrolled in the annual membership, your fee will increase on your next billing date from $143.99 to $169.99 per year, plus applicable taxes. No action is required to continue your CreditSecure enrollment. If you have any questions or would like to cancel your CreditSecure membership, please call us at 1-866-617-1893.

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries.

ID12496

**Exhibit DD**

CMLENDDMRUS0195

**DUPLICATE COPY**
Account Ending ▓▓▓▓

**Exhibit DD**

**DUPLICATE COPY**

p. 19/19

### Membership Rewards®
### Monthly Statement and Program News

Prepared for ▓▓▓▓▓▓▓    Account Number ▓▓▓▓▓▓

**Questions About Your Account?**



🖥 membershiprewards.com

**1-800-297-1300**
International Collect: 1-336-393-1111

| Total Points Balance | ▓▓▓▓ |
|---|---|

| Points Earned this Period | ▓▓▓▓ |
|---|---|

**Did You Know?**

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at **membershiprewards.com/yourcharges**.

| Account Summary | June 1, 2017 – June 30, 2017 |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

| Points Transaction Detail | | | June 1, 2017 – June 30, 2017 |
|---|---|---|---|
| **Points Earned this Period** | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
| Centurion ▓▓▓▓ | ▓▓▓ | 0 | ▓▓▓ |
| Add'l Centurion XXXX-XXXXX▓▓ | 3,233 | 316 Uber Earn 2x MR Points A5L7 | 3,549 |
| **Total** | ▓▓▓ | 316 | ▓▓▓ |

| Reinstated Points and Adjustments | Number of Points | Date |
|---|---|---|
| Points for Amex Trvl | ▓▓▓ | 6/30/17 |
| **Total** | | |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 1/19

**Closing Date 09/01/17**

Account Ending ▮



| New Balance | ▮ |
| **Payment Due Date** | **09/27/17‡** |

‡Late Payment Warning: ▮

**Membership Rewards® Points**
Available and Pending as of 07/31/17

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| Previous Balance | ▮ |
| Payments/Credits | ▮ |
| New Charges | ▮ |
| Fees | ▮ |
| **New Balance** | ▮ |

Days in Billing Period: 30

📄 See page 2 for important information about your account.

📄 **See Page 17 for important information regarding benefits underwritten by AMEX Assurance Company.**

ⓘ 

📄 For information on your Pay Over Time feature and limit, see **page 16**

**Customer Care**

💻 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
| 1-877-877-0987 | 1-800-472-9297 |

📄 See page 2 for additional information.



---

✂ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮

Enter 15 digit account # on all payments.
Make check payable to American Express.



Payment Due Date
**09/27/17**

AutoPay Amount ▮

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

p. 2/19

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| Customer Care & Billing Inquiries | 1-877-877-0987 | Hearing Impaired |
|---|---|---|
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

## DUPLICATE COPY

**Centurion® Card**                                                                      p. 3/19

Closing Date 09/01/17                                          Account Ending ███



## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ███ |
| Credits | ███ |
| ORLY GENGER ███ | -$694.90 |
| Total Payments and Credits | ███ |

### Detail    *Indicates posting date

| Payments |  |  | Amount |
|---|---|---|---|
|  |  |  | ███ |

| Credits |  |  | Amount |
|---|---|---|---|
|  |  |  | ███ |
|  |  |  | ███ |
| 08/25/17 | ORLY GENGER | ShopBop<br>Shopbop.com    WI<br>DIRECT MKTG MISC | -$694.90 |

## New Charges

### Summary

|  | Total |
|---|---|
| ORLY GENGER ███ | $11,645.50 |
| Total New Charges | ███ |

### Detail

|  |  | Foreign Spend | Amount |
|---|---|---|---|
|  |  |  |  |

**Exhibit DD**

DUPLICATE COPY
Account Ending ▮▮▮▮▮

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**DUPLICATE COPY**

**Centurion® Card**

████████

Closing Date 09/01/17

Account Ending ████████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

DUPLICATE COPY
Account Ending ████

**Detail Continued**

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 7/19

Closing Date 09/01/17

Account Ending ████

| Detail Continued |
| --- |

| | | | | | | Foreign Spend | **Amount** |
| --- | --- | --- | --- | --- | --- | --- | --- |



**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Detail Continued**



**DUPLICATE COPY**

Centurion® Card

Closing Date 09/01/17

Account Ending ███████

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|



DUPLICATE COPY
Account Ending ███

p. 10/19

## Detail Continued

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**ORLY GENGER**
Card Ending ███

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 08/01/17 | ShopBop CLOTHING | Shopbop.com | WI | | $1,138.20 |
| 08/02/17 | DICK'S CLOTHING&SPORTING 0672 999-999-9999 Description SPORTING GOODS/APPA | PARAMUS | NJ | | $39.00 |
| 08/03/17 | UBER *US AUG03 MHJUHELP.UBER.COM | CA | | | $36.18 |
| 08/03/17 | UBER *US AUG03 OTLKHELP.UBER.COM | CA | | | $15.26 |
| 08/03/17 | UBER *US AUG03 PS34HELP.UBER.COM | CA | | | $62.27 |
| 08/03/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $33.89 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 11/19

█████ Closing Date 09/01/17                                    Account Ending ██ ████████

| Detail Continued | | | | |
|---|---|---|---|---|

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 08/03/17 | JACADI #506<br>212-369-1616 | NEW YORK CITY | NY | | $258.00 |
| ████ | ████████ | ████ | ■ | | ████ |
| | ████ | | | | |
| ████ | ████ | ████ | ■ | | ████ |
| | ████ | | | | |
| 08/04/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description        Price<br>GROCERY STORES   $83.40 | CLOSTER | NJ | | $83.40 |
| 08/04/17 | WALGREENS<br>8002892273<br>Description        Price<br>PHARMACIES      $7.11 | ENGLEWOOD | NJ | | $7.11 |
| 08/04/17 | WALGREENS<br>NONE 07631<br>PHARMACIES | ENGLEWOOD | NJ | | $12.58 |
| 08/06/17 | UBER *TRIP 5F3F7  HELP.UBER.COM    CA | | | | $42.16 |
| 08/06/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $43.80 |
| 08/06/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $37.35 |
| 08/06/17 | ZAPPOS.COM<br>FOOTWEAR | (800)927-7671 | NV | | $30.00 |
| 08/07/17 | EXXONMOBIL 4798<br>201-568-6801<br>Description<br>GAS/SERVICES | ENGLEWOOD | NJ | | $53.57 |
| 08/08/17 | VENMO*VENMO<br>855-812-4430<br>Description<br>VENMO | NEW YORK | NY | | $360.50 |
| 08/08/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $113.81 |
| 08/08/17 | SUNFLOWER NATURAL FOODS MARKET<br>8456795361<br>Description<br>REFER TO RECEIPT | WOODSTOCK | NY | | $115.62 |
| 08/08/17 | CVS PHARMACY<br>8007467287<br>PHARMACIES | WOODSTOCK | NY | | $20.95 |
| 08/08/17 | WOODSTOCK MEATS 650000008493903<br>8456797917<br>Description        Price<br>WOODSTOCK MEATS  $79.62 | WOODSTOCK | NY | | $79.62 |
| 08/09/17 | NOOMIE LLC<br>4484 33180<br>APPAREL HSWRS/ACC | MIAMI | FL | | $90.00 |
| 08/09/17 | SANTA FE WOODSTOCK<br>845-657-5555 | WOODSTOCK | NY | | $224.10 |
| 08/09/17 | SNAPFISH<br>8006344500 | BELTSVILLE | MD | | $105.69 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▆▆▆▆▆

| Detail Continued |
| --- |

| | | | | Foreign<br>Spend | Amount |
|---|---|---|---|---|---|
| 08/09/17 | WAYPOINT ONE INC 00-08031179255<br>718-8522352 | NEWBURGH | NY | | $50.00 |
| 08/10/17 | TOYSRUS-BABIESRUS 00049<br>1-800-TOYSRUS | 1-800-TOYSRUS | PA | | $54.95 |
| 08/10/17 | WWW.HALOSLEEP.COM 0400<br>952-641-5111<br>Description<br>APPAREL/ACCESSORIES | MINNETONKA | MN | | $82.85 |
| 08/10/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $27.99 |
| 08/11/17 | CVS PHARMACY<br>8007467287<br>PHARMACIES | WOODSTOCK | NY | | $56.75 |
| 08/11/17 | WOODSTOCK MEATS 650000008493903<br>8456797917<br>Description    Price<br>WOODSTOCK MEATS    $40.51 | WOODSTOCK | NY | | $40.51 |
| 08/11/17 | GLAMOUR HOUSE GLAMOUR HOUSE<br>BEAUTY/BARBER SHOP | WOODSTOCK | NY | | $43.00 |
| 08/12/17 | WOODSTOCK BYRDCLIFFE GUIL 00-080093487<br>ART DEALER & GALLERY | WOODSTOCK | NY | | $117.72 |
| 08/14/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description    Price<br>GROCERY STORES    $247.17 | CLOSTER | NJ | | $247.17 |
| 08/14/17 | WALGREENS<br>8002892273<br>Description    Price<br>PHARMACIES    $15.00 | ENGLEWOOD | NJ | | $15.00 |
| 08/14/17 | EXXONMOBIL 4798<br>201-568-6801<br>Description<br>GAS/SERVICES | ENGLEWOOD | NJ | | $29.57 |
| 08/15/17 | UBER *US AUG15 UJJIHELP.UBER.COM    CA | | | | $10.66 |
| 08/15/17 | UBER *US AUG15 UN4BHELP.UBER.COM    CA | | | | $11.96 |
| ▆▆▆ | ▆▆▆▆▆ | ▆▆▆▆ | ▆ | | ▆▆ |
| 08/15/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $51.96 |
| 08/15/17 | ▆▆▆▆▆ | ▆▆▆▆ | ▆ | | |
| 08/15/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $41.87 |
| 08/16/17 | NIKE NY UPPER E 359<br>SPORTING GOODS STORE | NEW YORK | | | $152.42 |
| 08/16/17 | PAPYRUS<br>2162527300<br>Description    Price<br>GIFT SHOPS    $17.31 | NEW YORK | NY | | $17.31 |
| 08/16/17 | SEPHORA.COM<br>COSMETICS | 877-SEPHORA | CA | | $51.25 |
| 08/18/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $41.97 |
| 08/18/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $90.67 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 13/19

Closing Date 09/01/17                                        Account Ending

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| **Detail Continued** | | | | | |
| 08/18/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description           Price<br>GROCERY STORES    $277.51 | | CLOSTER | NJ | $277.51 |
| 08/18/17 | GRAND & ESSEX MARKET<br>GROCERY STORE<br>Description<br>528301 | | BERGENFIELD | NJ | $182.48 |
| 08/19/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | $55.49 |
| 08/20/17 | UBER *US AUG20 QBOLHELP.UBER.COM    CA | | | | $41.52 |
| 08/20/17 | LESTERS OF NEW YORK<br>(212)734-9292<br>Description<br>A630630 TRIMFI 1098<br>A643643 BSTEPS 2232<br>A643643 BSTEPS 2233 | | NEW YORK | NY | $75.00 |
| 08/20/17 | 71ST GARDEN GARAGE 0000<br>PARKING LOT & GARAGE<br>Description<br>PARKING FEES | | NEW YORK | NY | $35.00 |
| 08/20/17 | CITARELLA 000000000084996<br>2124522780 | | NEW YORK | NY | $7.58 |
| 08/21/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | $309.92 |
| 08/21/17 | AMAZON.COM<br>MERCHANDISE | | AMZN.COM/BILL | WA | $38.99 |
| 08/21/17 | SNAPFISH<br>8006344500 | | BELTSVILLE | MD | $66.61 |
| 08/22/17 | UBER *US AUG22 C6LEHELP.UBER.COM    CA | | | | $37.11 |
| 08/22/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | | AMZN.COM/BILL | WA | $7.22 |
| 08/22/17 | MTA/TBTA AUTO REPLENISH<br>TOLL & BRIDGE FEE<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 2P-303438433 | | STATEN ISLAND | NY | $60.00 |
| 08/22/17 | AMAZON.COM<br>MERCHANDISE | | AMZN.COM/BILL | WA | $14.09 |
| 08/22/17 | CVS PHARMACY<br>8007467287<br>PHARMACIES | | NEW YORK | NY | $35.08 |
| 08/22/17 | CLAUDETTE<br>RESTAURANT<br>FOOD/BEVERAGE    $29.40<br>TIP                 $7.00 | | NEW YORK | NY | $36.40 |
| 08/22/17 | THE LITTLE BEET TA 542929806679676<br>2124663330<br>TIP                 $30.00 | | NEW YORK | NY | $168.27 |
| 08/22/17 | QUEENS MEDALLION LEA QUEENS MEDALLIO<br>718-784-9292<br>Description<br>TAXI SVC LONG ISL<br>18:29 193 E 71st S<br>18:51 66 5th Ave N | | LONG ISLAND CITY | NY | $20.00 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

| Detail Continued |
| --- |

| Date | Description | | Location | State | Foreign Spend | Amount |
|------|------|------|------|------|------|------|
| 08/22/17 | YNC II 000000001 | | NEW YORK | NY | | $28.00 |
| | 2122491309 | | | | | |
| | Description | Price | | | | |
| | BEAUTY & BARBER | $28.00 | | | | |
| 08/23/17 | UBER *US AUG22 VAFAHELP.UBER.COM | CA | | | | $60.73 |
| 08/23/17 | AMAZON.COM | | AMZN.COM/BILL | WA | | $26.67 |
| | MERCHANDISE | | | | | |
| 08/23/17 | LAZ PARKING 590779 0000 | | NEW YORK | NY | | $10.00 |
| | 212-265-2239 | | | | | |
| | Description | | | | | |
| | PARKING FEES | | | | | |
| 08/23/17 | AMAZON.COM | | AMZN.COM/BILL | WA | | $26.81 |
| | MERCHANDISE | | | | | |
| 08/24/17 | ANDREA CARRANO 064578810010471 | | NEW YORK | NY | | $471.43 |
| | (212) 452-0542 | | | | | |
| 08/24/17 | LESTERS OF NEW YORK | | NEW YORK | NY | | $34.00 |
| | (212)734-9292 | | | | | |
| | Description | | | | | |
| | A630630 PRETTY RUFF | | | | | |
| | A630630 MAYORA 9442 | | | | | |
| 08/24/17 | 71ST GARDEN GARAGE 0000 | | NEW YORK | NY | | $35.00 |
| | PARKING LOT & GARAGE | | | | | |
| | Description | | | | | |
| | PARKING FEES | | | | | |
| 08/24/17 | EXXONMOBIL 4798 | | ENGLEWOOD | NJ | | $32.88 |
| | 201-568-6801 | | | | | |
| | Description | | | | | |
| | GAS/SERVICES | | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $29.99 |
| | BOOK STORES | | | | | |
| 08/25/17 | WWW.ITUNES.COM/BILL | | CUPERTINO | CA | | $6.19 |
| | ITUNES STORE & APP STORE | | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $28.98 |
| | BOOK STORES | | | | | |
| 08/25/17 | TRIMFIT | | BENSALEM | PA | | $44.00 |
| | 2122447784 | | | | | |
| 08/25/17 | WHOLEFDS CLO#10381 000010381 | | CLOSTER | NJ | | $277.92 |
| | 1234567891 | | | | | |
| | Description | Price | | | | |
| | GROCERY STORES | $277.92 | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $41.99 |
| | BOOK STORES | | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $19.36 |
| | BOOK STORES | | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $630.82 |
| | BOOK STORES | | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $37.99 |
| | BOOK STORES | | | | | |
| 08/25/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $367.55 |
| | BOOK STORES | | | | | |
| 08/26/17 | AMAZON MKTPLACE PMTS | | AMZN.COM/BILL | WA | | $50.86 |
| | BOOK STORES | | | | | |
| 08/27/17 | UBER *TRIP 6NYIB  HELP.UBER.COM | CA | | | | $39.55 |
| 08/27/17 | NIKE NY UPPER E 359 | | NEW YORK | | | $232.42 |
| | SPORTING GOODS STORE | | | | | |
| 08/27/17 | AMAZON.COM | | AMZN.COM/BILL | WA | | $46.10 |
| | MERCHANDISE | | | | | |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                p. 15/19

▆▆▆▆▆
Closing Date 09/01/17                                            Account Ending ▆▆▆▆

---

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 08/27/17 | 71ST GARDEN GARAGE 0000<br>PARKING LOT & GARAGE<br>Description<br>PARKING FEES | NEW YORK | NY | | $35.00 |
| 08/27/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $37.65 |
| 08/27/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $7.55 |
| 08/27/17 | JANIE AND JACK 2148 2148<br>877-449-8800<br>Description<br>APPAREL/ACCESSORIES | NEW YORK | NY | | $206.91 |
| 08/27/17 | CITARELLA 000000000084996<br>2124522780 | NEW YORK | NY | | $23.94 |
| 08/28/17 | NEST LABS<br>855-469-6378<br>Description<br>BUSINESS SERVICES, | PALO ALTO | CA | | $106.60 |
| 08/29/17 | MTA/TBTA AUTO REPLENISH<br>TOLL & BRIDGE FEE<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 2P-304651713 | STATEN ISLAND | NY | | $105.00 |
| 08/29/17 | OPTUMRX 000000001<br>800-562-6223 | IRVINE | CA | | $37.50 |
| 08/30/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $16.99 |
| 08/30/17 | IPARK 267 650000009376859<br>2127367171<br>Description          Price<br>IPARK 267          $23.00 | NEW YORK | NY | | $23.00 |
| 08/30/17 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | | $454.58 |
| 08/30/17 | EXXONMOBIL 9922<br>201-944-2663<br>Description<br>GAS/SERVICES | ENGLEWOOD CLI | NJ | | $29.20 |
| 08/30/17 | CITARELLA 000000000084996<br>2124522780 | NEW YORK | NY | | $78.74 |
| 08/30/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $43.96 |

---

| Fees |
|---|

| | Amount |
|---|---|
| **Total Fees for this Period** | ▆▆▆ |

DUPLICATE COPY
Account Ending ████

p. 16/19



## 2017 Fees and Interest Totals Year-to-Date

|  | Amount |
| --- | --- |
| ████████ | ███ |
| ████████ | ███ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- | --- | --- |
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.15% (v) | ███ | ███ |
| Total | | | | | ███ |

(v) Variable Rate

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime**.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

Centurion® Card                    **DUPLICATE COPY**                    p. 17/19

Closing Date 09/01/17                                              Account Ending █████

## Notice of Update to an Additional Benefit of Your Card

As described below, we made an update to your Baggage Insurance Plan⁺ Card benefit. This benefit is provided to you at no additional charge as part of your Card Membership. We encourage you to read this notice and file it for future reference. If you have any questions about these changes, please call 1-800-645-9700.

## Baggage Insurance Plan

Effective immediately, the coverage amount for High Risk Items under the Baggage Insurance Plan has been increased from $250 to $1,000. High-risk items can include computers, jewelry and furs. Please see policy for full details.

* Insurance Coverages underwritten by AMEX Assurance Company, Administrative Office, Phoenix, AZ. For residents of GU and MP, coverages are underwritten by Tokio Marine Pacific Insurance Limited, Hagatna, Guam under Policy CRCB000000107. This benefit is not available to residents of American Samoa, Federated States of Micronesia, Marshall Islands, Palau and the US Minor Outlying Islands. Coverage is determined by the terms, conditions, and exclusions of the Policies (including Descriptions of Coverage) applicable to your Card and is subject to change with notice. This document does not supplement or replace the Policies. AAC policy Numbers for BIP Policy AX0400, Policy AX0400-PR, Policy AX0400-VI or Policy BIP-IND.

+ Baggage Insurance Plan updates do not apply to residents of Indiana, Puerto Rico, Guam and Northern Mariana Islands.
ID12504

**Exhibit DD**

DUPLICATE COPY

Account Ending ████

p. 18/19

**Exhibit DD**

**DUPLICATE COPY**

**Membership Rewards®
Monthly Statement and Program News**

Prepared for ▮▮▮▮    Account Number ▮▮▮▮

**Total Points Balance**    ▮▮

**Points Earned this Period**    ▮▮

**Questions About Your Account?**

🖳 membershiprewards.com

1-800-297-1300
International Collect: 1-336-393-1111

| Account Summary | July 1, 2017 - July 31, 2017 |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your
accounts are in good standing.

**Did You Know?**

The Membership Rewards® Monthly Statement and Program News will no longer be included with your billing statements beginning with your statement that has a Closing Date in November 2017.

To see information about your points balance and transactions, log into your account at **membershiprewards.com**

| Points Transaction Detail | July 1, 2017 - July 31, 2017 |
|---|---|

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| **Centurion** ▮▮ | ▮ | ▮ | ▮ |
| **Add'l Centurion** XXXX-XXXXX ▮ | 8,776 | 490 Uber Earn 2x MR Points A5L7 | 9,266 |
| **Total** | ▮ | | ▮ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                          p. 1/17

Closing Date 10/02/17                                                      Account Ending ▮▮▮▮

| New Balance | ▮▮▮▮ |
|---|---|
| **Payment Due Date** | **10/27/17**‡ |

‡Late Payment Warning: ▮▮▮▮▮▮▮▮▮▮▮

➡ See page 2 for important information about your account.

➡ **See page 14   for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

➡ **See Page 15   for an Important Notice About a Change to Your Cardmember Agreement.**

ⓘ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

➡ Learn how to take advantage of your Pay Over Time feature on **page 13**

*Continued on page 3*

---

**Membership Rewards® Points**
Available and Pending as of 08/31/17    ▮▮▮▮

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | ▮▮▮▮ |
| Payments/Credits | ▮▮▮▮ |
| New Charges | ▮▮▮▮ |
| Fees | ▮▮▮▮ |
| **New Balance** | ▮▮▮▮ |

Days in Billing Period:  31

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

➡ See page 2 for additional information.

