# EXHIBIT 15

| | |
|---|---|
| **Subject:** | Access Report |
| **Attachments:** | 20200602_1519372246.pdf; ATT00001.htm |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Bruce Bird <BBird@kasowitz.com>
**Date:** June 3, 2020 at 10:16:10 AM CDT
**To:** "Eric D. Herschmann" <EHerschmann@kasowitz.com>
**Cc:** Valerie Grosso <VGrosso@kasowitz.com>
**Subject: Access Report**

Eric,

Per your request, we processed your ID card information and generated your building access report from January 1, 2017 to the present.   Your report is attached for your reference.  To access our office space you need to use your ID card.  Thanks.

Bruce Bird
Facilities Manager
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel.  (212) 547-1334
Fax. (212) 835-5041
BBird@kasowitz.com

Eric D. Herschmann
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1711
Fax. (212) 835-5011
EHerschmann@kasowitz.com



## SWH06 - Door Access Report (Admit or Reject)

## PERSONNEL

**Text1:**

*Journal*

| Cardholder Name | Door Name | Journal Log Message Type | Message Text | Message Date/Time |
|---|---|---|---|---|
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 6/20/2018 9:46:26 AM |
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 4/10/2018 1:49:17 PM |
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 4/10/2018 4:47:36 PM |
| Herschmann, Eric | FL-21 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-21 Lobby South' (IN). | 4/10/2018 4:49:16 PM |
| Herschmann, Eric | FL-19 Lobby North | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby North' (IN) ([Unused]). | 4/11/2018 2:55:49 PM |
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 4/11/2018 3:43:19 PM |

    SWH06 - Door Access Report (Admit or Reject)

## PERSONNEL
*Journal*

| Cardholder Name | Door Name | Journal Log Message Type | Message Text | Message Date/Time |
|---|---|---|---|---|
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 4/11/2018 3:58:55 PM |
| Herschmann, Eric | FL-19 Lobby North | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby North' (IN) ([Unused]). | 4/12/2018 11:54:23 AM |
| Herschmann, Eric | FL-21 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-21 Lobby South' (IN). | 4/13/2018 11:43:18 AM |
| Herschmann, Eric | FL-21 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-21 Lobby South' (IN). | 4/13/2018 1:58:04 PM |
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 4/17/2018 9:27:52 AM |
| Herschmann, Eric | FL-19 Lobby South | Card Admitted | Admitted 'Herschmann, Eric' (Card: ▇) at 'FL-19 Lobby South' (IN). | 4/17/2018 1:39:04 PM |