# Kasowitz Benson Torres LLP

EHerschmann@kasowitz.com

Atlanta
Houston
Los Angeles
Miami
Newark
New York
San Francisco
Silicon Valley
Washington DC

June 30, 2020

**BY ECF**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    *Orly Genger*, Case No. 19-13895-jlg

Dear Judge Garrity:

    Attached hereto as Exhibit A is the email that we discussed during our June 23, 2020 Court conference from American Express that confirms, contrary to Sagi Genger and Mr. Dellaportas' representations to this Court, that there are no joint Centurion accounts that exist at American Express. Your Honor indicated that we would have a further Court conference to address the issues raised in my prior submissions regarding Sagi Genger's use of private investigators and the invasion of my privacy. I respectfully request that the Court schedule a time to discuss these issues.  Thank you.

                                              Respectfully submitted,

                                              */s/ Eric Herschmann*

cc:  All Counsel of Record (by ECF)