UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* ORLY GENGER,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br>Case No. 19-13895 (JLG)<br><br>Certificate of Service |

　　　　The undersigned hereby certifies that on the 1st of July, 2020, I served the Reply in Further Support of the Motion of the Orly Genger Trust, by its Trustee Michael Oldner, Recovery Effort, Inc., and Manhattan Safety Maine, Inc. for the Entry of an Order Confirming that the Automatic Stay does not Apply to Certain Non-Bankruptcy Litigations (dkt. no. 280, filed June 30, 2020), via electronic mail, addressed as follows:

Ray Battaglia, Esq.
Counsel to Eric Herschmann
Email: rbattaglialaw@outlook.com

Jay H. Ong, Esq.
Counsel to The Orly Genger 1993 Trust
Email: jong@munsch.com

Ray B. DeLaune, Esq.
Counsel to Suretec Insurance Company
Email: ryan.delaune@clarkhillstrasburger.com

Frank A. Oswald, Esq.
Counsel to Arie Genger
Email: frankoswald@teamtogut.com

Brian F. Moore, Esq.
Counsel to Arie Genger
Email: bmoore@teamtogut.com

Christopher K. Kiplok
Counsel to ADBG LLC
Email: chris.kiplok@hugheshubbard.com

Christopher Gartman
Counsel to ADBG.LLC
Email: chris.gartman@hugheshubbard.com

Ira Daniel Tokayer, Esq.
Counsel to Dalia Genger and D&K GP LLC
Email: imtoke@mindspring.com

John Dellaportas, Esq.
Counsel to Sagi Genger and TPR Investment Associates
Email: jdellaportas@emmetmarvin.com

Thomas A. Pitta, Esq.
Counsel to Sagi Genger and TPR Investment Associates
Email: tpitta@emmetmarvin.com

Beth Khinchuk, Esq.
Counsel to Sagi Genger and TPR Investment Associates
Email: bkhinchuk@emmetmarvin.com

Yann Geron, Esq.
Counsel for Chapter 7 Debtor, Orly Genger
Email: ygeron@reitlerlaw.com

Julie B. Wlodinguer, Esq.
Counsel for Chapter 7 Debtor, Orly Genger
Email: jwlodinguer@reitlerlaw.com

Douglas E. Spelfogel, Esq.
Counsel to Dalia Genger
Email: dspelfogel@foley.com

Paul Labov, Esq.
Counsel to Dalia Genger
Email: plabov@foley.com

Sabrina L. Streusand, Esq.
Counsel to Sagi Genger
Email: streusand@slollp.com

Deborah D. Williamson, Esq.
Counsel to Arie Genger
Email: dwilliamson@dykema.com

Danielle N. Rushing
Counsel to Arie Genger
Email: drushing@dykema.com;

Arron Kaufman, Esq.
Counsel to Arie Genger
akaufman@dykema.com

Rocco A. Cavaliere, Esq.
Counsel to the Chapter 7 Trustee
rcavaliere@tarterkrinsky.com

Michael Sullivan
Counsel to Zeichner Ellman & Krause LLP and Yoav M. Griver
msullivan@sullivanlaw.com

Edward Spiro
Counsel to Wachtel Missry LLP and William B. Wachtel
ESpiro@maglaw.com

Natalie Bedoya McGinn
Counsel to Arie Genger
nmcginn@gsgpa.com

Gerald Greenberg
Counsel to Arie Genger
GGreenberg@gsgpa.com

Michael Paul Bowen
mbowen@kasowitz.com

        /s/ *Adam Pollock*
        ADAM POLLOCK