# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

June 22, 2020

**VIA EMAIL**

Rocco A. Cavaliere, Esq.　　　　　　　　　Yann Geron, Esq.
Tarter Krinsky & Drogin LLP　　　　　　　Reitler Kailas & Rosenblatt LLC
1350 Broadway　　　　　　　　　　　　　885 Third Avenue, 20th Floor
New York, NY 10018　　　　　　　　　　　New York, NY 10022
*email*: RCavaliere@TarterKrinsky.com　　　*email*: ygeron@reitlerlaw.com

Andrew R. Kurland, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
*email*: AKurland@kasowitz.com

　　　　　Re:　　*Orly Genger,* no. 19-13895 (JLG)

Dear Rocco, Yann, and Andrew:

　　　　As you know, we represent the Orly Genger 1993 Trust ("Orly Trust"), by its trustee Michael Oldner. We enclose for production documents Bates-labeled OGT_00000001 through OGT_00005552.

　　　　We are making this production following the meet and confer calls that I had with all three of you last Monday, June 15, 2020 and Thursday, June 18, 2020, Andrew's email dated June 18, 2020, and the call that I had with Rocco on Friday, June 19, 2020. Specifically, we are producing:

- responsive, non-privileged documents within categories 17, 35, and 47 of Kasowitz's Requests, as stated in our responses and objections dated June 17, 2020 to Kasowitz's PDF directed to the Orly Trust;

- responsive, non-privileged documents within categories 2, 12, 19, and 52 of the Trustee's Requests, as stated in our responses and objections dated June 17, 2020 to the Trustee's PDF as directed to the Orly Trust; and

- responsive, non-privileged documents within categories 18, 40, and 52 of the Debtor's Requests, as stated in our responses and objections dated June 17, 2020 to the Debtor's PDF directed to the Orly Trust.

　　　　We are expressly making this production subject to, preserving, and without prejudice to all of our objections as stated in the responses and objections, without prejudice to our pending

Rocco A. Cavaliere, Esq.
Yann Geron, Esq.
Andrew R. Kurland, Esq.
June 22, 2020
Page 2 of 2

motion to quash (E.D. Ar. 4:20-mc-00008), without waiver of privilege, etc. We expressly reserve the right to clawback any inadvertently produced privileged materials.

We note further that we have a small number of materials produced in the *Manhattan Safety Maine v. Bowen et al.* matter that are arguably responsive to these categories but were marked confidential in that action. Please let me know if you would like me to reach out to the Brosers' attorney and to Arie Genger's attorney to see if they'll waive confidentiality as it relates to these matters.

Finally, please contact me to discuss setting up the remote deposition of the Orly Trust for Thursday.

Sincerely,

/s/ *Adam Pollock*

Adam Pollock

Enclosures