# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Date: **July 2, 2020**
----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| Orly Genger, | Case No. 19-13895-JLG |
| Debtor. | |

----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Adam Pollock, Esq., Counsel to Michael Oldner, as Trustee of the Orly Genger 1993 Trust<br>Rocco A. Cavaliere, Esq., Counsel to Deborah Piazza, as Chapter 7 Trustee<br>Christopher Gartman, Esq., Counsel to Arnold Broser, David Broser, ADBG LLC, and TEDCO, Inc.<br>Jared C. Borriello, Esq., Counsel to Arie Genger |
| Proceedings: | Status Conference on Motion of the Orly Genger Trust, by its Trustee Michael Oldner, Recovery Effort, Inc., and Manhattan Safety Maine, Inc. for the Entry of an Order Confirming that the Automatic Stay does not Apply to Certain Non-Bankruptcy Litigations (the "Motion"). |
| Order: | The hearing on the Motion is hereby adjourned, on consent of the parties, from **July 8, 2020, at 10:00 a.m. (ET)** to **August 25, 2020 at 2:00 p.m.** (ET); provided that such hearing is scheduled for holding purposes only. |

BY THE COURT

July 5, 2020
New York, New York

/s/ *James L. Garrity, Jr.*

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge