

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3411
plabov@foley.com

CLIENT/MATTER NUMBER
125232-0101

July 15, 2020

**Via ECF and Fedex**

Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      RE:   *In re Orly Genger,*
              *Case No. 19-13895 (JLG)/Common Interest Privilege*

Dear Judge Garrity,

    As you are aware, this firm represents Dalia Genger ("Dalia") in connection with the above-referenced bankruptcy proceeding. We write in opposition to the letter briefs filed by the Debtor and Trustee seeking a determination that the common interest privilege does not apply to communications by and among the Creditor Group and its attorneys, and also, in support of the responses submitted by Sagi Genger ("Sagi"), and Michael Oldner ("Mr. Oldner") as the Trustee of the Orly Genger Trust (the "Orly Trust") (collectively, the "Creditor Group Responses").

    Dalia has reviewed, and is in agreement with, the positions taken in the Creditor Group Responses. Moreover, in connection with motion practice on the common interest privilege, Dalia relies upon the statements made in her *Opposition to the Motion to Dismiss the Constructive Trust Complaint and Cross Motion for Summary Judgement* (the "Constructive Trust Complaint Response"), Adv. P. No. 20-01010 [Dkt. No. 19].

                                      Respectfully submitted,

                                      */s/ Paul J. Labov*

                                      Paul J. Labov

cc: All Counsel of Record (via ECF)

4814-3604-6019