**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for July 21, 2020 has been adj to a date to be determined.

Dated: July 21, 2020                                                    Vito Genna
                                                                        Clerk of the Court