**TARTER KRINSKY & DROGIN LLP**

*Attorneys for Deborah J. Piazza,*
*Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Deborah J. Piazza, Esq.
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                   :
                                                                              :     Chapter 7
                                                                              :
ORLY GENGER,                                                     :
                                                                              :     Case No.:  19-13895 (JLG)
                                    Debtor.                       :
                                                                              :
------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to the provisions of 28 U.S.C. §1746, Sheree Nobles, declares under the penalty of perjury, the following to be true and correct:

I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

On June 4, 2020, I caused to be served a true copy of the following:

1. ***Chapter 7 Trustee's Motion For Order Pursuant To Sections 105(a), 363, And 364 Of The Bankruptcy Code And Bankruptcy Rules 2002, 4001, 6004, 9006 And 9019: Approving The (A) Settlement Agreement, (B) Sale Of The Debtor's Estates Causes Of Action Against Certain Third Parties, And (C) Financing To Support The Continued Administration Of The Case And (D) Granting Related Relief*** (together with exhibits) [ECF No. 248];

2. ***Scheduling Order*** [ECF No. 254],

via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed below:

Markel Surety
c/o Suretec Insurance Company
5555 Garden Grove Blvd., Ste 275
Westminster, CT 92687

{Client/086201/1/02111988.DOCX;1 }

NYC Department of Finance
59 Madison Street
New York, NY 10038

NYS Dept. of Taxation & Finance
Bankruptcy Unit-TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

Zeichner Ellman & Krause LLP
1211 Avenue of The Americas
40th Floor
New York, NY 10036

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Richard C. Morrissey, Esq.

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Dalia Genger and D&K GP LLC
c/o Law Office of Ira Daniel Tokayer, Esq.
420 Lexington Avenue, Suite 2400
New York, NY 10170


Dated:  Stratford, Connecticut
        June 5, 2020

/s/ Sheree Nobles
Sheree Nobles