**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Orly Genger                                               CASE NO.: 19–13895–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
xxx–xx–8893

---

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for July 21, 2020 has been adj to a date to be determined.

Dated: July 21, 2020                                             Vito Genna
                                                                 Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 19-13895-jlg
Orly Genger                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1        User:                    Page 1 of 3              Date Rcvd: Jul 21, 2020
                            Form ID: 143             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.

```
db          +Orly Genger,    210 Lavaca St.,   Unit 1903,    Austin, TX 78701-4582
aty         +Brian Talbot Cumings,    Graves Dougherty Hearon & Moody, PC,    401 Congress Ave,   Suite 2700,
              Austin, TX 78701-3736
aty         +Constantine Dean Pamphilis,    Kasowitz Benson Torres LLP,    1415 Louisiana Street, Suite 2100,
              Houston, TX 77002-7344
aty         +Danielle Nicole Rushing,    Dykema Gossett, PLLC,    112 E Pecan St,   Suite 1800,
              San Antonio, TX 78205-1521
aty         +Graves Dougherty Hearon & Moody P.C.,    401 Congress Ave, Suite 2700,    Austin, TX 78701-3736
aty         +Michael Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,   New York, NY 10019-6708
aty         +Michael Paul Bowen,    Kasowitz Benson Torres LLP,    1633 Broadway,   New York, NY 10019-6708
aty          Raymond W. Battaglia,    Oppenheimer, Blend, Harrison & Tate, Inc,    711 Navaro, Sixth Floor,
              San Antonio, TX  78205
aty         +Ryan Brent DeLaune,    CLARK HILL STRASBURGER,    901 Main St #6000,   Dallas, TX 75202-3748
aty         +Shelby A. Jordan,    Jordan Hyden Womble Culbreth & Holze, PC,    500 N Shoreline Suite 900 N,
              Corpus Christi, TX 78401-0341
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY  11201-3719
smg         +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,    New York, NY 10007-1825
intp        +D&K GP LLC,    c/o Jordan Holzer & Ortiz, PC,    500 N. Shoreline Blvd.,   Suite 900,
              Corpus Christi, TX 78401-0341
intp         Dalia Genger,    c/o Jordan, Holzer & Ortiz,    500 N SHORELINE BLVD,   STE 900,
              CORPUS CHRISTI, TX  784010341
cr          +SureTec Insurance Company,    5555 Garden Grove Boulevard,    Suite 275,
              Westminster, CA 92683-8229
cr           TPR Investment Associates, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
              1801 S. MoPac Expressway,    Suite 320,   Austin, TX  78746
7652403     +ADBG LLC,    c/o Hughes Hubbard & Reed LLP, Attn. Chr,    One Battery Park Plaza,
              New York, NY 10004-1405
7652391     +Arie Genger,    19111 Collins Ave.,   Apt. 706,    Sunny Isles, FL 33160-2379
7671181     +CULLEN & DYKMAN LLP,    Counsel for Michael Oldner,    100 Quentin Roosevelt Boulevard,
              Garden City, NY l 11530-4850
7652408     +D&K GP LLC,    Law Office of Ira Daniel Tokayer, Esq.,    420 Lexington Avenue, Suite 2400,
              New York, NY 10170-2499
7652407     +Dalia Genger,    Law Office of Ira Daniel Tokayer, Esq.,    420 Lexington Avenue, Suite 2400,
              New York, NY 10170-2499
7668638     +Elizabeth M. Aboulafia, Esq.,    Cullen and Dykman, LLP,    100 Quentin Roosevelt Boulevard,
              Garden City, New York 11530,    Telephone: (516) 357-3700,
              Email:eaboulafia@cullenllp.com 11530-4850
7652396     +Emmt Marvin & Martin LLP,    120 Broadway 32nd Fl,    New York NY 10271-3291
7652397     +Eric Herschmann,    c/o Raymond Battaglia,    66 Granburg Circle,   San Antonio TX 78218-3010
