**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the matter scheduled for Friday September 11, 2020 has been adjourned to Monday September 14, 2020 at 4:00 p.m.

Doc #252...Motion for Protective Order

Dated: September 10, 2020　　　　　　　　　　　　Vito Genna
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court