**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Orly Genger                                      CASE NO.: 19–13895–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 7
xxx–xx–8893

---

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the matter scheduled for September 22, 2020 has been adjourned to October 21, 2020 at 2:00 p.m.

Doc #293 Motion to Compel by Thomas Pitta re: Common Interest Privilege

Dated: September 21, 2020                               Vito Genna
                                                        Clerk of the Court