ERIC HERSCHMANN

210 LAVACA STREET
UNIT 1903
AUSTIN, TX 78701
EDHNOTICE@GMAIL.COM

November 2, 2020

**BY ECF**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  <u>In re Orly Genger</u>, Case No. 19-13895

Dear Judge Garrity,

I write to provide Your Honor with a copy of a very recent update from the National Police in Israel regarding the theft of my personal travel and banking records.  As the attached report and the declaration from Adv. Yovel Nachmani make clear, the criminal investigation is ongoing and Sagi's investigator has been questioned two times by the police.

Respectfully submitted,

*/s/ Eric Herschmann*

cc:  All Counsel of Record (by ECF)

Enclosures