# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>              Debtor. | Case No. 19-13895 (JLG) |

### DECLARATION OF YOVEL NACHMANI

1.      I am an attorney duly admitted to practice law in Israel. I submit this declaration to update this Court on the ongoing criminal investigation in Israel related to the illegally obtained personal banking and travel information of Eric Herschmann ("Herschmann") and Orly Genger ("Genger").

2.      On October 19, 2020 I met with the Head of the Israel Police Jerusalem Fraud Division (the "Fraud Division") and the principal officer in case file no. 440494/2019 for an update since I am the attorney in Israel for the victims.

3.      On October 25, 2020 I received an update (the "Letter Receipt Confirmation") from the Fraud Division about the ongoing criminal investigation into Sasson Matityahu ("Sagi's Private Investigator") and others related to Herschmann and Genger

4.      The Police informed me that they have recently, on two separate occasions, interrogated Sagi's Private Investigator related to how he obtained Herschmann's and Genger's personal banking and travel records and that the criminal investigation is still ongoing (*see* Letter Receipt Confirmation, with English translation, annexed hereto as Exhibit A)

Executed on: October 31, 2020

                                                            _____
                                                                Yovel Nachmani

# Exhibit A

אישור קבלת מכתב

פרטים כלליים

| | |
|---|---|
| יחידה: | מפלג הונאה ופשיעה כלכלית |
| מספר תיק פל"א: | 440494/2019 |
| סיווג תיק: | פ.א |
| תאריך: | 25/10/2020, ז' חשון תשפ"א, 11:49 |
| כתובת: | התנופה 19, תלפיות ירושלים |

טלפון: 025683286
פקס: 02-5683121
מס' מסמך בתיק: גב
נושא המסמך: פניית עו"ד יובל נחמני

לכבוד א.נ./ג.ג    עו"ד יובל נחמני

**אנו מאשרים**
קבלת מכתבך מיום 22/10/2020   בנושא: פגישתנו ביחס להתקדמות החקי

☐ אנו מטפלים בעניין ועם סיום הטיפול נודיעך.

☑ הרינו להודיעך כי

1. בתיק החקירה מבוצעות פעולות רבות לרבות קבלת נתונים מגופים שונים.
2. בתיק החקירה נחקר החשוד המרכזי פעמיים בנושא התלונה אך החקירה טרם הושלמה.
3. כפי שציינתי בפגישתנו, אנו עושים מאמצים לקדם את הליך החקירה ומבינים כי מדובר בהליך משפטי מתקיים בין הצדדים ועל כן הדחיפות.

בתשובה נא להזכיר מס' פ"א: 440494/2019

בכבוד רב

| | |
|---|---|
| מ"א | 955559 |
| | שם משפחה: סימון   שם פרטי: אזיק |
| דרגה | רפק |
| חתימה | |

[signature/stamp]

**File Number:** 440494 / 2019
**Document ID:** M149309914

# ISRAEL POLICE

# LETTER RECEIPT CONFIRMATION

GENERAL DETAILS

| | |
|---|---|
| UNIT: Fraud and Financial Crimes Division | TELEPHONE: 025683286 |
| FILE NUMBER: 440494 / 2019 | FAX: 02-5683121 |
| CASE CLASSIFICATION: F.A. | FILE DOCUMENT NO.: 52 |
| DATE: October 25, 2020, 11:49 | DOC. SUBJECT: Request of Atty. Yovel Nachmani |

ADDRESS: 19 Hatnufa, Talpiot, Jerusalem

TO:    Attorney Yovel Nachmani

CONFIRMATION of
RECEIPT of LETTER
DATED: October 22, 2020        SUBJECT: Meeting regarding progress of the Investigation

. We are working on this issue and will advise once finished

√  This is to inform you

> 1. In the investigative file many operations are performed including receiving data from various sources
> 2. In the investigative file the main suspect was interrogated twice regarding the complaint but the investigation has not yet been completed
> 3. As noted in our meeting, we are making efforts to further the investigation and understand that this involves an ongoing case in the United States between the parties and therefore the urgency

When answering please reference file number: 440494 / 2019

Sincerely

ID No. 955559        Last Name Siman        First Name Isak

Rank: Superintendent

Signature _____

Stamp of Izak Siman, Attorney

Translated on: October 30, 2020