# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that a Conference shall be held on 2/10/2021 at 3:00 p.m.

Dated: February 5, 2021               Vito Genna
                                      Clerk of the Court