# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Date:  **February 10, 2021**
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| Orly Genger, | Case No. 19-13895-JLG |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Thomas A. Pitta, Esq., Counsel to Sagi Genger<br>Rocco A. Cavaliere, Esq., Counsel to the Chapter 7 Trustee |
| Proceedings: | Motion to Compel regarding the Common Interest Privilege [ECF No. 293]<br><br>Motion for Order Confirming That Automatic Stay Does Not Limit Ability of New York State Court to Exonerate Undertaking for TRO [ECF No. 322] ("Motion to Confirm Absence of Stay") |
| Order: | A hearing on the Motion to Compel is scheduled for **Thursday, February 18, 2021 at 4 p.m. (ET)** for the Court to render its decision.<br><br>The Motion to Confirm Absence of Stay is scheduled for hearing on **February 25, 2021 at 3 p.m. (ET).**<br><br>The deadline to file a Response to the Motion to Confirm Absence of Stay is **February 18, 2021 at 2 p.m. (ET).**  Replies, if any, shall be filed by **February 22, 2021 at 2 p.m. (ET).**  (Counsel is reminded to submit two single-sided courtesy copies to Chambers). |

BY THE COURT.

February 14, 2021
New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge