# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Orly Genger                                            CASE NO.: 19–13895–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER: 7
xxx–xx–8893

---

## NOTICE TO ALL INTERESTED PARTIES

Please be advised that the matter being heard on 2/18/2021 has been adjourned to 2/19/2021 at 4:00 p.m.

Dated: February 17, 2021                                      Vito Genna
                                                              Clerk of the Court