# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

## NOTICE TO ALL INTERESTED PARTIES

Please be advised that the matter being heard on 2/19/2021 has been adjourned to 2/22/2021 at 12:00p.m. (ET)

Dated: February 19, 2021                                         Vito Genna
                                                                 Clerk of the Court