**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the matter scheduled for February 22, 2021 at 12:00 p.m. has been pushed to 4:00 p.m.

Dated: February 21, 2021                         Vito Genna
                                                 Clerk of the Court