# GLENN AGRE BERGMAN & FUENTES LLP

Michael Paul Bowen
mbowen@glennagre.com
55 Hudson Yards, 20th Floor
New York, NY 10001
o: (212) 358-5600
m: (914) 319-1827

March 31, 2021

<u>Via ECF</u>
Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Re:    <u>In re Orly Genger, Ch. 7, Case No. 19-13895</u>

Your Honor:

The OG Trust's submission today (Doc. 394) is in breach of the agreed-upon procedure for submitting deposition questions for rulings.

When Mr. Oldner's continued deposition was suspended, the parties expressly agreed that a list of the questions at issue would be generated based on the transcript and submitted to "ask the Court" for rulings at a hearing where both sides could be heard as to relevance.  Oldner Tr. 536:19 to 537:10 ("we will mark the questions that we want presented to the Court and then ask the judge at a later date to rule upon or have a hearing to rule upon those questions. And if the judge orders that we get answers to the questions, then Mr. Oldner will come back at a mutually agreed upon time.  Is that correct?  MR. POLLOCK:  That sounds fine.").  That is why we limited our March 29 letter (Doc. 392) to a simple list of the submitted questions.

On behalf of debtor, we reiterate our request for a hearing so that debtor and other parties may be heard as to the relevance of the disputed questions.

Respectfully submitted,

/s *Michael Paul Bowen*

cc:  All Counsel (via ECF)

New York
San Francisco
www.glennagre.com