**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the matters scheduled for April 8, 2021 at 4:00 p.m. have been rescheduled for 5:00 p.m.

Dated: April 8, 2021                                Vito Genna
                                                    Clerk of the Court