# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Orly Genger                                    CASE NO.: 19–13895–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  7
xxx–xx–8893

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the matters scheduled for April 14, 2021 at 9:00 a.m. has been rescheduled to April 14, 2021 at 5:00 p.m.

Dated: April 13, 2021                           Vito Genna
                                                Clerk of the Court