ERIC HERSCHMANN

210 LAVACA STREET
UNIT 1903
AUSTIN, TX 78701
EDHNOTICE@GMAIL.COM

April 16, 2021

**BY ECF**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

        Re:  <u>In re Orly Genger</u>, Case No. 19-13895

Dear Judge Garrity,

    I write to inform the Court that today I sent Mr. Dellaportas an unredacted copy of the Trust Agreement that identifies the Trustee.  Obviously, it is the same person that I identified in my original correspondence to Mr. Dellaportas' firm last week.

    For the record, I also enclose a copy of the email from Brian Cumings, the prior Chapter 7 Trustee's counsel, that I read to the Court during our April 14 hearing.  This email only addresses the allegations contained on page 1 of Mr. Dellaportas' 17 page April 5, 2021 letter (Dkt. #399)  ("Each of those [Mr. Dellaportas'] claims is untrue, as is any assertion that I made them to anyone.").

                                                      Respectfully submitted,

                                                      <u>*/s/ Eric Herschmann*</u>

cc:  All Counsel of Record (by ECF)

Enclosures