EXHIBIT 53

<div style="text-align:center">

**The Bachman Law Firm PLLC**
365 South Main Street, 2nd Floor
New City, New York 10956
845-639-3210

</div>

June 17, 2019

<u>VIA Email</u>

| | |
|---|---|
| Michael Paul Bowen, Esq. | Mitchell David Goldberg, Esq |
| Kasowitz, Benson, Torres LLP (NYC) | Ochs & Goldberg, LLP |
| 1633 Broadway | 60 East 42nd Street, Suite 1545 |
| New York, NY 10019 | New York, NY 10165 |
| Email: mbowen@kasowitz.com | Email: mitchell@oglaw.net |
| | |
| Gerald Edward Greenberg, Esq. | Douglas D. Herrmann |
| Gelber Schachter & Greenberg PA | Pepper Hamilton LLP |
| 1221 Brickell Avenue | Hercules Plaza, Suite 5100 |
| Suite 2010 | 1313 N. Market Street |
| Miami, FL 33131 | Wilmington, Delaware 19899 |
| Email: ggreenberg@gsgpa.com | Email: herrmand@pepperlaw.com |

Re: <u>2013 Settlement Agreement ("Agreement") with Trump Group and AG Group</u>

Dear Counsel:

  As you are aware, I am counsel to Dalia Genger, Trustee of the Orly Genger 1993 Trust (the "Trust").

  I write to inform you that, as described in Section 3 of the Agreement, the Trust stands ready to deliver in conjunction with the "Sagi Group . . .[to] the Trump Group . . . a release of the Trump Group Released Parties . . . and covenant not to sue" and, thereby, to trigger the Extended Maturity Date as defined in Section 3 of the Agreement, upon your undertaking that the full $32.3 million (less any proper indemnity holdback by the Trump Group) will be immediately delivered to the Trust upon receipt of such releases.

  Please confirm by 4:00 p.m. today, in writing, that each of your clients consent to the foregoing undertaking.

<div style="margin-left:50%">

Very truly yours,

/s/
Judith Bachman

</div>

DB-MSM-00000229