# EXHIBIT 2

1    SUPREME COURT OF THE STATE OF NEW YORK

2    COUNTY OF NEW YORK
     -------------------------------------------X
3    ORLY GENGER in her individual capacity
     and on behalf of the Orly Genger 1993
4    Trust (both in its individual capacity
     and on behalf of D&K Limited Partnership),

5
                              Plaintiff,
6
         - against -
7
     DALIA GENGER, SAGI GENGER, LEAH FANG,
8    D&K GP LLC, and TPR INVESTMENT ASSOCIATES,
     INC.,
9
                              Defendant
10
     Index No. 109749/09
11   -------------------------------------------X

12

13                            575 Lexington Avenue
                              New York, New York
14
                              February 7, 2013
15                            10:41 a.m.

16

17           RESUMED DEPOSITION of DALIA GENGER,

18    taken before Annette M. Montalvo, RMR, and a

19    Notary Public in and for the State of New York.

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24             New York, New York  10022
                     212-750-6434
25                   Ref:  102350

```
1                        GENGER
2    difference is --
3        Q.    Okay.
4        A.    -- when you are saying that.
5        Q.    Look at Exhibit 14, paragraph 10.
6    Exhibit 14 is an affidavit of yours, sworn to on
7    March 11, 2008.  And look at paragraph 10, page 3
8    to 4.
9        A.    Okay.
10       Q.    Second sentence.
11       A.    Okay.  You mean, this is what Orly's
12   writing?
13       Q.    This is what you wrote.  You signed it.
14       A.    Where?  Where does it say?  Orly
15   Genger, petitioner, against me.
16       Q.    Dalia 14.  Affidavit of Dalia Genger.
17             MR. MEISTER:  Yes.
18   BY THE WITNESS:
19       A.    Okay.  I got it.  Affidavit of Dalia
20   Genger.  Okay.  I'm sorry.  It is number 10, you
21   said?
22   BY MR. GRIVER:
23       Q.    Yes.  Paragraph 10.
24       A.    Yeah.
25             Okay.  So, what?  So I guess "redeem"
```

```
1                        GENGER
2    means that I am kind of giving -- I am selling
3    the shares to the company?
4         Q.    Selling --
5         A.    The shares --
6         Q.    Letting the shares go back to the
7    company --
8         A.    I mean, going from me --
9         Q.    To TPR?
10        A.    To TPR.  Okay.
11        Q.    And --
12        A.    From my ownership to TPR ownership.
13        Q.    Right.  And you did that because that
14   way both Orly and Sagi would share equally?
15        A.    Yeah.
16        Q.    And it was important to you that that
17   happened because you wanted to treat both your
18   children equally?
19        A.    Obviously.
20        Q.    And it was important to you that you
21   let the court know that in its decision as to
22   whether or not you should be trustee?
23        A.    I don't know if that was the reason,
24   but, yeah, obviously, I want both my kids to be
25   treated equally.
```

C E R T I F I C A T E

STATE OF NEW YORK  )

                   )

COUNTY OF NEW YORK )


          I, ANNETTE M. MONTALVO, Registered

Merit Reporter and Notary Public within and for

the State of New York, do hereby certify:

          That DALIA GENGER, the witness whose

deposition is hereinbefore set forth, was duly

sworn by me and that such deposition is a true

record of the testimony given by such witness.

          I further certify that I am not related

to any of the parties to this action by blood or

marriage and that I am in no way interested in

the outcome of this matter.

          IN WITNESS WHEREOF, I have hereunto set

my hand this 20th day of February, 2013.




------------------------
Annette M. Montalvo, RMR
My commission expires:  January 31, 2015