# EXHIBIT 21

# RELEASE

FOR AND IN CONSIDERATION OF Ten Dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the Orly Genger 1993 Trust under Trust Agreement dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees ("Orly 1993 Trust") and all of its trustees, directors, officers, employees, agents, affiliates, successors, assigns and beneficiaries, whether or not currently in being, and such beneficiaries' agents ("Releasor"), hereby forever release and discharge, on behalf of the Orly 1993 Trust and any entity under The Orly 1993 Trust's control (including, but not limited to, Recovery Effort Inc.) David Parnes and his successors, executors, agents and assigns, trusts or other entities of which they were or are beneficiaries (each, a "Releasee"), from any and all actions, causes of actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, and also any claims with respect to the Orly Genger 1993 Trust and any and all accountability, liability and responsibility of Releasee's for Releasee's acts or omissions, Releasor ever had, now has or hereafter can, shall or may have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this Release.

Executed on this 15 day of August 2019

The Orly Genger 1993 Trust

By: _____
MICHAEL OLDNER, Trustee

ANGELA MAYS
My Notary ID # 124297242
Expires August 25, 2022