# EXHIBIT 22

## RELEASE

FOR AND IN CONSIDERATION OF Ten Dollars and other good and valuable consideration, the receipt of which is hereby acknowledged, the Orly Genger 1993 Trust under Trust Agreement dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees ("Orly 1993 Trust") and all of its trustees, directors, officers, employees, agents, affiliates, successors, assigns and beneficiaries, whether or not currently in being, and such beneficiaries' agents ("Releasor"), on behalf of the Orly 1993 Trust and any entity under The Orly 1993 Trust's control (including, but not limited to, Recovery Effort Inc.)  hereby forever release and discharge TPR Investment Associates, Inc., a Delaware corporation, D&K GP LLC, a Delaware corporation, and their respective principals, officer, directors, partners, members, subsidiaries and each of their successors, executors, agents and assigns (each, a "Releasee"), from any and all actions, causes of actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, and also any claims with respect to the Orly Genger 1993 Trust and any and all accountability, liability and responsibility of Releasee for Releasee's acts or omissions, Releasor ever had, now has or hereafter can, shall or may have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this Release.

Executed on this 15 day of August 2019

The Orly Genger 1993 Trust

By: _____
MICHAEL OLDNER, Trustee

*Angela Mays*

ANGELA MAYS
My Notary ID # 124297242
Expires August 25, 2022

OGT_00005910