# EXHIBIT 27

```
 1   ------------------------------------------------

 2   IN THE UNITED STATES BANKRUPTCY COURT

 3       IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

 4   ------------------------------------------------

 5   In re:

 6                           Case No.:19-13895-jlg

 7   ORLY GENGER,

 8

 9   Debtor

10   _____

11                           August 17, 2020

12                           10:00 a.m.

13

14

15

16          DEPOSITION OF ORLY GENGER, pursuant to

17   Order and held via Zoom before a stenotype reporter

18   and Notary Public in and of the State of New York.

19

20

21

22

23

24

25
```

Page 2

1  A P P E A R A N C E S

2

3  EMMET, MARVIN & MARTIN, LLP
   Attorneys for Sagi Genger
4       120 Broadway
        New York, New York 10271
5       Telephone: 212-238-3000
        Fax: 212-238-3100
6       Email: jdellaportas@emmetmarvin.com
7  BY: JOHN DELLAPORTAS, ESQ.

8  TOGUT, SEGAL & SEGAL. LLP
   Attorneys for Arie Genger
9       One Penn Plaza, Suite 3335
        New York, 212-594-5000
10      Telephone: 212-594-5000
        Fax: 212-967-4258
11      Email: jborriello@teamtogut.com
12 BY: JARED C. BORRIELLO, ESQ.

13 KASOWITZ, BENSON, TORRES, LLP
   Attorneys for Kasowitz Law Firm
14      1633 Broadway
        New York, NY 10019
15      Telephone: (212) 506-1700
        Fax: (212) 506-1800
16      Email: MBowen@kasowitz.com
17 BY: MICHAEL PAUL BOWEN, ESQ.

18 KASOWITZ, BENSON, TORRES, LLP
   Attorneys for Kasowitz Law Firm
19      1633 Broadway
        New York, NY 10019
20      Telephone: (212) 506-1700
        Fax: (212) 506-1800
21      Email: AKurland@kasowitz.com
22 BY: ANDREW KURLAND, ESQ.

23

24

25

Page 3

1  A P P E A R A N C E S (continued)

2

3  ERIC D. HERSCHMANN

4       1633 Broadway
        New York, NY 10019
5       Telephone: (212) 506-1700
        Fax: (212) 506-1800
6       Email: EHerschmann@kasowitz.com
7  BY: ERIC D. HERSCHMANN, ESQ.

8

9  REITLER KAILAS & ROSENBLATT
   Attorneys for Orly Genger Chapter 7
10      885 Third Ave. 20th Floor
        New York, New York 10022
11      Telephone: 212-209-3050
        Facsimile: 212-371-5500
12 BY: YANN GERON, ESQ.

13 HUGHES HUBBARD & REED
   Attorneys for ADBG
14      One Battery Park Plaza
        New York, New York 10004-1482
15      Telephone: (212) 837-6000
        Fax: (212) 422-4726
16      Email: chris.gartman@hugheshubbard.com
17 BY: CHRIS GARTMAN, ESQ.

18 TARTER KRINSKY & DROGIN
   Attorneys for Chapter 7 Trustee
19      1350 Broadway
        New York, NY 10018
20      Phone: 212-216-1141
        Fax: 212-216-8001
21      Email: rcavaliere@tarterkrinsky.com
22 BY: ROCCO A. CAVALIERE, ESQ.

23

24

25

Page 4

1  A P P E A R A N C E S (continued)

2

3  EMMET, MARVIN & MARTIN, LLP
   Attorneys for Sagi Genger
4       120 Broadway
        New York, New York 10271
5       Telephone: 212-238-3000
        Fax: 212-238-3100
6       Email: BKHINCHUK@EMMETMARVIN.COM
7  BY: BETH KHINCHUK, ESQ

8

9  Also present:

10 Sagi Genger

11 Issac Warner

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1  I N D E X

2

3  WITNESS:          EXAMINATION BY:      PAGES:
4  Orly Genger       Mr. Dellaportas      8-90,
5                                         107-111
                     Mr. Hershmann        91-98
6                    Mr. Cavaliere        99-102
                     Mr. Bowen            102-107
7

