# EXHIBIT 30

```
Dec 29 2016 16:42:42 EST  REDACTED
      REDACTED      Confirmation

Value Date:29-Dec-16
Amount Paid:USD 2000000.00
      REDACTED    Reference:        REDACTED
Account Number: REDACTED


Sys Ref In:Not Provided                   Sys Ref Out:Not Provided
Transfer Requested By:                    For Final Payment To:
ERIC DANIEL HERSCHMANN                    KASOWITZ,BENSON,TORRES
210 LAVACA ST APT 1903AUSTINTX78701       1633 BROADWAY
                                          NEW YORK NY 10019-6708




Through Ordering Bank:                    Through Beneficiary's Bank:

REDACTED                                  REDACTED



Paid to    REDACTED    Through:           Paid by    REDACTED    To:
ERIC DANIEL HERSCHMANN
210 LAVACA ST APT 1903AUSTINTX78701




Bank to Bank Information:                 Details for Beneficiary:
                                          REF: ERIC HERSCHMANN
REDACTED
                                                  Genger



Instructing Party's Reference:            Beneficiary's Reference:
        REDACTED                                  REDACTED

This is a confirmation of a Funds Transfer processed by         REDACTED
Confirmation Sent:29-Dec-2016 16:41 EST


Notice to recipient:
This message is meant for only the intended recipient of the transmission,
and may be a communication privileged by law.  If you received this message
in error, any review, use, dissemination, distribution or copying of this
information is strictly prohibited.

       REDACTED
```

Batch #130075
EDH

CONFIDENTIAL                                                    KBT&EDH_0000377