# EXHIBIT 31

**Orly Genger - Consolidated Billings and Payments through March 2019**

**Billings and Disbursements**

| Year | Fees | Disbs | Total |
|---|---|---|---|
| 2015 | 687,716.50 | 76,645.07 | 764,361.57 |
| 2016 | 2,239,208.00 | 76,449.46 | 2,315,657.46 |
| 2017 | 210,969.00 | 13,766.00 | 224,735.00 |
| 2018 | 547,556.00 | 5,924.00 | 553,480.00 |
| 2019 through 3/31/2019 | 277,078.00 | 8,299.00 | 285,377.00 |
| TOTAL | 3,962,527.50 | 181,083.53 | 4,143,611.03 |

**Payments**

| Payment Date | Amount |
|---|---|
| 2/19/2015 | (25,000.00) |
| 5/22/2015 | (25,000.00) |
| 6/4/2015 | (231,744.22) |
| 7/8/2015 | (81,551.27) |
| 12/21/2015 | (401,066.08) |
| 12/29/2016 | (2,000,000.00) |

| | |
|---|---|
| Total Billings + Disbursements 2015 to 3/31/2019 | 4,143,611.03 |
| Total Payments 2015 to 3/31/2019 | (2,764,361.57) |
| Amount Due and Owing | 1,379,249.46 |

CONFIDENTIAL