# EXHIBIT 32

# Parcel Detail Report

Created: 5/28/2021 11:33:33 AM

| Basic Information | |
|---|---|
| Parcel Number: | 43L0750001600 |
| County Name: | Pulaski County |
| Property Address: | OLDNER MICHAEL A & RENAE<br>801 PLEASANT VALLEY DR 16<br>LITTLE ROCK, AR 722272163 |
| Mailing Address: | OLDNER MICHAEL OR RENAE<br>801 PLEASANT VALLEY DR APT 16<br>LITTLE ROCK AR 72227 |
| Total Acres: | 0.00 |
| Timber Acres: | 0.00 |
| Sec-Twp-Rng: | 27-2N-13W |
| Lot/Block: | 16/0 |
| Subdivision: | WOODRIDGE TOWNHOMES |
| Legal Description: | |
| School District: | 001 LRSD - 001 |
| Homestead Parcel?: | Yes |
| Tax Status: | Taxable |
| Over 65?: | No |

| Valuation Information | | |
|---|---:|---:|
| Entry | Appraised | Assessed |
| Land: | 0 | 0 |
| Improvements: | 273,750 | 54,750 |
| Total Value: | 273,750 | 54,750 |
| Taxable Value: | | 35,934 |
| Millage: | | 0.07 |
| Estimated Taxes: | | $2,515.38 |
| Homestead Credit: | | ($375.00) |
| Estimated Taxes w Credit: | | $2,140.38 |
| Assessment Year: | | 2021 |

Sales History

| Filed | Sold | Price | Grantor | Grantee | Book | Page | Deed Type |
|---|---|---:|---|---|---|---|---|
| 2/1/1997 | 2/1/1997 | 184,000 | | | 97 | 8495 | DEED(DEED) |
| 2/1/1997 | 2/1/1997 | 184,000 | | | | | DEED(DEED) |
| 5/1/1994 | 5/1/1994 | 4 | | | 94 | 36741 | DEED(DEED) |
| 5/1/1994 | 5/1/1994 | 4 | | | | | DEED(DEED) |
| 9/1/1990 | 9/1/1990 | 61,500 | | | 90 | 52423 | DEED(DEED) |
| 9/1/1990 | 9/1/1990 | 1 | | | 90 | 41714 | DEED(DEED) |
| 9/1/1990 | 9/1/1990 | 61,500 | | | | | DEED(DEED) |
| 9/1/1990 | 9/1/1990 | 1 | | | | | DEED(DEED) |
| 9/1/1985 | 9/1/1985 | 140,000 | | | | | DEED(DEED) |
| 6/1/1984 | 6/1/1984 | 125,000 | | | | | DEED(DEED) |

| Improvement Information |
|---|
| Residential Improvements |
| Residential Improvement #1 |