# EXHIBIT 35

```
 1   --------------------------------------------------------

 2   IN THE UNITED STATES BANKRUPTCY COURT

 3       IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

 4   --------------------------------------------------------

 5   In re

 6                                   Case No.:19-13895-jlg

 7   ORLY GENGER,

 8

 9   Debtor

10   _____

11                                   June 29, 2020

12                                   2:00 p.m.

13

14

15

16         DEPOSITION OF ARIE GENGER, pursuant to

17   Order and held via Zoom before a stenotype reporter

18   and Notary Public in and of the State of New York.

19

20

21

22

23

24

25
```

```
 1            WHEREUPON, ARIE GENGER, the WITNESS
 2   herein, after being duly sworn was examined and
 3   testified as follows:
 4   EXAMINATION BY MR. PITTA:
 5       Q    Can you please state your name for the
 6   record?
 7       A    Arie, A-R-I-E, Genger, G-E-N-G-E-R.
 8       Q    Can you please state your address for the
 9   record?
10       A    19111 Collins Avenue, Sunny Isles,
11   Florida.
12       Q    Good afternoon Mr. Genger, my name is
13   Thomas Pitta --
14            MR. BORRIELLO:  Before we get started, I
15       want to say one thing, Mr. Genger may want to
16       take a break from time to time.  He had a
17       procedure earlier today that will not affect
18       him testifying but he may want to stand up and
19       walk around for a few minutes every so often.
20            MR. PITTA:  No problem.
21            MR. BOWEN:  Jarred, this is Mike Bowen,
22       I'm having trouble hearing you, can you speak
23       louder?
24            MR. BORRIELLO:  Sure.  I'll move closer to
25       my computer.  Can you hear me now?
```

```
 1  divorced?
 2      A    It did.  Cash and cash equivalent.
 3      Q    And Mr. Genger, it was it your intention
 4  to treat both your children equally in any
 5  distribution of assets that you and your wife had?
 6      A    Whatever I gave up to my children was to
 7  the penny equally divided.
 8      Q    To your knowledge has your daughter
 9  received any of the cash or cash equivalents that
10  were in TPR at the time of your divorce?
11      A    She got --
12      Q    Any significant amount, okay?
13           And Mr. Genger for purposes of this
14  question I'm not going to address the issues in the
15  discussions of the fraud trial.  I want to take that
16  outside of any moneys that were discussed during the
17  course of the fraud trial.
18           To your knowledge, did Sagi Genger at
19  any point distribute a million dollars to your
20  daughter, Orly Genger?
21      A    No.
22      Q    Did Sagi Genger ever explain to you why he
23  agreed to sell the shares associated with Orly and
24  the shares associated with you to the Trump Group at
25  a discount to how much he sold his shares for to the
```

```
 1

 2   STATE OF NEW YORK        )

 3                            ) ss.

 4   COUNTY OF WESTCHESTER    )

 5

 6           I, DEIRDRE SMITH, Court Reporter and

 7   Notary Public with and for the County of

 8   Westchester, State of New York, do hereby certify

 9   that I reported the proceedings that are

10   hereinbefore set forth, and that such transcript is

11   a true and accurate record of said proceedings.

12

13           I further certify that I am not related to

14   any of the parties to this action by blood or

15   marriage, and that I am in no way interested in the

16   outcome of this matter.

17

18   WITNESS MY HAND, this 14th day of February, 2020.

19

20                                My commission expires:

21   Notary Public                April, 2022

22

23

24

25
```