# EXHIBIT 39

## CONFIDENTIAL
## FILED UNDER SEAL