# EXHIBIT 47

INTENTIONALLY OMITTED