# EXHIBIT 50

## ORLY GENGER 1993 TRUST
### INSTRUMENT OF RESIGNATION OF TRUSTEE
### AND APPOINTMENT OF SUCCESSOR TRUSTEE

The undersigned, DALIA GENGER, Trustee of the Orly Genger 1993 Trust under Trust Agreement dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees (the "Trust Agreement"), as vested with powers of appointment as Trustee under the Trustee, the undersigned does hereby, pursuant to the provisions of Section B of Article SEVENTH of said Trust Agreement, appoint Michael Oldner to act as Trustee under said Trust Agreement in the place and stead of the undersigned in the event of the resignation of the undersigned as Trustee, and the undersigned does hereby resign as such Trustee upon the proper appointment and acceptance of Michael Oldner..

Dated:        6/12/2019
2019
_____Dalia Genger_____
Dalia Genger

### ACKNOWLEDGEMENT

STATE OF NEW YORK        )
                         ss:
COUNTY OF NEW YORK       )

On the 12 day of June 2019, before me, the undersigned, personally appeared Dalia Genger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that she executed the same in her capacity as aforesaid, and that by her signature on the instrument, she executed the same in the State and County set forth above and in the City of New York.

_____
Notary Public

CAROLINA COLLADO
Notary Public - State of New York
NO. 01CO6389514
Qualified in Queens County
My Commission Expires Mar 25, 2023

# ORLY GENGER 1993 TRUST

## INSTRUMENT OF ACCEPTANCE OF TRUSTEE

The undersigned, Michael Oldner to the extent not already properly appointed Trustee of the Orly Genger 1993 Trust under Trust Agreement dated December 13, 1993 between ARIE GENGER, as Grantor, and LAWRENCE M. SMALL and SASH A. SPENCER, as Trustees (the "Trust Agreement"), hereby accepts the appointment as Trustee pursuant to an Instrument of Appointment made by DALIA GENGER, dated June 12, 2019.

Dated: June 14, 2019

Print Name: MICHAEL OLDNER

## ACKNOWLEDGEMENT

STATE OF ARKANSAS   )
                    ss:
COUNTY OF Pulaski   )

On the 14Th day of June 2019, before me, the undersigned, personally appeared michael oldner, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and acknowledged to me that he/she/it executed the same in his/her/its capacity as aforesaid, and that by his/her/its signature on the instrument, he/she/it ~~executed the same in the State and~~ County set forth above and in the City of ~~New York~~ or Little Rock.

Notary Public

JAY SANATI
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 10-24-2020
Commission # 12379208

REIMSM_000156