# EXHIBIT 51

# The Bachman Law Firm PLLC
365 South Main Street, 2nd Floor
New City, New York 10956
845-639-3210

June 17, 2019

VIA Email

Michael Paul Bowen, Esq.
Kasowitz, Benson, Torres LLP (NYC)
1633 Broadway
New York, NY 10019
Email: mbowen@kasowitz.com

Mitchell David Goldberg, Esq
Ochs & Goldberg, LLP
60 East 42nd Street, Suite 1545
New York, NY 10165
Email: mitchell@oglaw.net

Gerald Edward Greenberg, Esq.
Gelber Schachter & Greenberg PA
1221 Brickell Avenue
Suite 2010
Miami, FL 33131
Email: ggreenberg@gsgpa.com

Douglas D. Herrmann
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899
Email: herrmand@pepperlaw.com

Re:  2013 Settlement Agreement ("Agreement") with Trump Group and AG Group

Dear Counsel:

    As you are aware, I am counsel to Dalia Genger, Trustee of the Orly Genger 1993 Trust (the "Trust").

    I write to inform you that, as described in Section 3 of the Agreement, the Trust stands ready to deliver in conjunction with the "Sagi Group . . .[to] the Trump Group . . . a release of the Trump Group Released Parties . . . and covenant not to sue" and, thereby, to trigger the Extended Maturity Date as defined in Section 3 of the Agreement, upon your undertaking that the full $32.3 million (less any proper indemnity holdback by the Trump Group) will be immediately delivered to the Trust upon receipt of such releases.

    Please confirm by 4:00 p.m. today, in writing, that each of your clients consent to the foregoing undertaking.

Very truly yours,

/s/
Judith Bachman