# EXHIBIT 52

Date: 10/01/2018

TAS Client Trust Ledger
WACHTEL MISSRY LLP

Attorney: All

2282670.000-1 Genger/Arie

| Date | Check # | Description | Amount | Balance | Payee |
|---|---|---|---|---|---|
| 07/01/2013 | Deposit | To record Fedwire from JP Morgan Chase by order of TI Capital Corporation. | 17,257,001.00CR | 17,257,001.00 | |
| 07/01/2013 | EFT | To record Fedwire to Northern Trust Co. for credit to Genger Litigation Trust. | 17,257,001.00DB | 0.00 | |
| | | Total Deposits: | 17,257,001.00CR | | |
| | | Total EFTs: | 17,257,001.00DB | | |
| | | Closing Balance: | | $0.00 | |
| | Grand Totals: | Opening Balance: | | $0.00 | |
| | | Total Deposits: | 17,257,001.00CR | | |
| | | Total EFTs: | 17,257,001.00DB | | |
| | | Closing Balance: | | $0.00 | |

| Bank Account | Opening Balance | Debits | Credits | Closing Balance |
|---|---|---|---|---|
| 1 Citibank - 43311175 | 0.00 | 17,257,001.00 | 17,257,001.00 | 0.00 |

The Bank Account totals do not include unpaid checks or pending transactions.


EXHIBIT
Hirsch 10
10/16/18

TO: VIVIANE GUTTER - NORTHERN TRUST BANK - Via Scan

FROM: DAVID BROSER
LANCE HARRIS

DATE: JULY 2, 2013

RE: GENGER LITIGATION TRUST AGREEMENT A/C XX 536

Please wire transfer the amount of $17,200,000.00 out of the above noted account as follows:

Bank: CITIBANK, NA, NY
SWIFT CODE: CITIUS33
ABA #: 02100 0089
A/C NAME: GOLDMAN SACHS & CO.
A/C #: [redacted]

CLIENT A/C NAME: ADBG, LLC
CLIENT A/C #: [redacted]

Your attention to this matter is much appreciated.

Thank you.

David Broser                     Lance Harris

DB/LH:lg

**Goldman Sachs**

Statement Detail

## ADBG LLC BROKERAGE/CASH
Cash Activity

Period Ended July 31, 2013

### TRANSACTIONS AFFECTING CASH

| | Type of Activity | Settlement Effective Date | Net Settlement Amount Accrued Interest | End of Day Money Balance* |
|---|---|---|---|---|
| **CLOSING BALANCE AS OF JUN 30 13** | | | | 3,069.29 |
| BANK OF AMERICA, N.A., NY  LANCE G HARRIS ATTY IOLA FUND PER YOUR REQUEST FED FUNDS | Wire | Jul 02 13 | (875,000.00) | |
| PER YOUR REQUEST FED FUNDS | Wire | Jul 02 13 | 17,200,000.00 | |
| THE BANK OF NEW YORK MELLON  PERSHING LLC NY  TEDCO INC PER YOUR REQUEST FED FUNDS | Wire | Jul 02 13 | (16,200,000.00) | 128,069.29 |
| Interest Earned on Bank Deposit Intended for Reinvestment | Intr Recv | Jul 31 13 | 6.52 | 128,075.81 |
| **CLOSING BALANCE AS OF JUL 31 13** | | | | 128,075.81 |

* End of Day Money Balance may include cash held in your brokerage or custody account and a bank deposit held in an affiliated bank. Bank deposit is reflected here for your convenience and is not cash held in your brokerage or custody account. Not a Deposit. Not FDIC Insured. May Lose Value (Excluding Goldman Sachs Bank Deposit Account and Certificates of Deposit).
Brokerage and securities services provided by Goldman, Sachs & Co. Bank Deposit Account and Certificate of Deposit Account offered by Goldman Sachs Bank USA, Member FDIC.

