# EXHIBIT 56

CONFIDENTIAL

## ARE GENGER LOANS

### Funds Advanced -2008

| | | | Ref |
|---|---|---|---|
| 9/19/2008 | 500,000.00 | | 1 |
| 11/10/2008 | 200,000.00 | | 2 |
| 11/20/2008 | 350,000.00 | | 3 |
| 12/17/2008 | 250,000.00 | | 4 |
| Advances -2008 | 1,300,000.00 | | |

### Funds Advanced - 2009

| | | | |
|---|---|---|---|
| 2/272009 | 100,000.00 | | 5 |
| 4/17/2009 | 200,000.00 | | 6 |
| 6/23/2009 | 200,000.00 | | 7 |
| 7/17/2009 | 100,000.00 | | 8 |
| 9/21/2009 | 150,000.00 | | 9 |
| 12/7/2009 | 100,000.00 | | 10 |
| 12/30/2009 | 250,000.00 | | 11 |
| | 1,100,000.00 | | |
| Advances -2009 | | | |

### Funds Advanced - 2010

| | | | |
|---|---|---|---|
| 2/12/2010 | 545,000.00 | | 12 |
| 3/31/2010 | 100,000.00 | | 13 |
| 5/10/2010 | 150,000.00 | | 14 |
| 7/23/2010 | 100,000.00 | | 15 |
| 8/11/2010 | 100,000.00 | | 16 |
| 8/11/2010 | 25,000.00 | | 17 |
| Advances -2010 | 1,020,000.00 | | |

### Funds Advanced - 2011

| | | | |
|---|---|---|---|
| 8/4/2011 | 400,000.00 | | 18 |
| 8/18/2011 | 3,400,000.00 | Letter of Credit Delaware | 19 |
| 9/20/2011 | 300,000.00 | | 20 |
| 10/28/2011 | 400,000.00 | | 21 |
| 12/29/2011 | 450,000.00 | | 22 |
| Advances -2011 | 4,950,000.00 | | |

| | | | |
|---|---|---|---|
| 2/28/2012 | 350,000.00 | DLSM to Lance Harris | 23 |
| 5/2/2012 | 500,000.00 | | 24 |
| 7/2/2012 | 200,000.00 | | 25 |
| 8/22/2012 | 200,000.00 | | 26 |
| 9/12/2012 | 200,000.00 | | 27 |
| 10/16/2012 | 200,000.00 | | 28 |
| 12/13/2012 | 450,000.00 | | 29 |
| Advances -2012 | 2,100,000.00 | | |

| | | | |
|---|---|---|---|
| 1/30/2013 | 250,000.00 | | 30 |
| 3/6/2013 | 250,000.00 | | 31 |
| 4/11/2013 | 400,000.00 | | 32 |
| 6/4/2013 | 250,000.00 | | 33 |
| 7/2/13 | 875,000.00 | | 34 |
| 7/25/13 | 500,000.00 | | 35 |
| 10/16/13 | 500,000.00 | | 36 |
| Advances -2013 | 3,025,000.00 | | |

| | | | |
|---|---|---|---|
| 1/27/14 | 250,000.00 | | 37 |
| 4/25/14 | 250,000.00 | | 38 |
| 5/28/14 | 300,000.00 | | 39 |
| Advances -2014 | 800,000.00 | | |

