# EXHIBIT 57

| Fill in this information to identify the case: | |
|---|---|

| **Fill in this information to identify the case:** |
|---|
| Debtor 1   **Orly Genger** |
| Debtor 2 |
| (Spouse, if filing) |
| United States Bankruptcy Court   **Western District of Texas** |
| Case number:  **19−10926** |

FILED

**U.S. Bankruptcy Court**
**Western District of Texas**

12/9/2019

**Barry . Knight, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Kasowitz Benson Torres LLP

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Kasowitz Benson Torres LLP | |
| Name | Name |
| Attn: Matthew B. Stein<br>1633 Broadway<br>Floor 21<br>New York, NY 10019 | |
| Contact phone          212−506−1700 | Contact phone |
| Contact email<br>          mstein@kasowitz.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

| 6. | **Do you have any number you use to identify the debtor?** | ☑ No |
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| 7. | **How much is the claim?** | $ 1572627.00 | **Does this amount include interest or other charges?** |
| | | | ☑ No |
| | | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as healthcare information. |
| | | Legal services; see attached addendum |

| 9. | **Is all or part of the claim secured?** | ☑ No |
| | | ☐ Yes. The claim is secured by a lien on property. |
| | | **Nature of property:** |
| | | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410−A) with this *Proof of Claim*. |
| | | ☐ Motor vehicle |
| | | ☐ Other. Describe: _____ |
| | | **Basis for perfection:** _____ |
| | | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | | **Value of property:** $ _____ |
| | | **Amount of the claim that is secured:** $ _____ |
| | | **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | | **Amount necessary to cure any default as of the date of the petition:** $ _____ |
| | | **Annual Interest Rate** (when case was filed) _____ % |
| | | ☐ Fixed |
| | | ☐ Variable |

| 10. | **Is this claim based on a lease?** | ☑ No |
| | | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| 11. | **Is this claim subject to a right of setoff?** | ☑ No |
| | | ☐ Yes. Identify the property: _____ |

Official Form 410        Proof of Claim        page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies

$ _____

* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/9/2019

         MM / DD / YYYY

/s/ Matthew B. Stein

Signature

Print the name of the person who is completing and signing this claim:

Name      Matthew B. Stein

         First name    Middle name    Last name

Title

Company      Kasowitz Benson Torres LLP

         Identify the corporate servicer as the company if the authorized agent is a servicer

Address      1633 Broadway – Floor 21

         Number   Street

         New York, NY 10019

         City   State   ZIP Code

Contact phone   212–506–1700    Email   MStein@kasowitz.com

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re:

ORLY GENGER,

    Debtor.

Chapter 7

Case No. 19-bk-10926-TMD

---

### ADDENDUM TO PROOF OF CLAIM OF KASOWITZ BENSON TORRES LLP

1. Kasowitz Benson Torres LLP ("<u>KBT</u>") files this proof of claim (the "<u>Claim</u>") against debtor Orly Genger (the "<u>Ms. Genger</u>").

2. KBT has been (non-bankruptcy) counsel to Ms. Genger since January 2015. Since that time, KBT has represented Ms. Genger in numerous matters, including the proceedings set forth below (the "<u>Litigations</u>"):

 i. *Orly Genger v. Sagi Genger*, N.Y.S. Supreme Court Index No. 100697/2008

 ii. *Orly Genger, etc. v. Dalia Genger, et al.*, N.Y.S. Supreme Court Index No. 109749/2009

 iii. *Arie Genger, et al. v. Sagi Genger, et al.*, N.Y.S. Supreme Court Index No. 651089/2010

 iv. *In the Matter of the Application of Orly Genger for the removal of Dalia Genger as Trustee of the Orly Genger 1993 Trust*, N.Y.S. Surrogate's Court File No. 2008-0017

 v. *In the Matter of the Petition of Dalia Genger, as Trustee, to Turnover Property to the Orly Genger 1993 Trust*, N.Y.S. Surrogate's Court File No. 2008-0017/E

 vi. *Sagi Genger v. Orly Genger*, S.D.N.Y. Case No. 14-cv-5683

 vii. *Dalia Genger v. Sagi Genger*, S.D.N.Y. Case No. 17-cv-8181

3. The Litigations have involved, among other things, a lengthy trial, multiple damages inquests and evidentiary hearings, discovery including depositions, extensive motion practice, and numerous appeals to the New York State Appellate Division and the U.S. Court of

Appeals for the Second Circuit. All of these Litigations remain pending today, and Ms. Genger

is still party to all but one (she is no longer a party to the State Court action bearing Index No.

651089/2010).

4.      As of July 12, 2019 – the date Ms. Genger filed for bankruptcy – Ms. Genger

owed KBT a total of $1,572,627.00 in legal fees and disbursements, the amount of this Claim. A

redacted copy of KBT bills reflecting this total amount is attached hereto as Exhibit A.[1]

5.      No Judgment has been rendered on this Claim. The amount of all payments on

the Claim has been credited and deducted for the purpose of making this proof of claim.

6.      This Claim is filed under compulsion of the bar date and is filed to protect KBT

from forfeiture of the Claim. The execution and filing of this Claim are not (i) a waiver or

release of KBT's rights against any other entity or person who may be liable for all or part of the

Claim; (ii) a consent by KBT to the jurisdiction of this Court with respect to any proceeding

commenced in this case or any other case against or involving KBT; (iii) a waiver of the right to

withdraw the reference with respect to the subject matter of the Claim, any objection or other

proceeding commenced with respect thereto or any other proceeding commenced in this case or

any other case against or otherwise involving KBT; (iv) an election of remedy which waives or

otherwise affects any other remedy; or (v) a waiver or release of any of KBT's rights against any

third party.

7.      KBT expressly reserves all of its rights and remedies with respect to this Claim

and otherwise, including but not limited to the right (i) to file any separate proof of claim with

---

[1] KBT attorneys did not bill their time for the trial in the state court action bearing Index No. 100697/2008, though have billed all their time spent on that matter since the conclusion of the trial in 2015. All support staff have billed their time for the entire duration of the matter. Additionally, all KBT attorneys except one, Eric Herschmann, have at all times billed their time spent on all of the other matters handled for Ms. Genger, including all of the other Litigations.

respect to the claim set forth herein or otherwise (which proof of claim, if so filed, shall not be deemed to supersede this proof of claim), (ii) to amend or supplement this proof of claim in any respect; (iii) to file additional proofs of claim for claims not covered by this proof of claim; (iv) the right to withdraw this Claim or any portion thereof; or (v) to file motions and/or claims for payment of, administrative expenses or other claims entitled to priority.  The claims contained in any such other proofs of claim or motions are in addition to, and not in limitation of, this Claim.

8.      All notices concerning this Claim should be sent to:

Kasowitz Benson Torres LLP
Attn:  Matthew Stein, Esq.
1633 Broadway
New York, New York 10019

Tel.: (212) 506-1717
Email: MStein@kasowitz.com

# EXHIBIT A

KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019-6799


Federal I.D. # 13-3720397


NOVEMBER 30, 2019


12119401
Orly Genger
Genger Federal Court Appeal


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|------------------------|-------|
| 06/02/17 | | 1.00 |
| 07/11/17 | | .60 |
| 07/12/17 | | .50 |
| 07/12/17 | | .70 |
| 07/27/17 | | .90 |
| 08/02/17 | | 1.90 |
| 08/02/17 | | .50 |

Genger, Orly                                    Nov 30, 2019      PAGE   2
FILE NUMBER: 12119401
INVOICE NO.: ******

08/02/17                                                             3.70


08/02/17                                                              .80


08/03/17                                                              .50


08/03/17                                                              .50

08/08/17                                                             2.00



08/08/17                                                              .50



08/08/17                                                              .50



08/09/17                                                              .40

11/27/17                                                              .50

Genger, Orly                                    Nov 30, 2019      PAGE    3
FILE NUMBER: 12119401
INVOICE NO.: ******

| | |
|---|---:|
| 11/27/17 | .50 |
| 01/04/18 | .50 |
| 01/11/18 | .30 |
| 01/24/18 | 2.10 |
| 01/25/18 | 2.20 |
| 01/25/18 | .50 |
| 01/25/18 | 2.00 |
| 01/26/18 | 3.70 |

