# EXHIBIT 61

ELECTRONICALLY RECORDED    2016187344

TRV    2    PGS

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## GENERAL WARRANTY DEED

| | |
|---|---|
| DATE: | October 27, 2016 |
| GRANTOR: | Eric Herschmann |
| GRANTOR'S MAILING ADDRESS: | 210 Lavaca Street, #1903<br>Austin, Texas 78701 |
| GRANTEE: | Orly Genger |
| GRANTEE'S MAILING ADDRESS: | 210 Lavaca Street, #1903<br>Austin, Texas 78701 |
| CONSIDERATION: | $10.00 and other valuable consideration, the receipt of which is hereby acknowledged. |

PROPERTY (including any improvements):

A Fifty Percent (50%) undivided interest in and to Residential Unit No. 1903 of BLOCK 21 CONDOMINIUMS, a condominium project in Travis County, Texas, according to the Declaration of Condominium Regime for Block 21 Condominiums, recorded under Document No. 2010182736, Official Public Records of Travis County, Texas, as amended by the First Amendment to Declaration of Condominum Regime for Block 21 Condominiums, recorded under Document No. 2011020755, Official Public Records of Travis County, Texas, together with an undivided interest in the common elements and being located within the Residential Master Unit of Block 21 Master Condominiums, a condominium project in Travis County, Texas, according to the Declaration of Condominium Regime for Block 21 Master Condominiums, recorded under Document No. 2010182735, Official Public Records of Travis County, Texas, SAVE AND EXCEPT AND RETAINED BY GRANTOR: (i) all appurtenant rights to Storage Space Nos. S257, S258 and S259, as created in the Assignment of Storage recorded under Document No. 2011022353, Official Public Records of Travis County, Texas; (ii) all appurtenant rights to Parking Space Nos. P2106, P2107 and P2108, as created in the Assignment of Parking recorded under Document No. 2011022351, Official Public Records of Travis County, Texas; and (iii) all appurtenant rights to Parking Space No. P2033, as created in the Assignment of Parking recorded under Document No. 2011066545, Official Public Records of Travis County, Texas, and the Transfer and Reassignment of Parking Space(s) recorded under Document No. 2013182974, Official Public Records of Travis County, Texas.

{W0713364.1}

**RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:**

This conveyance is made and accepted subject to all restrictions, covenants, conditions, rights-of-way, assessments, outstanding royalty and mineral reservations and easements, if any, affecting the above described property that are valid, existing and properly of record and subject, further, to taxes for the year and subsequent years.

Grantor, for the Consideration and subject to the Reservations from and Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from and Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

_____
ERIC HERSCHMANN

THE STATE OF __New York__ §
                                                §
COUNTY OF __New York__ §

This instrument was acknowledged before me on this 27th day of October 2016 by Eric Herschmann.

(SEAL)                     _____
                                   Notary Public-State of __New York__

```
HANK DICARLO
Public, State of New York
  ed in New York County
  No. 02DI6308542
    Expires July 28, 20___
```

```
FRANK DICARLO
Notary Public, State of New York
Qualified in New York County
Reg No. 02DI6308542
Commission Expires July 28, 20 15
```

{W0713364.1}

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

DANA DEBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS
November 08 2016 02:53 PM
FEE: $ 30.00    2016187344