# EXHIBIT 63

```
 1
 2  UNITED STATES BANKRUPTCY COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  - - - - - - - - - - - - - - - - - - - - -x
 5  In the Matter of:
 6  ORLY GENGER,                        Lead Case No.
 7          Debtor.                     19-13895-jlg
 8  - - - - - - - - - - - - - - - - - - - - -x
 9  GENGER,
10          Plaintiff,                  Adv. Proc. No.
11  v.                                  20-01010-jlg
12   GENGER, et al.,
13          Defendants.
14  - - - - - - - - - - - - - - - - - - - - -x
15
16              United States Bankruptcy Court
17              One Bowling Green
18              New York, New York
19
20              March 19, 2021
21              2:03 PM
22
23  B E F O R E:
24  HON. JAMES L. GARRITY, JR.
25  U.S. BANKRUPTCY JUDGE
```

1) Motion to Dismiss Adversary Proceeding (Doc #12)

1) Cross Motion for Summary Judgment (Doc #38)

1) Motion to Dismiss Adversary Proceeding (Doc #16)

Transcribed by:  Michael Drake

eScribers, LLC

352 Seventh Avenue, Suite #604

New York, NY 10001

(973)406-2250

operations@escribers.net

1  lawyer or he's the trustee and he's put into the court that
2  he's not going to do a thing with those notes until it's been
3  fully adjudicated, I don't think there's anything to have Mr.
4  Bowen in for.  The reason that we mentioned him was, again,
5  because he was a necessary party as the holder of the notes.
6          But in addition to that, his name came up because we
7  were trying to show the Court, and we think we did it in
8  documentary evidence, all of the misstatements and untruths
9  that were going on with respect to the 2013 agreement and where
10 the money went and so on and so forth.  And therefore it was --
11 with respect to the statute of limitations an equitable
12 tolling.  That's why he came up today.  But you're correct.
13          THE COURT:  Okay.
14          MR. LABOV:  Yeah.
15          THE COURT:  Okay.
16          MR. LABOV:  I'm sorry.
17          THE COURT:  So what I'm going to do, in light of the
18 representations Mr. Bowen has made on the record today, I'm
19 going to dismiss him subject to, of course, the fact that there
20 is no question that there will be no actions taken by Mr. Bowen
21 as it relates to the Trump notes until these matters are
22 adjudicated, finally adjudicated in this litigation.  Does
23 anyone have any --
24          So, Mr. Bowen, first off, is that agreeable to you?
25          MR. BOWEN:  Yes, Your Honor.  And -- understood.  This

C E R T I F I C A T I O N

I, Michael Drake, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Michael Drake (CER-513, CET-513)

AAERT Certified Electronic Transcriber

eScribers

352 Seventh Ave., Suite #604

New York, NY 10001

Date:  March 29, 2021