# EXHIBIT 64

| | |
|---|---|
| **From:** | Andrew R. Kurland <AKurland@kasowitz.com> |
| **Sent:** | Monday, June 17, 2019 10:14 AM |
| **To:** | JDellaportas@EMMETMARVIN.COM |
| **Cc:** | MBowen@kasowitz.com |
| **Subject:** | RE: Genger v. Genger |

Thanks I think we are there. But to avoid any dispute, we will review the unredacted papers you sent and indicate the portions which should remain redacted (ie, those concerning the premarital agreement) to ensure we have the same understanding.

**From:** John Dellaportas [mailto:JDellaportas@EMMETMARVIN.COM]
**Sent:** Monday, June 17, 2019 9:45 AM
**To:** Andrew R. Kurland <AKurland@kasowitz.com>
**Cc:** Michael Paul Bowen <MBowen@kasowitz.com>
**Subject:** RE: Genger v. Genger


Andrew, so to be clear, we agree to your requested extension and you agree that: (a) we have three weeks for any reply, and (b) any other interested party who signs the Protective Order can get the full set of papers redacted only as to "any redacted portions of [the] motion that concern Orly's premarital agreement, or the agreement itself, including any testimony about it." Please confirm. Thanks. John

**John Dellaportas**
**Co-Chair, Litigation Department**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel: 212-238-3092
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com



**From:** Andrew R. Kurland [mailto:AKurland@kasowitz.com]
**Sent:** Monday, June 17, 2019 9:38 AM
**To:** John Dellaportas
**Cc:** Michael Paul Bowen
**Subject:** RE: Genger v. Genger

Thanks. We are fine with the additional time you seek on the reply, but we have discussed with Arie Genger and the Brosers our unwillingness to allow any of them to see any redacted portions of your motion that concern Orly's premarital agreement, or the agreement itself, including any testimony about it. They told us that they have not been served with anything yet, but they agree that this information is irrelevant to them in any case, so they do not need to see any of it. Therefore, no additional motion practice will be required with respect to the papers. Please confirm we have an agreement. Thank you.

**From:** John Dellaportas [mailto:JDellaportas@EMMETMARVIN.COM]
**Sent:** Friday, June 14, 2019 4:19 PM
**To:** Andrew R. Kurland <AKurland@kasowitz.com>
**Cc:** Michael Paul Bowen <MBowen@kasowitz.com>
**Subject:** RE: Genger v. Genger

Andrew, the extension is fine, provided (a) we have three weeks for any reply (the extension would put the reply period at the same time as a long planned vacation), and (b) you agree that any other interested party (e.g., Arie, Brosers) who signs the Protective Order can get the unredacted set of papers, as this will avoid a lot of unnecessary motion practice and delay.  Please let us know.  John

**John Dellaportas**
**Co-Chair, Litigation Department**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel:  212-238-3092
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com



**John Dellaportas**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271
Tel: 212-238-3092
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com



**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.

**From:** Andrew R. Kurland [mailto:AKurland@kasowitz.com]
**Sent:** Thursday, June 13, 2019 12:28 PM
**To:** John Dellaportas
**Cc:** Michael Paul Bowen
**Subject:** Fwd: Genger v. Genger

2

The email I sent earlier today, forwarded below, bounced back to me. I see that this may be your new email address. Please confirm receipt, and whether you consent to the extension. Thank you.


Andrew R. Kurland
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-3306
Fax. (212) 835-5254
AKurland@kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

Begin forwarded message:

From: "Andrew R. Kurland" <AKurland@kasowitz.com<mailto:AKurland@kasowitz.com>>
Date: June 13, 2019 at 9:57:09 AM GMT+2
To: "'Dellaportas, John'" <JDellaportas@KelleyDrye.com<mailto:JDellaportas@KelleyDrye.com>>
Cc: Michael Paul Bowen <MBowen@kasowitz.com<mailto:MBowen@kasowitz.com>>
Subject: RE: Genger v. Genger

John, This is received, but Mike and I are currently both out of the country. Due to personal and other professional commitments that we each have in the coming weeks, we need a 30 day extension to respond. If my math is correct I believe that would make our response due by 7/25. Please let us know if you consent. Thank you.



From: Dellaportas, John [mailto:JDellaportas@KelleyDrye.com]
Sent: Wednesday, June 12, 2019 5:52 AM
To: Michael Paul Bowen <MBowen@kasowitz.com<mailto:MBowen@kasowitz.com>>; Andrew R. Kurland <AKurland@kasowitz.com<mailto:AKurland@kasowitz.com>>
Subject: Genger v. Genger


**External Email**
_____


Please find attached the redacted portions of this evening's filing.


This message is subject to Kelley Drye & Warren LLP's email communication policy.

