# EXHIBIT 65

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SAGI GENGER,

      Plaintiff,       14 CIVIL 5683 (KBF)

-v-           **SATISFACTION OF**
               **JUDGMENT(ECF No. 113)**

ORLY GENGER,
      Defendant.
------------------------------------------------------------X

DATE FILED: 3/27/2018

  WHEREAS, an amended judgment (ECF No. 113) was filed on the 17th day of March, 2015 and entered in the above action on the 18th day of March, 2015 in favor of Sagi Genger and against Orly Genger in the amount of $258,048.01, and said amended judgment pursuant to a Memorandum Decision & Order dated March 26, 2018 issued by the Honorable Katherine B. Forrest, United States District Judge, that there is no dispute that the amended judgment has been paid in full and on consent of the parties that the Clerk of the Court can enter satisfaction of this amended judgment.

  THEREFORE, full and complete satisfaction of said amended judgment (ECF. No. 113) is hereby acknowledged, and full and complete satisfaction is entered on the docket of said amended judgment.

**Dated:** New York, New York
    March 27, 2018

                  RUBY J. KRAJICK
                  Clerk of Court

BY:
                  Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SAGI GENGER

                         Plaintiff,      14-cv-5683 (KBF)

    - against -                **SATISFACTION OF JUDGMENT**

ORLY GENGER

                         Defendant.
----------------------------------------x

WHEREAS, a Supplemental Judgment was entered in the above action on the 9th day of June, 2017 in favor of Sagi Genger and against Orly Genger in the amount of $101,209.11 (the "2017 Judgment"), and

WHEREAS, the Court issued a Memorandum Decision & Order on March 26, 2018 (Doc. No. 177) that addressed, *inter alia*, payment of the 2017 Judgment, which stated: "The amount owing on the 2017 Judgment is **$21,005.24** ($101,209.11 minus $74,450.81 paid by Orly and $5,753.06 collected by Sagi from Orly's bank account) [and] Orly is directed to pay the amount owing on the 2017 Judgment, at which point the Court will enter satisfaction of judgment" and

WHEREAS, Orly Genger caused the $21,005.24 to be paid on March 27, 2018, and

WHEREAS there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of the 2017 Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment.

Dated: New York, New York  
      March 28, 2018

                                            KASOWITZ BENSON TORRES LLP

                                            By: _____  
                                            Eric D. Herschmann  
                                            Michael P. Bowen  
                                            1633 Broadway  
                                            New York, New York 10019

                                            *Attorneys for Defendant Orly Genger*

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

On the 28th day of March, 2018, before me personally came Michael Paul Bowen, to me known and known to be a member of the firm of Kasowitz Benson Torres LLP, attorneys for Defendant Orly Genger in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.



_____
Notary Public

3