**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:**<br><br>**ORLY GENGER,**<br><br>Debtor. | **CHAPTER 7**<br><br>**CASE NO. 19-13895 (JLG)** |

**DECLARATION OF JOHN DELLAPORTAS**

1. I am a member of the law firm of Emmet, Marvin & Martin, LLP, and counsel to judgment creditor Sagi Genger in the above-referenced bankruptcy case. I am authorized to practice law in New York State. I respectfully submit this declaration in support of Sagi Genger's Motion In Limine To Exclude Parties Lacking Party-In-Interest Standing From June 16-18, 2021 Hearing; specifically, to provide copies of the documents cited therein.

2. Annexed hereto as Exhibit A is a true and correct copy of the Pre-Nuptial Agreement between the Debtor and Eric Herschmann (filed under seal).

3. Annexed hereto as Exhibit B is a true and correct copy of a December 26, 2016 confirmation for a wire from Eric Herschmann to the Kasowitz firm.

4. Annexed hereto as Exhibit C is a true and correct copy of a December 30, 2016 Secured Promissory Note in favor of Eric Herschmann (filed under seal).

4. Annexed hereto as Exhibit D is a true and correct copy of metadata from the Kasowitz firm for the above-referenced Exhibit C.

5. Annexed hereto as Exhibit E is a true and correct copy of the transcript of the July 2, 2020 deposition of Eric Herschmann (filed under seal).

6. Annexed hereto as Exhibit F is a true and correct copy of the transcript of the January 8, 2019 hearing before Magistrate Judge Debra C. Freeman.

7. Annexed hereto as Exhibit G is a true and correct copy of the transcript of the March 7, 2019 deposition of Orly Genger (filed under seal)..

8. Annexed hereto as Exhibit H is a true and correct copy of the transcript of the April 3, 2019 deposition of Arie Genger (filed under seal)..

9. Annexed hereto as Exhibit I is a true and correct copy of Eric Herschmann's July 1, 2020 Responses To Sagi Genger's Supplemental Request For Production.

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2021.

_____
JOHN DELLAPORTAS