# EXHIBIT B

```
Dec 29 2016 16:42:42 EST  REDACTED
     REDACTED       Confirmation

Value Date: 29-Dec-16
Amount Paid: USD  2000000.00
   REDACTED     Reference:       REDACTED
Account Number: REDACTED

Sys Ref In: Not Provided              Sys Ref Out: Not Provided
Transfer Requested By:                For Final Payment To:
ERIC DANIEL HERSCHMANN                KASOWITZ, BENSON, TORRES
210 LAVACA ST APT 1903AUSTINTX78701   1633 BROADWAY
                                      NEW YORK NY 10019-6708


Through Ordering Bank:                Through Beneficiary's Bank:

REDACTED                              REDACTED


Paid to   REDACTED   Through:         Paid by   REDACTED   To:
ERIC DANIEL HERSCHMANN
210 LAVACA ST APT 1903AUSTINTX78701


Bank to Bank Information:             Details for Beneficiary:
                                      REF: ERIC HERSCHMANN
REDACTED                              Gengler


Instructing Party's Reference:        Beneficiary's Reference:
    REDACTED                              REDACTED

This is a confirmation of a Funds Transfer processed by     REDACTED
Confirmation Sent: 29-Dec-2016 16:41 EST


Notice to recipient:
This message is meant for only the intended recipient of the transmission,
and may be a communication privileged by law.  If you received this message
in error, any review, use, dissemination, distribution or copying of this
information is strictly prohibited.

     REDACTED
```

Batch #130075
EDH