# Exhibit D

| Document | Ver | Action | User | Date |
|---|---|---|---|---|
| Agreement re Settlement Proceeds - Genger/ADBG | 1 | Edit Document | MROSENBLOOM | 3/21/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 1 | Edit Document | MROSENBLOOM | 3/21/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | MROSENBLOOM | 3/23/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | MROSENBLOOM | 3/23/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | MROSENBLOOM | 3/24/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | MROSENBLOOM | 3/24/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | MROSENBLOOM | 3/24/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 3 | Edit Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 3 | Edit Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Edit Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 3 | Edit Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 3 | Edit Document | MROSENBLOOM | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 4 | Edit Document | MROSENBLOOM | 3/30/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 4 | Edit Document | MROSENBLOOM | 3/30/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 4 | Edit Document | MROSENBLOOM | 3/30/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 4 | Edit Document | MROSENBLOOM | 3/30/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 4 | Edit Document | MROSENBLOOM | 3/30/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | | Edit Document Profile | MROSENBLOOM | 3/24/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | | Mail Copy | MROSENBLOOM | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | | Mail Copy | MROSENBLOOM | 3/31/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Print Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 2 | Print Document | YGRIMES | 3/27/2017 |
| Agreement re Settlement Proceeds - Genger/ADBG | 4 | Print Document | MROSENBLOOM | 5/9/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 2/28/2017 |
| Genger Promissory Note | | Check In Document | JJIMENEZ | 3/1/2017 |

| Document | Action | User | Date |
|---|---|---|---|
| Genger Promissory Note | Check In Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/24/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/30/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 4/4/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 4/9/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 4/10/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 4/10/2017 |
| Genger Promissory Note | Check In Document | MROSENBLOOM | 4/19/2017 |
| Genger Promissory Note | Check In Document | JSCHULMAN | 5/24/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 2/28/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | Check Out Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/23/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/30/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 4/4/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 4/9/2017 |
| Genger Promissory Note | Check Out Document | MROSENBLOOM | 4/10/2017 |

| Document | Version | Action | User | Date |
|---|---|---|---|---|
| Genger Promissory Note | | Check Out Document | MROSENBLOOM | 4/10/2017 |
| Genger Promissory Note | | Check Out Document | MROSENBLOOM | 4/19/2017 |
| Genger Promissory Note | | Check Out Document | JSCHULMAN | 5/24/2017 |
| Genger Promissory Note | 7 | Checkout Copy Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | 1 | Create Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Create New Version | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 3 | Create New Version | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | 4 | Create New Version | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | 5 | Create New Version | JJIMENEZ | 2/28/2017 |
| Genger Promissory Note | 6 | Create New Version | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 7 | Create New Version | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | 8 | Create New Version | MROSENBLOOM | 4/9/2017 |
| Genger Promissory Note | 1 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 1 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 1 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 1 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Edit Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 3 | Edit Document | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | 3 | Edit Document | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | 3 | Edit Document | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | 3 | Edit Document | JJIMENEZ | 1/27/2017 |
| Genger Promissory Note | 4 | Edit Document | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | 4 | Edit Document | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | 4 | Edit Document | JJIMENEZ | 2/27/2017 |

| Document | Ver | Action | User | Date |
|---|---|---|---|---|
| Genger Promissory Note | 4 | Edit Document | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | 4 | Edit Document | JJIMENEZ | 2/27/2017 |
| Genger Promissory Note | 5 | Edit Document | JJIMENEZ | 2/28/2017 |
| Genger Promissory Note | 5 | Edit Document | JJIMENEZ | 2/28/2017 |
| Genger Promissory Note | 6 | Edit Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 6 | Edit Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 6 | Edit Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 6 | Edit Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 6 | Edit Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 6 | Edit Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 7 | Edit Document | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | 7 | Edit Document | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note | 7 | Edit Document | MROSENBLOOM | 3/31/2017 |
| Genger Promissory Note | 8 | Edit Document | MROSENBLOOM | 4/9/2017 |
| Genger Promissory Note | 8 | Edit Document | MROSENBLOOM | 4/9/2017 |
| Genger Promissory Note | 8 | Edit Document | MROSENBLOOM | 4/10/2017 |
| Genger Promissory Note | 8 | Edit Document | MROSENBLOOM | 4/10/2017 |
| Genger Promissory Note |  | Mail Copy | MROSENBLOOM | 3/21/2017 |
| Genger Promissory Note |  | Mail Copy | MROSENBLOOM | 4/10/2017 |
| Genger Promissory Note | 2 | Print Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Print Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Print Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 2 | Print Document | JJIMENEZ | 1/25/2017 |
| Genger Promissory Note | 6 | Print Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 6 | Print Document | JJIMENEZ | 3/1/2017 |
| Genger Promissory Note | 7 | Print Document | MROSENBLOOM | 4/4/2017 |
| Genger Promissory Note | 7 | Print Document | MROSENBLOOM | 4/4/2017 |
| Notice of Default - Genger |  | Check In Document | MROSENBLOOM | 9/9/2018 |
| Notice of Default - Genger |  | Check In Document | MROSENBLOOM | 9/13/2018 |
| Notice of Default - Genger |  | Check Out Document | MROSENBLOOM | 9/9/2018 |
| Notice of Default - Genger |  | Check Out Document | MROSENBLOOM | 9/13/2018 |
| Notice of Default - Genger | 1 | Checkout Copy Document | MROSENBLOOM | 9/9/2018 |
| Notice of Default - Genger | 1 | Create Document | MROSENBLOOM | 9/9/2018 |
| Notice of Default - Genger | 1 | Edit Document | MROSENBLOOM | 9/9/2018 |