**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>ORLY GENGER,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 19-13895 (JLG) |

## NOTICE OF WITHDRAWAL OF MOTION

TPR Investment Associates, Inc., having filed the *Joinder in Sagi Genger's Motion to Dismiss* (Docket No. 427), hereby gives notice that it withdraws Docket No. 427.

Dated: New York, New York
       June 2, 2021

EMMET, MARVIN & MARTIN, LLP

By: */s/ John Dellaportas*
   Thomas A. Pitta
   John Dellaportas
   Beth Claire Khinchuk
   120 Broadway
   New York, NY 10271
   Tel 212.238.3092
   *Attorneys for Sagi Genger and TPR*