## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**ORLY GENGER,**<br><br>    **Debtor.** | **CHAPTER 7**<br><br>**CASE NO. 19-13895 (JLG)** |

### JOINDER IN SAGI GENGER'S MOTION TO DISMISS

Creditor TPR Investment Associates, Inc. respectfully submits this joinder in Sagi Genger's Amended and Updated Motion to Dismiss dated April 24, 2020 (Doc. 239). Notice of this Joinder has been provided to: (i) the Debtor; (ii) the Chapter 7 Trustee; and (iii) any such other party entitled to notice pursuant to Local Bankruptcy Rule 9013-1(b).

Dated: New York, New York
      June 1, 2021

**EMMET, MARVIN & MARTIN, LLP**

By: */s/ John Dellaportas*
    Thomas A. Pitta
    John Dellaportas
    Beth Claire Khinchuk
    120 Broadway
    New York, NY 10271
    Tel 212.238.3092
    *Attorneys for Creditor*
    *TPR Investment Associates, Inc.*