IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ORLY GENGER,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 19-13895 (JLG) |

### REPLY DECLARATION OF JOHN DELLAPORTAS

1. I am a member of the law firm of Emmet, Marvin & Martin, LLP, counsel to judgment creditor Sagi Genger in the above-referenced bankruptcy case. I am authorized to practice law in New York State. I respectfully submit this declaration in support of the Omnibus Reply of Sagi Genger to the Objections to Judgment Creditor Sagi Genger's Amended and Updated Motion to Dismiss the Bankruptcy Case; specifically, to provide copies of the documents cited therein to the extent not previously provided.

2. Annexed hereto as Exhibit TT is a true and correct copy of the transcript from the June 29, 2020 deposition of Arie Genger.

3. Annexed hereto as Exhibit UU is a true and correct copy of an October 29, 2018 email exchange between Yoav Griver, former counsel to Orly Genger, and myself.

4. Annexed hereto as Exhibit VV is a true and correct copy of the transcript from the March 24, 2021 deposition of the Chapter Trustee, Deborah J. Piazza.

4. Annexed hereto as Exhibit WW is a true and correct copy of an excerpt from the August 8, 2016 trial testimony of Orly Genger.

5. Annexed hereto as Exhibit XX is a true and correct copy of the October 31, 2019 Bankruptcy Court testimony of Orly Genger testimony.

6. Annexed hereto as Exhibit YY is a true and correct copy of the April 15, 2019 Order of Magistrate Judge Austin in Case 1:19-mc-00366-LY.

7. Annexed hereto as Exhibit ZZ is a true and correct copy of an excerpt from the Debtor's October 2018 American Express Centurion Card statement.

8. Annexed hereto as Exhibit AAA is a true and correct copy of a transcript from the August 15, 2019 Bankruptcy Court testimony of Orly Genger.

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2021.

_____
JOHN DELLAPORTAS

8183046v.1