UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                          :
                                                               :    Chapter 7
Orly Genger,                                                   :    Case No. 19-13895 (JLG)
                                                               :
                    Debtor.                                    :
---------------------------------------------------------------X

### DEBTOR'S JOINDER IN CREDITORS' OPPOSITION TO MOVANT'S IN LIMINE MOTION TO EXCLUDE PARTIES

Chapter 7 Debtor Orly Genger joins in the opposition filed by creditors Eric Herschmann and the Kasowitz law firm to the *in limine* motion filed by movant entitled, "Sagi Genger's Motion *In Limine* to Exclude Parties Lacking Party-in-Interest Standing from the June 16-18, 2021 Hearing" dated June 1, 2021 (Doc. 430).

### NOTICE

Notice of this Joinder has been provided to: (i) Sagi Genger; (ii) the Chapter 7 Trustee; (iii) any such other party entitled to notice pursuant to Local Bankruptcy Rule for the United States Bankruptcy Court for the Southern District of New York 9013-1(b).

### NO PRIOR REQUEST FOR RELIEF

No prior request for the relief sought herein has been made by debtor to this or any other court.

**CONCLUSION**

For the foregoing reasons, the creditor Sagi Genger's motion *in limine* to bar parties should be denied in its entirety.

Dated: New York, New York
June 7, 2021

                                                                   GLENN AGRE BERGMAN & FUENTES LLP

                                                                   By:  /s *Michael Paul Bowen*
                                                                        Michael Paul Bowen

                                                                        55 Hudson Yards, 20th Floor
                                                                        New York, New York 10001
                                                                        T: 212-358-5600
                                                                        mbowen@glennagre.com

                                                                        *Attorneys for the Debtor Orly Genger*

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of this opposition to the specified motion in limine has been served upon each attorney of record by ECF and filed with the Court on this 7th day of June 2021.

/s *Michael Paul Bowen*