UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Orly Genger,<br><br>               Debtor. |
|---|

Chapter 7

Case No. 19-13895-JLG

### JOINDER IN OBJECTIONS TO SAGI GENGER'S MOTION *IN LIMINE*

Creditors Kasowitz Benson Torres LLP ("KBT") and Eric Herschmann ("Herschmann") submit this joinder in the objections (the "Objections") filed by Chapter 7 Debtor Orly Genger, the Chapter 7 Trustee, ADBG LLC, Tedco, Inc., David Broser, Arnold Broser, Arie Genger, and the Genger Litigation Trust to Sagi Genger's ("Sagi") "Motion *in Limine* to Exclude Irrelevant Arguments Previously Rejected by U.S. District Court and U.S. Court of Appeals" (ECF No. 429). Sagi's motion should be denied in its entirety for all of the reasons set forth in the Objections.

No prior request for the relief sought herein has been made by Herschmann or KBT to this or any other court.

Dated:  June 7, 2021

| KASOWITZ BENSON TORRES LLP | ERIC HERSCHMANN, individually |
|---|---|
| By:/s/ Andrew R. Kurland<br>Andrew R. Kurland<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br>AKurland@kasowitz.com | By:  /s/ Eric D. Herschmann<br>Eric D. Herschmann<br>210 Lavaca Street, #1903<br>Austin TX  78701 |