UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>              Debtor. | Chapter 7<br><br>Case No. 19-13895-JLG |

## DECLARATION OF ANDREW R. KURLAND

ANDREW R. KURLAND, an attorney duly admitted to practice law before this Court, hereby makes the following declaration pursuant to 28 U.S.C. § 1746:

1.     I am a member of Kasowitz Benson Torres LLP ("KBT"), and submit this declaration in support of creditors KBT and Eric Herschmann's opposition to Sagi Genger's motion entitled "Motion In Limine To Exclude Parties Lacking Party-In-Interest Standing From The June 16-18, 2021 Hearing" (ECF Nos. 430 and 441).

2.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the July 15, 2020 deposition transcript of Sagi Genger.

I, Andrew R. Kurland, declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
            June 7, 2021

                                                   */s/ Andrew R. Kurland*
                                                      Andrew R. Kurland