UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re                                                          :
                                                               :    **Chapter 7**
**ORLY GENGER,**                                               :
                                                               :    **Case No.: 19-13895 (JLG)**
                            Debtor.                            :
                                                               :    **Re: Docket No. 407**
---------------------------------------------------------------X

## ORDER DENYING MOTION OF DALIA GENGER TO SEAL CERTAIN DOCUMENTS PURSUANT TO THE CONFIDENTIALITY AND PROTECTIVE ORDER

Upon the *Motion of Dalia Genger to Seal Certain Documents Pursuant to the Confidentiality and Protective Order* (the "Seal Motion");[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the objections; and oral argument in connection therewith; and for the reasons stated upon the record herein, it is hereby ORDERED that:

1. The relief requested in the Seal Motion is hereby DENIED.

2. The unredacted Letters shall be disseminated subject to the confidentiality order and as per the Court's instruction at the hearing on April 14, 2021.

3. Such parties shall be bound by this Order and shall keep the contents of the Letters strictly confidential and shall not disclose such contents thereof to any party whatsoever.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Seal Motion.

2

        4.        The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

        5.        The Court shall retain jurisdiction to resolve any dispute regarding the terms of this Order.

Dated: June 9, 2021
      New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE