# GLENN AGRE BERGMAN & FUENTES LLP

Michael Paul Bowen
mbowen@glennagre.com
55 Hudson Yards, 20th Floor
New York, NY 10001
o: (212) 358-5600
m: (914) 319-1827

June 24, 2021

<u>Via ECF</u>
Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

  Re: <u>In re Orly Genger, Ch. 7, Case No. 19-13895</u>

Your Honor:

  As requested by the Court, we submit this letter to propose a schedule for submission of post-trial briefs and oral argument on the pending motion to dismiss.

  The parties are agreed on simultaneous submission of their respective post-trial briefs with oral argument thereafter. Debtor, supported by the other parties, requests a deadline of July 20 (or another day that week) for the post-trial submissions. Movant requests a deadline of July 30, to which we do not object but would prefer the earlier date. Both parties agree and respectfully request that oral argument be scheduled for a 2-3 hour period on a date thereafter that is convenient for the Court either in the last week of July or first or second week of August.

          Respectfully submitted,

          /s *Michael Paul Bowen*

cc: All Counsel (via ECF)