

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Rocco A. Cavaliere, Partner
Email: rcavaliere@tarterkrinsky.com
Phone: (212) 216-1141

June 24, 2021

**BY ECF**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re: In re Orly Genger
       Chapter 7 Case No. 19-13895

Dear Judge Garrity:

  This firm is counsel to Deborah J. Piazza, in her capacity as successor chapter 7 trustee (the "Trustee") of the above-referenced Debtor's estate.

  The Trustee joins in the letters filed by Mr. Bowen on behalf of the Debtor, see Dkt. Nos. 471 and 472 with respect to the deposition designations of Michael Oldner.

  Furthermore, the Trustee reserves all rights with respect to the allegations set forth in Mr. Dellaportas' letter dated June 23, 2021 [Dkt. No. 467] pertaining to the spendthrift trust provision in section 541(c)(2) and this Court's jurisdiction pertaining to claims that may exist against Mr. Oldner.

         Respectfully submitted,

         /s/Rocco A. Cavaliere

         Rocco A. Cavaliere