UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | : | |
| Orly Genger, | : | Chapter 7 |
| | : | Case No. 19-13895-jlg |
| Debtor. | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Michael Paul Bowen, an attorney admitted to

practice in this Court, hereby appears in the above-captioned action as counsel for Chapter 7

Debtor Orly Genger, and demands that all documents filed in connection with the action be

served upon the undersigned.


Dated:  New York, New York
      June 24, 2021

GLENN AGRE BERGMAN & FUENTES LLP

By:   /s/ Michael Paul Bowen     
        Michael Paul Bowen

55 Hudson Yards, 20th Floor
New York, New York 10001
T:  212-358-5600
mbowen@glennagre.com