UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  
    Orly Genger,   :   Chapter 7
: Case No. 19-13895-jlg
    Debtor.   :

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Rich Ramirez, an attorney admitted to practice in this Court, hereby appears in the above-captioned action as counsel for Chapter 7 Debtor Orly Genger, and demands that all documents filed in connection with the action be served upon the undersigned.

Dated: New York, New York  
June 24, 2021

GLENN AGRE BERGMAN & FUENTES LLP

By: /s/ Rich Ramirez  
    Rich Ramirez

55 Hudson Yards, 20th Floor  
New York, New York 10001  
T: 212-358-5600  
rramirez@glennagre.com