# GLENN AGRE BERGMAN & FUENTES LLP

**Michael Paul Bowen**
mbowen@glennagre.com
55 Hudson Yards, 20th Floor
New York, NY 10001
o: (212) 358-5600
m: (914) 319-1827

June 25, 2021

<u>Via ECF</u>
Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

    Re:    <u>In re Orly Genger, Ch. 7, Case No. 19-13895</u>

Your Honor:

    On behalf of Debtor, we submit the enclosed chart of the Debtor's designations of the deposition testimony in this action of movant Sagi Genger, along with movant's counter-designations and objections.

                          Respectfully submitted,

                          /s *Michael Paul Bowen*

cc: All Counsel (via ECF)