# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Orly Genger, | Chapter 7 |
|---|---|
| Debtor. | Case No. 19-13895-JLG |

**DEBTOR'S DEPOSITION DESIGNATIONS AND MOVANT'S OBJECTIONS AND COUNTER DESIGNATIONS TO SAGI GENGER'S JULY 15, 2020 DEPOSITION**

| Beginning Page:Line | Ending Page:Line | Movant's Objection(s) | Movant's Counter Designations |
|---|---|---|---|
| 8:11 | 8:14 | | |
| 10:18 | 10:23 | FRE 401 | |
| 11:17 | 11:19 | FRE 401 | 11:20-11:23 |
| 11:24 | 12:2 | FRE 401 | 12:10-12:19 |
| 20:23 | 21:2 | FRE 401, 403; | |
| 22:4 | 22:15 | *In Limine* Ruling | |
| 27:4 | 27:8 | *In Limine* Ruling | |
| 30:22 | 31:2 | *In Limine* Ruling | |
| 32:25 | 33:4 | FRE 401, 402 | |
| 33:5 | 33:24 | FRE 401, 402 | |
| 37:20 | 37:25 | FRE 401, 402 | |
| 41:8 | 41:15 | FRE 401, 402 | |
| 43:17 | 43:24 | FRE 401 | |
| 44:8 | 44:16 | FRE 401 | 43:25-44:7 |
| 53:2 | 53:9 | FRE 401 | |
| 55:23 | 56:11 | FRE 401 | 56:12-57:9 |
| 66:8 | 66:19 | | 66:4-7 |
| 67:8 | 67:12 | | 66:20-67:7 |
| 68:3 | 69:5 | | 67:13-68:2 |
| 69:11 | 69:16 | | |
| 72:5 | 72:11 | | 72:12-73:12 |
| 75:7 | 75:11 | FRE 401 | |
| 82:18 | 82:20 | | |
| 83:18 | 83:23 | FRE 401, 403; CONFIDENTIAL MEDICAL INFORMATION; SHOULD NOT BE PART OF RECORD | |

| Beginning Page:Line | Ending Page:Line | Movant's Objection(s) | Movant's Counter Designations |
|---|---|---|---|
| 86:2 | 86:5 | FRE 401, 403; CONFIDENTIAL MEDICAL INFORMATION; SHOULD NOT BE PART OF RECORD | |
| 91:12 | 92:23 | FRE 401, 403; CONFIDENTIAL MEDICAL INFORMATION; SHOULD NOT BE PART OF RECORD | 91:7-11; 92:24-93:13 |
| 93:14 | 93:17 | FRE 401, 403; CONFIDENTIAL MEDICAL INFORMATION; SHOULD NOT BE PART OF RECORD | |
| 94:20 | 95:11 | FEE 401 | |
| 95:12 | 95:23 | FRE 401 | |
| 97:4 | 97:7 | FRE 401 | |
| 105:2 | 105:5 | FRE 401 | |
| 107:4 | 107:7 | FRE 401 | |
| 107:15 | 108:3 | FRE 401 | |
| 111:5 | 111:16 | *In Limine* Ruling; incomplete/broken quote | |
| 118:7 | 118:10 | *In Limine* Ruling | |
| 118:11 | 118:13 | *In Limine* Ruling | 118:14-24 |
| 121:8 | 121:14 | *In Limine* Ruling | |
| 121:20 | 122:10 | | 122:11-21 |
| 124:20 | 124:21 | | |
| 127:4 | 127:11 | *In Limine* Ruling | |
| 127:25 | 128:5 | *In Limine* Ruling | |
| 128:20 | 129:2 | | |
| 129:5 | 130:15 | *In Limine* Ruling | |
| 130:24 | 132:6 | *In Limine* Ruling | 132:7-20 |
| 132:21 | 133:9 | | 133:10-22 |
| 134:20 | 135:6 | | |
| 135:20 | 136:4 | | 135:7-19 |
| 136:16 | 136:25 | | |
| 137:2 | 137:4 | | 137:5-7 |
| 138:7 | 138:12 | Incomplete/broken quote | 138:7-17 |
| 138:18 | 138:25 | | |
| 155:22 | 156:21 | | |
| 157:5 | 157:9 | | |
| 160:6 | 160:11 | | |
| 160:12 | 160:16 | FRE 401 | 160:17-19 |
| 160:20 | 160:23 | | |

