**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

---

## NOTICE TO ALL INTERESTED PARTIES

Please be advised that the hearing scheduled for July 2, 2021 has been adjourned to Wednesday July 7, 2021 at 10:00 a.m.

Dated: June 29, 2021                              Vito Genna
                                                  Clerk of the Court