**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19−13895−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8893 | CHAPTER: 7 |

# NOTICE TO ALL INTERESTED PARTIES

Please be advised that the hearing scheduled for July 2, 2021 has been adjourned to Wednesday July 7, 2021 at 10:00 a.m.

Dated: June 29, 2021                                            Vito Genna
                                                                Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 19-13895-jlg |
| Orly Genger | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: Admin | Page 1 of 5 |
| Date Rcvd: Jun 29, 2021 | Form ID: 143 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orly Genger, 210 Lavaca St., Unit 1903, Austin, TX 78701-4582 |
| aty | + | Brian Talbot Cumings, Graves Dougherty Hearon & Moody, PC, 401 Congress Ave, Suite 2700, Austin, TX 78701-3736 |
| aty | + | Constantine Dean Pamphilis, Kasowitz Benson Torres LLP, 1415 Louisiana Street, Suite 2100, Houston, TX 77002-7344 |
| aty | + | Danielle Nicole Rushing, Dykema Gossett, PLLC, 112 E Pecan St, Suite 1800, San Antonio, TX 78205-1521 |
| aty | + | Graves Dougherty Hearon & Moody P.C., 401 Congress Ave, Suite 2700, Austin, TX 78701-3736 |
| aty | + | Michael Bowen, Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019-6708 |
| aty | + | Michael Paul Bowen, Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019-6708 |
| aty | | Raymond W. Battaglia, Oppenheimer, Blend, Harrison & Tate, Inc, 711 Navaro, Sixth Floor, San Antonio, TX 78205 |
| aty | + | Ryan Brent DeLaune, CLARK HILL STRASBURGER, 901 Main St #6000, Dallas, TX 75202-3748 |
| aty | + | Shelby A. Jordan, Jordan Hyden Womble Culbreth & Holze, PC, 500 N Shoreline Suite 900 N, Corpus Christi, TX 78401-0341 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| intp | + | D&K GP LLC, c/o Jordan Holzer & Ortiz, PC, 500 N. Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0341 |
| intp | | Dalia Genger, c/o Jordan, Holzer & Ortiz, 500 N SHORELINE BLVD, STE 900, CORPUS CHRISTI, TX 784010341 |
| cr | + | SureTec Insurance Company, 5555 Garden Grove Boulevard, Suite 275, Westminster, CA 92683-8229 |
| cr | | TPR Investment Associates, Inc., c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Austin, TX 78746 |
| 7652403 | + | ADBG LLC, c/o Hughes Hubbard & Reed LLP, Attn. Chr, One Battery Park Plaza, New York, NY 10004-1405 |
| 7652391 | + | Arie Genger, 19111 Collins Ave., Apt. 706, Sunny Isles, FL 33160-2379 |
| 7671181 | + | CULLEN & DYKMAN LLP, Counsel for Michael Oldner, 100 Quentin Roosevelt Boulevard, Garden City, NY l 11530-4850 |
| 7652408 | + | D&K GP LLC, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |
| 7652407 | + | Dalia Genger, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |
| 7668638 | + | Elizabeth M. Aboulafia, Esq., Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Telephone: (516) 357-3700 Email:eaboulafia@cullenllp.com 11530-4850 |
| 7652396 | + | Emmt Marvin & Martin LLP, 120 Broadway 32nd Fl, New York NY 10271-3291 |
| 7652397 | + | Eric Herschmann, c/o Raymond Battaglia, 66 Granburg Circle, San Antonio TX 78218-3010 |
| 7652392 | + | Eric Herschmann, 210 Lavaca St., Unit 1903, Austin, TX 78701-4582 |
| 7706824 | + | Foley & Lardner LLP, Attorneys for Dalia Genger, 90 Park Avenue, New York, NY 10016-1301 |
| 7652404 | + | Genger Litigation Trust, Genger Litigation Trust, Attn. David Bro, 104 West 40th Street, 19th Floor, New York, NY 10018-3628 |
| 7852223 | + | Glenn Agre Bergman & Fuentes LLP, Attn: Michael Paul Bowen, 55 Hudson Yards, 20th Floor, New York, NY 10001-2163 |
| 7852224 | + | Glenn Agre Bergman & Fuentes LLP, Attn: Rich Ramirez, 55 Hudson Yards, 20th Floor, New York, New York 10001-2163 |
| 7653363 | | Hughes Hubbard & Reed LLP, Attorneys for ADBG LLC, One Battery Park Plaza, New York, NY 10004-1482 |
| 7654166 | + | Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York NY 10170-2499 |
| 7663045 | + | Kasowitz Benson Torres LLP, Attn: Matthew B. Stein, 1633 Broadway, Floor 21, New York, NY 10019-6708 |
| 7652401 | + | Kasowitz, Benson, Torres LLP, c/o Daniel Benson Esq, 1633 Broadway 21st Fl, New York NY 10019-6708 |
| 7652406 | + | Orly Genger, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |
| 7652405 | + | Orly Genger, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 4200, New York, NY 10170-2499 |
| 7736210 | + | Paul J. Labov, Esq., PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, New York 10017-2024 |
| 7664810 | + | REITLER KAILAS & ROSENBLATT LLC, Attorneys for Orly Genger, 885 Third Avenue, 20th Floor, New York, New York 10022, ( 10022-4834 |
| 7663048 | + | Sagi Genger, c/o Thomas A. Pitta, Emmt Marvin & Martin LLP, 120 Broadway 32nd Fl, New York, NY 10271-3291 |
| 7652402 | + | SureTec Insurance Co, c/o Clark Hill Strasburger, 901 Main St #6000, Dallas TX 75202-3748 |
| 7691733 | + | SureTec Insurance Company, Clark Hill, Attn: Ryan B. DeLaune, 901 Main St Ste 6000, Dallas, TX 75202-3748 |
| 7652400 | + | The Orly Genger 1993 Trust, c/o Jay H Ong, Munsch Hardt Kopf & Harr PC, 303 Colorado St #2600, Austin TX 78701-0021 |
| 7652984 | + | Togut, Segal & Segal LLP, Co-Counsel to Arie Genger, One Penn Plaza, Suite 3335, New York, New York 10119-3335 |
| 7652395 | + | Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, 40th Floor, New York, NY 10036-6149 |

