Paul J. Labov, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  plabov@pszjlaw.com

*Counsel to Dalia Genger*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**In re**                                                                         :
                                                                                       :          **Chapter 7**
**ORLY GENGER,**                                                      :
                                                                                       :          **Case No.: 19-13895 (JLG)**
                                  **Debtor.**                              :
                                                                                       :
------------------------------------------------------------X

**NOTICE OF FILING OF RESPONSE TO LETTER**
**TO THE HONORABLE JAMES L. GARRITY, JR.**

  **PLEASE TAKE NOTICE** that on July 23, 2021, pursuant to the *Confidentiality and Protective Order* [Docket No. 259], the undersigned counsel to Dalia Genger filed a letter under seal in response to the *Letter to the Honorable James L. Garrity, Jr.* filed by Rocco A. Cavaliere on behalf of Deborah Piazza [Docket No. 503], with the United States Bankruptcy Court for the Southern District of New York.

Dated: July 23, 2021     PACHULSKI STANG ZIEHL & JONES LLP

           */s/ Paul J. Labov*
           Paul J. Labov, Esq.
           PACHULSKI STANG ZIEHL & JONES LLP
           780 Third Avenue, 34th Floor
           New York, New York 10017
           Telephone: (212) 561-7700
           Facsimile:  (212) 561-7777
           Email: plabov@pszjlaw.com

           *Counsel to Dalia Genger*