UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* ORLY GENGER,<br><br>　　　　Debtor. | Chapter 7<br>Case No. 19-13895 (JLG) |

**Joinder of Recovery Effort, Inc. to the Objection of the Orly Genger Trust, by its Trustee Michael Oldner, to the Chapter 7 Trustee's Motion to Approve Settlement**

Consistent with the discussion with the Court on July 29, 2021, Recovery Effort, Inc. hereby formally submits this joinder to the Objection of the Orly Genger Trust, filed July 16, 2021, at ECF no. 491 (the "Objection"), for the reasons stated therein to the extent applicable to it, as already indicated on the Objection at 1 fn.1.

Dated: July 29, 2021

　　　　　　　　　　　　　　　**POLLOCK COHEN LLP**

　　　　　　　　　　　　　　　By:  /s/ *Adam Pollock*
　　　　　　　　　　　　　　　　　Adam Pollock
　　　　　　　　　　　　　　　60 Broad St., 24th Floor
　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　Adam@PollockCohen.com
　　　　　　　　　　　　　　　(212) 337-5361

　　　　　　　　　　　　　　　*Attorneys for Recovery Effort, Inc.*