**EXHIBIT 86**

IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

MANHATTAN SAFETY MAINE, INC. and
RECOVERY EFFORT, INC.,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-5642 |
| MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, individually and as trustee of the GENGER LITIGATION TRUST, ABDG LLC, TEDCO, INC., and JOHN DOES 1-10 | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Genger



| Plaintiff | Case Number |
|---|---|
| vs. | 17-cv-8181 |
| Genger | |
| Defendant | |

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

The parties in this case are still in Discovery.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case involves the same subject matter and many of the same parties as the earlier filed case before Judge Broderick (17-cv-8181).

Signature: _____   Date: June 18, 2019

Firm: Walden Macht & Haran LLP
      1 Battery Park Plaza, 34th Floor