**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

---

# NOTICE TO ALL INTERESTED PARTIES

Please be advised that the following Cases scheduled for 2/15/2022 have been adjourned to 4/12/2022 at 10:00 a.m.(ET):

21–1135
21–1170
21–1172
20–1010
21–1180

This will held be via Court Solutions.

Dated: January 31, 2022              Vito Genna
                                     Clerk of the Court