Paul J. Labov, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  plabov@pszjlaw.com

*Former Counsel to Dalia Genger*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| ORLY GENGER, | Case No.: 19-13895 (JLG) |
| Debtor. | |

| | |
|---|---|
| DALIA GENGER, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-01010 (JLG) |
| ORLY GENGER, MICHAEL BOWEN, ARIE GENGER, ARNOLD BROSER, DAVID BROSER, ERIC HERSCHMANN, THE GENGER LITIGATION TRUST, ADBG LLC, TEDCO INC., and DEBORAH PIAZZA as Chapter 7 Trustee, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF PAUL J.**
**LABOV AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Ira Daniel Tokayer, Esq. ("Mr. Tokayer") and Pachulski Stang Ziehl & Jones LLP ("PSZJ") are counsel for Dalia Genger ("Mrs. Genger") in the above captioned matters.

DOCS_NY:45804.2 30398/001

**PLEASE TAKE FURTHER NOTICE** that, on or around July 20, 2020, Paul J. Labov ("Mr. Labov"), of PSZJ, appeared on behalf of Mrs. Genger in the above captioned matters.

**PLEASE TAKE FURTHER NOTICE** that, at the requests of Mrs. Genger, Mr. Labov hereby withdraws his appearance on behalf of Mrs. Genger and requests that service upon him of all future service of notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that he be removed from the electronic (ECF) service list in the above-captioned matters.

**PLEASE TAKE FURTHER NOTICE** that Mr. Tokayer will continue as counsel to Mrs. Genger.

Dated: June 7, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Paul J. Labov*
                                       Paul J. Labov, Esq.
                                       PACHULSKI STANG ZIEHL & JONES LLP
                                       780 Third Avenue, 34th Floor
                                       New York, New York 10017
                                       Telephone: (212) 561-7700
                                       Facsimile:  (212) 561-7777
                                       Email: plabov@pszjlaw.com

                                       *Former Counsel to Dalia Genger*

DOCS_NY:45804.2 30398/001