# United States Bankruptcy Court
## Southern District of New York

In re
Orly Genger

Bankruptcy
Case No. 19-13895 (JLG)

Debtor(s)

Deborah J. Piazza, as Chapter 7 Trustee of the Orly
Genger Estate, Orly Genger, Arie Genger, David
Broser, and ADBG LLC,

Plaintiff(s)

Dalia Genger, Sagi Genger, Michael Oldner, Elana
Genger, Manhattan Safety Maine, Inc., Recovery
Effort, Inc., Robin Rodriguez, D&K GP LLC, TPR
Investment Associates, Inc., The Orly Genger 1993
Trust, Created by Trust Agreement Dated December
13, 1993 between Arie Genger, as Grantor, and
Lawrence M. Small and Sash A. Spencer, as Trustees,
John Dellaportas, David Parnes, and John and Jane
Does 1 through 10,

Adversary
Proceeding No.

Defendant(s)

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004-1408**

Page 1 of 2

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney:<br><br>Please see Attachment A. |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Room: |
| | Date and Time: |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_/s/_ _____

_Clerk of the Bankruptcy Court_

_____                By:      _/s/_ _____

_Date_                                                            _Deputy Clerk_

**Attachment A: Plaintiffs' Attorneys**

| | |
|---|---|
| **GLENN AGRE BERGMAN & FUENTES LLP**<br>Michael Paul Bowen<br>55 Hudson Yards, 20th Floor<br>New York, New York 10001<br>(212) 358-5600<br>Email: mbowen@glennagre.com<br><br>*Attorneys for Orly Genger* | **TARTER KRINSKY & DROGIN LLP**<br>Rocco A. Cavaliere<br>1350 Broadway, 11th Floor<br>New York, New York 10018<br>(212) 216-8000<br>Email: rcavaliere@tarterkrinsky.com<br><br>*Attorneys for Deborah J. Piazza,*<br>*Chapter 7 Trustee* |
| **TOGUT, SEGAL & SEGAL LLP**<br>Frank A. Oswald<br>Jared Borriello<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 201-5590<br>Email: frankoswald@teamtogut.com<br>        jborriello@teamtogut.com<br><br>*Attorneys for Arie Genger* | **HUGHES HUBBARD & REED LLP**<br>Christopher K. Kiplok<br>Christopher Gartman<br>Carl Mills<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br>Email: chris.kiplok@hugheshubbard.com<br>        chris.gartman@hugheshubbard.com<br>        carl.mills@hugheshubbard.com<br><br>*Attorneys for ADBG LLC and David Broser* |