UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------X | Chapter 7 |
| In re: | Case No. 19-13895-JLG |
| Orly Genger, Debtor. | |
| ---------------------------------------------------------X | |
| Michael Oldner, As Trustee of The Orly Genger 1993 Trust, Plaintiff, | Adv. Proc. No. 19-01447-JLG |
| vs. | |
| Orly Genger, Defendant. | |
| ---------------------------------------------------------X | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby files this Withdrawal of her Notice of Appearance and Demand for Notices and Papers filed on behalf of Michael Oldner, as Trustee of the Orly Genger 1993 Trust on January 22, 2020.

Dated: Garden City, New York
June 27, 2023

CULLEN AND DYKMAN LLP

By: *s/Elizabeth M. Aboulafia*
Elizabeth M. Aboulafia, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
eaboulafia@cullenllp.com
(516) 357-3700

*Attorneys for Michael Oldner, as Trustee of The Orly Genger 1993 Trust*

**CERTIFICATE OF SERVICE**

I, Elizabeth M. Aboulafia, hereby certify that on June 27, 2023, I caused the ***Notice of Withdrawal of Appearance*** to be served via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned action. On June 27, 2023 I caused the Notice to be served by U.S. Postal Service at Debtor/Defendant's mailing address at Orly Genger, 210 Vavace Street, Unit 1903, Austin, TX 78701.

*s/Elizabeth M. Aboulafia*
Elizabeth M. Aboulafia