# POLLOCK | COHEN LLP

111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361

CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

---

October 2, 2024

**VIA ECF**

Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

    Re:    *Orly Genger,* Case No. 19-13895-jlg

Dear Judge Garrity:

    We represent the Orly Genger 1993 Trust ("Orly Trust"), by Michael Oldner, Trustee, in the above-referenced bankruptcy. The Court recently adjourned the next conference to October 17, 2024, but that date coincides with a Jewish holiday. Accordingly, we ask that Your Honor grant a brief further adjournment. (We are also unavailable on October 24 and 25, which are also holiday days.)

    Thank you for Your Honor's consideration in this matter.

                                                    Sincerely,

                                                    /s/ *Adam Pollock*

                                                    Adam Pollock