UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* ORLY GENGER,<br><br>Debtor. | Chapter 7<br>Case No. 19-13895 (JLG)<br>On Presentment for<br>November 21, 2024 |

**MOTION TO WITHDRAW ATTORNEY MAX RODRIGUEZ**

1. Pursuant to Rule 2090-1(e), attorney Max Rodriguez respectfully moves this Court for an Order to withdraw as counsel of record for The Orly Genger 1993 Trust and Recovery Effort Inc. in the above-captioned bankruptcy action as described further below, and to be removed from the CM/ECF notification list in this matter.

2. The undersigned is listed as counsel of record for The Orly Genger 1993 Trust in Case No. 19-13895.

3. The undersigned is listed as counsel of record for Recovery Effort Inc. in Case No. 19-13895.

4. The undersigned no longer represents these parties.

5. No substitution of counsel is necessary, and the undersigned’s withdrawal will not cause any delay or prejudice in the case, because these parties will continue to be represented by Adam Pollock of Pollock Cohen LLP.

6. These parties have been notified of the undersigned’s intent to withdraw.

7. I will not be retaining or charging a lien in this case.

Dated: November 7, 2024
New York, NY

LAW OFFICE OF
MAX RODRIGUEZ PLLC

By: /s/ *Max Rodriguez*
Max Rodriguez
575 5th Avenue, 14th Floor
New York, NY 10017
max@maxrodriguez.law
(646) 741-5167