**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Orly Genger | CASE NO.: 19–13895–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8893 | CHAPTER: 7 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for 4/1/2025 have been adjourned to 4/11/2025 at 11:00 a.m.(ET).

Please register your appearance at: www.Court–Solutions.com

Dated: March 27, 2025                              Vito Genna
                                                   Clerk of the Court