# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 4/11/2025 |
| Case: 19−13895−jlg | Form ID: 143 | Total: 97 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | Eric Herschmann | |
| cr | Arie Genger | |
| cr | Sagi Genger | |
| intp | The Orly Genger 1993 Trust | |
| intp | Kasowitz Benson Torres LLP | |
| aty | Michael Bowen | |
| cr | Kasowitz Benson Torres LLP | |
| cr | ADBG LLC | |
| unk | Zeichner Ellman & Krause LLP | |
| intp | Sagi Genger 1993 Trust | |
| unk | D&K Limited Partnership | |
| intp | Recovery Effort Inc. | |
| intp | TEDCO, Inc. | |
| intp | David Broser | |
| intp | Arnold Broser | |
| 7653365 | ADBG LLC | |

TOTAL: 16

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Deborah Piazza | dpiazza@tarterkrinsky.com |
| aty | Aaron Michael Kaufman | akaufman@grayreed.com |
| aty | Adam Pollock | Adam@PollockCohen.com |
| aty | Andrew R. Kurland | akurland@kasowitz.com |
| aty | Anna Menkova | anna@pollockcohen.com |
| aty | Christopher Gartman | gartman@hugheshubbard.com |
| aty | Christopher K. Kiplok | kiplok@hugheshubbard.com |
| aty | Deborah Piazza | dpiazza@tarterkrinsky.com |
| aty | Deborah D. Williamson | dwilliamson@dykema.com |
| aty | Eric Daniel Herschmann | EDHnotice@gmail.com |
| aty | Frank A. Oswald | frankoswald@teamtogut.com |
| aty | Ira Daniel Tokayer | imtoke@mindspring.com |
| aty | Jay H. Ong | jong@munsch.com |
| aty | Jeffrey R. Gleit | jeffrey.gleit@afslaw.com |
| aty | John Dellaportas | jdellaportas@emmetmarvin.com |
| aty | John Dellaportas | dellajo@morganlewis.com |
| aty | Michael Bowen | mbowen@glennagre.com |
| aty | Michael T. Sullivan | msullivan@sullivanlaw.com |
| aty | Paul J. Labov | plabov@pszjlaw.com |
| aty | Richard Carlos Ramirez | rramirez@glennagre.com |
| aty | Rocco A. Cavaliere | rcavaliere@tarterkrinsky.com |
| aty | Sabrina L. Streusand | streusand@slollp.com |
| aty | Thomas A. Pitta | tpitta@emmetmarvin.com |

TOTAL: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Orly Genger | 210 Lavaca St.    Unit 1903    Austin, TX 78701 |
| cr | SureTec Insurance Company | 5555 Garden Grove Boulevard    Suite 275    Westminster, CA 92683 |
| cr | TPR Investment Associates, Inc. | c/o Streusand Landon Ozburn & Lemmon    1801 S. MoPac Expressway    Suite 320    Austin, TX 78746 |
| intp | D&K GP LLC | c/o Jordan Holzer & Ortiz, PC    500 N. Shoreline Blvd.    Suite 900    Corpus Christi, TX 78401 |
| intp | Dalia Genger | c/o Jordan, Holzer & Ortiz    500 N SHORELINE BLVD    STE 900    CORPUS CHRISTI, TX 784010341 |
| aty | Graves Dougherty Hearon & Moody P.C. | 401 Congress Ave, Suite 2700    Austin, TX 78701 |
| aty | Brian Talbot Cumings | Graves Dougherty Hearon & Moody, PC    401 Congress Ave    Suite 2700    Austin, TX 78701 |
| aty | Constantine "Dean" Pamphilis | Kasowitz Benson Torres LLP    1415 Louisiana Street, Suite 2100    Houston, TX 77002 |
| aty | Danielle Nicole Rushing | Dykema Gossett, PLLC    112 E Pecan St    Suite 1800    San Antonio, TX 78205 |
| aty | Douglas E. Spelfogel | Jenner & Block LLP    1155 Avenue of the Americas    New York, NY 10036 |
| aty | Michael Bowen | Kasowitz Benson Torres LLP    1633 Broadway    New York, NY 10019 |
| aty | Michael Paul Bowen | Kasowitz Benson Torres LLP    1633 Broadway    New York, NY 10019 |
| aty | Raymond W. Battaglia | Oppenheimer, Blend, Harrison & Tate, Inc    711 Navaro, Sixth Floor    San Antonio, TX 78205 |

