# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Orly Genger                                    CASE NO.: 19–13895–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  7
xxx–xx–8893

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that the Case Conference scheduled for 6/4/2025 has been adjourned to 6/12/2025 at 2:00pm (ET).

Please register at: www.Court–Solutions.com

Dated: May 30, 2025                                   Vito Genna
                                                      Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 19-13895-jlg |
| Orly Genger | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 7 |
| Date Rcvd: May 30, 2025 | Form ID: 143 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orly Genger, 210 Lavaca St., Unit 1903, Austin, TX 78701-4582 |
| aty | + | Brian Talbot Cumings, Graves Dougherty Hearon & Moody, PC, 401 Congress Ave, Suite 2700, Austin, TX 78701-3736 |
| aty | + | Constantine Dean Pamphilis, Kasowitz Benson Torres LLP, 1415 Louisiana Street, Suite 2100, Houston, TX 77002-7344 |
| aty | + | Danielle Nicole Rushing, Dykema Gossett, PLLC, 112 E Pecan St, Suite 1800, San Antonio, TX 78205-1521 |
| aty | + | Douglas E. Spelfogel, Jenner & Block LLP, 1155 Avenue of the Americas, New York, NY 10036-2711 |
| aty | + | Graves Dougherty Hearon & Moody P.C., 401 Congress Ave, Suite 2700, Austin, TX 78701-3736 |
| aty | + | Michael Bowen, Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019-6708 |
| aty | + | Michael Paul Bowen, Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY 10019-6708 |
| aty | | Raymond W. Battaglia, Oppenheimer, Blend, Harrison & Tate, Inc, 711 Navaro, Sixth Floor, San Antonio, TX 78205 |
| aty | + | Ryan Brent DeLaune, CLARK HILL STRASBURGER, 901 Main St #6000, Dallas, TX 75202-3748 |
| aty | + | Shelby A. Jordan, Jordan Hyden Womble Culbreth & Holze, PC, 500 N Shoreline Suite 900 N, Corpus Christi, TX 78401-0658 |
| intp | + | D&K GP LLC, c/o Jordan Holzer & Ortiz, PC, 500 N. Shoreline Blvd., Suite 900, Corpus Christi, TX 78401-0658 |
| intp | + | Dalia Genger, c/o Jordan, Holzer & Ortiz, 500 N SHORELINE BLVD, STE 900, CORPUS CHRISTI, TX 78401-0658 |
| cr | + | SureTec Insurance Company, 5555 Garden Grove Boulevard, Suite 275, Westminster, CA 92683-8229 |
| 7652403 | + | ADBG LLC, c/o Hughes Hubbard & Reed LLP, Attn. Chr, One Battery Park Plaza, New York, NY 10004-1405 |
| 8534169 | + | Anna Menkova, 111 Broadway, Suite 1804, New York, NY 10006-0014 |
| 7652398 | + | Arie Genger, c/o Deborah D. Williamson, Dykema Gossett PLLC, 112 East Pecan St #1800, San Antonio, TX 78205-1521 |
| 7652391 | + | Arie Genger, 19111 Collins Ave., Apt. 706, Sunny Isles, FL 33160-2379 |
| 7652408 | + | D&K GP LLC, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |
| 7652407 | + | Dalia Genger, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |
| 7658470 | + | EMMET, MARVIN & MARTIN, LLP, 120 Broadway, 32nd Floor, New York, New York 10271-3291 |
| 7668638 | + | Elizabeth M. Aboulafia, Esq., Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Telephone: (516) 357-3700 Email:eaboulafia@cullenllp.com 11530-4874 |
| 7652396 | + | Emmt Marvin & Martin LLP, 120 Broadway 32nd Fl, New York NY 10271-3291 |
| 7652397 | + | Eric Herschmann, c/o Raymond Battaglia, 66 Granburg Circle, San Antonio TX 78218-3010 |
| 7652392 | + | Eric Herschmann, 210 Lavaca St., Unit 1903, Austin, TX 78701-4582 |
| 7706824 | + | Foley & Lardner LLP, Attorneys for Dalia Genger, 90 Park Avenue, New York, NY 10016-1301 |
| 7652404 | + | Genger Litigation Trust, Genger Litigation Trust, Attn. David Bro, 104 West 40th Street, 19th Floor, New York, NY 10018-3628 |
| 7852223 | + | Glenn Agre Bergman & Fuentes LLP, Attn: Michael Paul Bowen, 55 Hudson Yards, 20th Floor, New York, NY 10001-2163 |
| 7852224 | + | Glenn Agre Bergman & Fuentes LLP, Attn: Rich Ramirez, 55 Hudson Yards, 20th Floor, New York, New York 10001-2163 |
| 7653363 | | Hughes Hubbard & Reed LLP, Attorneys for ADBG LLC, One Battery Park Plaza, New York, NY 10004-1482 |
| 7654166 | + | Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York NY 10170-2499 |
| 7663045 | + | Kasowitz Benson Torres LLP, Attn: Matthew B. Stein, 1633 Broadway, Floor 21, New York, NY 10019-6708 |
| 7652401 | + | Kasowitz, Benson, Torres LLP, c/o Daniel Benson Esq, 1633 Broadway 21st Fl, New York NY 10019-6708 |
| 7652406 | + | Orly Genger, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 2400, New York, NY 10170-2499 |
| 7652405 | + | Orly Genger, Law Office of Ira Daniel Tokayer, Esq., 420 Lexington Avenue, Suite 4200, New York, NY 10170-2499 |
| 7736210 | + | Paul J. Labov, Esq., PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 34th Floor, New York, New York 10017-2024 |
| 7664810 | + | REITLER KAILAS & ROSENBLATT LLC, Attorneys for Orly Genger, 885 Third Avenue, 20th Floor, New York, New York 10022, ( 10022-4834 |
| 7663048 | + | Sagi Genger, c/o Thomas A. Pitta, Emmt Marvin & Martin LLP, 120 Broadway 32nd Fl, New York, NY 10271-3291 |
| 7652402 | + | SureTec Insurance Co, c/o Clark Hill Strasburger, 901 Main St #6000, Dallas TX 75202-3748 |
| 7691733 | + | SureTec Insurance Company, Clark Hill, Attn: Ryan B. DeLaune, 901 Main St Ste 6000, Dallas, TX 75202-3748 |
| 7663031 | + | TPR Investment Associates, Inc., C/O Emmet Marvin & Marvin LLP, 120 Broadway, New York, NY 10271-0002 |
| 7652400 | + | The Orly Genger 1993 Trust, c/o Jay H Ong, Munsch Hardt Kopf & Harr PC, 303 Colorado St #2600, Austin TX 78701-0021 |
| 7652984 | + | Togut, Segal & Segal LLP, Co-Counsel to Arie Genger, One Penn Plaza, Suite 3335, New York, New York 10119-3335 |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 2 of 7 |
| Date Rcvd: May 30, 2025 | Form ID: 143 | Total Noticed: 53 |