---

☒ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮▮

Enter 15 digit account # on all payments.
Make check payable to American Express.



| Payment Due Date | **10/27/17** |
|---|---|
| AutoPay Amount | ▮▮▮▮ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**

Account Ending                                                                 p. 2/17

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your Charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

 **Customer Care & Billing Inquiries** 1-877-877-0987   **Hearing Impaired**
**International Collect** 1-954-503-8905   TTY: 1-800-221-9950
**Large Print & Braille Statements** 1-877-877-0987   FAX: 1-800-695-9090
**Express Cash** 1-800-CASH-NOW   In NY: 1-800-522-1897

**Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**          **Payments**
P.O. BOX 981535                  P.O. BOX 650448
EL PASO, TX                      DALLAS TX 75265-
79998-1535                       0448

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**
Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card 

p. 3/17

████████████

Closing Date 10/02/17

Account Ending ████



Awarded for Customer Satisfaction
# DEDICATED TO YOU.
Thanks to you, J.D. Power ranked us "Highest
in Customer Satisfaction with Credit Card
Companies" for the 9th time.
Learn more at
americanexpress.com/jdpower

## Payments and Credits
### Summary

| | Total |
|---|---|
| Payments | ████ |
| Credits | |
| ████████████ | |
| ORLY GENGER ████ | -$2,401.00 |
| **Total Payments and Credits** | ████ |

### Detail    *Indicates posting date

| Payments | | Amount |
|---|---|---|
| ████ ████ | ████████ | ████ |

| Credits | | Amount |
|---|---|---|
| ████ ████ | ████████████ | ████ |
| | ██████ █ | |
| ████ ████ | ██████ | ████ |
| | ██████ | |
| ████ ████ | ████████████ | ████ |
| ████ ████ | ████████████ | ████ |
| | ██████ | |
| | ██████ | |
| ████ ████ | ████████ | ████ |
| | ██████ █ | |
| | ██████ | |
| 09/28/17 | ORLY GENGER | ShopBop | -$108.00 |
| | | Shopbop.com        WI | |
| | | DIRECT MKTG MISC | |
| 09/30/17 | ORLY GENGER | ShopBop | -$2,293.00 |
| | | Shopbop.com        WI | |
| | | DIRECT MKTG MISC | |

## New Charges
### Summary

| | Total |
|---|---|
| ████████ | ████ |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

## Summary Continued

|  | Total |
|---|---|
| ORLY GENGER ████ | $8,893.53 |
| Total New Charges | ████ |

## Detail

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card                                                                    p. 5/17

Closing Date 10/02/17                                    Account Ending ▮▮▮▮

| Detail Continued |



|  |  |  |  | Foreign Spend | Amount |

**Exhibit DD**

DUPLICATE COPY
Account Ending

p. 6/17

**Detail Continued**



Foreign
Spend      Amount

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 10/02/17

Account Ending ▮▮▮▮

Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending █████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                      p. 9/17

Closing Date 10/02/17                                        Account Ending ▮▮▮▮

Detail Continued



**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▉▉▉

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**ORLY GENGER**
Card Ending ▉▉▉

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/01/17 | WOODSTOCK MEATS 650000008493903 | WOODSTOCK | NY | | $44.70 |
| | 8456797917 | | | | |
| | Description          Price | | | | |
| | WOODSTOCK MEATS        $44.70 | | | | |
| 09/01/17 | SUNFLOWER NATURAL FOODS MARKET | WOODSTOCK | NY | | $120.27 |
| | 8456795361 | | | | |
| | Description | | | | |
| | REFER TO RECEIPT | | | | |
| 09/01/17 | WOODSTOCK BYRDCLIFFE GUIL 00-080093487 | WOODSTOCK | NY | | $60.00 |
| | ART DEALER & GALLERY | | | | |
| 09/02/17 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | | $36.95 |
| | BOOK STORES | | | | |
| 09/02/17 | ADIRONDACK TRANSIT LIN 0158 | HURLEY | NY | | $54.00 |
| | 845-339-4230 | | | | |
| | Description | | | | |
| | BUS LINES,INCLUDING | | | | |
| 09/05/17 | SHOPRITE ENGLEWOOD S | ENGLEWOOD | NJ | | $148.53 |
| | 267658 07631 | | | | |
| 09/06/17 | UBER *TRIP KES2D  HELP.UBER.COM    CA | | | | $39.84 |
| 09/07/17 | UBER *TRIP MYHMM  HELP.UBER.COM    CA | | | | $54.79 |
| 09/07/17 | UBER *US SEP07 E66BHELP.UBER.COM   CA | | | | $46.24 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                 p. 11/17

Closing Date 10/02/17                                              Account Ending ▓▓▓▓

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/07/17 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | $107.17 |
| 09/07/17 | WALGREENS 8002892273 Description PHARMACIES          Price $6.99 | ENGLEWOOD | NJ | $6.99 |
| 09/07/17 | WHOLEFDS CLO#10381 000010381 1234567891 Description          Price GROCERY STORES      $97.48 | CLOSTER | NJ | $97.48 |
| 09/07/17 | PORTER HOUSE BAR & GRILL 0000 212-823-9500 Description FOOD/BEVERAGE | NEW YORK | NY | $390.62 |
| 09/09/17 | ADIRONDACK TRANSIT LIN 0158 845-339-4230 Description BUS LINES,INCLUDING | HURLEY | NY | $27.75 |
| 09/09/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $80.02 |
| 09/10/17 | CITARELLA 000000000084996 2124522780 | NEW YORK | NY | $93.46 |
| 09/11/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $80.42 |
| 09/12/17 | UBER *TRIP 5CDHE  HELP.UBER.COM     CA | | | $47.24 |
| 09/12/17 | UBER *TRIP 2SINW  HELP.UBER.COM     CA | | | $68.60 |
| 09/12/17 | UBER *US SEP12 2K4WHELP.UBER.COM    CA | | | $45.17 |
| 09/12/17 | UBER *US SEP12 J4JLHELP.UBER.COM    CA | | | $41.52 |
| 09/12/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | $44.76 |
| 09/12/17 | BLUE&CREAM BOWERY 2125333088 | NEW YORK | NY | $157.87 |
| 09/12/17 | ShopBop CLOTHING | Shopbop.com | WI | $742.00 |
| 09/12/17 | SEPHORA.COM COSMETICS | 877-SEPHORA | CA | $51.25 |
| 09/13/17 | UBER *US SEP13 JTO2HELP.UBER.COM    CA | | | $52.23 |
| 09/13/17 | UBER *US SEP13 F4QAHELP.UBER.COM    CA | | | $48.81 |
| 09/13/17 | NOOMIE LLC 4733 33180 APPAREL HSWRS/ACC | MIAMI | FL | $175.00 |
| 09/13/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $44.99 |
| ▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓ | ▓ | ▓▓▓▓ |
| 09/13/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $76.76 |
| 09/14/17 | UBER *US SEP14 RGEBHELP.UBER.COM    CA | | | $43.89 |
| 09/14/17 | EXXONMOBIL 479B 201-568-6801 Description GAS/SERVICES | ENGLEWOOD | NJ | $21.40 |
| 09/14/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $8.99 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

| | Detail Continued | | | | |
|---|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/15/17 | UBER *US SEP14 LHXBHELP.UBER.COM    CA | | | | $81.14 |
| 09/15/17 | MTA/TBTA AUTO REPLENISH<br>TOLL & BRIDGE FEE<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 2P-307308348 | STATEN ISLAND | NY | | $105.00 |
| 09/15/17 | REAL LLC 650000009800940<br>2122528040<br>Description                Price<br>REAL LLC                  $30.00 | NEW YORK | NY | | $30.00 |
| 09/15/17 | ShopBop<br>CLOTHING | Shopbop.com | WI | | $2,318.00 |
| 09/16/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $15.45 |
| 09/16/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $33.46 |
| 09/17/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $31.99 |
| 09/18/17 | CEDRA PHARMACY BROAD<br>DRUG STORE/PHARMACY | NEW YORK | NY | | $125.00 |
| 09/18/17 | SHOPRITE ENGLEWOOD S<br>148663 07631 | ENGLEWOOD | NJ | | $63.84 |
| ███████ | ████████████████████ | ███████ | ██ | | ██████ |
| 09/19/17 | UBER *US SEP19 DVK3HELP.UBER.COM    CA | | | | $55.49 |
| 09/19/17 | UBER *TRIP 327KS  HELP.UBER.COM    CA | | | | $43.30 |
| 09/19/17 | JACADI #682<br>212-717-9292 | NEW YORK | NY | | $62.00 |
| 09/19/17 | GAP US 711<br>MEN'S/WOMEN'S CLOTHNG | NEW YORK | NY | | $95.13 |
| 09/19/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $63.86 |
| 09/19/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $48.95 |
| ███████ | ████████████████████ | ███████ | ██ | | ██████ |
| 09/22/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $41.37 |
| 09/23/17 | UBER *US SEP23 ZRCHHELP.UBER.COM    CA | | | | $38.92 |
| 09/23/17 | UBER *US SEP23 KIKBHELP.UBER.COM    CA | | | | $53.73 |
| 09/23/17 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | | $263.88 |
| 09/25/17 | WWW.ITUNES.COM/BILL<br>ITUNES STORE & APP STORE | CUPERTINO | CA | | $9.99 |
| 09/25/17 | WWW.ITUNES.COM/BILL<br>ITUNES STORE & APP STORE | CUPERTINO | CA | | $5.40 |
| 09/29/17 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 155.00<br>Israeli Shekels | $43.94 |
| 09/29/17 | SASON TAMAR<br>MISC FOOD STORE | TEL-AVIV | | 54.12<br>Israeli Shekels | $15.34 |
| 10/01/17 | BABETTE CHILDRENS FASHION<br>CHILDREN'S CLOTHING | TEL AVIV | | 104.50<br>Israeli Shekels | $29.62 |
| 10/01/17 | -LILINBLUM<br>RESTAURANT | GIVATIIM | | 120.00<br>Israeli Shekels | $34.02 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                          p. 13/17

▬▬▬▬▬▬
Closing Date 10/02/17                                                        Account Ending ▬▬▬▬▬▬

---

## Fees

| | | | Amount |
|---|---|---|---|
| 10/02/17 | ORLY GENGER | ANNUAL MEMBERSHIP FEE | $2,500.00 |
| **Total Fees for this Period** | | | **$2,500.00** |

---

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▬▬▬▬▬ | ▬▬▬ |
| ▬▬▬▬▬ | ▬▬ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.15% (v) | ▬▬▬ | ▬▬▬ |
| **Total** | | | | | ▬▬▬ |
| (v) Variable Rate | | | | | |

---

## Information on Pay Over Time Features

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime**.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**



**DUPLICATE COPY**
Account Ending

p. 14/17

Centurion® Card

## Notice of Important Changes to the Membership Rewards® Program Terms

We are making changes summarized below to the Membership Rewards Program Terms & Conditions. We urge you and any Additional Card Members on your Account to read the below notice carefully and file it along with your Agreement in a safe place for future reference.

| Summary of Changes Effective November 1, 2017 | |
|---|---|
| Additional Terms | We are changing the language concerning fraudulent earning or use of points to make clear that we may act if we suspect abuse, misuse or gaming activity, and we are adding that we may:<br><br>• Temporarily suspend your ability to redeem points<br>• Temporarily suspend your ability to earn points |

ID 12506

## Detail of Changes to the Membership Rewards Program Terms & Conditions

This notice amends the Membership Rewards Program Terms & Conditions (the "Terms & Conditions") as described below. We have the right to amend as described in the Terms & Conditions. Any terms in the Terms & Conditions conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

**Additional Terms**
Effective November 1, 2017, in the *Additional Terms* section of the Terms & Conditions, the first paragraph will be replaced with the following:

If we in our sole discretion determine that you have engaged in abuse, misuse or gaming in connection with earning or using points or that you may attempt to do so, we may:

• Take away any points in your program account
• Temporarily suspend your ability to redeem points
• Temporarily suspend your ability to earn points
• Cancel your program account
• Cancel any of your American Express Cards

**Exhibit DD**

CMLENDDMRUS0214

 Centurion® Card

**DUPLICATE COPY**

p. 15/17

Closing Date 10/02/17

Account Ending ▆▆▆▆

## Notice of Important Change to Your Account Terms

We are making a change to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. Any language in the Agreement contrary to or conflicting with the terms amended below is deleted in its entirety to the extent of the conflict. All terms of the Agreement not amended herein remain in full force and effect. We urge you and any Additional Cardmembers on your Account to read the below notice carefully and file it along with your Agreement in a safe place for future reference. The detailed change to your Cardmember Agreement can be found after the summary chart.

| Summary of Changes, effective immediately | |
|---|---|
| **Using the card** | Currently, you may arrange for merchants and third parties to store certain account information for certain purposes (for example, for recurring billing). When you arrange for merchants and third parties to store this information, you acknowledge that we may share updates to this information with these merchants and third parties.<br><br>Effective immediately, we are updating your Agreement to say that if you decide that you do not want us to share updated information as described, then you may contact the number on the back of your card and request that such information no longer be shared. |

ID 12512

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card.

**Using the Card**

Effective immediately, in Part 2 of the Agreement, we are amending the *Using the card* sub-section of the *About using your card* section by deleting the following paragraph:

> We may (but are not required to) tell these merchants and third parties if your expiration date or card number changes or if your account status is updated, including if your account is cancelled. You must notify the merchants and third parties directly if you want them to stop charging your Account.

And replacing with the following paragraph:

> We may (but are not required to) tell these merchants and third parties if your expiration date or card number changes or if your account status is updated, including if your account is cancelled. If you do not want us to share your updated account information, please contact us using the number on the back of your card.

**Exhibit DD**

CMLENDDMRUS0212

**DUPLICATE COPY**

Account Ending

**Exhibit DD**

**DUPLICATE COPY**

**Membership Rewards®**
**Monthly Statement and Program News**

Prepared for ████████████        Account Number ████████

### Total Points Balance        ████████

### Points Earned this Period        ████

| Account Summary | August 1, 2017 - August 31, 2017 |
|---|---|
| Opening Points Balance | |
| Points Earned this Period | |
| Points Used this Period | |
| Reinstated Points and Adjustments | |
| **Total Points Balance** | |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

**Questions About Your Account?**

🖥 membershiprewards.com

**1-800-297-1300**
**International Collect: 1-336-393-1111**

**Did You Know?**

The Membership Rewards® Monthly Statement and Program News will no longer be included with your billing statements beginning with your statement that has a Closing Date in November 2017.

To see information about your points balance and transactions, log into your account at **membershiprewards.com**

| Points Transaction Detail | | | August 1, 2017 - August 31, 2017 |
|---|---|---|---|
| **Points Earned this Period** | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
| **Centurion** ████ | ████ | 0 | ████ |
| **Add'l Centurion** XXXX-XXXX████ | 13,551 | 359 Uber Earn 2x MR Points A51.7 | 13,910 |
| **Total** | ████ | ████ | ████ |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below or visiting membershiprewards.com.** Terms and Conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com/terms or call 1-800-297-1300. From overseas, call collect 1-336-393-1111.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                           p. 1/12

Closing Date 11/02/17                                    Account Ending █████

| | |
|---|---|
| **New Balance** | ██████ |
| **Payment Due Date** | **11/27/17 ‡** |

‡Late Payment Warning: ████████████████████
████████████████████

→ See page 2 for important information about your account.

ⓘ ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

→ Learn how to take advantage of your Pay Over Time feature on **page 12**

ⓘ Effective November 9, 2017, Telecharge will no longer be part of the Pay with Points program. Card Members will not be able to redeem Membership Rewards points on **Telecharge.com** or over the phone directly with Telecharge.

**Shop where you live. Love where you shop.**

Invite friends and family to Shop Small® with you at your favorite small businesses on Small Business Saturday, Nov 25.

Visit **americanexpress.com/shopsmallmap** to find places near you.

**Membership Rewards® Points**
Available and Pending as of 09/30/17

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | ████ |
| Payments/Credits | ████ |
| New Charges | ████ |
| Fees | |
| **New Balance** | ████ |
| Days in Billing Period: | 31 |

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

→ See page 2 for additional information.

---

**Payment Coupon** 
Do not staple or use paper clips

**Pay by Computer** 
americanexpress.com/pbc

**Pay by Phone** 
1-800-472-9297

**Account Ending** ██████
Enter 15 digit account # on all payments.
Make check payable to American Express.

████████████
████████

| | |
|---|---|
| | Payment Due Date |
| | **11/27/17** |
| | AutoPay Amount |
| | ████ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

▐▌▌▐▌▐▌▌▐▌▌▐▌▐▌▌▐▌▌▐▌▐▌▌
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

████████████████████

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| | | |
|---|---|---|
|  **Customer Care & Billing Inquiries** | 1-877-877-0987 | **Hearing Impaired** |
| **International Collect** | 1-954-503-8905 | **TTY:** 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-877-877-0987 | **FAX:** 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

 **Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-
0448

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank
account automatically each month

Visit americanexpress.com/autopay
today to enroll.

For information on how we protect your
privacy and to set your communication
and privacy choices, please visit
www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                           p. 3/12

▆▆▆▆▆▆
Closing Date 11/02/17                                                      Account Ending ▆▆▆▆▆

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ▆▆▆▆ |
| Credits | |
| | -$46.10 |
| ORLY GENGER ▆▆▆ | |
| Total Payments and Credits | ▆▆▆▆ |

### Detail    *Indicates posting date

| Payments | | | | Amount |
|---|---|---|---|---|
| ▆▆▆ | ▆▆▆ | ▆▆▆▆▆ | | ▆▆▆ |

| Credits | | | | Amount |
|---|---|---|---|---|
| ▆▆▆ | ▆▆▆ | ▆▆▆▆ | | ▆▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆ | | ▆▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆▆ | | ▆▆▆ |
| 10/12/17 | ORLY GENGER | AMAZON.COM AMZN.COM/BILL    WA DIRECT MKTG MISC | | -$46.10 |

## New Charges

### Summary

|  | Total |
|---|---|
| | ▆▆▆▆ |
| ORLY GENGER ▆▆▆ | $4,730.40 |
| Total New Charges | ▆▆▆▆ |

### Detail

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆ | ▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆ |
| ▆▆ | ▆▆▆▆ | | ▆▆ | ▆▆ |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆ | ▆▆ |

**Exhibit DD**

DUPLICATE COPY
Account Ending ██████

p. 4/12

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

Closing Date 11/02/17

Account Ending ██████

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

DUPLICATE COPY
Account Ending ████

| Detail Continued |
|---|

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| ███ | ████ | | ███ | ■ | | ███ |
| ███ | ████ | | ███ | ■ | | ███ |
| ███ | ████ | | ███ | ■ | | ███ |
| ███ | ████ | | ███ | | ███ | ███ |
| ███ | ████ | | ███ | | ███ | ███ |
| ███ | ████ | | ███ | | ███ | ███ |
| ███ | ██ | | ███ | | ███ | ███ |
| ███ | ████ | | ■ | | ███ | |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ███ | ■ | | ███ |
| | ██ | | ████ | ■ | | |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ███ | | | | ███ | ███ |
| ███ | ████ | | ███ | | | ███ |
| ███ | ████ | | ████ | ■ | | ███ |
| ███ | ████ | | ███ | | ███ | ███ |
| ███ | ████ | | ███ | | ███ | |
| ███ | ███ | | ████ | ■ | | ███ |
| ███ | ███ | | ████ | ■ | | ███ |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 11/02/17

Account Ending ▬▬▬

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

| **Detail Continued** |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                  p. 9/12

▮▮▮▮▮▮

Closing Date 11/02/17                                                    Account Ending ▮▮▮▮▮

| Detail Continued |
| --- |

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |
| ▮▮▮ | ▮▮▮▮ |  | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ |  |  |  |

**ORLY GENGER**
Card Ending ▮▮▮▮

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |
| 10/02/17 | ESPERSO BAR ROTSHILD LTD<br>FAST FOOD RESTAURANT | TEL AVIV | 206.00<br>Israeli Shekels | $58.39 |
| 10/02/17 | -OFIR PHARMACY<br>DRUG STORE/PHARMACY | BENY BRAK | 97.60<br>Israeli Shekels | $27.66 |
| 10/02/17 | AHAVA MITHAM HATANA<br>COSMETIC STORE | TEL AVIV | 90.00<br>Israeli Shekels | $25.51 |
| 10/03/17 | -LILINBLUM<br>RESTAURANT | GIVATIIM | 204.00<br>Israeli Shekels | $58.20 |
| ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮ |
| 10/05/17 | SUZANNA<br>RESTAURANT | TEL AVIV | 235.00<br>Israeli Shekels | $66.89 |
| 10/07/17 | -LILINBLUM<br>RESTAURANT | GIVATIIM | 213.00<br>Israeli Shekels | $60.63 |
| 10/08/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $56.91 |
| 10/08/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $24.49 |
| 10/09/17 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | 238.00<br>Israeli Shekels | $67.74 |
| 10/09/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 47.80<br>Israeli Shekels | $13.64 |
| 10/09/17 | VICTORI EHAD HAAM<br>GROCERY STORE | tel aviv | 566.87<br>Israeli Shekels | $161.75 |
| 10/10/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $18.08 |
| 10/10/17 | S.K MANAGEMENT<br>HOUSEHOLD APPLIANCES | TEL AVIV YAF | 301.50<br>Israeli Shekels | $86.36 |
| 10/10/17 | HUMER TOV<br>HOUSEHOLD APPLIANCES | TEL AVIV | 740.00<br>Israeli Shekels | $211.97 |
| 10/11/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $49.52 |
| 10/11/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $68.19 |
| 10/12/17 | -LILINBLUM<br>RESTAURANT | GIVATIIM | 235.00<br>Israeli Shekels | $67.34 |

**Exhibit DD**



DUPLICATE COPY
Account Ending ████

p. 10/12

## Detail Continued

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/12/17 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 55.25<br>Israeli Shekels | $15.83 |
| 10/13/17 | TOLLS BY MAIL<br>800-333-8655 | 800-333-8655 | NY | | $8.50 |
| 10/13/17 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 171.00<br>Israeli Shekels | $49.00 |
| 10/14/17 | SUZANNA<br>RESTAURANT | TEL AVIV | | 213.00<br>Israeli Shekels | $61.04 |
| 10/14/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $98.54 |
| 10/15/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $33.44 |
| 10/15/17 | LES PETITES LTD<br>FAMILY CLOTHING | TEL AVIV | | 1,936.00<br>Israeli Shekels | $554.79 |
| 10/15/17 | -OFIR PHARMACY<br>DRUG STORE/PHARMACY | BENY BRAK | | 55.80<br>Israeli Shekels | $15.99 |
| 10/15/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $33.44 |
| 10/16/17 | FRENCH TOUCH<br>COSMETIC STORE | TEL AVIV YAF | | 165.00<br>Israeli Shekels | $47.28 |
| 10/16/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 20.80<br>Israeli Shekels | $5.96 |
| 10/18/17 | -COLECTION SOHO T-A<br>HOUSEHOLD APPLIANCES | BENE BRAK | | 474.70<br>Israeli Shekels | $135.49 |
| 10/18/17 | -GRAG<br>RESTAURANT | BENE BRAK | | 193.00<br>Israeli Shekels | $55.09 |
| 10/18/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $14.09 |
| 10/19/17 | -LILINBLUM<br>RESTAURANT | GIVATIIM | | 112.00<br>Israeli Shekels | $32.15 |
| 10/19/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 107.20<br>Israeli Shekels | $30.78 |
| 10/20/17 | LA PERLA<br>APPAREL | NEW YORK | NY | | $1,016.00 |
| 10/20/17 | -ROE DANIAL LTD.<br>BEAUTY/BARBER SHOP | GIVATIIM | | 400.00<br>Israeli Shekels | $114.84 |
| 10/22/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $33.44 |
| 10/22/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 116.00<br>Israeli Shekels | $33.30 |
| 10/22/17 | AM.PM<br>GROCERY STORE | TEL AVIV | | 364.56<br>Israeli Shekels | $104.66 |
| 10/22/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $64.02 |
| 10/23/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $34.21 |
| 10/23/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 32.80<br>Israeli Shekels | $9.41 |
| 10/23/17 | OAZIS<br>FLORIST | TEL AVIV | | 700.00<br>Israeli Shekels | $200.77 |
| 10/23/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 30.10<br>Israeli Shekels | $8.63 |
| 10/24/17 | HUMER TOV<br>HOUSEHOLD APPLIANCES | TEL AVIV | | 390.00<br>Israeli Shekels | $111.59 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                      p. 11/12

████████████
Closing Date 11/02/17                                                    Account Ending ████████

| | Detail Continued | | | | |
|---|---|---|---|---|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/25/17 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA |  | $7.51 |
| 10/26/17 | FLAWERS<br>FLORIST | TEL AVIV |  | 58.00<br>Israeli Shekels | $16.45 |
| 10/26/17 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV |  | 410.00<br>Israeli Shekels | $116.26 |
| 10/27/17 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF |  | 533.00<br>Israeli Shekels | $151.14 |
| 10/27/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 44.80<br>Israeli Shekels | $12.70 |
| 10/28/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 25.00<br>Israeli Shekels | $7.09 |
| 10/30/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 141.30<br>Israeli Shekels | $40.14 |
| 10/30/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF |  | 39.80<br>Israeli Shekels | $11.31 |
| 10/30/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 25.10<br>Israeli Shekels | $7.14 |
| 10/31/17 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 22.60<br>Israeli Shekels | $6.43 |
| 11/01/17 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF |  | 144.07<br>Israeli Shekels | $41.08 |
| 11/01/17 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF |  | 25.27<br>Israeli Shekels | $7.21 |
| 11/01/17 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv |  | 36.44<br>Israeli Shekels | $10.39 |

| | Fees | |
|---|---|---|

|  | Amount |
|---|---|
| Total Fees for this Period | ████ |

| | 2017 Fees and Interest Totals Year-to-Date | |
|---|---|---|

|  | Amount |
|---|---|
| ████████████ | ████ |
| ████████████ | ████ |
|  |  |

| | Interest Charge Calculation | |
|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
|  | From | To |  |  |  |
| Select & Pay Later | 02/12/2004 |  | 10.15% (v) | ████ | ████ |
| **Total** |  |  |  | ████ | ████ |

(v) Variable Rate

**Exhibit DD**

DUPLICATE COPY
Account Ending ████

p. 12/12

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                              p. 1/14

███

Closing Date 12/01/17                                        Account Ending ███



| New Balance | ███ |
|---|---|
| **Payment Due Date** | **12/27/17‡** |

‡Late Payment Warning: ███
███

**Membership Rewards® Points**
Available and Pending as of 10/31/17

For up to date point balance and full program
details, visit membershiprewards.com

**Account Summary**

| Previous Balance | ███ |
|---|---|
| Payments/Credits | |
| New Charges | ███ |
| Fees | |
| **New Balance** | ███ |

Days in Billing Period:  29

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

See page 2 for important information about your account.



Learn how to take advantage of your Pay Over Time feature on **page 14**

Effective February 2, 2018, Card Members will no longer be able to
transfer Membership Rewards points to the Plenti rewards program.


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending** ███
Enter 15 digit account # on all payments.
Make check payable to American Express.



| | Payment Due Date |
|---|---|
| | **12/27/17** |
| | AutoPay Amount ███ |

Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▆▆▆▆▆                                                                                    p. 2/14

▆▆▆▆▆▆▆▆▆▆

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries**   1-877-877-0987   **Hearing Impaired**
**International Collect**   1-954-503-8905   TTY: 1-800-221-9950
**Large Print & Braille Statements**   1-877-877-0987   FAX: 1-800-695-9090
**Express Cash**   1-800-CASH-NOW   In NY: 1-800-522-1897

 **Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**          **Payments**
P.O. BOX 981535               P.O. BOX 650448
EL PASO, TX                    DALLAS TX 75265-
79998-1535                     0448

---

**Change of Address**
If correct on front, do not use.
• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank
account automatically each month

Visit americanexpress.com/autopay
today to enroll.