7652392     +Eric Herschmann,    210 Lavaca St., Unit 1903,    Austin, TX 78701-4582
7706824     +Foley & Lardner LLP,    Attorneys for Dalia Genger,    90 Park Avenue,   New York, NY 10016-1301
7652404     +Genger Litigation Trust,    Genger Litigation Trust, Attn. David Bro,
              104 West 40th Street, 19th Floor,   New York, NY 10018-3628
7653363      Hughes Hubbard & Reed LLP,    Attorneys for ADBG LLC,    One Battery Park Plaza,
              New York, NY 10004-1482
7654166     +Ira Daniel Tokayer, Esq.,    420 Lexington Avenue, Suite 2400,    New York NY 10170-2499
7663045     +Kasowitz Benson  Torres LLP,    Attn: Matthew B. Stein,    1633 Broadway,   Floor 21,
              New York, NY 10019-6708
7652401     +Kasowitz, Benson, Torres LLP,    c/o Daniel Benson Esq,    1633 Broadway 21st Fl,
              New York NY 10019-6708
7652406     +Orly Genger,    Law Office of Ira Daniel Tokayer, Esq.,    420 Lexington Avenue, Suite 2400,
              New York, NY 10170-2499
7652405     +Orly Genger,    Law Office of Ira Daniel Tokayer, Esq.,    420 Lexington Avenue, Suite 4200,
              New York, NY 10170-2499
7663044     +Orly Genger 1993 Trust,,    Michael Oldner, Trustee,    Pollock Cohen LLP,
              60 Broad St., 24th Fl.,    New York, NY 10004-2342
7736210     +Paul J. Labov, Esq.,    PACHULSKI STANG ZIEHL & JONES LLP,    780 Third Avenue, 34th Floor,
              New York, New York 10017-2024
7654822     +Pollock Cohen LLP,    Attorneys for The Orly Genger 1993 Trust,    60 Broad St., 24th Fl.,
              New York, NY 10004-2342
7664810     +REITLER KAILAS & ROSENBLATT LLC,    Attorneys for Orly Genger,    885 Third Avenue, 20th Floor,
              New York, New York 10022,   ( 10022-4834
7663048     +Sagi Genger,    c/o Thomas A. Pitta,    Emmt Marvin & Martin LLP,    120 Broadway 32nd Fl,
              New York, NY 10271-3291
7652402     +SureTec Insurance Co,    c/o Clark Hill Strasburger,    901 Main St #6000,   Dallas TX 75202-3748
7691733     +SureTec Insurance Company,    Clark Hill,   Attn: Ryan B. DeLaune,    901 Main St Ste 6000,
              Dallas, TX 75202-3748
7652400     +The Orly Genger 1993 Trust,    c/o Jay H Ong,    Munsch Hardt Kopf & Harr PC,
              303 Colorado St #2600,    Austin TX 78701-0021
7693338     +The Orly Genger 1993 Trust, Michael Oldner, Truste,    c/o Pollock Cohen LLP,
              60 Broad St., 24th Flr.,    NewYork,NY 10004-2342
```

```
District/off: 0208-1               User:                     Page 2 of 3              Date Rcvd: Jul 21, 2020
                                   Form ID: 143              Total Noticed: 51


7652984         +Togut, Segal & Segal LLP,   Co-Counsel to Arie Genger,   One Penn Plaza, Suite 3335,
                  New York, New York 10119-3335
7652395         +Zeichner Ellman & Krause LLP,    1211 Avenue of the Americas,    40th Floor,
                  New York, NY 10036-6149
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jul 21 2020 20:22:50
                  New York State Tax Commission,    Bankruptcy/Special Procedures Section,   P.O. Box 5300,
                  Albany, NY   12205-0300
7652398         +E-mail/Text: dwilliamson@coxsmith.com Jul 21 2020 20:22:21       Arie Genger,
                  c/o Deborah D. Williamson,   Dykema Gossett PLLC,   112 East Pecan St #1800,
                  San Antonio, TX 78205-1521
7658470         +E-mail/Text: pdelrio@emmetmarvin.com Jul 21 2020 20:22:21       EMMET, MARVIN & MARTIN, LLP,
                  120 Broadway, 32nd Floor,   New York, New York 10271-3291
7652393          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 20:22:29       Internal Revenue Service,
                  P.O. Box 21126,   Philadelphia, PA 19114
7663031         +E-mail/Text: pdelrio@emmetmarvin.com Jul 21 2020 20:22:21       TPR Investment Associates, Inc.,