8       PREVIOUSLY MARKED EXHIBITS:
9  NUMBER:  DESCRIPTION:                  PAGE:
10 Orly 2   EH Promissory Note            49
11 Orly 3   AG Promissory Note            51
12 Orly 6   American Express Card         87
13 Orly 8   Bankruptcy Schedule          39
14 Orly 10  Deed of Trust                80
15 Orly 11  Escrow Agreement             55
16 Orly 19  Bank Statements              16
17 Orly 23  Subordination Agreement      58
18 Orly 29  Unanimous Written Consent    12
19 Orly 31  Bill Fischer Email           68
20 Orly 35  Appraisal                    11
21 Orly 36  Law Firm Payments            22
22 Orly 39  First Amendment to Credit Agmt.  60
23 Orly 40  First Amendment to Credit Agmt.2)  60
24
25

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 6

# I N D E X (continued)

## I N S E R T S :
(None.)

## R E Q U E S T :
(None.)

Page 7

1    VIDEOGRAHPHER:  We are now on record in
2  the matter of In re: Orly Genger.
3    Today's date is August 17, 2020 and the
4  time is 1:01 a.m. Eastern Daylight Time.
5    This is the video recording of the
6  deposition of Orly Genger, being take remotely
7  in video conference.
8    I am the camera operator, my name is Issac
9  Warner, in association with Trustpoint and
10  Alderson Reporting.
11    The court reporter is Deirdre Smith, also
12  in association with Trustpoint and Alderson
13  Reporting.
14    Will all attorneys please identify
15  themselves and the parties they represent,
16  beginning with the party noticing this
17  proceeding.
18    MR. DELLAPORTAS:  This is John Dellaportas
19  of Emmet, Marvin & Martin, on behalf of
20  judgment creditor, Sagi Genger.
21    MR. GERON:  This is Yann Geron, Reitler,
22  Kailas & Rosenblatt, I represent Orly Genger.
23    Just a quick correction, Mr. Videographer,
24  I think you said, 1:01, it's 10:01, actually
25  it's 10:02, so just so it's clear on the

Page 8

1  transcription.
2    MR. BORIELLO:  Hi, this Jared Borriello,
3  of Togut, Segal & Segal, on behalf of creditor
4  Arie Genger.
5    MR. BOWEN:  This is Mike Bowen, Kasowitz
6  Benson Torres, on behalf of Kasowitz.
7    MR. HERSHMANN:  This is Eric Herschmann.
8    MR. GARTMAN:  Chris Gartman, from Hughes,
9  Hubbard & Reed, on behalf ADBG, LLC.
10    MR. CAVALIERE:  Rocco Cavaliere, Tarter
11  Krinsky & Drogin on behalf of Deborah Piazza,
12  the Chapter 7 Trustee.
13  ---------------------------------------
14    WHEREUPON, ORLY GENGER, the WITNESS
15  herein, after being duly sworn was examined and
16  testified as follows:
17  EXAMINATION BY MR. DELLAPORTAS:
18    Q   Can you please state your name for the
19  record?
20    A   Orly Genger.
21    Q   Can you please state your address for the
22  record?
23    A   210 Lavaca Street, Austin, Texas, 78701.
24    Q   Can you just spell the name of the street?
25    A   Lavaca, L-A-V-A-C-A.

Page 9

1    Q   Good morning Ms. Genger, so, we are going
2  to do it like we did last time, which is I'll put up
3  the exhibits on the screen and I'm also going to
4  circulate them to the attorneys so that everybody
5  has access to the same thing.
6    A   I might ask since I found it challenging
7  last time, if you can possibly email it to me too so
8  that I can look through everything on my own speed.
9    Q   Yes, ma'am.  Can you give me your email
10  address because I don't think I have it.
11    A   It's my full name, Orly Genger, at Gmail.
12    Q   Orly Genger at Gmail dot com?
13    A   Correct.
14    MR. DELLAPORTAS:  So, I'm going to send
15  the first batch of like four or five that we're
16  going to use so we don't slow things down too
17  much.
18    THE WITNESS:  Okay.
19    MR. DELLAPORTAS:  Bare with me one second.
20    (Pause.)
21    MR. DELLAPORTAS:  So, I'm sending the
22  first batch of like six, so everyone should be
23  getting them in just a moment.
24    (Pause.)
25    MR. DELLAPORTAS:  I'm going to put it up