Portfolio No. XXX-XX301-2

Page 8 of 14

CONFIDENTIAL                                                                                                    BROSER_19-13985_E_000565

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

AP 1    0    490 561 002417 #001 AT 0.394

LANCE G HARRIS, ATTY
IOLA FUND
135 E 83RD ST APT 5B
NEW YORK, NY 10028-2411

Business Banking

Customer service information

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Public Service Trust Account
for July 1, 2013 to July 31, 2013

Account number:

### Account summary

| | |
|---|---|
| Beginning balance on July 1, 2013 | |
| Deposits and other credits | |
| Withdrawals and other debits | -0.00 |
| Checks | |
| Service fees | -0.00 |
| Ending balance on July 31, 2013 | |

# of deposits/credits: 3
# of withdrawals/debits: 7
# of days in cycle: 31
Average ledger balance: $1,199,911.87

### Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|

*continued on the next page*

PULL: E  CYCLE: 02  SPEC: 0  DELIVERY: P  TYPE: IMAGE B  BC: NY

CONFIDENTIAL                                                                                           BROSER_19-13985_E_000566



CONFIDENTIAL   BROSER_19-13985_E_000567



continued on the next page
Page 5 of 6

CONFIDENTIAL

BROSER_19-13985_E_000568



**Northern Trust**

The Northern Trust Company
700 Brickell Avenue
Miami, Florida 33131-2802

**Statement of Account**

Page 1 of 2

Please refer statement inquiries to:
888-289-6542
outside US & Canada 312-444-4454
or
For other banking services
Marianne Devine
305-789-6222

GENGER LITIGATION TRUST AGREEMENT
DAVID BROSER AND LANCE HARRIS, TRUSTEES
104 W 104TH ST 19TH FL
NEW YORK NY 10018

Statement Period
07/01/13 through 07/31/13

| Non-Personal Premium MMDA | Account Number: ▮▮▮▮ |
|---|---|
| Beginning Balance on July 1, 2013 | 0.00 |
| Deposits and Credits | 17,257,001.00 |
| Interest Credited | 46.09 |
| Checks and Other Items Paid | (17,200,000.00) |
| Ending Balance on July 31, 2013 | 57,047.09 |
| Average Collected Balance | 611,839.00 |
| Interest Credited Year to Date | 46.09 |

**Deposits and Credits**

| Date | Description | | Amount |
|---|---|---|---|
| 07-01 | Domestic Wire Recvd | WIRE IN #550865 BY FWR#040327 ORG=WACHTEL | 17,257,001.00 |

**Interest Credited**

| Date | Description | Amount |
|---|---|---|
| 07-31 | Interest | 46.09 |

Member FDIC
CONFIDENTIAL

Equal Housing Lender
NTC000015

## Northern Trust

The Northern Trust Company
700 Brickell Avenue
Miami, Florida 33131-2802

*Statement of Account*

Page 2 of 2

### GENGER LITIGATION TRUST AGREEMENT

**Non-Personal Premium MMDA**      **Account Number:** [REDACTED]

### Other Items Paid

| Date | Description | | Amount |
|---|---|---|---|
| 07-02 | Wire Transfer Sent | WIRE OUT#314517 BY FWR#001778 BNP=AD BG, LLC | 17,200,000.00 |

### Non-Personal Premium MMDA Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07-01 | 17,257,001.00 | 07-02 | 57,001.00 | 07-31 | 57,047.09 |

### Interest Rate Summary

| Effective Date | Rate | Effective Date | Rate | Effective Date | Rate |
|---|---|---|---|---|---|
| 06-30-13 | 0.005% | 07-01-13 | 0.095% | 07-02-13 | 0.025% |

### Interest Disclosure

| | |
|---|---|
| Annual Percentage Yield Earned | 0.09% |
| Interest-Bearing Days | 31 |
| Interest Earned | $46.09 |

NORTHERN TRUST EMERGENCY STATUS LINE
IN THE CASE OF AN UNFORESEEN EVENT, YOU MAY CALL TOLL-FREE FROM ANYWHERE IN THE COUNTRY TO HEAR A RECORDED MESSAGE ABOUT YOUR NORTHERN TRUST OFFICE. PLEASE CALL 800-682-0009. NORTHERN TRUST'S EMERGENCY STATUS LINE, FOR UPDATES AND OTHER RELEVANT INFORMATION.

Member FDIC
00NNNNNNN2354NNXXXXXX
CONFIDENTIAL

Equal Housing Lender

NTC000016