CONFIDENTIAL

| Legal 2008 | | | |
| --- | --- | --- | --- |
| 11/17/2008 | 73,109.65 | Stroock - Direct ( Pd by Tedco | A |
| 12/18/2008 | 246,961.02 | Davis Polk - Direct | B |
| 12/19/2008 | 300,000.00 | Dechert - Direct | C |
| 12/24/2008 | 53,855.38 | Potter-Direct | D |
| 12/30/2008 | 407,106.47 | Davis Polk - Direct | E |
| | 1,081,032.52 | | |
| **Legal 2009** | | | |
| 2/4/2009 | 27,214.64 | Potter-Direct | F |
| 3/3/2009 | 37,225.32 | Potter-Direct | G |
| 3/3/2009 | 235,845.64 | Davis Polk - Direct | H |
| 3/20/2009 | 16,371.83 | Baker - Hostetler | Outstanding |
| 4/27/2009 | 20,502.42 | Stroock - direct | I |
| 4/29/2009 | 911,048.00 | Davis Polk - Direct | J |
| 7/31/2009 | 125,000.00 | Potter Anderson | K |
| 7/31/2009 | 238,255.23 | Protiviti | L |
| 8/12/2009 | 2,500,000.00 | Davis Polk - Check # 301 | M |
| 9/11/2009 | 43,229.10 | Potter Anderson- Check # 302 | N |
| 10/8/2009 | 127,114.39 | Lance Harris as Escrow- # 303 | O |
| 10/23/2009 | 10,165.28 | Potter Anderson- Check # 304 | P |
| 10/23/2009 | 12,773.81 | Potter Anderson- Check # 305 | Q |
| 12/3/2009 | 218,391.84 | Davis Polk - Check # 306 | R |
| 12/4/2009 | 120,498.48 | Potter Anderson- Check # 307 | S |
| | - | | |
| | 4,643,635.98 | | |
| **Legal 2010** | | | |
| 1/22/2010 | 81,941.67 | Davis Polk - Check # 308 | T |
| 1/22/2010 | 350,000.00 | Davis Polk - Check # 309 | U |
| 2/11/2010 | 52,079.54 | Protiviti - Check 310 | V |
| 3/31/2010 | 75,650.84 | Lance Harris - Check 311 | W |
| 4/1/2010 | 78,857.29 | Potter Anderson -Check 312 | X |
| 4/1/2010 | 117,977.57 | Davis Polk -Check 313 | Y |
| 4/21/2010 | 169,800.39 | Potter Anderson -Check 315 * | Z |
| 7/2/2010 | 25,000.00 | ance Harris as Escrow - Check | AA |
| 8/5/2010 | 415.20 | ourt Reporter - W. Dawson # 3 | AB |
| 8/2/2010 | 76,977.88 | Potter Anderson -Check 317 | AC |
| 8/27/2010 | 45,015.00 | Letter of Credit Fee | |
| | 1,073,715.38 | | |

BROSER_19-13985_E_000676

CONFIDENTIAL

Personal Legal Fees & Expenses

| | | |
|---|---|---|
| As of Previous Schedule | $ | 627,146.52 |
| Additions to the Schedule | | 713,861.09 |
| | $ | 1,341,007.61 |

BROSER_19-13985_E_000677



Goldman Sachs

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

Period Ended December 31, 2008

| | Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawals |
|---|---|---|---|---|---|---|---|
| TRF TO TEDCO TO REIMBURSE CASH FRM 11/7/09 TO NORTHERN | | | | | | | (200,000.00) |
| NORTHERN TRUST NATIONAL ASSOCIATION 284011.2990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Nov 10 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (350,000.00) |
| | Nov 20 08 | | | 0.00 | | 0.00 |
| JPMORGAN CHASE BANK, NA 001533316 DAVIS POLK & WARDELL PER CLIENT REQUEST FED FUNDS | Dec 18 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (246,961.02) |
| NORTHERN TRUST NATIONAL ASSOCIATION 284011.2990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Dec 18 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (250,000.00) |
| | Dec 19 08 | | | | | 0.00 |
| CITIBANK N.A. 30544762 DECHERT LLP PER YOUR REQUEST FED FUNDS | Dec 19 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (300,000.00) |
| WILMINGTON TRUST CO. 290 6220 POTTER ANDERSON & CORROON LLP PER YOUR REQUEST FED FUNDS | Dec 24 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (53,855.38) |
| JPMORGAN CHASE BANK, NA 001533316 DAVIS POLK & WARDELL PER CLIENT REQUEST FED FUNDS | Dec 30 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (407,106.47) |