Genger, Orly                                Nov 30, 2019      PAGE    4
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 01/26/18 | | 1.00 |
| 02/05/18 | | .50 |
| 02/05/18 | | .50 |
| 02/05/18 | | .40 |
| 02/06/18 | | .30 |
| 02/06/18 | | 1.00 |
| 02/07/18 | | .10 |
| 02/16/18 | | .50 |
| 03/19/18 | | .10 |
| 03/28/18 | | .40 |
| 03/28/18 | | .50 |

Genger, Orly                                    Nov 30, 2019      PAGE    5
FILE NUMBER: 12119401
INVOICE NO.: ******

| | |
|---|---:|
| 04/03/18 | .30 |
| 04/04/18 | .50 |
| 04/05/18 | 4.00 |
| 04/08/18 | 1.00 |
| 04/09/18 | 7.50 |
| 04/20/18 | .70 |
| 04/24/18 | .60 |
| 04/25/18 | 3.60 |
| 05/03/18 | 4.00 |
| 05/04/18 | 2.50 |
| 05/05/18 | 2.50 |
| 05/09/18 | .90 |

Genger, Orly                                    Nov 30, 2019      PAGE    6
FILE NUMBER: 12119401
INVOICE NO.: ******

05/14/18                                                              .50

05/15/18                                                             5.00

05/16/18                                                            11.30

05/16/18                                                             3.30

05/17/18                                                              .60

05/17/18                                                              .80

05/31/18                                                             6.00

05/31/18                                                              .50

06/01/18                                                             8.00

06/03/18                                                             1.20

19-13895-jlg 19-01977-jlg Claim 23-1 Part 09/11/25 Filed 06/09/06 Doc 21-1 Filed Exhibit 57
19-10926 lmc Claim 23-1 Part 09 Filed 12/09/19 Attachment 18 Page 11 of 122
Pg 15 of 126

Genger, Orly        Nov 30, 2019    PAGE    7
FILE NUMBER: 12119401
INVOICE NO.: ******

| | |
|---|---|
| 06/04/18 | 3.60 |
| 06/04/18 | 4.90 |
| 06/04/18 | .50 |
| 06/04/18 | .50 |
| 06/05/18 | .40 |
| 06/05/18 | 3.50 |
| 06/06/18 | 4.00 |
| 06/06/18 | .40 |
| 06/06/18 | .20 |

Genger, Orly                              Nov 30, 2019    PAGE    8
FILE NUMBER: 12119401
INVOICE NO.: ******

| | |
|---|---|
| 06/06/18 | .50 |
| 06/06/18 | 1.50 |
| 06/07/18 | 7.00 |
| 06/07/18 | 4.30 |
| 06/07/18 | .60 |
| 06/08/18 | 6.00 |
| 06/08/18 | 3.50 |
| 06/11/18 | 8.20 |
| 06/12/18 | 8.20 |

Genger, Orly                              Nov 30, 2019        PAGE    9
FILE NUMBER: 12119401
INVOICE NO.: ******

06/13/18                                                          6.00

06/13/18                                                         11.90

06/13/18                                                           .50

06/13/18                                                          3.00

06/14/18                                                          3.80

06/18/18                                                          5.40

06/19/18                                                          2.00

06/20/18                                                          2.00

06/20/18                                                           .30

06/21/18                                                           .20

06/21/18                                                           .50

06/22/18                                                          1.20

Genger, Orly                          Nov 30, 2019     PAGE  10
FILE NUMBER: 12119401
INVOICE NO.: ******

| | | |
|---|---|---|
| 06/22/18 | | .50 |
| 06/22/18 | | .50 |
| 07/30/18 | | 5.00 |
| 07/30/18 | | .80 |
| 07/31/18 | | 1.00 |
| 08/01/18 | | 2.30 |
| 08/08/18 | | .20 |
| 08/09/18 | | 5.20 |
| 08/10/18 | | .50 |
| 08/10/18 | | .30 |

Genger, Orly                           Nov 30, 2019      PAGE  11
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 08/13/18 | | .20 |
| 08/20/18 | | 3.00 |
| 08/20/18 | | .50 |
| 08/20/18 | | .20 |
| 08/22/18 | | .70 |
| 08/23/18 | | .20 |
| 08/27/18 | | 1.00 |
| 08/27/18 | | .50 |
| 08/29/18 | | 1.80 |
| 08/30/18 | | .50 |
| 08/30/18 | | .50 |

Genger, Orly                                    Nov 30, 2019        PAGE   12
FILE NUMBER: 12119401
INVOICE NO.: ******

08/31/18                                                              .20

08/31/18                                                              .50

08/31/18                                                             1.00

09/04/18                                                             3.00

09/05/18                                                             2.60

09/06/18                                                             5.40

09/07/18                                                              .50

09/10/18                                                             6.00

Genger, Orly                                    Nov 30, 2019      PAGE  13
FILE NUMBER: 12119401
INVOICE NO.: ******

09/11/18                                                          5.00



09/12/18                                                          7.00

09/14/18                                                          7.00


09/14/18                                                           .50



09/14/18                                                           .70



09/17/18                                                          2.40



09/18/18                                                           .40

09/20/18                                                          2.00

Genger, Orly                              Nov 30, 2019      PAGE  14
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Hours |
|---|---|---|
| 09/22/18 | | 1.30 |
| 09/23/18 | | 1.40 |
| 09/24/18 | | .30 |
| 09/25/18 | | .60 |
| 09/26/18 | | 5.30 |
| 09/27/18 | | 3.50 |
| 09/28/18 | | 6.00 |
| 10/01/18 | | .40 |
| 10/02/18 | | 6.80 |

19-13895-dlc 1D4c89773 iii3-Cdim 06/11/20 Entered 06/09/16 Doc 221 16/0752 Exhibit 57
19-10926 tmd Claim 123-1 Part 1 Filed 12/09/19 Attachment 18 Page 19 of 122
Pg 23 of 126

Genger, Orly                                    Nov 30, 2019      PAGE  15
FILE NUMBER: 12119401
INVOICE NO.: ******

10/03/18                                                            4.00


10/04/18                                                            2.00


10/05/18                                                            3.40


10/05/18                                                             .20

10/08/18                                                            4.00


10/09/18                                                            5.30


10/09/18                                                             .50


10/09/18                                                             .40

Genger, Orly                              Nov 30, 2019     PAGE  16
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|---|-------|
| 10/10/18 | | 4.60 |
| 10/10/18 | | .50 |
| 10/10/18 | | .20 |
| 10/11/18 | | 2.40 |
| 10/15/18 | | .80 |
| 10/16/18 | | 1.00 |
| 10/17/18 | | 7.70 |
| 10/18/18 | | 7.60 |

Genger, Orly                                    Nov 30, 2019      PAGE  17
FILE NUMBER: 12119401
INVOICE NO.: ******

10/18/18                                                              3.60

10/19/18                                                              3.20

10/22/18                                                              1.10

10/23/18                                                              6.00

10/24/18                                                              8.30

10/24/18                                                              1.10

10/25/18                                                              2.70

10/25/18                                                               .20

Genger, Orly                          Nov 30, 2019      PAGE  18
FILE NUMBER: 12119401
INVOICE NO.: ******

10/25/18                                                    1.20

10/26/18                                                     .40

10/29/18                                                    2.50

10/30/18                                                    3.60

10/31/18                                                    5.00

10/31/18                                                    4.00

11/01/18                                                    6.20

11/01/18                                                    3.00

11/02/18                                                    1.90

11/05/18                                                    4.80

19-13895-jlg 19-08373-jlg Doc 3 Filed 06/01/25 Entered 06/09/06 Attachment 14 Page 23 of 122
19-10926-mg Claim 23-1 Part 09 Filed 12/09/19 Attachment 14 Page 23 of 122 Exhibit 57
Pg 27 of 126

Genger, Orly                                    Nov 30, 2019      PAGE   19
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Value |
|---|---|---|
| 11/05/18 | | 1.70 |
| 11/05/18 | | .50 |
| 11/07/18 | | 2.00 |
| 11/08/18 | | 1.00 |
| 11/08/18 | | 6.00 |
| 11/09/18 | | 6.50 |
| 11/10/18 | | 1.60 |
| 11/12/18 | | 2.60 |