3

KDW-Disclaimer<https://us-api.mimecast.com/s/site/XujAZpejvFW2OIhYbUKIGx-Ai9xZIDhp72XnOC_w53JmUL_bIf5Jxgl1Byxk6Bz9-FKLsi0qLdgJNeNHoo9GDYZD_Q1XWSjCBBcwhCpAmvE6QFwVL4ALBrEEpNGSoFUQgCxF5yWeMS6Dsz2lp7E6gQ>

# Kasowitz Benson Torres LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| ANDREW R. KURLAND |  | LOS ANGELES |
| DIRECT DIAL: (212) 506-3306 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5254 | FAX: (212) 506-1800 | NEWARK |
| AKurland@kasowitz.com |  | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

June 25, 2019

<u>Via ECF</u>

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:   <u>*Dalia Genger v. Sagi Genger*, 17-cv-8181-VSB-DF</u>

Dear Judge Broderick:

    Pursuant to Rule 1(G) of the Court's Individual Rules & Practices in Civil Cases, the parties hereby jointly make this letter-motion for leave to modify the briefing schedule for the response and reply to judgment creditor Sagi Genger's Motion for Turnover of Promissory Notes and Funds from Garnishees and Rescission of Fraudulent Conveyance, which was filed on June 12, 2019 (ECF Doc. Nos. 212-214) (the "Motion"). Pursuant to the attached stipulation (Exhibit A), the parties have agreed that any response to the Motion shall be filed on or before July 25, 2019, and any reply in further support of the Motion shall be filed on or before August 15, 2019. This is the first request for an extension of time, and is on consent of both parties. Thank you for your consideration of this matter.

                            Respectfully submitted,

                            /s/ Andrew R. Kurland

                            Andrew R. Kurland

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DALIA GENGER,                                          :
                                                       :       No. 17-cv-08181-VSB-DCF
            Plaintiff,                                 :
                        -v-                            :       **STIPULATION**
                                                       :
SAGI GENGER,                                           :
                                                       :
            Defendant/Third-Party Plaintiff,           :
                                                       :
                        -v-                            :
                                                       :
ORLY GENGER,                                           :
                                                       :
            Third-Party Defendant.                     :
-------------------------------------------------------X

WHEREAS, judgment creditor Sagi Genger ("Sagi") filed a "Motion for Turnover of Promissory Notes and Funds from Garnishees and Rescission of Fraudulent Conveyance" on June 12, 2019 (ECF Doc. Nos. 212-214) (the "Motion"); and

WHEREAS, judgment debtor Orly Genger ("Orly") has conferred with Sagi about the schedule for submission of responses to the Motion and Sagi's reply in further support of the Motion;

IT IS HEREBY STIPULATED AS FOLLOWS:

1.      Any response to the Motion shall be filed on or before July 25, 2019.

2.      Any reply in further support of the Motion shall be filed on or before August 15, 2019.

SO STIPULATED AND AGREED.

Dated: New York, New York
June 25, 2019

| EMMET, MARVIN & MARTIN LLP | KASOWITZ BENSON TORRES LLP |
|---|---|
| *[signed]* John Dellaportas ARK w/ permission | *[signed]* |
| John Dellaportas | Michael Paul Bowen |
| 120 Broadway, 32nd Floor | Andrew R. Kurland |
| New York, NY 10271 | 1633 Broadway |
| (212) 238-3092 | New York, New York 10019 |
| | (212) 506-1903 |
| *Attorneys for Sagi Genger* | *Attorneys for Orly Genger* |

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DALIA GENGER,                                   :
                                                :         No. 17-cv-08181-VSB-DCF
         Plaintiff,                             :
              -v-                               :         **STIPULATION**
                                                :
SAGI GENGER,                                    :
                                                :
         Defendant/Third-Party Plaintiff,       :
                                                :
              -v-                               :
                                                :
ORLY GENGER,                                    :
                                                :
         Third-Party Defendant.                 :
------------------------------------------------------X

WHEREAS, judgment creditor Sagi Genger ("Sagi") filed a "Motion for Turnover of Promissory Notes and Funds from Garnishees and Rescission of Fraudulent Conveyance" on June 12, 2019 (ECF Doc. Nos. 212-214) (the "Motion"); and

WHEREAS, judgment debtor Orly Genger ("Orly") has conferred with Sagi about the schedule for submission of responses to the Motion and Sagi's reply in further support of the Motion;

IT IS HEREBY STIPULATED AS FOLLOWS:

1.    Any response to the Motion shall be filed on or before July 25, 2019.

2.    Any reply in further support of the Motion shall be filed on or before August 15, 2019.

SO STIPULATED AND AGREED.

Dated: New York, New York
      June 25, 2019

EMMET, MARVIN & MARTIN LLP

/s/ John Dellaportas (ARK w/permission)

John Dellaportas
120 Broadway, 32nd Floor
New York, NY 10271
(212) 238-3092

*Attorneys for Sagi Genger*

KASOWITZ BENSON TORRES LLP

/s/

Michael Paul Bowen
Andrew R. Kurland
1633 Broadway
New York, New York 10019
(212) 506-1903

*Attorneys for Orly Genger*

SO ORDERED:

/s/ Vernon Broderick

HON. VERNON S. BRODERICK    6/26/2019
UNITED STATES DISTRICT JUDGE

2