4

| Beginning Page:Line | Ending Page:Line | Movant's Objection(s) | Movant's Counter Designations |
|---|---|---|---|
| 169:3 | 169:6 | FRE 401 | 169:7-11 |
| 169:12 | 169:15 | FRE 401, 402 | |
| 173:19 | 174:6 | FRE 401 | |
| 178:25 | 179:14 | FRE 401 | 179:15-180:16 |
| 181:4 | 181:17 | FRE 401 | |
| 185:21 | 185:25 | FRE 401 | 183:17-185:20 |
| 187:22 | 190:7 | FRE 401 | |
| 194:2 | 195:3 | FRE 401, 403 | |
| 196:25 | 197:25 | | |
| 202:25 | 203:5 | | |
| 204:19 | 207:20 | | |
| 208:10 | 208:14 | | 208:15-21 |
| 214:15 | 214:20 | | |
| 222:19 | 223:10 | FRE 401 | |
| 234:11 | 234:20 | | |
| 234:23 | 235:2 | | |
| 235:3 | 236:10 | | |
| 243:4 | 243:10 | | |
| 246:21 | 247:5 | | |
| 248:22 | 249:22 | FRE 401, 402 | |
| 262:22 | 264:19 | | 261:12-262:21 |
| 268:16 | 268:21 | | |
| 268:25 | 269:12 | Incomplete/broken quote | |
| 270:8 | 271:13 | | |
| 271:14 | 272:16 | | |
| 272:17 | 273:15 | | |
| 274:4 | 274:13 | | |
| 275:8 | 276:6 | | |
| 276:7 | 277:3 | | |
| 277:9 | 278:12 | | |
| 278:13 | 278:14 | | |
| 280:16 | 280:18 | FRE 402 | |
| 293:13 | 293:17 | | |
| 293:18 | 293:25 | | |
| 294:3 | 294:6 | | |
| 294:7 | 294:11 | | |
| 294:12 | 294:14 | | |
| 294:16 | 294:24 | | |
| 295:24 | 296:8 | FRE 401 | |
| 298:2 | 298:8 | FRE 401 | |
| 312:16 | 313:6 | FRE 402 | |
| 313:7 | 313:23 | FRE 402 | |

4

19-13895-jlg    Doc 477-1    Filed 06/25/21    Entered 06/25/21 16:06:09    Exhibit
Debtors Deposition Designations and Movants Objections and C    Pg 5 of 6

4

| Beginning Page:Line | Ending Page:Line | Movant's Objection(s) | Movant's Counter Designations |
|---|---|---|---|
| 315:3 | 316:14 | FRE 402; Incomplete/broken quote | 316:15-317:13 |
| 317:14 | 317:23 | | |
| 318:6 | 318:15 | | |
| 322:25 | 323:4 | | |
| 349:24 | 350:7 | FRE 401 | 348:9-349:23 |
| 350:9 | 350:16 | FRE 401 | |
| 351:5 | 351:15 | FRE 401 | 351:16-24 |
| 352:2 | 352:5 | FRE 401 | |

Dated: New York, New York
      June 25, 2021

                                        GLENN AGRE BERGMAN & FUENTES LLP

                                        By: /s *Michael Paul Bowen*
                                        Michael Paul Bowen

                                        55 Hudson Yards, 20th Floor
                                        New York, New York 10001
                                        T: 212-358-5600 mbowen@glennagre.com

                                        *Attorneys for the Debtor Orly Genger*