TOTAL: 44

| District/off: 0208-1 | User: Admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 143 | Total Noticed: 53 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 29 2021 19:03:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7652398 | + Email/Text: dwilliamson@coxsmith.com | Jun 29 2021 19:03:00 | Arie Genger, c/o Deborah D. Williamson, Dykema Gossett PLLC, 112 East Pecan St #1800, San Antonio, TX 78205-1521 |
| 7658470 | + Email/Text: pdelrio@emmetmarvin.com | Jun 29 2021 19:03:00 | EMMET, MARVIN & MARTIN, LLP, 120 Broadway, 32nd Floor, New York, New York 10271-3291 |
| 7652393 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2021 19:03:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 7663044 | Email/Text: Adam@PollockCohen.com | Jun 29 2021 19:03:00 | Orly Genger 1993 Trust,, Michael Oldner, Trustee, Pollock Cohen LLP, 60 Broad St., 24th Fl., New York, NY 10004 |
| 7654822 | Email/Text: Adam@PollockCohen.com | Jun 29 2021 19:03:00 | Pollock Cohen LLP, Attorneys for The Orly Genger 1993 Trust, 60 Broad St., 24th Fl., New York, NY 10004 |
| 7663031 | + Email/Text: pdelrio@emmetmarvin.com | Jun 29 2021 19:03:00 | TPR Investment Associates, Inc., C/O Emmet Marvin & Marvin LLP, 120 Broadway, New York, NY 10271-0002 |
| 7693338 | + Email/Text: Adam@PollockCohen.com | Jun 29 2021 19:03:00 | The Orly Genger 1993 Trust, Michael Oldner, Truste, c/o Pollock Cohen LLP, 60 Broad St., 24th Flr., NewYork,NY 10004-2342 |
| 7652394 | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 29 2021 19:03:00 | United States Trustee, 903 San Jacinto, Ste. 230, Austin, TX 78701-2450 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Michael Bowen |
| cr | | ADBG LLC |
| cr | | Arie Genger |
| cr | | Eric Herschmann |
| intp | | Kasowitz Benson Torres LLP |
| cr | | Kasowitz Benson Torres LLP |
| cr | | Sagi Genger |
| intp | | The Orly Genger 1993 Trust |
| unk | | Zeichner Ellman & Krause LLP |
| 7653365 | | ADBG LLC |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