| | | |
|---|---|---|
| aty | Ryan Brent DeLaune | CLARK HILL STRASBURGER    901 Main St #6000    Dallas, TX 75202 |
| aty | Shelby A. Jordan | Jordan Hyden Womble Culbreth & Holze, PC    500 N Shoreline Suite 900 N    Corpus Christi, TX 78401 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7652403 | ADBG LLC | c/o Hughes Hubbard & Reed LLP, Attn. Chris Gartman    One Battery Park Plaza    New York, NY 10004 |
| 7956704 | Adam Pollock, Esq. | POLLOCK COHEN LLP    111 Broadway, Suite 1804 |
| 8534169 | Anna Menkova | 111 Broadway, Suite 1804    New York, NY 10006 |
| 7652391 | Arie Genger | 19111 Collins Ave.    Apt. 706    Sunny Isles, FL 33160 |
| 7652398 | Arie Genger | c/o Deborah D. Williamson    Dykema Gossett PLLC    112 East Pecan St #1800    San Antonio, TX 78205 |
| 7671181 | CULLEN & DYKMAN LLP | Counsel for Michael Oldner    100 Quentin Roosevelt Boulevard    Garden City, NY 11530 |
| 7652408 | D&K GP LLC | Law Office of Ira Daniel Tokayer, Esq.    420 Lexington Avenue, Suite 2400    New York, NY 10170 |
| 7652407 | Dalia Genger | Law Office of Ira Daniel Tokayer, Esq.    420 Lexington Avenue, Suite 2400    New York, NY 10170 |
| 7658470 | EMMET, MARVIN & MARTIN, LLP | 120 Broadway, 32nd Floor    New York, New York 10271 |
| 7668638 | Elizabeth M. Aboulafia, Esq. | Cullen and Dykman, LLP    100 Quentin Roosevelt Boulevard    Garden City, New York 11530    Telephone: (516) 357–3700    Email:eaboulafia@cullenllp.com |
| 7652396 | Emmt Marvin & Martin LLP | 120 Broadway 32nd Fl    New York NY 10271 |
| 7652392 | Eric Herschmann | 210 Lavaca St., Unit 1903    Austin, TX 78701 |
| 7652397 | Eric Herschmann | c/o Raymond Battaglia    66 Granburg Circle    San Antonio TX 78218 |
| 7706824 | Foley & Lardner LLP | Attorneys for Dalia Genger    90 Park Avenue    New York, NY 10016 |
| 7652404 | Genger Litigation Trust | Genger Litigation Trust, Attn. David Broser    104 West 40th Street, 19th Floor    New York, NY 10018 |
| 7852223 | Glenn Agre Bergman & Fuentes LLP | Attn: Michael Paul Bowen    55 Hudson Yards, 20th Floor    New York, NY 10001 |
| 7852224 | Glenn Agre Bergman & Fuentes LLP | Attn: Rich Ramirez    55 Hudson Yards, 20th Floor    New York, New York 10001 |
| 7653363 | Hughes Hubbard & Reed LLP | Attorneys for ADBG LLC    One Battery Park Plaza    New York, NY 10004–1482 |
| 7652393 | Internal Revenue Service | P.O. Box 21126    Philadelphia, PA 19114 |
| 7654166 | Ira Daniel Tokayer, Esq. | 420 Lexington Avenue, Suite 2400    New York NY 10170 |
| 7663045 | Kasowitz Benson Torres LLP | Attn: Matthew B. Stein    1633 Broadway    Floor 21    New York, NY 10019 |
| 7652401 | Kasowitz, Benson, Torres LLP | c/o Daniel Benson Esq    1633 Broadway 21st Fl    New York NY 10019 |
| 7652406 | Orly Genger | Law Office of Ira Daniel Tokayer, Esq.    420 Lexington Avenue, Suite 2400    New York, NY 10170 |
| 7652405 | Orly Genger | Law Office of Ira Daniel Tokayer, Esq.    420 Lexington Avenue, Suite 4200    New York, NY 10170 |
| 7663044 | Orly Genger 1993 Trust, | Michael Oldner, Trustee    Pollock Cohen LLP    60 Broad St., 24th Fl.    New York, NY 10004 |
| 7736210 | Paul J. Labov, Esq. | PACHULSKI STANG ZIEHL & JONES LLP    780 Third Avenue, 34th Floor    New York, New York 10017 |
| 7654822 | Pollock Cohen LLP | Attorneys for The Orly Genger 1993 Trust    60 Broad St., 24th Fl.    New York, NY 10004 |
| 7664810 | REITLER KAILAS & ROSENBLATT LLC | Attorneys for Orly Genger    885 Third Avenue, 20th Floor    New York, New York 10022    (212) 209–3050 |
| 7890812 | SULLIVAN & WORCESTER LLP | Jeffrey R. Gleit, Esq.    1633 Broadway    New York, New York 10019 |
| 7663048 | Sagi Genger | c/o Thomas A. Pitta    Emmt Marvin & Martin LLP    120 Broadway 32nd Fl    New York, NY 10271 |
| 7652402 | SureTec Insurance Co | c/o Clark Hill Strasburger    901 Main St #6000    Dallas TX 75202 |
| 7691733 | SureTec Insurance Company | Clark Hill    Attn: Ryan B. DeLaune    901 Main St Ste 6000    Dallas, TX 75202 |
| 7663031 | TPR Investment Associates, Inc. | C/O Emmet Marvin & Marvin LLP    120 Broadway    New York, NY 10271 |
| 7652400 | The Orly Genger 1993 Trust | c/o Jay H Ong    Munsch Hardt Kopf & Harr PC    303 Colorado St #2600    Austin TX 78701 |
| 7693338 | The Orly Genger 1993 Trust, Michael Oldner, Truste | c/o Pollock Cohen LLP    60 Broad St., 24th Flr.    NewYork,NY10004 |
| 7652984 | Togut, Segal & Segal LLP | Co–Counsel to Arie Genger    One Penn Plaza, Suite 3335    New York, New York 10119 |
| 7652394 | United States Trustee | 903 San Jacinto, Ste. 230    Austin, TX 78701 |
| 7652395 | Zeichner Ellman & Krause LLP | 1211 Avenue of the Americas    40th Floor    New York, NY 10036 |

TOTAL: 57