7652395    +   Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, 40th Floor, New York, NY 10036-6149

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: BANKRUPTCY@LABOR.NY.GOV | May 30 2025 19:09:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 30 2025 19:09:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | May 30 2025 19:09:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| cr | + Email/Text: lemaster@slollp.com | May 30 2025 19:08:00 | TPR Investment Associates, Inc., c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Austin, TX 78746-9817 |
| 7652393 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 30 2025 19:09:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 7663044 | Email/Text: Adam@PollockCohen.com | May 30 2025 19:08:00 | Orly Genger 1993 Trust,, Michael Oldner, Trustee, Pollock Cohen LLP, 60 Broad St., 24th Fl., New York, NY 10004 |
| 7654822 | Email/Text: Adam@PollockCohen.com | May 30 2025 19:08:00 | Pollock Cohen LLP, Attorneys for The Orly Genger 1993 Trust, 60 Broad St., 24th Fl., New York, NY 10004 |
| 7693338 | + Email/Text: Adam@PollockCohen.com | May 30 2025 19:08:00 | The Orly Genger 1993 Trust, Michael Oldner, Truste, c/o Pollock Cohen LLP, 60 Broad St., 24th Flr., NewYork,NY 10004-2342 |
| 7652394 | + Email/Text: ustpregion07.au.ecf@usdoj.gov | May 30 2025 19:09:00 | United States Trustee, 903 San Jacinto, Ste. 230, Austin, TX 78701-2450 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Michael Bowen |
| cr | | ADBG LLC |
| cr | | Arie Genger |
| intp | | Arnold Broser |
| unk | | D&K Limited Partnership |
| intp | | David Broser |
| cr | | Eric Herschmann |
| intp | | Kasowitz Benson Torres LLP |
| cr | | Kasowitz Benson Torres LLP |
| intp | | Recovery Effort Inc. |
| cr | | Sagi Genger |
| intp | | Sagi Genger 1993 Trust |
| intp | | TEDCO, Inc. |
| intp | | The Orly Genger 1993 Trust |
| unk | | Zeichner Ellman & Krause LLP |
| 7653365 | | ADBG LLC |
| 7956704 | | Adam Pollock, Esq., POLLOCK COHEN LLP, 111 Broadway, Suite 1804 |
| 7671181 | ##+ | CULLEN & DYKMAN LLP, Counsel for Michael Oldner, 100 Quentin Roosevelt Boulevard, Garden City, NY l 11530-4843 |
| 7890812 | ##+ | SULLIVAN & WORCESTER LLP, Jeffrey R. Gleit, Esq., 1633 Broadway, New York, New York 10019-7587 |