For information on how we protect your
privacy and to set your communication
and privacy choices, please visit
www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 3/14

Closing Date 12/01/17                                                      Account Ending ████████

## Payments and Credits
### Summary

|  | Total |
| --- | --- |
| Payments | ██████ |
| Credits | |
| ████████████ | ██████ |
| Total Payments and Credits | ██████ |

### Detail    *indicates posting date

| Payments | Amount |
| --- | --- |
| ████████  ████████ | ██████ |

| Credits | Amount |
| --- | --- |
| ████████  ████████ | ██████ |

## New Charges
### Summary

|  | Total |
| --- | --- |
| ██████████████ | |
| ORLY GENGER ██████ | $6,338.17 |
| Total New Charges | ██████ |

### Detail

|  |  | Foreign Spend | Amount |
| --- | --- | --- | --- |
| ████ | ████████ | ██ | ██ |
| ████ | ████████ | ██ | ██ |
| ████ | ████████ | ██ | ██ |

**Exhibit DD**

DUPLICATE COPY
Account Ending ███████

**Detail Continued**



| | | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 12/01/17

Account Ending ■■■■■

| Detail Continued |
| --- |

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**Exhibit DD**

██████████          **DUPLICATE COPY**
                     Account Ending ██████            p. 6/14

| Detail Continued |
| --- |

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

████████

Closing Date 12/01/17                                Account Ending ████████

| Detail Continued |
| --- |

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|

**DUPLICATE COPY**
Account Ending

| Detail Continued |
| --- |



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 12/01/17

Account Ending ■■■■■

---

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

Exhibit DD

**DUPLICATE COPY**

Account Ending ██████

| Detail Continued |
|---|



|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

## DUPLICATE COPY

Centurion® Card                                                                 p. 11/14

Closing Date 12/01/17                                          Account Ending ▮

| **Detail Continued** | | | |

|  |  | Foreign Spend | Amount |

ORLY GENGER
Card Ending ▮

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| 11/02/17 | ShopBop CLOTHING | Shopbop.com | WI | $281.90 |
| 11/03/17 | -LILINBLUM RESTAURANT | GIVATIIM | 442.00 Israeli Shekels | $126.06 |
| 11/03/17 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | 344.00 Israeli Shekels | $98.11 |
| 11/06/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 397.10 Israeli Shekels | $113.26 |
| 11/07/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 38.80 Israeli Shekels | $11.06 |
| 11/07/17 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | 123.40 Israeli Shekels | $35.16 |
| 11/08/17 | SASON TAMAR MISC FOOD STORE | TEL-AVIV | 112.00 Israeli Shekels | $31.95 |
| 11/08/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 36.70 Israeli Shekels | $10.47 |
| 11/08/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 36.40 Israeli Shekels | $10.38 |
| 11/09/17 | UNITED AIRLINES UNITED AIRLINES | HOUSTON | TX | $210.40 |

From: N.Y. NEWARK INTL A
To: DETROIT WAYNE COUN / N.Y. NEWARK INTL A / N/A / N/A
Carrier: UA / UA / YY / YY   Class: 00 / 00 / 00 / 00
Date of Departure: 12/06
Ticket Number: 01623731038436
Passenger Name: GENGER/ORLY
Document Type: PASSENGER TICKET

| 11/09/17 | FLAWERS FLORIST | TEL AVIV | 90.00 Israeli Shekels | $25.52 |
| 11/09/17 | S.K MANAGEMENT HOUSEHOLD APPLIANCES | TEL AVIV YAF | 1,374.00 Israeli Shekels | $389.68 |
| 11/09/17 | -GRAG RESTAURANT | BENE BRAK | 100.00 Israeli Shekels | $28.36 |

**Exhibit DD**

DUPLICATE COPY
Account Ending ████

p. 12/14

## Detail Continued

| Date | Description | Location | State | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/09/17 | HASID AYEREK DAIRY PRODUCTS STORE | TEL AVIV-JAF | | 42.00 Israeli Shekels | $11.91 |
| 11/09/17 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | 131.00 Israeli Shekels | $37.15 |
| 11/09/17 | S.K MANAGEMENT HOUSEHOLD APPLIANCES | TEL AVIV YAF | | 413.00 Israeli Shekels | $117.13 |
| 11/12/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 25.00 Israeli Shekels | $7.09 |
| 11/13/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 33.40 Israeli Shekels | $9.44 |
| 11/14/17 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | | 93.60 Israeli Shekels | $26.45 |
| 11/14/17 | -LILINBLUM RESTAURANT | GIVATIIM | | 635.00 Israeli Shekels | $179.43 |
| 11/15/17 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 17.70 Israeli Shekels | $5.02 |
| 11/16/17 | OPTUMRX 000000001 800-562-6223 | IRVINE | CA | | $75.00 |
| 11/17/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $241.40 |
| 11/17/17 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | | 184.00 Israeli Shekels | $52.40 |
| 11/19/17 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | | 51.92 Israeli Shekels | $14.79 |
| 11/19/17 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | | 93.20 Israeli Shekels | $26.54 |
| 11/19/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 27.40 Israeli Shekels | $7.80 |
| 11/19/17 | SUSHI MEN RESTAURANT | TEL AVIV | | 34.00 Israeli Shekels | $9.68 |
| 11/20/17 | GAP ONLINE 084870005001004 DIRECT MKTG MISC | 800-4277895 | OH | | $221.50 |
| 11/20/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 306.00 Israeli Shekels | $87.23 |
| 11/20/17 | -ROE DANIAL LTD. BEAUTY/BARBER SHOP | GIVATIIM | | 700.00 Israeli Shekels | $199.56 |
| 11/22/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $61.98 |
| 11/22/17 | JANIEANDJACK.COM 877-449-8800 Description APPAREL/ACCESSORIES | DIXON | CA | | $158.93 |
| 11/22/17 | NEST LABS 855-469-6378 Description BUSINESS SERVICES, | PALO ALTO | CA | | $106.60 |
| 11/22/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $30.45 |
| 11/22/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $90.87 |
| 11/23/17 | SP * KETER BATH SEAT 8186468032 | WOODLAND HILLS | CA | | $45.99 |
| 11/23/17 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $131.09 |
| 11/23/17 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $31.99 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 13/14

▌Closing Date 12/01/17                                        Account Ending ▌

| ┌─ Detail Continued ─────────────────────────────────────────────────────┐ |

| Date | Merchant | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/23/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $20.00 |
| 11/23/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $52.50 |
| 11/24/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $42.97 |
| 11/24/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $181.87 |
| 11/25/17 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 11/25/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $67.69 |
| 11/26/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $19.99 |
| 11/26/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description          Price<br>GROCERY STORES      $179.49 | CLOSTER | NJ | | $179.49 |
| 11/27/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $10.99 |
| 11/27/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $34.99 |
| 11/28/17 | UBER *TRIP XDBHB  HELP.UBER.COM    CA | | | | $38.21 |
| 11/28/17 | UBER *TRIP 24DUA  HELP.UBER.COM    CA | | | | $22.10 |
| 11/28/17 | UBER *TRIP KTVUO  HELP.UBER.COM    CA | | | | $61.02 |
| 11/28/17 | NYCTAXI3Y63 09000110015<br>000-0000000<br>Description          Price<br>MERCHANDISE        $13.00 | LONG ISLAND C | NY | | $13.00 |
| 11/28/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $85.98 |
| 11/28/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $30.49 |
| 11/28/17 | JACADI #860<br>FAMILY CLOTHING<br>Description<br>JACADI #860 | NEW YORK CITY | NY | | $509.46 |
| 11/28/17 | BONPOINT MADISON<br>8000000000<br>Description<br>General Merchandise | NEW YORK | NY | | $173.87 |
| 11/28/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $25.19 |
| 11/28/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $49.96 |
| 11/28/17 | ARMAN GARAGE LLC 650000007704433<br>2125935219<br>Description          Price<br>PARKING LOTS/GARAGE  $38.00 | NEW YORK | NY | | $38.00 |
| 11/29/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $10.99 |
| 11/29/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $115.50 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ██████

p. 14/14

---

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/29/17 | ████████████ | ████ | ██ | | ██ |
| 11/29/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $37.21 |
| 11/30/17 | UBER *TRIP 3N6LO  HELP.UBER.COM    CA | | | | $38.94 |
| 11/30/17 | LINDA BEAN RSTAURNT PST SCURITY<br>5646 04102 | PORTLAND | ME | | $23.44 |
| 11/30/17 | MARKET FRESH A-1<br>212-563-7621<br>Description<br>FAST FOOD RESTAURAN | NEWARK | NJ | | $8.70 |
| 11/30/17 | TAXI-PASS.COM<br>ETJHCF 10001<br>CHARTER SERVICE | NEW YORK | NY | | $85.90 |

---

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ██ |

---

## 2017 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| | |
| ████████ | ██ |
| | |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.15% (v) | ██ | ██ |
| Total | | | | ██ | ██ |

(v) Variable Rate

---

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime**.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                    p. 1/14

Closing Date 01/02/18                                            Account Ending ▇▇▇▇



| New Balance | ▇▇▇▇▇ |
| Payment Due Date | 01/27/18‡ |

‡Late Payment Warning: ▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇

### Membership Rewards® Points
Available and Pending as of 11/30/17

For up to date point balance and full program
details, visit membershiprewards.com

### Account Summary

Previous Balance         ▇▇▇
Payments/Credits
New Charges              ▇▇▇
Fees

New Balance              ▇▇▇

Days in Billing Period: 32

See page 2 for important information about your account.

Your membership will be renewed next month. Please refer to the
Renewal Notice on **Page 13.**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇

**Important Information:** To access the most up to date version of your
Cardmember Agreement, please log in to your Account at
**www.americanexpress.com.**

Learn how to take advantage of your Pay Over Time feature on **page 13**

Effective February 1, 2018, Card Members will no longer earn 2X
Membership Rewards® points on Uber rides.

### Customer Care

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**          **Pay by Phone**
1-877-877-0987             1-800-472-9297

See page 2 for additional information.

---

**Payment Coupon**          **Pay by Computer**          **Pay by Phone**          **Account Ending** ▇▇▇▇
Do not staple or use paper clips     americanexpress.com/pbc     1-800-472-9297      Enter 15 digit account # on all payments.
Make check payable to American Express.



Payment Due Date
**01/27/18**
AutoPay Amount
▇▇▇▇▇

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

| | |
|---|---|
| **Customer Care & Billing Inquiries** — 1-877-877-0987 | **Hearing Impaired** |
| **International Collect** — 1-954-503-8905 | TTY: 1-800-221-9950 |
| **Large Print & Braille Statements** — 1-877-877-0987 | FAX: 1-800-695-9090 |
| **Express Cash** — 1-800-CASH-NOW | In NY: 1-800-522-1897 |

 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.



Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 3/14

Closing Date 01/02/18                              Account Ending ████

| Payments and Credits | |
|---|---|
| **Summary** | |

| | Total |
|---|---|
| Payments | ████ |
| Credits | |
| ████████ | -$1,704.33 |
| ORLY GENGER ████ | |
| Total Payments and Credits | ████ |

| Detail | *Indicates posting date | |
|---|---|---|
| Payments | | Amount |
| ████ ████ ████████ | | ████ |
| Credits | | Amount |

| Date | Name | Description | Amount |
|---|---|---|---|
| 12/05/17 | ORLY GENGER | AMAZON.COM<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$25.19 |
| 12/13/17 | ORLY GENGER | GAP ONLINE 084870005001004<br>800-4277895    OH<br>DIRECT MKTG MISC | -$27.90 |
| 12/15/17 | ORLY GENGER | MENAGERIE<br>ENGLEWOOD        NJ<br>201-569-2704 | -$64.55 |
| 01/02/18 | ORLY GENGER | ShopBop<br>Shopbop.com    WI<br>DIRECT MKTG MISC | -$1,586.69 |

| New Charges | |
|---|---|
| **Summary** | |

| | Total |
|---|---|
| ████████ | |
| ORLY GENGER ████ | $7,577.33 |
| Total New Charges | ████ |

**Exhibit DD**

DUPLICATE COPY
Account Ending ▆▆▆▆

**Detail**

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 5/14

Closing Date 01/02/18                                                    Account Ending ███████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card

p. 7/14

Closing Date 01/02/18

Account Ending ▮▮▮

Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                p. 9/14

▆▆▆▆▆▆▆
Closing Date 01/02/18                                        Account Ending ▆▆▆▆

| Detail Continued |
| --- |

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |
| ▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆ |
| ▆▆ | ▆▆▆▆ | ▆▆ | ▆ | |
| ▆▆ | ▆▆ | ▆▆ | ▆▆▆ | |

**ORLY GENGER**
Card Ending ▆▆▆▆

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |
| 11/26/17 | ShopBop<br>CLOTHING | Shopbop.com | WI | $2,715.48 |
| 12/02/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $38.93 |
| 12/03/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $29.84 |
| 12/03/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $33.81 |
| 12/03/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $36.00 |
| 12/03/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $25.54 |
| 12/03/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $18.44 |
| 12/03/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $90.03 |
| 12/05/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $20.83 |
| 12/05/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $16.99 |
| 12/05/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $11.99 |
| 12/05/17 | GGMC-CARNEGIE GGMC-CARNEGIE<br>PARKING LOT & GARAGE | NEW YORK | NY | $19.00 |
| 12/05/17 | WHOLEFDS EGW 10102 000010102<br>2019414000<br>Description          Price<br>GROCERY STORES      $197.34 | EDGEWATER | NJ | $197.34 |
| 12/05/17 | ▆▆▆▆▆▆ | ▆▆▆▆ | ▆ | ▆▆▆ |
| 12/06/17 | UBER *TRIP 2N62Y  HELP.UBER.COM    CA | | | $38.53 |
| 12/06/17 | HTTP://WWW.GOGOAIR.C<br>INTERNET ACC | 877-350-0038 | IL | $5.99 |
| 12/06/17 | HTTP://WWW.GOGOAIR.C<br>INTERNET ACC | 877-350-0038 | IL | $5.99 |
| 12/06/17 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | $34.90 |
| 12/07/17 | UBER *TRIP U2RSV  HELP.UBER.COM    CA | | | $70.75 |
| 12/07/17 | UBER *TRIP MHZLV  HELP.UBER.COM    CA | | | $49.39 |
| 12/07/17 | UBER *TRIP QSVI3  HELP.UBER.COM    CA | | | $37.92 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ██████

---

| **Detail Continued** | | | | | |
|---|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/07/17 | C1 - GLOBAL BAZAAR<br>20171207-030355-107114<br>RESTAURANT | NEWARK | NJ | | $7.25 |
| 12/07/17 | C1 - WORLD BEAN<br>2017120700006546 07114<br>OTHER | NEWARK | NJ | | $8.54 |
| 12/07/17 | IN *BABESTA, LLC<br>9173882683 | NEW YORK | NY | | $21.78 |
| 12/07/17 | HANOVER VENTURES MAR<br>RESTAURANT | NEW YORK | NY | | $68.31 |
| 12/07/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $9.97 |
| 12/07/17 | carters, Inc. 000000998<br>8773330117<br>TIP | Atlanta | GA | | $73.40 |
| 12/07/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $64.98 |
| 12/08/17 | SUTTON 53 PARKING LLC 650000009801294<br>2126446312<br>Description          Price<br>PARKING LOTS/GARAGE    $35.00 | NEW YORK | NY | | $35.00 |
| 12/08/17 | LESTERS OF NEW YORK<br>(212)734-9292<br>Description<br>A630630 TRIMFI 1001<br>B612613 ADENAN 4000<br>A643643 COCOLI PR42 | NEW YORK | NY | | $62.00 |
| 12/08/17 | 51400 - 340 EAST 80TH STREET CPRKS1400<br>3122742000<br>Description          Price<br>PARKING FEES          $15.00 | MANHATTAN | NY | | $15.00 |
| 12/08/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $42.00 |
| 12/09/17 | UBER *TRIP 7ESQG  HELP.UBER.COM    CA | | | | $65.88 |
| 12/10/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $26.73 |
| 12/10/17 | MTA/TBTA AUTO REPLENISH<br>TOLL & BRIDGE FEE<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 2P-319735143 | STATEN ISLAND | NY | | $105.00 |
| 12/10/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $50.94 |
| 12/10/17 | WALGREENS<br>NONE 07631<br>PHARMACIES | ENGLEWOOD | NJ | | $1.49 |
| 12/10/17 | WHOLEFDS CLO#10381 000010381<br>1234567891<br>Description          Price<br>GROCERY STORES        $135.88 | CLOSTER | NJ | | $135.88 |
| 12/10/17 | WALGREENS<br>8002892273<br>Description          Price<br>PHARMACIES          $17.99 | ENGLEWOOD | NJ | | $17.99 |
| 12/10/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $7.47 |
| 12/10/17 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $12.33 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 11/14

Closing Date 01/02/18                                              Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 12/11/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $137.96 |
| 12/11/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $102.98 |
| 12/11/17 | EXXONMOBIL 4798<br>201-568-6801<br>Description<br>GAS/SERVICES | ENGLEWOOD | NJ | | $20.66 |
| 12/11/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $26.45 |
| 12/12/17 | EXXONMOBIL 4798<br>201-568-6801<br>Description<br>GAS/SERVICES | ENGLEWOOD | NJ | | $52.55 |
| 12/13/17 | UBER *TRIP TOLL4  HELP.UBER.COM    CA | | | | $40.33 |
| 12/13/17 | UBER *TRIP 5LTXF  HELP.UBER.COM    CA | | | | $51.84 |
| 12/13/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $141.58 |
| 12/13/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $63.61 |
| 12/13/17 | PLAYA BETTY'S 0782<br>212-335-2220<br>Description<br>FOOD/BEVERAGE | NEW YORK | NY | | $38.57 |
| 12/13/17 | GAP US 7236<br>MEN'S/WOMEN'S CLOTHNG | NEW YORK | NY | | $125.70 |
| 12/13/17 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $51.00 |
| 12/14/17 | LA-VI NAILS 542929806838629<br>2018431810<br>Description            Price<br>HEALTH AND BEAUTY S      $42.00 | PARAMUS | NJ | | $42.00 |
| 12/14/17 | VERIZON WIRELESS<br>8009220204<br>TELECOMMUNICATION EQUIPMENT AND TELEPHON | PARAMUS | NJ | | $641.22 |
| 12/15/17 | UBER *TRIP E4IXZ  HELP.UBER.COM    CA | | | | $41.10 |
| 12/15/17 | UBER *TRIP EEDA7  HELP.UBER.COM    CA | | | | $77.93 |
| 12/15/17 | MENAGERIE<br>201-569-2704 | ENGLEWOOD | NJ | | $152.75 |
| 12/15/17 | W 55TH ST LLC 650000009794911<br>2125814025<br>Description            Price<br>PARKING LOTS/GARAGE      $20.00 | NEW YORK | NY | | $20.00 |
| 12/15/17 | FREDERIC FEKKAI<br>2128910325 | NEW YORK | NY | | $198.55 |
| 12/17/17 | UBER *TRIP 66U7Q  HELP.UBER.COM    CA | | | | $34.05 |
| 12/18/17 | HUMER TOV<br>HOUSEHOLD APPLIANCES | TEL AVIV | | 290.00<br>Israeli Shekels | $82.79 |
| 12/19/17 | AM.PM<br>GROCERY STORE | TEL AVIV | | 614.10<br>Israeli Shekels | $175.88 |
| 12/19/17 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF | | 95.00<br>Israeli Shekels | $27.21 |
| 12/19/17 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | | 167.00<br>Israeli Shekels | $47.83 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

p. 12/14

---

## Detail Continued

| Date | Description | Location | | Foreign Spend | Amount |
|------|------------|----------|---|--------------|--------|
| 12/19/17 | -MATOKSHUK RESTAURANT | BENY BRAK | | 25.00 Israeli Shekels | $7.16 |
| 12/19/17 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | 410.00 Israeli Shekels | $117.43 |
| 12/20/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 32.50 Israeli Shekels | $9.32 |
| 12/20/17 | AM PM GROCERY STORE | TEL AVIV | | 27.90 Israeli Shekels | $8.00 |
| 12/20/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 28.90 Israeli Shekels | $8.28 |
| 12/24/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 47.20 Israeli Shekels | $13.56 |
| 12/24/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 49.00 Israeli Shekels | $14.08 |
| 12/25/17 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 12/26/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 400.00 Israeli Shekels | $114.85 |
| 12/26/17 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 12/27/17 | LILI AND TOM CHILDREN'S CLOTHING | TEL AVIV YAF | | 299.00 Israeli Shekels | $86.26 |
| 12/27/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 31.30 Israeli Shekels | $9.03 |
| 12/27/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 366.00 Israeli Shekels | $105.59 |
| 12/27/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | -109.30 Israeli Shekels | $31.53 |
| 12/27/17 | -MATOKSHUK RESTAURANT | BENY BRAK | | 37.50 Israeli Shekels | $10.82 |
| 12/27/17 | -SLOMET JEWELRY/WATCH/SILVRWR | BENE BRAK | | 285.00 Israeli Shekels | $82.22 |
| 12/27/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 109.00 Israeli Shekels | $31.56 |
| 12/28/17 | -LILINBLUM RESTAURANT | GIVATIIM | | 74.00 Israeli Shekels | $21.43 |
| 12/28/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 49.90 Israeli Shekels | $14.45 |
| 12/28/17 | HASABON CLEANING/GARMENT | TEL-AVIV | | 155.00 Israeli Shekels | $44.88 |
| 12/29/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 57.40 Israeli Shekels | $16.62 |
| 12/31/17 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 142.00 Israeli Shekels | $41.11 |

---

## Fees

| | Amount |
|---|--------|
| Total Fees for this Period | ▮▮▮ |

---

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**

Closing Date 01/02/18

Account Ending ███████

---

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ████████████ | ██ |
| ███████████ | ██ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.40% (v) | ███ | ██ |
| **Total** | | | | | ██ |
| (v) Variable Rate | | | | | |

---

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime**.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

---

## Renewal Notice

Your Account renews next month. The following terms will be in effect when your Account renews, unless we tell you otherwise. Please refer to Page 2 for more information about your Account, including How We Calculate Your Balance and Paying Interest.

Please refer to page 2 for further important information regarding your account

**Payment Information:** All charges made on this charge card, that are not included in a Pay Over Time balance, are due and payable by the Payment Due Date.

**Annual Membership Fee:** The annual membership fee for your Account is $2,500.00. When you receive the statement in which the annual fee is billed, you can avoid paying the annual fee by calling the Customer Care phone number on Page 2 to cancel your Account.

**APR Information:** The Annual Percentage Rates (APRs) for each billing period may vary based on the Prime Rate. We use the Prime Rate published in the rates section of *The Wall Street Journal* 2 days before the Closing Date of the billing period. *The Wall Street Journal* may not publish the Prime Rate on that day. If it does not, we will use the Prime Rate from the previous day it was published.

The Penalty APR may apply to a Feature if you make one or more late payments or if your payment is returned. We may also consider your creditworthiness in determining whether or not to apply the penalty APR to the Pay Over Time feature(s) on your Account. If the Penalty APR is applied, it will apply for at least 6 months. We will review your Account every 6 months after the Penalty APR is applied. The Penalty APR will continue to apply until you have made timely payments with no returned payments during the 6 months being reviewed.

**Exhibit DD**



**DUPLICATE COPY**
Account Ending ██████

## Renewal Notice continued

You may have access to one or more Pay Over Time Features on your Account. If you are enrolled in a Feature or have a Feature balance, the APRs that apply will be noted below as of the Closing Date of this statement.

(v) Indicates variable rate
\* Indicates variable penalty APR will not exceed 29.99%

### Select & Pay Later

| Rate Description | Transactions Dated | | Prime + Margin | APR |
|---|---|---|---|---|
| | From | To | | |
| Standard | 02/12/2004 | | Prime + 5.90% | 10.40% (v) |
| Penalty | 02/12/2004 | | Prime + 25.99%* | 29.99% (v)* |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                     p. 1/24

Closing Date 02/02/18                                                    Account Ending ████



**New Balance**                                            ████████

**Payment Due Date**                              **02/27/18**‡

‡Late Payment Warning: ████████████████████████.

↱ See page 2 for important information about your account.

ⓘ American Express Centurion Bank ("AECB") will undergo a legal entity
change and be known as **American Express National Bank ("AENB")** as
of April 1, 2018. Following that date, AENB will become the issuer of
your Account. To review our Privacy Notice, please visit
**americanexpress.com/privacycenter.**

↱ **See Page 13** for an Important Notice About a Change to Your
Cardmember Agreement.

↱ **See page 15** for Important Information About Your Account Terms.

↱ **See Page 21** for an important Privacy Notice and the following pages
for important notices about Your Billing Rights, Electronic Fund
Transfer Error Resolution and a notice for WA residents.

ⓘ ████████████████████████████████

**Membership Rewards® Points**
Available and Pending as of 12/31/17

For up to date point balance and full program
details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | ████ |
| Payments/Credits | ████ |
| New Charges | ████ |
| Fees | ████ |
| **New Balance** | ████ |
| Days in Billing Period: | 31 |

**Customer Care**

💻 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**          **Pay by Phone**
1-877-877-0987           1-800-472-9297

↱ See page 2 for additional information.

*Continued on page 3*

↱ **Payment Coupon**
Do not staple or use paper clips

💻 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ████

Enter 15 digit account # on all payments.
Make check payable to American Express.

  

Payment Due Date
**02/27/18**

AutoPay Amount
████

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

p. 2/24

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---



| | |
|---|---|
| **Customer Care & Billing Inquiries** | 1-877-877-0987 |
| **International Collect** | 1-954-503-8905 |
| **Large Print & Braille Statements** | 1-877-877-0987 |
| **Express Cash** | 1-800-CASH-NOW |

**Hearing Impaired**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

 **Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay**
today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit
www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 3/24

████████
Closing Date 02/02/18                                      Account Ending ████████

ⓘ  Your Centurion® Membership includes an annual subscription to
   Departures magazine (a value of $10).  If you do not wish to receive the
   magazine, please call us at the number on the back of your Card.  No
   credits are offered to Members who elect not to receive the magazine.