                  C/O Emmet Marvin & Marvin LLP,   120 Broadway,   New York, NY 10271-0002
7652394         +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Jul 21 2020 20:22:33       United States Trustee,
                  903 San Jacinto, Ste. 230,   Austin, TX 78701-2450
                                                                                               TOTAL: 6

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Michael Bowen
cr              ADBG LLC
cr              Arie Genger
cr              Eric Herschmann
intp            Kasowitz Benson Torres LLP
cr              Kasowitz Benson Torres LLP
cr              Sagi Genger
intp            The Orly Genger 1993 Trust
unk             Zeichner Ellman & Krause LLP
7653365         ADBG LLC
                                                                                     TOTALS: 10, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Aaron Michael Kaufman    on behalf of Creditor Arie  Genger akaufman@dykema.com,
               pelliott@dykema.com
              Adam   Pollock    on behalf of Plaintiff    Orly Genger 1993 Trust adam@pollockcohen.com
              Adam   Pollock    on behalf of Defendant    Orly Genger 1993 Trust adam@pollockcohen.com
              Adam   Pollock    on behalf of Plaintiff    Michael Oldner, as Trustee of The Orly Genger 1993 Trust
               adam@pollockcohen.com
              Adam   Pollock    on behalf of Interested Party    The Orly Genger 1993 Trust adam@pollockcohen.com
              Beth Claire Khinchuk    on behalf of Plaintiff Sagi  Genger bkhinchuk@emmetmarvin.com
              Beth Claire Khinchuk    on behalf of Defendant Sagi  Genger bkhinchuk@emmetmarvin.com
              Beth Claire Khinchuk    on behalf of Creditor Sagi  Genger bkhinchuk@emmetmarvin.com
              Beth Claire Khinchuk    on behalf of Creditor    TPR Investment Associates, Inc.
               bkhinchuk@emmetmarvin.com
              Christopher Gartman    on behalf of Defendant    ADBG LLC gartman@hugheshubbard.com,
               corp-reorg-department-7318@ecf.pacerpro.com
              Christopher Gartman    on behalf of Defendant Arnold  Broser gartman@hugheshubbard.com,
               corp-reorg-department-7318@ecf.pacerpro.com
              Christopher Gartman    on behalf of Defendant David  Broser gartman@hugheshubbard.com,
               corp-reorg-department-7318@ecf.pacerpro.com
              Christopher Gartman    on behalf of Defendant    Tedco Inc. gartman@hugheshubbard.com,
               corp-reorg-department-7318@ecf.pacerpro.com
```

```
District/off: 0208-1              User:                    Page 3 of 3                  Date Rcvd: Jul 21, 2020
                                  Form ID: 143             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christopher Gartman    on behalf of Creditor    ADBG LLC gartman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
        Christopher K. Kiplok    on behalf of Creditor    ADBG LLC kiplok@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
        Deborah Piazza    on behalf of Trustee Deborah Piazza dpiazza@tarterkrinsky.com, sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com
        Deborah Piazza    dpiazza@tarterkrinsky.com, sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com
        Deborah D. Williamson    on behalf of Creditor Arie Genger dwilliamson@dykema.com, rcolbath@dykema.com
        Douglas E. Spelfogel    on behalf of Interested Party Dalia Genger dspelfogel@foley.com
        Elizabeth Aboulafia    on behalf of Plaintiff    Michael Oldner, as Trustee of The Orly Genger 1993 Trust eaboulafia@cullenanddykman.com
        Elizabeth Aboulafia    on behalf of Interested Party    The Orly Genger 1993 Trust eaboulafia@cullenanddykman.com
        Eric Daniel Herschmann    on behalf of Creditor Eric Herschmann eherschmann@kasowitz.com, courtnotices@kasowitz.com