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 90

1    A    Yeah, I would sort have to refresh my
2    memory.  Offhand I don't recall exactly when.
3    Q    Okay.  And why was that change made?
4    A    My husband decided he didn't want me to
5    have it any longer.
6    Q    And during the period in which you had use
7    of that card, who paid the bills?  You or someone
8    else?
9    A    My husband.
10    Q    Have you heard of something called the
11    Lily Herschmann 2020 Lifetime Trust?
12    A    No.
13    Q    Putting aside the name, are you aware that
14    a trust has been set up for the benefit of your
15    daughter?
16    A    No.
17        MR. DELLAPORTAS:  One second.  We are
18    pretty close to done.  We're going to take a
19    few minute break to review my notes and then
20    final questions.  Five minutes.
21        VIDEOGRAHPHER:  Going off the record at
22    1:02.
23            (Break.)
24        VIDEOGRAHPHER:  Going on the record at
25    1:08.

Page 91

1        MR. DELLAPORTAS:  So, subject to any
2    discovery rulings from the Court which may
3    produce additional withheld documents, we have
4    no further questions at this time.
5        MR. GERON:  Okay.  Thank you.
6        MR. HERSHMANN:  Do you mind if we take a
7    five minute break just to get an idea how much
8    time people have?
9        MR. DELLAPORTAS:  No problem.
10        MR. HERSHMANN:  So, can we come back at
11    1:15, six minutes?
12        MR. DELLAPORTAS:  Fine by me.
13        MR. HERSHMANN:  Okay thanks.
14        VIDEOGRAHPHER:  Going off the record at
15    1:09.
16            (Break.)
17        VIDEOGRAHPHER:  Going on the record at
18    1:18.
19    Examination by Mr. Herschmann:
20    Q    Ms. Genger, it's Eric Hershmann, I just
21    have some quick questions to followup on, some of
22    Mr. Dellaportas' questions and some of his filings.
23        Let's stay with the America Express
24    Statements that he's left on the screen for us.  To
25    be clear, Mr. Dellaportas has never asked you about

Page 92

1    what the expenditures were on the America Express
2    Card; is that correct?  Either in the post-judgment
3    deposition or at other times?
4    A    I don't believe he did.
5    Q    And to be clear, when you used the America
6    Express Card, did that money go to you?
7    A    No.
8    Q    Did you ever have a joint bank account
9    with me?
10    A    No.
11    Q    And when homeowner or house-owner related
12    expenses were paid for the apartment in Texas,
13    whether it be property taxes or utilities or
14    anything, did any of that money go to you?
15    A    No.
16    Q    Is it accurate that from 2016 to the
17    present, that you haven't received ten thousand
18    dollars, either in a bank account or in cash from
19    me?
20        MR. DELLAPORTAS:  Objection.
21    A    No.
22        MR. HERSHMANN:  What's the basis for the
23    objection?
24        MR. DELLAPORTAS:  Leading.
25    Q    Ms. Genger, have you received any cash,

Page 93

1    meaning green dollars, in excess of ten thousand
2    dollars from me?
3    A    No.
4    Q    Have you ever had a joint account, bank
5    account, that had any money in it, ever?
6    A    No.
7    Q    And for example, if you charged a medical
8    visit on the credit card, did that money go to you
9    or did it actually go to physician treating you or
10    our daughter?
11    A    It did not go to me.  It went to whatever,
12    the doctor.
13    Q    And is that true of every charge that you
14    ever made on the America Express card the money
15    never went to you?
16    A    Yes, that's true.
17    Q    Now, Mr. Dellaportas has cited in letter
18    to the Court and has put in as reference to part of
19    your testimony in the post-judgment discovery
20    deposition that he took on March 7, 2019 --
21        MR. DELLAPORTAS:  John, can you take down
22    America Express exhibit please?  Thank you.
23    Q    -- Ms. Genger, do you recall in March of
24    2019 being depose by Mr. Dellaportas?
25    A    I'm sorry --

1    MR. HERSHMANN:  Objection to form.

2    A    I don't remember.

3    Q    Is this understanding that you've just
4  described, that you would have no entitlement to the
5  $32.3, but only to a 10.3 million escrow agreement
6  not in your name, is that understanding reflected in
7  writing anywhere?