CONFIDENTIAL

BROSER_19-13985_E_000678

CONFIDENTIAL

BROSER_19-13985_E_000679

CONFIDENTIAL

Period Ended December 31, 2008

**YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)**

| Date | Transaction | Cost Basis | Quantity | Deposit | Withdrawals |
|---|---|---|---|---|---|
| Nov 07 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (500,000.00) |
| Nov 07 08 | CASH WITHDRAWAL | | 0.00 | 0.00 | (200,000.00) |
| Nov 10 08 | CASH DEPOSIT | | 0.00 | 200,000.00 | 0.00 |

NORTHERN TRUST NATIONAL ASSOCIATION 2804011 2990 AGA, LLC
PER CLIENT REQUESTED FUNDS

NORTHERN TRUST NATIONAL ASSOCIATION 2804011 2990 AGA, LLC
PER YOUR REQUEST FED FUNDS
TRFR TO ACCT ADBG LLC
TRFR FROM ADBG TO REIMBURSE CASH FRM 11/7/08 TO NORTHERN

Goldman Sachs

CONFIDENTIAL

CONFIDENTIAL

BROSER_19-13985_E_000680

Period Ended December 31, 2008

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

| Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawals |
|------|-------------|-----------------|-----------|----------|---------|-------------|
| Nov 19 08 | | CASH WITHDRAWAL | | 0.00 | 0.00 | (73,109.65) |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |

JPMORGAN CHASE BANK, NA 006028356 STROOCK, STROOCK &
LAVAN LLP PER CLIENT REQUESTED FUNDS

Goldman
Sachs

CONFIDENTIAL

CONFIDENTIAL

Goldman Sachs

**Statement Detail**

[redacted]

Period Ended December 31, 2009

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

| | Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawals |
|---|---|---|---|---|---|---|---|
| WILMINGTON TRUST CO. 28016220 POTTER ANDERSON & CORROON LLP PER CLIENT REQUEST FED FUNDS | Feb 04 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (F) | (27,214.64) |
| [redacted] | | | | | | | |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Feb 27 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (5) | (100,000.00) |
| JPMORGAN CHASE BANK, NA 001533382 DAVIS POLK & WARDWELL CLIENTS SPECIAL ACCOUNT PER CLIENT REQUEST FED FUNDS | Mar 03 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (H) | (235,845.64) |
| [redacted] | | | | | | | |
| WILMINGTON TRUST CO. 28016220 POTTER ANDERSON & CORROON LLP PER CLIENT REQUEST FED FUNDS | Mar 04 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (G) | (37,225.32) |
| KEYBANK NATIONAL ASSOCIATION 1001516552 BANKER & HOSTETLER LLP PER CLIENT REQUEST FED FUNDS | Mar 23 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 | (30,000.00) |
| [redacted] | [redacted] | | [redacted] | | [redacted] | | |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Apr 17 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (6) | (200,000.00) |
| [redacted] | [redacted] | | [redacted] | | 0.00 | [redacted] | [illegible] 00 |
| JPMORGAN CHASE BANK, NA 006028356 STROOCK & STROOCK & LAVAN LLP PER CLIENT REQUEST FED FUNDS | Apr 27 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (I) | (20,502.42) |
| [redacted] | [redacted] | | [redacted] | | | | |
| JPMORGAN CHASE BANK, NA 001533382 DAVIS POLK & WARDWELL CLIENTS SPECIAL ACCOUNT PER CLIENT REQUEST FED FUNDS | Apr 29 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (J) | (911,048.00) |
| [redacted] | | | | | | | |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS(DJB8) | Jun 24 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (7) | (200,000.00) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER YOUR REQUEST FED FUNDS | Jul 17 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (8) | (100,000.00) |
| [redacted] | | | | | | | |
| WILMINGTON TRUST CO. 28016220 POTTER ANDERSON & CORROON LLP PER CLIENT REQUEST FED FUNDS | Jul 31 09 | | CASH WITHDRAWAL | | 0.00 | 0.00 (K) | (125,000.00) |