19-13895-jlg-1043975-jlg-3-Filed-06/01/25-Entered-06/09/06/OR-22-14:05:52-Exhibit 57
19-10926-tmd-Claim-53-1-Part-05-Filed-12/09/19-Attachment-14-Page-24-of-122
Pg 28 of 126

Genger, Orly                              Nov 30, 2019      PAGE  20
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 11/12/18 | | 2.50 |
| 11/12/18 | | 5.60 |
| 11/13/18 | | 1.50 |
| 11/13/18 | | 4.00 |
| 11/14/18 | | 2.80 |
| 11/14/18 | | 1.50 |
| 11/15/18 | | 2.00 |
| 11/16/18 | | 5.20 |
| 11/16/18 | | 3.00 |
| 11/16/18 | | 6.30 |

Genger, Orly                          Nov 30, 2019      PAGE  21
FILE NUMBER: 12119401
INVOICE NO.: ******

11/17/18                                                      .50

11/18/18                                                     7.00

11/18/18                                                     2.50


11/19/18                                                     6.00

11/19/18                                                     1.00

11/19/18                                                     5.30



11/20/18                                                    10.00

11/20/18                                                     3.00


11/20/18                                                    10.00



11/21/18                                                     2.00


11/21/18                                                     5.00

Genger, Orly                                    Nov 30, 2019      PAGE   22
FILE NUMBER: 12119401
INVOICE NO.: ******

11/21/18                                                            .30


11/25/18                                                            .30

11/26/18                                                            .50


11/26/18                                                           1.00

11/27/18                                                           1.80


11/28/18                                                           4.00


11/28/18                                                            .50

11/29/18                                                            .60


11/30/18                                                           5.10

Genger, Orly           Nov 30, 2019    PAGE  23
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|------|------|
| 12/04/18 | | 1.40 |
| 12/05/18 | | 2.00 |
| 12/05/18 | | 6.00 |
| 12/06/18 | | 2.50 |
| 12/06/18 | | .60 |
| 12/07/18 | | 1.50 |
| 12/10/18 | | 2.00 |
| 12/10/18 | | 1.80 |
| 12/13/18 | | 1.00 |
| 12/14/18 | | 2.50 |
| 12/15/18 | | 1.00 |
| 12/17/18 | | .30 |

Genger, Orly                                    Nov 30, 2019      PAGE  24
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 12/18/18 | | 3.20 |
| 12/20/18 | | 3.20 |
| 12/21/18 | | 4.50 |
| 12/26/18 | | 1.00 |
| 12/30/18 | | .60 |
| 01/03/19 | | 2.40 |
| 01/03/19 | | 6.20 |
| 01/04/19 | | .60 |
| 01/04/19 | | .30 |
| 01/04/19 | | .90 |
| 01/06/19 | | .30 |

Genger, Orly                       Nov 30, 2019     PAGE  25
FILE NUMBER: 12119401
INVOICE NO.: ******

| 01/07/19 | | 2.00 |
|---|---|---|
| 01/07/19 | | 2.00 |
| 01/07/19 | | 2.40 |
| 01/07/19 | | .30 |
| 01/08/19 | | 8.00 |
| 01/08/19 | | 5.00 |
| 01/08/19 | | .40 |
| 01/09/19 | | 5.00 |
| 01/09/19 | | .50 |

Genger, Orly                                    Nov 30, 2019     PAGE  26
FILE NUMBER: 12119401
INVOICE NO.: ******

01/09/19                                                         2.50


01/10/19                                                          .70

01/11/19                                                         1.10


01/14/19                                                         1.20


01/15/19                                                         2.00


01/16/19                                                          .40


01/17/19                                                         1.00


01/17/19                                                          .90


01/17/19                                                         1.40


01/18/19                                                          .40

19-13895-jlg 19-01327-jlg Chapter Filed 06/01/25 Entered 06/06/06/23 13:05:52 Exhibit 57
19-10926 lmd Claim 23-1 Part 05 Filed 12/09/19 Attachment 14 Page 31 of 122
Pg 35 of 126

Genger, Orly                                    Nov 30, 2019      PAGE  27
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|--|--------|
| 01/18/19 | | .50 |
| 01/18/19 | | .20 |
| 01/23/19 | | .10 |
| 01/24/19 | | 4.50 |
| 01/25/19 | | 1.60 |
| 01/25/19 | | 1.50 |
| 01/28/19 | | 1.90 |
| 01/28/19 | | .10 |
| 01/28/19 | | 1.10 |
| 01/28/19 | | 1.80 |
| 01/29/19 | | 3.00 |

Genger, Orly                                    Nov 30, 2019    PAGE  28
FILE NUMBER: 12119401
INVOICE NO.: ******

| | |
|---|---|
| 01/29/19 | 1.60 |
| 01/29/19 | 1.20 |
| 01/30/19 | 1.50 |
| 01/30/19 | 1.20 |
| 01/30/19 | 1.80 |
| 01/31/19 | 1.00 |
| 01/31/19 | .70 |
| 02/01/19 | .50 |
| 02/04/19 | 2.00 |
| 02/04/19 | .40 |

Genger, Orly                          Nov 30, 2019      PAGE  29
FILE NUMBER: 12119401
INVOICE NO.: ******

02/05/19                                              1.60


02/05/19                                              1.10


02/06/19                                               .50


02/06/19                                              2.30


02/07/19                                              2.60


02/07/19                                              1.60


02/08/19                                               .60


02/08/19                                               .60


02/11/19                                              2.10


02/12/19                                              2.50

Genger, Orly                                    Nov 30, 2019      PAGE  30
FILE NUMBER: 12119401
INVOICE NO.: ******

02/12/19                                                            .50

02/13/19                                                           1.00

02/15/19                                                           1.20

02/19/19                                                           1.50

02/19/19                                                           1.70

02/19/19                                                           1.00

02/19/19                                                           1.40

02/19/19                                                            .80

02/20/19                                                           3.20

02/20/19                                                           3.00

02/20/19                                                           3.10

Genger, Orly                                    Nov 30, 2019       PAGE   31
FILE NUMBER: 12119401
INVOICE NO.: ******

| 02/20/19 | | 2.60 |
| 02/21/19 | | 4.00 |
| 02/21/19 | | 3.50 |
| 02/21/19 | | 3.70 |
| 02/22/19 | | 3.00 |
| 02/22/19 | | 2.50 |
| 02/22/19 | | 3.50 |
| 02/22/19 | | 6.00 |
| 02/24/19 | | 1.60 |
| 02/25/19 | | 4.00 |
| 02/25/19 | | 6.00 |
| 02/25/19 | | .30 |
| 02/26/19 | | 3.60 |

19-13895-jlo 19-09377-jlo Claim 08-01-21 Filed 06/09/06/02/19-30252 Exhibit 57
19-10926-tmd Claim 13-1 Part 09 Filed 12/09/19 Attachment 14 Page 36 of 122
Pg 40 of 126

Genger, Orly                           Nov 30, 2019      PAGE  32
FILE NUMBER: 12119401
INVOICE NO.: ******

02/26/19                                                 4.50

02/26/19                                                 3.30

02/26/19                                                 4.20

02/27/19                                                 2.50

02/28/19                                                 2.00

02/28/19                                                  .60

03/01/19                                                 3.00

03/01/19                                                 4.50

03/01/19                                                 3.80

03/01/19                                                 1.10

03/01/19                                                 1.20

19-13895-jlg-10-40977-jlg-3-Chap-06-01-27...Filed-06-09/06/06/24-13/05/25-Exhibit 57
19-10926-lmc-Claim-923-1-Part-05-Filed-12/09/19-Attachment-14-Page 37 of 121
Pg 41 of 126

Genger, Orly                              Nov 30, 2019      PAGE  33
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 03/02/19 | | 1.50 |
| 03/03/19 | | 3.50 |
| 03/04/19 | | 4.00 |
| 03/04/19 | | 2.50 |
| 03/04/19 | | 3.70 |
| 03/04/19 | | 3.90 |
| 03/04/19 | | .70 |
| 03/04/19 | | 2.20 |
| 03/05/19 | | 10.00 |
| 03/05/19 | | 3.00 |
| 03/05/19 | | 5.00 |