19-13895-jlg    Doc 480    Filed 07/01/21    Entered 07/02/21 00:13:13    Imaged
Certificate of Notice    Pg 4 of 6

| District/off: 0208-1 | User: Admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 143 | Total Noticed: 53 |

Date: Jul 01, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | on behalf of Creditor Arie Genger akaufman@grayreed.com  pelliott@dykema.com |
| Adam Pollock | on behalf of Plaintiff Orly Genger 1993 Trust adam@pollockcohen.com |
| Adam Pollock | on behalf of Defendant Orly Genger 1993 Trust adam@pollockcohen.com |
| Adam Pollock | on behalf of Plaintiff Michael Oldner  as Trustee of The Orly Genger 1993 Trust adam@pollockcohen.com |
| Adam Pollock | on behalf of Interested Party The Orly Genger 1993 Trust adam@pollockcohen.com |
| Andrew R. Kurland | on behalf of Creditor Kasowitz Benson Torres LLP akurland@kasowitz.com  courtnotices@kasowitz.com |
| Andrew R. Kurland | on behalf of Interested Party Kasowitz Benson Torres LLP akurland@kasowitz.com  courtnotices@kasowitz.com |
| Andrew R. Kurland | on behalf of Creditor Eric Herschmann akurland@kasowitz.com  courtnotices@kasowitz.com |
| Beth Claire Khinchuk | on behalf of Plaintiff Sagi Genger bkhinchuk@emmetmarvin.com |
| Beth Claire Khinchuk | on behalf of Defendant Sagi Genger bkhinchuk@emmetmarvin.com |
| Beth Claire Khinchuk | on behalf of Creditor Sagi Genger bkhinchuk@emmetmarvin.com |
| Beth Claire Khinchuk | on behalf of Creditor TPR Investment Associates  Inc. bkhinchuk@emmetmarvin.com |
| Christopher Gartman | on behalf of Defendant ADBG LLC gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Defendant Arnold Broser gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Defendant David Broser gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Defendant Tedco Inc. gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher Gartman | on behalf of Creditor ADBG LLC gartman@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher K. Kiplok | on behalf of Creditor ADBG LLC kiplok@hugheshubbard.com  corp-reorg-department-7318@ecf.pacerpro.com |
| Deborah Piazza | on behalf of Trustee Deborah Piazza dpiazza@tarterkrinsky.com sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| Deborah Piazza | dpiazza@tarterkrinsky.com sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| Deborah D. Williamson | on behalf of Creditor Arie Genger dwilliamson@dykema.com  rcolbath@dykema.com |
| Douglas E. Spelfogel | on behalf of Interested Party Dalia Genger dspelfogel@foley.com  doug-spelfogel-9979@ecf.pacerpro.com |
| Elizabeth Aboulafia | on behalf of Plaintiff Michael Oldner  as Trustee of The Orly Genger 1993 Trust eaboulafia@cullenanddykman.com |
| Elizabeth Aboulafia | |

19-13895-jlg    Doc 480    Filed 07/01/21    Entered 07/02/21 00:13:13    Imaged
Certificate of Notice    Pg 5 of 6

| District/off: 0208-1 | User: Admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: 143 | Total Noticed: 53 |