TOTAL: 17 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | |
| | on behalf of Creditor Arie Genger akaufman@grayreed.com  pelliott@dykema.com |
| Adam Pollock | |
| | on behalf of Interested Party The Orly Genger 1993 Trust Adam@PollockCohen.com  adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Interested Party Recovery Effort Inc. Adam@PollockCohen.com  adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Defendant The Orly Genger 1993 Trust  Created by Trust Agreement Dated December 13, 1993 between Arie Genger, as Grantor, and Lawrence M. Small and Sash A. Spencer, as Trustees Adam@PollockCohen.com, adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Defendant Manhattan Safety Maine  Inc. Adam@PollockCohen.com, adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Plaintiff Orly Genger 1993 Trust Adam@PollockCohen.com  adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Defendant Recovery Effort Inc. Adam@PollockCohen.com  adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Defendant The Orly Genger 1993 Trust Adam@PollockCohen.com  adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Defendant Orly Genger 1993 Trust Adam@PollockCohen.com  adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |
| | on behalf of Plaintiff Michael Oldner  as Trustee of The Orly Genger 1993 Trust Adam@PollockCohen.com, adam-pollock-4287@ecf.pacerpro.com |
| Andrew R. Kurland | |
| | on behalf of Plaintiff Kasowitz Benson Torres LLP akurland@kasowitz.com  courtnotices@kasowitz.com |
| Andrew R. Kurland | |
| | on behalf of Creditor Kasowitz Benson Torres LLP akurland@kasowitz.com  courtnotices@kasowitz.com |
| Andrew R. Kurland | |
| | on behalf of Interested Party Kasowitz Benson Torres LLP akurland@kasowitz.com  courtnotices@kasowitz.com |
| Andrew R. Kurland | |
| | on behalf of Creditor Eric Herschmann akurland@kasowitz.com  courtnotices@kasowitz.com |
| Anna Menkova | |
| | on behalf of Interested Party The Orly Genger 1993 Trust anna@pollockcohen.com |
| Beth Claire Khinchuk | |
| | on behalf of Plaintiff Sagi Genger BKhinchuk@labaton.com electroniccasefiling@labaton.com,1296237420@filings.docketbird.com |
| Beth Claire Khinchuk | |
| | on behalf of Defendant Sagi Genger BKhinchuk@labaton.com electroniccasefiling@labaton.com,1296237420@filings.docketbird.com |

District/off: 0208-1            User: admin            Page 4 of 7

Date Rcvd: May 30, 2025            Form ID: 143            Total Noticed: 53

Carl W Mills, IV
> on behalf of Plaintiff David Broser carl.mills@hugheshubbard.com carl-mills-0907@ecf.pacerpro.com

Carl W Mills, IV
> on behalf of Plaintiff ADBG LLC carl.mills@hugheshubbard.com carl-mills-0907@ecf.pacerpro.com