↪  Learn how to take advantage of your Pay Over Time feature on **page 12**

ⓘ  Effective February 28, 2018, Card Members will no longer earn 2X
   Membership Rewards® points on Uber rides.

ⓘ  We want to let you know that starting on 2/8/2018, we'll be making
   some changes to simplify the way your transaction details are displayed
   in your paper statement. You can continue to view the full details of
   each transaction when you log into your account at
   **americanexpress.com**.

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ████ |
| Credits | $0.00 |
| Total Payments and Credits | ████ |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| ████  ████        ████████ | ████ |

## New Charges

### Summary

|  | Total |
|---|---|
| ████████ | |
| ORLY GENGER  ████ | $5,715.71 |
| Total New Charges | ████ |

### Detail



| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| ████ | ████████ | ████ | ██ | ████ |
| ████ | ████████ | ████ | ██ | ████ |
| ████ | ████████ | ████ | ██ | ████ |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 02/02/18

Account Ending ██████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**

Closing Date 02/02/18

Account Ending ▇▇▇▇

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|

Exhibit DD

**DUPLICATE COPY**

Centurion® Card                                                                    p. 9/24

Closing Date 02/02/18                                    Account Ending ▮▮▮

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**ORLY GENGER**
Card Ending ▮▮▮

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| 01/02/18 | HERCULES LOCKS<br>HOME SUPPLY WAREHOUSE | TEL-AVIV |  | 28.00<br>Israeli Shekels | $8.12 |
| 01/02/18 | ███████ | ███ | █ |  | ██ |
| 01/03/18 | -MATOKSHUK<br>RESTAURANT | BENY BRAK |  | 31.00<br>Israeli Shekels | $8.99 |
| 01/03/18 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF |  | 64.00<br>Israeli Shekels | $18.56 |
| 01/04/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 23.20<br>Israeli Shekels | $6.76 |
| 01/07/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 300.80<br>Israeli Shekels | $87.67 |
| 01/07/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 300.80<br>Israeli Shekels | $87.67 |
| 01/07/18 | ZOOM<br>ART DEALER & GALLERY | TEL AVIV-JAF |  | 360.00<br>Israeli Shekels | $104.93 |
| 01/07/18 | TYO<br>RESTAURANT | TEL AVIV-JAF |  | 180.00<br>Israeli Shekels | $52.46 |
| 01/08/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 32.20<br>Israeli Shekels | $9.37 |
| 01/08/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 28.60<br>Israeli Shekels | $8.33 |
| 01/08/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF |  | 54.90<br>Israeli Shekels | $15.98 |
| 01/08/18 | ███████ | ███ | █ |  | ██ |
| 01/09/18 | -LILINBLUM<br>RESTAURANT | GIVATIIM |  | 588.00<br>Israeli Shekels | $170.96 |
| 01/09/18 | UOLYA<br>COSMETIC STORE | TEL AVIV YAF |  | 195.00<br>Israeli Shekels | $56.70 |
| 01/10/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 28.10<br>Israeli Shekels | $8.22 |
| 01/10/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 21.50<br>Israeli Shekels | $6.33 |
| 01/11/18 | CASEYS FLOWER STUDIO<br>212-243-0906 | NEW YORK | NY |  | $125.21 |
| 01/11/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 296.00<br>Israeli Shekels | $87.12 |
| 01/11/18 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF |  | 90.00<br>Israeli Shekels | $26.49 |
| 01/11/18 | -ROE DANIAL LTD.<br>BEAUTY/BARBER SHOP | GIVATIIM |  | 1,400.00<br>Israeli Shekels | $412.03 |
| 01/11/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF |  | 306.00<br>Israeli Shekels | $90.06 |
| 01/11/18 | ZUZU MOTORICE TOURISM LTD<br>TRAVEL AGENCY | JERUSALEM |  | 740.00<br>Israeli Shekels | $217.79 |
| 01/14/18 | ZARA MAMILA<br>WOMEN'S CLOTHING | Jerusalem |  | 69.90<br>Israeli Shekels | $20.57 |

**Exhibit DD**

**DUPLICATE COPY**

Account Ending ▮▮▮▮

| | Detail Continued | | | | |
|---|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 01/14/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 296.00<br>Israeli Shekels | $87.12 |
| 01/14/18 | PAZELLEND<br>HOBBY, TOY & GAME | Jerusalem | | 89.85<br>Israeli Shekels | $26.44 |
| 01/14/18 | COFFE ALMA<br>RESTAURANT | TEL AVIV - Y | | 77.60<br>Israeli Shekels | $22.84 |
| 01/15/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 146.10<br>Israeli Shekels | $43.05 |
| 01/16/18 | -BABY STAR<br>CHILDREN'S CLOTHING | BENY BRAK | | 1,599.90<br>Israeli Shekels | $470.96 |
| 01/16/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 28.50<br>Israeli Shekels | $8.39 |
| 01/16/18 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF | | 45.00<br>Israeli Shekels | $13.25 |
| 01/16/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 63.80<br>Israeli Shekels | $18.78 |
| 01/16/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 30.40<br>Israeli Shekels | $8.95 |
| 01/16/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 86.40<br>Israeli Shekels | $25.43 |
| 01/17/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 194.30<br>Israeli Shekels | $56.63 |
| 01/18/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 51.92<br>Israeli Shekels | $15.27 |
| 01/18/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 35.70<br>Israeli Shekels | $10.50 |
| 01/18/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | | 100.00<br>Israeli Shekels | $29.40 |
| 01/18/18 | AM.PM<br>GROCERY STORE | TEL AVIV | | 762.12<br>Israeli Shekels | $224.08 |
| 01/19/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 1,520.00<br>Israeli Shekels | $446.91 |
| 01/21/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $60.00 |
| 01/21/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $22.50 |
| 01/21/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $102.60 |
| 01/21/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 79.30<br>Israeli Shekels | $23.32 |
| 01/21/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 34.76<br>Israeli Shekels | $10.22 |
| 01/21/18 | TOLMAN HERZELIA MANOFIM<br>FURNITURE/HOME STORE | HERZELIA | | 792.00<br>Israeli Shekels | $232.87 |
| 01/21/18 | MEATBAR<br>RESTAURANT | HERZELIYA | | 335.80<br>Israeli Shekels | $98.73 |
| 01/21/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 80.10<br>Israeli Shekels | $23.55 |
| 01/22/18 | carters, Inc. 000000998<br>8773330117<br>TIP | Atlanta | GA | | $97.58 |
| 01/23/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $60.00 |
| 01/24/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 59.60<br>Israeli Shekels | $17.53 |

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**

p. 11/24

Closing Date 02/02/18

Account Ending

---

| **Detail Continued** | | | | |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 01/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | $9.99 |
| 01/25/18 | HASABON<br>CLEANING/GARMENT | TEL-AVIV | 215.00<br>Israeli Shekels | $63.65 |
| 01/25/18 | SUPER FARM ALNBI<br>DRUG STORE/PHARMACY | TEL-AVIV | 100.60<br>Israeli Shekels | $29.78 |
| 01/25/18 | E M P M<br>GROCERY STORE | TEL-AVIV | 290.01<br>Israeli Shekels | $85.85 |
| 01/25/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $634.92 |
| 01/26/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | $14.99 |
| 01/26/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $35.19 |
| 01/28/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $6.92 |
| 01/28/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $75.23 |
| 01/28/18 | AM.PM<br>GROCERY STORE | TEL AVIV | 366.90<br>Israeli Shekels | $108.61 |
| 01/28/18 | -MATOKSHUK<br>RESTAURANT | BENY BRAK | 120.00<br>Israeli Shekels | $35.52 |
| 01/28/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $218.87 |
| 01/29/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $68.49 |
| 01/29/18 | HASABON<br>CLEANING/GARMENT | TEL-AVIV | 265.00<br>Israeli Shekels | $78.13 |
| 01/29/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $7.02 |
| 01/30/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $55.39 |
| 01/30/18 | AM PM<br>GROCERY STORE | TEL AVIV | 50.80<br>Israeli Shekels | $14.94 |

---

| **Fees** | Amount |
|---|---|

| ████ | ████ | ████████████████ | ████ |

| **Total Fees for this Period** | ████ |

---

| **2018 Fees and Interest Totals Year-to-Date** | Amount |
|---|---|

| ████ | ████ |
| ████ | ██ |

---

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.40% (v) | ▮ | ▮ |
| **Total** | | | | | ▮ |
| (v) Variable Rate | | | | | |

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

Centurion® Card                 **DUPLICATE COPY**                                    p. 13/24

███████████                                                    Account Ending ██████
Closing Date 02/02/18

## Notice of Important Changes to Your Account Terms

We are making changes summarized below to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to your Cardmember Agreement can be found on the following page.

| Summary of Changes: Beginning in April 2018 | |
|---|---|
| *Determining the Prime Rate* | Currently on your Pay Over Time feature, the Prime Rate used to calculate interest is the Prime Rate published by the Wall Street Journal 2 days prior to the Closing Date of your billing period.<br><br>Effective for your billing period beginning in April 2018, we are updating your Agreement to say that the Prime Rate used to calculate interest will be the Prime Rate published by the Wall Street Journal on the Closing Date of your billing period. |

ID12553

*See the following page for the Detail of Changes to your Cardmember Agreement.*

**Exhibit DD**

CMLENDDMRUS0226

DUPLICATE COPY
Account Ending

p. 14/24

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement (the "Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

## Determining the Prime Rate

Effective with billing periods beginning in April 2018, in Part 2 of the Agreement, we are amending the *Determining Prime Rate* sub section of the *About Interest Charges on Pay Over Time Balance* section by deleting the following paragraph:

> We use the Prime Rate from the rates section of *The Wall Street Journal*. The Prime Rate for each billing period is the Prime Rate published in *The Wall Street Journal* 2 days before the Closing Date of the billing period.

And replacing with the following paragraph:

> We use the Prime Rate from the rates section of *The Wall Street Journal*. The Prime Rate for each billing period is the Prime Rate published in *The Wall Street Journal* on the Closing Date of the billing period.

**Exhibit DD**

CMLENDDMRUS0226

**DUPLICATE COPY**

Centurion® Card

p. 15/24

Closing Date 02/02/18

Account Ending ■■■

# Notice of Important Changes to Your Account Terms

We are making changes to your Cardmember Agreement referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. The detailed changes to your Cardmember Agreement can be found after the below summary chart.

**Important Changes to Your Account Terms**

The following is a summary of changes that are being made to your account terms. Unless otherwise noted, these changes will take effect on June 1, 2018.

We are amending your Cardmember Agreement to change the names of the Pay Over Time feature: Select & Pay Later will be known as Select, Extended Payment Option will be known as Direct, and Sign & Travel® will be known as Pay Over Time Travel.

We are amending the Cardmember Agreement so that if you are enrolled in both Pay Over Time Select and Pay Over Time Direct, you will be able to alternate between those Pay Over Time settings by visiting us online at americanexpress.com/payovertime, if you have an online account, or by calling the number on the back of your Card.

Starting on July 1, 2018, you will no longer be able to enroll in Pay Over Time Travel. If you are eligible for Pay Over Time Travel and wish to enroll (and have not already), you must do so before July 1, 2018. If your Account is enrolled in Pay Over Time Travel, we will automatically place eligible travel-related charges in your Pay Over Time Travel balance. If you cancel Pay Over Time Travel after July 1, 2018, you will not be able to re-enroll.

| Revised Terms, as of June 1, 2018 | |
|---|---|
| **Pay Over Time Limit** | We are adding this limit above the *Rates and Fees Table* on Page 1 of Part 1 of the Cardmember Agreement. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing period. For transactions added to a Pay Over Time balance at your request, we will begin charging interest as of the date they are added to your Pay Over Time balance. For transactions added automatically to a Pay Over Time balance, we will charge interest beginning on the date of each transaction. We will not charge interest on charges added to your Pay Over Time balances automatically if you pay the Account Total New Balance by the due date each month. |

ID 12557

**Exhibit DD**

CMLENDDMRUS0230

DUPLICATE COPY
Account Ending ▮▮▮▮

| Summary of Other Changes as of June 1, 2018 | |
|---|---|
| **Late Payment** | We are revising this row to clarify how late payments work under *How Rates and Fees Work* on Page 2 of Part 1 of the Cardmember Agreement. |
| **About Pay Over Time** | We are adding a new row called *About Pay Over Time* under *How Rates and Fees Work* on Page 2 of Part 1 of the Cardmember Agreement to provide details about the Pay Over Time feature.<br><br>Effective July 1, 2018, *disregard* the Pay Over Time Travel paragraph in *About Pay Over Time feature* if you have not enrolled in Pay Over Time Travel by such date. It will not be part of your Cardmember Agreement. |
| **About Pay Over Time features** | We are deleting this sub-section and replacing it with a new sub-section called *More About Pay Over Time* to provide additional details about the Pay Over Time feature in Part 2 of the Cardmember Agreement. |
| **How we calculate your Minimum Payment Due** | We are revising this sub-section under *About your Minimum Payment Due* to reflect the terminology used in your billing statement. |
| **When we charge interest** | We are revising this sub-section under *About interest charges on Pay Over Time balances* to explain when we charge interest on transactions added to the Pay Over Time feature. |
| **How we calculate interest** | We are revising this sub-section under *About interest charges on Pay Over Time balances* to reflect the new Pay Over Time balance options. |

The following new Pay Over Time terms have been added to the Cardmember Agreement to conform with the above changes: Pay Over Time Direct balance, Pay Over Time Select balance, and Pay Over Time Travel balance.

For ease of reference, you will find these terms and other general updates in the following rows and sub-sections of the Cardmember Agreement.

<u>Page 1 and Page 2 of Part 1:</u>
- *Annual Percentage Rate (APR)* row of the *Rates and Fees Table*
- *Penalty APR and When It Applies* row of the *Rates and Fees Table*
- *Penalty APR for New Transactions* row under *How Rates and Fees Work*
- *Returned Payment* row under *How Rates and Fees Work*

<u>Part 2:</u>
- *When you must pay* sub-section under *About your payments*
- *How to make payments* sub-section under *About your payments*
- *How we apply payments and credits* sub-section under *About your payments*

**See the following page(s) for the detail of changes to your Cardmember Agreement.**

**Exhibit DD**

CMLENDDMRUS0230

Centurion® Card                    **DUPLICATE COPY**                    p. 17/24

Closing Date 02/02/18                                    Account Ending ▌

## Detail of Changes to Your Cardmember Agreement

This notice amends your American Express Cardmember Agreement ("Cardmember Agreement") as described below. Any terms in the Cardmember Agreement conflicting with this change are completely replaced. Terms not changed by this notice continue to apply. If you have any questions, please call the number on the back of your Card.

**Effective June 1, 2018, your Cardmember Agreement will be amended as follows:**

Your Pay Over Time Limit amount is added above the *Rates and Fees Table* on Page 1 of Part 1 of the Cardmember Agreement.

The *Rates and Fees Table* on Page 1 of Part 1 of the Cardmember Agreement is amended by deleting the *Paying Interest* row and replacing it with the following:

| Paying Interest | Your due date is at least 25 days after the close of each billing period. For transactions added to a Pay Over Time balance at your request, we will begin charging interest as of the date they are added to your Pay Over Time balance. For transactions added automatically to a Pay Over Time balance, we will charge interest beginning on the date of each transaction. We will not charge interest on charges added to your Pay Over Time balances automatically if you pay the Account Total New Balance by the due date each month. |
|---|---|

*How Rates and Fees Work* on Page 2 of Part 1 of the Cardmember Agreement is amended by deleting the *Late Payment* row and replacing it with the following:

| Late Payment | Up to $38. If we do not receive the Amount Due (Minimum Payment Due if you have a Pay Over Time balance) by its Payment Due Date, the fee is $27. If this happens again within the next 6 billing periods, the fee is $38. However, the late fee will not exceed the Amount Due or the Minimum Payment Due, as applicable. Paying late may also result in a penalty APR. See *Penalty APR for new transactions* above. |
|---|---|

*How Rates and Fees Work* on Page 2 of Part 1 of the Cardmember Agreement is further amended by adding the following new row called *About Pay Over Time*; however, effective July 1, 2018, the third paragraph in the new row regarding Pay Over Time Travel will be deleted from your Cardmember Agreement if you have not enrolled in Pay Over Time Travel by such date:

| About Pay Over Time<br><br>See *More About Pay Over Time* in Part 2 of this Agreement for important additional information about the Pay Over Time feature. | We may add a feature to your Account that allows you to pay certain charges over time, with interest (*Pay Over Time*). If the Pay Over Time feature on your Account is set to Select, you may request to place eligible purchases from the current or preceding billing period in your Pay Over Time Select balance. If we approve your request, we will place the charge in your Pay Over Time Select balance. If we decline your request, you must pay the charge in full by the Payment Due Date. A charge is eligible for Pay Over Time if it equals or is more than a certain dollar amount. We will tell you this amount when you enroll, and it is subject to change. We will tell you if we change it.<br><br>If we allow you to enroll in the Pay Over Time Direct feature, we will automatically place eligible purchases in your Pay Over Time Direct balance. You may alternate between the Select and Direct settings. You can do so by visiting us online at americanexpress.com/payovertime or by calling the number on the back of your Card.<br><br>If your Account is enrolled in Pay Over Time Travel, we will automatically place eligible travel-related charges in your Pay Over Time Travel balance regardless of whether your Pay Over Time feature is set to Select or Direct. Some examples are airfare and cruise ship tickets, hotels, car rentals and charges made outside the U.S. If you request to cancel your Pay Over Time Travel feature at any time, you will not be able to re-enroll. |
|---|---|

**Exhibit DD**

CMLENDDMRUS0230

**DUPLICATE COPY**
Account Ending ▮▮▮▮

*About using your card* in Part 2 of the Cardmember Agreement is amended by deleting the *About Pay Over Time features* sub-section and replacing it with the following:

| More About Pay Over Time | With Pay Over Time, you have the option to pay your Account Total New Balance each month, the Minimum Payment Due or anything in between. On each statement, your Account Summary will show your Pay Over Time New Balance, which is the amount that is eligible to be paid over time (see *When you must pay* in Part 2).<br><br>We apply a charge to the relevant Pay Over Time balance in accordance with the selection in effect at 8 p.m. Eastern Time on the transaction date provided by the merchant. The transaction date provided by the merchant may differ from the date you made the charge if, for example, there is a delay in the merchant submitting the transaction to us or if the merchant uses the shipping date as the transaction date. | Certain charges are not eligible for Pay Over Time, such as cash and similar transactions. We may change which charges are eligible to be placed into your Pay Over Time feature.<br><br>We assign a Pay Over Time limit to your Account. We will not place any charge into a Pay Over Time balance if it would cause the total of your Pay Over Time balances to go over your Pay Over Time Limit. Your Pay Over Time Limit is shown on page 1 of Part 1 and on each statement. We may increase or reduce your Pay Over Time Limit. We may do so even if you pay on time and your Account is not in default. We will tell you if we change that amount. You must pay in full all charges that are not placed into a Pay Over Time balance. |

*About your Minimum Payment Due* in Part 2 of the Cardmember Agreement is amended by deleting the *How we calculate your Minimum Payment Due* sub-section and replacing it with the following:

| How we calculate your Minimum Payment Due | The Minimum Payment Due is the Pay In Full New Balance plus any Pay Over Time Minimum Due. To calculate the Pay Over Time Minimum Due for each statement, we start with the *higher* of:<br><br>**(1)** interest charged on the statement plus 1% of the Pay Over Time New Balance (excluding interest on the statement); or<br><br>**(2)** $35.<br><br>Then we round to the nearest dollar and add any Pay Over Time amount past due. Your Pay Over Time Minimum Due will not exceed your Pay Over Time New Balance. You may pay more than the Minimum Payment Due, up to your entire outstanding balance, at any time.<br><br> |

**Exhibit DD**

CMLENDDMRUS0230

**DUPLICATE COPY**

Centurion® Card

p. 19/24

Closing Date 02/02/18

Account Ending ▉▉▉

*About interest charges on Pay Over Time balances* in Part 2 of the Cardmember Agreement is amended by deleting the *When we charge interest* sub-section and replacing it with the following:

| When we charge interest | For transactions added to a Pay Over Time balance at your request (for example, if your Pay Over Time feature is set to "Select"), we charge interest from the date they are added to a Pay Over Time balance until they are paid.<br><br>For transactions added automatically to a Pay Over Time balance (for example, if your Pay Over Time feature is set to "Direct"), we charge interest from the transaction date until they are paid. However, we will not charge interest on these transactions in a billing period if:<br>• your *Pay Over Time Previous Balance* for the billing period is zero; or<br>• you paid the *Account Total New Balance* on your statement, if any, for each of the previous two billing periods in full by the Payment Due Date shown on each of those statements. |
|---|---|

*About interest charges on Pay Over Time balances* in Part 2 of the Cardmember Agreement is further amended by deleting the *How we calculate interest* sub-section and replacing it with the following:

| How we calculate interest | We calculate interest for a billing period by first figuring the interest on each balance. Balances within the Pay Over Time feature -such as "Select" and "Direct" - may have different interest rates.<br><br>We use the **Average Daily Balance method (including new transactions)** to figure interest charges for each balance. The total interest charged for a billing period is the sum of the interest charged on each balance.<br><br>**Interest**<br>The interest charged for a balance in a billing period, except for variations caused by rounding, equals:<br>(1) Average Daily Balance (*ADB*) multiplied by<br>(2) Daily Periodic Rate (*DPR*) multiplied by<br>(3) number of days the DPR was in effect.<br><br>**ADB**<br>To get the ADB for a balance, we add up its *daily balances*. Then we divide the result by the number of days the DPR for that balance was in effect. If the daily balance is negative, we treat it as zero.<br><br>**DPR**<br>A DPR is 1/365th of an APR, rounded to one ten-thousandth of a percentage point. Your DPRs are shown in *How Rates and Fees Work* in Part 1.<br><br><br><br>**Daily Balance**<br>For each day a DPR is in effect, we figure the daily balance for each balance by:<br>• taking the *beginning balance* for the day,<br>• adding any new charges,<br>• subtracting any payments or credits; and<br>• making any appropriate adjustments.<br>We add a new charge to a daily balance as of its transaction date. |
|---|---|

**Exhibit DD**

DUPLICATE COPY
Account Ending ███████                                                        p. 20/24

| How we calculate interest | **Beginning balance** |
|---|---|
| | For the first day of a billing period, the beginning balance is the ending balance for the prior billing period, including unpaid interest. For the rest of the billing period, the beginning balance is the previous day's daily balance *plus an amount of interest equal to the previous day's daily balance multiplied by the DPR for that balance. This method of figuring the beginning balance results in daily compounding of interest.* |
| | When an interest rate changes, the new DPR may come into effect during-not just at the beginning of- the billing period. When this happens, we will create a new balance and apply the new DPR to it. To get the beginning balance on the first day for this new balance, we multiply the previous day's daily balance by the old DPR and add the result to that day's daily balance. |
| | **Other methods** |
| | To figure the ADB and interest charges, we may use other formulas or methods that produce equivalent results. Also, we may choose not to charge interest on certain types of charges. |

**Exhibit DD**

CMLENDDMRUS0230

**Centurion® Card**

**DUPLICATE COPY**

p. 21/24

Closing Date 02/02/18

Account Ending ▮▮▮

Rev. 9/2012

# FACTS    WHAT DOES AMERICAN EXPRESS DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• transaction history and account history<br>• insurance claim history and credit history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons American Express chooses to share; and whether you can limit this sharing. |

| Reasons we can share personal information | Does American Express Share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No (but please see the "To limit direct marketing" box below for additional privacy choices) |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No (although we may share aggregated or de-identified data) | We don't share personal information |

| | |
|---|---|
| **To limit our sharing** | • Visit us online: www.americanexpress.com/communications or<br>• Call us at 1-855-297-7748 - our menu will prompt you through your choices<br>*Please note:*<br>If you are a *new* customer, we can begin sharing your personal information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your personal information as described in this notice.<br>However, you can contact us at any time to limit our sharing. |
| **To limit direct marketing** | We provide additional privacy choices to customers. Privacy elections you make for any one product or service may not automatically be applied to other products and services. To let us know if you do not want us to use your personal information to communicate with you about offers by mail, telephone, and/or e-mail:<br>• Visit us online: www.americanexpress.com/communications or<br>• Call us at 1-855-297-7748 (except for choices about e-mail communications) |
| **Questions?** | Call 1-800-528-4800 or go to americanexpress.com/contact. |

**Exhibit DD**

DUPLICATE COPY
Account Ending ███

p. 22/24

| Who we are | |
|---|---|
| Who is providing this notice? | American Express Travel Related Services Company, Inc. and other American Express Affiliates that provide financial products or services, including American Express Centurion Bank, American Express Bank, FSB, and AMEX Assurance Company. |

| What we do | |
|---|---|
| How does American Express protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does American Express collect my personal information? | We collect your personal information, for example, when you <br> • open an account or pay your bills <br> • give us your income information or give us your contact information <br> • use your credit card <br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing of personal information? | Federal law gives you the right to limit only <br> • sharing for affiliates' everyday business purposes – information about your creditworthiness <br> • affiliates from using your information to market to you <br> • sharing for nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br> • Our affiliates include companies with the American Express name, including financial companies such as American Express Travel Related Services Company, Inc. and nonfinancial companies such as American Express Publishing. Affiliates may also include other companies related by common ownership or control, such as Serve Virtual Enterprises, Inc. and AMEX Assurance Company, a provider of American Express Card-related insurance services. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br> • Nonaffiliates with which we share personal information include service providers, including, for example, direct marketers, that perform services or functions on our behalf. |
| Joint marketing | A formal agreement between nonaffiliated companies that together market financial products or services to you. <br> • Our joint marketing partners include financial companies. |

| Other important information |
|---|
| We may transfer personal information to other countries, for example, for customer service or to process transactions. <br> **AMEX Assurance Company customers:** You may have the right to access and correct recorded personal information. Personal information may be disclosed by us to detect fraud or misrepresentation, to verify insurance coverage, to an insurance regulatory authority, law enforcement or other governmental authority pursuant to law, or to a group policyholder for purposes of reporting claims experience or conducting an audit. Personal information related to insurance claim activity obtained from a report prepared by an insurance-support organization on our behalf may be retained by such organization and disclosed as required by law. State law may be more protective than federal law. <br> **California:** If your American Express account has a California billing address, we will not share your personal information except to the extent permitted under California law. <br> **Vermont:** If your American Express account has a Vermont billing address, we will automatically treat your account as if you have directed us not to share information about your creditworthiness with our affiliates. |

BP/PRVCCSG/1114

**Exhibit DD**

Centurion® Card                    **DUPLICATE COPY**                    p. 23/24

Closing Date 02/02/18                                           Account Ending ▮▮▮

**Your Billing Rights: Keep this Document for Future Use**
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.
<u>What To Do If You Find a Mistake on Your Statement</u>
If you think there is an error on your statement, write to us at PO Box 981535, El Paso TX 79998-1535. In
your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and
  why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on
  the amount you think is wrong.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to
investigate any potential errors and you may have to pay the amount in question.
<u>What Will Happen After We Receive Your Letter</u>
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if
   we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe
   the bill is correct.