        Frank A. Oswald    on behalf of Defendant Arie Genger frankoswald@teamtogut.com, dperson@teamtogut.com;dcahir@teamtogut.com;ewu@teamtogut.com;arodriguez@teamtogut.com;kscott@teamtogut.com
        Frank A. Oswald    on behalf of Creditor Arie Genger frankoswald@teamtogut.com, dperson@teamtogut.com;dcahir@teamtogut.com;ewu@teamtogut.com;arodriguez@teamtogut.com;kscott@teamtogut.com
        Ira Daniel Tokayer    on behalf of Interested Party Dalia Genger imtoke@mindspring.com
        Ira Daniel Tokayer    on behalf of Plaintiff    D&K GP LLC imtoke@mindspring.com
        Ira Daniel Tokayer    on behalf of Interested Party    D&K GP LLC imtoke@mindspring.com
        Ira Daniel Tokayer    on behalf of Plaintiff Dalia Genger imtoke@mindspring.com
        Jay H. Ong    on behalf of Interested Party    The Orly Genger 1993 Trust jong@munsch.com
        John Dellaportas    on behalf of Plaintiff Sagi Genger jdellaportas@emmetmarvin.com
        John Dellaportas    on behalf of Creditor    TPR Investment Associates, Inc. jdellaportas@emmetmarvin.com
        John Dellaportas    on behalf of Defendant Sagi Genger jdellaportas@emmetmarvin.com
        John Dellaportas    on behalf of Creditor Sagi Genger dellajo@morganlewis.com
        John Dellaportas    on behalf of Defendant    Sagi Genger 1993 Trust jdellaportas@emmetmarvin.com
        Julie B. Wlodinguer    on behalf of Debtor Orly Genger jwlodinguer@reitlerlaw.com
        Michael Bowen    on behalf of Defendant Orly Genger mbowen@kasowitz.com, courtnotices@kasowitz.com
        Michael Bowen    on behalf of Interested Party    Kasowitz Benson Torres LLP mbowen@kasowitz.com, courtnotices@kasowitz.com
        Michael Bowen    on behalf of Creditor    Kasowitz Benson Torres LLP mbowen@kasowitz.com, courtnotices@kasowitz.com
        Michael Bowen    on behalf of Defendant Michael Bowen mbowen@kasowitz.com, courtnotices@kasowitz.com
        Michael Bowen    on behalf of Defendant Eric Herschmann mbowen@kasowitz.com, courtnotices@kasowitz.com
        Michael T. Sullivan    on behalf of Unknown    Zeichner Ellman & Krause LLP msullivan@sullivanlaw.com, rlombardo@sullivanlaw.com
        Paul J. Labov    on behalf of Plaintiff Dalia Genger plabov@pszjlaw.com, plabov@foley.com
        Paul J. Labov    on behalf of Interested Party Dalia Genger plabov@pszjlaw.com, plabov@foley.com
        Rocco A. Cavaliere    on behalf of Defendant Deborah J. Piazza rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
        Rocco A. Cavaliere    on behalf of Trustee Deborah Piazza rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
        Sabrina L. Streusand    on behalf of Creditor    TPR Investment Associates, Inc. streusand@slollp.com, prentice@slollp.com
        Sabrina L. Streusand    on behalf of Plaintiff    TPR Investment Associates, Inc. streusand@slollp.com, prentice@slollp.com
        Sabrina L. Streusand    on behalf of Plaintiff Sagi Genger streusand@slollp.com, prentice@slollp.com
        Sabrina L. Streusand    on behalf of Creditor Sagi Genger streusand@slollp.com, prentice@slollp.com
        Thomas A. Pitta    on behalf of Defendant Sagi Genger tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
        Thomas A. Pitta    on behalf of Creditor    TPR Investment Associates, Inc. tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
        Thomas A. Pitta    on behalf of Creditor Sagi Genger tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
        Thomas A. Pitta    on behalf of Plaintiff Sagi Genger tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
        United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
        Yann Geron    on behalf of Debtor Orly Genger ygeron@reitlerlaw.com, ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;jtrainor@reitlerlaw.com;asuffern@axosfs.com;jrodriguez@reitlerlaw.com;kmenendez@reitlerlaw.com

        TOTAL: 55