8    MR. BOWEN:  I object to the form of that
9  question.

10    A    Again, I don't know you said?

11    THE WITNESS:  Deirdre, I apologize, can
12  you repeat the question?

13    MR. DELLAPORTAS:  Ma'am you can read it
14  back.

15        (Reporter reads back requested
16        portion.)

17    A    When you say, Escrow Agreement not in your
18  name, I'm not sure what that means.  When I'm
19  referring to 10.3, it's the original 10.3 which is
20  the TRI shares of -- and you're asking me is my
21  understanding written anywhere?

22    THE WITNESS:  John, I don't know, you're
23  not looking at me?

24    MR. DELLAPORTAS:  Yeah, that's a fair
25  recitation to my question.

1    A    Okay.  To, my recollection is that it is
2  reflected in the Trump Settlement Agreement.  That's
3  my recollection.

4    Q    Other than Trump Settlement Agreement is
5  that understanding reflected in any other written
6  document?  It doesn't have to be an agreement, it
7  can be an email, a letter, anything?

8    A    I don't know.  I mean -- I don't know.
9  From me?  Not that I have.

10    Q    Okay.  Whether you have it or not are you
11  aware of that understanding being reflected in any
12  document?

13    A    No.

14    MR. DELLAPORTAS:  I have nothing further.
15  Bodega?

16    MR. HERSHMANN:  We are concluded.

17    VIDEOGRAHPHER:  This completes today's
18  deposition of Orly Genger.

19    Going off the record at 1:46.

20    (End of proceedings.)

21

22

23

24

25

1  STATE OF NEW YORK      )

2                )  ss.

3  COUNTY OF WESTCHESTER  )

4

5    I, DEIRDRE SMITH, Court Reporter and
6  Notary Public with and for the County of
7  Westchester, State of New York, do hereby certify
8  that I reported the proceedings that are
9  hereinbefore set forth, and that such transcript is
10  a true and accurate record of said proceedings.

11

12    I further certify that I am not related to
13  any of the parties to this action by blood or
14  marriage, and that I am in no way interested in the
15  outcome of this matter.

16

17  WITNESS MY HAND, this 17th day of August, 2020.

18

19

20

21  Deirdre Smith            My commission expires:
22  Notary Public            April, 2022

23

24

25

Trustpoint.One  Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

**Errata Sheet**

I, Orly Genger, wish to make the following changes to the transcript of my deposition in the case captioned *In re Orly Genger*, U.S.B.C. S.D.N.Y. Case No. 19-13895-JLG, for the following reasons:

Day 1, 6/24/20

| PAGE | LINE | CHANGE FROM | CHANGE TO | REASON |
|------|------|-------------|-----------|--------|
| 35 | 16 | Keep it or share it | May keep it or share it | Clarification |
| 71 | 14 | I don't remember. I said I don't remember | No | Clarification |
| 80 | 19 | …it is a situation | …it is a stressful situation… | Clarification |
| 83 | 9 | …maybe a month or something | …maybe months or something | Transcription error |
| 107 | 14 | If I did you would know | No, if I did you would know | Clarification |
| 112 | 20 | I believe there is, but again… | I believe there isn't, but again… | Transcription error |
| 113 | 8 | I believe there is, however… | I believe there isn't, however… | Transcription error |

Day 2, 8/17/20

| PAGE | LINE | CHANGE FROM | CHANGE TO | REASON |
|------|------|-------------|-----------|--------|
| 80 | 14 | …after a conversation | …after a conversation with him | Clarification |
| 92 | 21 | No | Yes, it's accurate. | Clarification |
| 97 | 17 | …decision, also by, you know, under the consultation… | …decision in consultation | Clarification |
| 111 | 13 | No | No, I don't believe so | Clarification |

Dated: September 14, 2020

_Orly Genger_ — Orly Genger

Sworn to before me this
14th day of September, 2020

Notary Public



MARCO ANTONIO BIANCALANA
My Notary ID # 129469494
Expires June 25, 2021

Scanned with CamScanner