[redacted]

[redacted]

CONFIDENTIAL

BROSER_19-13985_E_000681

**Goldman Sachs**

## Statement Detail

## Deposits and Withdrawals (Continued)

Period Ended December 31, 2009

CONFIDENTIAL

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

| Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawals |
|---|---|---|---|---|---|---|
| BANK OF AMERICA, N.A., NY 1233103129 PROTXVITI PER CLIENT REQUEST FED FUNDS | Jul 31 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (238,255.23) |
| Check #307 Date:08/12/2009 DAVIS POLK & WARDWELL | Aug 14 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | 0.00 |
| Check #307 Date:09/11/2009 POTTER ANDERSON & CORROON LP | Sep 15 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (177,500,000.00) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840172990 LAGA LLC PER CLIENT REQUEST FED FUNDS | Sep 21 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | 43,229.10) |
| | | | | 0.00 | 0.00 | 150,000.00) |
| Check #305 Date:10/02/2009 CAVILE LITHINISTROS AS ESCROW | Oct 02 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | 0.00 |
| | | | | 0.00 | 0.00 | 0.00 |
| Check #305 Date:10/23/2009 POTTER ANDERSON & CORROON LLP | Oct 23 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | 127,114.39) |
| Check #305 Date:10/23/2009 POTTER ANDERSON & CORROON LLP | Nov 19 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (10,165.28) |
| Check #305 Date:10/23/2009 POTTER ANDERSON & CORROON LLP | Nov 19 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (12,773.81) |
| Check #306 Date:12/03/2009 DAVIS POLK & WARDWELL LLP | Dec 08 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (218,391.84) |
| Check #307 Date:12/04/2009 POTTER ANDERSON & CORROON LLP | Dec 09 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (120,498.48) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840172990 AGA LLC PER CLIENT REQUEST FED FUNDS | Dec 30 09 | CASH WITHDRAWAL | | 0.00 | 0.00 | (250,000.00) |
| | | | | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL

BROSER_19-13985_E_000682

CONFIDENTIAL

BROSER_19-13985_E_000683



## Statement Detail

### Deposits and Withdrawals (Continued)

Period Ended December 31, 2009

| | Quantity | Deposit | Withdrawals |
|---|---|---|---|
| | 0.00 | 0.00 | (100,000.00) |

| Date | Process Date | Transaction Type | Cost Basis |
|---|---|---|---|
| Dec 07 09 | | CASH WITHDRAWAL | |

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

NORTHERN TRUST NATIONAL ASSOCIATION 28040112590 AGA, LLC
PER CLIENT REQUEST FED FUNDS

CONFIDENTIAL

CONFIDENTIAL

BROSER_19-13985_E_000684

## Statement Detail

## Deposits and Withdrawals

Period Ended December 31, 2010

**YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)**

| Description | Process Date | Transaction Type | Cost Basis | Quantity | Deposits | Withdrawals |
|---|---|---|---|---|---|---|
| Check #... Date 01/22/2010 DAVID POLK & WARDWELL LLP | Jan 26 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (81,941.67) |
| Check #309 Date 01/22/2010 DAVIS POLK & WARDWELL LLP | Jan 28 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (350,000.00) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Feb 17 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (545,000.00) |
| Check #310 Date 02/17/2010 PROTIVITI | Feb 18 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (52,019.54) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Mar 31 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (100,000.00) |
| Check #312 Date 04/01/2010 POTTER ANDERSON & CORROON LLP | Apr 12 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (78,867.29) |
| Check #313 Date 04/01/2010 DAVIS POLK & WARDWELL LLP | Apr 06 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (17,977.57) |
| Check #311 Date 03/31/2010 LANCE MARRIS AS ESCROW | Apr 09 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (75,650.84) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER YOUR REQUEST FED FUNDS | May 10 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (150,000.00) |
| | | | | 0.00 | 170,000.00 | 0.00 |
| Check #315 Date 06/21/2010 POTTER ANDERSON & CORROON LLP | Jun 25 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | |
| Check #316 Date 07/02/2010 LANCE G HARRIS AS ESCROWEE | Jul 12 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (69,80...) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Jul 22 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (75,000.00) |
| Check #317 Date 08/04/2010 POTTER ANDERSON & CORROON LLP | Aug 10 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (100,000.00) |
| JPMORGAN CHASE BANK, NA 134110875865 ORLY GENGER PER CLIENT REQUEST FED FUNDS | Aug 11 10 | CASH WITHDRAWAL | | 0.00 | 0.00 | (76,977.98) |
| | | | | 0.00 | 0.00 | (25,000.00) |
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA, LLC PER CLIENT REQUEST FED FUNDS | Aug 1 10 | CASH WITHDRAWN | | 0.00 | 0.00 | (100,000.00) |