Genger, Orly                                    Nov 30, 2019    PAGE  34
FILE NUMBER: 12119401
INVOICE NO.: ******

| 03/05/19 | | 2.30 |
| 03/06/19 | | 8.00 |
| 03/06/19 | | 10.00 |
| 03/06/19 | | 10.00 |
| 03/06/19 | | 11.60 |
| 03/06/19 | | 2.00 |
| 03/07/19 | | 6.00 |
| 03/07/19 | | 6.50 |
| 03/08/19 | | 1.00 |
| 03/08/19 | | 2.00 |
| 03/11/19 | | .50 |
| 03/11/19 | | 3.00 |
| 03/11/19 | | .70 |

Genger, Orly                                Nov 30, 2019      PAGE   35
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 03/11/19 | | .50 |
| 03/11/19 | | .50 |
| 03/11/19 | | .50 |
| 03/12/19 | | 1.30 |
| 03/13/19 | | .30 |
| 03/13/19 | | 1.70 |
| 03/13/19 | | .50 |
| 03/14/19 | | 3.50 |
| 03/15/19 | | 4.00 |
| 03/15/19 | | .50 |
| 03/15/19 | | 5.00 |

Genger, Orly                                    Nov 30, 2019        PAGE   36
FILE NUMBER: 12119401
INVOICE NO.: ******

03/17/19                                                              1.30

03/18/19                                                              5.60

03/18/19                                                              3.50

03/19/19                                                              3.00

03/19/19                                                              4.70

03/19/19                                                              3.00

03/19/19                                                              7.80

03/19/19                                                               .50

03/19/19                                                               .50

Genger, Orly                                    Nov 30, 2019      PAGE  37
FILE NUMBER: 12119401
INVOICE NO.: ******

03/19/19                                                              1.00

03/20/19                                                              2.50

03/20/19                                                              3.80

03/20/19                                                              6.30

03/20/19                                                              7.60

03/20/19                                                              1.00

03/20/19                                                              1.00

03/21/19                                                              2.00

03/21/19                                                              1.20

03/21/19                                                              2.00

Genger, Orly                                    Nov 30, 2019     PAGE  38
FILE NUMBER: 12119401
INVOICE NO.: ******

03/21/19                                                           7.40

03/21/19                                                           1.80

03/24/19                                                           1.70

03/25/19                                                           1.00

03/25/19                                                           4.50

03/25/19                                                           2.30

03/26/19                                                           2.00

03/26/19                                                           3.00

03/26/19                                                            .20

03/27/19                                                            .50

03/27/19                                                           1.60

Genger, Orly
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | Amount |
|------|--------|
| 03/28/19 | 2.30 |
| 03/28/19 | .30 |
| 03/29/19 | 1.00 |
| 03/29/19 | .80 |
| 03/29/19 | 1.40 |
| 03/31/19 | .30 |
| 04/01/19 | 1.80 |
| 04/02/19 | .60 |
| 04/04/19 | 1.20 |
| 04/05/19 | .80 |
| 04/07/19 | 1.00 |
| 04/08/19 | .40 |
| 04/08/19 | 2.20 |

Genger, Orly                                    Nov 30, 2019      PAGE  40
FILE NUMBER: 12119401
INVOICE NO.: ******

04/09/19                                                              2.60


04/09/19                                                               .30

04/09/19                                                              1.00


04/10/19                                                              1.30

04/10/19                                                              1.00

04/10/19                                                              1.60

04/10/19                                                              1.30

04/11/19                                                              4.60

04/11/19                                                              4.70


04/11/19                                                              1.20

Genger, Orly                                        Nov 30, 2019      PAGE  41
FILE NUMBER: 12119401
INVOICE NO.: ******

04/12/19                                                                1.50

04/12/19                                                                1.10

04/12/19                                                                1.00

04/12/19                                                                3.50

04/12/19                                                                 .50

04/12/19                                                                 .80

04/15/19                                                                3.10

04/15/19                                                                3.00

04/15/19                                                                4.00

04/15/19                                                                1.20

Genger, Orly                                    Nov 30, 2019        PAGE  42
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|------|------|
| 04/16/19 | | .70 |
| 04/16/19 | | 1.00 |
| 04/16/19 | | 4.30 |
| 04/16/19 | | .70 |
| 04/16/19 | | 2.60 |
| 04/17/19 | | 2.40 |
| 04/17/19 | | 1.20 |
| 04/17/19 | | 1.60 |
| 04/18/19 | | .70 |
| 04/18/19 | | .50 |
| 04/18/19 | | .50 |

19-13895-dc 19-13895-jlg Claim 53-1 Part 06/11/25 Filed 06/09/06/OP250 3457 25047 6x122 57
19-13895 — the Claim 53-1 Part 06 Filed 12/09/19 Attachment 14 Page 47 of 122 Exhibit 57
Pg 51 of 126

Genger, Orly                                     Nov 30, 2019      PAGE   43
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 04/18/19 | | .50 |
| 04/19/19 | | .40 |
| 04/22/19 | | 2.60 |
| 04/22/19 | | 2.90 |
| 04/22/19 | | 6.10 |
| 04/23/19 | | 1.70 |
| 04/23/19 | | 5.40 |
| 04/23/19 | | 6.70 |

Genger, Orly
FILE NUMBER: 12119401
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 04/23/19 | | 1.80 |
| 04/23/19 | | 1.80 |
| 04/24/19 | | 1.50 |
| 04/25/19 | | 4.00 |
| 04/25/19 | | 1.50 |
| 04/26/19 | | 2.10 |
| 04/26/19 | | 3.00 |
| 04/28/19 | | .50 |
| 04/30/19 | | 1.50 |
| 04/30/19 | | 2.10 |

19-13895-jlg-19-08977-jlg-3-Filed-06/01/25-Entered-06/00/25-14:05:52-Exhibit-57
19-10926-jlg-Doc-Claim-53-1-Part-04-Filed-12/09/19-Attachment-1-Page-49-of-122
Pg 53 of 126

Genger, Orly                         Nov 30, 2019      PAGE  45
FILE NUMBER: 12119401
INVOICE NO.: ******

04/30/19                                                  1.20

05/01/19                                                  2.50

05/01/19                                                  4.00

05/01/19                                                  1.00

05/01/19                                                  5.00


05/01/19                                                   .80

05/02/19                                                  4.60

05/02/19                                                  1.00

05/02/19                                                  3.50


05/03/19                                                  2.20


05/03/19                                                  1.90

Genger, Orly                                    Nov 30, 2019      PAGE  46
FILE NUMBER: 12119401
INVOICE NO.: ******

05/06/19                                                          1.00

05/06/19                                                          3.60

05/06/19                                                           .50

05/06/19                                                           .20

05/07/19                                                           .40

05/07/19                                                          2.40

05/08/19                                                          2.00

05/08/19                                                          1.50

05/08/19                                                          9.00

Genger, Orly                           Nov 30, 2019      PAGE  47
FILE NUMBER: 12119401
INVOICE NO.: ******

| 05/08/19 | | .50 |
| 05/08/19 | | 1.00 |
| 05/09/19 | | 1.30 |
| 05/09/19 | | 1.00 |
| 05/10/19 | | .40 |
| 05/10/19 | | 2.40 |
| 05/10/19 | | 1.20 |
| 05/11/19 | | .40 |
| 05/12/19 | | .20 |
| 05/12/19 | | 2.80 |

Genger, Orly
FILE NUMBER: 12119401
INVOICE NO.: ******

Nov 30, 2019    PAGE   48

| Date | | Amount |
|------|------|--------|
| 05/13/19 | ███████████████ | .50 |
| 05/13/19 | ███████████████ | 1.30 |
| 05/13/19 | ███████████████ | 5.80 |
| 05/14/19 | ███████████████ | 3.50 |
| 05/14/19 | ███████████████ | 1.40 |
| 05/14/19 | ███████████████ | 8.60 |
| 05/14/19 | ███████████████ | .70 |
| 05/15/19 | ███████████████ | 1.00 |
| 05/15/19 | ███████████████ | 1.00 |
| 05/15/19 | ███████████████ | 5.00 |
| 05/15/19 | ███████████████ | 7.30 |