| | |
|---|---|
| | on behalf of Interested Party The Orly Genger 1993 Trust eaboulafia@cullenanddykman.com |
| Eric Daniel Herschmann | |
| | on behalf of Creditor Eric Herschmann EDHnotice@gmail.com courtnotices@kasowitz.com |
| Frank A. Oswald | |
| | on behalf of Defendant Arie Genger frankoswald@teamtogut.com dperson@teamtogut.com;arodriguez@teamtogut.com;kscott@teamtogut.com;eozuna@teamtogut.com |
| Frank A. Oswald | |
| | on behalf of Creditor Arie Genger frankoswald@teamtogut.com dperson@teamtogut.com;arodriguez@teamtogut.com;kscott@teamtogut.com;eozuna@teamtogut.com |
| Ira Daniel Tokayer | |
| | on behalf of Plaintiff Dalia Genger imtoke@mindspring.com |
| Ira Daniel Tokayer | |
| | on behalf of Interested Party Dalia Genger imtoke@mindspring.com |
| Ira Daniel Tokayer | |
| | on behalf of Plaintiff D&K GP LLC imtoke@mindspring.com |
| Ira Daniel Tokayer | |
| | on behalf of Interested Party D&K GP LLC imtoke@mindspring.com |
| Jay H. Ong | |
| | on behalf of Interested Party The Orly Genger 1993 Trust jong@munsch.com |
| John Dellaportas | |
| | on behalf of Defendant Sagi Genger 1993 Trust jdellaportas@emmetmarvin.com |
| John Dellaportas | |
| | on behalf of Plaintiff Sagi Genger jdellaportas@emmetmarvin.com |
| John Dellaportas | |
| | on behalf of Creditor TPR Investment Associates Inc. jdellaportas@emmetmarvin.com |
| John Dellaportas | |
| | on behalf of Defendant Sagi Genger jdellaportas@emmetmarvin.com |
| John Dellaportas | |
| | on behalf of Creditor Sagi Genger dellajo@morganlewis.com |
| Max Rodriguez | |
| | on behalf of Interested Party The Orly Genger 1993 Trust max@pollockcohen.com |
| Michael Bowen | |
| | on behalf of Defendant Eric Herschmann mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael Bowen | |
| | on behalf of Defendant Orly Genger mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael Bowen | |
| | on behalf of Attorney Michael Bowen mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael Bowen | |
| | on behalf of Interested Party Kasowitz Benson Torres LLP mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael Bowen | |
| | on behalf of Creditor Kasowitz Benson Torres LLP mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael Bowen | |
| | on behalf of Defendant Michael Bowen mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael Bowen | |
| | on behalf of Debtor Orly Genger mbowen@glennagre.com courtnotices@kasowitz.com |
| Michael T. Sullivan | |
| | on behalf of Unknown Zeichner Ellman & Krause LLP msullivan@sullivanlaw.com rlombardo@sullivanlaw.com |
| Paul J. Labov | |
| | on behalf of Plaintiff Dalia Genger plabov@pszjlaw.com plabov@foley.com |
| Paul J. Labov | |
| | on behalf of Interested Party Dalia Genger plabov@pszjlaw.com plabov@foley.com |
| Richard Carlos Ramirez | |
| | on behalf of Debtor Orly Genger rramirez@paulweiss.com;mtattnall@paulweiss.com |
| Rocco A. Cavaliere | |
| | on behalf of Defendant Deborah J. Piazza rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | |

19-13895-jlg    Doc 480    Filed 07/01/21    Entered 07/02/21 00:13:13    Imaged
Certificate of Notice    Pg 6 of 6

| District/off: 0208-1 | User: Admin | Page 5 of 5 |
| --- | --- | --- |
| Date Rcvd: Jun 29, 2021 | Form ID: 143 | Total Noticed: 53 |

| | |
| --- | --- |
| | on behalf of Trustee Deborah Piazza rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor TPR Investment Associates  Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Plaintiff TPR Investment Associates  Inc. streusand@slollp.com, prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Plaintiff Sagi Genger streusand@slollp.com  prentice@slollp.com |
| Sabrina L. Streusand | |
| | on behalf of Creditor Sagi Genger streusand@slollp.com  prentice@slollp.com |
| Thomas A. Pitta | |
| | on behalf of Defendant Sagi Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com |
| Thomas A. Pitta | |
| | on behalf of Creditor TPR Investment Associates  Inc. tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com |
| Thomas A. Pitta | |
| | on behalf of Creditor Sagi Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com |
| Thomas A. Pitta | |
| | on behalf of Plaintiff Sagi Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com |
| United States Trustee | |
| | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 60