Christopher Gartman
> on behalf of Interested Party David Broser gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Plaintiff ADBG LLC gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Interested Party TEDCO  Inc. gartman@hugheshubbard.com, christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Plaintiff David Broser gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Unknown ADBG LLC gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Defendant David Broser gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Interested Party Arnold Broser gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Defendant ADBG LLC gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Defendant Arnold Broser gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Defendant Tedco Inc. gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher Gartman
> on behalf of Creditor ADBG LLC gartman@hugheshubbard.com christopher-gartman-1408@ecf.pacerpro.com

Christopher K. Kiplok
> on behalf of Plaintiff ADBG LLC kiplok@hugheshubbard.com christopher-kiplok-1621@ecf.pacerpro.com

Christopher K. Kiplok
> on behalf of Creditor ADBG LLC kiplok@hugheshubbard.com christopher-kiplok-1621@ecf.pacerpro.com

Christopher K. Kiplok
> on behalf of Plaintiff David Broser kiplok@hugheshubbard.com christopher-kiplok-1621@ecf.pacerpro.com

Deborah Piazza
> dpiazza@tarterkrinsky.com
> sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com

Deborah Piazza
> on behalf of Trustee Deborah Piazza dpiazza@tarterkrinsky.com
> sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com

Deborah D. Williamson
> on behalf of Creditor Arie Genger dwilliamson@dykema.com maraiza@dykema.com

Eric Daniel Herschmann
> on behalf of Defendant Eric Herschmann EDHNotice@gmail.com courtnotices@kasowitz.com

Eric Daniel Herschmann
> on behalf of Interested Party Eric Daniel Herschmann EDHNotice@gmail.com courtnotices@kasowitz.com

Eric Daniel Herschmann
> on behalf of Creditor Eric Herschmann EDHNotice@gmail.com courtnotices@kasowitz.com

Frank A. Oswald
> on behalf of Creditor Arie Genger frankoswald@teamtogut.com
> dperson@teamtogut.com;jcohen@teamtogut.com;jgallego@teamtogut.com

Frank A. Oswald
> on behalf of Plaintiff Arie Genger frankoswald@teamtogut.com
> dperson@teamtogut.com;jcohen@teamtogut.com;jgallego@teamtogut.com

Frank A. Oswald
> on behalf of Defendant Arie Genger frankoswald@teamtogut.com
> dperson@teamtogut.com;jcohen@teamtogut.com;jgallego@teamtogut.com

Ira Daniel Tokayer
> on behalf of Interested Party Dalia Genger imtoke@mindspring.com

Ira Daniel Tokayer

on behalf of Plaintiff D&K GP LLC imtoke@mindspring.com

Ira Daniel Tokayer

on behalf of Defendant Dalia Genger imtoke@mindspring.com

Ira Daniel Tokayer

on behalf of Plaintiff Dalia Genger imtoke@mindspring.com

Ira Daniel Tokayer

on behalf of Interested Party D&K GP LLC imtoke@mindspring.com

Jay H. Ong

on behalf of Interested Party The Orly Genger 1993 Trust jong@munsch.com

Jeffrey R. Gleit

on behalf of Unknown Zeichner Ellman & Krause LLP jeffrey.gleit@afslaw.com
lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jerrold Steigman

on behalf of Defendant Michael Oldner jsteigman@krantzberman.com

John Dellaportas

on behalf of Interested Party Sagi Genger 1993 Trust jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Creditor Sagi Genger dellajo@morganlewis.com

John Dellaportas

on behalf of Defendant TPR Investment Associates  Inc. jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Unknown D&K Limited Partnership jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant The Sagi Genger 1993 Trust jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Unknown TPR Investment Associates  Inc. jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Plaintiff Sagi Genger jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of 3rd Party Plaintiff John Dellaportas jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant Sagi Genger jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant John Dellaportas jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant David Parnes jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant Sagi Genger 1993 Trust jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Creditor TPR Investment Associates  Inc. jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Unknown Sagi Genger jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant Elana Genger jdellaportas@emmetmarvin.com

John Dellaportas

on behalf of Defendant D&K GP LLC jdellaportas@emmetmarvin.com

Judith Lynn Swartz

on behalf of Defendant David Parnes JSwartz@PhillipsNizer.com  docket@phillipsnizer.com

Judith Lynn Swartz

on behalf of Defendant D&K GP LLC JSwartz@PhillipsNizer.com  docket@phillipsnizer.com