While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest
  on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your
  balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:
- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees
  related to that amount.
- *If we do not believe there was a mistake:* You will have to pay the amount in question, along with
  applicable interest and fees. We will send you a statement of the amount you owe and the date
  payment is due. We may then report you as delinquent if you do not pay the amount we think you
  owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us
that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are
questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we
must let those organizations know when the matter has been settled between us.
If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even
if your bill is correct.
<u>Your Rights If You Are Dissatisfied With Your Credit Card Purchases</u>
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have
tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining
amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing
   address, and the purchase price must have been more than $50. (Note: Neither of these are necessary
   if your purchase was based on an advertisement we mailed to you, or if we own the company that sold
   you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an
   ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

S04N4                                                          BP/PRVCCSG/1114

**Exhibit DD**

DUPLICATE COPY
Account Ending ▬▬▬▬▬

p. 24/24

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at PO Box 981535, El Paso TX 79998-1535. While we investigate, the same rules apply to the disputed amount as discussed above.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Annual EFT Error Resolution Notice**

This notice is to inform you about how you should notify us of errors or questions regarding any electronic fund transfers you initiate using your American Express Card, including Express Cash transactions, or electronic payments you make to American Express using Pay By Phone, Pay By Computer, or any other American Express electronic payment service.

In case of errors or questions about your Electronic Transfers, please contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. You can call us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, at 1-800-528-4800 for AutoPay questions, and at 1-800-CASH-NOW for Express Cash questions. You may also write to us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso, TX 79998-1531 or contact us online at www.americanexpress.com/inquirycenter. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared or question arose.

When you contact us, please provide the following information:

(1) Your name and card account number.
(2) Description of the error or the transfer you are unsure about. Explain as clearly as you can why you believe it is an error or why you need more information.
(3) The dollar amount of the suspected error.

If you notify us by phone, we may require that you send us your complaint or question in writing within 10 business days of the call.

We will determine whether an error occurred within 10 business days and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your bank account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If we have credited your bank account and there was no error, we will tell you when we will withdraw that amount from your bank account. You authorize us to withdraw this amount from your bank account. If your bank account does not have enough funds to cover this withdrawal, we can charge the amount to your card account or collect the amount from you. If this happens, we may cancel your right to use our electronic transfer services.

**Notice for residents of Washington State**

In accordance with the Revised Code of Washington Statutes, Section 63.14.167, you are not responsible for payment of interest charges that result solely from a merchant's failure to transmit to us within seven working days a credit for goods or services accepted for return or forgiven if you have notified us of the merchant's delay in posting such credit, or our failure to post such credit to your account within three working days of our receipt of the credit.

S04N4

BP/PRVCCSG/1114

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 1/10

Closing Date 03/02/18                                    Account Ending ▇▇▇▇

| New Balance | ▇▇▇▇ |
|---|---|
| **Payment Due Date** | **03/27/18** ‡ |

‡ Late Payment Warning: ▇▇▇▇▇▇▇▇▇▇▇▇

### Membership Rewards® Points
Available and Pending as of 01/31/18  ▇▇▇▇

For up to date point balance and full program details, visit membershiprewards.com



### Account Summary
| Previous Balance | ▇▇▇ |
|---|---|
| Payments/Credits | ▇▇▇ |
| New Charges | ▇▇▇ |
| Fees | ▇▇▇ |

| New Balance | ▇▇▇ |
|---|---|

Days in Billing Period: 28

⮕ See page 2 for important information about your account.

⮕ **See page 10** **for a Notice Of Change To The Membership Rewards Program Terms & Conditions.**

ⓘ 

⮕ Learn how to take advantage of your Pay Over Time feature on **page 8**

### Customer Care
**Pay by Computer**
americanexpress.com/pbc

**Customer Care**        **Pay by Phone**
1-877-877-0987           1-800-472-9297

⮕ See page 2 for additional information.

---

✉ **Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

☏ **Pay by Phone**
1-800-472-9297

**Account Ending** ▇▇▇▇

Enter 15 digit account # on all payments.
Make check payable to American Express.



| Payment Due Date | **03/27/18** |
|---|---|
| AutoPay Amount | ▇▇▇ |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**

Account Ending ██████

p. 2/10

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries**    1-877-877-0987   **Hearing Impaired**
**International Collect**                         1-954-503-8905   TTY: 1-800-221-9950
**Large Print & Braille Statements**             1-877-877-0987   FAX: 1-800-695-9090
**Express Cash**                                 1-800-CASH-NOW   In NY: 1-800-522-1897

 **Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**      **Payments**
P.O. BOX 981535              P.O. BOX 650448
EL PASO, TX                  DALLAS TX 75265-
79998-1535                   0448

---

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank
account automatically each month

Visit americanexpress.com/autopay
today to enroll.

For information on how we protect your
privacy and to set your communication
and privacy choices, please visit
www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 03/02/18

Account Ending ▓▓▓

p. 3/10

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | ▓▓▓ |
| Credits | ▓▓ |
| Total Payments and Credits | ▓▓ |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| ▓▓ | ▓▓▓ | ▓▓▓▓ | ▓▓ |

| Credits | | | Amount |
|---|---|---|---|
| ▓▓ | ▓▓▓ | ▓▓▓ | ▓▓ |

## New Charges

### Summary

| | Total |
|---|---|
| ▓▓▓ | ▓▓ |
| ORLY GENGER ▓▓ | $3,012.49 |
| Total New Charges | ▓▓ |

### Detail

| | | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

DUPLICATE COPY
Account Ending

| Detail Continued |
| --- |

| | | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- | --- |

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

p. 5/10

████████

Closing Date 03/02/18

Account Ending ████████

| Detail Continued |
| --- |



**Exhibit DD**

DUPLICATE COPY
Account Ending ████

p. 6/10

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | | |
| | ████ | | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ |

**ORLY GENGER**
Card Ending ████

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| 02/04/18 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF | 15.00<br>Israeli Shekels | $4.38 |
| 02/04/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 25.00<br>Israeli Shekels | $7.30 |
| 02/04/18 | -ROE DANIAL LTD.<br>BEAUTY/BARBER SHOP | GIVATIIM | 250.00<br>Israeli Shekels | $72.95 |
| 02/04/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 67.90<br>Israeli Shekels | $19.81 |
| 02/06/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 53.70<br>Israeli Shekels | $15.51 |
| 02/06/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 54.70<br>Israeli Shekels | $15.80 |
| 02/06/18 | SHILAV BAT YAM<br>CHILDREN'S CLOTHING | bat yam | 753.60<br>Israeli Shekels | $217.68 |
| 02/06/18 | NEVE TSEDEK<br>RESTAURANT | TEL AVIV YAF | 515.00<br>Israeli Shekels | $148.76 |
| 02/07/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 8.90<br>Israeli Shekels | $2.56 |
| 02/08/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | 79.00<br>Israeli Shekels | $22.54 |
| 02/08/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | 53.00<br>Israeli Shekels | $15.12 |
| 02/09/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | 455.00<br>Israeli Shekels | $129.82 |
| 02/11/18 | HASABON<br>CLEANING/GARMENT | TEL-AVIV | 90.00<br>Israeli Shekels | $25.68 |
| 02/12/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 66.40<br>Israeli Shekels | $18.92 |
| 02/12/18 | MERKAZ HACHAD PEAMI<br>HOUSEHOLD APPLIANCES | TEL AVIV-JAF | 85.00<br>Israeli Shekels | $24.22 |
| 02/12/18 | -MATOKSHUK<br>RESTAURANT | BENY BRAK | 23.00<br>Israeli Shekels | $6.55 |
| 02/12/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 65.20<br>Israeli Shekels | $18.58 |
| ████ | ████ | ████ | ████ | ████ |
| 02/13/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 42.40<br>Israeli Shekels | $12.06 |
| 02/13/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 66.20<br>Israeli Shekels | $18.84 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                          p. 7/10

▬▬▬▬▬
Closing Date 03/02/18                                    Account Ending ▬▬▬▬

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 02/14/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 40.90 Israeli Shekels | $11.63 |
| 02/14/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 37.00 Israeli Shekels | $10.52 |
| 02/15/18 | OTAMOT ADVERTISING SERVICE | TEL AVIV YAF | | 60.00 Israeli Shekels | $17.01 |
| 02/15/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 41.30 Israeli Shekels | $11.71 |
| 02/15/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 37.70 Israeli Shekels | $10.69 |
| 02/16/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | | 747.00 Israeli Shekels | $211.76 |
| 02/16/18 | S.K MANAGEMENT HOUSEHOLD APPLIANCES | TEL AVIV YAF | | 23.00 Israeli Shekels | $6.52 |
| 02/18/18 | TOYSRUS DIZENGOF HOBBY, TOY & GAME | tel aviv | | 59.80 Israeli Shekels | $16.95 |
| 02/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 27.10 Israeli Shekels | $7.68 |
| 02/18/18 | OKINAWA SUSHI BAR RESTAURANT | TEL-AVIV | | 432.00 Israeli Shekels | $122.47 |
| 02/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 31.60 Israeli Shekels | $8.96 |
| 02/18/18 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | | 183.34 Israeli Shekels | $51.97 |
| 02/18/18 | TAMBOR LUMBER/BUILDING | TEL AVIV YAF | | 145.00 Israeli Shekels | $41.11 |
| 02/19/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $165.36 |
| 02/19/18 | OTAMOT ADVERTISING SERVICE | TEL AVIV YAF | | 150.00 Israeli Shekels | $42.78 |
| 02/19/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $51.35 |
| 02/21/18 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | | 18.40 Israeli Shekels | $5.28 |
| 02/21/18 | HASABON CLEANING/GARMENT | TEL-AVIV | | 75.00 Israeli Shekels | $21.53 |
| 02/21/18 | ORNA AND ELLA LTD RESTAURANT | TEL AVIV | | 76.00 Israeli Shekels | $21.82 |
| 02/24/18 | AM PM GROCERY STORE | TEL AVIV | | 30.09 Israeli Shekels | $8.65 |
| 02/25/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | 46.00 Israeli Shekels | $13.22 |
| 02/25/18 | FLAWERS FLORIST | TEL AVIV | | 20.00 Israeli Shekels | $5.75 |
| 02/25/18 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | | 28.70 Israeli Shekels | $8.25 |
| 02/25/18 | HALEHEM SHEL MICHAELA DAIRY PRODUCTS STORE | TEL AVIV YAF | | 76.00 Israeli Shekels | $21.84 |
| 02/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 02/25/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $15.49 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

p. 8/10

## Detail Continued

| | | | Foreign | | |
|---|---|---|---|---|---|
| | | | Spend | | Amount |
| 02/25/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $39.80 |
| 02/26/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 57.60 Israeli Shekels | $16.54 |
| 02/26/18 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 02/27/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 30.80 Israeli Shekels | $8.87 |
| 02/27/18 | PITSPONCHIK TEL AVIV FAMILY CLOTHING | KIRYAT IKRON | | 45.00 Israeli Shekels | $12.96 |
| 02/28/18 | OPTUMRX 000000001 800-562-6223 | IRVINE | CA | | $212.50 |
| 02/28/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $35.49 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ▉ |

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▉ | ▉ |
| ▉ | ▉ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.40% (v) | ▉ | ▉ |
| Promotional Select & Pay Later Rate Expires 09/02/2018 then will go to 10.40% (v)* | 02/06/2018 | | 0.00% | ▉ | ▉ |
| **Total** | | | | | ▉ |

(v) Variable Rate

* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Exhibit DD**

Centurion® Card

**DUPLICATE COPY**

p. 9/10

Closing Date 03/02/18

Account Ending ▮▮▮▮

## Information on Pay Over Time continued

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**



**DUPLICATE COPY**
Account Ending ▓▓▓▓

p. 10/10

**Centurion® Card**

## Notice of Important Changes to the Membership Rewards® Program Terms

We are making changes summarized below to the Membership Rewards Program Terms & Conditions. We urge you and any Additional Card Members on your Account to read the below notice carefully and file it along in a safe place for future reference.

| Summary of Changes, Effective Immediately | |
|---|---|
| Getting Points | We are updating the list of transactions that are not eligible purchases and for which you will not earn points by adding:<br>• Purchases of cash equivalents<br>• Person-to-person payments |

ID12560

## Detail of Changes to the Membership Rewards Program Terms & Conditions

This notice amends the Membership Rewards Program Terms & Conditions (the "Terms & Conditions") as described below. We have the right to amend as described in the Terms & Conditions. Any terms in the Terms & Conditions conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

**Getting Points: Using Your Card**
Effective immediately, in the *Using Your Card* sub-section of the *Getting Points* section of the Terms & Conditions, the last paragraph will include the following additional bullets:

• Purchases of cash equivalents
• Person-to-person payments

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                    p. 1/11

Closing Date 04/02/18                                            Account Ending ▮▮▮▮



**New Balance**                                     ▮▮▮▮▮▮

**Payment Due Date**                                04/27/18 ‡

‡**Late Payment Warning:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Membership Rewards® Points**
Available and Pending as of 02/28/18

For up to date point balance and full program
details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | ▮▮▮▮ |
| Payments/Credits | ▮▮▮▮ |
| New Charges | ▮▮▮▮ |
| Fees | ▮ |
| **New Balance** | ▮▮▮▮ |
| Days in Billing Period: | 31 |

See page 2 for important information about your account.

(i) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

(i) **Important Information:** To access the most up to date version of your
Cardmember Agreement, please log in to your Account at
**www.americanexpress.com.**

Learn how to take advantage of your Pay Over Time feature on **page 10**

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮▮
Enter 15 digit account # on all payments.
Make check payable to American Express.



Payment Due Date
**04/27/18**

AutoPay Amount
▮▮▮▮

□ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending                                                                                           p. 2/11

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| Customer Care & Billing Inquiries | 1-877-877-0987 | **Hearing Impaired** |
|---|---|---|
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com

Customer Care
& Billing Inquiries
P.O. BOX 981535
EL PASO, TX
79998-1535

Payments
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 3/11



Closing Date 04/02/18                                              Account Ending ▓▓▓

## Payments and Credits

### Summary

|                              | Total |
|------------------------------|-------|
| Payments                     | ▓▓▓   |
| Credits                      | ▓▓▓   |
| Total Payments and Credits   | ▓▓▓   |

### Detail    *Indicates posting date

| Payments |  | Amount |
|----------|--|--------|

| Credits |  | Amount |
|---------|--|--------|

## New Charges

### Summary

|                       | Total      |
|-----------------------|------------|
|                       | ▓▓▓        |
| ORLY GENGER           | $2,537.11  |
| Total New Charges     | ▓▓▓        |

### Detail

|  |  | Foreign Spend | Amount |
|--|--|---------------|--------|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |
| --- |

|  |  | Foreign Spend | Amount |
| --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 5/11

Closing Date 04/02/18

Account Ending ███████

| Detail Continued |
| --- |

| | | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- | --- |

Exhibit DD

**DUPLICATE COPY**

Account Ending ██████

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 7/11

Closing Date 04/02/18

Account Ending



| Detail Continued | | | | |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|

ORLY GENGER
Card Ending

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 03/01/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 58.00 Israeli Shekels | $16.86 |
| 03/01/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 192.40 Israeli Shekels | $55.93 |
| 03/01/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | 115.00 Israeli Shekels | $33.43 |
| 03/01/18 | HALEHEM SHEL MICHAELA DAIRY PRODUCTS STORE | TEL AVIV YAF | 90.00 Israeli Shekels | $26.16 |
| 03/03/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $9.89 |
| 03/03/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | $81.91 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/04/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 8.90<br>Israeli Shekels | $2.59 |
| 03/04/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 244.00<br>Israeli Shekels | $70.93 |
| 03/04/18 | PEROT MOSHIKO<br>DAIRY PRODUCTS STORE | TEL AVIV - Y | | 34.50<br>Israeli Shekels | $10.03 |
| 03/04/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 60.42<br>Israeli Shekels | $17.56 |
| 03/04/18 | UOLYA<br>COSMETIC STORE | TEL AVIV YAF | | 195.00<br>Israeli Shekels | $56.69 |
| 03/04/18 | APISERI<br>DAIRY PRODUCTS STORE | RAMAT GAN | | 47.90<br>Israeli Shekels | $13.92 |
| 03/04/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $57.56 |
| 03/04/18 | MEATOUS<br>RESTAURANT | TEL AVIV - Y | | 198.00<br>Israeli Shekels | $57.56 |
| 03/05/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $4.84 |
| 03/05/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $11.72 |
| 03/05/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 26.90<br>Israeli Shekels | $7.81 |
| 03/05/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 54.80<br>Israeli Shekels | $15.91 |
| 03/05/18 | SUZANNA<br>RESTAURANT | TEL AVIV | | 166.00<br>Israeli Shekels | $48.19 |
| 03/06/18 | DALAL<br>RESTAURANT | TEL AVIV YAF | | 50.00<br>Israeli Shekels | $14.48 |
| 03/08/18 | DS<br>HOUSEHOLD APPLIANCES | TEL AVIV-JAF | | 24.00<br>Israeli Shekels | $6.99 |
| 03/08/18 | TIV TAAM<br>GROCERY STORE | hedera | | 35.30<br>Israeli Shekels | $10.28 |
| 03/08/18 | DS<br>HOUSEHOLD APPLIANCES | TEL AVIV-JAF | | 75.00<br>Israeli Shekels | $21.83 |
| 03/08/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 64.10<br>Israeli Shekels | $18.66 |
| 03/09/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $129.89 |
| 03/09/18 | -SUPER EL HAYAM<br>DAIRY PRODUCTS STORE | BENE BRAK | | 17.90<br>Israeli Shekels | $5.21 |
| 03/09/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 131.50<br>Israeli Shekels | $38.28 |
| 03/09/18 | PITSPONCHIK TEL AVIV<br>FAMILY CLOTHING | KIRYAT IKRON | | 39.00<br>Israeli Shekels | $11.35 |
| 03/09/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 95.69<br>Israeli Shekels | $27.86 |
| 03/09/18 | OLIVE<br>FAST FOOD RESTAURANT | TEL AVIV-JAF | | 28.00<br>Israeli Shekels | $8.15 |
| 03/09/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 12.90<br>Israeli Shekels | $3.76 |
| 03/09/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | | 57.00<br>Israeli Shekels | $16.59 |
| 03/10/18 | OLIVE<br>FAST FOOD RESTAURANT | TEL AVIV-JAF | | 36.00<br>Israeli Shekels | $10.48 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                                    p. 9/11

Closing Date 04/02/18                                                          Account Ending ▮▮▮▮

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/10/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 124.90<br>Israeli Shekels | $36.36 |
| 03/10/18 | SUPER FARM ALNBI<br>DRUG STORE/PHARMACY | TEL-AVIV | | 69.31<br>Israeli Shekels | $20.18 |
| 03/10/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 126.10<br>Israeli Shekels | $36.71 |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| 03/10/18 | SUPER FARM<br>DRUG STORE/PHARMACY | HERTZLIYA | | 129.81<br>Israeli Shekels | $37.79 |
| 03/11/18 | -ROE DANIAL LTD.<br>BEAUTY/BARBER SHOP | GIVATIIM | | 550.00<br>Israeli Shekels | $160.12 |
| 03/11/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 32.75<br>Israeli Shekels | $9.53 |
| 03/12/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | | 124.00<br>Israeli Shekels | $36.08 |
| 03/12/18 | MEATOUS<br>RESTAURANT | TEL AVIV-Y | | 180.00<br>Israeli Shekels | $52.38 |
| 03/13/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 26.58<br>Israeli Shekels | $7.76 |
| 03/13/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 32.20<br>Israeli Shekels | $9.40 |
| 03/13/18 | -LILINBLUM<br>RESTAURANT | GIVATIIM | | 258.00<br>Israeli Shekels | $75.30 |
| 03/14/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 36.00<br>Israeli Shekels | $10.53 |
| 03/15/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 82.40<br>Israeli Shekels | $23.89 |
| 03/15/18 | AHAVA MITHAM HATANA<br>COSMETIC STORE | TEL AVIV | | 180.00<br>Israeli Shekels | $52.18 |
| 03/18/18 | HUMER TOV<br>HOUSEHOLD APPLIANCES | TEL AVIV | | 400.00<br>Israeli Shekels | $115.97 |
| 03/18/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 274.00<br>Israeli Shekels | $79.44 |
| 03/18/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 29.00<br>Israeli Shekels | $8.41 |
| 03/20/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 60.60<br>Israeli Shekels | $17.45 |
| 03/20/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 40.84<br>Israeli Shekels | $11.76 |
| 03/20/18 | SHIRATO<br>RESTAURANT | TEL AVIV-Y | | 110.00<br>Israeli Shekels | $31.67 |
| 03/21/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 103.60<br>Israeli Shekels | $29.85 |
| 03/23/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $41.62 |
| 03/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 03/25/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 153.80<br>Israeli Shekels | $44.13 |
| 03/26/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 18.40<br>Israeli Shekels | $5.28 |

**Detail Continued**

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

p. 10/11

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 03/26/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 23.60<br>Israeli Shekels | $6.77 |
| 03/26/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 03/26/18 | HPUNA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | | 389.00<br>Israeli Shekels | $111.95 |
| 03/28/18 | UOLYA<br>COSMETIC STORE | TEL AVIV YAF | | 195.00<br>Israeli Shekels | $55.84 |
| 03/28/18 | VICTORI EHAD HAAM<br>GROCERY STORE | tel aviv | | 614.80<br>Israeli Shekels | $176.06 |
| 03/29/18 | ████████████ | ██████ | ██ | | ████ |
| 03/29/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 57.71<br>Israeli Shekels | $16.52 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ███ |

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ████████ | ████ |
| ████████ | ████ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.65% (v) | ███ | ███ |
| Promotional Select & Pay Later<br>Rate Expires 09/02/2018 then will go to 10.65% (v)* | 02/06/2018 | | 0.00% | ███ | ███ |
| Total | | | | | ███ |

(v) Variable Rate

* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 11/11

Closing Date 04/02/18

Account Ending ▮▮▮▮

## Information on Pay Over Time continued

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                 p. 1/12

Closing Date 05/02/18                                    Account Ending ███



| | |
|---|---|
| **New Balance** | ███ |
| **Payment Due Date** | 05/27/18‡ |

‡Late Payment Warning: ███

📄 See page 2 for important information about your account.

**Membership Rewards® Points**
Available and Pending as of 03/31/18    ███

For up to date point balance and full program
details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | ███ |
| Payments/Credits | ███ |
| New Charges | ███ |
| Fees | ███ |
| **New Balance** | ███ |

Days in Billing Period: 30

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**            **Pay by Phone**
1-877-877-0987              1-800-472-9297

📄 See page 2 for additional information.