CONFIDENTIAL

Goldman Sachs

CONFIDENTIAL

## Statement Detail

### Deposits and Withdrawals (Continued)

Period Ended December 31, 2010

Goldman Sachs

**YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)**

| Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawal |
|---|---|---|---|---|---|---|
| | | CASH WITHDRAWAL | | 0.00 | | |
| | | CASH WITHDRAWAL | | 0.00 | | |
| Aug 18 10 | | | | 0.00 | | |
| Sep 28 10 | | | | 0.00 | | |

Check #318 Dated 8/04/2010 WILLIAM J DAWSON
BANK OF AMERICA, N.A., NY 941486599 LANGE G HARRIS,
ATTORNEY-IOLA FUND PER YOUR REQUEST FED FUNDS.

**TOTAL DEPOSITS AND WITHDRAWALS**

YTD TOTAL CASH
**YEAR TO DATE**

CONFIDENTIAL

5_E_000685



CREDIT SUISSE

**Brokerage**
*Account Statement*

Statement Period: 08/01/2011 - 08/31/2011

## Income and Expense Summary

| | Current Period | | Year-to-Date | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|---|
| Cash Withdrawals and Deposits | | | NORTHERN TRUST NATIO ACA, LLC | | | | | USD |
| Total Cash Withdrawals and Deposits | | | | | | | $0.00 | |
| 08/19/11 | | | | | | | | |

 



Statement Period: 08/01/2011 - 08/31/2011

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|---|
| Total Dividends and Interest | | | | | | | | |
| Total USD Equivalent | | | | | | 0.00 | 42.47 | |
| **Total Transactions in AUSTRALIAN DOLLAR** | | | | | | 0.00 | 44.35 | |
| Total USD Equivalent | | | | | | 0.00 | 42.47 | |
| | | | | | | 0.00 | 44.35 | |

### UNITED STATES DOLLAR
Cash Withdrawals and Deposits

| 08/19/11 | | FEDERAL FUNDS SENT | NORTHERN TRUST NATIO AGA LLC | | | | -3,400,000.00 | USD |
| 08/19/11 | | | | | | | | |
| 08/19/11 | | | | | | | | |
| 08/29/11 | | | | | | | | |
| 08/29/11 | | | | | | | | |
| Total Cash Withdrawals and Deposits | | | | | | | $0.00 | |

Fees
| 08/18/11 | | WIRED FUNDS FEE | WIRED FUNDS FEE ACCT 2QX-001862 RR: 17W | | | | -25.00 | USD |
| Total Fees | | | | | | | -$25.00 | |
| | | | | | | $0.00 | -$25.00 | |