Genger, Orly                              Nov 30, 2019      PAGE  49
FILE NUMBER: 12119401
INVOICE NO.: ******

05/15/19                                                         .50


05/15/19                                                        1.00

05/16/19                                                        9.40


05/17/19                                                        6.20


05/20/19                                                        4.10


05/21/19                                                        1.30


05/22/19                                                        5.90


05/23/19                                                        2.10


06/03/19                                                         .30


06/03/19                                                        2.90

19-13895-jlg 19-08273-jlg Claim 06/01/25 Entered 06/09/16/01 25 13:05:52 Exhibit 57
19-10926 lmc Claim 23-1 Part 09 Filed 12/09/19 Attachment 14 Page 54 of 121
Pg 58 of 126

Genger, Orly                                    Nov 30, 2019      PAGE  50
FILE NUMBER: 12119401
INVOICE NO.: ******

06/04/19                                                          7.20


06/05/19                                                          5.70


06/06/19                                                          2.50

06/10/19                                                          6.70


06/11/19                                                          3.10


06/12/19                                                          5.00

06/12/19                                                          5.00

06/12/19                                                          4.20



06/13/19                                                          4.90


06/14/19                                                          2.00

Genger, Orly                                    Nov 30, 2019      PAGE  51
FILE NUMBER: 12119401
INVOICE NO.: ******

06/14/19                                                              .90


06/15/19                                                             5.00

06/16/19                                                             5.00


06/17/19                                                             5.00

06/17/19                                                             3.00

06/17/19                                                             5.00

06/17/19                                                             4.00

06/17/19                                                            12.70

06/17/19                                                             5.50


06/18/19                                                             6.00


06/18/19                                                             6.00

Genger, Orly                                    Nov 30, 2019      PAGE  52
FILE NUMBER: 12119401
INVOICE NO.: ******

06/18/19                                                           1.00

06/18/19                                                           4.00

06/18/19                                                           7.00

06/18/19                                                           6.50

06/19/19                                                           1.00

06/19/19                                                           3.50

06/19/19                                                           1.30

06/19/19                                                            .50

Genger, Orly                                    Nov 30, 2019      PAGE  53
FILE NUMBER: 12119401
INVOICE NO.: ******

06/20/19                                                          3.00


06/21/19                                                          1.50

06/24/19                                                          1.00

06/25/19                                                          1.50


06/25/19                                                          2.00


06/25/19                                                           .50


06/25/19                                                           .50


06/26/19                                                           .50


06/27/19                                                           .50

19-13895-dlc 19-13903-jlg-3 Claim 06/01/25 Filed 06/09/06 OR26 13:05:52 Exhibit 57
19-10926-tmd Claim 23-1 Part 09 Filed 12/09/19 Attachment 14 Page 58 of 121
Pg 62 of 126

Genger, Orly                                    Nov 30, 2019      PAGE  54
FILE NUMBER: 12119401
INVOICE NO.: ******

06/27/19                                                              .50

06/28/19                                                             1.50

06/28/19                                                             1.50

06/28/19                                                              .50

06/28/19                                                              .60

07/01/19                                                              .50

07/01/19                                                             2.20

07/01/19                                                             6.10

07/02/19                                                             6.20

07/03/19                                                             7.80

07/04/19                                                             2.10

Genger, Orly                                    Nov 30, 2019      PAGE  55
FILE NUMBER: 12119401
INVOICE NO.: ******

07/05/19                                                              4.60

07/07/19                                                              1.60

07/08/19                                                              1.10

07/08/19                                                              4.80

07/08/19                                                               .20

07/08/19                                                               .40

07/09/19                                                              1.00

07/09/19                                                              9.70

07/09/19                                                              3.00

Genger, Orly
FILE NUMBER: 12119401
INVOICE NO.: ******

                                        Nov 30, 2019      PAGE  56

07/09/19                                                      .20

07/09/19                                                      .60

07/10/19                                                     5.50

07/10/19                                                     8.80

07/10/19                                                     1.70

07/11/19                                                     4.00

07/11/19                                                     7.50

07/11/19                                                     6.20

07/11/19                                                     2.90

19-13895-dc-1-0-03873-jsc-3-Claim-Ob-11/25-Filed-02/09/05-OB/26-130752-Exhibit 57
19-10926 imd Claim 23 Part 09 Filed 12/09/19 Attachmant 14 Page 61 of 122
Pg 65 of 126

Genger, Orly                                    Nov 30, 2019      PAGE   57
FILE NUMBER: 12119401
INVOICE NO.: ******

07/11/19                                                            4.30

KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019-6799

Federal I.D. # 13-3720397

NOVEMBER 30, 2019

12119402
Orly Genger
Genger State Miscellaneous

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|-----------------------|-------|
| 12/01/16 | | .50 |
| 12/01/16 | | 3.30 |
| 12/02/16 | | 5.50 |
| 12/02/16 | | 2.70 |
| 12/02/16 | | .30 |
| 12/03/16 | | 7.00 |
| 12/04/16 | | 3.50 |
| 12/05/16 | | 3.10 |

Genger, Orly                                    Nov 30, 2019        PAGE    2
FILE NUMBER: 12119402
INVOICE NO.: ******

12/05/16                                                            3.40


12/05/16                                                            2.50


12/06/16                                                            1.00


12/06/16                                                            4.50


12/06/16                                                             .70


12/06/16                                                             .80


12/07/16                                                            3.00


12/07/16                                                            1.20


12/07/16                                                             .30


12/08/16                                                            1.00

Genger, Orly                                    Nov 30, 2019      PAGE    3
FILE NUMBER: 12119402
INVOICE NO.: ******

12/08/16                                                          2.70

12/08/16                                                          .70

12/08/16                                                          1.50

12/13/16                                                          4.60

12/19/16                                                          .90

12/19/16                                                          4.80

12/20/16                                                          .60

12/20/16                                                          5.20

12/22/16                                                          .30

12/23/16                                                          3.00

Genger, Orly                                    Nov 30, 2019      PAGE   4
FILE NUMBER: 12119402
INVOICE NO.: ******

12/26/16                                                              2.10


12/27/16                                                              2.00

12/29/16                                                              2.00


12/29/16                                                              2.60


12/30/16                                                              2.00

01/01/17                                                               .40


01/02/17                                                              4.00


01/02/17                                                              7.00

01/03/17                                                              1.00


01/03/17                                                              5.50


01/03/17                                                              7.50

Genger, Orly                                    Nov 30, 2019      PAGE    5
FILE NUMBER: 12119402
INVOICE NO.: ******

01/03/17                                                          2.30


01/03/17                                                           .40


01/04/17                                                          4.50


01/04/17                                                          7.00


01/04/17                                                          1.90


01/05/17                                                           .90


01/06/17                                                           .50


01/06/17                                                          1.50


01/09/17                                                          2.50

Genger, Orly                                    Nov 30, 2019      PAGE     6
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 01/10/17 | | 2.00 |
| 01/10/17 | | .40 |
| 01/11/17 | | .70 |
| 01/11/17 | | 1.60 |
| 01/12/17 | | 2.50 |
| 01/16/17 | | 2.00 |
| 01/17/17 | | 3.50 |
| 01/17/17 | | 4.70 |
| 01/17/17 | | .50 |
| 01/20/17 | | .60 |

Genger, Orly                                    Nov 30, 2019    PAGE    7
FILE NUMBER: 12119402
INVOICE NO.: ******

01/23/17                                                              2.00

01/24/17                                                               .50

01/25/17                                                               .70

01/25/17                                                               .60

01/27/17                                                               .70

01/31/17                                                              1.00

02/07/17                                                              1.40

02/07/17                                                               .80

02/08/17                                                               .50

Genger, Orly                                    Nov 30, 2019      PAGE    8
FILE NUMBER: 12119402
INVOICE NO.: ******

02/08/17                                                              .20

02/09/17                                                              .60

02/12/17                                                             1.10

02/13/17                                                              .30

02/13/17                                                             2.40

02/14/17                                                             2.00

02/14/17                                                             1.20

02/15/17                                                             1.80

02/16/17                                                              .30

Genger, Orly                               Nov 30, 2019     PAGE    9
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 02/16/17 | | .20 |
| 02/23/17 | | 1.50 |
| 02/27/17 | | .30 |
| 02/28/17 | | .80 |
| 03/01/17 | | .20 |
| 03/02/17 | | .20 |
| 03/03/17 | | .50 |
| 03/06/17 | | 4.40 |
| 03/09/17 | | .40 |
| 03/09/17 | | 2.60 |