Judith Lynn Swartz

on behalf of Defendant Elana Genger JSwartz@PhillipsNizer.com  docket@phillipsnizer.com

Judith Lynn Swartz

on behalf of Plaintiff Sagi Genger JSwartz@PhillipsNizer.com  docket@phillipsnizer.com

Judith Lynn Swartz

on behalf of Defendant Sagi Genger JSwartz@PhillipsNizer.com docket@phillipsnizer.com

Judith Lynn Swartz

on behalf of Defendant The Sagi Genger 1993 Trust JSwartz@PhillipsNizer.com docket@phillipsnizer.com

Judith Lynn Swartz

on behalf of Defendant TPR Investment Associates Inc. JSwartz@PhillipsNizer.com, docket@phillipsnizer.com

Marc J. Gross

on behalf of 3rd Party Defendant Michael Paul Bowen Marc.gross@wilsonelser.com

Max Ephraim Rodriguez

on behalf of Defendant The Orly Genger 1993 Trust max@maxrodriguez.law

Michael Bowen

on behalf of Counter-Defendant Orly Genger mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Defendant Eric Herschmann mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Attorney Michael Bowen mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Creditor Kasowitz Benson Torres LLP mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Plaintiff ADBG LLC mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of 3rd Party Defendant Michael Paul Bowen mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Debtor Orly Genger mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Plaintiff David Broser mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Defendant Orly Genger mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Interested Party Kasowitz Benson Torres LLP mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Defendant Michael Bowen mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Plaintiff Deborah J. Piazza as Chapter 7 Trustee of the Orly Genger mbowen@glennagre.com, mao@glennagre.com

Michael Bowen

on behalf of Plaintiff Orly Genger mbowen@glennagre.com mao@glennagre.com

Michael Bowen

on behalf of Plaintiff Arie Genger mbowen@glennagre.com mao@glennagre.com

Michael Adam Samuels

on behalf of 3rd Party Defendant Michael Paul Bowen msamuels@chapman.com

Michael T. Sullivan

on behalf of Unknown Zeichner Ellman & Krause LLP msullivan@sullivanlaw.com
rlombardo@sullivanlaw.com;courtmail@sullivanlaw.com

Michael T. Sullivan

on behalf of Defendant Zeichner Ellman & Krause LLP msullivan@sullivanlaw.com
rlombardo@sullivanlaw.com;courtmail@sullivanlaw.com

Paul J. Labov

on behalf of Plaintiff Dalia Genger plabov@pszjlaw.com plabov@foley.com

Paul J. Labov

on behalf of Interested Party Dalia Genger plabov@pszjlaw.com plabov@foley.com

Richard Carlos Ramirez

on behalf of Unknown Orly Genger rramirez@glennagre.com mao@glennagre.com

Richard Carlos Ramirez

on behalf of Debtor Orly Genger rramirez@glennagre.com mao@glennagre.com

Rocco A. Cavaliere

on behalf of Plaintiff Deborah J. Piazza as Successor Chapter 7 Trustee of the Bankruptcy Estate of Orly Genger
rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Defendant Deborah J. Piazza rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Trustee Deborah J. Piazza  Chapter 7 Trustee rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Defendant Deborah Piazza rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Trustee Deborah Piazza rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Plaintiff Deborah J. Piazza  as Chapter 7 Trustee of the Orly Genger rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Sabrina L. Streusand

on behalf of Creditor TPR Investment Associates  Inc. streusand@slollp.com, pina@slollp.com

Sabrina L. Streusand

on behalf of Plaintiff TPR Investment Associates  Inc. streusand@slollp.com, pina@slollp.com

Sabrina L. Streusand

on behalf of Plaintiff Sagi Genger streusand@slollp.com  pina@slollp.com

Sabrina L. Streusand

on behalf of Creditor Sagi Genger streusand@slollp.com  pina@slollp.com

Thomas A. Pitta

on behalf of Plaintiff Sagi Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Defendant D&K GP LLC tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Defendant David Parnes tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Defendant Elana Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Defendant The Sagi Genger 1993 Trust tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Defendant Sagi Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Defendant TPR Investment Associates  Inc. tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Creditor TPR Investment Associates  Inc. tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com

Thomas A. Pitta

on behalf of Creditor Sagi Genger tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 116