ⓘ ███

📄 Learn how to take advantage of your Pay Over Time feature on **page 12**



---

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ███
Enter 15 digit account # on all payments.
Make check payable to American Express.



| | |
|---|---|
| Payment Due Date | **05/27/18** |
| AutoPay Amount | ███ |

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Sign & Travel and Extended Payment Option)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

|  Customer Care & Billing Inquiries | 1-877-877-0987 | **Hearing Impaired** | |
|---|---|---|---|
| International Collect | 1-954-503-8905 | TTY: 1-800-221-9950 | |
| Large Print & Braille Statements | 1-877-877-0987 | FAX: 1-800-695-9090 | |
| Express Cash | 1-800-CASH-NOW | In NY: 1-800-522-1897 | |

 **Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**

Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 3/12

Closing Date 05/02/18                                              Account Ending ██████

| Payments and Credits | |
| --- | --- |
| **Summary** | |

| | Total |
| --- | --- |
| Payments | ████ |
| Credits | ████ |
| ORLY GENGER ████ | -$212.50 |
| **Total Payments and Credits** | ████ |

| Detail    *Indicates posting date | |
| --- | --- |

| Payments | Amount |
| --- | --- |
| ██ ██ ███████ | ████ |

| Credits | | | Amount |
| --- | --- | --- | --- |
| ██ ██ | █████ | | ██ |
| | ██ | | |
| | █████████ | ██ ██ | ██ |
| ██ ██ | █████████ | | ██ |
| ██ ██ | █████████ | | ██ |
| ██ | █████████ | ██ | ██ |
| | █████████ | ██ ██ | ██ |
| 04/05/18 | ORLY GENGER | OPTUMRX 000000001 IRVINE    CA 800-562-6223 | -$137.50 |
| 04/05/18 | ORLY GENGER | OPTUMRX 000000001 IRVINE    CA 800-562-6223 | -$37.50 |
| 04/05/18 | ORLY GENGER | OPTUMRX 000000001 IRVINE    CA 800-562-6223 | -$37.50 |

| New Charges | |
| --- | --- |
| **Summary** | |

| | Total |
| --- | --- |
| ORLY GENGER ████ | ████ |
| ORLY GENGER | $5,129.14 |
| **Total New Charges** | ████ |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▆▆▆▆▆▆

| Detail |
| --- |

| | | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                      p. 5/12

Closing Date 05/02/18                              Account Ending ▮▮▮▮

┌─────────────────────────────────────────────────────────────────────────┐
│ Detail Continued                                                          │
└─────────────────────────────────────────────────────────────────────────┘



**DUPLICATE COPY**
Account Ending ████

████████████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**

Centurion® Card                                                                      p. 7/12

Closing Date 05/02/18                                    Account Ending ████

| Detail Continued |
|------------------|

|  |  |  | Foreign Spend | Amount |
|--|--|--|--------------|--------|

Exhibit DD

DUPLICATE COPY

Account Ending ▇▇▇▇▇

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**DUPLICATE COPY**

Centurion® Card                                                          p. 9/12

████████
Closing Date 05/02/18                                    Account Ending ████████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

| ██ | ███████ | ████ | ██ | ██ |
| ██ | ███████ | ████ | ██ | ██ |
| ██ | ███████ |  |  | ███ |
| ██ | ████ |  |  |  |
| ██ | ███████ |  | ███ | ██ |
| ██ | ████ |  |  | ██ |
| ██ | ████ | ████ | ██ |  |
| ██ | █████ | ████ |  | ██ ██ |
| ██ | ████ | ████ | ██ ██ | ██ |

👤 **ORLY GENGER**
Card Ending ████████

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| 04/02/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 154.20<br>Israeli Shekels | $44.13 |
| 04/02/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 98.00<br>Israeli Shekels | $28.05 |
| 04/04/18 | carters, Inc. 000000998<br>8773330117 | Atlanta | GA | $338.19 |
| 04/04/18 | MEATOUS<br>RESTAURANT | TEL AVIV - Y | 231.00<br>Israeli Shekels | $65.39 |
| 04/04/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 34.90<br>Israeli Shekels | $9.88 |
| ████ | ███████████ | █████ | ██ | ███ |
| 04/05/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | $163.80 |
| 04/05/18 | MINTZER<br>RELIGIOUS GOODS STORE | T A | 280.00<br>Israeli Shekels | $79.26 |
| 04/08/18 | HASABON<br>CLEANING/GARMENT | TEL-AVIV | 220.00<br>Israeli Shekels | $62.28 |
| 04/08/18 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF | 10.00<br>Israeli Shekels | $2.83 |
| 04/08/18 | SOPER KRAZY<br>GROCERY STORE | TEL AVIV | 50.00<br>Israeli Shekels | $14.15 |
| 04/09/18 | ERETZ ISRAEL MUSEUM TEL<br>TOURIST ATTRACTION | TEL AVIV | 52.00<br>Israeli Shekels | $14.72 |
| 04/09/18. | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 49.30<br>Israeli Shekels | $14.02 |
| 04/09/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 52.00<br>Israeli Shekels | $14.79 |
| 04/09/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $220.25 |
| 04/09/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | $721.93 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ██████

## Detail Continued

| Date | Description | Location | | Foreign Spend | Amount |
|------|-------------|----------|---|--------------:|-------:|
| 04/10/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $72.38 |
| 04/10/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 324.00<br>Israeli Shekels | $92.65 |
| 04/11/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $54.99 |
| 04/12/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 170.00<br>Israeli Shekels | $48.55 |
| 04/12/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $8.98 |
| 04/15/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 280.00<br>Israeli Shekels | $79.97 |
| 04/15/18 | BICICLETTA<br>RESTAURANT | TEL AVIV - Y | | 464.60<br>Israeli Shekels | $132.69 |
| 04/15/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 35.00<br>Israeli Shekels | $10.00 |
| 04/15/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 76.90<br>Israeli Shekels | $21.96 |
| 04/15/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 34.90<br>Israeli Shekels | $9.97 |
| 04/16/18 | KEREN HEPNER<br>CHILDREN'S CLOTHING | TEL AVIV - Y | | 484.00<br>Israeli Shekels | $138.31 |
| 04/16/18 | -BOBO<br>FAMILY CLOTHING | TEL AVIV | | 189.00<br>Israeli Shekels | $54.01 |
| 04/17/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 280.60<br>Israeli Shekels | $79.89 |
| 04/17/18 | FLAWERS<br>FLORIST | TEL AVIV | | 100.00<br>Israeli Shekels | $28.47 |
| 04/17/18 | LES PETITES LTD<br>FAMILY CLOTHING | TEL AVIV | | 712.50<br>Israeli Shekels | $202.85 |
| 04/18/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $10.00 |
| 04/18/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 51.70<br>Israeli Shekels | $14.72 |
| 04/18/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 175.00<br>Israeli Shekels | $49.82 |
| 04/20/18 | -MATOKSHUK<br>RESTAURANT | BENY BRAK | | 20.00<br>Israeli Shekels | $5.68 |
| 04/20/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 950.00<br>Israeli Shekels | $269.81 |
| 04/20/18 | -MATOKSHUK<br>RESTAURANT | BENY BRAK | | 33.00<br>Israeli Shekels | $9.37 |
| 04/22/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $51.56 |
| 04/22/18 | SIMPLE STORY LTD<br>BOOK STORE | TEL-AVIV | | 75.00<br>Israeli Shekels | $21.30 |
| 04/22/18 | HASABON<br>CLEANING/GARMENT | TEL-AVIV | | 260.00<br>Israeli Shekels | $73.84 |
| 04/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 29.80<br>Israeli Shekels | $8.44 |
| ██████ | ██████ | ██████ | | ██████ | ██████ |
| 04/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 72.70<br>Israeli Shekels | $20.59 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                           p. 11/12

▉▉▉▉▉▉
Closing Date 05/02/18                                    Account Ending ▉▉▉

| Detail Continued | | | | | |
|---|---|---|---|---|---|
| | | | | Foreign Spend | Amount |
| 04/23/18 | ASUFA LTD<br>ART DEALER & GALLERY | tel aviv | | 1,691.50<br>Israeli Shekels | $478.97 |
| 04/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 76.00<br>Israeli Shekels | $21.52 |
| 04/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 04/25/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | | 42.00<br>Israeli Shekels | $11.77 |
| 04/26/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 04/26/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 240.00<br>Israeli Shekels | $67.02 |
| 04/27/18 | JANIEANDJACK.COM<br>877-449-8800 | DIXON | CA | | $233.94 |
| 04/27/18 | ShopBop<br>CLOTHING | Shopbop.com | WI | | $250.00 |
| 04/27/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 250.40<br>Israeli Shekels | $69.93 |
| 04/27/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 19.90<br>Israeli Shekels | $5.56 |
| 04/28/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | | $25.47 |
| 04/29/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 35.80<br>Israeli Shekels | $10.00 |
| 04/29/18 | BABETTE CHILDRENS FASHION<br>CHILDREN'S CLOTHING | TEL AVIV | | 179.00<br>Israeli Shekels | $49.99 |
| 04/29/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 124.60<br>Israeli Shekels | $34.80 |
| 04/30/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | | 74.00<br>Israeli Shekels | $20.65 |
| 05/01/18 | SIMPLE STORY LTD<br>BOOK STORE | TEL-AVIV | | 18.00<br>Israeli Shekels | $5.00 |
| 05/01/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 90.10<br>Israeli Shekels | $25.05 |
| 05/02/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $27.92 |
| 05/02/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $38.83 |

| Fees | |
|---|---|
| | Amount |
| Total Fees for this Period | ▉▉▉ |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▪▪▪▪▪

p. 12/12

---

| 2018 Fees and Interest Totals Year-to-Date | |
|---|---|
| | Amount |
| ▪▪▪▪▪ | ▪▪ |
| ▪▪▪▪▪ | ▪▪ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Select & Pay Later | 02/12/2004 | | 10.65% (v) | ▪▪ | ▪▪ |
| Promotional Select & Pay Later Rate Expires 09/02/2018 then will go to 10.65% (v)* | 02/06/2018 | | 0.00% | ▪▪ | ▪▪ |
| **Total** | | | | | ▪▪ |

(v) Variable Rate

* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

---

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit americanexpress.com/payovertime.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**You are currently enrolled in Select & Pay Later**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                    p. 1/18



████ Closing Date 06/01/18                                    Account Ending ████

| New Balance | ████ |
|---|---|
| **Payment Due Date** | **06/27/18**‡ |

‡**Late Payment Warning:** ████████████

➥ See page 2 for important information about your account.

➥ **See page 13** for an Important Notice About Changes to Your Cardmember Agreement.

➥ **See page 15** for a Notice Of Change To The Membership Rewards Program Terms & Conditions.

➥ **See Page 18** for Important information regarding benefits underwritten by AMEX Assurance Company.

ⓘ 

➥ Learn how to take advantage of your Pay Over Time feature on **page 10**

ⓘ After July 31, 2018, Centurion Members will no longer be able to enroll in the Relais & Chateaux Club 5C program.

**Membership Rewards® Points**
Available and Pending as of 04/30/18  ████

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| Previous Balance | ████ |
|---|---|
| Payments/Credits | ████ |
| New Charges | ████ |
| Fees | ████ |
| **New Balance** | ████ |

Days in Billing Period: 30

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

➥ See page 2 for additional information.

---

✉ **Payment Coupon** 
Do not staple or use paper clips

🖥 **Pay by Computer** 
americanexpress.com/pbc

📞 **Pay by Phone** 
1-800-472-9297

**Account Ending** ████
Enter 15 digit account # on all payments.
Make check payable to American Express.



| | Payment Due Date<br>**06/27/18** |
|---|---|
| | AutoPay Amount<br>████ |

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

☐ Check here if your address or phone number has changed. Note changes on reverse side.

**Exhibit DD**

████████████

**DUPLICATE COPY**
Account Ending ▬▬▬▬▬

p. 2/18

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Pay Over Time Travel and Pay Over Time Direct)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | 1-877-877-0987 | **Hearing Impaired** |
| **International Collect** | 1-954-503-8905 | TTY: 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-877-877-0987 | FAX: 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.
• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**
Avoid late fees
Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 06/01/18

Account Ending ███

p. 3/18



## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ███ |
| Credits | ███ |
| ███ |  |
| Total Payments and Credits | ███ |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|

| Credits | Foreign Spend | Amount |
|---|---|---|

## New Charges

### Summary

|  | Total |
|---|---|
| ███ |  |
| ORLY GENGER ███ | $4,139.62 |
| Total New Charges | ███ |

### Detail

| | | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 5/18

Closing Date 06/01/18                                              Account Ending ███

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**DUPLICATE COPY**
Account Ending ███████

| Detail Continued |
| --- |

|  |  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                p. 7/18

Closing Date 06/01/18                                      Account Ending ████

| Detail Continued |
|---|

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

**QRLY GENGER**
Card Ending ████

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/02/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 97.43<br>Israeli Shekels | $27.10 |
| 05/02/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 17.70<br>Israeli Shekels | $4.92 |
| 05/02/18 | PATESARE<br>FAST FOOD RESTAURANT | HULLON | 24.00<br>Israeli Shekels | $6.68 |
| 05/02/18 | AMAZON.COM<br>MERCHANDISE | AMZN.COM/BILL | WA | $53.93 |
| 05/03/18 | JANIEANDJACK.COM<br>877-449-8800 | DIXON | CA | $150.98 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending 

p. 8/18

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/03/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | 290.00<br>Israeli Shekels | $80.27 |
| 05/03/18 | 034401158<br>CLEANING/GARMENT | TEL AVIV-JAF | 466.00<br>Israeli Shekels | $128.98 |
| 05/03/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 361.00<br>Israeli Shekels | $99.92 |
| 05/06/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | 203.00<br>Israeli Shekels | $56.19 |
| 05/06/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 26.20<br>Israeli Shekels | $7.25 |
| 05/07/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 51.20<br>Israeli Shekels | $14.18 |
| 05/07/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 66.90<br>Israeli Shekels | $18.52 |
| 05/07/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 15.90<br>Israeli Shekels | $4.40 |
| 05/07/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 65.26<br>Israeli Shekels | $18.07 |
| 05/08/18 | -MATOKSHUK<br>RESTAURANT | BENY BRAK | 38.00<br>Israeli Shekels | $10.58 |
| 05/10/18 | HASID AYEREK<br>DAIRY PRODUCTS STORE | TEL AVIV-JAF | 140.00<br>Israeli Shekels | $39.31 |
| 05/10/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | 191.00<br>Israeli Shekels | $53.63 |
| 05/10/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 190.40<br>Israeli Shekels | $53.47 |
| 05/11/18 | 034401158<br>CLEANING/GARMENT | TEL AVIV-JAF | 65.00<br>Israeli Shekels | $18.25 |
| 05/13/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 44.20<br>Israeli Shekels | $12.41 |
| 05/14/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 257.90<br>Israeli Shekels | $72.24 |
| 05/15/18 | HILULA<br>HOUSEHOLD APPLIANCES | tel aviv | 363.20<br>Israeli Shekels | $101.74 |
| 05/15/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 33.10<br>Israeli Shekels | $9.23 |
| 05/15/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 0.50<br>Israeli Shekels | $0.14 |
| 05/16/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 248.51<br>Israeli Shekels | $69.35 |
| 05/16/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 38.70<br>Israeli Shekels | $10.80 |
| 05/16/18 | ANITA<br>FAST FOOD RESTAURANT | TEL-AVIV | 82.00<br>Israeli Shekels | $22.86 |
| 05/17/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 81.50<br>Israeli Shekels | $22.72 |
| 05/17/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 30.10<br>Israeli Shekels | $8.39 |
| 05/17/18 | DE LA PE<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | 43.00<br>Israeli Shekels | $11.99 |
| 05/17/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 32.00<br>Israeli Shekels | $8.92 |
| 05/17/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 17.40<br>Israeli Shekels | $4.85 |

**Exhibit DD**

## DUPLICATE COPY

**Centurion® Card**                                                                p. 9/18

▬▬▬▬▬▬▬
Closing Date 06/01/18                                              Account Ending ▬▬▬▬

| | Detail Continued | | | |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/17/18 | MEATOUS RESTAURANT | TEL AVIV - Y | 102.00 Israeli Shekels | $28.44 |
| 05/17/18 | HALEHEM SHEL MICHAELA DAIRY PRODUCTS STORE | TEL AVIV YAF | 18.00 Israeli Shekels | $5.02 |
| 05/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 10.00 Israeli Shekels | $2.79 |
| 05/18/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 201.00 Israeli Shekels | $56.04 |
| 05/18/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | 1,282.00 Israeli Shekels | $357.45 |
| 05/21/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 42.20 Israeli Shekels | $11.80 |
| 05/21/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 28.20 Israeli Shekels | $7.88 |
| 05/21/18 | SUPER FARM ALNBI DRUG STORE/PHARMACY | TEL-AVIV | 175.16 Israeli Shekels | $48.96 |
| 05/22/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 42.50 Israeli Shekels | $11.96 |
| 05/22/18 | -WESHOES FAMILY CLOTHING | BENE BRAK | 359.80 Israeli Shekels | $101.22 |
| 05/22/18 | -MI ANKNTA FAMILY CLOTHING | GIVATIIM | 69.00 Israeli Shekels | $19.41 |
| 05/22/18 | -ACCESSORIZE FAMILY CLOTHING | BENE BRAK | 39.90 Israeli Shekels | $11.22 |
| 05/22/18 | TOYSRUS DIZENGOF HOBBY, TOY & GAME | tel aviv | 487.20 Israeli Shekels | $137.06 |
| 05/23/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 73.00 Israeli Shekels | $20.48 |
| 05/23/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 142.00 Israeli Shekels | $39.83 |
| 05/23/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 38.00 Israeli Shekels | $10.66 |
| 05/24/18 | AYAS SWEETS FAST FOOD RESTAURANT | HERZELIYA | 670.00 Israeli Shekels | $189.24 |
| 05/24/18 | ELEKTRA PEL ROM SHIRUTIM ELECTRONICS STORE | lod | 220.00 Israeli Shekels | $62.14 |
| 05/24/18 | ELIRAN OFFICE SUPPLY STORE | TEL AVIV YAF | 250.00 Israeli Shekels | $70.61 |
| 05/24/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 300.80 Israeli Shekels | $84.96 |
| 05/24/18 | 034401158 CLEANING/GARMENT | TEL AVIV-JAF | 520.00 Israeli Shekels | $146.87 |
| 05/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO    CA | | $9.99 |
| 05/25/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 62.60 Israeli Shekels | $17.68 |
| 05/25/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 39.50 Israeli Shekels | $11.16 |
| 05/26/18 | Amazon Prime SHIPPINGCLUB | Amazon.com    WA | | $14.99 |
| 05/27/18 | -LILINBLUM RESTAURANT | GIVATIIM | 258.00 Israeli Shekels | $72.87 |

**Exhibit DD**

**DUPLICATE COPY**

Account Ending ▮▮▮▮

p. 10/18

---

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/28/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 42.10<br>Israeli Shekels | $11.84 |
| 05/28/18 | AMNOAL<br>SHOE STORE | TEL AVIV | 4,715.00<br>Israeli Shekels | $1,325.56 |
| 05/28/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | 58.00<br>Israeli Shekels | $16.31 |
| 05/28/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 55.00<br>Israeli Shekels | $15.46 |
| 05/30/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 35.20<br>Israeli Shekels | $9.86 |
| 05/30/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 26.10<br>Israeli Shekels | $7.31 |
| 05/30/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 1.00<br>Israeli Shekels | $0.28 |

---

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ▮▮▮ |

---

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 02/12/2004 | | 10.65% (v) | ▮▮▮ | ▮▮▮ |
| Promotional Select & Pay Later<br>Rate Expires 09/02/2018 then will go to 10.65% (v)* | 02/06/2018 | | 0.00% | ▮▮▮ | ▮▮▮ |
| Total | | | | | ▮▮▮ |

(v) Variable Rate

* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

---

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 11/18

Closing Date 06/01/18                                                    Account Ending ▮▮▮▮

## Information on Pay Over Time continued

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed
your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more
information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to
pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to
your Pay Over Time balance until the date it is paid.

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to
pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to
your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Exhibit DD**

**Centurion® Card**

**DUPLICATE COPY**

Closing Date 06/01/18

Account Ending ▬▬▬

## Notice of Important Changes to Your Cardmember Agreement

We are making changes summarized below to your account terms, which are contained in the American Express Cardmember Agreement ("Agreement") governing your Account referenced in this notice. We encourage you to read this notice, share it with Additional Cardmembers on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. The detailed changes to your Cardmember Agreement can be found on the following page.

| Summary of Changes, Effective Immediately | |
|---|---|
| Credit Reports | Currently, the Credit Reports section of your Agreement states that you agree that we may use credit reports and other information about you for any purpose, subject to applicable law.<br><br>Effective Immediately, we are updating your Agreement to provide two examples of how we may use credit reports and other information about you. |
| We may contact you | Effective Immediately, we are adding language to clarify the various ways we, our affiliates, agents and contractors can contact you, including email notifications, in order to service your account or collect amounts you owe to us. |

ID 12655

*See the following page for the Detail of Changes to your Cardmember Agreement.*

**Exhibit DD**

CMLENDDMRUS0261

DUPLICATE COPY
Account Ending

p. 14/18

## Detail of Changes to Your Cardmember Agreement

This notice amends the Cardmember Agreement ("Agreement") as described below. We have the right to amend as described in the Agreement. Any terms in the Agreement conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

Effective Immediately, we are deleting the last sentence of the first paragraph of the *Credit Reports* subsection of the *Other important information* section in Part 2 of the Agreement and replacing it with the following:

> And you agree that we will use such information for any purposes (for example, marketing to you or evaluating you for a new account), subject to applicable law.

Effective Immediately, we are deleting the *We may contact you* subsection of the *Other important information* section in Part 2 of the Agreement and replacing it with the following:

| We may contact you | **Servicing and Collections**<br>If we need to contact you to service your account or to collect amounts you owe, you authorize us (and our affiliates, agents and contractors, such as debt collection agencies and service providers) to contact you at any phone number or email address you provide, from which you contact us, or at which we believe we can reach you. We may contact you in any way, such as calling, texting, emailing, sending mobile application push notifications or using any other method of communication permitted by law. We may contact you using an automated dialer or prerecorded messages. We may contact you on a mobile, wireless or similar device, even if you are charged for it.<br><br>**Call monitoring**<br>We may monitor and record any calls between you and us. |
|---|---|

**Exhibit DD**

CMLENDDMRUS0261

**DUPLICATE COPY**

Centurion® Card

p. 15/18

Closing Date 06/01/18

Account Ending ▮▮▮▮

## Notice of Important Changes to the Membership Rewards® Program Terms

We are making a change to the Membership Rewards Program Terms & Conditions. We encourage you to read this notice, share it with Additional Card Members on your account, and file it for future reference. If you have any questions about this change, please call the number on the back of your Card. A summary of the change appears below. The detailed change can be found after the summary chart.

| Summary of Changes effective Immediately | |
| --- | --- |
| **About The Program and Getting Points** | The Gold Card from American Express will now be known as the American Express Classic Gold Card. |
| **Getting Points & Using Points** | We are changing the Pay Over Time feature names which will also impact the Membership Rewards T&Cs:<br><br>Previously, the feature was known as Select & Pay Later. The feature will now be known as Pay Over Time Select.<br><br>Previously, the feature was known as Expo. The feature will now be known as Pay Over Time Direct.<br><br>Previously, the feature was known as Sign & Travel. The feature will now be known as Pay Over Time Travel. |

| Summary of Changes effective August 1, 2018 | |
| --- | --- |
| **Using Points - Transferring Points to Frequent Customer Programs** | SPG® has announced changes to its loyalty program and how its members will earn Starpoints:<br><br>Starpoints will be referred to as points. These points do not refer to Membership Rewards points.<br><br>On August 1, 2018, Starpoint balances in loyalty member accounts will convert to points at a 1:3 ratio (one Starpoint will convert to three points). For example, 1,000 Starpoints will become 3,000 points.  In general, the number of points needed to redeem in the loyalty program will have corresponding changes.<br><br>To align with this, we are making changes to the Membership Rewards Program Terms & Conditions that impact Card Members who are enrolled in the Membership Rewards program and are eligible for a Membership Rewards point transfer.  Membership Rewards points can now be transferred at a 1:1 ratio into the Starwood Preferred Guest® program and can be transferred in increments of 1,000 points. |

| Summary of Changes effective September 1, 2018 | |
| --- | --- |
| **Using Points - Shop with Points at Amazon.com** | We are making enhancements on how your eligible purchases made at **Amazon.com**, using only points or a combination of points and your Card, will appear on your billing statement. |

ID 12644

*See the following page(s) for the Detail of Changes to the Membership Rewards Program Terms & Conditions.*

**Exhibit DD**

DUPLICATE COPY
Account Ending

## Detail of Changes to the Membership Rewards Program Terms & Conditions

This notice amends the Membership Rewards Program Terms & Conditions (the "Terms & Conditions") as described below. We have the right to amend as described in the Terms & Conditions. Any terms in the Terms & Conditions conflicting with this change are replaced fully and completely. Terms not changed by this notice remain in full force and effect.

A. **Effective immediately**, your Terms & Conditions will be amended as follows:

**ABOUT THE PROGRAM: WHO CAN USE THE PROGRAM & ANNUAL FEES, GETTING POINTS: GETTING ADDITIONAL POINTS and GETTING POINTS: BUYING POINTS**
All references to the Gold Card from American Express, located in the *Who Can Use the Program & Annual Fees* sub-section under the *About the Program* section and the *Getting Additional Points* and *Buying Points* sub-sections under the *Getting Points* section, will be deleted and replaced with American Express Classic Gold Card.