Page 9 of 14

One Pershing Plaza, Jersey City, New Jersey 07399

CONFIDENTIAL

BROSER_19-13985_E_000688

CONFIDENTIAL

**Goldman Sachs**

Period Ended December 31, 2011

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

| | Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawals |
|---|---|---|---|---|---|---|---|
| NORTHERN TRUST NATIONAL ASSOCIATION 2840112990 AGA LLC PER CLIENT REQUESTED FUNDS | Sep 19 11 | | CASH WITHDRAWAL | (20) | 0.00 | 0.00 | (300,000.00) |
| | | Oct 31 11 | | | 0.00 | | |
| THE NORTHERN TRUST COMPANY 2840112990 AGA LLC PER YOUR REQUEST FED FUNDS | Oct 31 11 | | CASH WITHDRAWAL | (21) | 0.00 | 0.00 | (400,000.00) |
| | | | | | 0.00 | | |
| THE NORTHERN TRUST COMPANY 2840112990 AGA LLC PER CLIENT REQUEST FED FUNDS | Dec 29 11 | | CASH WITHDRAWAL | (22) | 0.00 | 0.00 | (450,000.00) |
| | | | | | 0.00 | | |

## TOTAL DEPOSITS AND WITHDRAWALS

CONFIDENTIAL

  

**CREDIT SUISSE**

# Brokerage
## Account Statement

Statement Period: 02/01/2012 - 02/29/2012

## Transactions by Type of Activity



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|---|
| | | Cash Withdrawals and Deposits | | | | | | |
| | | | CLI REAL ESTATE CAPITAL | | | | | |
| 02/28/12 | | FEDERAL FUNDS SENT USD999997 | BANK OF AMERICA, N.A LANCE G. HARRIS, ATTY - IOLA FUND | | | | -350,000.00 | USD |
| 02/29/12 | | FEDERAL FUNDS RECEIVED USD999997 | | | | | | |
| 02/29/12 | | FEDERAL FUNDS RECEIVED USD999997 | | | | | | |
| 02/29/12 | | FEDERAL FUNDS RECEIVED USD999997 | | | | | | |
| 02/29/12 | | FEDERAL FUNDS RECEIVED USD399997 | | | | | | |
| | | Total Cash Withdrawals and Deposits | | | | | $0.00 | |
| | | Total Fees | | | | | $0.00 | |

Page 7 of 10

  

BROSER_19-13985_E_000689

CONFIDENTIAL

BROSER_19-13985_E_000690

CONFIDENTIAL



**Statement Detail**

## Deposits and Withdrawals

Period Ended December 31, 2012

### YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

| Date | Process Date | Transaction Type | Ccy/Date | Quantity | Amount |
|---|---|---|---|---|---|
| May 02 12 | | CASH WITHDRAWAL | | 0.00 (21) | 0.00 | (500,000.00) |
| Jul 02 12 | | CASH WITHDRAWAL | | 0.00 (25) | 0.00 | (200,000.00) |
| Aug 20 12 | | CASH WITHDRAWAL | | 0.00 (26) | 0.00 | (200,000.00) |
| Sep 12 12 | | CASH WITHDRAWAL | | 0.00 (22) | 0.00 | (200,000.00) |
| Oct 16 12 | | CASH WITHDRAWAL | | 0.00 (23) | 0.00 | (200,000.00) |
| Dec 13 12 | | CASH WITHDRAWAL | | 0.00 (24) | 0.00 | (450,000.00) |