Genger, Orly                                    Nov 30, 2019      PAGE  10
FILE NUMBER: 12119402
INVOICE NO.: ******

03/13/17                                                              1.10


03/14/17                                                              1.50


03/15/17                                                               .70


03/15/17                                                              4.70


03/16/17                                                              1.00


03/16/17                                                              1.00


03/16/17                                                               .50


03/17/17                                                              2.60


03/17/17                                                               .70


03/19/17                                                              1.50


03/20/17                                                              4.00

Genger, Orly                                    Nov 30, 2019        PAGE  11
FILE NUMBER: 12119402
INVOICE NO.: ******

03/20/17                                                              4.40


03/20/17                                                              9.80


03/21/17                                                              2.80


03/24/17                                                              1.80


03/24/17                                                               .40


03/28/17                                                               .30


03/28/17                                                              4.00


03/28/17                                                               .50


03/28/17                                                              1.50

Genger, Orly                                    Nov 30, 2019    PAGE  12
FILE NUMBER: 12119402
INVOICE NO.: ******

03/29/17                                                          3.50

03/29/17                                                           .20

03/30/17                                                          1.80

03/31/17                                                          3.00

04/01/17                                                           .30

04/03/17                                                          1.00

04/03/17                                                          1.60

04/05/17                                                           .30

04/06/17                                                           .50

04/07/17                                                           .50

04/07/17                                                           .90

Genger, Orly                                    Nov 30, 2019    PAGE  13
FILE NUMBER: 12119402
INVOICE NO.: ******

04/11/17                                                          4.50


04/11/17                                                          1.20


04/18/17                                                          2.40


04/21/17                                                           .60


04/24/17                                                          1.20


04/24/17                                                          1.60


04/25/17                                                          3.00


04/25/17                                                          4.30


04/25/17                                                          7.70


04/26/17                                                          2.00

Genger, Orly                          Nov 30, 2019      PAGE  14
FILE NUMBER: 12119402
INVOICE NO.: ******

04/26/17                                                           1.20

04/26/17                                                            .80

04/27/17                                                           3.00

04/27/17                                                           1.20

04/27/17                                                           2.60

05/03/17                                                           1.90

05/04/17                                                           1.00

06/01/17                                                            .40

06/02/17                                                            .40

06/02/17                                                            .20

Genger, Orly                                    Nov 30, 2019      PAGE  15
FILE NUMBER: 12119402
INVOICE NO.: ******

06/05/17                                                          1.20


06/06/17                                                           .50


06/06/17                                                           .30


06/15/17                                                          2.50

06/16/17                                                          5.20


06/19/17                                                          2.60


06/20/17                                                          6.30


06/21/17                                                          4.80

06/21/17                                                          1.80


06/22/17                                                           .80


06/22/17                                                          2.40

06/22/17                                                          1.80

Genger, Orly                                    Nov 30, 2019    PAGE  16
FILE NUMBER: 12119402
INVOICE NO.: ******

| | | |
|---|---|---|
| 06/23/17 | | 5.00 |
| 06/23/17 | | 3.20 |
| 06/25/17 | | 4.40 |
| 06/26/17 | | 3.00 |
| 06/26/17 | | 3.70 |
| 06/26/17 | | .50 |
| 06/26/17 | | .60 |
| 06/27/17 | | 1.90 |
| 07/10/17 | | .50 |

Genger, Orly                                   Nov 30, 2019     PAGE  17
FILE NUMBER: 12119402
INVOICE NO.: ******

07/11/17                                                          1.00

07/12/17                                                           .30

07/13/17                                                          4.00

07/13/17                                                          1.30

07/14/17                                                          5.50

07/14/17                                                          1.20

07/17/17                                                           .70

07/20/17                                                           .40

07/21/17                                                           .40

Genger, Orly                                    Nov 30, 2019      PAGE  18
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|------|------|------|
| 07/25/17 | | .40 |
| 07/28/17 | | 3.50 |
| 07/28/17 | | 4.30 |
| 07/31/17 | | 1.50 |
| 08/01/17 | | 3.00 |
| 08/01/17 | | 2.70 |
| 08/02/17 | | 3.60 |
| 08/02/17 | | 3.50 |
| 08/03/17 | | 3.40 |

Genger, Orly                                      Nov 30, 2019      PAGE  19
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | Hours |
|---|---|
| 08/07/17 | 3.00 |
| 08/14/17 | .30 |
| 08/17/17 | .40 |
| 08/25/17 | 1.20 |
| 08/31/17 | 5.00 |
| 09/01/17 | 3.00 |
| 09/01/17 | .70 |
| 09/02/17 | 1.40 |
| 09/06/17 | .60 |
| 09/08/17 | 6.00 |
| 09/08/17 | 2.20 |
| 09/08/17 | .50 |

Genger, Orly                                    Nov 30, 2019     PAGE   20
FILE NUMBER: 12119402
INVOICE NO.: ******

| | |
|---|---:|
| 09/19/17 | .50 |
| 09/21/17 | .50 |
| 09/22/17 | .20 |
| 09/25/17 | 1.60 |
| 09/28/17 | .50 |
| 09/28/17 | .70 |
| 09/29/17 | 3.00 |
| 10/01/17 | 2.50 |
| 10/02/17 | 2.00 |
| 10/04/17 | .50 |
| 10/05/17 | 6.00 |
| 10/06/17 | 1.00 |

Genger, Orly                                    Nov 30, 2019      PAGE  21
FILE NUMBER: 12119402
INVOICE NO.: ******

10/11/17                                                              2.70

10/12/17                                                              6.00

10/13/17                                                              1.30

10/13/17                                                              3.90

10/15/17                                                              4.00

10/16/17                                                              2.00

11/06/17                                                              2.50

11/07/17                                                              4.00

11/07/17                                                               .80

11/09/17                                                               .30

11/10/17                                                               .40

Genger, Orly
FILE NUMBER: 12119402
INVOICE NO.: ******

Nov 30, 2019    PAGE  22

| Date | | Amount |
|---|---|---|
| 11/15/17 | | 1.40 |
| 11/17/17 | | 1.00 |
| 11/18/17 | | 1.50 |
| 11/19/17 | | 4.50 |
| 11/20/17 | | 1.00 |
| 11/21/17 | | 1.50 |
| 11/22/17 | | 1.50 |
| 11/23/17 | | .20 |
| 11/25/17 | | 3.00 |
| 11/26/17 | | 1.10 |
| 11/27/17 | | 2.00 |

Genger, Orly                                    Nov 30, 2019      PAGE  23
FILE NUMBER: 12119402
INVOICE NO.: ******

| | | |
|---|---|---|
| 11/29/17 | | .40 |
| 12/01/17 | | .20 |
| 12/04/17 | | .80 |
| 12/04/17 | | 1.20 |
| 12/08/17 | | 1.00 |
| 12/11/17 | | .80 |
| 12/12/17 | | 4.00 |
| 12/13/17 | | 1.70 |
| 12/13/17 | | 1.90 |

Genger, Orly                                    Nov 30, 2019      PAGE  24
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 12/14/17 | | .60 |
| 12/15/17 | | .30 |
| 12/20/17 | | 1.00 |
| 12/21/17 | | .50 |
| 12/21/17 | | .70 |
| 12/22/17 | | 2.00 |
| 12/28/17 | | 2.40 |
| 12/30/17 | | .50 |
| 01/02/18 | | 7.00 |

Genger, Orly                          Nov 30, 2019     PAGE  25
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | Amount |
|------|--------|
| 01/02/18 | .90 |
| 01/03/18 | 3.50 |
| 01/03/18 | 1.20 |
| 01/04/18 | 1.50 |
| 01/10/18 | 2.00 |
| 01/11/18 | 3.30 |
| 01/14/18 | .20 |
| 01/16/18 | .50 |
| 01/18/18 | 1.00 |