B. **Effective immediately**, your Terms & Conditions will be amended as follows:

**GETTING POINTS: USING YOUR CARD**
In the *Using Your Card* sub-section of the *Getting Points* section of the Terms & Conditions, the bullets in the first paragraph will be deleted in their entirety and replaced with the following:

For Consumer Cards:
· Pay Over Time
· Eligible American Express Credit Card purchases

For Business Cards:
· Extended Payment Option
· Eligible American Express Credit Card purchases

**USING POINTS: USING PAY WITH POINTS TO BOOK TRAVEL ON AMEXTRAVEL.COM, FOR PRODUCTS THROUGH MEMBERSHIPREWARDS.COM, AND ELSEWHERE**
In the *Using Pay with Points to Book Travel on AMEXTRAVEL.COM, for Products Through MEMBERSHIPREWARDS.COM, and Elsewhere* sub-section of the *Using Points* section of the Terms & Conditions, the first sentence in the final paragraph will be deleted in its entirety and replaced with the following:

If you use a Pay Over Time feature (such as Pay Over Time Direct for Consumer Cards, or the Extended Payment Option for Business Cards) for a purchase using Pay with Points, the statement credit you get may not be applied to that feature.

C. **Effective August 1, 2018**, your Terms & Conditions will be amended as follows:

**USING POINTS: TRANSFERRING POINTS TO FREQUENT CUSTOMER PROGRAMS**
In the *Transferring Points to Frequent Customer Programs* sub-section of the *Using Points* section of the Terms & Conditions, the last bullet point under *Conversion Rates and Increments*, which states "Starwood Preferred Guest®: 1,000 Membership Rewards=333 Starpoints®", will be deleted in its entirety.

**Exhibit DD**

Centurion® Card                    **DUPLICATE COPY**                    p. 17/18

███████████████

Closing Date 06/01/18                                    Account Ending ███

D. **Effective September 1, 2018,** your Terms & Conditions will be amended as follows:

**USING POINTS: SHOP WITH POINTS AT AMAZON.COM**
In the *Shop with Points at Amazon.com* sub-section of the *Using Points* section of the Terms &
Conditions, the *Ordering* language will be deleted in its entirety and replaced with the following:

**Ordering**
Card Members may make eligible purchases at Amazon.com using only points, or a combination
of points and your American Express Card. When you use points at Amazon.com for your entire
purchase, American Express will charge your purchase to your Card account and deduct the points
you used from your program account, and you will see a corresponding statement credit for the
points you used. If you elect to use points for only a portion of your purchase, American Express will
separately charge the portion of your purchase that you did not cover with points to your Card account
after the purchase ships. For example, if you make a $500 purchase and elect to cover $300 of that
purchase with points, American Express will:

· Charge your Card account $300,
· Apply a $300 credit to your Card account, and
· After your purchase ships, charge your Card account $200.

**Returning products purchased at Amazon.com**
Returns are subject to Amazon.com's policies and must be authorized by Amazon.com before you
receive a statement credit for the points you used.

**Exhibit DD**

CMLENDDMRUS0268

DUPLICATE COPY
Account Ending █████

p. 18/18

**Centurion® Card**

## Notice of Update to an Additional Benefit of Your Card

As described below, We made an update to Your Purchase Protection card benefit. This benefit is provided to You at no additional charge as part of Your Card Membership. We encourage You to read this notice and file it for future reference.

### Purchase Protection[1]

Purchase Protection is provided to You as a benefit of Card Membership at no additional charge when a purchase is made with Your eligible Card. For claims submitted to Us on and after **August 1, 2018**, the coverage duration on eligible purchases will be increased from 90 days to 120 days*.

*For residents of New York, Indiana, Guam, Puerto Rico, and Northern Mariana Islands coverage duration remains at 90 days.

To learn more about other benefits that may be available to You as a part of Your Card Membership, please visit **americanexpress.com/benefitsguide.**

ID 12649

---

[1]Purchase Protection is underwritten by AMEX Assurance Company and Tokio Marine Pacific Insurance Limited. Subject to additional terms, conditions and exclusions.

**Exhibit DD**

CMLENDDMRUS0265

**DUPLICATE COPY**

Centurion® Card                                                                      p. 1/12

Closing Date 07/02/18                                           Account Ending ▇▇

| New Balance | ▇▇▇▇ |
|---|---|
| **Payment Due Date** | **07/27/18‡** |

‡Late Payment Warning: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

See page 2 for important information about your account.

ⓘ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

ⓘ **Important Information:** To access the most up to date version of your Cardmember Agreement, please log in to your Account at **www.americanexpress.com.**

Learn how to take advantage of your Pay Over Time feature on **page 12**

## Membership Rewards® Points
Available and Pending as of 05/31/18 ▇▇▇

For up to date point balance and full program details, visit membershiprewards.com

### Account Summary

| | |
|---|---|
| Previous Balance | ▇▇ |
| Payments/Credits | ▇▇▇ |
| New Charges | ▇▇▇ |
| Fees | ▇▇▇ |
| **New Balance** | ▇▇▇ |

Days in Billing Period: 31

### Customer Care

🖥 **Pay by Computer**
americanexpress.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

## You Spoke. We Listened.

**Over 1.5 million more places** in the U.S. started accepting American Express® Cards in 2017.

**Visit ShopSmallNow.com**



✈ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

☎ **Pay by Phone**
1-800-472-9297

**Account Ending** ▇▇

Enter 15 digit account # on all payments.
Make check payable to American Express.

| Payment Due Date | **07/27/18** |
|---|---|
| AutoPay Amount | ▇▇▇ |




AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

☐ Check here if your address or phone number has changed. Note changes on reverse side.

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▒▒▒▒▒

p. 2/12

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance (ADB) method** (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Pay Over Time Travel and Pay Over Time Direct)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



**Customer Care & Billing Inquiries**
**International Collect**
**Large Print & Braille Statements**
**Express Cash**

1-877-877-0987
1-954-503-8905
1-877-877-0987
1-800-CASH-NOW

**Hearing Impaired**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

## Pay Your Bill with AutoPay

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 3/12

Closing Date 07/02/18

Account Ending



## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ▉ |
| Credits | ▉ |
| Total Payments and Credits | ▉ |

### Detail ▪Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |

| Credits | | | Amount |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |

## New Charges

### Summary

|  | Total |
|---|---|
| ▉ | ▉ |
| ORLY GENGER ▉ | $2,810.17 |
| Total New Charges | ▉ |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮▮

| Detail |
| --- |

|  |  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**DUPLICATE COPY**

Centurion® Card

Closing Date 07/02/18

p. 5/12

Account Ending ██████

| Detail Continued |
| --- |

|  |  |  |  |  | Foreign Spend | **Amount** |
| --- | --- | --- | --- | --- | --- | --- |

DUPLICATE COPY
Account Ending ████

p. 6/12

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

Closing Date 07/02/18

Account Ending ███

| Detail Continued |
| --- |

|  |  | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████████

**Detail Continued**

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|

████████ **ORLY GENGER**
Card Ending ████████

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| 05/31/18 | NEVE TZEDEK PHARMACY A.M. DRUG STORE/PHARMACY | TEL AVIV YAF | 51.92 Israeli Shekels | $14.65 |
| 05/31/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 105.00 Israeli Shekels | $29.62 |
| 05/31/18 | ZPON ABRKSS RESTAURANT | TEL AVIV YAF | 212.80 Israeli Shekels | $60.04 |
| 05/31/18 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | 88.60 Israeli Shekels | $25.00 |
| 05/31/18 | HALEHEM SHEL MICHAELA DAIRY PRODUCTS STORE | TEL AVIV YAF | 40.00 Israeli Shekels | $11.29 |

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**                                                                          p. 9/12

Closing Date 07/02/18

Account Ending ▮▮▮▮

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 06/02/18 | MANTA RAY RESTAURANT | TEL AVIV | | 394.00 Israeli Shekels | $111.16 |
| 06/03/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $135.61 |
| 06/03/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 99.40 Israeli Shekels | $28.04 |
| 06/03/18 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | | 29.70 Israeli Shekels | $8.38 |
| 06/03/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 41.30 Israeli Shekels | $11.65 |
| 06/03/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | | 310.00 Israeli Shekels | $87.46 |
| 06/03/18 | DALAL RESTAURANT | TEL AVIV YAF | | 166.00 Israeli Shekels | $46.75 |
| 06/03/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $114.72 |
| 06/04/18 | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | | ▮▮▮▮ | ▮▮▮ |
| 06/04/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 76.60 Israeli Shekels | $21.57 |
| 06/04/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 77.80 Israeli Shekels | $21.91 |
| 06/04/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 38.90 Israeli Shekels | $10.96 |
| 06/05/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $29.99 |
| 06/05/18 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $70.68 |
| 06/06/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $70.35 |
| 06/06/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $11.89 |
| 06/07/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | $11.95 |
| 06/07/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | 144.00 Israeli Shekels | $40.37 |
| 06/07/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 28.60 Israeli Shekels | $8.02 |
| 06/07/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 33.40 Israeli Shekels | $9.36 |
| 06/08/18 | HALEHEM SHEL MICHAELA DAIRY PRODUCTS STORE | TEL AVIV YAF | | 60.00 Israeli Shekels | $16.82 |
| 06/08/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 58.60 Israeli Shekels | $16.43 |
| 06/08/18 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | | 17.00 Israeli Shekels | $4.77 |
| 06/10/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 52.90 Israeli Shekels | $14.83 |
| 06/10/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 291.60 Israeli Shekels | $81.76 |
| 06/10/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 42.70 Israeli Shekels | $11.97 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

| | Detail Continued | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Foreign Spend | Amount |
| 06/10/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 146.60 Israeli Shekels | $41.10 |
| 06/10/18 | NEST LABS 855-469-6378 | PALO ALTO | CA | | | $23.21 |
| 06/12/18 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | | $33.46 |
| 06/12/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | | 38.00 Israeli Shekels | $10.65 |
| 06/13/18 | AMAZON MKTPLACE PMTS BOOK STORES | AMZN.COM/BILL | WA | | | $73.90 |
| 06/13/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | | 164.40 Israeli Shekels | $45.93 |
| 06/13/18 | HALEHEM SHEL MICHAELA DAIRY PRODUCTS STORE | TEL AVIV YAF | | | 40.00 Israeli Shekels | $11.17 |
| 06/14/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 39.90 Israeli Shekels | $11.06 |
| 06/14/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 26.20 Israeli Shekels | $7.27 |
| 06/15/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 158.90 Israeli Shekels | $44.07 |
| 06/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 64.30 Israeli Shekels | $17.75 |
| 06/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 93.10 Israeli Shekels | $25.71 |
| 06/18/18 | ███████████ | ██████████ | | ███████ | | ██████ |
| 06/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 47.80 Israeli Shekels | $13.20 |
| 06/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 37.00 Israeli Shekels | $10.22 |
| 06/18/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 70.30 Israeli Shekels | $19.34 |
| 06/19/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | | | 140.00 Israeli Shekels | $38.65 |
| 06/19/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 33.40 Israeli Shekels | $9.19 |
| 06/19/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 146.10 Israeli Shekels | $40.19 |
| 06/19/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | | 76.00 Israeli Shekels | $20.91 |
| 06/19/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 32.80 Israeli Shekels | $9.02 |
| 06/20/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 48.70 Israeli Shekels | $13.45 |
| 06/20/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 46.90 Israeli Shekels | $12.95 |
| 06/21/18 | ████████████████ | ████████ | ███ | | | ██████ |
| 06/21/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | | 39.00 Israeli Shekels | $10.83 |
| 06/21/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | | | 90.00 Israeli Shekels | $24.99 |
| 06/21/18 | NEVE TZEDEK PHARMACY A.M DRUG STORE/PHARMACY | TEL AVIV YAF | | | 64.80 Israeli Shekels | $17.99 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                          p. 11/12

<span style="color:black">████████████</span>

Closing Date 07/02/18                                    Account Ending  ████████

| | | | Foreign Spend | | Amount |
|---|---|---|---|---|---|
| 06/21/18 | -LAIT<br>HOUSEHOLD APPLIANCES | BENE BRAK | 90.00<br>Israeli Shekels | | $24.99 |
| 06/22/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 34.70<br>Israeli Shekels | | $9.64 |
| 06/22/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | 140.00<br>Israeli Shekels | | $38.88 |
| 06/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 43.30<br>Israeli Shekels | | $12.02 |
| 06/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 37.90<br>Israeli Shekels | | $10.52 |
| 06/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 127.00<br>Israeli Shekels | | $35.27 |
| 06/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 27.20<br>Israeli Shekels | | $7.55 |
| 06/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 46.10<br>Israeli Shekels | | $12.80 |
| 06/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 88.30<br>Israeli Shekels | | $24.52 |
| 06/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 27.20<br>Israeli Shekels | | $7.55 |
| 06/24/18 | DAVID<br>FAST FOOD RESTAURANT | TEL AVIV-Y | 21.00<br>Israeli Shekels | | $5.83 |
| 06/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 06/25/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | 31.00<br>Israeli Shekels | | $8.60 |
| 06/25/18 | DAVID<br>FAST FOOD RESTAURANT | TEL AVIV-Y | 13.00<br>Israeli Shekels | | $3.61 |
| 06/26/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 11.80<br>Israeli Shekels | | $3.26 |
| 06/26/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 43.90<br>Israeli Shekels | | $12.14 |
| 06/26/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 06/27/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 46.60<br>Israeli Shekels | | $12.81 |
| 06/27/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 36.40<br>Israeli Shekels | | $10.01 |
| 06/28/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 26.50<br>Israeli Shekels | | $7.27 |
| 06/28/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 129.20<br>Israeli Shekels | | $35.44 |
| 06/28/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 37.30<br>Israeli Shekels | | $10.23 |
| 06/28/18 | 0344401158<br>CLEANING/GARMENT | TEL AVIV-JAF | 420.00<br>Israeli Shekels | | $115.21 |
| 06/30/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 22.40<br>Israeli Shekels | | $6.14 |
| 07/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 125.60<br>Israeli Shekels | | $34.45 |
| 07/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 29.20<br>Israeli Shekels | | $8.01 |

**Detail Continued**

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

p. 12/12

---

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 07/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 41.80<br>Israeli Shekels | $11.47 |

---

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ██ |

---

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ████████ | ██ |
| ████████ | ██ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 02/12/2004 | | 10.90% (v) | ██ | ██ |
| Promotional Select & Pay Later<br>Rate Expires 09/02/2018 then will go to 10.90% (v)* | 02/06/2018 | | 0.00% | ██ | ██ |
| Total | | | | | ██ |

(v) Variable Rate

\* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

---

### Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime**.

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**DUPLICATE COPY**

p. 1/13

**Centurion® Card**

Closing Date 08/02/18

Account Ending ▇▇▇

| New Balance | ▇▇▇ |
|---|---|
| **Payment Due Date** | **08/27/18 ‡** |

‡ **Late Payment Warning:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

See page 2 for important information about your account.

Learn how to take advantage of your Pay Over Time feature on **page 12**

## Membership Rewards® Points
Available and Pending as of 06/30/18

For up to date point balance and full program details, visit membershiprewards.com

## Account Summary

| | |
|---|---|
| Previous Balance | ▇▇ |
| Payments/Credits | ▇▇ |
| New Charges | |
| Fees | ▇▇ |
| **New Balance** | ▇▇ |

Days in Billing Period: 31

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▇▇▇

Enter 15 digit account # on all payments.
Make check payable to American Express.

  



| | Payment Due Date |
|---|---|
| | **08/27/18** |
| | AutoPay Amount |
| | ▇▇▇ |

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Pay Over Time Travel and Pay Over Time Direct)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

|  **Customer Care & Billing Inquiries** | 1-877-877-0987 | **Hearing Impaired** |
|---|---|---|
| **International Collect** | 1-954-503-8905 | TTY: 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-877-877-0987 | FAX: 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

 **Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

---

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                p. 3/13

████████
Closing Date 08/02/18                                    Account Ending ████████

## Payments and Credits
### Summary

|  | Total |
|---|---|
| Payments | ███ |
| Credits | ███ |
| ██████ | ███ |
| Total Payments and Credits | ███ |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| ███ | ███ | █████ | ███ |

| Credits | | | Amount |
|---|---|---|---|
| ███ | ███ | ████ | ███ |



## New Charges
### Summary

|  | Total |
|---|---|
| ███████ | ███ |
| ORLY GENGER ████ | $6,325.35 |
| Total New Charges | ███ |

### Detail

| 👤 ████████ | | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ████

| Detail Continued |
| --- |

| | | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- | --- |

**DUPLICATE COPY**

Centurion® Card

██████████

Closing Date 08/02/18

Account Ending ███████

┌─────────────────────────────────────────────────────────────────────┐
│ **Detail Continued**                                                  │
└─────────────────────────────────────────────────────────────────────┘

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

[Redacted transaction detail — all line-item content blacked out]

**Exhibit DD**

DUPLICATE COPY
Account Ending ▮▮▮▮

| Detail Continued |
| --- |

|  |  |  | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 08/02/18

Account Ending ▆▆▆▆

| Detail Continued |
| --- |



**Exhibit DD**

**DUPLICATE COPY**
Account Ending ██████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 9/13

████████

Closing Date 08/02/18

Account Ending ████████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**ORLY GENGER**
Card Ending ████████

| Date | Merchant | Location | Foreign Spend | Amount |
|---|---|---|---|---|
| 07/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 45.70 Israeli Shekels | $12.50 |
| 07/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 25.00 Israeli Shekels | $6.84 |
| 07/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 25.90 Israeli Shekels | $7.08 |
| 07/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 90.10 Israeli Shekels | $24.64 |
| 07/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 12.80 Israeli Shekels | $3.50 |
| 07/03/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 43.00 Israeli Shekels | $11.80 |
| 07/04/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 38.50 Israeli Shekels | $10.57 |
| 07/04/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 28.60 Israeli Shekels | $7.85 |
| 07/05/18 | ████████ | ████ | ██ | ████ |
| 07/05/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 17.57 Israeli Shekels | $4.84 |
| 07/05/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | 17.70 Israeli Shekels | $4.87 |
| 07/06/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 188.00 Israeli Shekels | $51.76 |
| 07/08/18 | NIMROD SOHOS SHOE STORE | YEHUD | 160.00 Israeli Shekels | $44.05 |
| 07/09/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 30.00 Israeli Shekels | $8.31 |
| 07/09/18 | LALINE COSMETIC STORE | tel aviv | 574.40 Israeli Shekels | $159.01 |
| 07/09/18 | -911 FASHION LTD FAMILY CLOTHING | BENE BRAK | 614.20 Israeli Shekels | $170.03 |
| 07/09/18 | NIKI RITEILORS SHOE STORE | tel aviv | 444.80 Israeli Shekels | $123.13 |
| 07/10/18 | DAVID FAST FOOD RESTAURANT | TEL AVIV - Y | 36.00 Israeli Shekels | $9.92 |
| 07/10/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 20.60 Israeli Shekels | $5.67 |
| 07/10/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 41.60 Israeli Shekels | $11.46 |
| 07/10/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | 379.50 Israeli Shekels | $104.52 |

**Exhibit DD**

**DUPLICATE COPY**



Account Ending

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 07/10/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | | 166.40<br>Israeli Shekels | $45.83 |
| 07/10/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 19.30<br>Israeli Shekels | $5.32 |
| 07/11/18 | CNAAN<br>RESTAURANT | tel aviv | | 419.80<br>Israeli Shekels | $115.61 |
| 07/11/18 | 034401158<br>CLEANING/GARMENT | TEL AVIV-JAF | | 256.00<br>Israeli Shekels | $70.50 |
| 07/11/18 | carters, Inc. 000000998<br>8773330117 | Atlanta | GA | | $395.48 |
| 07/11/18 | LA PERLA<br>APPAREL | NEW YORK | NY | | $1,016.00 |
| 07/13/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 33.50<br>Israeli Shekels | $9.21 |
| 07/13/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | | 223.00<br>Israeli Shekels | $61.32 |
| 07/15/18 | -LAIT<br>HOUSEHOLD APPLIANCES | BENE BRAK | | 110.00<br>Israeli Shekels | $30.25 |
| 07/16/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 124.30<br>Israeli Shekels | $34.28 |
| 07/18/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 95.00<br>Israeli Shekels | $26.12 |
| 07/18/18 | -YAKIMONO<br>RESTAURANT | GIVATIIM | | 613.00<br>Israeli Shekels | $168.56 |
| 07/19/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 370.00<br>Israeli Shekels | $101.98 |
| 07/19/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 19.45<br>Israeli Shekels | $5.36 |
| 07/19/18 | GREEK SANDALS OFFICIAL<br>SHOE STORE | TEL AVIV - Y | | 1,020.00<br>Israeli Shekels | $281.15 |
| 07/19/18 | THE SUZANNE DELAL CENTER<br>TICKET AGENCY | TEL AVIV | | 360.00<br>Israeli Shekels | $99.23 |
| 07/19/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | | 291.15<br>Israeli Shekels | $80.25 |
| 07/20/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | | 175.00<br>Israeli Shekels | $48.24 |
| 07/20/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 31.40<br>Israeli Shekels | $8.65 |
| 07/20/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 1,526.00<br>Israeli Shekels | $420.62 |
| 07/20/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 47.70<br>Israeli Shekels | $13.15 |
| 07/21/18 | SALON ISHI 0000<br>949-632-1393 | NEW YORK | NY | | $300.00 |
| 07/22/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 31.70<br>Israeli Shekels | $8.74 |
| 07/22/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 50.90<br>Israeli Shekels | $14.03 |
| 07/22/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 50.00<br>Israeli Shekels | $13.78 |
| 07/22/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 14.67<br>Israeli Shekels | $4.04 |
| 07/22/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 33.50<br>Israeli Shekels | $9.23 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 08/02/18

Account Ending

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 07/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 33.20<br>Israeli Shekels | $9.16 |
| 07/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 87.90<br>Israeli Shekels | $24.24 |
| 07/23/18 | ████████ | ████████ | | | ████ |
| 07/23/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 30.50<br>Israeli Shekels | $8.41 |
| 07/24/18 | BOBO BAR RESTERANTE<br>RESTAURANT | TEL AVIV-JAF | | 136.00<br>Israeli Shekels | $37.34 |
| 07/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 44.10<br>Israeli Shekels | $12.11 |
| 07/24/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 32.30<br>Israeli Shekels | $8.87 |
| 07/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $9.99 |
| 07/25/18 | SP * KETER BATH SEAT<br>8186468032 | WOODLAND HILLS | CA | | $59.99 |
| 07/25/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | | 46.00<br>Israeli Shekels | $12.66 |
| 07/25/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 17.70<br>Israeli Shekels | $4.87 |
| 07/25/18 | MEATOUS<br>RESTAURANT | TEL AVIV - Y | | 52.00<br>Israeli Shekels | $14.31 |
| 07/26/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $26.99 |
| 07/26/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $16.49 |
| 07/26/18 | AMAZON MKTPLACE PMTS<br>BOOK STORES | AMZN.COM/BILL | WA | | $229.58 |
| 07/26/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | | $14.99 |
| 07/26/18 | ██████████████ | ████████ | ██ | | ████ |
| 07/27/18 | JANIEANDJACK.COM<br>877-449-8800 | DIXON | CA | | $105.96 |
| 07/27/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $275.18 |
| 07/27/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 35.30<br>Israeli Shekels | $9.66 |
| 07/27/18 | VTOT<br>FAST FOOD RESTAURANT | TEL AVIV YAF | | 790.00<br>Israeli Shekels | $216.08 |
| 07/27/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 51.20<br>Israeli Shekels | $14.00 |
| 07/27/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 35.00<br>Israeli Shekels | $9.57 |
| 07/28/18 | GAP ONLINE 084870005001004<br>DIRECT MKTG MISC | 800-4277895 | OH | | $12.00 |
| 07/29/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | | 180.70<br>Israeli Shekels | $49.43 |
| 07/29/18 | DAVID<br>FAST FOOD RESTAURANT | TEL AVIV - Y | | 50.00<br>Israeli Shekels | $13.68 |

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

p. 12/13

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 07/29/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 378.80<br>Israeli Shekels | $103.61 |
| 07/31/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 74.37<br>Israeli Shekels | $20.33 |
| 07/31/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | 418.94<br>Israeli Shekels | $114.13 |
| 08/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 32.90<br>Israeli Shekels | $8.96 |
| 08/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 36.20<br>Israeli Shekels | $9.86 |
| 08/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 18.10<br>Israeli Shekels | $4.93 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | ▮▮ |

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▮▮▮▮▮ | ▮ |
| ▮▮▮▮▮ | ▮ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 02/12/2004 | | 10.90% (v) | ▮ | ▮ |
| Promotional Select & Pay Later<br>Rate Expires 09/02/2018 then will go to 10.90% (v)* | 02/06/2018 | | 0.00% | ▮ | ▮ |
| Total | | | | | ▮ |

(v) Variable Rate

\* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

## Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit americanexpress.com/payovertime.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 08/02/18                                    Account Ending ████

## Information on Pay Over Time continued

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to
pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to
your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                    p. 1/13

Closing Date 09/02/18

Account Ending ▉

| New Balance | ▉ |
| --- | --- |
| **Payment Due Date** | **09/27/18** ‡ |

‡**Late Payment Warning:** ▉

---

**Membership Rewards® Points**
Available and Pending as of 07/31/18

▉

For up to date point balance and full program
details, visit membershiprewards.com

**Account Summary**

| Previous Balance | ▉ |
| --- | --- |
| Payments/Credits | ▉ |
| New Charges | ▉ |
| Fees | ▉ |
| **New Balance** | ▉ |

Days in Billing Period: 31

📄 See page 2 for important information about your account.