THE NORTHERN TRUST COMPANY 284011299O AGA, LLC PER CLIENT REQUEST FED FUNDS

THE NORTHERN TRUST COMPANY 284011299O AGA, LLC PER YOUR REQUEST FED FUNDS

THE NORTHERN TRUST COMPANY 284011299O AGA, LLC PER YOUR REQUEST FED FUNDS

THE NORTHERN TRUST COMPANY 284011299O AGA, LLC PER YOUR REQUEST FED FUNDS

THE NORTHERN TRUST COMPANY 284011299O AGA, LLC PER CLIENT REQUEST FED FUNDS

THE NORTHERN TRUST COMPANY 284011299O AGA, LLC PER CLIENT REQUEST FED FUNDS

### TOTAL DEPOSITS AND WITHDRAWALS

CONFIDENTIAL



**Statement Detail**

## Deposits and Withdrawals

Period Ended December 31, 2013

## YEAR TO DATE DEPOSITS AND WITHDRAWALS (In Settlement Currency)

| | Date | Process Date | Transaction Type | Cost Basis | Quantity | Deposit | Withdrawals |
|---|---|---|---|---|---|---|---|
| THE NORTHERN TRUST COMPANY 2840112990 AGA, LLC PER CLIENT REQUESTED FUNDS | Jan 30 13 | | CASH WITHDRAWAL | | 0.00 | 0.00 | (250,000.00) |
| BANK OF AMERICA, N.A., NY 9414866981 LANCE G HARRIS ATTY IOLA FUND PER YOUR REQUEST FED FUNDS | Jul 02 13 | | CASH WITHDRAWAL | | 0.00 | 0.00 | (875,000.00) |

## TOTAL DEPOSITS AND WITHDRAWALS

| | Deposit | Withdrawals |
|---|---|---|
| YTD TOTAL CASH | 17,450,000.00 | (17,325,000.00) |
| **YEAR TO DATE** | **17,450,000.00** | **(17,325,000.00)** |

BROSER_19-13985_E_000691

CONFIDENTIAL

CONFIDENTIAL



**Activity Summary** (All amounts shown are in base currency. USD)

| Credits | This Period | | | This Period | Year to Date |
|---|---|---|---|---|---|
| Dividends and Interest | | | | | |
| Fees | | | | | |
| Cash | | | | | |
| Withdrawals | | | | | |
| Deposits | | | | | |
| **Total Credits** | | | | | |

**Transactions by Type of Activity**

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Total Dividends and Interest | | | | | | $0.00 | |
| Fees | | | | | | | |
| | | | | | | | |
| Total Fees | | | | | | $0.00 | |
| 03/06/13 | USD999997 FEDERAL FUNDS SENT USD999997 | THE NORTHERN TRUST C AGA, LLC | | | | -250,000.00 | USD |

Page 4 of 7

Go paperless

CONFIDENTIAL

 CREDIT SUISSE


## Brokerage
### Account Statement

Statement Period: 04/01/2013 - 04/30/2013

## Transactions by Type of Activity (continued)



| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|
| Cash Withdrawals and Deposits *(continued)* | | | | | | | |
| 04/11/13 | FEDERAL FUNDS SENT | THE NORTHERN TRUST C AGA LLC | | | | -400,000.00 | USD |

Total Cash Withdrawals and Deposits
Total Value of Transactions

The price and quantity displayed may have been rounded.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| 04/30/13 | Closing Balance | | | $797,009.28 |

Total All Money Market Funds $797,009.28

Page 5 of 6

Go paperless

CONFIDENTIAL



CREDIT SUISSE



**Brokerage**
*Account Statement*

Statement Period: 06/01/2013 - 06/30/2013

## Transactions by Type of Activity *(continued)*



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|---|
| Cash Withdrawals and Deposits | | | | | | | | |
| 06/04/13 | | FEDERAL FUNDS SENT USD999997 | THE NORTHERN TRUST C AGA, LLC | | | | 33 000.00 | USD |
| 06/05/13 | | | | | | | | |
| | | | PROPERTY FUND III | | | | | |
| | | | LLC | | | | | |
| Total Cash Withdrawals and Deposits | | | | | | $0.00 | -$208,600.00 | USD |
| Total Value of Transactions | | | | | | $0.00 | -$208,838.28 | |

The price and quantity displayed may have been rounded.

## Money Market Fund Detail



| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| Sweep Money Market Fund | | | | |

0.00% Activity

CONFIDENTIAL

 CREDIT SUISSE

CREDIT SUISSE SECURITIES (USA) LLC
385 Conshohocken State Rd - Ste. 600
West Conshohocken, PA 19428
(800) 548-6230



## Brokerage
### Account Statement

Statement Period: 07/01/2013 - 07/31/2013

## Transactions by Type of Activity (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|---|
| | | (continued) | | | | | | |
| | | USD999997 | | | | | | |
| 07/25/13 | | FEDERAL FUNDS SENT | THE NORTHERN TRUST C AGA, LLC | | | | -500,000.00 | USD |
| | | USD999997 | | | | | | |
| Total Cash Withdrawals and Deposits | | | | | | $0.00 | $15,438,098.22 | USD |
| Total Value of Transactions | | | | | | $0.00 | $15,437,995.99 | |