Genger, Orly                            Nov 30, 2019      PAGE  26
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|------|------|------|
| 01/19/18 | | .40 |
| 01/21/18 | | 2.40 |
| 01/22/18 | | 4.50 |
| 01/22/18 | | .60 |
| 01/23/18 | | 5.00 |
| 01/24/18 | | 5.00 |
| 01/25/18 | | 7.00 |
| 01/25/18 | | 3.20 |
| 01/30/18 | | 3.50 |

Genger, Orly                                    Nov 30, 2019     PAGE  27
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 01/31/18 | | 4.00 |
| 02/01/18 | | 1.30 |
| 02/01/18 | | 5.80 |
| 02/02/18 | | 1.50 |
| 02/04/18 | | .40 |
| 02/05/18 | | 4.50 |
| 02/05/18 | | 7.70 |
| 02/06/18 | | 1.50 |

Genger, Orly                                    Nov 30, 2019      PAGE  28
FILE NUMBER: 12119402
INVOICE NO.: ******

02/06/18                                                              2.40

02/07/18                                                              4.00

02/07/18                                                               .70

02/08/18                                                              1.20

02/13/18                                                              3.20

02/14/18                                                               .60

02/14/18                                                              1.90

02/15/18                                                              3.50

02/15/18                                                              1.90

02/16/18                                                               .40

Genger, Orly                                    Nov 30, 2019        PAGE  29
FILE NUMBER: 12119402
INVOICE NO.: ******

02/16/18                                                               .50

02/20/18                                                              3.40

02/21/18                                                              1.80

02/23/18                                                               .40

02/23/18                                                              3.20

02/24/18                                                              5.00

02/25/18                                                               .30

02/26/18                                                              1.20

02/26/18                                                              1.20

02/27/18                                                              3.50

Genger, Orly                                    Nov 30, 2019      PAGE  30
FILE NUMBER: 12119402
INVOICE NO.: ******

02/27/18                                                              3.70

03/06/18                                                              1.00

03/13/18                                                              2.30

03/16/18                                                              1.20

03/19/18                                                              1.60

03/20/18                                                              6.60

03/21/18                                                               .90

03/22/18                                                              1.30

03/23/18                                                              1.20

03/23/18                                                              6.60

Genger, Orly                          Nov 30, 2019      PAGE  31
FILE NUMBER: 12119402
INVOICE NO.: ******

03/26/18                                                    1.00


03/26/18                                                    3.40


03/27/18                                                     .40


03/27/18                                                    1.70


03/28/18                                                    1.80


03/29/18                                                    2.00


03/29/18                                                    4.80


03/30/18                                                    1.80


04/10/18                                                     .60

Genger, Orly                                    Nov 30, 2019        PAGE   32
FILE NUMBER: 12119402
INVOICE NO.: ******

04/11/18                                                            4.50




04/11/18                                                            1.60

04/12/18                                                             .50

04/12/18                                                            3.20

04/12/18                                                             .50

04/12/18                                                            1.00

04/13/18                                                             .70

04/23/18                                                             .20

04/24/18                                                             .20

04/24/18                                                            2.80

Genger, Orly                                    Nov 30, 2019      PAGE   33
FILE NUMBER: 12119402
INVOICE NO.: ******

04/25/18                                                              .40

04/28/18                                                             1.00

05/02/18                                                             3.00

05/07/18                                                             3.00

05/07/18                                                             4.40

05/08/18                                                             1.50

05/09/18                                                             5.50

05/09/18                                                             7.80

05/10/18                                                             2.00

05/11/18                                                             2.50

Genger, Orly
FILE NUMBER: 12119402
INVOICE NO.: ******

Nov 30, 2019          PAGE   34

| Date | | Amount |
|------|---|--------|
| 05/14/18 | | 1.00 |
| 05/14/18 | | .50 |
| 05/15/18 | | 1.30 |
| 05/15/18 | | 1.60 |
| 05/16/18 | | 4.30 |
| 05/17/18 | | 2.00 |
| 05/17/18 | | 1.60 |
| 05/22/18 | | .20 |
| 05/24/18 | | .60 |
| 05/25/18 | | 1.50 |

Genger, Orly                          Nov 30, 2019     PAGE  35
FILE NUMBER: 12119402
INVOICE NO.: ******

05/25/18                                                1.60

05/29/18                                                6.60

05/30/18                                                3.60

05/31/18                                                2.40

06/01/18                                                 .70

06/07/18                                                2.40

06/13/18                                                1.30

06/14/18                                                2.50

06/14/18                                                 .90

Genger, Orly                                    Nov 30, 2019      PAGE  36
FILE NUMBER: 12119402
INVOICE NO.: ******

06/15/18                                                              .60

06/17/18                                                             1.20

06/20/18                                                              .60

06/20/18                                                              .80

06/22/18                                                              .70

06/26/18                                                             2.00

06/26/18                                                             2.40

06/27/18                                                             9.10

06/28/18                                                             4.80

06/29/18                                                             3.30

Genger, Orly                                    Nov 30, 2019     PAGE  37
FILE NUMBER: 12119402
INVOICE NO.: ******

| | |
|---|---|
| 06/29/18 | 2.60 |
| 07/01/18 | .80 |
| 07/02/18 | .30 |
| 07/03/18 | 1.30 |
| 07/03/18 | 1.80 |
| 07/09/18 | 2.10 |
| 07/09/18 | .30 |
| 07/16/18 | .30 |
| 07/20/18 | 1.00 |
| 07/22/18 | .50 |

Genger, Orly
FILE NUMBER: 12119402
INVOICE NO.: ******

Nov 30, 2019     PAGE  38

| Date | Amount |
|------|--------|
| 07/23/18 | 6.90 |
| 07/24/18 | 5.50 |
| 07/25/18 | 5.70 |
| 07/27/18 | .60 |
| 07/28/18 | .30 |
| 07/30/18 | .40 |
| 07/30/18 | 2.60 |
| 07/31/18 | .20 |
| 08/02/18 | 2.10 |
| 08/03/18 | .40 |
| 08/03/18 | 2.50 |
| 08/07/18 | 8.10 |

Genger, Orly                                    Nov 30, 2019      PAGE   39
FILE NUMBER: 12119402
INVOICE NO.: ******

08/07/18                                                                    .50

08/08/18                                                                   4.20

08/09/18                                                                   1.20

08/10/18                                                                   3.20

08/13/18                                                                   2.40

08/14/18                                                                    .20

08/16/18                                                                    .50

08/16/18                                                                    .20

Genger, Orly                                    Nov 30, 2019       PAGE   40
FILE NUMBER: 12119402
INVOICE NO.: ******

| | | |
|---|---|---|
| 08/17/18 | | 5.30 |
| 08/20/18 | | .40 |
| 08/23/18 | | .40 |
| 08/24/18 | | .60 |
| 09/04/18 | | .20 |
| 09/05/18 | | 2.00 |
| 09/06/18 | | .60 |
| 09/07/18 | | .30 |
| 09/07/18 | | 2.70 |
| 09/16/18 | | .40 |
| 09/17/18 | | 1.60 |

Genger, Orly                           Nov 30, 2019      PAGE  41
FILE NUMBER: 12119402
INVOICE NO.: ******

| | |
|---|---:|
| 09/18/18 | .40 |
| 09/19/18 | 1.40 |
| 09/20/18 | 1.50 |
| 09/21/18 | 1.10 |
| 09/26/18 | 1.40 |
| 09/28/18 | 1.70 |
| 09/28/18 | 1.00 |
| 09/30/18 | 1.60 |
| 10/01/18 | 7.50 |

Genger, Orly
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | Amount |
|------|--------|
| 10/04/18 | .20 |
| 10/05/18 | 3.00 |
| 10/15/18 | .80 |
| 10/26/18 | .20 |
| 10/29/18 | 1.40 |
| 10/30/18 | .70 |
| 10/30/18 | 3.20 |
| 10/31/18 | 1.40 |
| 11/01/18 | 4.00 |

Genger, Orly                              Nov 30, 2019      PAGE  43
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Hours |
|------|---|------|
| 11/07/18 | | 5.60 |
| 11/08/18 | | 2.70 |
| 11/12/18 | | 1.20 |
| 11/13/18 | | 2.80 |
| 11/15/18 | | .60 |
| 11/16/18 | | .40 |
| 11/20/18 | | 2.60 |
| 11/26/18 | | 4.50 |
| 11/26/18 | | 6.20 |