ⓘ ▉

📄 Learn how to take advantage of your Pay Over Time feature on **page 13**

**Customer Care**

🖥 **Pay by Computer**
americanexpress.com/pbc

**Customer Care**          **Pay by Phone**
1-877-877-0987            1-800-472-9297

📄 See page 2 for additional information.

# You Spoke. We Listened.

Over 1.5 million more places in the U.S. started
accepting American Express® Cards in 2017.

**Visit ShopSmallNow.com**



---

📧 **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▉

Enter 15 digit account # on all payments.
Make check payable to American Express.

▉

| Payment Due Date | **09/27/18** |
| --- | --- |
| AutoPay Amount | ▉ |

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**
Account Ending

p. 2/13

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Pay Over Time Travel and Pay Over Time Direct)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

---

 **Customer Care & Billing Inquiries**   1-877-877-0987   **Hearing Impaired**
**International Collect**                      1-954-503-8905   TTY: 1-800-221-9950
**Large Print & Braille Statements**          1-877-877-0987   FAX: 1-800-695-9090
**Express Cash**                              1-800-CASH-NOW  In NY: 1-800-522-1897

**Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**          **Payments**
P.O. BOX 981535                  P.O. BOX 650448
EL PASO, TX                      DALLAS TX 75265-
79998-1535                       0448

---

**Change of Address**
If correct on front, do not use.

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

• Avoid late fees
• Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                          p. 3/13

▮▮▮▮▮▮
Closing Date 09/02/18                                                    Account Ending ▮▮▮▮▮

## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | ▮▮▮▮ |
| Credits |  |
| ▮▮▮▮▮▮▮ |  |
| ORLY GENGER ▮▮▮▮ | -$3,912.20 |
| Total Payments and Credits | ▮▮▮▮ |

### Detail     *Indicates posting date

| Payments | Amount |
|---|---|
| ▮▮▮ ▮▮▮ ▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮ |

| Credits | Amount |
|---|---|
| ▮▮ ▮▮▮ ▮▮▮ | ▮▮▮ |
| ▮▮▮ ▮▮ |  |
| ▮▮ ▮▮▮ ▮▮▮ ▮ | ▮▮▮ |
| ▮▮ ▮▮▮ ▮▮▮▮ | ▮▮▮ |
| ▮▮ ▮▮▮ ▮▮▮▮ | ▮▮▮ |

| 08/24/18 | ORLY GENGER | AMZN MKTP US<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$21.43 |
| 08/24/18 | ORLY GENGER | AMZN MKTP US<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$41.22 |
| 08/24/18 | ORLY GENGER | AMZN MKTP US<br>AMZN.COM/BILL    WA<br>DIRECT MKTG MISC | -$73.63 |
| 08/31/18 | ORLY GENGER | ShopBop<br>Shopbop.com    WI<br>DIRECT MKTG MISC | -$3,775.92 |

## New Charges

### Summary

|  | Total |
|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮ |
| ORLY GENGER ▮▮▮ | $18,501.82 |
| Total New Charges | ▮▮▮▮ |

### Detail

| | | Foreign Spend | Amount |
|---|---|---|---|

**Exhibit DD**

DUPLICATE COPY
Account Ending ███████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

Exhibit DD

**DUPLICATE COPY**

Centurion® Card

Closing Date 09/02/18

Account Ending ████

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**DUPLICATE COPY**
Account Ending ██████

██████████████

| Detail Continued |
|---|

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|



**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

Closing Date 09/02/18

Account Ending ██████

---

**Detail Continued**

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▮▮▮▮

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                          p. 9/13

███████████
Closing Date 09/02/18                              Account Ending ██████

---

| Detail Continued |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

(transaction detail rows redacted)

**ORLY GENGER**
Card Ending ██████

| Date | Merchant | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 08/01/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 52.00<br>Israeli Shekels | $14.10 |
| 08/02/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL | WA | | $98.85 |
| 08/02/18 | -GAYA<br>HOBBY, TOY & GAME | BENY BRAK | | 99.00<br>Israeli Shekels | $26.85 |
| 08/02/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 50.00<br>Israeli Shekels | $13.56 |
| 08/02/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 43.10<br>Israeli Shekels | $11.69 |
| 08/02/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | | 21.60<br>Israeli Shekels | $5.86 |
| 08/02/18 | AHAVA MITHAM HATANA<br>COSMETIC STORE | TEL AVIV | | 162.00<br>Israeli Shekels | $43.93 |
| 08/03/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | | 1,080.04<br>Israeli Shekels | $292.89 |

**Exhibit DD**

**DUPLICATE COPY**

Account Ending

## Detail Continued

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 08/03/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL    WA | | $61.99 |
| 08/04/18 | SUPER FARM ALNBI<br>DRUG STORE/PHARMACY | TEL-AVIV | 62.70<br>Israeli Shekels | $17.00 |
| 08/05/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | 346.86<br>Israeli Shekels | $94.06 |
| 08/07/18 | ShopBop<br>CLOTHING | Shopbop.com    WI | | $6,551.08 |
| 08/07/18 | MATOKSHUK<br>MISC FOOD STORE | TEL AVIV YAF | 38.00<br>Israeli Shekels | $10.33 |
| 08/07/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | 72.00<br>Israeli Shekels | $19.57 |
| 08/07/18 | carters, Inc. 000000998<br>8773330117 | Atlanta    GA | | $191.25 |
| 08/07/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | 530.34<br>Israeli Shekels | $144.15 |
| 08/08/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL    WA | | $405.39 |
| 08/08/18 | SUPER PHARM<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 63.60<br>Israeli Shekels | $17.32 |
| 08/08/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 33.70<br>Israeli Shekels | $9.18 |
| 08/08/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 10.00<br>Israeli Shekels | $2.72 |
| 08/08/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL    WA | | $533.08 |
| 08/09/18 | AMAZON FRESH<br>GROCERY | AMZN.COM/BILL    WA | | $140.72 |
| 08/10/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | 251.72<br>Israeli Shekels | $68.25 |
| 08/10/18 | ITZIK HAGADOL LTD<br>RESTAURANT | tel aviv | 568.58<br>Israeli Shekels | $154.17 |
| 08/10/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL    WA | | $85.90 |
| 08/11/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL    WA | | $19.85 |
| 08/11/18 | AMZ FRESHTIP<br>SUPERMARKET | AMZN.COM/BILL    WA | | $5.00 |
| 08/11/18 | AMZN MKTP US<br>BOOK STORES | AMZN.COM/BILL    WA | | $82.78 |
| 08/12/18 | UNITED AIRLINES<br>UNITED AIRLINES<br>From:          To:<br>TEL AVIV BEN GURIO     N.Y. NEWARK INTL A<br>Ticket Number: 01629214105816<br>Passenger Name: /WI-FI PANASONIC HO<br>Document Type: WIFI | HOUSTON    TX<br>Carrier:    Class:<br>UA    00<br>Date of Departure: 08/12 | | $12.99 |
| 08/14/18 | FEDEX OFFICE<br>0000 10022<br>COMPUTER RENTAL<br>BLACK_AND_WHITE_2 | NEW YORK    NY | | $5.86 |
| 08/14/18 | SWIFT LLC 650000009800999<br>2127544231 | NEW YORK    NY | | $43.00 |
| 08/14/18 | GGMC-CARNEGIE GGMC-CARNEGIE<br>PARKING LOT & GARAGE | NEW YORK    NY | | $20.00 |

**Exhibit DD**

**DUPLICATE COPY**

**Centurion® Card**

p. 11/13

Closing Date 09/02/18

Account Ending ▮▮▮

| | Detail Continued | | | | |

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 08/14/18 | AMAZON FRESH GROCERY | AMZN.COM/BILL | WA | | $48.18 |
| 08/14/18 | BLOOMINGDALES NEW YORK 000000001 8665932540 | NEW YORK | NY | | $313.65 |
| 08/14/18 | ▮▮▮ | ▮▮▮ | ▮ | | ▮▮▮ |
| 08/14/18 | ▮▮▮ | ▮▮▮ | ▮ | | ▮▮▮ |
| 08/16/18 | ▮▮▮ | ▮▮▮ | ▮ | | ▮▮▮ |
| 08/16/18 | UBER TRIP AOKAV HELP.UBER.COM | HELP.UBER.COM | CA | | $66.46 |
| 08/16/18 | UBER TRIP OHOTS HELP.UBER.COM | HELP.UBER.COM | CA | | $47.63 |
| 08/16/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | | $49.99 |
| 08/16/18 | AMZ FRESHTIP SUPERMARKET | AMZN.COM/BILL | WA | | $5.00 |
| 08/16/18 | SHOPRITE ENGLEWOOD S 440602 07631 | ENGLEWOOD | NJ | | $149.87 |
| 08/16/18 | AMAZON.COM MERCHANDISE | AMZN.COM/BILL | WA | | $5.32 |
| 08/17/18 | ▮▮▮ | ▮▮▮ | ▮ | | ▮▮▮ |
| 08/17/18 | SPEEDWAY 03493 542929802034934 2015850182 | FORT LEE | NJ | | $60.33 |
| 08/17/18 | SALON ISHI 0000 949-632-1393 | NEW YORK | NY | | $431.50 |
| 08/17/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | | $20.99 |
| 08/17/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | | $134.72 |
| 08/17/18 | GGMC - 50 E 79TH GGMC - 50 E 79T PARKING LOT & GARAGE | NEW YORK | NY | | $51.00 |
| 08/18/18 | SUNFLOWER NATURAL FOODS MARKET 8456795361 | WOODSTOCK | NY | | $91.06 |
| 08/18/18 | WOODSTOCK MEATS 650000008493903 8456797917 | WOODSTOCK | NY | | $10.83 |
| 08/20/18 | PRET A MANGER 077 0077 122520 10917 RESTAURANT | NEW YORK | NY | | $6.13 |
| 08/20/18 | THEORY WOODBURY FAMILY CLOTHING | CENTRAL VALLEY | NY | | $493.24 |
| 08/20/18 | BARNEY'S NEW YORK #401 401 888-222-7639 | CENTRAL VALLE | NY | | $459.24 |
| 08/21/18 | UBER TRIP ZMUDI HELP.UBER.COM | HELP.UBER.COM | CA | | $62.09 |
| 08/21/18 | AMAZON FRESH GROCERY | AMZN.COM/BILL | WA | | $41.14 |
| 08/21/18 | ALL TAXI MANAGEMENT ALL TAXI MANAGE 718-361-0055 | 41-25 36TH ST LIC | NY | | $16.00 |
| 08/21/18 | ▮▮▮ | ▮▮▮ | ▮ | | ▮▮▮ |

**Exhibit DD**

**DUPLICATE COPY**

████████████                    Account Ending ████████                    p. 12/13

| Detail Continued | | | | |
|---|---|---|---|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 08/21/18 | ████████████████████████ | ████████ | ██ | ████████ |
| 08/22/18 | UBER TRIP 2QAK7 HELP.UBER.COM | HELP.UBER.COM | CA | $53.95 |
| 08/22/18 | UBER TRIP 6ZW6M HELP.UBER.COM | HELP.UBER.COM | CA | $40.76 |
| 08/23/18 | AMZ FRESHTIP SUPERMARKET | AMZN.COM/BILL | WA | $5.00 |
| 08/24/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | $35.99 |
| 08/24/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 182.00 Israeli Shekels | $50.26 |
| 08/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $9.99 |
| 08/25/18 | AM PM GROCERY STORE | TEL AVIV | 228.20 Israeli Shekels | $63.02 |
| 08/25/18 | E M P M GROCERY STORE | TEL-AVIV | 165.40 Israeli Shekels | $45.68 |
| 08/26/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | 500.40 Israeli Shekels | $138.19 |
| 08/26/18 | ITZIK HAGADOL LTD RESTAURANT | JAFFA | 796.00 Israeli Shekels | $219.83 |
| 08/26/18 | MERKAZ HACHAD PEAMI HOUSEHOLD APPLIANCES | TEL AVIV-JAF | 30.00 Israeli Shekels | $8.29 |
| 08/26/18 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | $14.99 |
| 08/26/18 | ITZIK HAGADOL LTD RESTAURANT | tel aviv | 686.78 Israeli Shekels | $189.67 |
| 08/27/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 62.80 Israeli Shekels | $17.33 |
| 08/28/18 | NEST LABS 855-469-6378 | PALO ALTO | CA | $213.20 |
| 08/29/18 | -COOK STOK HOUSEHOLD APPLIANCES | GIVATIIM | 32.00 Israeli Shekels | $8.85 |
| 08/29/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | 46.10 Israeli Shekels | $12.75 |
| 08/30/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | $110.45 |
| 08/30/18 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | 34.90 Israeli Shekels | $9.71 |
| 08/31/18 | ITZIK HAGADOL LTD RESTAURANT | tel aviv | 796.35 Israeli Shekels | $221.58 |
| 08/31/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 116.00 Israeli Shekels | $32.28 |
| 08/31/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | 160.00 Israeli Shekels | $44.52 |
| 08/31/18 | MATOKSHUK MISC FOOD STORE | TEL AVIV YAF | 28.00 Israeli Shekels | $7.79 |

| Fees | | Amount |
|---|---|---|
| Total Fees for this Period | | ████ |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                   p. 13/13

████████████

Closing Date 09/02/18                                                    Account Ending ████████

---

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ████████ | ████ |
| ██████████ | ██ |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 02/12/2004 | | 10.90% (v) | ████ | ████ |
| Promotional Select & Pay Later Rate Expires 09/02/2018 then will go to 10.90% (v)* | 02/06/2018 | 09/02/2018 | 0.00% | ████ | ████ |
| **Total** | | | | | ████ |

(v) Variable Rate

\* The APR for this balance is a promotional rate and it will expire on the date shown. Any balance at a promotional interest rate that has
   not been paid in full by its expiration date will begin accruing interest at the 'go to' APR shown following the expiration date.

---

### Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card,
your payment history, credit record and financial resources known to us and other factors. Unless you have been
previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed
your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more
information about Pay Over Time features please visit **americanexpress.com/payovertime.**

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to
pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to
your Pay Over Time balance until the date it is paid.

**Exhibit DD**

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card

p. 1/10

Closing Date 10/02/18

Account Ending ■■■■

New Balance                                          ■■■■■

Payment Due Date                          **10/27/18**‡

‡**Late Payment Warning:** ■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■

See page 2 for important information about your account.

 your
■■■■■■■■■■■■■■■■■■■■■■■■■■■

**Important Information:** To access the most up to date version of your
Cardmember Agreement, please log in to your Account at
**www.americanexpress.com.**

Learn how to take advantage of your Pay Over Time feature on **page 10**

## You Spoke. We Listened.

**Over 1.5 million more places** in the U.S. started
accepting American Express® Cards in 2017.

**Visit ShopSmallNow.com**



**Membership Rewards® Points**
Available and Pending as of 08/31/18 ■■■■

For up to date point balance and full program
details, visit membershiprewards.com

### Account Summary

| | |
|---|---|
| Previous Balance | ■■■■ |
| Payments/Credits | ■■■■ |
| New Charges | ■■■■ |
| Fees | ■■■■ |

| New Balance | ■■■■ |

Days in Billing Period: 30

### Customer Care

**Pay by Computer**
americanexpress.com/pbc

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-877-877-0987 | 1-800-472-9297 |

See page 2 for additional information.



---

| **Payment Coupon**<br>Do not staple or use paper clips | **Pay by Computer**<br>americanexpress.com/pbc | **Pay by Phone**<br>1-800-472-9297 | **Account Ending** ■■■■ |

Enter 15 digit account # on all payments.
Make check payable to American Express.



Payment Due Date
**10/27/18**

AutoPay Amount
■■■■

Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

**Exhibit DD**

**DUPLICATE COPY**

Account Ending ▮▮▮▮▮▮                                                                                    p. 2/10

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will begin charging interest on transactions added to a Pay Over Time balance as of the date they are added. However, we will not charge interest on charges added to a Pay Over Time balance automatically *(for example, Pay Over Time Travel and Pay Over Time Direct)* if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

 **Customer Care & Billing Inquiries**   1-877-877-0987   **Hearing Impaired**
**International Collect**                       1-954-503-8905   **TTY:** 1-800-221-9950
**Large Print & Braille Statements**           1-877-877-0987   **FAX:** 1-800-695-9090
**Express Cash**                               1-800-CASH-NOW   **In NY:** 1-800-522-1897

 **Website:** americanexpress.com

**Customer Care**
**& Billing Inquiries**          **Payments**
P.O. BOX 981535                  P.O. BOX 650448
EL PASO, TX                      DALLAS TX 75265-
79998-1535                       0448

**Change of Address**
If correct on front, do not use.
• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
• Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

### Pay Your Bill with AutoPay

• Avoid late fees
• Save time

Deduct your payment from your bank account automatically each month

Visit americanexpress.com/autopay today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                    p. 3/10

Closing Date 10/02/18                                              Account Ending ███

## Payments and Credits
### Summary

|                               | Total |
|-------------------------------|-------|
| Payments                      |       |
| Credits                       |       |
| **Total Payments and Credits**|       |

### Detail   *Indicates posting date

| Payments | | | Amount |
|----------|--|--|--------|

| Credits | | | Amount |
|---------|--|--|--------|

## New Charges
### Summary

|                      | Total      |
|----------------------|------------|
|                      |            |
| ORLY GENGER ███      | $2,950.80  |
| **Total New Charges**|            |

### Detail

| | | | Foreign Spend | Amount |
|--|--|--|---------------|--------|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ██████

| Detail Continued |
| --- |

| | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                    p. 5/10

Closing Date 10/02/18                              Account Ending ▓▓▓

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |
| ▓ | ▓ | ▓ | ▓ | | ▓ |

**Exhibit DD**

DUPLICATE COPY

Account Ending ███████

| Detail Continued |
| --- |

| | | | | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |

## DUPLICATE COPY

**Centurion® Card**

Closing Date 10/02/18

Account Ending ████

---

**Detail Continued**

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

**Exhibit DD**

**DUPLICATE COPY**
Account Ending ▓▓▓▓▓

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| ▓▓ ▓▓▓ | | ▓▓▓ | ▓▓▓ | ▓▓ |
| ▓▓ ▓▓▓▓ | | ▓▓▓ | ▓▓▓ | ▓▓ |
| ▓▓ ▓▓▓▓ | | ▓▓▓ | ▓▓ | ▓▓▓ |
| ▓▓ ▓▓▓ | | ▓▓ | ▓ | |
| ▓▓ ▓▓▓▓ | | ▓▓ | ▓ | ▓▓ |

**ORLY GENGER**
Card Ending ▓▓▓▓

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 37.70 Israeli Shekels | $10.49 |
| 09/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 34.80 Israeli Shekels | $9.68 |
| 09/02/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 31.20 Israeli Shekels | $8.68 |
| 09/02/18 | -COOK STOK HOUSEHOLD APPLIANCES | GIVATIIM | | 248.80 Israeli Shekels | $69.23 |
| 09/02/18 | -COOK STOK HOUSEHOLD APPLIANCES | GIVATIIM | | 10.95 Israeli Shekels | $3.05 |
| 09/04/18 | SUPER PHARM DRUG STORE/PHARMACY | TEL AVIV YAF | | 81.70 Israeli Shekels | $22.59 |
| 09/04/18 | -OFFICE DEEPOT OFFICE SUPPLY STORE | BENY BRAK | | 49.00 Israeli Shekels | $13.55 |
| 09/04/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 17.70 Israeli Shekels | $4.89 |
| 09/04/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 25.50 Israeli Shekels | $7.05 |
| 09/05/18 | GETT MISC TRANSPORTATION | TEL AVIV-JAF | | 40.40 Israeli Shekels | $11.22 |
| 09/05/18 | MOON RESTAURANT | TEL AVIV | | 150.00 Israeli Shekels | $41.67 |
| 09/07/18 | Amazon Prime SHIPPINGCLUB | Amazon.com | WA | | $128.82 |
| 09/07/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 24.70 Israeli Shekels | $6.90 |
| 09/07/18 | VTOT FAST FOOD RESTAURANT | TEL AVIV YAF | | 860.00 Israeli Shekels | $240.20 |
| 09/07/18 | ITZIK HAGADOL LTD RESTAURANT | tel aviv | | 550.57 Israeli Shekels | $153.78 |
| 09/09/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | | $1.07 |
| 09/09/18 | MERKAZ DAGEY TNUVA MISC FOOD STORE | TEL AVIV | | 190.00 Israeli Shekels | $53.07 |
| 09/10/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | | $57.20 |
| 09/11/18 | AMZN MKTP US BOOK STORES | AMZN.COM/BILL | WA | | $12.78 |
| ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓ | ▓ | | ▓▓ |
| 09/12/18 | SUPER CLIK LTD GROCERY STORE | tel aviv | | 85.90 Israeli Shekels | $24.03 |

**Exhibit DD**

**DUPLICATE COPY**

Centurion® Card                                                                                      p. 9/10

Closing Date 10/02/18                                                          Account Ending ▮▮▮▮

---

| Detail Continued |
|---|

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/13/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 274.51<br>Israeli Shekels | $77.17 |
| 09/14/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 79.20<br>Israeli Shekels | $22.26 |
| 09/14/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 13.71<br>Israeli Shekels | $3.85 |
| 09/14/18 | SUPER FARM ALNBI<br>DRUG STORE/PHARMACY | TEL-AVIV | 49.80<br>Israeli Shekels | $14.00 |
| 09/16/18 | 034401158<br>CLEANING/GARMENT | TEL AVIV-JAF | 320.00<br>Israeli Shekels | $89.51 |
| 09/17/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 73.70<br>Israeli Shekels | $20.61 |
| 09/17/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | 160.00<br>Israeli Shekels | $44.75 |
| 09/17/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 31.70<br>Israeli Shekels | $8.87 |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| 09/18/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 130.73<br>Israeli Shekels | $36.49 |
| 09/18/18 | SRN<br>HOSPITAL | ramat gan | 520.00<br>Israeli Shekels | $145.15 |
| 09/21/18 | SUPER CLIK LTD<br>GROCERY STORE | tel aviv | 152.00<br>Israeli Shekels | $42.63 |
| 09/21/18 | MERKAZ DAGEY TNUVA<br>MISC FOOD STORE | TEL AVIV | 245.00<br>Israeli Shekels | $68.71 |
| 09/23/18 | HALEHEM SHEL MICHAELA<br>DAIRY PRODUCTS STORE | TEL AVIV YAF | 150.00<br>Israeli Shekels | $42.00 |
| 09/23/18 | NEVE TZEDEK PHARMACY A.M<br>DRUG STORE/PHARMACY | TEL AVIV YAF | 21.81<br>Israeli Shekels | $6.11 |
| 09/24/18 | SUPER FARM ALNBI<br>DRUG STORE/PHARMACY | TEL-AVIV | 79.70<br>Israeli Shekels | $22.32 |
| 09/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | $9.99 |
| 09/25/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 41.30<br>Israeli Shekels | $11.55 |
| 09/25/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 28.10<br>Israeli Shekels | $7.86 |
| 09/25/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 35.00<br>Israeli Shekels | $9.79 |
| 09/25/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 27.80<br>Israeli Shekels | $7.78 |
| 09/25/18 | -911 FASHION LTD<br>FAMILY CLOTHING | BENE BRAK | 219.88<br>Israeli Shekels | $61.50 |
| 09/25/18 | MISTRAL RESYAURANT EQUIPM<br>HOUSEHOLD APPLIANCES | TEL AVIV | 2,450.28<br>Israeli Shekels | $685.37 |
| 09/25/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 25.10<br>Israeli Shekels | $7.02 |
| 09/25/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 34.00<br>Israeli Shekels | $9.51 |
| 09/26/18 | Amazon Prime<br>SHIPPINGCLUB | Amazon.com | WA | $14.99 |

**Exhibit DD**

**DUPLICATE COPY**



Account Ending

p. 10/10

## Detail Continued

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/30/18 | GETT<br>MISC TRANSPORTATION | TEL AVIV-JAF | 54.20<br>Israeli Shekels | $14.99 |
| 09/30/18 | SUPAR FARM LONDON<br>DRUG STORE/PHARMACY | HRSHLIA | 70.93<br>Israeli Shekels | $19.62 |

## Fees

| | | | Amount |
|---|---|---|---|
| 10/02/18 | ORLY GENGER | ANNUAL MEMBERSHIP FEE | $2,500.00 |
| **Total Fees for this Period** | | | **$2,500.00** |

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| ▇▇▇▇▇ | ▇▇▇ |
| ▇▇▇▇▇ | ▇▇ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Pay Over Time Select | 02/12/2004 | | 11.15% (v) | ▇▇ | ▇▇ |
| **Total** | | | | ▇▇ | |
| (v) Variable Rate | | | | | |

### Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has no pre-set spending limit.

**Your Pay Over Time Limit is $35,000.00**
We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance. For more information about Pay Over Time features please visit **americanexpress.com/payovertime**.

**You are currently enrolled in Pay Over Time Select**
You can select eligible charges to move into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest applies from the date you add a charge to your Pay Over Time balance until the date it is paid.

**Exhibit DD**