The price and quantity displayed may have been rounded.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| Sweep Money Market Fund | | | | |
| | | 0.00% Activity Ending: 07/31/13 | | |
| 07/31/13 | Closing Balance | | | |
| Total All Money Market Funds | | | | |

PAR-02-CUT

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

Page 5 of 6

CONFIDENTIAL



## Income and Expense Summary *(continued)*

Interest Income
Credit Interest

## Activity Summary *(All amounts shown are in base currency: USD)*

| Debits | |
|---|---|
| Dividends and Interest | |
| Fees | |
| Cash | |
| Withdrawals | |
| Deposits | |
| Total Cash | |
| Total Debits | |

Total Credits

## Transactions by Type of Activity

| Process/<br>Settlement<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|
| **Dividends and Interest** | | | | | | | |
| 10/31/13 | TAX-FREE MONEY MARKET FUND<br>INCOME RECEIVED<br>262992399 | | | | | | |
| **Total Dividends and Interest** | | | | | | $0.00 | |
| **Fees** | | | | | | | |
| 10/25/13 | WIRED FUNDS FEE<br>USD999997 | | | | | | |
| 10/31/13 | WIRED FUNDS FEE<br>USD999997 | | | | | | |
| **Total Fees** | | | | | | $0.00 | |
| **Cash Withdrawals and Deposits** | | | | | | | |
| 10/16/13 | FEDERAL FUNDS SENT<br>USD999997 | THE NORTHERN TRUST C AGA, LLC | | | | -500,000.00 | USD |

PAR-02-CLIT

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

19-13895-jlg   Doc 423-59   Filed 05/28/21   Entered 05/28/21 17:35:58   Exhibit 59

CONFIDENTIAL

CREDIT SUISSE

CREDIT SUISSE SECURITIES (USA) LLC

# Brokerage
## Account Statement

Statement Period: 01/01/2014 - 01/31/2014

## Transactions by Type of Activity *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|---|
| | | **Cash Withdrawals and Deposits** *(continued)* | | | | | | |
| 01/27/14 | | FEDERAL FUNDS SENT | THE NORTHERN TRUST CACA LLC | | | | 250,000.00 | USD |

**Total Cash Withdrawals and Deposits**

**Total Value of Transactions**

The price and quantity displayed may have been rounded

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|

## Messages

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your investment professional for additional information.

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Seven Years In A Row
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, Member FINRA, NYSE, SIPC

Page 5 of 6

BROSER_19-13985_E_000697

CONFIDENTIAL

CONFIDENTIAL

## Transactions by Type of Activity (continued)

Process/
Settlement

| Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| | Cash Withdrawals and Deposits (continued) | | | | | | |
| 04/25/14 | | THE NORTHERN TRUST C AGA, LLC | | | | 250,000.00 | USD |

The price and quantity displayed may have been rounded.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| 04/30/14 | Closing Balance | | | |
| | Total All Money Market Funds | | | |

## Messages

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund.  Shares of a money

Go paperless

BROSER_19-13895_E_000698

CONFIDENTIAL

CONFIDENTIAL

## ~nsactions by Type of Activity *(continued)*

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount Currency |
|---|---|---|---|---|---|---|
| | Cash Withdrawals and Deposits *(continued)* | | | | | |
| | | THE NORTHERN TRUST C AGA LLC | | | | 300,000.00   USD |
| 05/28/14 | | FEDERAL FUNDS SEN1 US12620927 | | | | |
| **Total Cash Withdrawals and Deposits** | | | | | $0.00 | |
| **Total Value of Transactions** | | | | | $0.00 | |

The price and quantity displayed may have been rounded

Go paperless

BROSER_19-13985_E_000699

CONFIDENTIAL