Genger, Orly                                    Nov 30, 2019      PAGE  44
FILE NUMBER: 12119402
INVOICE NO.: ******

| 11/27/18 | | 3.50 |
|---|---|---|
| 11/27/18 | | 1.40 |
| 11/28/18 | | 1.10 |
| 11/29/18 | | 3.40 |
| 11/30/18 | | .40 |
| 12/04/18 | | .60 |
| 12/05/18 | | .40 |
| 12/05/18 | | 2.30 |
| 12/07/18 | | 4.50 |
| 12/07/18 | | 1.10 |

Genger, Orly                              Nov 30, 2019    PAGE  45
FILE NUMBER: 12119402
INVOICE NO.: ******

12/10/18                                                  6.70

12/11/18                                                  1.30

12/12/18                                                  2.60

12/13/18                                                  3.40

12/17/18                                                   .50

12/17/18                                                   .70

12/19/18                                                  1.30

12/19/18                                                  2.60

12/21/18                                                   .30

12/26/18                                                  1.70

Genger, Orly                                    Nov 30, 2019     PAGE  46
FILE NUMBER: 12119402
INVOICE NO.: ******

12/27/18                                                           1.60


12/27/18                                                            .40

12/30/18                                                            .20


12/31/18                                                           1.30

01/02/19                                                           2.50


01/03/19                                                           1.80


01/03/19                                                            .50


01/03/19                                                            .50

01/04/19                                                           4.90

Genger, Orly                                    Nov 30, 2019      PAGE  47
FILE NUMBER: 12119402
INVOICE NO.: ******

01/08/19                                                             1.10

01/09/19                                                             3.00

01/23/19                                                              .40

01/23/19                                                              .50

01/24/19                                                              .20

01/24/19                                                             1.90

02/12/19                                                              .80

02/19/19                                                              .60

02/19/19                                                              .50

02/19/19                                                              .20

02/19/19                                                              .50

02/20/19                                                              .80

Genger, Orly                          Nov 30, 2019     PAGE  48
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | Amount |
|---|---|
| 02/20/19 | .20 |
| 02/20/19 | 1.50 |
| 02/21/19 | .50 |
| 02/26/19 | 2.00 |
| 02/27/19 | .80 |
| 02/28/19 | 1.50 |
| 02/28/19 | .40 |
| 03/08/19 | 1.40 |
| 03/08/19 | .40 |
| 03/08/19 | .50 |

Genger, Orly                    Nov 30, 2019      PAGE  49
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 03/08/19 | | .50 |
| 03/18/19 | | 2.50 |
| 03/19/19 | | 2.80 |
| 03/22/19 | | .40 |
| 03/22/19 | | .50 |
| 03/22/19 | | .50 |
| 03/25/19 | | .40 |
| 03/27/19 | | .30 |
| 03/29/19 | | .20 |
| 04/01/19 | | .20 |
| 04/02/19 | | .30 |
| 04/18/19 | | 6.10 |
| 04/19/19 | | 4.50 |

Genger, Orly                              Nov 30, 2019      PAGE   50
FILE NUMBER: 12119402
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 04/22/19 | | 5.00 |
| 04/23/19 | | 1.10 |
| 04/24/19 | | 1.50 |
| 04/24/19 | | 2.90 |
| 04/25/19 | | 3.70 |
| 04/26/19 | | 2.00 |
| 04/26/19 | | 1.70 |
| 04/29/19 | | 6.90 |
| 04/29/19 | | .50 |
| 05/01/19 | | .50 |
| 05/02/19 | | 4.90 |

Genger, Orly                          Nov 30, 2019     PAGE  51
FILE NUMBER: 12119402
INVOICE NO.: ******

05/10/19                                                        .20

05/14/19                                                       3.00

05/15/19                                                        .20

05/15/19                                                        .90

05/16/19                                                       6.80

05/16/19                                                        .60

05/21/19                                                        .30

05/22/19                                                        .20

05/27/19                                                        .40

05/28/19                                                        .40

05/28/19                                                        .30

Genger, Orly                              Nov 30, 2019        PAGE   52
FILE NUMBER: 12119402
INVOICE NO.: ******

06/05/19                                                      2.00

06/06/19                                                      1.50

07/02/19                                                       .60

KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019-6799


Federal I.D. # 13-3720397


NOVEMBER 30, 2019

12119403
Orly Genger
Genger State Court Trial

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 03/20/17 | | .50 |
| 03/20/17 | | .70 |
| 03/20/17 | | 2.20 |
| 03/21/17 | | .50 |
| 03/21/17 | | 1.00 |
| 04/05/17 | | .50 |

Genger, Orly                                    Nov 30, 2019      PAGE   2
FILE NUMBER: 12119403
INVOICE NO.: ******

| Date | | Amount |
|------|---|--------|
| 04/14/17 | | 1.30 |
| 06/02/17 | | .70 |
| 06/23/17 | | .50 |
| 07/12/17 | | .60 |
| 07/13/17 | | 1.90 |
| 07/14/17 | | 3.00 |
| 07/14/17 | | .80 |
| 07/28/17 | | .50 |
| 07/28/17 | | 1.30 |
| 07/28/17 | | .50 |

Genger, Orly                                    Nov 30, 2019    PAGE    3
FILE NUMBER: 12119403
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 07/31/17 | | 2.10 |
| 08/01/17 | | .90 |
| 09/08/17 | | .70 |
| 09/08/17 | | .80 |
| 09/22/17 | | .50 |
| 09/22/17 | | .80 |
| 09/22/17 | | .50 |
| 09/26/17 | | 1.30 |
| 09/29/17 | | 1.00 |
| 10/02/17 | | .90 |

Genger, Orly                              Nov 30, 2019      PAGE    4
FILE NUMBER: 12119403
INVOICE NO.: ******

12/11/17                                                       .50

12/15/17                                                       .50

12/15/17                                                      1.00

12/21/17                                                       .50

12/21/17                                                      1.00

12/22/17                                                       .30

01/02/18                                                       .50

01/03/18                                                       .40

01/04/18                                                       .50

Genger, Orly                                    Nov 30, 2019      PAGE    5
FILE NUMBER: 12119403
INVOICE NO.: ******

01/04/18                                                          .50

01/04/18                                                          .40

01/10/18                                                          .20

02/02/18                                                          .50

02/05/18                                                         1.00

02/06/18                                                          .50

02/06/18                                                         1.00

02/13/18                                                          .80

02/16/18                                                          .40

02/16/18                                                         1.00

02/26/18                                                          .50

Genger, Orly                                      Nov 30, 2019     PAGE   6
FILE NUMBER: 12119403
INVOICE NO.: ******

| Date | | Amount |
|---|---|---|
| 02/26/18 | | 1.00 |
| 05/04/18 | | .60 |
| 05/07/18 | | .50 |
| 05/07/18 | | 1.00 |
| 06/01/18 | | .50 |
| 06/14/18 | | 1.00 |
| 07/03/18 | | .50 |
| 07/03/18 | | .30 |
| 07/25/18 | | .50 |
| 07/25/18 | | .40 |

Genger, Orly                           Nov 30, 2019      PAGE    7
FILE NUMBER: 12119403
INVOICE NO.: ******

| Date | Amount |
|------|--------|
| 09/19/18 | .50 |
| 09/19/18 | .50 |
| 09/24/18 | 1.00 |
| 11/12/18 | .70 |
| 11/29/18 | .50 |
| 12/11/18 | .50 |
| 01/16/19 | 1.00 |
| 01/24/19 | .50 |
| 01/24/19 | 1.00 |
| 03/06/19 | .50 |

Genger, Orly                              Nov 30, 2019      PAGE    8
FILE NUMBER: 12119403
INVOICE NO.: ******

03/06/19                                                          .50


03/18/19                                                          .50


03/18/19                                                         1.00

04/26/19                                                          .50

04/29/19                                                         1.00

05/16/19                                                          .50


05/16/19                                                          .50


05/22/19                                                         1.00

07/02/19                                                          .50


07/02/19                                                          .40

Genger, Orly                                    Nov 30, 2019      PAGE    9
FILE NUMBER: 12119403
INVOICE NO.: ******

07/08/19                                                              .50