<u>**EXHIBIT A**</u>
<u>**MARCH 9, 2026 LTR FROM JOHN DELLAPORTAS**</u>



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

**לפני כבוד השופט אריה ביטון**

**התובע**        **אריק הרשמן**

**נ ג ד**

**הנתבעים**    **1. ג'יין אלטשולר**
            **2. ששון מתתיהו**
            **3. דוד אהרון פרנס**

**נוכחים:**
ב"כ התובע עו"ד יובל נחמני
ב"כ הנתבע 2 עו"ד דוד בסידן
ב"כ הנתבע 3 עו"ד צפריר אשכנזי

**פרוטוקול**

| | |
|---|---|
| מקליט: | אוקיי. |
| כב' הש' ביטון: | כן, אז אנחנו בדיון הוכחות בתיק 21-04-27635. רשמנו את הצדדים, העדים ובאי כוחם. כמו שאמרתי קודם, יש לנו את, בפרשת התביעה, את התובע. חקירה נגדית שלו על תצהיר, על תצהיר העדות הראשית, ולאחר מכן של הנתבעים 1 ו-2 ושל צד ג'. אנחנו נתחיל בבקשה עם התובע בחקירה נגדית. |
| עו"ד נחמני: | רק שאדוני ירשום לפרוטוקול שחבריי לא ביקשו לחקור את תעודות עובד ציבור. |
| כב' הש' ביטון: | כן. אז לגבי תעודת עובד ציבור, לא נתבקשה חקירה של, אין עמידה על חקירת נותן, נותן התעודה, שזה בעצם, יש כאן, יש כאן כמה בעצם. |
| עו"ד נחמני: | 2. 2. |
| כב' הש' ביטון: | נכון? |
| עו"ד נחמני: | כן. |
| כב' הש' ביטון: | יש 2 שכמו, אחד (לא ברור). |
| עו"ד נחמני: | נכון. |
| כב' הש' ביטון: | נכון? |

10



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

עו״ד נחמני : כן.

כב׳ הש׳ ביטון : והשנייה זו מיכל יוספוב, נכון?

עו״ד נחמני : נכון.

כב׳ הש׳ ביטון : בסדר גמור. אז אלה מתקבלות כראיות, נשארות כראיות בתיק. בסדר גמור. אז בבקשה, חקירה נגדית לתובע.

עו״ד נחמני : הוא, אדוני רוצה אותו פה או,

כב׳ הש׳ ביטון : לא, כי כאן חייבים להיות. כל העדים יעמדו כאן, כיוון שצריך לשמוע אותם בהקלטה.

עו״ד אלטשולר : אדוני, אני אגיד שההחלטה של אדוני לגבי פישור לא התקיימה.

כב׳ הש׳ ביטון : נכון.

עו״ד אלטשולר : זאת אומרת, כולנו הסכמנו.

כב׳ הש׳ ביטון : אני יודע, אבל,

מקליט : גם צריך לשמוע את התובע,

כב׳ הש׳ ביטון : את,

מקליט : וגם,

כב׳ הש׳ ביטון : את העד, כן. ביחד.

מקליט : אז, אוקיי.

העד, מר הרשמן : אז ככה.

מקליט : כן.

כב׳ הש׳ ביטון : לא שומעים אותו אם הוא שם את זה?

מקליט : כן, כן.

כב׳ הש׳ ביטון : לא יישמעו אותו? יישמעו. אתה יכול לשים את זה עליו. ישמעו אותך. תהיה באזור, אתה יכול, רגע. המיקרופון עובד, נכון? הזה. זה לא עובד? הבנתי. בסדר. אז תהיה צמוד אליו, קרוב אליו כדי שזה, לגבי ההערה, הערה של, שלך הגברת אלטשולר, אז נכון, הצעתי לצדדים פישור והייתה הסכמה של כולם, אבל לא, לא התפנה לי מועד. אז לכן לא הגעתם לאופציה הזאת. חבל אבל,

עו״ד אלטשולר : חבל.

כב׳ הש׳ ביטון : אנחנו ניתן הכרה.

עו״ד אלטשולר : חבל על מי,

כב׳ הש׳ ביטון : בהתאם לזה, אם, אם אנחנו משלימים כאן את דיון ההוכחות.

מתורגמן : אדוני, היא צריכה לשאול את השאלות בעברית בשביל הפרוטוקול?

עו״ד אלטשולר : לא, לא. אני אשאל באנגלית.

11



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**          ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳

מתורגמן : ואני אתרגם אותן? אני,

עו״ד אלטשולר : (אנגלית).

כב׳ הש׳ ביטון : לא, אבל, אבל זה צריך, אבל זה צריך לפרוטוקול בעברית. אנחנו, כל דבר צריך לפרוטוקול בעברית כי אחר זה בהקלטה וזה צריך להיות מתומלל. אז הם לא יתמללו אנגלית, כן? הוא יתרגם לו כדי שהוא ישיב, ואז הוא מה שנקרא יתרגם בחזרה. הכל יהיה בעברית לפרוטוקול.

מתורגמן : בסדר.

כב׳ הש׳ ביטון : בסדר גמור. אנחנו במדינת ישראל, זה נקרא, ככה קוראים לנו. מדינת יהודים.

עו״ד אלטשולר : כן, יש גם דבר המלך במועצתו, אבל הכל בסדר.

כב׳ הש׳ ביטון : דבר המלך המועצות במועצתו נגמר. המלך הוא לא מלך שלנו והמועצה היא גם לא מועצה שלנו, עם כל הכבוד למה שהיה. מה שהיה, היה ועל זה אומרים הערבים (ערבית). אז עכשיו אנחנו נעבור לאנגלית.

עו״ד אלטשולר : לגמרי.

כב׳ הש׳ ביטון : ובבקשה, חקירה נגדית מתחילה נתבעת 1 לחקור את התובע. בבקשה. אדוני, אני מזהיר אותך לומר את האמת אחרת תהיה צפוי לעונשים הקבועים בחוק.

העד, מר הרשמן : אני מבין.

כב׳ הש׳ ביטון : אני רוצה שגם תאמר לו, כן? שימתין לשאלה. בסוף השאלה היא ישיב בצורה מסודרת. אתה, כן.

העד, מר הרשמן : אוקיי.

כב׳ הש׳ ביטון : Exactly. יופי. Please.

עו״ד אלטשולר : היי מר הרשמן.

העד, מר הרשמן : את זה אני הבנתי.

**ע.ת/1 מר אריק הרשמן, לאחר שהוזהר כחוק, משיב בחקירה נגדית לעורכת הדין ג׳יין אלטשולר באמצעות מתורגמן:**

עו״ד אלטשולר : אז מה? אתה אומר רק אמת?

העד, מר הרשמן : כן. אני אגיד לך את האמת.

ש : (אנגלית).

ת : אני אגיד לשופט את האמת.

ש : איך אתה מכיר אותי?





## בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח' |
|---|---|

| ת : | זו הפעם הראשונה שאני הכרתי אותך באופן אישי. אמרת לי כמה דברים מזעזעים לפני שהשופט, |
| ש : | (לא ברור). |
| ת : | נכנס לאולם. האשמת אותי בכך שהכרתי כביכול את ג'פרי אפשטיין שאותו לא פגשתי מעולם מימיי. שאלת אותי, האשמת אותי במין, בקיום מערכות מין עם קטינות בנות 12 וזה, וזה הוא שקר וזה מגוחך לגמרי. |
| ש : | (אנגלית). |
| ת : | לפני שנכנסת גם האשמת אותי בזה שאני אוהב לצוד חיות ושהרגתי ג'ירפה. ומעולם לא יצאתי לציד בחיי. וגם דיברת, אמרת כמה דברים מבזים כלפי הנשיא טראמפ ולמה הוא לא פה, כי הוא גבר לבן ואני גבר לבן. |
| ש : | (אנגלית). |
| מתורגמן : | אתה לא רק היית גבר לבן, אתה עדיין. |
| עו"ד נחמני : | בוא אבל נתמקד בעיקר. חבל על, |
| עו"ד אלטשולר : | אני לא יודעת. הוא מדבר. אני שאלתי (לא ברור). |
| העד, מר הרשמן : | (אנגלית). |
| עו"ד אלטשולר : | (אנגלית). |
| העד, מר הרשמן : | שאלת אותי, לא אבל, |
| עו"ד אלטשולר : | (אנגלית). |
| מתורגמן : | אדוני, אי אפשר לתרגם ככה. |
| כב' הש' ביטון : | כן, אז בואי גברתי. |
| עו"ד אלטשולר : | המילים חשובות. |
| עו"ד נחמני : | אין שאלה בזה. אין, |
| כב' הש' ביטון : | אוקיי. מה השאלה? |
| עו"ד אלטשולר : | שאלתי איך הוא מכיר אותו. הוא עדיין לא ענה. |
| כב' הש' ביטון : | הוא ענה. |
| עו"ד אלטשולר : | לא, לא. הוא לא ענה. |
| כב' הש' ביטון : | הוא אמר שהוא הכיר אותך פעם ראשונה כאן. |
| עו"ד אלטשולר : | לא. הוא תבע אותי. איך הוא מכיר אותי? (אנגלית). |
| העד, מר הרשמן : | אני יודע, אני מכיר את שמך מכיוון שמר, אני הכרתי את ששון מתתיהו ב-23 בספטמבר 2019 כשהוא נפגש, כשהוא, כשהוא בא להיפגש איתי, עם יובל נחמני ודרור ארד איילון במשרדים שלהם. אז הוא ציין את שמך, |





# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**         **08 דצמבר 2025**

שאת שכרת את שירותיו כדי לקחת את רישומי הבנק של אשתי, אורלי גנגר.

עו״ד אלטשולר : אורלי גנגר.

העד, מר הרשמן : ואז הוא הודה בכך שהוא, שהוא גם כתב עליי, על רישומי הנסיעות שלי ורשומות הבנק שלי. אז זו הפעם הראשונה ששמעתי את שמך.

עו״ד אלטשולר : מה השם המלא שלי?

העד, מר הרשמן : ג׳יין אלטשולר.

עו״ד אלטשולר : (אנגלית).

מתורגמן : לא, זה הוא לא שמי,

העד, מר הרשמן : זה השם שיש לי.

עו״ד אלטשולר : אוקיי. כמה ילדים יש לי?

העד, מר הרשמן : אני, אני לא יודע. לפני שהשופט נכנס אמרת שיש לך 2 בנות, אבל אין לי מושג אם זה נכון או לא.

ש : האם אני שכירה?

ת : אני חושב שאת שותפה בפרנס, בעמיתים, כמשרד עורכי דין.

ש : יש לך ראיות לזה?

ת : כן.

ש : מה הראיות?

ת : דוד פרנס הגיש מסמכים לבית המשפט בארצות הברית שכללו את שמך, ג׳יין אלטשולר ופרנס And co. ויחד עם כתובת המייל של אותו משרד עורכי דין. והוא גם העביר כרטיס ביקור עם שמך, ג׳יין אלטשולר, שהיא חלק מפרנס And co. והוא, והוא נשבע בבית המשפט ששניכם עבדתם ביחד.

ש : מה צבע כרטיס הביקור?

ת : אני צריך להסתכל. אני צריך,

ש : כן.

ת : אני אצטרך להסתכל על זה. נדמה לי,

ש : קדימה.

ת : שהוא בצבע שחמחם, אבל אני אצטרך להסתכל אם יורשה לי.

עו״ד נחמני : מה? זה לא הוגש.

עו״ד אלטשולר : תכף נראה. כל אחד וכרטיס הביקור שלו.

כב׳ הש׳ ביטון : זה מופיע איפה דרך אגב? באיזה,

דובר : זה לא מופיע.

14



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

כב' הש' ביטון : ‏לא מופיע?

דובר : ‏לא מופיע, זה לא הוגש.

כב' הש' ביטון : ‏אה, זה לא, לא הוצג?

דובר : ‏לא.

כב' הש' ביטון : ‏אוקיי.

העד, מר הרשמן : ‏זה, זה כרטיס ביקור שדוד פרנס הגיש לבית המשפט בארצות הברית.

כב' הש' ביטון : ‏כן.

העד, מר הרשמן : ‏ומופיע עליו שמה של ג'יין אלטשולר, ובעמוד הבא אני חושב שמופיעה כתובת הדואר האלקטרוני בחלק העליון. ג'יין שטרודל,

כב' הש' ביטון : ‏טוב זה,

העד, מר הרשמן : ‏פרנס And co נדמה לי.

כב' הש' ביטון : ‏(אנגלית). אבל את יכולה להסתכל, בבקשה.

עו"ד אלטשולר : ‏לא, אני,

כב' הש' ביטון : ‏חשוב שאת תראי.

עו"ד אלטשולר : ‏אני,

כב' הש' ביטון : ‏מה שהוא מציג.

עו"ד אלטשולר : ‏בחיים שלא לא ראיתי את הדבר הזה. יש לך חשבונית?

עו"ד נחמני : ‏רגע, רגע. אם חברתי אומרת שהיא בחיים לא ראתה את זה, שזה יוגש. אני מבקש שזה,

עו"ד נחמני : ‏אני מתנגד.

עו"ד נחמני : ‏אין כזה דבר, אין כזה דבר.

עו"ד אלטשולר : ‏קודם כל זה לא הוגש.

עו"ד נחמני : ‏אז אני עכשיו מבקש שזה יוגש.

עו"ד אלטשולר : ‏אני לא מעידה. אני שואלת שאלות.

עו"ד נחמני : ‏סליחה.

העד, מר הרשמן : ‏(אנגלית).

עו"ד נחמני : ‏רגע, רגע.

מתורגמן : ‏(אנגלית).

העד, מר הרשמן : ‏אוקי, Sorry.

כב' הש' ביטון : ‏כן.

העד, מר הרשמן : ‏Sorry.

עו"ד נחמני : ‏חברתי ביקשה מהעד להציג מסמך. העד העיד על המסמך, ובית המשפט הנכבד בחן את המסמך. חברתי אמרה שהיא מעולם לא ראתה את

15



<div dir="rtl">

# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**      **ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**

| | |
|---|---|
| | המסמך הזה שמצהיר עליה לכאורה לפי טענתה דבר שקר. אני מבקש שהמסמך הזה שמדברים עליו יוגש כמוצג. |
| כב׳ הש׳ ביטון : | אוקיי. |
| דובר : | אני מתנגד לבקשה. |
| כב׳ הש׳ ביטון : | כן. |
| דובר : | המסמר הזה לא, |
| דוברת : | גם אני. |
| דובר : | לא גולה במסגרת תצהיר גילוי מסמכים, ובכל מקרה אי אפשר להגיש אותו באמצעות הגברת ג״יין או באמצעות התובע כי זה לא, היא לא הודתה שזה שלה וזה מסמך שאנחנו רואים אותו פעם ראשונה. |
| עו״ד אלטשולר : | אני גם עורכת דין שחוקרת עד, כן? שנהיה ברורים איפה אנחנו נמצאים. |
| כב׳ הש׳ ביטון : | כן, אבל מכיוון שנשאלה כאן שאלה, הוא הציג את המסמך, כן? ביחס לאותה שאלה שנשאלה, כן? |
| עו״ד אלטשולר : | אבל אין טעם להגיש את זה. אנחנו, |
| כב׳ הש׳ ביטון : | שהוא נשאל. |
| עו״ד נחמני : | היא ביקשה את ההצגה, אדוני. |
| כב׳ הש׳ ביטון : | ולכן, לכן, |
| עו״ד נחמני : | כן. |
| כב׳ הש׳ ביטון : | הוא הציג מסמך, כן? שמעיד על, על התשובה שלו. מכיוון שכך, אין, אין שום בעיה לקבל אותו כראיה. |
| עו״ד אלטשולר : | ראיה למה? |
| כב׳ הש׳ ביטון : | ראיה. לא למה. |
| מתורגמן : | (אנגלית). |
| העד, מר הרשמן : | (אנגלית). |
| | (מדברים ביחד) |
| כב׳ הש׳ ביטון : | ראיה לתשובה, לתשובה, על מה הוא מסתמך בתשובה שלו. |
| העד, מר הרשמן : | אם יורשה לי להסביר כבודו, (לא ברור), שמגישים את זה לבית המשפט בארצות הברית. מופיע מספר התיק, איזה מסמך הוא בתיק, תאריך בזמן ההגשה למערכת, וזה סופק, זה סופק על ידי דוד פרנס והייעוץ שלו. כתובת דואר האלקטרוני היא פרנס And co. ואז מופיע דוד A פרנס, עם כתובת המייל DAP שטרודל פרנס נקודה CO. והוא מספק גם כתובת מייל מה-11 בספטמבר 2019. 14:53 אחרי הצהריים מגיין. כתוב גיין אלטשולר עם כתובת המייל שטרודל פרנס נקודה CO. זאת אומרת מאת |

</div>

16



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ג'יין לדוד פרנס. ואז מופיע, מופיעה החתימה שלה. ג'יין אלטשולר, עורכת דין, פרנס And co, רחוב ולנברג 18 א', מתחם CU בניין ג'.

כב' הש' ביטון :    כן.

העד, מר הרשמן :    תל אביב.

כב' הש' ביטון :    אוקיי. בסדר, אז בוא, אתה יכול להציג לי את המסמך הזה.

עו"ד אלטשולר :    כן, יאללה, תציג לו כבר. ג'יזס. אוקיי.

כב' הש' ביטון :    בוא, בוא רק, לאט. תן לי את,

עו"ד נחמני :    נגיש ונסמן.

כב' הש' ביטון :    יש את המסמך הזה, מה מופיע איתו? כל,

עו"ד נחמני :    כן, כל ההתכתבות המצורפים,

כב' הש' ביטון :    אבל זה כאן, יש כאן תשובה לשאילתא.

עו"ד נחמני :    נכון. נכון.

כב' הש' ביטון :    הבנתי.

העד, מר הרשמן :    מר פרנס גם, גם הגיש אתר אינטרנט שבו מופיעה תמונתה של ג'יין אלטשולר מטעם פרנס And co.

כב' הש' ביטון :    אוקיי.

העד, מר הרשמן :    ואני כמובן גם יכול,

כב' הש' ביטון :    המסמך הזה,

העד, מר הרשמן :    להגיש.

כב' הש' ביטון :    מסומן ב-ת\1.

דובר :    אפשר להסתכל עליו אדוני?

כב' הש' ביטון :    בוודאי. אם הוא מסומן, כל אחד יכול לראות.

עו"ד אלטשולר :    לאן הלכת?

כב' הש' ביטון :    בבקשה. אתה יכול להציג אותו גם ליתר הצדדים. בבקשה, אנחנו,

עו"ד נחמני :    תמשיכי, תמשיכי.

כב' הש' ביטון :    נמשיך בחקירה הנגדית. בבקשה הגברת אלטשולר.

עו"ד אלטשולר :    איך פותחים (לא ברור)? (אנגלית)? האם צריך תעודת זהות בשביל זה?

העד, מר הרשמן :    (אנגלית).

כב' הש' ביטון :    אבל גברתי, אם לא תשאלי את השאלות,

עו"ד אלטשולר :    איך פותחים תיבת מייל? האם צריך בשביל זה תעודה מזהה?

העד, מר הרשמן :    אין לי מושג. לא בארצות הברית, זה בטוח.

עו"ד אלטשולר :    (אנגלית).

כב' הש' ביטון :    בבקשה בעברית.





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                    08 דצמבר 2025

| | |
|---|---|
| עו״ד אלטשולר: | אני, |
| כב׳ הש׳ ביטון: | אנחנו בבית משפט בישראל. |
| עו״ד אלטשולר: | לגמרי. |
| כב׳ הש׳ ביטון: | בארצות הברית אני בטוח שלא מאפשרים לדבר בעברית. נכון? |
| עו״ד אלטשולר: | כנראה. |
| כב׳ הש׳ ביטון: | בטוח. נכון? |
| עו״ד אלטשולר: | נכון. |
| כב׳ הש׳ ביטון: | ואפילו יקנסו על זה אם, ייעלבו יותר מאשר הישראלים. |
| עו״ד אלטשולר: | יכול להיות. |
| כב׳ הש׳ ביטון: | אז אני מבקש לעמוד על, |
| עו״ד אלטשולר: | אני, |
| כב׳ הש׳ ביטון: | השפה העברית. |
| עו״ד אלטשולר: | מה לעשות? אני, |
| כב׳ הש׳ ביטון: | זו השפה המדוברת. |
| עו״ד אלטשולר: | (אנגלית). |
| כב׳ הש׳ ביטון: | בסדר. זה לא אומר שום דבר. השפה הרשמית פה היא עברית, וזה, להרבה אנשים יש גם עוד שפות. יש לי גם כמה שפות, אני לא משתמש בהן. |
| עו״ד אלטשולר: | חבל. |
| כב׳ הש׳ ביטון: | לא בבית משפט גברתי. |
| עו״ד אלטשולר: | יש לך, |
| כב׳ הש׳ ביטון: | וזה לא חבל. |
| עו״ד אלטשולר: | כן. |
| כב׳ הש׳ ביטון: | בבקשה לא להעיר הערות שלא, לא לצורך. |
| עו״ד אלטשולר: | אני, יש לי בעיה רפואית. |
| כב׳ הש׳ ביטון: | ש-מה היא? |
| עו״ד אלטשולר: | שאני, |
| כב׳ הש׳ ביטון: | שמעירה הערות חופשי? |
| עו״ד אלטשולר: | כן. לא, באמת. |
| כב׳ הש׳ ביטון: | אז, |
| עו״ד אלטשולר: | קוראים לזה, |
| כב׳ הש׳ ביטון: | אז אני מבקש להימנע מכך. |
| עו״ד אלטשולר: | כן, אבל זו בעיה רפואית. אני לא יכולה לשלוט בזה. טוב. לענייננו. איפה הייתי? אה, יש לך את הצהרות מס ההכנסה שלי? |

18



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

העד, מר הרשמן :   לא.

ש :   אוקיי. יש לך את תלושי השכר שלי מעורך דין פרנס?

ת :   לא.

ש :   יש לך עדים שאומרים שאני עובדת במשרד של עורך דין פרנס?

ת :   דיוויד פרנס שנמצא כאן.

ש :   חוץ מעורך דין פרנס. (אנגלית).

ת :   מלבד שותפך, לא, אני לא מכיר עוד איש.

ש :   (אנגלית).

ת :   את זה, (אנגלית).

ש :   (אנגלית).

ת :   אוקיי.

מתורגמן :   זה מאוד רלוונטי.

עו״ד אלטשולר :   (אנגלית). כן, אז אין לך עוד עדים?

העד, מר הרשמן :   רק, רק מה שמר מתתיהו, מתתיהו ומר פרנס סיפרו יחד עם הייעוץ שלהם.

עו״ד אלטשולר :   תבעת אותי על 850,000 ולא טרחת אפילו להשקיע בי חקירה של חוקר פרטי? אני נעלבת ממש. למה ככה?

העד, מר הרשמן :   (אנגלית).

עו״ד אלטשולר :   תבעת אותי בתביעה של 850,000 שקל. לי אין 850,000 שקל. אבל אם הייתי תובעת מישהו עבור 850,000 שקל, לכל הפחות הייתי עושה חקירה בשביל להוכיח שאני באמת עובדת אצל פרנס, יש לך כל כך הרבה כסף הרי. למה אתה לא משקיע בצורה נכונה?

העד, מר הרשמן :   אני מנסה, אני מנסה להשקיע את,

עו״ד אלטשולר :   אז אתה,

(מדברים ביחד)

העד, מר הרשמן :   אני מנסה להשקיע את הכסף שלי בתבונה, בניגוד למה שאמרת לפני שכבוד השופט נכנס לאולם. שאמרת, שאמרת שאין לך כסף. אני, אני הגעתי לפסגה מלמטה. התחלתי כתובע בארצות הברית, בניו יורק. והייתי משתכר ב-23,000 דולר, והיה לי חוב של 150,000.

מתורגמן :   100,000, 150,000, לא? כן. אוקיי. (אנגלית).

העד, מר הרשמן :   (אנגלית).

מתורגמן :   אה, 100. 100,000. סליחה.

כב׳ הש׳ ביטון :   כן.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳        08 דצמבר 2025

| | |
|---|---|
| העד, מר הרשמן: | אני עבדתי עד, וטיפסתי בסולם עד שהצלחתי לעשות כסף. |
| עו״ד אלטשולר: | לא ענית על השאלה. לא ענית על השאלה. |
| העד, מר הרשמן: | כך התחלתי את הקריירה שלי. שאלתך היא למה, למה לא שכרתי, |
| עו״ד אלטשולר: | אתה תובע אותי. |
| העד, מר הרשמן: | חוקר פרטי כדי לחקור אותך. כי הבעיה עם מה שאת עשית, זה שאת יחד, מתתיהו ופרנס שגנבתם את המידע של אשתי. |
| עו״ד נחמני: | ושלי. |
| מתורגמן: | ושלי. |
| עו״ד נחמני: | של אשתי ושלי. כן. |
| העד, מר הרשמן: | איך עוד, אחרת, |
| עו״ד אלטשולר: | אני מכירה אותך? |
| העד, מר הרשמן: | אחרת איך אפשר להסביר שקיבלת, שהגשתם את רישומי הנסיעות שלי? |
| עו״ד אלטשולר: | אני מכירה אותך? |
| העד, מר הרשמן: | גם, גם, |
| עו״ד אלטשולר: | אני לא מכירה אותך. אני מכירה אותך? |
| (מדברים ביחד) | |
| מתורגמן: | כבודו, כבודו. אני לא יכול לתרגם ככה. |
| כב׳ הש׳ ביטון: | רגע. לאט. |
| מתורגמן: | לא. לא. אני לא יכול. |
| כב׳ הש׳ ביטון: | כן. |
| העד, מר הרשמן: | אני מעולם לא הכרתי אותך. את הלכת וביקשת את תעודת הזהות הפרטית של אשתי. ואז, ואז שכרת אותו, את ששון מתתיהו, שמתי, לפני שהמשרד, המשרד הממשלתי נפתח, נדמה לי שזה היה משרד הפנים, הוא נכנס למחשבים כדי למצוא מידע עליי ועל אשתי. הוא התקדם, ששון מתתיהו, העביר את חשבון הבנק של אשתי מלפני 15 שנה אלייך, נכון. |
| עו״ד אלטשולר: | אתה יודע מי זה, |
| העד, מר הרשמן: | הוא לקח את רישומי, |
| (מדברים ביחד) | |
| עו״ד נחמני: | רגע. הוא צריך להשלים, להשלים את השאלה. |
| העד, מר הרשמן: | (אנגלית)? |
| עו״ד אלטשולר: | לא. |
| כב׳ הש׳ ביטון: | כן. |
| העד, מר הרשמן: | (אנגלית)? |



20



# בית משפט השלום בתל אביב -יפו

ת״א 27635-04-21 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

| | |
|---|---|
| עו״ד אלטשולר : | לא. |
| עו״ד נחמני : | אבל אני מבקש, |
| | (מדברים ביחד) |
| כב׳ הש׳ ביטון : | רגע, רגע. |
| עו״ד אלטשולר : | כבודו. |
| עו״ד נחמני : | אני מבקש שהוא ישלים. |
| עו״ד אלטשולר : | הוא מספר סיפורים ולא עונה על השאלה. אני שואלת שאלות ספציפיות. הוא מספר לי על חייו, שיש לו 100,000 דולר חוב. למי אכפת? הוא בטח גדל ב-Fifth avenue, שאני הלכתי והוצאתי חשבון בנק כשאפשר להשיג את זה ב-דן (לא ברור) סטריט ב-5 דקות של תשלום 200 שקל. הכל טוב, אבל תמשיך. (אנגלית). |
| העד, מר הרשמן : | את זה הבנתי, זה, מעולם לא גרתי בשדרה החמישית. |
| כב׳ הש׳ ביטון : | אוקיי. |
| העד, מר הרשמן : | (אנגלית), |
| כב׳ הש׳ ביטון : | (אנגלית). |
| העד, מר הרשמן : | אז איך למדתי על זה? הוא לקח את המידע, העביר אותו אלייך, את העברת אותו לפרנס, פרנס אז שעבד עם היועץ שלו בארצות הברית. האשים אותי בהונאה. בהונאה ופשיטת רגל. את ושותפך האשימו אותי בהונאה, פשיטת רגל, והם שיקרו, |
| עו״ד נחמני : | לא. האשימו אותי, |
| מתורגמן : | אמרתי. |
| עו״ד נחמני : | בעדות שקר. |
| מתורגמן : | מה? |
| עו״ד נחמני : | לא הם שיקרו. האשימו אותי בעדות שקר. |
| כב׳ הש׳ ביטון : | כן. |
| מתורגמן : | אה, האשימו, אוקיי. |
| עו״ד נחמני : | אוקיי. אז תתקן. |
| העד, מר הרשמן : | האשימו אותי, |
| מתורגמן : | תודה. כן. |
| עו״ד נחמני : | כן. |
| העד, מר הרשמן : | האשימו אותי בעדות שקר, מתוך רשימה של כמה עוד עבירות מיוחסות. |
| כב׳ הש׳ ביטון : | כן. |
| העד, מר הרשמן : | הכל מכיוון שאת הלכת וסידרת, |

21



# בית משפט השלום בתל אביב -יפו

| | |
|---|---|
| עו״ד אלטשולר : | ולמה עשיתי את זה? |
| העד, מר הרשמן : | על רישומי הנסיעות והבנקים. |
| עו״ד אלטשולר : | למה עשיתי את זה? אנחנו שכבנו ביחד? |
| עו״ד נחמני : | לא, אני, אדוני. ישבתי בשקט. |
| עו״ד אלטשולר : | למה עשיתי את זה? |
| עו״ד נחמני : | סליחה רגע, אני מבקש לעצור. |
| עו״ד אלטשולר : | לא. אני רוצה לשאול אותו. למה עשיתי את זה? |
| עו״ד נחמני : | אבל אני רוצה, |
| כב׳ הש׳ ביטון : | אני, |
| עו״ד נחמני : | אבל אני רוצה לפנות לבית המשפט. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד אלטשולר : | (אנגלית). |
| עו״ד נחמני : | אני רוצה לפנות לבית המשפט הנכבד. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד נחמני : | אני, אדוני רואה שאני לא התנגדתי עד עכשיו למרות הסגנון והקרבה לעד, |
| עו״ד אלטשולר : | אין פה מקום. |
| עו״ד נחמני : | והצעקות, וחלק גדול, |
| עו״ד אלטשולר : | הצעקות? |
| כב׳ הש׳ ביטון : | רגע גברתי. גברתי, גברתי. |
| עו״ד נחמני : | לא צריך. אם לא, |
| כב׳ הש׳ ביטון : | הוא עכשיו מדבר. אני מבקש. כן. |
| עו״ד נחמני : | את מוכנה רגע לתת לי לדבר? תודה. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד אלטשולר : | לא. |
| כב׳ הש׳ ביטון : | מה לא? אני מאפשר לו לדבר. אדוני, |
| עו״ד אלטשולר : | דבר. אוי, נותקתי. |
| כב׳ הש׳ ביטון : | אבל בבקשה לא להפריע. כן. |
| עו״ד נחמני : | אני, |
| עו״ד אלטשולר : | (אנגלית). |
| עו״ד נחמני : | אני נותן לבית המשפט הנכבד לקבוע את החקירה, בכל הכבוד הראוי, למרות שאני חושב שחלקה הגדול לא רלוונטי. אני לא מוכן, |
| עו״ד אלטשולר : | יש לי שיער שנושר. |



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

עו"ד נחמני :    אני לא מוכן שחברתי תגלוש מעבר לכל קו מקובל ותגיד אני שכבתי עם
מישהו, אני לא שכבתי עם מישהו.

עו"ד אלטשולר :    שאלתי אותו אם שכבתי איתו.

עו"ד נחמני :    אני,

עו"ד אלטשולר :    שיגיד לא.

עו"ד נחמני :    אם צריך, שחברתי תצא כשאני מתנגד. אני לא יכול לדבר.

כב' הש' ביטון :    טוב.

עו"ד נחמני :    אני לא,

עו"ד אלטשולר :    לא הבנתי.

כב' הש' ביטון :    אני, אני, רק רגע גברתי. אני רוצה, אני חושב שאם את רוצה,

עו"ד אלטשולר :    הוא לא מכיר אותי.

כב' הש' ביטון :    אבל,

עו"ד אלטשולר :    הוא תבע אותי סתם. אני לא מכירה אותו.

כב' הש' ביטון :    גברתי.

עו"ד אלטשולר :    אין לי שום קשר לעניין הזה.

כב' הש' ביטון :    אבל,

עו"ד אלטשולר :    אני מבזבזת פה את זמני כשאני יכולה לעשות משהו אחר.

כב' הש' ביטון :    גברתי.

עו"ד אלטשולר :    כמו לעזור לאנשים שאשכרה מגיע להם שיעזרו להם ולא הוא.

כב' הש' ביטון :    זה,

עו"ד אלטשולר :    אני לא קשורה לפה בשום דרך, צורה,

כב' הש' ביטון :    אבל,

עו"ד אלטשולר :    ואופן.

כב' הש' ביטון :    אבל כבר,

עו"ד אלטשולר :    ולכן אני שואלת,

כב' הש' ביטון :    אבל כבר טענת,

עו"ד אלטשולר :    אם אני שכבתי איתו.

כב' הש' ביטון :    אבל כבר טענת את זה כמה פעמים.

עו"ד אלטשולר :    לא. עוד לא.

כב' הש' ביטון :    ועכשיו אנחנו בהליך.

עו"ד אלטשולר :    עוד לא טענתי את זה.

כב' הש' ביטון :    (לא ברור).

עו"ד אלטשולר :    שאלתי אותו. שיענה על השאלה.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

כב׳ הש׳ ביטון : גברתי, אבל רק רגע. אני, אני רוצה להבהיר משהו ואת לא מאפשרת.

עו״ד אלטשולר : כן.

כב׳ הש׳ ביטון : יש, בכל זאת, אם את רוצה לשאול את השאלה הזאת,

עו״ד אלטשולר : אני רוצה לשאול את השאלה הזאת.

כב׳ הש׳ ביטון : רק רגע, אבל תקשיבי, אבל אני מבקש ממך. את לא מאפשרת,

עו״ד אלטשולר : מה? לא מאפשרת מה? בזבוז זמני לריק? לשווא? כן.

כב׳ הש׳ ביטון : גברתי.

עו״ד אלטשולר : לא, לא מאפשרת. מה לעשות?

כב׳ הש׳ ביטון : אז אם ככה, זה גם בזבוז זמני לריק?

עו״ד אלטשולר : בזבוז של זמנים של כולנו.

כב׳ הש׳ ביטון : אבל זה מה שיש גברתי. יש הליך. כן?

עו״ד אלטשולר : (אנגלית).

כב׳ הש׳ ביטון : יש הליך, כן? ואנחנו נסיים אותו ואת תתמקדי בשאלות הרלוונטיות. עכשיו תראי,

עו״ד אלטשולר : זו שאלה רלוונטית מבחינתי.

כב׳ הש׳ ביטון : עכשיו, אם,

עו״ד אלטשולר : כמו שהחוב שלו,

כב׳ הש׳ ביטון : רק רגע. אני אאפשר.

עו״ד אלטשולר : לקולומביה רלוונטי.

כב׳ הש׳ ביטון : אני אאפשר את השאלה הזאת, הגם שנראה לי שהיא יצאה מה שנקרא Out of the blue כזה מתוך זה, ואני הייתי מציע שאת בכל זאת,

עו״ד אלטשולר : מה?

כב׳ הש׳ ביטון : אני חושב,

עו״ד אלטשולר : תתנהגי כמו אישה?

כב׳ הש׳ ביטון : לא אמרתי דבר כזה. אמרתי שאת צריכה להתנהג לא כמו אישה ולא כמו גבר, אלא להתנהג בבית המשפט בצורה מכובדת.

עו״ד אלטשולר : אני מכובדת מאוד.

כב׳ הש׳ ביטון : לא.

עו״ד אלטשולר : לא שאלתי אותו Did he fucked me, שאלתי אותו אם שכבנו ביחד.

כב׳ הש׳ ביטון : אני, אני חושב שמה, גברתי, כל הדברים האלה מוקלטים.

עו״ד אלטשולר : אני יודעת.

כב׳ הש׳ ביטון : זה לא מכובד.

עו״ד אלטשולר : יותר מזה, אני אפרסם את כל,

24



## בית משפט השלום בתל אביב - יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                    08 דצמבר 2025

| | |
|---|---|
| כב' הש' ביטון : | אז אני חייב, |
| עו"ד אלטשולר : | זה אחרי זה. כי זה, |
| כב' הש' ביטון : | את יכולה לפרסם מה, מה שהחוק מאפשר לך לפרסם. |
| עו"ד אלטשולר : | בדיוק, נכון. |
| כב' הש' ביטון : | עכשיו, גברתי, הכל מוקלט ואני, אז אני חייב להעיר לך לכבד את בית המשפט. כן? |
| עו"ד אלטשולר : | אני מכבדת את בית המשפט. |
| כב' הש' ביטון : | אם את כל כך עומדת על השאלה הזאת, |
| עו"ד אלטשולר : | אני עומדת על השאלה. |
| כב' הש' ביטון : | אני, אני אאפשר, אבל אני מבקש, כן? שיהיה כאן, שהשאלה תהיה, שהשאלות יהיו מכובדות. כן? |
| עו"ד אלטשולר : | מכובדות מאוד. |
| כב' הש' ביטון : | ענייניות. ענייניות. |
| עו"ד אלטשולר : | ענייניות. כל מה ששאלתי עד עכשיו היה ענייני. |
| כב' הש' ביטון : | ענייניות. |
| עו"ד אלטשולר : | וכל מה שהוא ענה, |
| כב' הש' ביטון : | אני, |
| עו"ד אלטשולר : | לא ענייני בכלל. כי אני שואלת שאלה והוא לא עונה. |
| כב' הש' ביטון : | ועדיין אני לא חושב, |
| עו"ד אלטשולר : | אז אני שואלת. |
| כב' הש' ביטון : | אני לא חושב, אף אחד לא טען שהההיכרות ביניכם, קודם כל, אם היא רלוונטית, כמה היא רלוונטית, כי זה לא העניין. |
| עו"ד אלטשולר : | אני מנסה לבסס, |
| כב' הש' ביטון : | כן? |
| עו"ד אלטשולר : | מה ההיכרות בינינו. |
| כב' הש' ביטון : | הוא הסביר לך, הוא, |
| עו"ד אלטשולר : | אני לא יודעת מה ההיכרות בינינו. |
| כב' הש' ביטון : | אבל, |
| עו"ד אלטשולר : | אני לא מכירה אותו. |
| כב' הש' ביטון : | הוא, הוא ענה לך איך הוא מכיר אותך. |
| עו"ד אלטשולר : | לא. הוא לא ענה לי איך הוא מכיר אותי. |
| כב' הש' ביטון : | הוא ענה איך הוא מכיר. |
| עו"ד אלטשולר : | הוא ענה לי איך הוא שמע את השם שלי. |

25



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| כב' השי ביטון : | נכון. |
| עו"ד אלטשולר : | זה שני דברים שונים. |
| כב' השי ביטון : | הוא לא מכיר אותך מעבר לזה. זה, הוא אמר את זה. |
| עו"ד אלטשולר : | אז הוא צריך להגיד א תזה. |
| כב' השי ביטון : | הוא אמר את זה. |
| עו"ד אלטשולר : | הוא לא אמר את זה. |
| כב' השי ביטון : | הוא אמר את. זה עכשיו, |
| עו"ד אלטשולר : | אנחנו נקשיב, |
| כב' השי ביטון : | עכשיו, |
| עו"ד אלטשולר : | להקלטה שוב ונראה. |
| כב' השי ביטון : | טוב. בסדר. אני מבקש עוד פעם. אני, אני לא רוצה להיגרר כאן, |
| עו"ד אלטשולר : | Don't smile. |
| עו"ד נחמני : | אני, אדוני, אני לא, באמת. אני לא להיות מותקף פה. אני מבקש, אם צריך, |
| עו"ד אלטשולר : | אתה פוחד ממני? אני אלימה פיזית? אתה גדול ממני פי 2 בערך. אתה יכול להרים אותי ולדחוף אותי לשם. |
| כב' השי ביטון : | טוב. גברתי, הזמן שלך קצר כי אין לנו הרבה זמן. כן? |
| עו"ד אלטשולר : | אני רואה שאין לנו הרבה זמן. |
| כב' השי ביטון : | ולכן את תהיי, |
| עו"ד אלטשולר : | אבל מה לעשות? |
| כב' השי ביטון : | תהיי ממוקדת. אדוני, בוא תשיב לשאלה. איך, איך אתם מכירים? יש כאן שאלה לא נעימה, אבל בכל זאת, היא עומדת עליה. האם היה ביניכם קשר מיני כמו שהיא אומרת, כמו שהיא שואלת? היא שאלה האם שכבת איתה. ככה היא שאלה, אז אנחנו נאלצים לעמוד, לחזור על זה. |
| העד, מר הרשמן : | לא. אני לא. |
| עו"ד אלטשולר : | (אנגלית). תודה לך על זה. נעבור הלאה. איך אתה יודע שאני ופרנס שותפים במירכאות, חוץ ממה שפרנס אמר לך? |
| העד, מר הרשמן : | הוא לא אמר לי. |
| ש : | לא משנה. לבית משפט. |
| ת : | הוא אמר לבית המשפט. |
| ש : | חוץ, חוץ. |
| ת : | (אנגלית)? |
| ש : | כן. חוץ. |

26



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**    **08 דצמבר 2025**



ת :    את רוצה שאני אענה על השאלה או לא?

כב׳ השׁ׳ ביטון :    רגע, רגע. כן. תתני,

העד, מר הרשמן :    ששון מתתיהו אמר שאת העסקת אותו כדי להשיג את הרישומים.

עו״ד אלטשולר :    הוא אמר לך שאנחנו שותפים? ששון מתתיהו, האם הוא אמר? כי אני קראתי את התמלול. האם הוא השתמש במילים שותפים? האם הוא השתמש במילים שכירה? האם הוא השתמש במילים עובדת? או שמה שהוא אמר זה שגיין אלטשולר ביקשה ממני? זה מה שהוא אמר?

העד, מר הרשמן :    את רוצה שאני אענה על השאלה או לא? אם את רוצה לדעת, אני אגיד לך. קראתי את התמלול, אבל בוא תענה.

ת :    ששון מתתיהו בפגישה ב-23 בספטמבר, 2019, אמר שמעולם לא שמע על,

ש :    האם הוא השתמש במילה שותפים? כן או לא?

ת :    (אנגלית).

ש :    Yes.

ת :    לא.

ש :    אוקיי.

ת :    לא.

ש :    האם הוא השתמש במילה,

(מדברים ביחד)

מתורגמן :    אני לא יכול לתרגם.

כב׳ השׁ׳ ביטון :    רגע.

עו״ד אלטשולר :    עובדת?

מתורגמן :    אדוני, אני לא יכול לתרגם.

כב׳ השׁ׳ ביטון :    כן, כן. תתרגם.

עו״ד אלטשולר :    האם הוא השתמש,

מתורגמן :    לא.

עו״ד אלטשולר :    במילה עובדת?

מתורגמן :    שנייה. אני צריך עדיין לתרגם את,

עו״ד אלטשולר :    אוקיי.

מתורגמן :    את התשובה שלו.

כב׳ השׁ׳ ביטון :    כן.

מתורגמן :    תודה. לא. הוא לא אמר את זה ב-23 בספטמבר.

כב׳ השׁ׳ ביטון :    כן.



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025



עו"ד אלטשולר : האם הוא השתמש במילה עובדת? האם הוא השתמש במילה עובדת של פרנס?

העד, מר הרשמן : (אנגלית).

עו"ד אלטשולר : (אנגלית).

העד, מר הרשמן : (אנגלית).

עו"ד אלטשולר : (אנגלית).

העד, מר הרשמן : אני, אני לא יודע, לא יודע למה את צועקת עליי. ב-23 בספטמבר, כשנפגשנו עם מר מתתיהו, הוא,

(הפסקה)

העד, מר הרשמן : הוא אמר שהוא מעולם לא שמע, אמר שמעולם לא שמע על דוד פרנס. ואני שאלתי אותו במפורש אם הוא הכיר אותו.

עו"ד אלטשולר : הוא אמר את, שאת העסקת אותו כדי, כדי להשיג את המידע עליי ועל אשתי.

כב' השי' ביטון : כן.

עו"ד אלטשולר : ואני שילמתי לו?

העד, מר הרשמן : אני, אני לא יודע.

עו"ד אלטשולר : אני שואלת. אתה יודע הכל על ששי. שילמתי לו?

העד, מר הרשמן : אני לא יודע הכל על ששי.

דובר : לא יודע הכל?

עו"ד אלטשולר : שילמת? אני שילמתי לו? מי שילם לו? שאלת אותו מי שילם לו בפגישה.

העד, מר הרשמן : זה היה,

עו"ד אלטשולר : שאלת אותו בפגישה מי שילם לו?

העד, מר הרשמן : פרנס And co או את,

מתורגמן : את יכולה בבקשה לחכות שאני אתרגם את התשובה? תודה. מה הייתה שאלתך?

עו"ד אלטשולר : אני כבר לא זוכרת.

דובר : (לא ברור).

עו"ד אלטשולר : כן. משהו כזה.

מתורגמן : ש-מה? לא, לא שמעתי.

עו"ד אלטשולר : שאלת את ששי מי שילם לו?

העד, מר הרשמן : אני לא זוכר.

ש : השוטרים שאלו את ששי מי שילם לו?

ת : אני לא יודע.

28



# בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳ |
|---|---|



ש : למה לא נחקרתי במשטרה?

ת : אני לא יודע. תפני למשטרה, תשאלי את המשטרה.

ש : למה לא נתת את השם שלי למשטרה?

ת : אני, אני סיפקתי את, אני סיפקתי את המידע על המשטרה. אני לא יודע אם השם שלך הופיע שם או לא.

ש : כשקיבלת את התיק וראית שאני לא נחקרתי, למה לא ביקשת השלמת חקירה?

מתורגמן : שוב?

עו״ד אלטשולר : כשקיבלת את התיק מהמשטרה, וראית שלא נחקרתי, למה לא ביקשת השלמת חקירה?

העד, מר הרשמן : אני לא מבין את השאלה.

ש : כשקיבלת את התיק ממשטרת ישראל וראית שמי שארגנה את כל החקירה נגד אשתך ונגד חמותך ונגד, להאשים אותך ב-(אנגלית), למה לא ביקשת השלמת חקירה? למה לא ביקשת מהשוטרים, הנה, ג׳יין אלטשולר היא עורכת דין, תתקשרו אליה, תזמנו אותה לחקירה?

ת : אנחנו ביקשנו שימשיכו לחקור ולבדוק. אני לא דיברתי עם המשטרה לאחר מכן.

ש : בתיק המשטרה מופיעים כל הפעולות.

ת : (אנגלית).

ש : אה, אוקיי.

ת : (אנגלית)?

ש : כן.

ת : עורך הדין שלי דיבר עם המשטרה אז.

ש : הבנתי. אוקיי. למה לא תבעת אותי בספטמבר 23׳? 2019.

ת : כי באותו תאריך לא ידעתי הרבה עלייך מלבד העובדה ששישון מתתיהו אמר שאת היית מעורבת בגניבת המידע. אלא אם כן, אלא אם כן את יודעת על דרך,

עו״ד נחמני : פלאית.

מתורגמן : מה?

כב׳ הש׳ ביטון : חוקית.

עו״ד נחמני : פלאית.

עו״ד אלטשולר : פלאית.

כב׳ הש׳ ביטון : חוקית.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| מתורגמנית : | פלאית, כן, להשיג את המידע. |
| כב׳ הש׳ ביטון : | לא, לא. הוא לא אמר, |
| העד, מר הרשמן : | (אנגלית)? |
| כב׳ הש׳ ביטון : | חוקית הוא אמר. |
| עו״ד אלטשולר : | לא אבל בחקירה, |
| העד, מר הרשמן : | איך, איך קיבלת את, את המידע, |
| ש : | לא הבנתי. |
| ת : | של הבנקים, |
| ש : | אתה חוקר אותי? |
| ת : | לפני 15 שנה? |
| ש : | אתה עוד תכף, תכף אנחנו נתהפך. |
| ת : | שאלת, שאלתי אותי למה לא עשיתי משהו. |
| ש : | אני עוד פעם אומרת. אנחנו תכף נתהפך. |
| ת : | אמרתי לששון מתתיהו בפגישה, |
| ש : | תישא נאום. לי לא אכפת. |
| ת : | לקחתי את הכל, |
| ש : | (אנגלית). |
| ת : | ברצינות, כאילו מדובר היה בהתקף לב. |
| ש : | (אנגלית). |
| כב׳ הש׳ ביטון : | טוב. |
| עו״ד אלטשולר : | (אנגלית). |
| כב׳ הש׳ ביטון : | טוב. |
| העד, מר הרשמן : | (אנגלית)? |
| עו״ד אלטשולר : | לא. |
| כב׳ הש׳ ביטון : | שאלה. |
| עו״ד אלטשולר : | למה לא תבעת אותי? |
| העד, מר הרשמן : | שאלת אותי. אמרתי לך שלא היה לי מידע עלייך ב-23 בספטמבר 2019, מלבד ששון מתתיהו אמר שאת זו, |
| ש : | כרגע, |
| ת : | שהעסקת אותו לעשות את זה. וכשהוא, כשהוא יצא לקחת הפסקות ולדבר עם עורכת דין אישה, הוא אמר, |
| ש : | (אנגלית). |
| ת : | שזאת לא את. |

30



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש : (אנגלית). אוקיי. (אנגלית). אוקיי.

ת : (אנגלית).

ש : (אנגלית).

ת : כן. והוא רצה שנסכים שלא נלך למשטרה או שנתבע אותו, ואני אמרתי לא.

ש : אוקיי. סבבה. בתחילת החקירה פה, לא שם, פה, אמרת שאין לך עדיין שום מידע עליי. נכון?

ת : זה לא נכון.

ש : כמה ילדים יש לי?

ת : למדתי הרבה כבר עלייך. אמרת שיש לי, שיש לך,

ש : מתי דקרו אותי?

ת : 2 בנות.

ש : מתי דקרו אותי? שלחתי את זה לעורך הדין שלך. מתי דקרו אותי.

ת : (אנגלית),

ש : שלחתי את זה לעורך הדין שלך, מתי דקרו אותי.

ת : אני, אני,

ש : (אנגלית).

ת : אני לא, אני לא יודע, ואני לא יודע מה זה קשור.

ש : שלחתי את זה לעורך הדין שלך.

ת : את רצית,

כב' הש' ביטון : טוב.

העד, מר הרשמן : רצית להראות לי את הצלקת שלך.

כב' הש' ביטון : בוא, בוא נהיה ממוקדים בבקשה כי החקירה שלך עוד מעט מסתיימת. אנחנו,

עו"ד אלטשולר : אני לא יודעת מה היא מסתיימת או לא, כי אנחנו אפילו לא הגענו לפואנטה.

כב' הש' ביטון : אז תגיעי לפואנטה. קדימה.

עו"ד אלטשולר : אין פואנטה. מה לעשות?

כב' הש' ביטון : אז אם אין פואנטה, אז נשארו לך 10 דקות לסיים את החקירה. רבע שעה לכל היותר.

עו"ד אלטשולר : למה 10 דקות? השעה רק,

כב' הש' ביטון : כיוון שיש,

עו"ד אלטשולר : 10:00.

31



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



| | |
|---|---|
| כב' השי ביטון : | כיוון שיש עוד אחרים. |
| עו"ד אלטשולר : | כן, אבל אנחנו עד 16:00. אז אם נחלק את זה לפי, |
| כב' השי ביטון : | אני, אני מחלק את זה. |
| עו"ד אלטשולר : | אה, אוקיי. סבבה. אז מה שנקרא, לערעור. מה לעשות? כן. איפה הייתי? למה אשתך לא תבעה אותי? |
| העד, מר הרשמן : | אני לא יודע את התשובה לזה. |
| ש : | אתה גר עם אשתך באותו בית? |
| ת : | כשאני עבדתי בוושינגטון לא גרנו ביחד. מאז שסיימתי לעבוד בוושינגטון, אנחנו חיים יחד. |
| ש : | ואף פעם לא שאלת אותה למה היא לא תבעה אותי. |
| ת : | תצטרכי לדבר איתה ועם עורך הדין. אני לא, לא מבין את הנקודה, |
| ש : | כן. |
| ת : | שהיא רצתה לתבוע אותך. השופט קבע שזה, שזה הושג בדרכים לא, |
| ש : | אבל לא נתבעתי, אז אני לא יודעת. |
| ת : | את לא קראת, |
| ש : | אני לא נתבעתי. |
| ת : | את ההחלטה הזאת. |
| ש : | אז אני לא יודעת. |
| ת : | אני אוודא, |
| ש : | לא, |
| ת : | שבהפסקה אני אתן לך עותק של ההחלטה. |
| ש : | אבל, אבל לא, אבל לא נתבעתי. |
| ת : | את יודעת שהשופט, (אנגלית)? |
| ש : | (אנגלית). |
| ת : | את מתעצבנת על זה שלא נתבעת? אני אדבר עם מר נחמני, |
| ש : | למה תבעת אותי, |
| ת : | שידבר עם אשתי כדי שנוכל לתבוע אותך. |
| ש : | 3 שנים אחרי ולא בספטמבר? |
| ת : | אנחנו ערכנו חקירה מלאה. ניסינו לגלות מה קרה, מה התרחש. עבדנו עם המשטרה, עבדנו עם התובע, עם משרד התובע הכללי. עבדנו עם סוכנויות אכיפת החוק בארצות הברית כדי לבדוק אם המידע שלי הגיע מטעם ישות כל שהיא שמשתייכת, |
| ש : | איך כל זה קשור אליי? |

32



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

| | |
|---|---|
| ת : | והם אמרו שזה לא. |
| ש : | איך, |
| ת : | כי אנחנו חקרנו. ועד, עד כמה שזלזלת בי, אני כן ניסיתי לעשות דברים אחרים בעולם. כשאת גנבת את המידע, |
| ש : | אני גנבתי? |
| ת : | אני עבדתי. כן. עם ששון, 100 אחוז. בלעדייך זה לא היה קורה. |
| ש : | (אנגלית). |
| ת : | בלי לנסות להעסיק חוקר חוקר פרטי כעורך דין, זה לא היה, זה לא היה מתגלה. את חושבת שהוא קם יום אחד, יום בהיר אחד ועשה את זה? אני, אני עבדתי על מדיניות, |
| ש : | האם הצלת את החטופים? |
| | (מדברים ביחד) |
| עו״ד נחמני : | רגע, רגע, רגע. |
| העד, מר הרשמן : | בארצות הברית התיכונה לטובת הממשל. |
| עו״ד נחמני : | לא. |
| עו״ד אלטשולר : | הצלת את החטופים? |
| עו״ד נחמני : | רגע. |
| עו״ד נחמני : | (אנגלית) זה המזרח התיכון. |
| כב׳ הש׳ ביטון : | זה המזרח התיכון. |
| עו״ד נחמני : | לא ארצות הברית. |
| מתורגמן : | אה, סליחה, סליחה. כן. |
| כב׳ הש׳ ביטון : | אוקיי. |
| מתורגמן : | סליחה. מדיניות במזרח התיכון. |
| כב׳ הש׳ ביטון : | כן. |
| העד, מר הרשמן : | (אנגלית)? |
| עו״ד אלטשולר : | הצלת את החטופים? |
| העד, מר הרשמן : | כן. אני עבדתי על שחרור החטופים. נכון. |
| עו״ד אלטשולר : | את מי הצלת? ספציפי. שם. תגיד לי שם. את אלכסנדר? |
| העד, מר הרשמן : | זה לא עניינך מה עשיתי. |
| כב׳ הש׳ ביטון : | זה לא עניינך. |
| עו״ד אלטשולר : | אוקיי. |
| העד, מר הרשמן : | זה קרה עכשיו. |

33



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**          ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'

| | |
|---|---|
| עו"ד אלטשולר: | זה כשאני ישבתי בבור במילואים, ואשכרה ראיתי את החטופים, אתה הצלת אותם. זה מה שאתה מנסה להגיד? |
| כב' הש' ביטון: | טוב, גברתי, אני חושב שהשאלה הזאת לא רלוונטית. בוא תתמקדי בעניין, |
| עו"ד אלטשולר: | הוא כרגע אמר שהוא עשה דברים במקום, |
| כב' הש' ביטון: | הזמן שלך, |
| עו"ד אלטשולר: | לתבוע אותי. |
| כב' הש' ביטון: | אבל זה לא רלוונטי השאלות האלה מה הוא עשה, מה את עשית בזמן הזה. |
| עו"ד אלטשולר: | הוא לא תבע אותי במשך, |
| כב' הש' ביטון: | בואי תהיה ממוקדת בעילת, בעילה של התביעה. |
| עו"ד אלטשולר: | אני, אני ממוקדת. הוא תבע אותי, |
| כב' הש' ביטון: | גברתי, חבל על הזמן. |
| עו"ד אלטשולר: | 3 שנים אחרי שהוא קיבל, |
| עו"ד נחמני: | הוא תבע אותך שנה וחצי, |
| כב' הש' ביטון: | הבנו, הבנו. הוא הסביר, |
| עו"ד נחמני: | רגע. |
| כב' הש' ביטון: | הוא, |
| עו"ד נחמני: | קודם כל, היא חוזרת על 3 שנים. זה שנה וחצי. |
| כב' הש' ביטון: | כן. |
| עו"ד נחמני: | אוקיי? |
| עו"ד אלטשולר: | 2019, 2021? |
| עו"ד נחמני: | הם, סוף 2019, אמצע 21', זה לא 3 שנים. מה לעשות? |
| עו"ד אלטשולר: | אוקיי. סבבה, מה לעשות? כן, חשבון פשוט. טוב. לענייננו. אתה גובה 2,000 דולר לשעה? |
| העד, מר הרשמן: | כן. |
| ש: | אוקיי. |
| ת: | לפעמים אף יותר. |
| ש: | (אנגלית). מה, איפה הפירוט של כל מה שעבדת בשבילו? בשביל ה-850,000. |
| ת: | זה מה, מה שנמצא כאן על השולחן זה רק חלק קטן מהעבודה. |
| ש: | לא הגשת את זה. |
| ת: | אנחנו הגשנו דברים רבים שמוכיחים מה, מה עשינו. |
| ש: | אני ראיתי מה הגשת. לא הגשת את זה. |

34



<div dir="rtl">

**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| ת : | (אנגלית), |
| ש : | אז, אז בוא, בוא תספר, |
| ת : | חלק, חלק הוגש, |
| ש : | מה, מה עשית? ספר. נשמע. |
| ת : | וחלק נמצא בתיק. (אנגלית)? |
| ש : | כן. תספר. |
| ת : | אוקיי. מה עשיתי, |
| ש : | מעניין. |
| ת : | ב-12 בספטמבר 2019, (אנגלית), |
| מתורגמן : | Who? |
| העד, מר הרשמן : | My wife. אורלי, אורלי. |
| עו"ד נחמני : | ששון. |
| העד, מר הרשמן : | ששון, ששון מתתיהו. |
| מתורגמן : | אה, ששי יצא, |
| העד, מר הרשמן : | מתתיהו. ערך את הדו"ח של אשתי. 4 ימים לאחר מכן, בפעם הראשונה, אני זומנתי לבית המשפט על כל רישומי הנסיעות שלי עם אשתי, איפה הייתי, וכל המידע הפיננסי שלי. |
| עו"ד אלטשולר : | כמה זמן זה לקח? |
| עו"ד נחמני : | רגע. לא. אני מבקש שהוא, לא, לא. שנייה. |
| עו"ד אלטשולר : | כמה זמן לקח, |
| עו"ד נחמני : | לא. לא. |
| עו"ד אלטשולר : | לעשות את זה? |
| עו"ד נחמני : | רגע. רגע. זה שאלה, זה תשובה שהוא ישלים אדוני. שאלה רלוונטית. |
| עו"ד אלטשולר : | כמה זמן, |
| עו"ד נחמני : | היא אמרה לו, |
| עו"ד אלטשולר : | הוא לקח, כמה זמן, |
| עו"ד נחמני : | אני, אבל אני מתנגד. |
| עו"ד אלטשולר : | לקח לך להפוך את כל, |
| | (מדברים ביחד) |
| כב׳ הש׳ ביטון : | בסדר, תני לו אבל, |
| עו"ד אלטשולר : | אנחנו ממהרים, לא? |
| כב׳ הש׳ ביטון : | אבל, |
| עו"ד אלטשולר : | יש לי 10 דקות אבל. אנחנו ממהרים. אני רוצה לשאול, |

35

</div>



<div dir="rtl">

**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



| | |
|---|---|
| עו"ד נחמני : | שאלת שאלה. |
| כב' הש' ביטון : | אבל שאלת את השאלה, |
| עו"ד אלטשולר : | כמה זמן, |
| כב' הש' ביטון : | תני לו להשלים אותה. |
| עו"ד אלטשולר : | אבל אני רוצה להשלים כמה זמן לקח לו לאסוף את זה. |
| עו"ד נחמני : | לא. לא. |
| עו"ד אלטשולר : | כי הרי זה, זה הפואנטה. |
| עו"ד נחמני : | אי אפשר באמצע. אם הוא מתאר רצף, |
| עו"ד אלטשולר : | זה השעות. |
| כב' הש' ביטון : | הוא ישלים את זה. |
| עו"ד אלטשולר : | 850, |
| כב' הש' ביטון : | אבל תני לו להשלים את מה, |
| עו"ד אלטשולר : | 2,000 דולר לשעה. |
| כב' הש' ביטון : | אבל את רצית, |
| עו"ד אלטשולר : | (אנגלית). הוא תכף יגבה לנו, |
| כב' הש' ביטון : | את רצית שהוא, |
| עו"ד אלטשולר : | 2,000 דולר לשעה. |
| כב' הש' ביטון : | את רצית שהוא, |
| עו"ד אלטשולר : | 2,000 דולר כפול 00 :10 מ-000 :16, 8? |
| כב' הש' ביטון : | אדוני, בבקשה להמשיך. |
| עו"ד נחמני : | כן. |
| העד, מר הרשמן : | זומנתי לבית המשפט בפעם הראשונה. אני הייתי צריך ליצור קשר עם עורך הדין שלי. |
| עו"ד אלטשולר : | (אנגלית)? |
| העד, מר הרשמן : | זה לא 5 דקות. את לא חושבת שזה רציני. אני לקחתי, לקחתי את זה ברצינות רבה. אני עובד עם ממשלת ארצות הברית, ואני זומנתי, זומנתי להעיד בזמן שעבדתי בשביל הממשלה. תשאלי אותי איפה הייתי. |
| עו"ד אלטשולר : | ב-2019 עוד לא היית, |
| עו"ד נחמני : | שואל אותי, שואל, |
| | (מדברים ביחד) |
| מתורגמן : | אה, שואל אותי. |
| עו"ד אלטשולר : | ב-2019 עדיין לא היית עורך דין של ה-White house. |
| העד, מר הרשמן : | את לא יודעת, |

36

</div>



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש :        (אנגלית)?

ת :        את לא, את לא יודעת באיזה תפקיד החזקתי אז.

ש :        איזה תפקיד החזקת אז?

ת :        אני הייתי עורך הדין של הנשיא. אני הגנתי על הנשיא,

ש :        באיזו שנה?

ת :        מפני, מפני הרישום שלו. בדצמבר ב-2019, ולפני כן אני הייתי בבית הלבן כל הזמן.

ש :        אז היית Private lawyer? (אנגלית).

מתורגמן :        אז היית, אז היית עורך הדין הפרטי של הנשיא טראמפ.

עו״ד אלטשולר :        ה-Administration שילמה לך? או שטראמפ שילם לך מכיסו הפרטי?

העד, מר הרשמן :        איש לא שילם לי.

ש :        פרו בונו For טראמפ? נהדר. רק,

ת :        (אנגלית).

ש :        הבנת, אז,

ת :        פרו בונו לטובת ממשלת ארצות הברית.

ש :        אז עבורך אתה גובה 2,000 דולר, אבל לטראמפ בחינם? כן? זה, זה איך שמדברים פה?

ת :        אני לא חושב,

ש :        כנראה שלא. אני סתומה.

עו״ד נחמני :        לא, לא משנה. אבל אדוני, היא קטעה אותו בהשלמת הרצף.

מקליט :        תחבר את המיקרופון.

כב׳ הש׳ ביטון :        כן.

מקליט :        נחמני.

עו״ד נחמני :        כן. אה.

מקליט :        תחבר את המיקרופון.

כב׳ הש׳ ביטון :        בבקשה תמשיך,

עו״ד נחמני :        אדוני, אני רק מבקש שהוא ישלים.

כב׳ הש׳ ביטון :        בבקשה תמשיך את התשובה.

עו״ד נחמני :        כן.

כב׳ הש׳ ביטון :        תשלים את התשובה.

העד, מר הרשמן :        אחרי שהוזמנתי להעיד, שזומנתי להעיד, ביום למחרת הואשמנו אני ואשתי בהעלמת חשבון בנק בישראל בעניין הונאה, ושביצענו הונאה, הונאת פשיטת רגל.

כב׳ הש׳ ביטון :        כן.

37



# בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח' |
|---|---|

| העד, מר הרשמן: | שהגשנו מסמכים שגויים. |
| עו"ד נחמני: | מזויפים. |
| מתורגמן: | מזויפים. תודה. תודה. מזויפים. |
| כב' הש' ביטון: | כן. |
| העד, מר הרשמן: | שאלנו מה, מה המקור לטענות. שאני לקחתי ברצינות רבה מאוד. וקיבלנו תרגום לאנגלית של הדו"ח בעל פה. |
| עו"ד נחמני: | לא. אורלי. לא, לא, אורלי זה שם. לא, |
| מתורגמן: | אה, הבנתי. |
| עו"ד נחמני: | אוקיי? |
| כב' הש' ביטון: | אשתו. |
| מתורגמן: | הדו"ח של אורלי. תודה. |
| עו"ד נחמני: | כן. |
| מתורגמן: | תודה רבה. |
| עו"ד נחמני: | אוקיי. |
| כב' הש' ביטון: | כן. |
| העד, מר הרשמן: | אבל בלי השם של ששון מתתיהו או פרטי הקשר, הטלפון ודואר, כתובת הדואר, שום, הכל הושמט. ואני ידעתי כבר על, לפי תשאול של מר דוד פרנס שהשופטים מצאו בהחלטות בית משפט מפורסמות, שפורסמו, שהוא יצר מסמכים מזויפים בשם שגיא גנגר. |
| עו"ד אלטשולר: | (אנגלית)? |
| העד, מר הרשמן: | ואני אומר לך, |
| עו"ד אלטשולר: | (אנגלית)? |
| מתורגמן: | כמה שעות? |
| עו"ד אלטשולר: | (אנגלית)? |
| העד, מר הרשמן: | (אנגלית). |
| עו"ד אלטשולר: | (אנגלית)? |
| העד, מר הרשמן: | (אנגלית)? |
| | (מדברים ביחד) |
| כב' הש' ביטון: | תני לו, |
| עו"ד אלטשולר: | (אנגלית)? |
| העד, מר הרשמן: | (אנגלית), |
| עו"ד אלטשולר: | (אנגלית)? |
| העד, מר הרשמן: | אני השקעתי, |

38



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**      **ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**

| | |
|---|---|
| (מדברים ביחד) | |
| עו"ד אלטשולר : | (אנגלית). |
| העד, מר הרשמן : | (אנגלית). |
| עו"ד אלטשולר : | (אנגלית)? |
| מתורגמן : | אדוני, אני לא יכול לתרגם. זה לא יהיה, שום דבר לא יהיה בפרוטוקול. |
| העד, מר הרשמן : | (אנגלית). |
| עו"ד אלטשולר : | (אנגלית). |
| העד, מר הרשמן : | (אנגלית). |
| מתורגמן : | לא יהיה שום דבר בפרוטוקול. |
| עו"ד אלטשולר : | (אנגלית). |
| כב' הש' ביטון : | טוב. |
| עו"ד אלטשולר : | (אנגלית). |
| כב' הש' ביטון : | רגע. גברתי, תני לו, לתרגם בבקשה. |
| העד, מר הרשמן : | אני השקעתי אפילו, ייתכן שאפילו אלפי שעות. 6 שנים אנחנו עוסקים בזה. |
| עו"ד אלטשולר : | 6 שנים. |
| כב' הש' ביטון : | אוקיי. |
| העד, מר הרשמן : | מ-2019 עד 2025. אני עזבתי כל מה שעשיתי אז, כשהטענות הוגשו, כי גם הוגשו עוד מסמכים לבית המשפט. לא רק לנאמן, אלא גם היה הגשה פומבית כמה ימים לאחר מכן שהאשימה אותי באופן פומבי על כמה עבירות. אז אני עזבתי כל מה שעשיתי, העסקתי את מר נחמני. יצרתי קשר, |
| עו"ד אלטשולר : | (אנגלית)? |
| עו"ד נחמני : | רגע. |
| עו"ד אלטשולר : | (אנגלית). |
| העד, מר הרשמן : | הייתי צריך ליצור קשר, |
| עו"ד אלטשולר : | (אנגלית)? |
| עו"ד נחמני : | לא. תמשיך. (אנגלית). |
| עו"ד אלטשולר : | (אנגלית)? |
| העד, מר הרשמן : | לקח זמן למצוא מישהו, |
| עו"ד אלטשולר : | יש לך עורך דין דובר עברית. |
| כב' הש' ביטון : | רגע. |
| מתורגמן : | אני לא יכול לתרגם את התשובה ככה. |

39



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025



כב' הש' ביטון :    תני לו לתרגם גברתי.

עו"ד אלטשולר :    אוקיי.

מתורגמן :    אבל כמה פעמים? באמת.

עו"ד אלטשולר :    זה, בגלל זה רציתי לחקור באנגלית. אני לא מבינה מה הבעיה.

מתורגמן :    אבל זה, השופט החליט אחרת. אוקיי. (אנגלית).

העד, מר הרשמן :    אז אני,

עו"ד אלטשולר :    (אנגלית).

העד, מר הרשמן :    לקח זמן למצוא מישהו בבנק הפועלים בארצות הברית,

כב' הש' ביטון :    כן.

העד, מר הרשמן :    שהיה יכול לטפל בנושא בישראל מכיוון שמדובר ב-2 בנקים נפרדים. אז, ואז, וביקשתי מעורך הדין שלי נחמני שילך לבנק הפועלים בישראל, כדי לאתר את הסניף שמר מתתיהו איתר בירושלים. עליתי למטוס מטקסס לישראל. נפגשתי עם עורכי הדין שלי.

עו"ד אלטשולר :    (אנגלית)?

מתורגמן :    כל עורכי הדין? לא רק הוא?

העד, מר הרשמן :    איילון ומר נחמני.

עו"ד אלטשולר :    כן.

העד, מר הרשמן :    ואז ביקשנו, ביקשנו ממר מתתיהו לבוא לפגישה. ואז נפגשנו איתו למשך,

ש :    אז כמה, כמה עד עכשיו? 20 שעות?

ת :    נפגשנו איתו למשך כמה שעות.

ש :    100 שעות?

ת :    הרבה מעבר ל-20 שעות.

ש :    הבנתי.

ת :    אני לא זוכר כמה שעות. אבל מלבד זה שעזבתי את כל מה שעשיתי, התחלנו חקירה, נפגשנו עם עורכי הדין בארצות הברית ואז קיבלנו את הטענות. ניסינו לקבל את התרגום לעברית של הטענות כדי להבין מה הסיפור, נפגשנו עם עורכי הדין ואז נפגשנו עם הנאמן כדי לדבר איתו על כל מה שקרה. ואז הייתי צריך להתקדם ולהבין איך ליצור קשר עם בנק הפועלים, כי לא הבנו מה קורה. בסופו של דבר, עשינו את הסידור הזה. הסכמנו עם הנאמן שנשתף פעולה באופן מלא, תוך ששיתפנו פעולה עם הנאמן, היועץ של פרנס. את רוצה לומר שאת, שאת לא שותפה שלו,

ש :    לא. אז אני שואלת, שנייה. אני שואלת, עשית את כל זה ולא העסקת חוקר פרטי בשביל לדעת אם אנחנו Partners או לא? אני לא מבינה את זה. איפה



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**　　　ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳



| | |
|---|---|
| | הראיות? איפה הכסף שעובר ביני לבין פרנס? איפה? מי משלם? (אנגלית)? איפה הכסף? (אנגלית). איך, איך אתה מוכיח, איך אתה מוכיח כל דבר? אתה עוקב אחרי הכסף. איפה הכסף? מי שילם למי ולמה? כל זה. שעות, עורכי דין מטקסס, מטוס, עניינים, איפה הכסף? |
| כב׳ הש׳ ביטון : | טוב. תתרגם בבקשה אדוני את השאלה. |
| עו״ד אלטשולר : | (אנגלית). |
| כב׳ הש׳ ביטון : | כן, בבקשה. |
| העד, מר הרשמן : | (אנגלית). |
| עו״ד אלטשולר : | PI. |
| העד, מר הרשמן : | PI, sorry, PI. אני לא יודע איך קיבלת את הכסף. |
| עו״ד אלטשולר : | (אנגלית). |
| כב׳ הש׳ ביטון : | רגע. |
| עו״ד אלטשולר : | איך הכסף עבר בינינו? (לא ברור) שהוא שילם לי. אתה אומר שאנחנו שותפים. אין שותפים בלי כסף. מה, אני בפרו בונו איתו? אתה כמו, כמו עם טראמפ? אני שוכבת איתו? למה? איפה הכסף? |
| העד, מר הרשמן : | אני לא מבין את שאלתך. |
| עו״ד אלטשולר : | לא. אני שואלת, |
| העד, מר הרשמן : | (אנגלית). |
| כב׳ הש׳ ביטון : | רגע, רגע. |
| עו״ד אלטשולר : | כן. |
| העד, מר הרשמן : | (אנגלית). |
| עו״ד אלטשולר : | כן. |
| העד, מר הרשמן : | (אנגלית). |
| עו״ד אלטשולר : | למה? אני נתתי לך את, |
| העד, מר הרשמן : | (אנגלית). |
| עו״ד אלטשולר : | אני נתתי לך את היציאות והכניסות שלי מהארץ. ואני משרתת במילואים, אני רב סרן. |
| מתורגמן : | אני לא יכול לתמלל. |
| עו״ד נחמני : | אז תגיד. תפנה לשופט. אני לא, |
| מתורגמן : | כבוד השופט. אי אפשר, אני לא, |
| כב׳ הש׳ ביטון : | טוב. |
| מתורגמן : | אני לא מצליח לתרגם. לא יהיה שום דבר לפרוטוקול. |
| כב׳ הש׳ ביטון : | בוא, בוא תתרגם בבקשה את התשובה, מה האחרונה שהוא נתן? |

41



# בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח' |
|---|---|

| מתורגמן : | (אנגלית)? |
| כב' הש' ביטון : | מה התשובה לגבי, |
| העד, מר הרשמן : | היא זעקה עליי על זה, |
| עו"ד נחמני : | לא, לא, תן, |
| | (מדברים ביחד) |
| כב' הש' ביטון : | כן. |
| העד, מר הרשמן : | על זה שלא שכרתי חוקר פרטי. |
| כב' הש' ביטון : | כן. |
| העד, מר הרשמן : | כדי לקבל את המידע מהבנקים שלהם, שזה, זהו פשע ולא עשיתי את זה ואני לא הייתי עושה את זה. |
| כב' הש' ביטון : | אוקיי. |
| עו"ד אלטשולר : | מה עם חשבוניות? |
| העד, מר הרשמן : | (אנגלית). |
| עו"ד אלטשולר : | אני משלמת מיסים. אם בא לי כסף, אני משלמת עליו מס. חשבוניות מפרנס. הוא שילם לי, נכון? בשביל למצוא אותך, |
| מתורגמן : | אני יכול, פשוט אי אפשר. |
| כב' הש' ביטון : | רגע, רגע, רגע. |
| מתורגמן : | אי אפשר אפילו לתרגם את השאלות שלך. זה לא ייאמן. |
| כב' הש' ביטון : | טוב. |
| עו"ד אלטשולר : | אני יודעת. כל התיק הזה לא ייאמן. מה אני אעשה? |
| מתורגמן : | אבל אני לא צד פה. |
| כב' הש' ביטון : | כן. |
| עו"ד אלטשולר : | אני יודעת. אני מצטערת. |
| כב' הש' ביטון : | אז תתני לו לתרגם. |
| עו"ד אלטשולר : | סליחה. |
| כב' הש' ביטון : | כן. |
| מתורגמן : | מה השאלה? |
| עו"ד אלטשולר : | שכחתי אותה כבר. |
| מתורגמן : | אוקיי. |
| עו"ד אלטשולר : | איפה החשבוניות? |
| העד, מר הרשמן : | אתם לא מסכימים אפילו לתת לי את, את הדו"ח שאתם טוענים שלא קיים, את רוצה שאני אראה איפה החשבוניות? האם שיתפת פעולה איתי ולא שמתי לב, וסיפקת חשבוניות? |

42



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| עו״ד אלטשולר : | לא, אבל חשבוניות הייתי נותנת לך, |
| העד, מר הרשמן : | או שאמרת שאת הרסת את זה? |
| עו״ד אלטשולר : | הייתי נותנת לך חשבוניות. לא ביקשת ממני חשבוניות. |
| העד, מר הרשמן : | (אנגלית). |
| מתורגמן : | לא, לא, לא. |
| העד, מר הרשמן : | (אנגלית). |
| מתורגמן : | (אנגלית). |
| העד, מר הרשמן : | Sorry, sorry. |
| כב׳ הש׳ ביטון : | כן. |
| מתורגמן : | (אנגלית). |
| העד, מר הרשמן : | Sorry. |
| מתורגמן : | (אנגלית). |
| עו״ד אלטשולר : | לא ביקשת ממני חשבוניות. |
| העד, מר הרשמן : | אני, |
| ש : | לא. לא ביקשת. |
| ת : | אני לא יודע, |
| ש : | למה לא? הייתי בשמחה נותנת. זו Public knowledge. אני משלמת מיסים. |
| ת : | אין לי מושג אם את משלמת מיסים או לא. אני רק יכול לומר משהו בוודאות. לקחת את המידע בנוגע אליי ולאשתי זה פשע ואין, אין ספק. |
| ש : | למה שאני אעשה את זה? |
| ת : | אין לי צל של ספק. |
| ש : | למה, למה אני אעשה? |
| ת : | (אנגלית)? |
| ש : | למה, כן. למה, |
| ת : | למה ביצעת פשע? |
| ש : | לא מכירה אותו וגם לא את השני. |
| ת : | תשאלי את, את 2 השותפים שלך. |
| ש : | אני הצעתי לעבור פוליגרף. |
| (מדברים ביחד) | |
| מתורגמן : | כבודו, אי אפשר. |
| כב׳ הש׳ ביטון : | רגע, רגע, רגע. |
| מתורגמן : | כבודו, פשוט אי אפשר. זה פשוט, |

43



# בית משפט השלום בתל אביב - יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                      08 דצמבר 2025



כב' הש' ביטון :        כן, כן.

מתורגמן :        בלתי אפשרי. אי אפשר לתרגם ככה. לא הייתי מימיי במשהו כזה. באמת.

כב' הש' ביטון :        קצת, קצת סבלנות.

עו"ד אלטשולר :        (אנגלית).

כב' הש' ביטון :        טוב. אוקיי. בבקשה.

מתורגמן :        לא יודע. מה, מה לתרגם?

כב' הש' ביטון :        את מה שהיא שאלה.

מתורגמן :        לא, הייתה, הייתה שאלה? היו תשובות?

כב' הש' ביטון :        כן.

מתורגמן :        הייתה, היו,

עו"ד אלטשולר :        אתה נבוך, נכון?

כב' הש' ביטון :        גברתי, יש, אני רוצה להבין.

עו"ד נחמני :        אני, האמת היא שאני מאוד נבוך בשבילך ג'יין.

עו"ד אלטשולר :        בשבילי? אני לא נבוכה אף פעם.

עו"ד נחמני :        וכולם, כולם פה מחייכים כי הם נבוכים. רק שתדעי.

עו"ד אלטשולר :        לא, לא. הם לא נבוכים. אתה יודע למה הם לא נבוכים? כי לי לא אכפת מה אנשים אחרים חושבים עליי, וכי אני תמיד צודקת.

כב' הש' ביטון :        אוקיי. טוב.

עו"ד אלטשולר :        כן, לענייננו.

כב' הש' ביטון :        גברתי,

עו"ד אלטשולר :        אז,

כב' הש' ביטון :        עוד כמה זמן יש לך?

עו"ד אלטשולר :        כן. יש לי עוד,

כב' הש' ביטון :        עוד כמה שאלות?

עו"ד אלטשולר :        יש לי עוד שאלות, כי הוא לא עונה על השאלות.

כב' הש' ביטון :        לא. הוא ענה.

עו"ד אלטשולר :        אני ביקשתי לעבור פוליגרף. למה לא עשית לי פוליגרף? ואז היינו מגלים איפה הדו"ח. אמרתי 300 פעם שתעשו לי פוליגרף. אני עושה פוליגרף כל רבעון בצבא.

העד, מר הרשמן :        לא ידעתי שזה,

עו"ד אלטשולר :        (אנגלית).

כב' הש' ביטון :        רגע, רגע. גברתי.



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**          ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'

העד, מר הרשמן : לא ידעתי שזה דבר שמתקבל בישראל. זה בהחלט לא מתקבל, לא מקובל בארצות הברית.

עו"ד אלטשולר : לא כראיה. בשביל, בשבילך, בשביל לדעת אם אני שותפה שלו. שיש לך ראיות. (אנגלית)

העד, מר הרשמן : אני אתן לך תשובה מאוד פשוטה. את נשבעת שאת הרסת את התיק ברגע (לא ברור). הוא אמר לשופט בארצות הברית, הנה התכתובות אמייל עם ג'יין אלטשולר והנה הדו"ח. אי אפשר ששניכם מדברים אמת. ואני לא חושב,

ש : אתה,

ת : שהשופט משקר ושיש כתובת אימייל בתיק.

ש : אתה משתמש במילה Destroyed, שזה נהרס בעברית, ואני שואלת איך אפשר להרוס דו"ח דיגיטלי? מה עושים? איך הורסים אותו? דופקים עם הפטיש במחשב?

ת : אני, אין לי את,

ש : לא. מה שעשיתי,

ת : אין לי,

ש : זה Deleted it.

מתורגמן : אני לא יכולה לתרגם את התשובה.

כב' השי ביטון : רגע.

מתורגמן : באמת. די. חאלאס.

עו"ד אלטשולר : חאלאס.

כב' השי ביטון : כן.

עו"ד אלטשולר : איזו מילה, נכון? איזו מילה יפה זה חאלאס.

כב' השי ביטון : כן.

מתורגמן : (אנגלית)?

כב' השי ביטון : אולי לא, לא שמעת אותו. הוא התחיל להגיד, (אנגלית).

העד, מר הרשמן : אוקיי. אולי לא, את לא הרסת את זה. לא הרסת אותו. היא אמרה באנגלית I deleted it. אני מחקתי אותו. אוקיי, אולי את או מר פרנס או מר מתתיהו ימציאו אותו? את אומרת שאת מחקת אותו ביום הראשון.

עו"ד אלטשולר : אז יש מחשב ישן,

עו"ד נחמני : לא. אני רוצה שתתרגם התשובה.

כב' השי ביטון : תתורגם התשובה.

העד, מר הרשמן : הוא הגיש אותו לשופט ב-2022.

45



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| עו״ד אלטשולר : | לאיזה מייל ששי שלח את הדו״ח? |
| העד, מר הרשמן : | אני לא יודע. |
| עו״ד אלטשולר : | ששי אמר לך לאיזה מייל הוא שלח. |
| העד, מר הרשמן : | לא קיבלנו את זה ממך. רק ממר פרנס. אני לא זוכר שהוא אמר לנו משהו על, סליחה. |
| כב׳ הש׳ ביטון : | כן. |
| העד, מר הרשמן : | באיזה כתובת דואר אלקטרוני מדובר. קשה לי להאמין שלא את ולא מר ששון ולא מר מתתיהו, שאין לכם, |
| עו״ד אלטשולר : | למה שיהיה לנו? |
| העד, מר הרשמן : | את הדו״ח ותכתובות. זה בלתי אפשרי לאור, |
| ש : | אני לא אמרתי כלום, |
| ת : | לא, |
| ש : | (אנגלית). |
| ת : | מה שאמרת לבית משפט, |
| ש : | אתה כרגע אמרת לי שאני אמרתי משהו לשופט ב-US? אני, ג׳יין אלטשולר? ה-Entity שאני? ג׳יין אלטשולר (אנגלית)? זה מה שקרה? |
| ת : | (אנגלית). |
| ש : | אוקיי. בוא נשמע את זה שוב ואז נראה. |
| ת : | (אנגלית). |
| ש : | אוקיי. |
| מתורגמן : | הוא אמר, |
| עו״ד אלטשולר : | אה, ה-Entity שהוא דוד פרנס, שאותו לא תבעת. |
| העד, מר הרשמן : | (אנגלית). |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד אלטשולר : | עדיין מובך, |
| כב׳ הש׳ ביטון : | תמשיך. |
| עו״ד אלטשולר : | נשמתי? |
| כב׳ הש׳ ביטון : | Please. |
| העד, מר הרשמן : | (אנגלית). |
| | (הפסקה) |
| עו״ד אלטשולר : | נשמה של ברבור אתה, תאמין לי. |



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**          ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'



**העד, מר הרשמן:** דוד פרנס הביא, הגיש לשופט בארצות הברית, תכתובות מייל ועוד מסמכים, והוא טען שזה,

**עו"ד נחמני:** תוצרי עבודה.

**העד, מר הרשמן:** תוצרי עבודה של עורך הדין שלו. והוא אמר שזה, תוצר העבודה שלו ושל הגברת אלטשולר מכיוון שהם שותפים בפרנס And co. וכשהגישו את זה לבית המשפט בארצות הברית,

**עו"ד נחמני:** במעמד צד אחד.

**מתורגמן:** מה?

**עו"ד נחמני:** אה, אוקיי.

**מתורגמן:** במעמד צד אחד?

**עו"ד נחמני:** כן.

**כב' הש' ביטון:** כן.

**העד, מר הרשמן:** שרק השופט יוכל לעיין בו, והוא לא שיתף אותו איתנו.

**עו"ד אלטשולר:** אז לא הבנתי.

**העד, מר הרשמן:** את רוצה שאני אענה על השאלה שלך? את אמרת,

**ש:** Deleted it.

**ת:** את אמרת שאת הרסת או מחקת, או בכל מקרה לא נמצא כאן, והוא טוען,

**ש:** אז לא הבנתי. אני ופרנס,

**ת:** שהוא הגיש את זה לשופט.

**ש:** אנחנו אותו Entity?

**ת:** הוא אמר,

**ש:** כתבת את השם שלי בגוגל?

**ת:** הוא אמר שאת חלק מהחברה והוא סיפק מיילים עם התמונה שלך, עם,

**ש:** כתבת את השם שלי בגוגל הזמן האחרון?

**ת:** (אנגלית).

**ש:** אוקיי.

**ת:** מישהו במשרד שלי, Paralegal עשה את זה.

**ש:** אז אני אומרת לך, אוי, זו שאלה שאנשים שעושים חקירה נגדית אוהבים.

**ש:** אז אני אומרת לך שכשאתה כותב את השם שלי בגוגל, התמונה שלי מופיעה בהרבה משרדי עורכי דין. אתה יודע למה?

**ת:** אני לא יודע למה.

47



# בית משפט השלום בתל אביב - יפו



ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ש: כי אני יפה, וכי אני חכמה, וכי אנשים חושבים שזה נחמד לצרף אותי למשרדים שלהם בשביל לחשוב שאני תוספת נפלאה למשרד. ורק תעשה גוגל, אני יכולה לעשות לך עכשיו. הנה, בוא נעשה גוגל על גייין. יש לי פה 2 מחשבים אפילו, נעשה גוגל על גייין ונראה. סליחה.

ת: זה לא מה שדוד פרנס אמר לבית המשפט.

ש: אז לא הבנתי, אתה כרגע אמרת שדוד פרנס הוא מזייף מסמכים, נכון?

ת: (אנגלית).

ש: לא, לא, לא.

ת: בית המשפט אמר.

ש: עוד יותר טוב. בית המשפט אמר שהוא מזייף מסמכים. והנה, אתה לוקח אותו במילה.

ת: לא, אני לא,

ש: כרגע אתה אמרת שהוא אמר.

ת: השופט בארצות הברית מצא שהוא הגיש מסמכים שמופיע עליהם השם פרנס And co, השם שלך עם כתובת מייל של פרנס And co, עם כרטיס הביקור שלך ותמונה שלך על האתר.

ש: Oh my god.

כב' הש' ביטון: הבנו את התשובה. נמשיך הלאה לשאלה הבאה בבקשה.

עו"ד אלטשולר: מאיפה אפשר לקחת את התמונה שלי?

העד, מר הרשמן: (אנגלית).

ש: לא. אני שואלת. התמונה שלי מפורסמת.

ת: אני לא יודע.

ש: (אנגלית).

ת: אני לא יודע.

ש: התמונה שלי מפורסמת באינטרנט הגלובלי.

ת: אני לא יודע,

ש: תעשה גייין אלטשולר גוגל.

מתורגמן: אני לא יכול אפילו לתרגם את התשובה.

כב' הש' ביטון: כן. אוקיי.

מתורגמן: זה פשוט לא ייאמן אדוני.

כב' הש' ביטון: אז הוא לא יודע גברתי.

מתורגמן: אי אפשר.

כב' הש' ביטון: אז הלאה.



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

מתורגמן :        אי אפשר.

כב' הש' ביטון :        אז הוא לא, הוא לא יודע מאיפה לוקחים את התמונה שלך.

עו"ד אלטשולר :        הוא לא יודע. אה, כן, חבל. הוא לא יודע. טוב. הלאה. אתה רוצה לתרגם?

מתורגמן :        לא. אני לא רוצה,

כב' הש' ביטון :        הלאה.

עו"ד אלטשולר :        אוקיי. סבבה. אני רואה כולם (לא ברור), בסוף היום כולם מתפטרים ונוסעים למדבר. מה? איפה היינו? בקיצור, מה אני אגיד לך? כן.

כב' הש' ביטון :        יש לך עוד שאלות או שאפשר לעבור לאנשים אחרים שרוצים לשאול כאן?

עו"ד אלטשולר :        אם יש לי עוד שאלות,

כב' הש' ביטון :        אם מיצית את החקירה, אז בוא, בוא נשאיר גם לאחרים קצת לשאול גם שאלות אותו.

עו"ד אלטשולר :        כן, אבל אז איך תראו כמה אני יפה וחמודה?

כב' הש' ביטון :        אנחנו נראה את זה כשאת תשבי ואת תקשיבי לשאלות של אחרים, בסדר?

עו"ד אלטשולר :        כן. יכול להיות.

כב' הש' ביטון :        אז תודה רבה גברת אלטשולר.

עו"ד אלטשולר :        טוב. סיימתי. (אנגלית).

כב' הש' ביטון :        תודה. כן, מי,

עו"ד אלטשולר :        (אנגלית).

כב' הש' ביטון :        בא כוח, בבקשה, ששון מתתיהו? כן? עורך דין, תזכיר לנו.

עו"ד אלטשולר :        עכשיו אני הולכת לעבוד קצת.

עו"ד בסידן :        בסידן.

כב' הש' ביטון :        בסידן.

עו"ד בסידן :        כן.

כב' הש' ביטון :        בבקשה, חקירה נגדית ממצה אם אפשר.

עו"ד בסידן :        כן.

כב' הש' ביטון :        ענייניות,

עו"ד בסידן :        אני רק רוצה להגיד,

כב' הש' ביטון :        ככל הניתן. בלי תיאורי יופי.

עו"ד נחמני :        אדוני, אני, אני רוצה לומר לפרוטוקול.

כב' הש' ביטון :        או כישורים.

עו"ד נחמני :        אני, שחברתי תדע.

עו"ד אלטשולר :        (לא ברור).

עו"ד נחמני :        אני אגיש תלונה ללשכת עורכי הדין.

49



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| עו"ד אלטשולר : | בסדר, תגיש. |
| עו"ד נחמני : | על האופן שבו היא מתנהגת כלפיי וכלפי הלקוח שלי באולם. |
| עו"ד אלטשולר : | סבבה. תגיש. |
| מקליט : | חבר את המיקרופון. |
| עו"ד נחמני : | אוקיי? |
| כב' הש' ביטון : | זה, |
| עו"ד נחמני : | שזה יירשם. שזה יירשם בפרוטוקול. אני, |
| כב' הש' ביטון : | זה נרשם. |
| עו"ד אלטשולר : | תגיש. תגיש, נשמה. |
| כב' הש' ביטון : | זה נרשם לפרוטוקול וזה, וזכותך היא זכותך. |
| עו"ד נחמני : | זה פשוט, |
| כב' הש' ביטון : | בית המשפט, |
| עו"ד אלטשולר : | זכותך היא זכותך נחמני. זכותך היא זכותך. |
| כב' הש' ביטון : | כן. אתה תחליט לעשות מה שנראה. הפרוטוקול, אתה תקבל את התמלול שלו וכמו כולם, |
| עו"ד אלטשולר : | תעשה עם זה מה שאתה רוצה. אני גם אשמח, |
| עו"ד בסידן : | אני יכול, אני יכול, |
| כב' הש' ביטון : | ותודה רבה, |
| עו"ד בסידן : | לשאול שאלות? |
| כב' הש' ביטון : | עורכת הדין אלטשולר, אני מבקש. סיימת את החקירה עכשיו. בואי. |
| עו"ד אלטשולר : | סיימתי. אני בשקט. |
| כב' הש' ביטון : | אז, בבקשה. כן. |
| עו"ד בסידן : | קודם כל אני רוצה להגיד שאני מתנגד לעדות מפי השמועה, ולהגשת מסמכים שלא באמצעות העורך שלהם. |
| כב' הש' ביטון : | אוקיי. |
| העד, מר הרשמן : | אוקיי. |
| | |

## ע.ת/1 מר אריק הרשמן, משיב בחקירה נגדית לעורכת הדין דוד בסידן באמצעות מתורגמן:

| | |
|---|---|
| עו"ד בסידן : | טוב. האם היית מעורב בהכנת כתב התביעה? |
| העד, מר הרשמן : | דנתי בהם עם מר נחמני. |
| ש : | האם אתה מסרת את העובדות שבכתב התביעה לעורך הדין שלך? |
| ת : | חלקם אני הגשתי וחלקם הוא קיבל ממקורות אחרים. |



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**          **08 דצמבר 2025**

ש: אוקיי. בסעיף 8 לכתב התביעה, אתה טוען שהנתבעת, ג׳יין, העבירה את המידע שנכתב ב-2 דו״חות חקירה לשם שימוש בהליכים משפטיים בארצות הברית. אני משער שאתה מתכוון לדו״ח אחד שנערך אודות אשתך, אורלי גנגר, שבגינו כבר הוגשה תביעה אחת. ודו״ח נוסף שאתה טוען שהוכן בעניינך.

ת: לא.

ש: אוקיי. אז למה אתה מתכוון?

ת: (אנגלית),

ש: לא. לא שאלתי על נזקים. אני שאלתי על דו״חות חקירה. אני, אתה מתכוון ל-2 דו״חות חקירה. איזה 2 דו״חות חקירה אתה מתכוון?

ת: 2 הדו״חות שאני כתבתי עליהם, אחד הוא על אורלי גנגר ואחד עליי.

ש: אוקיי.

ת: אבל הם שימשו,

ש: אוקיי.

ת: למטרה אחת.

ש: אני שאלתי אם היו 2 דו״חות.

ת: אוקיי.

ש: אוקיי. אתה מציין שהדו״חות משמשים בהליכים משפטיים בארצות הברית. אתה, האם אתה, האם מדובר בהליכים שבהם אתה מעורב באופן אישי?

ת: כן.

ש: אוקיי.

ת: אומר את זה אחרת. אני מעורב בהם כי זומנתי להעיד. אני לא לתיק. זומנתי להעיד והיו פרסומים נגד משרד הדין שלי. משרד עורכי הדין שלי.

ש: אוקיי.

ת: ותוך שהואשמנו בביצוע כמה עבירות.

ש: אם הדו״חות הללו משמשים לצורך הליכים משפטיים בארצות הברית, אז בוודאי שהם הוצגו בהליכים הללו. נכון?

ת: שאלה נהדרת. הבעיה היא, פרנס טען,

ש: אוקיי.

ת: טוען שזה תוצר העבודה שלו יחד עם ג׳יין אלטשולר. לכן אני לא יכול לקבל את זה. השופט אומר שההחלטה שלו לא קשורה והיא לא מחייבת את, את השופט בארץ. ואז אתם אמרתם לשופט כאן שהוא לא יכול

51



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025

להביא לי אותו, בגלל החלטה של בית המשפט בארצות הברית או שיש לי כבר אותו ושאני משקר.

ש : רגע. אז אני רוצה,

ת : אם זה נכון, תנו לי עותק של הדו"ח ואז נראה.

ש : אני שואל אותך האם יש לך עותק של הדו"ח שנערך בעניין שלך?

ת : לא.

ש : אין לך. אוקיי. ואתה טוען שהעותק הזה נמצא בבית משפט בארצות הברית.

ת : לא. אתה לא מבין. אני אסביר איך זה עובד בארצות הברית. מר פרנס יודע איך זה עובד כי הוא עשה את זה. הם הגישו דו"ח ואת התכתבות בין ג'ון ושגיא גנגר, עורך הדין שלך,

כב' השי ביטון : לאט, לאט. תתרגם את זה לאט.

העד, מר הרשמן : עורך הדין שגיא גנגר ודלפורטס. אז הם הגישו את זה לשופט. השופט הצליח לעיין בזה. אני לא עיינתי בזה. אז לשופט יש אותו, לו יש אותו,

כב' השי ביטון : טוב.

העד, מר הרשמן : למר פרנס וגם מר מתתיהו. לי אין עותק. ועכשיו אתה טוען,

עו"ד בסידן : אז,

העד, מר הרשמן : שהוא לא נמצא, שאין אותו לאף אחד.

עו"ד בסידן : אז אם אתה לא ראית אף פעם את הדו"ח הזה, איך אתה יכול לדעת בכלל שמדובר בדו"ח שהלקוח שלי הכין?

העד, מר הרשמן : כי הם,

עו"ד בסידן : מה?

העד, מר הרשמן : כי הם נשבעו על זה. הם אמרו, הם אמרו את זה תחת,

עו"ד אלטשולר : (לא ברור).

עו"ד בסידן : את יכולה לא להפריע בבקשה?

העד, מר הרשמן : הם אמרו,

עו"ד אלטשולר : מה זאת אומרת? אני,

עו"ד בסידן : אז תשבי בשקט ואל תפריעי לי בחקירה בבקשה.

עו"ד אלטשולר : לא. אני מודה לו. אני לא מפריעה,

כב' השי ביטון : את לא, אבל את לא צריכה להשיב לאף אחד.

עו"ד בסידן : את מפריעה. את ממש מפריעה. ממש מפריעה.

עו"ד אלטשולר : אתה רוצה (אנגלית)?

מתורגמן : הוא אמר את זה תחת שבועה בבית המשפט.

52



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                08 דצמבר 2025

עו"ד אלטשולר : הוא אמר. לא הם.

דובר : ג'יין, ג'יין.

כב' השי' ביטון : גברתי, אני מבקש פעם שנייה.

עו"ד אלטשולר : זה ממש לא אכפת לי במי אני פוגעת. (אנגלית).

עו"ד בסידן : כשאתה אומר הוא אמר את זה, מי זה הוא?

העד, מר הרשמן : אוקיי. מר פרנס מסר,

כב' השי' ביטון : רגע.

העד, מר הרשמן : מסר תצהיר,

כב' השי' ביטון : תצהיר.

העד, מר הרשמן : לשופט בארצות הברית. שגיא גנגר, שהיה הלקוח, שכולם, הוא הגיש תצהיר. שכלל את מה, מה שמכונה דו"ח הרשמן, הדו"ח עליי. והם הודו תחת שבועה שבדו"ח מופיעים רישומי הנסיעות של הרשמן.

עו"ד בסידן : אני שאלתי אותך שאלה פשוטה. האם אתה, אתה בעיניך, ראית את הדו"ח.

העד, מר הרשמן : (אנגלית).

עו"ד בסידן : אוקיי. ועכשיו אני שואל אותך,

העד, מר הרשמן : שאלת אותי איך אני יודע, אז אני מסביר לך,

עו"ד בסידן : אני שואל אותך אם אתה ראית בעיניך,

כב' השי' ביטון : רגע, רגע.

עו"ד בסידן : את דו"ח,

העד, מר הרשמן : (אנגלית).

(מדברים ביחד)

כב' השי' ביטון : בסדר, אבל תן לו, תן לו,

העד, מר הרשמן : (אנגלית)?

כב' השי' ביטון : כן.

עו"ד בסידן : כן.

העד, מר הרשמן : אתה רוצה שאני אשלים או לא?

כב' השי' ביטון : כן.

העד, מר הרשמן : הם נתנו את הדו"ח לשופט, ושגיא,

כב' השי' ביטון : הלקוח שלו.

העד, מר הרשמן : הלקוח שלו והיועץ אמרו תחת שבועה, העידו תחת שבועה, שהדו"ח דומה, ש-2 הדו"חות דומים. זו, זה של אורלי ושלי. בשלי מופיעים רישומי הנסיעות שלי ואיפה אני מנהל פעולות בנקאיות.

53



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025

| | |
|---|---|
| עו"ד נחמני : | חשבונות בנק. |
| העד, מר הרשמן : | אוקיי. את חשבונות הבנק, אבל לא את, |
| עו"ד בסידן : | אוקיי. |
| העד, מר הרשמן : | לאיזה בנק אני הולך אבל לא, |
| עו"ד בסידן : | אוקיי. |
| העד, מר הרשמן : | את מספרי החשבונות. |
| כב' הש' ביטון : | בסדר. |
| עו"ד בסידן : | האם אתה, |
| העד, מר הרשמן : | בזה הם הודו. |
| עו"ד בסידן : | האם אתה ראית במו עיניך את הדו"ח? |
| העד, מר הרשמן : | זה מה שאני מנסה להשיג. על זה אנחנו פה. לשופט בארצות הברית יש אותו, כולם, |
| | (מדברים ביחד) |
| העד, מר הרשמן : | I'm sorry, I'm sorry. אוקיי? Sorry. |
| כב' הש' ביטון : | כן. |
| העד, מר הרשמן : | הוא מודה בצילום וידאו, |
| כב' הש' ביטון : | הוא זה ששון מתתיהו. |
| העד, מר הרשמן : | ששון מתתיהו. Sorry. ששון מתתיהו. הוא מודה. |
| העד, מר הרשמן : | כן. |
| עו"ד בסידן : | ששי, לא להפריע. |
| העד, מר הרשמן : | בצילום וידאו עם המשטרה שהוא עשה את זה. וגם כשהוא פגש איתנו, כשהוא עשה דו"ח עליי. כשהוא הכין דו"ח עליי. פרנס אומר שזה תוצר העבודה שלו עם ג'יין אלטשולר. והם כולם אומרים שתעודת הזהות שלי מופיעה, מספר הזהות שלי, שאני, מתי נכנסתי ויצאתי מהארץ, ולאיזה סניפים, סנפי בנק אני הולך, בלי מספרי חשבונות הבנק. הסיבה היחידה שאין לי אותו זה כי אף אחד מכם לא מוכן, |
| עו"ד בסידן : | האם, האם, האם ביקשת, האם ביקשת מבית המשפט בארצות הברית שיחשוף לך את הדו"ח? |
| העד, מר הרשמן : | כן. השופט אמר שהוא טוען שזה תוצר עבודה שלו, שהוא משתמש בו לצורך הליך הליטיגציה בארצות הברית, |
| ש : | אוקיי. |



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת : ושלכן אני לא יכול לקבל אותו. השופט בארצות הברית אמר שהשופט כאן יכול להורות על המצאתו, אבל אתם, אתם אמרתם לשופט בישראל שהחלטת השופט בארצות הברית מונעת מהשופט,

ש : אז,

ת : להמציא.

ש : אז בעצם, אז בעצם התביעה שלך כאן היא תביעה לקבל העתק מהדו״ח הזה.

ת : לא. אני רוצה, וגם הנזקים שהוסבו לי.

ש : אוקיי.

ת : מי אתם שאתם גונבים את המידע שלי? כשאני עובד בארצות הברית, בשביל,

ש : טוב, את זה הבנו.

ת : של ארצות הברית,

ש : בוא נתקדם הלאה.

ת : מה, מה הבסיס המשפטי? אתה, אתה עורך הדין.

ש : תראה,

ת : תגיד לי,

ש : אתה לא תשאל אותי שאלות.

ת : איך הוא השיג?

ש : אני אשאל אותך שאלות.

כב׳ הש׳ ביטון : טוב. זה,

עו״ד בסידן : אתה,

כב׳ הש׳ ביטון : חלק מהתשובה.

עו״ד בסידן : אתה משתמש בסעיפים 9 ו-18 לכתב התביעה במילה למצער. לא, לא,

עו״ד נחמני : לא.

מתורגמן : למצער, אה, סליחה, סליחה.

עו״ד נחמני : למצער זה לכל הפחות.

עו״ד בסידן : לכל הפחות.

מתורגמן : וואו, אני כבר, זה. כן, כן, כן.

עו״ד בסידן : לכל הפחות.

מתורגמן : כן. כן.

עו״ד בסידן : זאת אומרת,

כב׳ הש׳ ביטון : At least.



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**          **08 דצמבר 2025**

מתורגמן : כן.

עו״ד בסידן : ביחס למידע שיש בדו״ח החקירה. זאת אומרת, זאת אומרת שאתה חושב או סבור או יודע שיש עוד מידע בתוך החקירה בנוסף לדו״ח הכניסות והיציאות שלך מהארץ כפי שאתה טוען, ולחשבונות הבנק שלך.

העד, מר הרשמן : לפני שידעתי דבר על ששון מתתיהו, או משהו על, על זה שהם גנבו את המידע שלי, קיבלתי שיחה מהבנקאי שלי כאן, שאמר מישהו התקשר כדי לברר לגבי חשבון הבנק שלי. אם, אם הייתי צריך לנחש, כנראה שמדובר על מישהו מטעם מר פרנס או מר מתתיהו. באותו זמן לא ידעתי דבר. והתירוץ בארצות הברית שאולי מישהו עקב אחריי לסניף הבנק, שזה מה שהיועץ שלו ניסה לומר, אני לא הולך לסניפי הבנק. זה, ככה אני לא מנהל עסקים. והרעיון שמישהו עקב אחריי וידע מתי אני מגיע לשדות תעופה, בלתי אפשרי. כי הרבה פעמים אני נסעתי עם ממשלת ארצות הברית.

ש : אני אומר לך שלא הוכן עליך דו״ח חקירה, שמכיל נסיעות או חשבונות בנק שלך, וזה סתם השערה שלך.

ת : אז אם ככה אתה קורא למר פרנס שקרן. ואתה אומר לשופט בארצות הברית, בהחלטה (לא ברור) שהוא שקרן. וששגיא גנגר שהגיש אותו,

ש : אני אומר לך,

ת : גם הוא שקרן. ושכולם, האם הוא,

(מדברים ביחד)

כב׳ הש׳ ביטון : Yes, yes.

העד, מר הרשמן : האם הוא לקוח שלך? שהוא שיקר למשטרה, ושהוא שיקר בווידאו (לא ברור), ושהכל מזויף. תסביר איך, איך השופט קיבל דו״ח שאמרו תחת שבועה שהוא נוגע אלייי?

עו״ד בסידן : תראה, בסעיף 10 לכתב התביעה אתה טוען,

העד, מר הרשמן : נדמה לי שאין לך תשובה לזה.

עו״ד בסידן : אתה טוען שהדו״ח בעניינך הוצג לערכאות בארצות הברית, והציג אותך כמי שמסר הצהרת כזב לערכאות בארצות הברית.

מתורגמן : סליחה? ו-?

כב׳ הש׳ ביטון : הצהרה.

עו״ד בסידן : והציג אותך כמי שמסר הצהרות כזב. כזב.

עו״ד נחמני : סליחה רגע. זה לא מה שכתוב בסעיף 10.

עו״ד בסידן : בוא נקרא ביחד.





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

| | |
|---|---|
| עו"ד נחמני : | בסעיף 10 כתוב המידע. לא הדו"ח עליו. והמידע מתייחס ל-2 הדו"חות, |
| | אוקיי? אז, |
| עו"ד בסידן : | המידע מתייחס לדו"ח. אנחנו, אנחנו פה בתביעה, |
| עו"ד נחמני : | לא. |
| עו"ד בסידן : | על דו"ח עליו. התביעה בעניין, |
| עו"ד נחמני : | סליחה? |
| עו"ד בסידן : | אורלי גנגר הסתיימה. |
| עו"ד נחמני : | רק תצטט לא נכון מסעיף 10. |
| עו"ד בסידן : | אז בוא נקרא אותו ביחד. |
| עו"ד נחמני : | תעשה מה שאתה רוצה, תצטט נכון. |
| עו"ד בסידן : | בוא נקרא אותו ביחד. |
| עו"ד נחמני : | לא, |
| העד, מר הרשמן : | (אנגלית)? |
| עו"ד נחמני : | מה? זה בסדר. |
| עו"ד בסידן : | כן, אבל איזה מספר זה? |
| כב' הש' ביטון : | .10 |
| עו"ד נחמני : | 10. לא, הנה, הנה. |
| עו"ד בסידן : | לא, לא. |
| כב' הש' ביטון : | כן. |
| עו"ד נחמני : | הנה. תתרגם לו את סעיף 10. |
| העד, מר הרשמן : | אוקיי. |
| עו"ד בסידן : | האם אתה מתייחס למידע שהוצא עליך, או על המידע שהוצא על אורלי? |
| העד, מר הרשמן : | שנינו. |
| ש : | שניכם. אוקיי. איזו הצהרה מסרת בארצות הברית שקשורה למידע שאתה מתייחס אליו? |
| ת : | הרבה הצהרות. |
| ש : | הרבה הצהרות. הבנתי. והן כולן אמת? |
| ת : | כן. |
| ש : | אוקיי. האם יש לך החלטה מבית משפט בארצות הברית שמלמדת על כך שבית המשפט רואה בך כאדם שלא דובר אמת בשל אותו מידע שהוצג עליך? |
| ת : | לא. |

57



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'　　　08 דצמבר 2025

ש : אין לך. איך אתה יכול לטעון שהמידע שאתה מתייחס אליו בסעיף 10 לכתב התביעה, שכביכול הוצג בדו"ח החקירה הנטען,

מתורגמן : סליחה? ש-?

עו"ד בסידן : שהוצג בדו"ח החקירה הנטען, היה בלתי עדכני עד כדי הטעיה, או שהושג בעבירה, אם מעולם לא עיינת בו?

עו"ד נחמני : אני, שנייה. אל תענה.

כב' הש' ביטון : רגע, רגע. תיתן לו להשלים.

עו"ד בסידן : רגע, רגע, תן לו.

כב' הש' ביטון : ?If you

מתורגמן : (אנגלית).

עו"ד נחמני : אוקיי. כבודו.

כב' הש' ביטון : כן.

עו"ד נחמני : חזרנו לסעיף 10. סעיף 10 לא מדבר על הדו"ח, על דו"ח הרשמן.

עו"ד בסידן : אני,

עו"ד נחמני : מדבר על המידע הכללי.

עו"ד בסידן : הוא אמר,

עו"ד נחמני : בשאר,

עו"ד בסידן : הוא אמר הרגע שזה מתייחס לשניהם.

עו"ד נחמני : לא נכון. אז,

עו"ד בסידן : אז למה אתה, למה אתה, למה אתה מפריע סתם?

עו"ד נחמני : שנייה רגע. תן לי להתנגד ותשיב,

כב' הש' ביטון : כן.

עו"ד נחמני : ובית המשפט יחליט. בוא נהיה קצת,

כב' הש' ביטון : בסדר.

עו"ד נחמני : נחזור. חברי שואל אותו על סעיף 10 בכתב התביעה ואומר לו אתה מתייחס לדו"ח שאתה אף פעם לא ראית. איך אתה יכול להצהיר את זה? ואנחנו באים ואנחנו אומרים, סעיף 10 מתייחס למידע. לא לדו"יחות. למידע שכלול באחד מ-2 הדו"יחות. ולכן השאלה מטעה, זה הכל.

עו"ד בסידן : השאלה היא לא מטעה. אני אשיב לחברי. השאלה לא מטעה. הוא השיב כרגע בחקירה שהוא מתייחס למידע ב-2 הדו"יחות.

עו"ד נחמני : אז תשאל אותו על 2 הדו"יחות.

עו"ד בסידן : ולכן התייחסתי למידע עליו כי הוא מדבר עליו. לא על מידע אחר.

כב' הש' ביטון : אני מתיר את השאלה.





# בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳ |
|---|---|

| עו״ד נחמני : | כן. |
| כב׳ הש׳ ביטון : | בבקשה. |
| מתורגמן : | (אנגלית), והשאלה הייתה? |
| עו״ד בסידן : | השאלה הייתה איך אתה יודע, או טוען בכלל שהמידע בדו״ח החקירה שנעשה, שנעשה עליך, הושג בעבירה או שהיה מוטעה, אם מעולם לא הסתכלת בדו״ח, לא ראית את הדו״ח? |
| העד, מר הרשמן : | אני לא מבין את השאלה. |
| כב׳ הש׳ ביטון : | תשאל אותו איך הוא, |
| עו״ד בסידן : | יכול לטעון את זה אם הוא לא ראה את זה? |
| כב׳ הש׳ ביטון : | יכול לטעון שהמידע שהמידע הזה, מה שנאמר בסעיף 10, כן? הציג לערכאות, כן? בארצות הברית את התובע בכזב, וכמי שמסר הצהרת שקר לערכאות, אם הוא לא קרא את המידע הזה בדו״ח עליו. |
| מתורגמן : | (אנגלית). |
| כב׳ הש׳ ביטון : | כמי שמסר הצהרת שקר, |
| העד, מר הרשמן : | כי אתם האשמתם אותי בעדות שקר. |
| עו״ד בסידן : | אני? |
| העד, מר הרשמן : | ובפשעים. כשמר פרנס יחד עם שאר עורכי הדין של מתתיהו וגברת ג׳יין אלטשולר, |
| כב׳ הש׳ ביטון : | כן. |
| העד, מר הרשמן : | טענו לגבי תוצר עבודה לגבי דברים ששון סידר שיגנבו בשבילו. ככה אתם עשיתם את, |
| עו״ד אשכנזי : | אני, אני מתנגד כבודו. |
| העד, מר הרשמן : | טענתם, |
| | (מדברים ביחד) |
| עו״ד אשכנזי : | אני מתנגד. זה הרחבת חזית. אלה טענות שמעולם לא נטענו בכתב התביעה, לא, לא בשום תצהיר, בשום מקום. זאת הרחבת חזית. מה הקשר כאן כרגע של ההאשמות בארצות הברית לדו״ח בתביעת נזיקין פה? זאת הרחבת חזית ברורה. |
| עו״ד נחמני : | איך הוא יכול, איך הוא יכול בתשובה לשאלה להרחיב חזית? הוא נשאל, מה? |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד נחמני : | כבודו שאל אותו. |





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                  08 דצמבר 2025

| | |
|---|---|
| כב׳ השי ביטון: | אבל הוא, הוא משיב לשאלה שהוא נשאל. כלומר איך בסופו של דבר, השאלה היא שאלה לגיטימית, כן? איך הוא יכול, |
| עו״ד בסידן: | והתשובה לא קשורה לכלום. |
| כב׳ השי ביטון: | לטעון, |
| עו״ד אשכנזי: | לא קשורה לכלום. |
| כב׳ השי ביטון: | לא. |
| עו״ד אשכנזי: | היא לא רלוונטית בכלל. |
| כב׳ השי ביטון: | אני לא בטוח שלא. |
| עו״ד אשכנזי: | השאלה הייתה פשוטה. איך הוא קרא, איך הוא יודע שהמידע בדו״ח גרם לו נזק אם הוא לא ראה את הדו״ח? |
| כב׳ השי ביטון: | אז, |
| עו״ד אשכנזי: | שאלה נורא פשוטה, והתשובה שאין לו מושג. |
| כב׳ השי ביטון: | אז הוא ענה, זה מה שטען, טענו בתביעה של גנגר, אותו גנגר טען. |
| עו״ד אשכנזי: | לא מופיע בכתבי הטענות. לא מופיעה טענה כזאת בכתבי הטענות, |
| כב׳ השי ביטון: | אבל זה התשובה שלו. |
| עו״ד אשכנזי: | בסדר. |
| עו״ד נחמני: | אבל, |
| כב׳ השי ביטון: | אם היא מופיעה או לא מופיעה, זה דבר אחר. הוא אומר שהוא מבין את זה, ובבקשה תתרגם את מה שאני אומר לו. הוא מבין את זה מהתביעה של מר גנגר. זה נכון? בתביעה שלו. |
| העד, מר הרשמן: | כן, הם, הם האשימו אותי, |
| עו״ד בסידן: | מי זה הם? מי זה הם? |
| כב׳ השי ביטון: | ?Who are they |
| העד, מר הרשמן: | שגיא גנגר, פרנס, |
| עו״ד אשכנזי: | זה תשובות לא רלוונטיות, זה עכשיו, |
| כב׳ השי ביטון: | לא, בסדר, |
| עו״ד אשכנזי: | מתחיל, |
| | (מדברים ביחד) |
| כב׳ השי ביטון: | אבל הוא אומר שזה מה, הוא משיב לו לשאלה שלו. |
| עו״ד בסידן: | בסדר, זה בסדר. |
| כב׳ השי ביטון: | הוא משיב לו איך הוא יודע, איך הוא יודע את זה. אז הוא אומר, זה מה שהאשימו אותו. כן. |
| העד, מר הרשמן: | פרנס, |

60





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                    08 דצמבר 2025

| | |
|---|---|
| עו"ד בסידן : | איפה השמות האלה? |
| העד, מר הרשמן : | פרנס הצהיר שהוא, |
| כב' הש' ביטון : | רגע. |
| העד, מר הרשמן : | (אנגלית). |
| מתורגמן : | (אנגלית). |
| כב' הש' ביטון : | תן לו, תן לו לתרגם. |
| העד, מר הרשמן : | שעורך הדין הכי ותיק של שגיא, |
| כב' הש' ביטון : | כן. |
| העד, מר הרשמן : | הוא בא לטקסס. ניהלנו את ההליכים בבית המשפט. הוא בא לפגישות עם הנאמן. |
| כב' הש' ביטון : | כן. |
| העד, מר הרשמן : | והוא זה שאמר שכל מה ששון מתתיהו עשה, זה תוצר עבודה שלי לטובת גנגר. על בסיס אותם, אותם, אותו מידע, |
| מתורגמן : | (אנגלית). |
| העד, מר הרשמן : | Sorry. אתם מאשימים אותי, |
| כב' הש' ביטון : | בעבירות. |
| העד, מר הרשמן : | בעבירות. |
| עו"ד בסידן : | אני יכול לעבור לשאלה הבאה? |
| מתורגמן : | כן. |
| עו"ד בסידן : | תודה רבה. בוא נתקדם לסעיף, בסעיף 11 לכתב התביעה, אם אתה יכול להקריא לו בבקשה, לתרגם לו. |
| עו"ד נחמני : | 11. זה קטן לך? אני, |
| עו"ד בסידן : | לא. זה בסדר. |
| מתורגמן : | (אנגלית). |
| כב' הש' ביטון : | (אנגלית). |
| מתורגמן : | מה זה? |
| כב' הש' ביטון : | (אנגלית). |
| עו"ד נחמני : | (אנגלית). |
| מתורגמן : | (אנגלית). |
| עו"ד בסידן : | אוקיי. עכשיו השאלה שלי, לגבי המילים המצג הזה, האם אתה מתייחס לדו"ח החקירה בעניינה של אורלי? |
| העד, מר הרשמן : | (לא ברור). |

61





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| עו״ד בסידן : | המילים מצג הזה. המילים, כתבת פה בסעיף 11 לכתב התביעה, כתבת שאתה נאבקת במצג הזה. האם המילים המצג הזה, זה הכוונה למידע שהוצג בדו״ח של אורלי? |
| העד, מר הרשמן : | לא. אלה הטענות שאתם העליתם והזימונים לעדות שאתם ניפקתם. זמן מועט אחרי שהם כתבו את, את הדו״ח, אני זומנתי לעדות בפעם הראשונה זה שנים רבות, והוא לפתע שאל אותי איפה (לא ברור), לאן הלכתי. |
| | (הפסקה) |
| העד, מר הרשמן : | וביקש את כל רישומי, את הרישומים (לא ברור) שלי. אז הייתי צריך להגיע לבית המשפט כדי למנוע מהמידע הזה להתפרסם. ובאותו זמן אתם מאשימים אותי ואת משרד עורכי הדין שלי בעבירות. |
| עו״ד בסידן : | אז, אז, |
| העד, מר הרשמן : | מה חשבת? שלא אגיב? שאני אתן לך לגנוב את המידע, |
| ש : | אז אתה בעצם, |
| ת : | ולהאשים אותי בפשעים? |
| ש : | אז בעצם, אז בעצם, |
| ת : | (אנגלית). |
| ש : | אז אם אני מבין נכון, את שעות העבודה הרבות של ה-700,000 שקל, את שווי, את, את העבודות הארוכות בשווי של 700,000 שקל, אתה השקעת בשביל להילחם באותו צו שרצה מידע על כניסות ויציאות שלך, ומידע בנקאי. |
| ת : | (אנגלית). |
| ש : | אה, לא? |
| ת : | אני מעולם לא אמרתי דבר כזה. |
| ש : | אז מה אמרת הרגע? |
| ת : | אמרתי לך שהיו 2 דברים נפרדים שקרו. האחד הוא שהלכתי לנאמן, והאשמתם אותי, בלי קשר לאורלי, האשמתם אותי בפשעים. אוקיי? אז הייתי צריך להיפגש עם הנאמן, להעסיק עורך דין בטקסס לטפל בזה, לטוס לישראל כדי לטפל בזה, להעסיק את מר נחמני, ללכת להיפגש עם מר מתתיהו, להיפגש עם המשטרה, לחזור לארצות הברית, ואז להתחיל לטפל בטענות האחרות שאתם העליתם. כל זאת, כולל, כולל בטיפול בטענות של, של מר פרנס שיש לו עסקים עם, עם גברת אלטשולר, ואתם מגישים כאן דברים ששונים מאוד ממה שנאמר בארצות הברית. אז זה, כדי לטפל, להגיב לטענות, לטפל בגניבת המידע הפרטי שלי, למצוא האם |

62





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

המידע הזה עדיין נמצא, זמין ויכול להגיע לעוד אנשים. וכפי שאמרתי לו לפני 6 שנים, אני לא יודע איך אתם הייתם מגיבים לו הייתם נאשמים בעבירות.

ש : כן.

ת : אני, אני לקחתי את זה ברצינות כאילו מדובר היה בהתקף לב. ואם אתה עובד עם נשיא ארצות הברית ועם ממשלת ארצות הברית, והאמון חשוב, שלך, חשוב לאנשים, אתה לא רוצה להיאשם בעבירות.

ש : טוב. יש,

ת : (אנגלית),

ש : יש לך, יש לך, יש לך רישום? יש לך רישום של שעות העבודה שהשקעת?

ת : לא. יש לי כאן מסמכים שאתם מוזמנים לעיין בהם כמובן.

ש : יש ברשותך אסמכתאות שמלמדות ששילמת לעורכי הדין שלך כדי להילחם במידע? בדו״ח החקירה שנערך עליך?

ת : כן.

ש : יש לך. אוקיי. בסדר. האם שעות העבודה שהושקעו מטעמך ומיטב עורכי הדין שלך, מתייחסות גם לצורך להפריך את קיומו של בנק, קיומו של חשבון בבנק הפועלים בבעלותה או על שמה של אורלי?

ת : שוב, סליחה.

ש : האם שעות העבודה שהושקעו מטעמך ומטעם עורכי הדין שלך, הושקעו גם לצורך הפרכת המידע בדו״ח של אורלי?

ת : כמעט 0. המידע של אורלי הוא מלפני 15 שנה או יותר. לא לקח הרבה זמן לגלות שלא, אין חשבון בנק. אתם מאשימים אותי,

ש : אני לא מאשים אותך בכלום אז אני לא יודע מה אתה רוצה ממני.

ת : (אנגלית).

כב׳ הש׳ ביטון : לא, בעברית אדוני.

מתורגמן : מה?

כב׳ הש׳ ביטון : אתה מתרגם בעברית.

מתורגמן : לא, לא.

כב׳ הש׳ ביטון : מה הוא אמר?

מתורגמן : אני לא,

כב׳ הש׳ ביטון : אה, מה, את מה שהוא אמר?

מתורגמן : כן, כן.

כב׳ הש׳ ביטון : אבל,





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

העד, מר הרשמן : מה אתה חושב שהם עשו עם המידע?

עו״ד בסידן : איזה, איזה מידע? איזה מידע? איזה מידע? תראה לי אותו. איזה מידע אתה מדבר? כן.

העד, מר הרשמן : ההתנהגות הלא ראויה של,

עו״ד נחמני : רגע. תגיד מאיפה הוא קורא. מאיזה עמוד?

העד, מר הרשמן : (אנגלית).

כב׳ השי ביטון : מאיפה הוא קורא?

עו״ד נחמני : כן.

העד, מר הרשמן : (אנגלית).

עו״ד בסידן : כן, סעיף, סעיף 9.

העד, מר הרשמן : זה בקשה לסעד בבית המשפט בארצות הברית.

ש : מי הכין אותה?

ת : מה?

ש : מי הכין את זה.

ת : (אנגלית).

ש : אה, שגיא?

ת : עורכי הדין של שגיא.

ש : הוא פה?

עו״ד נחמני : רגע, רגע. תן לו להשיב על השאלה. תן לו להשיב על השאלה.

עו״ד בסידן : אבל מה אתה מקריא לי?

כב׳ השי ביטון : אבל מאיזה, מאיזה,

עו״ד נחמני : הוא קורא מנספח, אדוני, הוא קורא מעמוד,

העד, מר הרשמן : ספטמבר, אוקיי,

כב׳ השי ביטון : איזה נספח?

העד, מר הרשמן : (אנגלית).

עו״ד נחמני : עמוד 141 לתיק המוצגים שלו.

עו״ד בסידן : מה-25 בספטמבר 2019?

עו״ד נחמני : מוצג 6.

עו״ד בסידן : כן.

עו״ד נחמני : כן.

עו״ד בסידן : ומה זה? מה זה?

העד, מר הרשמן : (אנגלית)?

עו״ד בסידן : כן.

64





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳      08 דצמבר 2025

עו״ד נחמני : (אנגלית).

העד, מר הרשמן : אוקיי,

עו״ד בסידן : לא. מה זה? אני שואל אותך מה זה. מי הכין את זה?

עו״ד נחמני : רגע, אבל שנייה רגע. אפשר לקבל תשובה על שאלה?

כב׳ הש׳ ביטון : רגע, לאט, לאט.

עו״ד נחמני : רגע, רגע.

כב׳ הש׳ ביטון : תן לו, תן לו להשיב.

עו״ד נחמני : הוא, אריק, (אנגלית),

עו״ד בסידן : אני לא צריך שהוא יקריא. אנחנו יודעים לקרוא. אני שואל אותו מי, מה זה ומי הכין את זה.

עו״ד נחמני : שנייה רגע. אתה שאלת אותו והוא התחיל להשיב.

עו״ד בסידן : אני יודע מה אני שאלתי.

עו״ד נחמני : קדימה.

עו״ד בסידן : שאלתי מה זה ומי הכין את זה.

עו״ד נחמני : קדימה.

עו״ד בסידן : מה זה ומי הכין את זה?

העד, מר הרשמן : זוהי הגשה לבית המשפט מאת שגיא גנגר. על בסיס המידע שנגנב על ידי מר מתתיהו, ושקשור, ושמעורב בזה גם מר פרנס,

עו״ד בסידן : זה לא אתה, לא אתה הכנת את זה, נכון?

העד, מר הרשמן : אני לא סיימתי. זה יומיים אחרי שבאתי לישראל כדי להיפגש עם מר מתתיהו. יומיים לאחר מכן,

עו״ד בסידן : הדו״ח המדובר מצורף לבקשה הזאת? לא.

העד, מר הרשמן : זה מוצג 6.

עו״ד בסידן : הדו״ח, הדו״ח שכביכול אתה טוען ששישי ערך עליך, מצורף לבקשה הזו?

עו״ד נחמני : רגע אבל,

העד, מר הרשמן : (אנגלית).

עו״ד נחמני : אבל תקרא את סעיף 9. הוא לא מדבר על הדו״ח שלו. תקרא, זה,

עו״ד בסידן : אני לא רוצה לקרוא כלום.

עו״ד נחמני : פשוט הטעיה אחרי הטעיה אחרי הטעיה אדוני.

עו״ד בסידן : אני הטעיה?

עו״ד נחמני : אדוני רואה את זה? אדוני רואה את סעיף 9? יש פה בקשה,

כב׳ הש׳ ביטון : בסעיף,

עו״ד נחמני : יש את זה לאדוני?

65



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳         08 דצמבר 2025

| | |
|---|---|
| כב׳ הש׳ ביטון : | כן. |
| עו״ד נחמני : | שמבוססת על, על דו״ח אורלי. לא על דו״ח הרשמן. שאומרת שמשרד עורכי הדין קסוביץ׳ והתובע הטעו את הנאמנים ואת בית המשפט לפשיטת רגל בכך שהסתירו את חשבון הבנק של דו״ח אורלי שכבר היה גלוי. אז הוא כל הזמן חוזר לדו״ח הרשמן, אבל זה לא דו״ח הרשמן. |
| עו״ד בסידן : | לא. כי אני, מצוין. שהוא יענה לי את זה. |
| עו״ד נחמני : | תשאל אותו באופן שאפשר להבין את השאלה. |
| עו״ד בסידן : | הוא הבין בדיוק את השאלה. |
| עו״ד נחמני : | ושמתיישב, מתיישב עם החומר. |
| עו״ד בסידן : | יופי. |
| עו״ד נחמני : | אוקיי. |
| עו״ד בסידן : | אז זאת אומרת, אתה מציג לי כאן בקשה שמתבססת על הדו״ח שהוכן על אורלי. |
| העד, מר הרשמן : | שבו נאשמתי, הואשמתי אני, |
| עו״ד בסידן : | אוקיי. |
| כב׳ הש׳ ביטון : | רגע. |
| העד, מר הרשמן : | והמשרד שלי בפשעים. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד בסידן : | יופי. וזה אומר שבעצם בדבר הזה, בבקשה הזאת, היית צריך להילחם ולהשקיע שעות רבות של עבודה. |
| העד, מר הרשמן : | לא. זה, הטענה של החברים שלך נגדי, |
| ש : | אתה לא מבין? עכשיו, עכשיו, |
| ת : | אני לא מבין. אני מבולבל. |
| ש : | עכשיו הצגת לי, |
| ת : | (אנגלית). |
| ש : | עכשיו הצגת לי בקשה מסוימת, שכנגד אותה בקשה נאלצת להילחם. נכון? |
| ת : | הראיתי לך שב-25 לספטמבר 2019, יומיים אחרי, |
| ש : | כן. |
| ת : | שנפגשנו עם מר מתתיהו, שהם מאשימים אותי, אותנו בפשעים. אחרי שהוא הודה שיש לו דו״ח עליי, ובקירוב לאותו זמן (לא ברור), הם, |
| ש : | למה הראית לי את הבקשה הזאת? |
| ת : | זומן המידע שלי. |
| ש : | למה הראית לי את הבקשה הזו? |

66





## בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**         **08 דצמבר 2025**

ת :    שאלת אותי על העיתוי של (לא ברור). אז אמרתי לך מה קרה כדי שתבין את, את השתלשלות האירועים. אם אתה רוצה שאני אסביר,

ש :    תראה לי,

ת :    אני אסביר.

ש :    תראה לי בקשה אחת שהוגשה בעניינך לבית משפט, שנסמכת על הדו״ח שכביכול ששי ערך עליך.

ת :    תוכל לחזור על השאלה?

ש :    תראה לי בבקשה בקשה אחת שהוגשה לבית המשפט, המתבססת על דו״ח ששישי מתתיהו ערך עליך.

ת :    כן.

ש :    הוא פה? הוא בדו״ח? הוא בראיות?

ת :    אני לא יודע אם זה נמצא כאן, אז זימון לעדות,

ש :    כן.

ת :    (אנגלית).

ש :    איפה? תראה לי. תראה לי את זה. תראה לי.

ת :    אני לא יודע אם זה נמצא בתיקייה הזאת. אם נוכל לקחת הפסקה, אני אוכל להמציא לך את זה.

ש :    בינתיים שאולי יובל יחפש את זה בתיק,

עו״ד נחמני :    תהיה הפסקה. הוא יציג לך.

העד, מר הרשמן :    (אנגלית).

עו״ד בסידן :    אני שאלתי אותך, אני שאלתי אותך שאלה פשוטה. האם אתה יכול להראות לי בקשה אחת שהוגשה לבית המשפט המבוססת על מידע ששישי מתתיהו ערך עליך או הוציא עליך באופן ישיר ולא על אורלי?

העד, מר הרשמן :    כן. בהחלט. אמרתי לך. הם הנפיקו,

ש :    איפה? יש לך?

ת :    זימון,

ש :    יש לנו את זה פה?

ת :    הנפיקו,

ש :    איך אני יכול לדעת,

ת :    הנפיקו צו להסגרת מידע. זה לא היה נס.

ש :    אוקיי. איך אני יכול לדעת שזה מתייחס לאו, מתייחס דווקא על מידע שהוצא עליך ולא על מידע שהוצא על אורלי?

67





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :    אני, אני אתן לך תשובה. הם כבר גנבו את כל המידע של אורלי. לנו לא היה חשבון בנק משותף.

ש :    אתה לא עונה לי לשאלה,

ת :    לא היה חשבון בנק משותף.

ש :    בוא, בוא נמשיך.

ת :    אז מה המטרה של גניבה,

ש :    מי אמר,

ת :    ואז,

ש :    טוב.

ת :    מנפיקים צו כדי להפוך את זה,

ש :    אני לא,

ת :    למה זימנתם אותי,

ש :    אני לא מנהל הליכים בארצות הברית ואין לי מושג איזה הליכים מדובר, ולכן ביקשתי ממך להראות לי אלה הליכים מדובר.

מתורגמן :    מה?

עו״ד בסידן :    טוב.

מתורגמן :    שוב.

עו״ד בסידן :    אני לא מנהל הליכים בארצות הברית. אין לי מושג על אלה הליכים מדובר. וכן ביקשתי ממך להראות לי. על זה התביעה שלך.

העד, מר הרשמן :    אוקיי.

ש :    ואני לא מצליח להבין. אני לא מצליח לראות אותה.

ת :    (אנגלית).

ש :    אוקיי.

ת :    נראה לך כשניקח להפסקה.

ש :    אוקיי. אז אנחנו ניקח הפסקה ואחרי זה תראה לי. בסדר.

ת :    ורק, שרק נבהיר. הם, הסיבה היחידה שהם עשו את זה, זה היה בשביל ההליך בארצות הברית.

ש :    טוב. בסעיף 12 לכתב התביעה, אתה דורש נזק בלתי ממוני בסכום של 150,000 שקל.

עו״ד נחמני :    (אנגלית).

מתורגמן :    (אנגלית).

עו״ד בסידן :    האם אתה דורש את הסכום הזה בגלל עגמת נפש שנגרמה לך כפי שאתה מתאר בסעיף 39 לכתב התביעה?



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

העד, מר הרשמן :    29?

עו"ד בסידן :    39.

העד, מר הרשמן :    אה, 39.

מתורגמן :    (אנגלית).

עו"ד נחמני :    (אנגלית).

מתורגמן :    (אנגלית).

עו"ד נחמני :    בסדר.

מתורגמן :    (אנגלית).

עו"ד בסידן :    זה בסדר, זה פחות חשוב.

עו"ד נחמני :    כן. בסדר.

עו"ד בסידן :    האם, האם ה-150,000 שקל שאתה דורש מתייחסים למה שאתה מפרט פה בסעיף 39?

העד, מר הרשמן :    אני לא יודע אם זה מקובל רק לטענות של סעיף, אבל זה קשור לטענות באופן, בכלל.

ש :    אוקיי. אז ה-150,000 שקל, עבור מה אתה רוצה אותם?

ת :    על כל מה שקרה. ואני ישבתי שם, אני לא יודע מה אתה עשית בקריירה שלך. אני רק יכול לומר לך מה אני עשיתי בקריירה שלי. אני פרטי, אני,

ש :    אדם פרטי.

ת :    אדם פרטי מאוד. כן. אני מאוד מודע לביטחון שלי, לא משנה היכן אני נמצא ובכל הנסיבות. והרעיון שהחוקרים או הממשלה בישראל היו מוסרים את המידע שלי,

ש :    אני שאלתי למה רצית,

ת :    כשאני נכנס ויוצא מישראל,

עו"ד נחמני :    רגע. הוא עונה. שנייה. שאלת למה הוא תובע.

העד, מר הרשמן :    שאלת אותי למה. אמרת, אני לא יודע מה אתה עשית בחייך. אני יודע מה אני עשיתי. הרעיון שהם מסתובבים עם מידע, הנסיעות שלי, כשאני,

עו"ד בסידן :    אז אני אשאל את השאלה, אולי אני אשאל את השאלה אחרת. יהיה לו יותר קל. למה,

העד, מר הרשמן :    (אנגלית).

עו"ד בסידן :    למה, למה 150,000 שקל ולא 50,000? למה 150,000 ולא 300?

העד, מר הרשמן :    (אנגלית),

עו"ד נחמני :    רגע. אפשר לתת לו להשלים תשובה? תשאל שאלה ישירה.

כב' הש' ביטון :    לאט, לאט. לאט.

69



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**          **08 דצמבר 2025**

| | |
|---|---|
| עו"ד בסידן : | אני שואל שאלה פשוטה. |
| עו"ד נחמני : | כן. |
| עו"ד בסידן : | אני מקבל פה סיפורי, |
| עו"ד נחמני : | לא. לא נכון. תן לו. |
| העד, מר הרשמן : | (אנגלית), |
| עו"ד בסידן : | סיפורים. כל הזמן הוא חוזר על זה שהשגריר, בסדר. הבנו. |
| העד, מר הרשמן : | (אנגלית), |
| עו"ד בסידן : | אני רוצה לדעת, איך, איך, |
| כב' השי' ביטון : | רגע. תן, |
| עו"ד בסידן : | איך הגעת ל-150,000 שקל? |
| כב' השי' ביטון : | תן לו. |
| העד, מר הרשמן : | (אנגלית), |
| עו"ד בסידן : | כן. |
| העד, מר הרשמן : | אוקיי, הדיונים, הדיונים על הנזקים נערכו יחד עם עורך הדין שלי על מה שקרה. |
| ש : | אוקיי. |
| ת : | ואנחנו 6, עברו שנים מאז, והאנשים היחידים שמסתובבים בעולם ויודעים על הנסיעות שלי, זה אתם. |
| ש : | אז למה 150? למה, למה 150,000 שקל? למה, למה 150,000 שקל? |
| ת : | זה, על סמך דיונים עם עורך הדין שלי וחשבנו שראוי. אתה שואל אותי, |
| ש : | טוב. |
| ת : | למה על הנזקים? אני לא חושב שאתה מבין. באיזה עולם מי שבישראל גונב מידע על נסיעות של אזרח ארצות הברית שעובד בשביל הממשלה? |
| ש : | טוב. תראה, בסעיף 27 לתצהיר שלך, אתה טוען שפרנס כבר הדגים את נכונותו לשקר תחת שבועה וליצור מסמכים מזויפים עבור שגיא. הדגים את נכונותו לשקר תחת שבועה, וליצור מסמכים מזויפים עבור שגיא. |
| ת : | נכון. |
| ש : | זה נכון? |
| ת : | יש 2 החלטות בית משפט שפורסמו שקובעות שהוא לא העיד עדות אמת, ושהוא עבד עם שגיא כדי, |
| ש : | אוקיי. אז אני אומר לך, |
| ת : | מסמכים מזויפים ושגויים. |

70



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳               08 דצמבר 2025

ש: אז איך אתה יכול לדעת שבמקרה הזה שגיא ופרנס לא מבלפים אותך ומספרים לך סיפורים, סיפורי מעשייה שכביכול יש דו״ח עליך עם כניסות ויציאות וחשבונות בנק, כשבפועל אין דבר כזה?

ת: מה שאתה אומר שייתכן שפרנס, עכשיו,

ש: אתה אומר. לא אני.

ת: לא. מעולם לא אמרתי. השופטים אמרו שהוא העיד עדות שקר. עכשיו אתה אומר שהוא שיקר לשופט שלישי. ואתה שואל איך השופט גריטי יודע שפרנס לא מגיש עוד תצהירים מזויפים, ששגיא גנגר לא מגיש תצהירים מזויפים ושגיון דלפורטה עורך הדין האחר שלו לא, לא מגיש גם תצהירים מזויפים. אז אם, אני מניח שמה שהם הגישו לשופט היה אמת אבל אנחנו יכולים לענות על השאלה הזאת. תן לי את דו״חות ונראה אם, אם הם קיבלו את רישומי הבנק והנסיעות שלי נכונה,

ש: איזה דו״ח?

ת: או לא.

ש: איזה דו״ח אתה רוצה?

ת: ההוא,

ש: אז תבקש ממנו,

ת: ההוא, ההוא שהוא העיד תחת שבועה.

ש: בוא נראה. בוא נראה.

ת: אתה אומר שמתתיהו שיקר למשטרה,

ש: בוא נראה את, מה הוא אמר במשטרה. תכף אנחנו נגיע לזה. רגע. תהיה סבלני.

ת: אז, אז הוא שיקר לנו כשהוא אמר,

(מדברים ביחד)

העד, מר הרשמן: הוא שיקר, הוא שיקר לנו כשהוא אמר שהוא עשה, ערך מחקר עליי. הוא שיקר למשטרה כשהוא אמר את זה. מר פרנס אז הגיש תצהיר ושיקר לשופט בארצות הברית. שגיא גנגר גם הגיש תצהיר שבו הוא שיקר לשופט בארצות הברית. וגיון דלפורטה, עורך שהוא שותף ויועץ של, של פרנס,

עו״ד בסידן: טוב.

העד, מר הרשמן: גם שיקר לשופט. הכל,

ש: מצוין.

ת: כל זאת ייתכן, או שהם זייפו תכתובות מייל בשביל,

ש: תראה, אתה צירפת,

71



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| ת: | לשופט. |
| ש : | לתצהיר שלך תמליל של שיחה שכביכול הוקלטה בינך לבין הנתבע, מר ששי מתתיהו במשרדו של עורך דין יובל. |
| ת: | אני חושב שהוא תרגם את זה. אנחנו קיבלנו את ההקלטה המקורית. |
| ש : | ההקלטה המקורית, הגשתה אותה לבית המשפט? |
| ת: | אני לא יודע אם, אם הוא הוגש, אבל יש לכם כי אתם נתתם לנו אותו. |
| ש : | טוב. מעניין. בשורה 157 לתמליל, אתה מנסה לברר אם הנתבע, אם בוצעה על החקירה והאם הוא הוציא עליך מידע. האם באותו שלב, האם באותו שלב, |
| ת: | אוקיי. |
| ש : | אוקיי, האם באותו שלב שאתה שואל אותו, ידעת שהנתבע ערך חקירה אודותיך, והאם ידעת איזה מידע הוא הוציא עליך? |
| ת: | לא, אני חשדתי. |
| ש : | אה, חשדת. מצוין. חשדת. |
| ת: | חשדתי שהוא עורך חקירה, ואם אני זוכר היטב זה אחד הדברים הראשונים ששאלתי אותו. |
| ש : | בשורה 171 לאותו תמליל, |
| עו"ד נחמני : | 161? |
| עו"ד בסידן : | כן, 171. |
| העד, מר הרשמן : | אה, 71. |
| עו"ד בסידן : | תקרא רגע את שורה 171. |
| העד, מר הרשמן : | אוקיי. |
| עו"ד בסידן : | ואחרי זה אני רוצה גם שתקרא את שורה 186. שם אתה אומר שאריק הוא בן אדם שלא עושים עליו חקירות. |
| עו"ד נחמני : | זה לא הוא אומר. זה אני אומר. |
| עו"ד בסידן : | אה, אוקיי. |
| עו"ד אשכנזי : | גם הוא אומר את זה. |
| עו"ד בסידן : | מדוע לטעמך יש הבדל בין אורלי לבינך? ומדוע אתה מחשיב את עצמך כאחד שלא עושים עליו חקירות? |
| העד, מר הרשמן : | לא. זה לא מה שאמרתי בכלל. תסתכל על מה אמרתי ב-172. אז, אני אומר, אישה, אורלי, זו קטגוריה אחת. הפרטיות שלי היא עולם אחר. אורלי היא אמנית. למי אכפת? אוקיי, גנבת את המידע שלי. אני עובד אצל |



72



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

הממשלה. אתם גונבים את המידע שלי. אני לא, לא הגשתי פשיטת רגל בארצות הברית, לא היה לי חשבון משותף עם אורלי. ברגע שגנבתם את המידע שלה ואתם לא רואים חשבון משותף שלנו, בשביל מה אתם גונבים את המידע שלי?

ש : מי אמר שגנבו את המידע שלך?

ת : הוא.

ש : אוקיי.

ת : אוקיי.

ש : זה מעניין.

ת : בהחלטה הקודמת היה כתוב שזה בלתי אפשר,

ש : אז זה המידע,

ת : בלתי אפשרי, בלתי אפשרי להשיג את המידע.

ש : אז, אז זה המידע שאתה מתכוון שגנבו עליך?

ת : לא. לא.

ש : לא.

ת : מה שנגנב ממני, על פי מה שאתם טוענים, רישומי הנסיעות שלי,

ש : טוב.

ת : ורשומות הבנק שלי.

ש : תראה, בשורה, אני רוצה שהוא יסתכל על שורה 212 לתמליל. שם עורך הדין שלך אומר, תקריא.

מתורגמן : כן.

עו״ד בסידן : תפרש לו את זה.

מתורגמן : אוקיי. (אנגלית).

עו״ד בסידן : אוקיי. האם נכון שאתם אמרתם את זה ללקוח שלי באותה פגישה כדי להפחיד אותו ולהטיל עליו מורא? כדי שייתן לכם את מה שאתם רוצים.

העד, מר הרשמן : לגמרי לא. אתה רוצה לדעת,

ש : כן, בוא נגיע, תכף נגיע,

ת : או אתה לא רוצה? אם אתה רוצה, אני אסביר לך למה. כי כל הסיבה שאני אמרתי שאני בקטגוריה אחרת, לקח דקה אחת לגלות שאני עובד עם, עם השגריר. דקה אחת. אז הרעיון שאתה תגנוב את המידע שלי, כפי שאמרתי, זאת קטגוריה אחרת מגניבת המידע של אורלי. הוא רצה חסינות, הוא לא רצה להגיע למשטרה.

ש : תראה לי בתמליל,





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :    ואתה חושב שכל זה כשר?

ש :    תראה לי בתמליל של השיחה היכן הלקוח שלי אומר שהוא עשה, הוא ערך דו״ח חקירה עליך שמכיל פרטים של כניסות ויציאות שלך בארץ וחשבונות בנק. תראה לי בבקשה בתמליל השיחה.

ת :    אני לא,

ש :    אוקיי.

ת :    אני לא, לא עברתי על, על התמליל הזה.

(מדברים ביחד)

העד, מר הרשמן :    אני לא עברתי על התמליל הזה, אבל זה אותו מידע שהיה גם (לא ברור) של אורלי. אני לא מבין. אתה רוצה לומר שאין דו״ח,

עו״ד בסידן :    לא.

העד, מר הרשמן :    ושהם משקרים,

ש :    שאלתי אותך,

ת :    לשופט בארצות הברית? זה מה שאתה אומר?

ש :    שאלתי אותך היכן בתמליל הלקוח שלי אומר שהוא הכין דו״ח עליך, שמכיל כניסות ויציאות מהארץ וחשבונות בנק?

ת :    (אנגלית).

ש :    אני אומר לך שאין כזה דבר.

ת :    אני לא יודע. אתה אומר לי, אתה אומר לי שהדו״ח לא קיים. זה, זה שקר גס.

ש :    תראה,

ת :    הגעיל אותי לומר את זה. יש, יש שופטים שמפרסמים החלטות,

(מדברים ביחד)

עו״ד בסידן :    תסתכל בבקשה,

עו״ד נחמני :    רגע,

עו״ד בסידן :    תסתכל בבקשה,

העד, מר הרשמן :    ואתה אומר שהם לא קיימים?

עו״ד בסידן :    על סעיף 241 לתמליל.

העד, מר הרשמן :    200?

עו״ד בסידן :    41 לתמליל.

מתורגמן :    (אנגלית).

עו״ד בסידן :    כן.

מתורגמן :    (אנגלית).

74



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**          **08 דצמבר 2025**

| | |
|---|---|
| (הפסקה) | |
| עו"ד בסידן : | שם אתה בעצם אומר, |
| עו"ד נחמני : | זה לא הוא אומר. זה אני אומר. |
| עו"ד בסידן : | אתה אומר? יותר טוב. שם יובל אומר בשמך, אנחנו רוצים, תראה, בוא, בוא, זה אנחנו רוצים לדעת עם מי נפגשת, מי נתן לך הוראות, מי שילם לך, איזה מידע, |
| עו"ד נחמני : | זה לא מה שכתוב ב-241. |
| עו"ד בסידן : | למה? אני, תסתכל על 241. |
| עו"ד נחמני : | אה, אז תתחיל מהההתחלה. תקריא מהההתחלה. כן. |
| מתורגמן : | (אנגלית). |
| עו"ד בסידן : | אם כך, תסכים איתי שאתה בעצם לא יודע דבר. אתה רק משער השערות, ואתה בעצם באותה פגישה ניסית לדוג מידע. |
| העד, מר הרשמן : | לא. |
| ש : | אז אתה כן ידעת? |
| ת : | אמרתי, כשהתחתי, |
| ש : | כן. |
| ת : | כשהתחלנו בפגישה, שאני הייתי תובע בארצות הברית. אז אני יודע כיצד אפשר להשיג מידע. אי אפשר להשיג מידע ממסד נתונים, |
| ש : | זה לא, |
| ת : | של הממשלה. |
| ש : | מה ששאלתי אבל. |
| ת : | (אנגלית), |
| ש : | אתה לא עונה לי לשאלה. |
| ת : | (אנגלית), |
| ש : | שאלתי אם באותה נקודה שאתה שואל, |
| ת : | (אנגלית). |
| ש : | שאלתי, |
| ת : | (אנגלית), |
| ש : | תקשיב לשאלה היטב. |
| ת : | (אנגלית). |
| ש : | תקשיב לשאלה היטב. שאלתי אותך, באותה נקודה שאתה שואל את השאלה, אתה בעצם לא יודע דבר על המידע שנאסף עבורך, לא יודע מי הזמין, מה הזמין, למי הוא עובד. אתה לא יודע דבר. |

75



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

ת : (אנגלית),

ש : אה, אז אתה יודע?

ת : אתה רוצה שאני אסביר?

ש : אני רוצה, אני רוצה פעם אחת לשמוע תשובה ולא סיפורים.

ת : כל אלה תשובות אמיתיות. כל מה שאמרתי הוא 100 אחוז נכון. אמרתי לו כשאני באתי לפגישה, שהייתי תובע ושאני יודע איך משיגים מידע. אין דרך חוקית, אין דרך חוקית להשיג נסיעות,

ש : טוב.

ת : רישומי נסיעות או בנק, בנק (לא ברור), ללא צו פרסום או הסתרת או מידע. אם יש לך דרך פלאית להשיג את זה, תאמר לי אותה. כי אנחנו הלכנו לממשלה בישראל והם אמרו לנו שזה בלתי אפשרי. ואז למדנו, לא להפתעתנו, שמישהו ניגש למידע שלנו באופן לא ראוי, ואז הדו״ח התפרסם.

ש : איזה דו״ח?

ת : (אנגלית),

ש : איזה דו״ח? איזה דו״ח?

ת : (אנגלית),

ש : איזה דו״ח?

ת : 2 הדו״חות,

ש : איזה דו״ח?

ת : אתה צוחק עליי? אתה מבזה פה את, את מר פרנס,

ש : תראה, בסעיף,

ת : (אנגלית),

ש : טוב. בסעיף 55 לתמליל השני שאתם צירפתם, יש באותו נספח תמליל נוסף. תמשיך לדפדף. סעיף 55. אומר עורך הדין שלך,

מתורגמן : לא. שנייה. זה ששי ב-55.

עו״ד בסידן : יש עוד תמליל, תסתכל.

דובר : השורות שם קופצות. זה לפי העמוד,

מתורגמן : אוקיי. איזה עמוד? יש פה,

עו״ד בסידן : אני לא,  זה מתחיל יובל, הוא הסביר לך, הוא הסביר לך שלהבנתו, ואריק מבין טוב מאוד את הדין הפדרלי בארצות הברית. ככה זה מתחיל.

דובר : איזה סעיף?

76





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

עו"ד בסידן :    55. זה כאילו ההקלטה השנייה. כן, זה זה. אני פשוט חתכתי את זה. כן, הנה. תראה לו מפה. זה בעמוד 105. 105 לתיק המוצגים של התובע.

העד, מר הרשמן :    אוקיי. בסדר.

עו"ד בסידן :    שם אתה אומר, תקריא לו מה הוא אומר. עורך דין יובל אומר.

מתורגמן :    (אנגלית).

עו"ד בסידן :    השאלה שלי אליך, לפי הדברים שעורך הדין שלך אומר, זה היה מאוד קל להוציא העתק של הדו"ח שכביכול נערך עליך, בבית המשפט בארצות הברית, כך שיכולת להגיש אותו כאן כראיה.

העד, מר הרשמן :    אני לא הבנתי כלום ממה שאמרת. ההחלטה קובעת בדיוק ההיפך ממה שאמרת.

עו"ד בסידן :    אז, אז, אז עורך הדין שלך משקר?

העד, מר הרשמן :    הוא לא משקר. אני אמרתי לו, אני אמרתי לששי משהו באנגלית.

עו"ד בסידן :    תראה, הוא אומר כאן, הוא אומר כאן מפיך, הוא אומר כאן מפיך שאפשר להוציא צו מבית המשפט שיורה לשגיא להעביר לו במילא את הדו"ח. תוך שניה. תוך שנייה. איפה הדו"ח?

העד, מר הרשמן :    אתה טוענת,

עו"ד נחמני :    הוא טען. הוא טען,

מתורגמן :    כן.

עו"ד נחמני :    חיסיון.

העד, מר הרשמן :    הוא טען לחיסיון ואני, אני לא יודע אם אתה מבין.

עו"ד בסידן :    טוב.

העד, מר הרשמן :    הוא טען לתוצר עבודה ולכן אי אפשר להסגיר את זה. הם לא טוענים שזה לא קיים כפי שאתה טוען. הוא אמר בשבועה שזה קיים, והוא אמר שהוא תחת שבועה, שזה תוצר העבודה שלו. והלקוח השיג את הדו"ח.

ש :    מר הרשמן, יש לך קשר פה לגורמים במשטרת ישראל?

ת :    לא.

ש :    אני אומר לך שכנגד הלקוח שלי לא הוגש מעולם כתב אישום. ובכל זאת, אתה קיבלת לידך את דו"ח החקירה בענייננו שערכה משטרת ישראל. עכשיו, אני שואל אותך, ממי קיבלת את דו"ח החקירה שמשטרת ישראל ערכה?

ת :    (אנגלית).

ש :    אה, אוקיי.

ת :    עורך הדין שלי.





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳ 08 דצמבר 2025

ש : ואיך עורך הדין שלך קיבל את חומר החקירה ממשטרת ישראל אם לא הוגש כתב אישום?

ת : אני חושב,

ש : לא.

ת : שהלקוח שלך כן הוגש נגדו כתב אישום. תשאל אותו, אני לא יודע.

ש : אני אומר לך שבמדינת ישראל לא ניתן לקבל חומר חקירה למתלונן אם לא הוגש כתב אישום.

עו״ד נחמני : אז אני אומר לך שהשאלה שלך מטעה ולא נכונה. אתה גם יודע איך קיבלנו את החומר הזה.

עו״ד בסידן : אוקיי.

עו״ד נחמני : אז רק כדי שייאמר אדוני. אנחנו הגשנו ערר על ההחלטה, ולצורך הערר (לא ברור) את כל תיק החקירה. זה הכל.

כב׳ הש׳ ביטון : קיבלת תשובה.

עו״ד בסידן : זה מצוין. אתה יכול להראות לי בחומר החקירה במשטרת ישראל היכן נאמר על ידי הלקוח שלי שהוא ערך חקירה עליך, שמכילה פרטים של כניסות ויציאות מהארץ ומידע בנקאי עליך. ומידע בנקאי עליך.

עו״ד נחמני : זה, יש את זה בתצהיר שלו. אתה רוצה שהוא ידפדף, אתה רוצה שהוא ידפדף ב-200 עמודים של, של עברית, של עדויות בעברית?

עו״ד בסידן : אני אומר לך שאתם הטבעתם את בית המשפט בחומר כשאין את זה.

עו״ד נחמני : אז תגיד לו הטבעתם ואין את זה. אתה רוצה, אני יכול או להפנות אותו או שעכשיו הוא יבקש מהמתרגם הנכבד לתרגם לו 80 עמודים של חקירות של ששי מתתיהו.

עו״ד בסידן : טוב.

עו״ד נחמני : הלאה.

עו״ד בסידן : הלאה.

דובר : אם הגישו ערר הייתי צריך לקבל הודעה על זה ולא היה שום דבר.

עו״ד בסידן : חכה. אנחנו נטפל בזה אחר כך. אין לי עוד שאלות.

כב׳ הש׳ ביטון : אוקיי. טוב. בבקשה, בא כוח צד ג׳.

עו״ד אשכנזי : שלום.

העד, מר הרשמן : (אנגלית).

מקליט : חבר את המיקרופון.

כב׳ הש׳ ביטון : קח מיקרופון, כן.

עו״ד בסידן : אה, רגע. קח.

78



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

עו"ד אשכנזי: בסדר? שומע? שומע? שומע? הכל בסדר?

מקליט: כן, כן.

**ע.ת/1 מר אריק הרשמן, משיב בחקירה נגדית לעורך הדין צפריר אשכנזי באמצעות מתורגמן:**

עו"ד אשכנזי: כן. שלום לך. אתה עורך דין ותיק אריק, נכון?

העד, מר הרשמן: כן. בארצות הברית אני כן.

ש: כן. היית תובע. שימשת כתובע בארצות הברית.

ת: נכון.

ש: גם בעבירות פליליות, נכון?

ת: כן. זה המשמעות של תובע בארצות הברית.

ש: אתה מעיד על עצמך שאתה אדם עשיר?

ת: אני לא טוען שאני אדם עשיר.

ש: אתה לא טוען. אתה אומר שיש לך את האפשרות להמשיך בהליכי התביעה שנים רבות. ככה אמרת לששי לפחות. נכון?

ת: אמרתי לששי שבגלל חומרת הדבר, אני אמשיך לנהל את התיק. עד אשר תתגלה האמת כולה.

ש: יש לך את הדו"ח?

ת: לי אין את הדו"ח מכיוון שאתם טוענים לחיסיון על בסיס,

ש: כן. אני מפנה אותך לעמוד 85 בתמליל. זה 85 לכתב התביעה לדעתי שם, לתצהירים.

עו"ד נחמני: אתה מפנה לתיק המוצגים?

עו"ד אשכנזי: לתיק המוצגים. כן. פה, בתמליל.

עו"ד נחמני: כן.

כב' הש' ביטון: כן.

עו"ד אשכנזי: אתה אומר שם בשורה 269,

כב' הש' ביטון: איפה זה? באיזה עמוד?

עו"ד אשכנזי: עמוד 85.

עו"ד נחמני: 85 אדוני.

עו"ד אשכנזי: בשורה 275, אתה אומר שם, מה אתה אומר שם?

העד, מר הרשמן: (אנגלית)?

ש: כן. In English.

ת: (אנגלית).

ש: וגם בשורה 277 אתה אומר את אותו דבר.





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

ת :            אולי לא, לי יש את הדו״ח,

ש :            אני לא יודע, אני יודע,

ת :            אנחנו,

ש :            שכתוב שם שאתה אומר שיש לך את הדו״ח,

עו״ד נחמני :            אבל אתה,

(מדברים ביחד)

עו״ד אשכנזי :            לא, לא. לא להפריע. לא להפריע.

כב׳ הש׳ ביטון :            רגע.

עו״ד נחמני :            לא, אני מתנגד, כי תחילת השיחה,

עו״ד אשכנזי :            לא להפריע.

עו״ד נחמני :            עמוד לפני זה,

עו״ד אשכנזי :            נחמני. לא להפריע.

כב׳ הש׳ ביטון :            הוא לא, אבל הוא הסביר את זה. הוא אמר את זה.

עו״ד נחמני :            כן. נכון.

עו״ד אשכנזי :            בסדר.

כב׳ הש׳ ביטון :            הוא אמר.

מתורגמן :            אבל לא תרגמתי את התשובה.

כב׳ הש׳ ביטון :            כן. תתרגם בבקשה.

העד, מר הרשמן :            זה על דו״ח על הדו״ח של אורלי. רק תקרא את השורות הקודמות. אני אומר, עורך דין חדש כל שהוא מסר אותו, נכון? והיה עורך דין חדש שעשה את זה. אנחנו מדברים על הדו״ח של אורלי, ועורך דין חדש בטקסס שמייצג את שגיא נתן לנו את,

עו״ד אשכנזי :            והדו״ח שעליו אתה מדבר, הוגש לבית המשפט בטקסס. נכון? הדו״ח שלך.

העד, מר הרשמן :            לא. לא בזמנו, באותו זמן.

ש :            הוגש מתי שהוא לטקסס וחל עליו חיסיון עורך דין לקוח. נכון? כך קבע השופט.

ת :            לא. לא.

ש :            את הדו״חות, רגע, רגע. לא.

ת :            (אנגלית).

ש :            הדו״חות הוגשו, הדו״ח שלך, רק על הדו״ח שלך אני מדבר. הדו״ח שלך הוגש לבית המשפט? כן או לא?

ת :            אתה רוצה שאני אענה על השאלה?

ש :            Yes or no?

80





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :        אוקיי.

ש :        בוטל,

ת :        בסופו של דבר,

ש :        חסיון עורך דין לקוח?

ת :        הוגש תחת חותמת.

כב׳ הש׳ ביטון :   כן. והוא שואל, והוגש על, והוא שואל, והוטל עליו חיסיון עורך דין לקוח?

העד, מר הרשמן :   לא. לא.

עו״ד אשכנזי :    לא?

העד, מר הרשמן :   זה לא, זה לא המונח הנכון.

עו״ד אשכנזי :    לא המונח, מה המונח הנכון? של מי החיסיון?

כב׳ הש׳ ביטון :   מסמך שהוכן לצרכי עבודה.

עו״ד אשכנזי :    של מי החיסיון?

כב׳ הש׳ ביטון :   מסמך שהוכן לצרכי עבודה.

עו״ד אשכנזי :    של מי החיסיון? של שגיא או של פרנס? מי יכול לוותר על החיסיון?

העד, מר הרשמן :   (אנגלית).

ש :        לא, לא, לא. מי יכול לוותר על החיסיון?

ת :        (אנגלית).

ש :        לא.

ת :        פרנס יכול לבטל.

ש :        עורך דין יכול לוותר על החיסיון של תוצרים של הלקוח שלו? אתה בטוח? בישראל לא.

ת :        לא. אתה מבלבל כי אתה דיברת מקודם על, החיסיון לקוח,

ש :        אוקיי. אז החיסיון,

ת :        לקוח ועורך דין,

כב׳ הש׳ ביטון :   רגע, רגע. לאט. כן.

העד, מר הרשמן :   והחיסיון הזה חל רק,

כב׳ הש׳ ביטון :   שייך ללקוח.

העד, מר הרשמן :   שייך ללקוח.

עו״ד אשכנזי :    אני שואל האם,

עו״ד נחמני :    רגע,

כב׳ הש׳ ביטון :   רגע, רגע.

העד, מר הרשמן :   כשמדובר על תוצר עבודה, הוא טוען שהם שייכים אליו. וכמובן,

עו״ד אשכנזי :    אני לא יודע מה שגיא רוצה אבל,



81



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| מתורגמן : | אבל צריך, |
| עו"ד אשכנזי : | אני לא יודע מה שגיא רוצה. |
| מתורגמן : | סליחה. |
| עו"ד אשכנזי : | אני שואל, |
| מתורגמן : | אבל אני לא מתרגם את התשובות, אז התשובות לא, לא מופיעות בפרוטוקול. |
| עו"ד אשכנזי : | תרגם. |
| כב' הש' ביטון : | כן. |
| עו"ד אשכנזי : | אז תרגם. |
| מתורגמן : | אוקיי. אז, |
| דובר : | בנחת, בנחת. |
| עו"ד אשכנזי : | בנחת. |
| מתורגמן : | כן אבל, |
| עו"ד אשכנזי : | אין לחץ. |
| מתורגמן : | קצת התייחסות. אוקיי. |
| העד, מר הרשמן : | שגיא לא רוצה את, הוא לא רוצה להסגיר את הדו"ח. |
| עו"ד אשכנזי : | האם פרנס יכול לוותר על חיסיון עורך דין לקוח? |
| עו"ד נחמני : | רגע. תרגם. |
| כב' הש' ביטון : | האם, |
| עו"ד נחמני : | יש לי התנגדות אדוני. |
| כב' הש' ביטון : | אל תיתן תשובה רק. |
| עו"ד נחמני : | לא, לא. הוא גם לא מבין. |
| כב' הש' ביטון : | כן. |
| עו"ד נחמני : | לא נטען, לא נטען בפני אדוני שבהליך הזה הדו"ח לא מגולה בגלל שיש חיסיון עורך דין לקוח או חיסיון של תוצרי עבודה. אם היה נטען, אז אדוני, היינו מבקשים מאדוני ליתן החלטה בעניין זה. וכדי ליתן החלטה בעניין הזה, חבריי צריכים להציג את המסמך החסוי בפני אדוני, ואדוני גם יכול לשמוע כל אדם שטוען שיש לו זכות חיסיון בדבר הזה ואדוני היה מחליט. עכשיו, הסיבה שלא, שהדבר הזה לא נעשה, אלא נעשה מעקף, אמרו שהמסמך הושמד, זה משום שכבר יש החלטה שמסמך ראי למסמך הזה הושג שלא כדין. אני לא מוכן, אני, לא, סליחה, אני מתנגד שיטיחו במרשי שאלות שאומרות שלמעשה כל הסוגיה פה היא סוגיה של חיסיון כי לא נטען חיסיון. לאדוני יש תצהירי גילוי מסמכים. לא כתוב המסמך |



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

הזה לא מגולה כי הוא חסוי. כתוב המסמך אינו בידי. כך, כך הצהיר מר פרנס.

כב' הש' ביטון : כן.

עו"ד נחמני : ולכן כל קו החקירה הזה הוא, הוא, סליחה שאני אומר, הוא לא רלוונטי.

כב' הש' ביטון : בסדר. בלי קשר לקו החקירה, קיבלת תשובה. הוא אמר, לגבי מסמכים שיש עליהם חיסיון עורך דין לקוח, אז המסמכים שייכים ללקוח ועורך הדין לא יכול לוותר עליהם בלי הלקוח. אמר את זה. אלא שהוא טוען שבמקרה הספציפי הזה, מה שנטען בבית המשפט בארצות הברית הוא שמדובר בחיסיון של מה שנקרא מסמך, כמו שאצלנו בתרגום אלינו, שהוכן לצרכי משפט. כן? ולכן, והוא טוען שזה, שזה שלו. שזאת הרי עבודה של המשרד שלו.

עו"ד אשכנזי : עדיין יש חיסיון עורך דין לקוח גם על מסמכים שהוכנו לצרכי המשפט.

כב' הש' ביטון : אוקיי.

עו"ד אשכנזי : זה, אין, עורך הדין לא יכול לחשוף מסמכים שהוכנו לצרכי משפט בלי שהלקוח מוותר עליהם. זה בדיוק החיסיון.

כב' הש' ביטון : אוקיי. אבל מה אתה רוצה, מה אתה רוצה, לאן אתה רוצה להגיע?

עו"ד אשכנזי : מאוד פשוט.

כב' הש' ביטון : נאמר פה, זה לא,

עו"ד אשכנזי : מאוד פשוט. שגם אם פרנס,

כב' הש' ביטון : לא הבנתי.

עו"ד אשכנזי : מאוד רוצה למסור את המסמכים, הוא לא יכול כי חל עליו חיסיון.

עו"ד נחמני : אז למה זה לא נאמר בתצהיר גילוי מסמכים אדוני?

עו"ד אשכנזי : זה לא משנה. זה מה שאני שואל.

עו"ד נחמני : האם, לא.

עו"ד אשכנזי : זה לא,

עו"ד נחמני : רגע. שנייה. אני,

עו"ד אשכנזי : זה מה שאני שואל.

עו"ד נחמני : יש לי זכות לדעת עם מה אני,

עו"ד אשכנזי : אולי השאלה לא נעימה לך, אבל זה מה שאני שואל.

עו"ד נחמני : השאלות,

עו"ד אשכנזי : שיענה על זה.

עו"ד נחמני : כולן נעימות לי. במיוחד שלך, חברי.

עו"ד אשכנזי : נו.



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



עו״ד נחמני :    עכשיו, אני רק רוצה להגיד. יש לי זכות לדעת אם אני מתמודד עם טענת חיסיון או לא על תיק שאדוני שומע סיפור על המסמך הזה כבר משנת 21׳. אם עכשיו למעשה חברי מכניס מהדלת האחורית טענת חיסיון, א׳, אני מתנגד. ב׳, אם זאת הטענה, זה יפתור את התיק. תיטען טענת החיסיון. אנחנו נשיב, אדוני יקבל את המסמך,

כב׳ הש׳ ביטון :    כן אבל,

עו״ד נחמני :    כל צד מעוניין יבוא לטעון.

כב׳ הש׳ ביטון :    זה לא נטען עד עכשיו.

עו״ד נחמני :    זהו.

כב׳ הש׳ ביטון :    אבל זה,

עו״ד אשכנזי :    לא נטען.

כב׳ הש׳ ביטון :    זה לא מה שנטען עד עכשיו. אז, אז מה, מה המטרה?

עו״ד נחמני :    מי לא שם?

כב׳ הש׳ ביטון :    אז מה המטרה?

עו״ד נחמני :    אז מה המטרה של השאלה,

עו״ד אשכנזי :    אני, אני אמשיך הלאה.

עו״ד נחמני :    אם אין,

כב׳ הש׳ ביטון :    מה המטרה?

עו״ד אשכנזי :    אני אמשיך הלאה.

כב׳ הש׳ ביטון :    מה זה משנה עכשיו אם זה שייך ללקוח,

עו״ד אשכנזי :    אני,

כב׳ הש׳ ביטון :    או לא שייך? הרי,

עו״ד אשכנזי :    אני אמשיך הלאה.

כב׳ הש׳ ביטון :    אתם, אתם טוענים שהמסמך אצלכם ושיש חיסיון?

עו״ד אשכנזי :    לא. המסמך לא אצלנו. מה פתאום?

כב׳ הש׳ ביטון :    אז אם ככה,

עו״ד אשכנזי :    הוא לא אצלנו.

כב׳ הש׳ ביטון :    אז מה, איפה,

עו״ד אשכנזי :    אין, אין טענה כזאת.

כב׳ הש׳ ביטון :    איפה הרלוונטיות? הוא,

עו״ד אשכנזי :    אין, אין שום טענה כזאת.

כב׳ הש׳ ביטון :    מה שכן נטען כאן על ידו, זה שהמסמך הזה הוגש לבית משפט בארצות הברית.

84



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**          ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'



| | |
|---|---|
| עו"ד אשכנזי : | אוקיי. |
| כב' הש' ביטון : | ובית המשפט עיין בו, ובסופו של דבר, הוא לא, הוא לא זכה לקבל אותו. |
| עו"ד אשכנזי : | אתה טוען לאורך כל העדות שפרנס, שיש החלטות של בית משפט בארצות הברית, שפרנס שיקר לבית המשפט. |
| העד, מר הרשמן : | שמצאו אותו בלתי אמין. |
| עו"ד אשכנזי : | מצאו אותו לא אמין. צירפת החלטה כזאת לראיות? |
| עו"ד נחמני : | כן, הוא צירף בנספח 2, נו. |
| עו"ד אשכנזי : | מה בנספח 2? |
| העד, מר הרשמן : | זו החלטה שפורסמה, |
| עו"ד נחמני : | כן. הנה. |
| העד, מר הרשמן : | במחוז הדרומי של ניו יורק, ולדעתי, |
| עו"ד נחמני : | This one. |
| עו"ד אשכנזי : | מה כתוב שם? |
| העד, מר הרשמן : | העניין של (לא ברור) בהחלט צורף. |
| עו"ד אשכנזי : | מה כתוב? זו החלטה? |
| העד, מר הרשמן : | (אנגלית)? |
| כב' הש' ביטון : | כן, אז מה אתה רוצה לשאול? הוא, הוא אומר לך, |
| עו"ד אשכנזי : | לא, אני, |
| כב' הש' ביטון : | במסמך 2. |
| עו"ד אשכנזי : | אני לא, |
| כב' הש' ביטון : | נספח 2. אתה רוצה לשאול משהו לגביו? |
| עו"ד אשכנזי : | לא, לא. אני אמשיך הלאה. תכף אנחנו נראה אם יש, |
| עו"ד נחמני : | (אנגלית). |
| העד, מר הרשמן : | אוקיי. |
| עו"ד אשכנזי : | מה? |
| עו"ד נחמני : | אני אומר לו שהוא לא צריך להמשיך לעלעל. |
| כב' הש' ביטון : | אוקיי. הלאה. |
| עו"ד אשכנזי : | אני רואה שנספח 2 הוא Memo. הוא לא החלטה. אני שואל על החלטה. לא על Memo שלכם, טענות שלכם. החלטה. |
| כב' הש' ביטון : | תתרגם לו בבקשה. |
| העד, מר הרשמן : | זה, |
| עו"ש אש : | (אנגלית). |
| העד, מר הרשמן : | זה מצטט, |

85



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**                    **08 דצמבר 2025**

| | |
|---|---|
| כב׳ השו׳ ביטון : | רגע. |
| עו״ד אשכנזי : | מצטט, אולי. אני רואה שם Memo. |
| העד, מר הרשמן : | ההחלטה מצוטטת פה. |
| ש : | אני לא רואה את ההחלטה. |
| ת : | יש ציטטות מתוך, |
| ש : | אני לא צריך לעשות גוגל. |
| ת : | ההחלטה, |
| ש : | אני שואל מה צורף למסד הראיות. |
| ת : | אני לא, |
| ש : | (אנגלית). |
| ת : | אני לא יודע באיזה, איזה מוצג מדובר אבל מצוטט פה ההחלטות של בית המשפט בארצות הברית. |
| ש : | זה נכון שאתה נושה של אשתך? תתרגם לו בבקשה. בגובה של 2.3 מיליון דולר. |
| ת : | שאתה נושה באשתך מה? |
| ש : | 2.3 מיליון דולר. |
| (מדברים ביחד) | |
| העד, מר הרשמן : | כן. |
| עו״ד אשכנזי : | כלומר אתה נושה של אשתך. |
| העד, מר הרשמן : | Yes. |
| עו״ד אשכנזי : | Yes. אוקיי. |
| העד, מר הרשמן : | כן. |
| עו״ד אשכנזי : | תראה, אני מחזיק את התמליל של הפגישות, של הפגישות בינך לבין ששי. אתה מדבר עם לקוח שלא מיוצג. נכון? בנוכחות, כן? ששי. |
| העד, מר הרשמן : | ששי, |
| עו״ד אשכנזי : | הוא בפגישה, |
| עו״ד נחמני : | רגע. לא. |
| עו״ד אשכנזי : | כשהוא נכנס, |
| עו״ד נחמני : | זה, צריך שזה יתורגם, אדוני. |
| עו״ד אשכנזי : | לא היה מיוצג. |
| כב׳ השו׳ ביטון : | רגע. לאט, לאט. |
| עו״ד אשכנזי : | נכון? |
| עו״ד נחמני : | רגע. לא, לא. שייכנס התשובה. |



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025



| | |
|---|---|
| כב' הש' ביטון : | מה? |
| עו"ד נחמני : | כן, בבקשה. |
| כב' הש' ביטון : | תרגום בבקשה. |
| העד, מר הרשמן : | ששי הזמין את עורך הדין שלו כמה פעמים לפגישה. |
| עו"ד אשכנזי : | כשהפגישה התחילה, היא הייתה בנוכחות עורכי הדין שלך, בלי נוכחות עורכי הדין של ששי, נכון? |
| העד, מר הרשמן : | נכון. הוא לא היה בחדר. |
| ש : | ודרשת ממנו, |
| ת : | או היא. היא לא הייתה בחדר. |
| ש : | ודרשת ממנו כמה וכמה פעמים במהלך השיחה למסור לך את הדו"ח בעניין שלך? |
| ת : | אני לא, לא דרשתי. אני ביקשתי, אמרתי לו אני רוצה את האמת ואת כל האמת. אמרתי לו שיש 2 דרכים לשקר. אחת, אחת היא שקר לחיוב, לומר משפט שקר. והשני, הוא שקר, כשלא מוסרים מידע. |
| ש : | ואתה דורש ממנו, אתה דורש ממני, |
| ת : | אתה רוצה שאני אשלים? |
| ש : | לא, אתה דורש, |
| ת : | (אנגלית), |
| ש : | לא, אני לא צריך. |
| ת : | אמרתי, אם, אם אתם תגידו לי את האמת, אז המאבק שלי הוא לא נגדך. |
| ש : | כל זה בזמן שהוא, עורך הדין שלו, לא נמצא אתכם בחדר? |
| ת : | לא. הוא התקשר אליה כמה פעמים. הוא לקח הפסקה והוא אמר, אני יכול לדבר עם עורכת הדין? |
| ש : | קודם ביקשת, |
| ת : | מזיכרוני הוא אמר שהוא, |
| ש : | אחרי זה הוא התקשר. נכון? |
| ת : | לזיכרוני הוא, |
| ש : | כמה פעמים. |
| ת : | הוא השיג אותה. אבל בבקשה, |
| ש : | קודם ביקשת, אחר כך הוא התקשר. נכון? הוא לא ידע. |
| ת : | אני לא, |
| ש : | הוא לא ידע מה מטרת הפגישה. |
| מתורגמן : | לא, אבל, אתה לא מחכה לתרגום התשובה. בבקשה. |



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'            08 דצמבר 2025

| | |
|---|---|
| עו"ד אשכנזי : | אני צריך קצת יותר מהר כדי שהוא יענה, |
| מתורגמן : | לא, לא, לא. |
| עו"ד אשכנזי : | קצת יותר מהר. |
| מתורגמן : | אתה צריך לחכות שאני אתרגם את התשובה בבקשה. |
| כב' הש' ביטון : | רגע. לאט, לאט. |
| מתורגמן : | (אנגלית)? |
| העד, מר הרשמן : | אני לא, לא ביקשתי ממנו לבוא. עורכי הדין שלו, שלי ביקשו, שאלו, שאלו אותו אם, את מר מתתיהו, אם הוא יגיע לפגישה. (לא ברור) לפגישה. |
| דובר : | מי? |
| מתורגמן : | רגע. (אנגלית)? |
| דובר : | מר, שאלו לגבי מר מתתיהו אם הוא יסכים להגיע לפגישה והוא בא לפגישה. למשרד של עורך הדין מר נחמני. ואז התחלנו לדבר, ובשלב כל שהוא הוא אמר שהוא מקליט את זה, |
| עו"ד אשכנזי : | אני לא שאלתי את כל השאלות האלה. |
| העד, מר הרשמן : | אני, |
| עו"ד אשכנזי : | זה מאוד נחמד, רק הסיפור הזה כרגע לא רלוונטי. שנייה. |
| העד, מר הרשמן : | אני אמרתי לו, |
| עו"ד אשכנזי : | הסיפור הזה נחמד, |
| העד, מר הרשמן : | לא להרוס את, |
| עו"ד אשכנזי : | אבל לא ככה שואלים שאלות. |
| כב' הש' ביטון : | אוקיי. |
| עו"ד אשכנזי : | הוא יכול לדבר ככה שעתיים. זה לא |
| דובר : | גם זה לא נכון, כבודו. לא שאלו אותי אם אני מקליט. |
| עו"ד אשכנזי : | אני מבקש שיענה לשאלות. אני שואל שאלות, |
| עו"ד נחמני : | כן? אתה רוצה לקרוא את התמליל? |
| עו"ד אשכנזי : | כן ולא. אני לא שואל, לא. אני לא שואל, |
| כב' הש' ביטון : | הרי, |
| עו"ד נחמני : | הדבר הראשון שאמרת זה שאתה מקליט והוא אמר לך לא, לא, |
| עו"ד אשכנזי : | לא, לא, לא. זה תשאל אותו. |
| עו"ד נחמני : | כן, טוב. זה בפני בית משפט. |
| כב' הש' ביטון : | חברים, חברים, בואו תעצרו בבקשה. יש כאן חוקר, עורך דין, בבקשה. |
| עו"ד אשכנזי : | כן. |
| כב' הש' ביטון : | ונשאל. כן. |

88



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| עו"ד אשכנזי: | אמרת לו במפורש, אם תמסור לי את הדו"ח, לא יאונה לששי כל רע. |
| העד, מר הרשמן: | אני לא, |
| עו"ד אשכנזי: | לא. תענה בכן ולא. אני מבקש להנחות את העד שיענה בכן ולא. |
| כב' הש' ביטון: | לא, אבל אדוני. |
| עו"ד אשכנזי: | אני, אחרת, |
| כב' הש' ביטון: | הוא יכול להשיב גם ולהסביר. |
| עו"ד אשכנזי: | כן, אבל יש קו מסוים ויש שאלה שאם שאם התשובה עליה היא כן או לא בחקירה נגדית, עונים כן או לא. לא, לא מספרים סיפור כל פעם מחדש. |
| כב' הש' ביטון: | טוב. |
| עו"ד אשכנזי: | ככה לא מתנהג חקירה נגדית. |
| העד, מר הרשמן: | (אנגלית), |
| עו"ד אשכנזי: | שנייה, אני עם בית המשפט. |
| העד, מר הרשמן: | אוקיי, Sorry. |
| כב' הש' ביטון: | אוקיי. בוא, תשיב בקצרה בבקשה אדוני. (אנגלית). |
| העד, מר הרשמן: | אוקיי. |
| עו"ד אשכנזי: | כן. |
| העד, מר הרשמן: | אני, אני זוכר שאמרתי רוצה את האמת, |
| עו"ד אשכנזי: | נזכרת, |
| העד, מר הרשמן: | ושאם כל, |
| כב' הש' ביטון: | רגע. אדוני. |
| העד, מר הרשמן: | ושאם כל האמת מתגלה באמצעות הדו"ח, אז המאבק שלי הוא לא נגדו. |
| עו"ד אשכנזי: | הזכרתי, הזכרת לששי מספר פעמים שאתה עובד עם הממשל בארצות הברית. נכון? |
| העד, מר הרשמן: | אני לא, אני לא זוכר אם זה היה כמה פעמים, אבל בהחלט אמרתי לו שאני עובד בשביל הממשלה. |
| ש: | ומה שהוא עשה בארצות הברית נחשב לעבירה פדרלית, נכון? |
| ת: | כן, ברוב מדינות ארצות הברית. |
| ש: | ואמרת לו את זה? |
| ת: | אמרתי לו, זה פשע בארצות הברית אם אתה גונב מידע ואתה, ואתה משתמש בדרכי העברה כדי להעביר את המידע. |
| ש: | ובעמוד 118, סעיף 165, |
| ת: | (אנגלית). |



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳ 08 דצמבר 2025

| | |
|---|---|
| עו״ד אלטשולר : | סליחה שאני אומרת, אבל ממש קר פה. אפשר להעלות את הטמפרטורה של המזגן? |
| עו״ד אשכנזי : | אמרת במפורש בסוף, בשורה האחרונה, תקריא אותה בבקשה. |
| כב׳ השי ביטון : | את יכולה שם בכניסה לאולם, יש שם מזגן, יש, |
| העד, מר הרשמן : | (אנגלית), |
| עו״ד אשכנזי : | רגע. שנייה, שנייה. חכה. שבית המשפט, |
| כב׳ השי ביטון : | זה שולט על, רק רגע. |
| עו״ד אשכנזי : | יקשיב. |
| כב׳ השי ביטון : | זה שולט שם על האולם. |
| עו״ד אלטשולר : | תודה. |
| מתורגמן : | המשפט האחרון אתה רוצה או, |
| עו״ד אשכנזי : | המשפט האחרון. My attitude. |
| מתורגמן : | My attitude. |
| עו״ד אשכנזי : | רגע. שנייה, שנייה. שבית המשפט יאזין. |
| מתורגמן : | בוודאי. (אנגלית). |
| העד, מר הרשמן : | זו שיחה, |
| עו״ד אשכנזי : | לא, |
| העד, מר הרשמן : | עם עורך הדין? |
| עו״ד אשכנזי : | My attitude. |
| כב׳ השי ביטון : | שורה, אמרנו? |
| עו״ד אשכנזי : | עמוד 118, שורה 165. |
| כב׳ השי ביטון : | כן. |
| עו״ד נחמני : | כן, הוא מדבר עם, הוא שואל אותך. הוא שאל אותך אם הוא מדבר עם עורכת הדין של ששי. |
| העד, מר הרשמן : | (אנגלית). |
| עו״ד אשכנזי : | בסדר, אבל ששי נמצא בחדר. |
| העד, מר הרשמן : | איתו אני מדבר. |
| עו״ד נחמני : | אבל לפני שנייה הטחת בו שלא היה עורכת דין. עכשיו אנחנו, |
| עו״ד אשכנזי : | רגע, |
| עו״ד נחמני : | מדברים, |
| | (הפסקה) |
| עו״ד נחמני : | של ששי. בסדר. |
| עו״ד אשכנזי : | אתה בחקירה נגדית או שאתה, |

90



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                    08 דצמבר 2025

| | |
|---|---|
| עו״ד נחמני : | לא. |
| עו״ד אשכנזי : | לא, אתה בהתנגדות? |
| עו״ד נחמני : | כן. |
| עו״ד אשכנזי : | אם אתה בהתנגדות, תתנגד. אם לא, אין לך מה להגיד. |
| עו״ד נחמני : | כן. אתה מטעה את, אז אני, |
| עו״ד אשכנזי : | אני לא מטעה כלום. |
| עו״ד נחמני : | אז אני מתנגד. אז שנייה. אז אני מתנגד. מר הרשמן לא קורא עברית. נאמר לו שששי לא היה מיוצג. עכשיו מפנים אותו לשיחה עם עורכת הדין של ששי, שהראשית שלה היא בעברית. הוא לא רואה את זה. הוא לא רואה שזו היא. ואז אומרים לו אתה אמרת משהו, ומובן שהוא אמר את זה לששי. אבל הוא אמר את זה לעורכת הדין של ששי, ולכן יש בזה הטעיה. זה הכל. |
| כב׳ הש׳ ביטון : | טוב, מה? איפה, |
| עו״ד אשכנזי : | תקרא. |
| כב׳ הש׳ ביטון : | מה אנחנו קוראים? |
| עו״ד אשכנזי : | תקרא. |
| כב׳ הש׳ ביטון : | איפה? |
| עו״ד אשכנזי : | (אנגלית). |
| כב׳ הש׳ ביטון : | איפה זה? |
| עו״ד אשכנזי : | בפסקה, בעמוד 118, פסקה 165. |
| כב׳ הש׳ ביטון : | באיזו שורה? |
| עו״ד אשכנזי : | בשורה האחרונה. |
| עו״ד נחמני : | 165, בשורה, |
| עו״ד אשכנזי : | מתחיל, |
| כב׳ הש׳ ביטון : | אוקיי. |
| עו״ד אשכנזי : | משורה אחת לפני הסוף. |
| כב׳ הש׳ ביטון : | לפני אחרונה. כן. |
| עו״ד אשכנזי : | כן. |
| העד, מר הרשמן : | (אנגלית)? |
| ש : | כן. |
| ת : | הגישה שלי היא שהחיים שלו ישתנו כך או אחרת אחרי היום. |
| ש : | אתה מכים איתי שזה איום? |
| ת : | אני דיברתי עם, |

91



## בית משפט השלום בתל אביב - יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

ש :        הוא היה נוכח בחדר,

ת :        עם עורך,

ש :        כל, כל הזמן.

כב' הש' ביטון :        רגע.

העד, מר הרשמן :        אני דיברתי עם עורכת הדין שלו.

כב' הש' ביטון :        הוא לא היה,

העד, מר הרשמן :        הוא לא היה בחדר.

עו"ד אשכנזי :        השיחה מוקלטת אצלו. הוא מקליט את השיחה, ששי.

העד, מר הרשמן :        (אנגלית).

ש :        ששי מקליט את השיחה. הוא היה בחדר.

ת :        ששי,

ש :        ומה,

ת :        ששי השיג את עורכת הדין שלו בטלפון ואני דיברתי איתה. כל, כל השיחה הזאת שנמשכת כמה עמודים,

ש :        לא, לא, אני לא שואל כל כך הרבה .אני מבקש, זה, אני,

ת :        (לא ברור).

ש :        אני יודע מה כתוב שם. אני, לא צריך להסביר לי, אבל מה שכתוב גם, מה שעורכת הדין אומרת לך, שמה שאתה עושה זה מאיים על הלקוח שלה. היא אומרת את זה כמה פעמים. נכון או לא?

ת :        ואני אמרתי את זה,

ש :        ולא,

ת :        אני לא אומר את זה כאיום.

ש :        בסדר. והיא אומרת לך שהשיחה הזאת נשמעת כשיחת איומים.

ת :        היא אומרת שזה נשמע לה כמו איום, ואני אמרתי שזה לא. השאלה,

ש :        והיא אומרת לך,

ת :        (אנגלית).

ש :        לא, לא.

ת :        (אנגלית),

ש :        לא, לא. אני לא אתן לך לסיים כי לא צריך.

ת :        (אנגלית),

ש :        והיא אומרת לך,

(מדברים ביחד)

כב' הש' ביטון :        רגע, רגע. אי אפשר. אי אפשר ככה. אי אפשר.

92



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



| | |
|---|---|
| עו״ד אשכנזי: | לא, אבל אי אפשר שכל דבר יהפוך לנאום. אני שואל שאלה, התשובה צריכה להיות ברורה. אחרת מה אני חוקר? שהוא יספר לי כל פעם את הסיפורים מחדש? בשביל מה? שמענו את זה 17 פעם. לא צריך לשמוע את זה בפעם ה-18. |
| כב׳ הש׳ ביטון: | טוב. מה השאלה? |
| עו״ד אשכנזי: | והיא אומרת לך תן לי 24 שעות ואתה מסרב. |
| העד, מר הרשמן: | אני, |
| ש: | כן. וסירבת. |
| ת: | עמדתי, עמדתי לעזוב את הארץ. |
| ש: | והיא אומרת לך מה זה משנה, אתה טס, אתה ממילא לא תהיה בהאזנה. תן לי 24 שעות לשבת עם עורך הדין שלך, ואתה מסרב. נכון? כן או לא? |
| ת: | (אנגלית). |
| ש: | אתה לא זוכר. אנחנו, |
| ת: | אני לא, אני יודע שהם דיברו, |
| ש: | בסדר. בסדר. בסדר. |
| העד, מר הרשמן: | אוקיי, Sorry, |
| עו״ד אשכנזי: | בסדר. ואני, ואמרת לו, |
| מתורגמן: | אז לא, |
| (מדברים ביחד) | |
| עו״ד אשכנזי: | לא. אני לא צריך את התשובה. ואמרת לו שאני רוצה את הדו״ח היום. |
| העד, מר הרשמן: | לא. אמרתי שאני עמדתי לטוס. שאלתי אותה אם היא תטוס לארצות הברית כדי, |
| עו״ד אשכנזי: | והיא, לא, זה לא מה, לא, לא, לא. זה, תכף אני אגיע לזה. זה לא מה ששאלתי. אמרת אני צריך, רוצה את הדו״ח היום. |
| העד, מר הרשמן: | לא. אמרתי, |
| עו״ד אשכנזי: | (אנגלית), תקבל את הדו״ח היום. נכון? אני שואל שאלה. |
| העד, מר הרשמן: | שיתוף פעולה, משמע, |
| עו״ד אשכנזי: | שייתן לך אותו היום לפני שאתה נוסע, |
| מקליט: | טוב. שום תשובה לא תישמע. |
| (מדברים ביחד) | |
| כב׳ הש׳ ביטון: | רגע. |
| מקליט: | שום תשובה לא תישמע. |
| כב׳ הש׳ ביטון: | רגע. אי אפשר, |

93



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| מקליט : | הוא לא, הוא לא, |
| כב׳ הש׳ ביטון : | זה לא יתורגם. |
| עו״ד אשכנזי : | אוקיי. |
| כב׳ הש׳ ביטון : | בבקשה. |
| מתורגמן : | (אנגלית), |
| העד, מר הרשמן : | (אנגלית), |
| מתורגמן : | פעם אחת, בבקשה, שאני אוכל לתרגם את התשובה. בבקשה. |
| העד, מר הרשמן : | אמרתי, הייתה לו אפשרות לשתף פעולה באותו יום כי עמדתי לעזוב, לחזור לארצות הברית. השקענו שעות רבות איתו, ושאלתי אותו אם הם יבואו לארצות הברית. והיא אמרה, |
| עו״ד אשכנזי : | וסירבת. |
| העד, מר הרשמן : | שאפשר לעשות את זה באמצעות ה-Skype. |
| ש : | וסירבת ל-Skype. |
| ת : | (אנגלית), |
| ש : | זה, התשובה, התשובה היא, |
| ת : | אני, |
| ש : | כן או לא? סירבת ל-Skype? כן או לא? |
| ת : | סירבתי לזה, סירבתי לזה באותו רגע. |
| כב׳ הש׳ ביטון : | הוא ענה. הוא סירב לכך באותו רגע. |
| העד, מר הרשמן : | אמרתי שאני יכול לעשות הרבה דברים ב-Skype למרות הפרש השעות של 7 שעות. ולחזור ולטוס, ולטוס אפילו למקום אחר, ושאני מסוגל. |
| עו״ד אשכנזי : | אתה לא חושב שכל מה שעשית לא נחשב כאיומים? |
| העד, מר הרשמן : | לגמרי לא. |
| ש : | לא? אני הייתי, |
| ת : | אין, |
| ש : | מגיש נגדך תלונה. |
| ת : | אין סיכוי. (אנגלית), |
| ש : | קראתי הכל. |
| ת : | (אנגלית). |
| ש : | קראתי הכל. |
| ת : | אז אולי תקרא, |
| ש : | קראתי הכל. |

94



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025

ת : (אנגלית).

ש : הלאה. בוא נמשיך.

ת : תגיש,

ש : הגשת, הגשת,

ת : (אנגלית).

ש : לא. אני לא צריך את כל הנאום. הגשת תביעת נזיקין, נכון? זאת מהות התביעה. על 850,000.

ת : נכון.

ש : לא צירפת ראיה אחת להוצאה.

ת : לא,

ש : לא,

ת : לא מסרתי לך את,

ש : אני שואל שאלה פשוטה. לא צירפת ראיות להוצאות שנגרמו לך.

ת : (אנגלית),

ש : לא,

ת : זה מה שאמרתי. שאני כן הגשתי,

ש : לא, לא.

כב׳ השי ביטון : לא.

עו״ד אשכנזי : אין, אין. אין בתביעה. זה לא מה שהוא אמר.

העד, מר הרשמן : סליחה. שלא הגשתי, שלא הגשתי חשבוניות מס.

ש : אין חשבוניות, אין קבלות, אין כלום. אין,

ת : אמרתי לך את, את היקף העבודה,

ש : אין,

ת : ואת הזמן שהשקעתי.

ש : אין פירוט של שעות עבודה. זמן, מועד, שעה, עם מי נפגשת, מה עשית. אין כלום.

ת : (אנגלית).

ש : כלום.

ת : לא פירטתי את כל זה מלבד מה שנמצא, מה שמופיע במסמכים. כמובן שיש לך את זה. וכמובן,

ש : אתה כעורך דין, היית מגיש תביעה לנזיקין בגין הוצאות שנגרמו בלי ראיות?

ת : כן. זה קורה כל יום.

95



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



ש :    אולי בניו יורק.

ת :    בארצות הברית.

ש :    בישראל לא. תגיד לי, תגיד לי עכשיו, החוב של אורלי מולך, תרגם לו. 2.3

מיליון דולר. זה עבור ייצוג משפטי, נכון?

ת :    לא.

ש :    לא?

ת :    לא.

ש :    בטוח שלא?

ת :    אני 100 אחוז בטוח שזה לא.

ש :    אני חושב שזה לא נכון.

ת :    שזה לא בגין ייעוץ משפטי. אז כנראה שאתה לא יודע איך זה עובד. אני

יודע למי הלוויתי כסף ובאיזה נסיבות. אני יודע למה, אני לא, אני יודע

למה שימש, אני,

ש :    זה לא,

ת :    אני לא יודע למה שימש הכסף.

עו"ד נחמני :    אני יודע.

העד, מר הרשמן :    אני יודע למה שימש הכסף. אבל זה לא העניין.

עו"ד אשכנזי :    זה לא עבור חוב עבורך? עבור ייצוג משפטי שאתה ייצגת אותה בהליכי

פשיטת רגל?

העד, מר הרשמן :    זה לא היה קשור לייצוג,

עו"ד אשכנזי :    מה?

העד, מר הרשמן :    אם אתה רוצה להבין, אם אתה רוצה שאני אסביר לך איך עובד ההליך

בארצות הברית, אני אסביר לך.

עו"ד אשכנזי :    בעמוד 138, תראה לו נחמני בבקשה.

עו"ד נחמני :    הוא יראה לך.

עו"ד אשכנזי :    ב-Bullet הראשון, אפשר לקרוא ולתרגם.

מתורגמן :    פרק 7?

עו"ד אשכנזי :    130, בעמוד 138 לראיות. לתצהיר.

העד, מר הרשמן :    (אנגלית)?

עו"ד אשכנזי :    לא. לא שגיא, רק את ה-Bullet הראשון. יש שם 2 Bullets. אתה, זה, זה

אצלך.

העד, מר הרשמן :    (אנגלית).

עו"ד אשכנזי :    תתרגם בבקשה לבית המשפט.

96



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

מתורגמן : השותף העיקרי של (לא ברור) בתיק הוא בעלה של, של בעלת החוב, אריק הרשמן, שהוא גם,

עו"ד אשכנזי : נושה.

מתורגמן : שהוא גם רשום כנושה מבוטח.

עו"ד נחמני : מובטח.

מתורגמן : מובטח. תודה. מובטח בפשיטת הרגל. ושטוען לזיקות ביטחון, נכון? לריבית?

עו"ד נחמני : לזכות.

מתורגמן : לזכות? אה, אוקיי. בסדר. לזכות ביטחון בכל ליטיגציה. מה? אין לי מושג איך זה,

עו"ד נחמני : בכל Recovery, בכל זכייה של התובעת.

מתורגמן : בסדר.

עו"ד אשכנזי : אין לי שאלות נוספות.

עו"ד נחמני : של החייבת.

מתורגמן : אוקיי.

כב' הש' ביטון : אין שאלות. אוקיי. חקירה חוזרת משהו?

עו"ד נחמני : לא.

כב' הש' ביטון : לא. טוב. תודה רבה אדוני.

העד, מר הרשמן : אוקיי.

כב' הש' ביטון : Thank you אוקיי, אנחנו נעשה איזו שהיא הפסקה קצרה. אפשר לעצור את הפרוטוקול. כן. כן, הנתבעת 1, בבקשה. יש לנו, יש לנו הקלטה?

מקליט : לא. זה לא עובד.

עו"ד אלטשולר : זה לא עובד? זה?

כב' הש' ביטון : יש לנו הקלטה? כן? אז אני מזהיר  אותך לומר את האמת.

העדה, גב' אלטשולר : תמיד.

כב' הש' ביטון : ואני מבקש שזה יהיה קצת יותר מה שנקרא מסודר ובלי יותר מדי עניינים שהם מחוץ לתחום. בסדר? שאלה, תשובה וקצר כמה שיותר. בבקשה אדוני.

עו"ד נחמני : כן.

העדה, גב' אלטשולר : (אנגלית).

עו"ד נחמני : הגברת אלטשולר.

העדה, גב' אלטשולר : עורכת דין. עדיין.

97



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**          **08 דצמבר 2025**

**ע.ה/1 גב' ג'ייין אלטשולר, לאחר שהוזהרה כחוק, משיבה בחקירה נגדית לעורך הדין יובל נחמני:**

עו"ד נחמני : עורכת דין אלטשולר, לפני שנכנס, שהשופט נכנס עכשיו, אמרת שבדקת עוד פעם, יש לך את, את הדו"ח, את דו"ח החקירה.

העדה, גב' אלטשולר : לא, לא מה שאמרתי,

עו"ד נחמני : תני לי רגע לסיים את השאלה.

העדה, גב' אלטשולר : אמרתי שצריך, לא, לא. לא, לא. אתה מצטט אותי, אז אני מצטטת את עצמי. מה שאני אמרתי,

עו"ד נחמני : אני רוצה לסיים את השאלה אדוני.

העדה, גב' אלטשולר : זה, לא, לא, לא, לא.

כב' הש' ביטון : אבל תני לו, תני לו לשאול אותך.

העדה, גב' אלטשולר : אבל אין שאלה, כי הוא מצטט אותי.

כב' הש' ביטון : אבל תמתיני עד הסוף,

העדה, גב' אלטשולר : הוא לא שאל.

כב' הש' ביטון : ואז תעני לו.

העדה, גב' אלטשולר : לא. הוא לא שאל. הוא מדבר לאדוני,

כב' הש' ביטון : אבל תמתיני,

העדה, גב' אלטשולר : ואני אומרת שזה לא מה שאמרתי.

כב' הש' ביטון : אבל תמתיני עד הסוף, גברתי. את לא יכולה להמתין, לחכות ואז להשיב?

העדה, גב' אלטשולר : יש לי בעיה בדחיית סיפוקים. לא לימדו אותי כשהייתי קטנה. זה סובייטיזם. כן.

עו"ד נחמני : עכשיו אני אשלים את השאלה.

כב' הש' ביטון : בבית המשפט צריך להתגבר על כל,

העדה, גב' אלטשולר : אין מה,

כב' הש' ביטון : קשיים.

העדה, גב' אלטשולר : אני מבינה, אבל יש לי קשיים רבים. מה לעשות?

כב' הש' ביטון : אבל זה מה שהולך כאן. זה מה יש, גברתי.

העדה, גב' אלטשולר : (אנגלית).

כב' הש' ביטון : אוקיי. אז אני מבקש, בבקשה אדוני.

עו"ד נחמני : אפשר להשלים את השאלה?

כב' הש' ביטון : כן.

עו"ד נחמני : את אמרת שבדקת ושאם מר הרשמן יסכים לשלם על חיפוש במחשב הישן שלך, הוא יוכל לקבל את הדו"ח. תסבירי למה התכוונת.



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**              ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳

העדה, גב׳ אלטשולר: התכוונתי שהדו״ח נשלח לג׳ימייל, אוקיי? והוא נמחק. וצריך עכשיו לקחת האקר שיאתר אותו, וזה עולה כסף.

ש: הבנתי. ואיך את,

ת: מדהים.

ש: איך את יודעת? אמרת שאתמול בדקת את זה, או לאחרונה בדקת את זה.

ת: לא. לא אמרתי שאתמול.

ש: מתי בדקת את זה?

ת: It's a common knowledge.

ש: It's a common knowledge. בסדר. עכשיו,

ת: אתה יודע איך, איך מייצרים מייל?

ש: קיבלתי תשובה.

ת: לא, לא. אני עונה עדיין. אני, שאלת שאלה, אני עונה את התשובה. אז בוא נתחיל. איך נבנה קובץ דיגיטלי. מדמ״ח 101. מדעי המחשב. איך הוא נבנה? יש קובץ דיגיטלי. הוא שמור אי שם במאגרים של גוגל. Ever again. אתה יודע,

כב׳ הש׳ ביטון: טוב.

העדה, גב׳ אלטשולר: ואחרי ש-Deletion happens, אתה צריך (אנגלית). כן.

כב׳ הש׳ ביטון: שאלה הבאה.

עו״ד אשכנזי: שאלה הבאה. תראי, את בתצהיר שלך תיארת את כל התקשורת שהייתה לך עם, אנחנו נקרא לנתבע 2 ששון.

העדה, גב׳ אלטשולר: ששי.

ש: זה נכון? תיארת את כל התקשורת שהייתה לך איתו.

ת: כן, נראה לי.

ש: כן.

ת: או שכן או שלא. אני לא יודעת.

ש: אוקיי. יש עוד תקשורת שהייתה לך איתו ולא תיארת בתצהיר?

ת: וואלה, לא זוכרת. יכול להיות שכן. יכול להיות שאמרתי לו ששי, שלום. יכול להיות שאמרתי לו ששי, מה קורה? יכול להיות שאמרתי לו, ששי, יש לי 2 ילדים, כמה ילדים יש לך? יכול להיות שאמרתי לו ששי, קיבלת התקף לב בגלל שהרשמן עקב אחריך הביתה? אוי, אוי, אוי.

ש: אני שואל אותך על התקופה שלפני שהוא שלח לך את הדו״חות. בתקופה הזאת הייתה לך תקשורת איתו. התקשורת הייתה טלפונית, נכון?



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



ת : ובמייל.

ש : ובמייל. אוקיי. את המיילים האלה מחקת?

ת : מחקתי הכל.

ש : מחקת הכל. בסדר. עכשיו, אני חוזר לשאלה שלי.

ת : כן.

ש : לגבי המבוקש ממנו, מבחינת החקירה, תיארת בתצהיר שלך את כל מה שביקשת ממנו?

ת : נראה לי.

ש : נראה לך. מצוין. כן. עכשיו, אני מפנה אותך לסעיף 21 בתצהיר שלך. יש אותו, יש לך אותו בפנייך?

ת : לא. תראה לי אצלך.

ש : אה, אני קורא לך.

ת : לא, לא. תראה לי. אני לא מאמינה לך. תראה לי עם האצבע. יש לך דו״ח, עותק נקי? תראה לי עם האצבע. בוא, הוא כבר בזבז 800,000.

ש : אדוני.

ת : הוא לא יכול להדפיס עוד עותק?

ש : אני באיזה שהוא שלב אבקש מבית המשפט לכפות על חברתי, אפילו שהיא עורכת דין, באמצעים מקובלים, להשיב לשאלות.

ת : באמצעים מקובלים.

ש : אני,

ת : אתה חייב להציג לי.

ש : כי אחרת זה לא ייגמר.

ת : אתה חייב להציג לי עותק נקי. אני מצטערת.

כב׳ הש׳ ביטון : טוב.

העדה, גב׳ אלטשולר : בזבזת 800,000. הנה, תבזבז עוד 10 אגורות.

כב׳ הש׳ ביטון : גברתי, את תשאירי לו איך לשאול את השאלות שלו.

עו״ד נחמני : בדיוק.

כב׳ הש׳ ביטון : ואחר כך תשיבי.

העדה, גב׳ אלטשולר : הוא חייב להראות לי. זה הדין.

עו״ד נחמני : עכשיו,

כב׳ הש׳ ביטון : אני לא בטוח שהוא חייב להראות לך.

העדה, גב׳ אלטשולר : הוא חייב להראות לי.

כב׳ הש׳ ביטון : הוא כרגע ישאל,

100



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

| | |
|---|---|
| העדה, גב' אלטשולר: | כשהוא מציג לי מסמך, הוא חייב להראות לי. |
| כב' השי ביטון: | הוא כרגע ישאל שאלה, כן? ואחר כך תבחרי, |
| העדה, גב' אלטשולר: | אז אני אגיד לו שיציג לי את המסמך וככה זה יימשך. |
| כב' השי ביטון: | תבחרי, |
| העדה, גב' אלטשולר: | אדוני, הוא חייב להראות לי ואני אעמוד על זה. |
| כב' השי ביטון: | ואז תבחרי, ותבחרי איך להשיב עליו. עליה. בסדר? |
| עו"ד נחמני: | קורא מסעיף 21. |
| העדה, גב' אלטשולר: | כן. |
| כב' השי ביטון: | כן. |
| עו"ד נחמני: | בשלב זה שאלה, את, את עורך דין פרנס מה נדרש כדי לקבל הצעה מותאמת, והוא השיב כי נדרשת חקירה כלכלית. מידע זה, המילים חקירה כלכלית הועבר לחוקרים לשם קבלת הצעת מחיר. ובסוף הפסקה הזאת, בכך הסתיימה מעורבות החתומה מטה בעניין. זה נכון? |
| העדה, גב' אלטשולר: | אני לא יודעת מאיפה אתה מקריא. אתה מקריא לי מדף, אני לא יודעת אם זה מכתב ההגנה, מהתצהיר. |
| עו"ד נחמני: | מהתצהיר שלך. |
| העדה, גב' אלטשולר: | אז תראה לי. |
| עו"ד נחמני: | אני אומר, |
| העדה, גב' אלטשולר: | אז אני אומרת לך, |
| כב' השי ביטון: | תסתכלי בתצהיר. |
| העדה, גב' אלטשולר: | שאני, |
| כב' השי ביטון: | גברתי. |
| העדה, גב' אלטשולר: | לא מאמינה לך. |
| כב' השי ביטון: | גברתי, תסתכלי בתצהיר שלך. |
| העדה, גב' אלטשולר: | אני, אין לי את התצהיר. אין לי מסמכים. באתי As is. |
| עו"ד נחמני: | הבנתי. אז אני אתן לך את התצהיר שלך. |
| העדה, גב' אלטשולר: | יופי. כמה קשה זה היה. |
| ש: | בבקשה. |
| ת: | (אנגלית). היית צריך להבין את זה כבר. כן, איזה סעיף? |
| ש: | עכשיו, אדוני, כדי שזה יתקדם לאיזה שהוא מקום, אני אבקש מבית המשפט להורות לעדה להשיב רק לשאלות. |
| ת: | אני עונה. |
| ש: | אני, |



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| ת : | איזה סעיף? |
| ש : | לתת לי לסיים לדבר, כי אחרת פשוט זה, זה הכשלה. מה שקורה פה עכשיו זו הכשלה של החקירה הנגדית. |
| ת : | סבבה. איזה סעיף? |
| ש : | היא עורכת דין, היא מתוחכמת. היא עושה את זה מהבוקר. |
| ת : | הו, הוא נתן לי מחמאה. |
| ש : | ואני מבקש מבית המשפט להנחות אותה. |
| ת : | איזה כיף. |
| ש : | זה, אחרת אנחנו לא נתקדם. |
| ת : | איזה סעיף? |
| כב' הש' ביטון : | מה השאלה, |
| עו"ד נחמני : | אוקיי. |
| כב' הש' ביטון : | ב-21 הסעיף? |
| עו"ד נחמני : | עכשיו אני שואל, מפנה אותך, |
| כב' הש' ביטון : | כל הדברים, רק שיהיה ברור אדוני, הכל מוקלט. |
| העדה, גב' אלטשולר : | בדיוק. |
| עו"ד נחמני : | 100 אחוז. |
| כב' הש' ביטון : | מוקלד, |
| עו"ד נחמני : | תודה. |
| כב' הש' ביטון : | מוקלט, ולכן הכל, |
| העדה, גב' אלטשולר : | כולנו גם יודעים, |
| כב' הש' ביטון : | הכל נרשם. |
| העדה, גב' אלטשולר : | שהכל מוקלט. |
| עו"ד נחמני : | 100 אחוז. |
| כב' הש' ביטון : | וגם ההתנהלות הזאת, היא נרשמת. |
| העדה, גב' אלטשולר : | הכל נרשם. |
| עו"ד נחמני : | 100 אחוז. |
| העדה, גב' אלטשולר : | נכון. |
| עו"ד נחמני : | טוב. |
| העדה, גב' אלטשולר : | ואני מתנהלת בהתאם לזכויותיי, כשתבעו אותי ולא מחקו את התביעה ולא ביטלו אותה, על אף שאין לי שום קשר לעניין הזה ולא תבעו את האיש, |
| כב' הש' ביטון : | גברתי. |

102



<div dir="rtl">

## בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**     ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳

| | |
|---|---|
| העדה, גב׳ אלטשולר: | שיושב פה. |
| כב׳ הש׳ ביטון: | גברתי, עם כל, |
| העדה, גב׳ אלטשולר: | ואני היום בזבזתי, |
| כב׳ הש׳ ביטון: | עם כל הכבוד, |
| העדה, גב׳ אלטשולר: | 12,000 שקל לחינם. אני מאוד מצטערת, אבל אני, A bit upset ולכן אני יכולה לבקש, |
| כב׳ הש׳ ביטון: | גברתי. |
| העדה, גב׳ אלטשולר: | ממנו להראות לי, |
| כב׳ הש׳ ביטון: | עם כל, |
| העדה, גב׳ אלטשולר: | את הסעיף. עם כל הכבוד. |
| כב׳ הש׳ ביטון: | לא. א׳, הוא לא, את לא יכולה לבקש ממנו להראות לך את הסעיף. |
| העדה, גב׳ אלטשולר: | בטח שכן. |
| כב׳ הש׳ ביטון: | מכיוון שהוא מקריא מהתצהיר שלך. אם לא הבאת את התצהיר שלך, אז הטענה היא כלפי עצמך. |
| העדה, גב׳ אלטשולר: | אני לא צריכה, |
| כב׳ הש׳ ביטון: | למה לא הבאת, |
| העדה, גב׳ אלטשולר: | להביא את התצהיר שלי. |
| כב׳ הש׳ ביטון: | את החומר של עצמך? |
| העדה, גב׳ אלטשולר: | אני לא צריכה להביא, |
| כב׳ הש׳ ביטון: | כן? את עורכת דין. |
| העדה, גב׳ אלטשולר: | את התצהיר שלי. נכון. |
| כב׳ הש׳ ביטון: | ואת לא הבאת את התצהיר של עצמך. |
| העדה, גב׳ אלטשולר: | אבל יש לי זיכרון צילומי. |
| כב׳ הש׳ ביטון: | לא גברתי. |
| העדה, גב׳ אלטשולר: | אבל הוא מטעה. |
| כב׳ הש׳ ביטון: | לא גברתי. ואת לא תנהלי לי כאן את האולם ולא את הדיון, ולא תעשי כאן צחוק מהדיון הזה כשאת אומרת שאת מוציאה כסף ועושה צחוק מזה, כן? |
| העדה, גב׳ אלטשולר: | מה זאת אומרת? |
| כב׳ הש׳ ביטון: | אז אני מבקש, |
| העדה, גב׳ אלטשולר: | אני בזבזתי היום 12,000 שקל לחינם. |
| כב׳ הש׳ ביטון: | אני כאן מנהל את האולם גברתי, ואם יש לך טענות את יכולה אחר כך ללכת ולהציג אותן איפה שתרצי. |

</div>

103



**בית משפט השלום בתל אביב - יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



| | |
|---|---|
| העדה, גב' אלטשולר: | כמובן. |
| כב' השי ביטון : | כאן, כרגע גברתי, את מתנהלת לפי הסדר שלי. |
| העדה, גב' אלטשולר: | אני מתנהלת ואני רוצה שהוא יציג. |
| כב' השי ביטון : | את מתנהלת לפי הסדר שלי. לאחר מכן תוכלי לערער, לעשות מה שתרצי לעשות, כן? |
| העדה, גב' אלטשולר: | סבבה. |
| כב' השי ביטון : | כרגע הוא שואל אותך שאלות, את משיבה תשובות. כן? |
| העדה, גב' אלטשולר: | מן הסתם. |
| כב' השי ביטון : | והוא לא חייב להציג לך את התצהיר שלך, כי הוא מקריא מהתצהיר שלך. מהתצהיר שלך שהיית צריכה שהוא יהיה כאן לידך. |
| העדה, גב' אלטשולר: | הנה הוא. הנה הוא. |
| כב' השי ביטון : | לא. הוא נתן לך אותו. |
| העדה, גב' אלטשולר: | מדהים. |
| כב' השי ביטון : | הוא לא חייב לתת לך אותו. הוא מקריא מהתצהיר שלך. |
| העדה, גב' אלטשולר: | מדהים. |
| כב' השי ביטון : | אז תקראי את התצהיר שלך. |
| העדה, גב' אלטשולר: | אני קוראת. |
| כב' השי ביטון : | תפתחי את, את הלפטופ שלך. |
| העדה, גב' אלטשולר: | אני שואלת מהסעיף. |
| כב' השי ביטון : | יש לך לפטופ, יש לך הכל כאן. |
| העדה, גב' אלטשולר: | שואלת מה הסעיף. |
| כב' השי ביטון : | יכולת לפתוח. |
| העדה, גב' אלטשולר: | נגמר הסוללה. |
| כב' השי ביטון : | אז את לא מנהלת כאן את הדברים. הוא לא חייב להציג לך את התצהיר שלך. |
| העדה, גב' אלטשולר: | מה הסעיף? |
| כב' השי ביטון : | לא גברתי. כרגע את מקשיבה לי, כן? את לא מנהלת כאן שום דבר. ואת מה שקרה כאן, את הקרקס שהיה פה עד עכשיו, |
| העדה, גב' אלטשולר: | אדוני, בוא אני אסביר לך משהו עליי. |
| כב' השי ביטון : | לא. |
| העדה, גב' אלטשולר: | על עצמי. אז אני, |
| כב' השי ביטון : | לא גברתי. אני, תעצרי כאן ועכשיו. גברתי, כן? אם לא, אני עוצר את הדיון. אני גם, אני מזהיר אותך שאני הולך לקנוס אותך. |



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



| | |
|---|---|
| העדה, גב׳ אלטשולר: | תקנוס אותי. |
| כב׳ הש׳ ביטון : | כן? אז תעצרי כאן. |
| העדה, גב׳ אלטשולר: | אבא שלי נפטר. |
| כב׳ הש׳ ביטון : | גברתי. |
| העדה, גב׳ אלטשולר: | אני אישרתי מטרות בעזה, |
| כב׳ הש׳ ביטון : | גברתי, תעצרי. |
| העדה, גב׳ אלטשולר: | במשך שנתיים. |
| כב׳ הש׳ ביטון : | גברתי, תעצרי. |
| העדה, גב׳ אלטשולר: | אדם דקר אותי עם מברג. |
| כב׳ הש׳ ביטון : | גברתי. |
| העדה, גב׳ אלטשולר: | אם אתה חושב שמפריע לי הקנס שלך, |
| כב׳ הש׳ ביטון : | גברתי, אני מבקש שתעצרי. |
| העדה, גב׳ אלטשולר: | אתה טועה מאוד. |
| כב׳ הש׳ ביטון : | תעצרי את הדיון. תעצרי. אני מנהל כאן את הדברים. את לא מדברת אלא לפי, את בחקירה. את נחקרת כרגע, כן? את נחקרת, ואת משיבה לשאלות ולפי, בצורה מסודרת. |
| העדה, גב׳ אלטשולר: | מסודרת מאוד. |
| כב׳ הש׳ ביטון : | אני אומר לך, אני נתתי לך אזהרה ראשונה. באזהרה הבאה את, אני, אני אפעל בהתאם לסמכויות שלי. בסדר? |
| העדה, גב׳ אלטשולר: | כמו שאמרתי, אני ישבתי שנתיים בבור. |
| כב׳ הש׳ ביטון : | גברתי. זה לא מעניין אותנו. |
| העדה, גב׳ אלטשולר: | ואישרתי מטרות בעזה. |
| כב׳ הש׳ ביטון : | זה לא מעניין. |
| העדה, גב׳ אלטשולר: | אז אותי זה מאוד מעניין. |
| כב׳ הש׳ ביטון : | גברתי. |
| העדה, גב׳ אלטשולר: | זה אמור לעניין את מדינת ישראל. |
| כב׳ הש׳ ביטון : | זה לא מעניין. |
| העדה, גב׳ אלטשולר: | אתה יודע מה עוד מעניין את מדינת ישראל? |
| כב׳ הש׳ ביטון : | לא, לא. לא מעניין. |
| העדה, גב׳ אלטשולר: | שנדקרתי. |
| כב׳ הש׳ ביטון : | גברתי, זה לא מעניין אותנו החיים האישיים שלך. אנחנו לא מתעסקים בזה. |
| העדה, גב׳ אלטשולר: | יפה, אני מקווה שזה מוקלט. תודה אדוני. |



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| כב׳ השׁ׳ ביטון : | אנחנו, לא מעניין אותנו החיים האישיים שלך. את כאן נחקרת. |
| העדה, גב׳ אלטשולר : | קיבלתי את מה שרציתי. תודה. |
| כב׳ השׁ׳ ביטון : | את, את נתבעת ונחקרת. |
| העדה, גב׳ אלטשולר : | כן. |
| כב׳ השׁ׳ ביטון : | לכל אחד כאן יש נסיבות. לכל אחד כאן, |
| העדה, גב׳ אלטשולר : | לא. לא לכל אחד. |
| כב׳ השׁ׳ ביטון : | כל אחד יש לו עניינים אישיים, כן? |
| העדה, גב׳ אלטשולר : | לא לכל אחד. |
| כב׳ השׁ׳ ביטון : | כל אחד משרת פה. גם במילואים, כן? וגם בתפקידים אחרים. זה לא רלוונטי לתביעה שאת נתבעת בה. |
| העדה, גב׳ אלטשולר : | אני לא יודעת מי משרת פה, זה לא אני. |
| כב׳ השׁ׳ ביטון : | זה לא רלוונטי. בכלל לא רלוונטי. |
| העדה, גב׳ אלטשולר : | הכל רלוונטי. |
| כב׳ השׁ׳ ביטון : | את כאן במעמד של נתבעת, כן? וכרגע, |
| העדה, גב׳ אלטשולר : | רגע. |
| כב׳ השׁ׳ ביטון : | את נחקרת. |
| העדה, גב׳ אלטשולר : | יש פה בעיה של טלפון שלא נכבה משום מה. הנה הוא, נכבה. |
| כב׳ השׁ׳ ביטון : | ולא בפעם הראשונה שיש צלצול בזמן, בזמן הדיון. |
| העדה, גב׳ אלטשולר : | בחיים לא צלצל לי הטלפון ואני פה, אני מותחת את הקו. בחיים לא צלצל לי הטלפון בזמן דיון. בחיים לא. |
| כב׳ השׁ׳ ביטון : | את לא היית עם הטלפון לפני כן ואחרי כן? |
| העדה, גב׳ אלטשולר : | לא. |
| כב׳ השׁ׳ ביטון : | במהלך, במהלך כל הזה? |
| העדה, גב׳ אלטשולר : | אני עובדת. |
| כב׳ השׁ׳ ביטון : | הישיבה הזאת. |
| העדה, גב׳ אלטשולר : | מה זאת אומרת? אני בניגוד למר הרשמן ומר פרנס וששי, אני צריכה להרוויח למחייתי כי אני מחזיקה משק בית לבד, |
| כב׳ השׁ׳ ביטון : | גברתי. |
| העדה, גב׳ אלטשולר : | ברמת גן. |
| כב׳ השׁ׳ ביטון : | בזמן הדיון, |
| העדה, גב׳ אלטשולר : | אתה יודע איזה הוצאות יש לי? אני צריכה לעבוד. |
| כב׳ השׁ׳ ביטון : | גברתי, כולם עובדים. וכרגע אנחנו בהליך, בהליך משפטי, ואת כאן, |
| העדה, גב׳ אלטשולר : | ואני מקשיבה. |

106



# בית משפט השלום בתל אביב -יפו

ת"א 27635-04-21 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| כב' הש' ביטון : | את נתבעת כפי שגם, גם אמרת כמה פעמים. יש לך מורת רוח מזה שתבעו אותך, ובמקום, במקום להיות מרוכזת, את מתעסקת בדברים שהם לא כל כך חשובים. |
| העדה, גב' אלטשולר : | אני מאוד מרוכזת כבן אדם באופן כללי. על הספקטרום של ה-ADHD, |
| כב' הש' ביטון : | גברתי. |
| העדה, גב' אלטשולר : | אני בצד של הריכוז. |
| כב' הש' ביטון : | גברתי, את מבזבזת זמן יקר. |
| העדה, גב' אלטשולר : | סבבה. |
| כב' הש' ביטון : | וכרגע את צריכה לעמוד על הדוכן. |
| העדה, גב' אלטשולר : | אני עומדת על הדוכן. |
| כב' הש' ביטון : | ולאפשר, |
| העדה, גב' אלטשולר : | ומקשיבה לו. |
| כב' הש' ביטון : | לאפשר לו לשאול אותך שאלות. |
| העדה, גב' אלטשולר : | אדוני, אנחנו לא נגיע לעמק השווה בעניין הזה. אני מאוד מצטערת. |
| כב' הש' ביטון : | אני לא מנסה להגיע איתך, |
| העדה, גב' אלטשולר : | שאדוני יעשה את מה שהוא רואה לנכון. |
| כב' הש' ביטון : | אני לא מנסה להגיע איתך לעמק השווה. אני לא מגיע לעמק שווה עם אף אחד כאן. אני מנהל את הדיון, כן? |
| העדה, גב' אלטשולר : | תנהל את הדיון. |
| כב' הש' ביטון : | אני לא מנהל איתך משא ומתן. |
| העדה, גב' אלטשולר : | אני לא מנהלת משא ומתן. |
| כב' הש' ביטון : | ודרך אגב, |
| העדה, גב' אלטשולר : | אני מנסה לענות על השאלה. |
| כב' הש' ביטון : | וגם לא עם אף אחד אחר, כן? את כנראה לא מבינה את מה, את מצב, את מצב הכוחות כאן, כן? אני לא מגיע איתך לעמק שווה, כן? אני לא במשא ומתן. |
| העדה, גב' אלטשולר : | מה מצב הכוחות? |
| כב' הש' ביטון : | שאת כרגע נחקרת בחקירה נגדית. כן? |
| העדה, גב' אלטשולר : | אני מנסה לענות על השאלה. |
| כב' הש' ביטון : | ואת מוזהרת לומר את האמת. |
| העדה, גב' אלטשולר : | אני אומרת תמיד אמת. |
| כב' הש' ביטון : | ואת לא, |
| העדה, גב' אלטשולר : | בחיים שלי לא שיקרתי לאף אחד. |

107



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025




כב׳ השי ביטון :     ואת לא מנהלת כאן את החקירה. הוא שואל אותך שאלות. את לא אומרת
לו מה לשאול אותך, כן? הוא ישאל אותך, את תשיבי מה שתרצי להשיב.
כן?

העדה, גב׳ אלטשולר :     סבבה.

כב׳ השי ביטון :     עכשיו, אני אבקש לעצור את הוויכוח הזה. בבקשה תשיבי לשאלות שלו.

העדה, גב׳ אלטשולר :     אני משיבה לשאלות שלו.

עו״ד נחמני :     אני אפנה אותך לסעיף 21 בתצהיר שלך. את כותבת שאמרת למר ששון
שנדרשת חקירה כללית.

העדה, גב׳ אלטשולר :     כן.

ש :     ובסוף את אומרת בכך הסתיימה מעורבות החתומה מטה בעניין. האם
אלו כל ההוראות שנתת לששון בנוגע לחקירה המבוקשת ממנו?

ת :     כן. ולהעביר את הדו״ח לפרנס.

ש :     ולהעביר את הדו״ח לפרנס. מי מסר לששון את שמות האובייקטים של
החקירה?

ת :     אני.

ש :     את. מי מסר לששון תעודות זהות של שמות האובייקטים של החקירה?

ת :     גם אני.

ש :     גם את.

ת :     מן הסתם לא היה לי אותם. אתה יודע ממי קיבלתי אותם?

ש :     לא.

ת :     מהאיש שלא תבעת. עורך דין פרנס.

ש :     100 אחוז. עכשיו, רק כדי להבהיר, את לא ביקשת חקירה מסוימת על
אורלי וחקירה מסוימת על אריק. את רק אמרת חקירה כללית, נכון?

ת :     כן.

ש :     תודה רבה. עכשיו, את יודעת שעד שהחקירה הושלמה והדו״חות נמסרו
ומר פרנס פגש אותנו במשרדי, הוא לא דיבר, וממר ששון פגש אותנו
במשרדי, הוא לא, הוא לא פגש את מר פרנס ולא דיבר איתו. את יודעת
את זה? את היית אשת הקשר היחידה לעניין הזה.

ת :     אין לי מושג.

ש :     את לא יודעת אם אם תוך כדי שאת משמשת לדברייך כמזכירה שמתכללת,

ת :     אבל אני לא יודעת אם הוא דיבר,

ש :     תני לי,

ת :     הוא, היה לו את השם. אני לא יודעת אם הוא,

108



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש : את לא יודעת.

ת : היה לו את השם ואת האימייל ואת הטלפון.

ש : את לא יודעת. מצוין.

ת : לא יודעת אם הוא דיבר איתו גם.

ש : מצוין.

ת : יכול להיות שהוא דיבר איתו גם. אין לי מושג.

ש : מצוין. עכשיו אני,

ת : אנשים מדברים עם אנשים אחרים.

ש : מצוין. אין לך מושג. עכשיו, אני אשאל אותך על התצהיר של ששון, ובואי תגידי לי אם הוא אומר אמת או לא.

ת : וואי, זה בכלל אין לי מושג כי אני לא ששון. Am I?

כב׳ השי׳ ביטון : אבל תמתיני לשאלה.

העדה, גב׳ אלטשולר : אוקיי.

כב׳ השי׳ ביטון : ואם את לא יודעת להשיב, או אין לך מושג, תגידי לו שאין לך מושג.

העדה, גב׳ אלטשולר : סבבה.

כב׳ השי׳ ביטון : אבל תמתיני לשאלה.

עו״ד נחמני : אוקיי. ששון אומר בסעיף 8 שאת פנית אליו באוגוסט 2019. זה נכון?

העדה, גב׳ אלטשולר : אני הייתי בגדנסק בפולין. מצב שזה היה תחילת ספטמבר.

ש : אוקיי. ואת, היא, את ביקשת ממנו הצעת מחיר הוא אומר בסעיף 10. זה נכון?

ת : כנראה.

ש : כן. ובהמשך,

ת : ממנו ועוד 3 אנשים אחרים.

ש : ובהמשך, את במסגרת החקירה ביקשת ממנו, אני קורא בסעיף 11, לברר האם אורלי מנהלת חשבונות בנק בארץ. כמו כן, נתבקשתי לבדוק אודות יציאתה של אורלי מגבולות הארץ לחו״ל.

ת : נו. ומה, מה השאלה?

ש : את ביקשת את זה ממנו?

ת : כנראה.

ש : אוקיי. אז את לא רק אמרת חקירה כלכלית. את ביקשת דו״חות בנק ורשומות כניסה ויציאה מהארץ. נכון?

ת : זו חקירה כלכלית.

ש : זו חקירה כלכלית. בסדר. והוא דרש ממך 4,400 ש״ח.

109



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**          **08 דצמבר 2025**

ת :     לא ממני.

ש :     הוא דרש, נכון?

ת :     לא ממני.

ש :      וב-29.08.19, הוא, לבקשתך, הוא הפיג דרישת תשלום עבור פרנס ושות׳ בע״מ, חברה פרטית בסכום של 4,400 ש״ח. זה נכון?

ת :     כנראה.

ש :     כנראה. את ביקשת ממנו שדרישת התשלום תהיה לפרנס ושות׳.

ת :     נכון.

ש :     נכון.

ת :     כי אני לא הלקוח.

ש :     את לא הלקוח. וב-30.08, שולם הסך של 4,400 ש״ח באמצעות כרטיס אשראי.

ת :     וואלה, אין לי מושג.

ש :     רגע. ש-4 הספרות שלו הן כך וכך, והופקה חשבונית מס קבלה על, על שם פרנס ושות׳. מי מסר את כרטיס האשראי לששי?

ת :     מה? אין לי מושג. מה זאת אומרת מי מסר את כרטיס האשראי?

ש :     איך, איך, איך ששי גבה מפרנס ושות׳ תשלום בכרטיס אשראי?

ת :     אין לי מושג.

ש :     את לא מסרת,

ת :     זה לא, לא היה דרכי בכלל.

ש :     זה לא היה דרכך.

ת :     ממש אבל.

ש :     רגע. זאת אומרת שכרטיס האשראי 86, שמסתיים ב-8616, הוא לא כרטיס האשראי שלך.

ת :     שלי?

ש :     אני, רק, תעני בפשטות.

ת :     ממש לא.

ש :     מצוין.

ת :     ג׳יזס.

ש :     מצוין. עכשיו,

ת :     לא (לא ברור) שלא שילמתי על החרא הזה, למה שאני בכלל אהיה קשורה לזה באיזה שהוא אופן?

כב׳ השי׳ ביטון :     גברתי, גברתי, גברתי, גברתי.



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**          **08 דצמבר 2025**

| | |
|---|---|
| עו"ד נחמני : | חבל, את מתחילה לענות יפה. |
| כב' הש' ביטון : | אני מבקש, אני מבקש גברתי. אני הערתי פעם אחת. |
| עו"ד נחמני : | כן. |
| כב' הש' ביטון : | אני מבקש שהשפה פה תהיה שפה נעימה. |
| העדה, גב' אלטשולר : | נעימה היא לא תהיה בטוח. |
| כב' הש' ביטון : | ומתורבתת. |
| העדה, גב' אלטשולר : | מה לעשות? |
| כב' הש' ביטון : | אי אפשר לדבר בצורה כזאת. את עורכת דין גם. לא רק נתבעת. |
| העדה, גב' אלטשולר : | אני יודעת, |
| כב' הש' ביטון : | את עורכת דין. |
| העדה, גב' אלטשולר : | עורכת, |
| כב' הש' ביטון : | את לא יכולה לדבר בצורה כזאת גברתי. |
| העדה, גב' אלטשולר : | אני יודעת שאני עורכת דין, ואני מדברת כמו שאני רואה לנכון. |
| עו"ד נחמני : | עכשיו, אומר לנו, |
| כב' הש' ביטון : | את יכולה לדבר כמו שאת רואה לנכון בחוץ. בבית המשפט, אני מעיר לך, אני מבקש ממך, |
| העדה, גב' אלטשולר : | להגיד חרא, |
| כב' הש' ביטון : | תשמרי על השפה שלך. |
| העדה, גב' אלטשולר : | זה לא לא תרבותי. סליחה, אבל זו דעתי האישית ואני עומדת מאחוריה. אני מאוד מצטערת. להגיד חרא, ותתלוננו עליי ללשכה שעמדתי בדיון בבית המשפט, |
| כב' הש' ביטון : | אז בא כוח התובע, |
| העדה, גב' אלטשולר : | נחקרתי, |
| כב' הש' ביטון : | כבר אמר שהוא, |
| העדה, גב' אלטשולר : | ואמר, ואמרתי, |
| כב' הש' ביטון : | בא כוח התובע כבר אמר, |
| העדה, גב' אלטשולר : | אז לא, שיוסיף את זה. |
| כב' הש' ביטון : | גברתי, בא כוח התובע כבר אמר שהוא יעשה את זה. |
| העדה, גב' אלטשולר : | שיוסיף. |
| כב' הש' ביטון : | זה עניין שלו. |
| העדה, גב' אלטשולר : | אז שיוסיף. |
| כב' הש' ביטון : | אבל אני כרגע אומר לך, כן? את נמצאת בבית משפט, כן? אני, לא אכפת לי מה יקרה בלשכה. הלשכה לא, לא כפופה אליי ולא, ולא בענייני. |

111



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳     08 דצמבר 2025

| | |
|---|---|
| העדה, גב׳ אלטשולר : | נכון. |
| כב׳ השׁ׳ ביטון : | אני כרגע אומר לך, נא תשמרי על תרבות דיון ושפה. |
| העדה, גב׳ אלטשולר : | אז אני אומרת בתור מישהי שישבה, |
| כב׳ השׁ׳ ביטון : | כי גם, כי הכל הוקלט. |
| העדה, גב׳ אלטשולר : | תיקי האתיקה, |
| כב׳ השׁ׳ ביטון : | וגם, |
| העדה, גב׳ אלטשולר : | של לשכת עורכי הדין, |
| כב׳ השׁ׳ ביטון : | וגם בתחילת הדיון עם, השאלות שלך היו לא במקום. במיוחד כששאלת את התובע אם שכבת, אם הוא שכב איתך, דבר שהוא לא ראוי לשאול. |
| העדה, גב׳ אלטשולר : | למה? |
| כב׳ השׁ׳ ביטון : | כשכל ההקשר הוא רצית לדעת איך הוא מכיר אותך, הוא ענה לך על זה. |
| העדה, גב׳ אלטשולר : | נכון. |
| כב׳ השׁ׳ ביטון : | והתוספת הזאת לא הייתה במקום. עכשיו, אם את חושבת שהיא הייתה, |
| העדה, גב׳ אלטשולר : | אז אני אומרת שזה כן היה במקום. |
| כב׳ השׁ׳ ביטון : | אז אני חושב שלא, אבל בסדר. אישרנו את, את השאלה ואת התשובה. |
| העדה, גב׳ אלטשולר : | אני עורכת דין מזה 19 שנה. אני יודעת מה נכון ומה לא נכון. עוד לא היה תיק שהפסדתי בו. כן, קדימה. |
| כב׳ השׁ׳ ביטון : | טוב. |
| עו״ד נחמני : | עכשיו, אומר ששון שאחרי שהסתיים הטיפול בעניין הוא יצר איתך קשר. |
| העדה, גב׳ אלטשולר : | כן. |
| ש : | ואת ביקשת שהוא ימען את דו״ח החקירה אל מר שגיא גנגר. זה נכון? |
| ת : | כנראה. כן. |
| ש : | כנראה. הוא אומר שהוא לא הכיר אותו אבל לבקשתך הוא מיען את הדו״ח אליו. |
| ת : | מדהים. |
| ש : | מדהים. עכשיו, הבקשה למען אל שגיא גנגר, היא לא נגעה רק לדו״ח של אורלי. היא נגעה ל-2 הדו״חות, נכון? |
| ת : | אני לא, נראה לי שכן. |
| ש : | נראה לך שכן. עכשיו, תראי, אה, יש לי עוד שאלה. התשלום נעשה לפני שקיבלת את הדו״חות או אחרי שקיבלת את הדו״חות? |
| ת : | הוא לא עשה, נעשה דרכי, אז אין לי מושג. |
| ש : | אבל את, אולי את יודעת. |
| ת : | וואלה לא. |

112



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש :     את לא יודעת. הבנתי.

ת :     כי אני לא עובדת של פרנס.

ש :     תכף נדבר. עכשיו,

ת :     אני חוזרת ואומרת את זה שוב ושוב. וכמו שאמרתי במעלית, (אנגלית), ואם הייתי יודעת שהוא כזה אידיוט, בחיים שלי לא הייתי עושה לו טובה.

ש :     עכשיו תראי, אני מציג לך,

ת :     זה כוון אליך.

ש :     אני מציג לך את העמוד הראשון של הדו״ח של אורלי. נספח 3 של התצהיר של ששון. זה רק העמוד הראשון, 2 עמודים.

ת :     טוב.

ש :     אוקיי? עכשיו, בואי נסכם. זה, הדו״ח הזה יצא כפי שכתוב בצד שמאל למעלה, ב-12 לספטמבר 2019. נכון?

ת :     אוקיי.

ש :     אוקיי, זה נכון?

ת :     אם זה מה שכתוב,

ש :     כן.

ת :     אז זה כנראה מה שכתוב. אני לא יודעת מתי הוא יצא.

ש :     אוקיי.

ת :     כתוב על המסמך משהו. הוא יצא בזמן אחר, או שבאותו זמן. אני לא יודעת.

ש :     את לא יודעת. את לא שוללת שזה יצא בתאריך הזה?

ת :     אני לא שוללת.

ש :     תודה.

ת :     לא. אני לא שוללת.

ש :     לכבוד מר שגיא גנגר, זה את ביקשת לרשום?

ת :     כן.

ש :     כן.

ת :     ביקשתי למען.

ש :     למען.

ת :     למען הכוונה לשלוח במייל. לא אכפת לי איזה שם היה רשום שם.

ש :     אוקיי. את, כתוב, כשכתוב לבקשתכם ביצענו חקירה לאיתור הפרמטרים הרשומים מטה,

113



**בית משפט השלום בתל אביב -יפו**

ת"א 27635-04-21 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ת :     כן.

ש :     איתור סניפי בנקים בהם מנהלת הנבדקת חשבונותיה,

ת :     כן.

ש :     ובדיקה אודות יציאותיה של הנבדקת לחו"ל, זה את ביקשת?

ת :     כן.

ש :     כן. עכשיו,

ת :     זו חקירה כלכלית.

ש :     כן.

ת :     ברור.

ש :     כן. ואת ביקשת וקיבלת. הדו"ח הזה התקבל אצלך, נכון?

ת :     כן, אבל לא פתחתי אותו.

ש :     לא פתחת אותו. בסדר. עכשיו,

ת :     כי זה לא מעניין אותי.

ש :     שנייה רגע, שנייה רגע. יש לי שאלה אלייך. את עורכת דין.

ת :     כן.

ש :     ואת מורשית גם בישראל וגם במדינת ניו יורק נדמה לי.

ת :     נכון. לא נדמה.

ש :     איך חשבת, איך חשבת שמר מתתיהו, תוך שבוע או שבועיים, מסוגל לדעת באיזה תאריכים בדיוק היו מר הרשמן והגברת נגגר בישראל או מחוץ לישראל?

ת :     מה זאת אומרת? יש תקנות ואני הפניתי אליהן,

ש :     כן.

ת :     בכתב ההגנה שלי.

ש :     כן.

ת :     אתה יכול, מוזמן לקרוא אותן.

ש :     כן.

ת :     שמאפשרות לבעל עניין לדעת מי יוצא מתי ונכנס מישראל. ולצורך העניין,

(הפסקה)

העדה, גב' אלטשולר :     גם ביקשתי את זה מחוקר בעל רישיון.

עו"ד נחמני :     הבנתי.

העדה, גב' אלטשולר :     זאת אומרת, גברת אמי פלמור, מכיר אותה? נתנה לו רישיון כי הוא כנראה יודע מה הוא עושה.

114



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש :    הבנתי. את הנחת שמר פרנס, שמר ששון מגיש בקשה משפטית כבן אדם
שנוגע לעניין לבית משפט, לקבל את רשומות היציאה של,

ת :    למה לבית משפט?

ש :    של אריק ואורלי.

ת :    למשרד הפנים.

ש :    כי זה דרך, זה,

ת :    לא רק צו.

ש :    זה דרך בית משפט.

ת :    לא, לא.

ש :    כן.

ת :    לא. זה לא נכון. אתה טועה ומטעה.

ש :    הבנתי, בסדר. אני טועה ומטעה. עכשיו, תגידי, למה צריך חוקר פרטי
שיעשה את זה? אנחנו ראינו, וגם את צירפת לתצהיר שלך שאת יודעת
לקבל רשומות ממשרד הפנים. למה צריך לשלם לששון מתיהו 4,400
שקל כדי להגיש בקשה שאת אומרת שאת עושה כעניין של יום ביומו?

ת :    חבר, אני עשיתי טובה לפרנס. אני לא עובדת אצלו.

ש :    הבנתי.

ת :    להביא את ששי אחרי שחיפשתי אותו בפייסבוק לקח לי 10 דקות.

ש :    הבנתי.

ת :    לעשות עכשיו חקירה ייקח לי 8 שעות. מי ישלם לי על זה?

ש :    הבנתי.

ת :    אני מזכירה לך אדוני היקר,

ש :    כן.

ת :    שאני עליתי. אני עולה חדשה. כל מה שיש לי, אף אחד לא הביא לי. לא
ההורים שלי, לא בן זוגי היקר שיחיה, לא אף, לא מדינת ישראל. אני
עובדת כל יום למחייתי מגיל 12 ועד היום. אני נוסעת לחופשה עם 3
לפטופים. באתי פה לבית משפט עם 2 לפטופים. זה כי אני לא מקבלת
2,000 דולר לשעה. זה מאוד מצער אותי אמנם, אבל אני חייבת להחזיק
משק בית ברמת גן. אתה יודע איזה הוצאות יש לי? יש לי הוצאות של
25,000 שקל. אני משלמת שכירות של 8,000. אין לי מזונות, סבבה? כל
אחד דואג לעצמו, ולכן זה מה שאני צריכה לעשות.

ש :    עכשיו, זה,

115



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :   וגם אין, אין לי גם חובות כמו למר הרשמן של 100,000 דולר כי כמו האלה במשחקי הכס, (אנגלית), אתה יודע מה זה? לכן אני לא חייבת לאף אחד שום דבר ואף אחד לא חייב לי. וכשאני עושה טובה למישהו, אני עושה לו טובה. אני לא עובדת בשבילו. האם זה מובן?

ש :   אני, אני שוב מבקש מבית משפט להנחות את, את חברתי להשיב לשאלה. לא לספר לנו,

ת :   בניגוד למר הרשמן שכל הזמן לא השיב לשאלה, אני עניתי לשאלה בדיוק.

ש :   אוקיי. עכשיו תראי, את צירפת לתצהיר של כנספח ג׳ את רשומות הכניסה והיציאה מישראל שלך, נכון?

ת :   נכון.

ש :   נכון?

ת :   כן.

ש :   איך קיבלת אותה?

ת :   מה זאת אומרת? הלכתי למשרד הפנים וקיבלתי אותם.

ש :   וקיבלת. ומה עשית? הצגת, ביקשת רשומות על עצמך? הצגת תעודות זהות, נכון?

ת :   כן.

ש :   עכשיו,

כב׳ הש׳ ביטון :   את ביקשת את,

העדה, גב׳ אלטשולר :   מה קשור?

כב׳ הש׳ ביטון :   את ביקשת את הרשומות של כניסות ויציאות של מר הרשמן?

העדה, גב׳ אלטשולר :   לא.

עו״ד נחמני :   לא.

כב׳ הש׳ ביטון :   מי ביקש אותן?

העדה, גב׳ אלטשולר :   אין לי מושג.

עו״ד נחמני :   את, את יודעת,

כב׳ הש׳ ביטון :   את יכולת, את יכולת לקבל? את אומרת שזה, שזה קל ושאת עושה את זה. ככה את אומרת בתצהיר. את יכולה לקבל כניסות ויציאות ממשרד הפנים של אדם אחר?

העדה, גב׳ אלטשולר :   כן. אתה בא, אתה נותן תצהיר ואתה מבקש. כן. יש, יש תקנות. אני, הנה.

כב׳ הש׳ ביטון :   תצהיר,

העדה, גב׳ אלטשולר :   אמרתם שלא הבאתי שום דבר?

כב׳ הש׳ ביטון :   תצהיר, תצהיר של מי?

116





## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

העדה, גב' אלטשולר:  אני אקריא. הנה. יש פה תיק שלם.

כב' הש' ביטון :  לא, אבל תצהיר של מי? תצהיר של מי?

העדה, גב' אלטשולר:  של בעל העניין.

כב' הש' ביטון :  אבל קיבלת תצהיר של בעל העניין במקרה הזה?

העדה, גב' אלטשולר:  אבל אני לא הוצאתי שום דבר.

כב' הש' ביטון :  אבל,

העדה, גב' אלטשולר:  זו בדיוק הנקודה.

כב' הש' ביטון :  לא, אבל את אומרת, את אומרת, אוקיי. אז,

העדה, גב' אלטשולר:  אבל נגיד, אני, יש לי עמותה,

כב' הש' ביטון :  לא, את אומרת,

העדה, גב' אלטשולר:  אני מייצגת חיילים.

כב' הש' ביטון :  תקשיבי רגע הכל.

העדה, גב' אלטשולר:  כשיש לי חיילים שרוצים להביא את אימא שלהם לארץ,

כב' הש' ביטון :  אבל הם נותנים לך ייפוי כוח להוציא את זה.

העדה, גב' אלטשולר:  לא, לא. לא ייפוי כוח. אני אומרת, לא, לא באמצעות ייפוי כוח. תאמין לי שחייל שמשרת בעזה,

כב' הש' ביטון :  כן.

העדה, גב' אלטשולר:  אין לו יכולת לבוא אליי ולחתום לי על ייפוי כוח. אני באה, אוקיי? אני עצמי, כעורכת דין, אני בעלת עניין. אני מבקשת למה אני צריכה והם מביאים לי. הכל טוב.

עו"ד נחמני :  את מבקשת ממשרד הפנים כבאת כוח הנוגע בדבר, כמיופת כוח שלו.

העדה, גב' אלטשולר:  כבעל עניין.

עו"ד נחמני :  לא בעל,

כב' הש' ביטון :  מה זה כבעל עניין?

עו"ד נחמני :  כמיופת כוח. את לא בעלת עניין.

העדה, גב' אלטשולר:  רגע. שנייה.

כב' הש' ביטון :  את,

העדה, גב' אלטשולר:  אני אקריא לכם.

עו"ד נחמני :  כן.

כב' הש' ביטון :  מי זה בעל העניין? אם את מייצגת מישהו,

העדה, גב' אלטשולר:  אני,

כב' הש' ביטון :  את בעל העניין או הוא בעל העניין?

העדה, גב' אלטשולר:  הוא בעל העניין.



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

כב' השי ביטון :          הוא בעל העניין.

עו"ד נחמני :          הוא בעל העניין.

העדה, גב' אלטשולר :          מה זאת אומרת?

כב' השי ביטון :          אז השאלה היא כאן, את אומרת כאן לא הוצאת. נכון?

העדה, גב' אלטשולר :          לא הוצאתי.

כב' השי ביטון :          אבל, לא הוצאת, אבל, אבל השאלה היא כזאת. כי את מסבירה שזה דבר שקל שבקלים. שקל להוציא את זה. ושאת מוציאה את זה כדבר שבשגרה וכולי במסגרת,

העדה, גב' אלטשולר :          לא. זה לא מה שכתבתי בתצהיר.

כב' השי ביטון :          לא כתבת?

העדה, גב' אלטשולר :          כתבתי שלגבי חשבונות הבנק זה דבר שבשגרה.

עו"ד נחמני :          הבנתי.

העדה, גב' אלטשולר :          לגבי,

כב' השי ביטון :          את חשבונות, את חשבונות הבנק אפשר להוציא כדבר שבשגרה?

העדה, גב' אלטשולר :          בטח, דן אנד ברד סטריטס. 500 שקל, תוך שנייה נותנים לך הכל. חד משמעית. עשיתי את זה מיליון פעמים.

כב' השי ביטון :          מדן אנד ברד סטריטס,

העדה, גב' אלטשולר :          כן.

כב' השי ביטון :          לקבל את חשבונות הבנק?

העדה, גב' אלטשולר :          הכל, הכל אתה מקבל.

כב' השי ביטון :          טוב.

העדה, גב' אלטשולר :          אתה עושה חקירה כלכלית,

כב' השי ביטון :          אבל,

העדה, גב' אלטשולר :          מקבל הכל.

כב' השי ביטון :          אבל לגבי מסירת,

העדה, גב' אלטשולר :          יש מנוי. אתה משלם, מקבל.

עו"ד נחמני :          כן.

כב' השי ביטון :          אבל לגבי מסירת כניסות ויציאות של אדם, את לא, את לא יכולה לקבל את הכניסות והיציאות שלו.

העדה, גב' אלטשולר :          לא, אבל זה, אבל, אבל יש דרך חוקית לעשות את זה. בגלל זה אני אומרת. אני מבחינתי,

כב' השי ביטון :          מה היא הדרך החוקית?

העדה, גב' אלטשולר :          התקנות. הנה, יש תקנות. רגע, איפה,

118





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

כב׳ הש׳ ביטון : לא, לא צריך להקריא. תגידי לנו מה הדרך החוקית.

העדה, גב׳ אלטשולר : הדרך החוקית שאתה פונה למשרד הפנים,

כב׳ הש׳ ביטון : כן.

העדה, גב׳ אלטשולר : עם תצהיר, ומראה עניין ואתה מקבל את זה.

כב׳ הש׳ ביטון : אז, אבל,

העדה, גב׳ אלטשולר : למה, לא צריך צו בית משפט בשביל זה.

כב׳ הש׳ ביטון : אוקיי.

העדה, גב׳ אלטשולר : אני לא מבינה אתכם.

כב׳ הש׳ ביטון : אבל, אבל השאלה היא אם במקרה הזה היה, היה,

העדה, גב׳ אלטשולר : אין לי מושג. אני לא יודעת כי אני לא עשיתי את זה.

כב׳ הש׳ ביטון : היה אפשר,

העדה, גב׳ אלטשולר : זו בדיוק הנקודה. חברים, מה שאני עשיתי זה פתחתי פייסבוק,

כב׳ הש׳ ביטון : אבל בעל העניין זה מר הרשמן, ומישהו אחר הוציא את הכניסות והיציאות שלו.

העדה, גב׳ אלטשולר : אני לא יודעת.

כב׳ הש׳ ביטון : זה היה אפשרי?

העדה, גב׳ אלטשולר : לא מכירה, לא את מר הרשמן, לא מכירה אף אחד. לא מכירה את גנגר, לא, הבן אדם היחיד שאני הכרתי מראש היה עודך דין פרנס. עורך דין פרנס התקשר אליי כשאני בפולין,

כב׳ הש׳ ביטון : את זה שמענו.

העדה, גב׳ אלטשולר : וביקש ממני טובה כי אין לו פייסבוק. לא, אבל זה,

כב׳ הש׳ ביטון : זה שמענו.

העדה, גב׳ אלטשולר : אבל זה מה שקרה. אין לו פייסבוק. מצאתי את ששי, כפרה עליו, מסכן, בפייסבוק. אמרתי לו אח שלי, תוציא לי ככה וככה. הוא אמר שהוא יכול, זהו. אני שאלתי אותו איך הוא יכול? לא. מבחינתי הוא בעל רישיון ובעל מקצוע. הוא יודע לעשות את העבודה שלו כמו שאני יודעת לעשות את העבודה שלי. אני לא מבצעת עבירות פליליות.

כב׳ הש׳ ביטון : והוא,

העדה, גב׳ אלטשולר : אני לא חושבת שהוא מבצע,

כב׳ הש׳ ביטון : והוא העביר,

העדה, גב׳ אלטשולר : עבירות פליליות וחאלאס.

כב׳ הש׳ ביטון : והוא העביר, והוא העביר לך את הממצאים?

העדה, גב׳ אלטשולר : כן, אבל כמו שאמרתי,





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳     08 דצמבר 2025

כב׳ הש׳ ביטון :     ואת העברת אותם הלאה,

העדה, גב׳ אלטשולר :     לא פתחתי אותם.

כב׳ הש׳ ביטון :     ואת העברת אותם הלאה לפרנס?

העדה, גב׳ אלטשולר :     לא. אמרתי לו שיעביר אותם הלאה.

כב׳ הש׳ ביטון :     למי?

העדה, גב׳ אלטשולר :     לששי.

כב׳ הש׳ ביטון :     אבל שאלתי אם את, אם את קיבלת את הממצאים ממנו.

העדה, גב׳ אלטשולר :     קיבלתי, כן.

עו״ד נחמני :     לא, אני,

העדה, גב׳ אלטשולר :     ואמרתי לו להעביר אותם לפרנס.

כב׳ הש׳ ביטון :     אוקיי. והוא,

העדה, גב׳ אלטשולר :     זהו. נגמר.

כב׳ הש׳ ביטון :     ומי, ומי שהעביר אותם,

עו״ד אשכנזי :     לא לפרנס.

כב׳ הש׳ ביטון :     מי העביר אותם לפרנס?

עו״ד אשכנזי :     לא לפרנס.

העדה, גב׳ אלטשולר :     ששי.

כב׳ הש׳ ביטון :     ששי העביר אותם?

עו״ד אשכנזי :     לא לפרנס. לגנגר.

העדה, גב׳ אלטשולר :     לא יודעת.

עו״ד נחמני :     לא.

העדה, גב׳ אלטשולר :     לגנגר. לגנגר.

עו״ד אשכנזי :     לגנגר. לא לפרנס.

עו״ד נחמני :     לא. איך חברי, מה זה עכשיו הדבר הזה? אני לא,

העדה, גב׳ אלטשולר :     זה היה לפני 5 שנים, נשמה.

עו״ד אשכנזי :     היא אמרה,

עו״ד נחמני :     הבנתי.

העדה, גב׳ אלטשולר :     אתה חושב שאני זוכרת למי זה עבר?

עו״ד נחמני :     הבנתי.

העדה, גב׳ אלטשולר :     למי אכפת?

עו״ד נחמני :     כן.

העדה, גב׳ אלטשולר :     מבחינתי גנגר ופרנס זו אותה ישות. כמו שאתה חושב שאני ופרנס זו אותה

ישות, מבחינתי גנגר ופרנס Same same.

120





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                    08 דצמבר 2025

כב׳ השי ביטון :    למה? את ידעת על גנגר עוד קודם לכן?

העדה, גב׳ אלטשולר :    לא. לא ידעתי על אף אחד,

כב׳ השי ביטון :    אז איך, אז איך,

העדה, גב׳ אלטשולר :    מהם מקודם. אני עכשיו אומרת לו.

כב׳ השי ביטון :    אז איך את יכולה,

העדה, גב׳ אלטשולר :    שמבחינתי 2 הסתומים האלה שכל אחד מהם,

כב׳ השי ביטון :    גברתי.

העדה, גב׳ אלטשולר :    יכול למכור ולקנות אותי 10 פעמים, עירבו אותי בתיק שבגללו הוצאתי עכשיו 12,000 שקל שזה אוכל שלקחתי מהילדים שלי.

כב׳ השי ביטון :    עוד פעם, אבל השאלה אם, תראי, כאן מישהו, תיקנו אותך, אבל השאלה אם זה תיקון שאת עומדת מאחוריו. כלומר,

העדה, גב׳ אלטשולר :    מה?

כב׳ השי ביטון :    אז תקשיבי עד הסוף. אם, אם תהיי קצת יותר רגועה ושלווה, תוכלי לענות גם כמו שצריך. כן?

העדה, גב׳ אלטשולר :    אני עונה כמו שצריך.

כב׳ השי ביטון :    בסדר, אבל קצת יותר, קצת יותר ברוגע. עכשיו, אני שואל אותך, תניחי כרגע לזה.

העדה, גב׳ אלטשולר :    כן.

כב׳ השי ביטון :    לא צריך לחפש שום דבר. אז אני אומר, את אומרת שביקשת, נתבקשת על ידי פרנס להוציא את הפרטים על הרשמן ועל אשתו.

העדה, גב׳ אלטשולר :    נו.

כב׳ השי ביטון :    נכון?

העדה, גב׳ אלטשולר :    כן.

כב׳ השי ביטון :    כולל כניסות ויציאות? לעשות חקירה כלכלית מה שנקרא.

העדה, גב׳ אלטשולר :    חקירה כלכלית. כן.

כב׳ השי ביטון :    חקירה כלכלית. מצאת את מר, מר,

העדה, גב׳ אלטשולר :    ששי, כן.

כב׳ השי ביטון :    מתתיהו.

העדה, גב׳ אלטשולר :    מצאתי אותו.

כב׳ השי ביטון :    כן?

העדה, גב׳ אלטשולר :    הוא שלח אליי.

כב׳ השי ביטון :    כן?

העדה, גב׳ אלטשולר :    אמרתי לו למען את זה לגנגר. זהו. זה מה שקרה.

121



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                     08 דצמבר 2025

כב׳ השי ביטון : לגנגר.

העדה, גב׳ אלטשולר : לגנגר.

כב׳ השי ביטון : קודם אמרת לפרנס, אז למי, למי, לגנגר או לפרנס?

העדה, גב׳ אלטשולר : לגנגר.

כב׳ השי ביטון : איך ידעת על גנגר? שאלתי קודם. ידעת על גנגר לפני כן?

העדה, גב׳ אלטשולר : ללקוח.

כב׳ השי ביטון : ידעת שגנגר הוא הלקוח? הרי פרנס פנה אלייך. גנגר פנה אלייך באופן ישיר?

העדה, גב׳ אלטשולר : לא. הוא לא פנה אליי באופן ישיר. הוא אמר לי שזה עבור מישהו שקוראים לו שגיא גנגר.

כב׳ השי ביטון : פרנס אמר לך,

העדה, גב׳ אלטשולר : כן.

כב׳ השי ביטון : שזה עבור גנגר? אז איך ידעתם למען את זה לגנגר?

העדה, גב׳ אלטשולר : אמרתי לו למען את זה לגנגר.

כב׳ השי ביטון : איך הוא יודע?

עו״ד נחמני : כשאת אומרת,

כב׳ השי ביטון : איך הוא יודע?

עו״ד נחמני : אמרתי לו למען את זה לגנגר, את מתכוונת שבדו״ח כתוב עבור שגיא גנגר. למען את הדו״ח, לכתוב בדו״ח עבור שגיא גנגר.

העדה, גב׳ אלטשולר : אני מבחינתי אמרתי לו לשלוח את זה אליו.

עו״ד נחמני : איך, איך יש לו את האימייל של גנגר?

כב׳ השי ביטון : איך הוא יודע?

העדה, גב׳ אלטשולר : שיפנה, הוא דיבר עם פרנס.

עו״ד נחמני : מסרת לו את האימייל של גנגר?

העדה, גב׳ אלטשולר : לא.

ש : לא. מצוין. תודה רבה. אבל אנחנו יודעים שבכל מקרה הוא גם שלח את זה אלייך.

ת : נכון.

ש : נכון. ומתי,

ת : אמרתי את זה כבר 20 פעם.

ש : ומתי מחקת את זה?

ת : מיד אחרי.

ש : קיבלת אימייל ומחקת אותו?

122





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :          כן.

ש :          לא העברת אותו הלאה לפרנס?

ת :          לא.

ש :          לא. הבנתי. למה מחקת?

ת :          כי זה לא שלי ולא קשור אליי בשום, וואי, אני, אנשים פה לא, תקשיב חבר.

ש :          כן.

כב׳ השי ביטון :          כשאמרת לשמון, למר מתתיהו שיעביר את זה הלאה, אמרת לו את זה בטלפון או באימייל?

העדה, גב׳ אלטשולר :          לא, במייל.

כב׳ השי ביטון :          במייל.

עו״ד נחמני :          במייל.

העדה, גב׳ אלטשולר :          ושלח לי, ראיתי שזה דו״ח.

כב׳ השי ביטון :          כן.

העדה, גב׳ אלטשולר :          אמרתי לו לשלוח את זה לזה. עכשיו, הוא כבר קיבל תשלום. יכל להתקשר למזכירה של פרנס ולשאול אותה לאן לשלוח את זה. מה הבעיה? אני לא מבינה את זה.

כב׳ השי ביטון :          קיבל תשלום ממי?

העדה, גב׳ אלטשולר :          מפרנס.

כב׳ השי ביטון :          אז אולי היה צריך להעביר את זה לפרנס?

העדה, גב׳ אלטשולר :          שיעביר את זה לפרנס. חברים, לא, אתם לא מבינים משהו. לא עובדת אצל פרנס. לא יושבת איתו. אני יושבת בבית. לי יש משרד בבית, סבבה? אני, על כרטיס הביקור שלי, שהוא באמת שלי ולא ה-Shit הזה שהוצג פה, כתוב רחוב עלומים 18 שזה הבית שבו גרתי ברמת גן. אחרי זה עברתי ל-הכבאים 3, שזה גם הבית שבו גרתי ברמת גן. אחרי זה עברתי, איפה אני גרה עכשיו? פנחס רוטנברג 86, שזה גם הבית שבו אני גרה. אני עובדת מהבית. מדי פעם שכרתי משרד בבסר, ששם הייתי מקבלת את לקוחות הנדל״ן שלי. סבבה? לא מכירה אותו, אותו, אותם, אותו ואותו. לא מכירה אף אחד. האיש ביקש ממני טובה. (אנגלית), ואמרתי לו כן. אלוהים שישמור. 5 שנים אחרי אני מבזבזת, כבר בזבזתי Fucking 24,000 שקל על ה-Shit הזה ואני לא מבינה עדיין למה. לא קשורה. לא קשורה לשום דבר פה. לא מכירה אותם, לא רוצה להכיר אותם. 24,000

123





## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

|  |  |
|---|---|
|  | שקל על מה? על מה בזבזתי אותם? על מה? אני שואלת. אני, יש לי עמותה, סבבה? קוראים לה נדן. |
| כב׳ הש׳ ביטון : | גברתי. |
| העדה, גב׳ אלטשולר : | אנחנו עכשיו הגשנו בג"צ. אתה מכיר את הבג"צ של עמותת נדן? אנחנו רוצים שיתייחסו לחיילי הצה"ל המשרתים בחובה כמו למילואמניקים וייתנו לנו דחיות בכל מיני אירועים של בתי משפט וכאלה, והגשנו על זה בג"צ. אתה יודע כמה עבודה הייתה לי על זה? אתה יודע כמה עבודה באופן כללי יש לי בייצוג חיילים? וואלה, אין לי קשר ל-Shit הזה. כאילו, פשוט בלתי אפשרי. אני לא מבינה את זה. באמת. |
| כב׳ הש׳ ביטון : | שאלה הבאה. |
| עו"ד נחמני : | לפני שביקשת משישון למען את זה לפרנס, למי זה למוען? לששי. |
| העדה, גב׳ אלטשולר : | אליי. אליי זה מוען. |
| ש : | אוקיי. אז הדו"ח המקורי מוען, |
| ת : | ששי הכיר אותי כי אני זאת שביקשה ממנו משהו. |
| ש : | מצוין. מצוין. |
| ת : | וואו. ג״יזס. |
| ש : | אז, אז אני רוצה רגע רק שתעזרי לנו להבין. היה, |
| ת : | אתם סתומים? |
| ש : | אתם סתומים. אני לא, |
| ת : | לא, כי חזרתי על אותו דבר 300 פעם. כמה אפשר להבין משהו? באמת. |
| ש : | הנה את, את עוזרת לנו להבין. אז היה דו"ח ראשון שמוען אלייך. היו דו"חות ראשונים שמוענו אלייך. נכון? |
| ת : | מה זה דו"חות, אני לא מבינה על מה אתה מדבר. |
| ש : | היה כתוב, מה שהראיתי לך, |
| ת : | אני לא מבינה. |
| ש : | הנה. זה. לפני שביקשת למען אותם. |
| ת : | יובל, מה אתה מנסה להגיד? שקודם קיבלתי את אורלי ואחרי זה קיבלתי את איך קוראים לו, |
| ש : | לא. אני לא מנסה שום דבר. |
| ת : | ואז הם שניהם שלחו, |
| ש : | אני שואל אותך. |
| ת : | וזה, אני אומרת, כולם נשלחו. לא קשור אליי שום דבר מזה. |





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025

ש :   את בכל זאת תצטרכי לענות. את אומרת שזה הגיע אליי ושלחתי את זה לששון ואמרתי לו תמען לו את זה לפרנס. לפני,

ת :   מה זה שלחתי?

ש :   תני לי לסיים.

ת :   החזרתי לו במייל.

ש :   החזרת לו במייל. לפני שזה קרה,

עו״ד אשכנזי :   אל תטעה. לא, לא. אל תטעה. בבקשה. ששון שלח אליה והיא אמרה תמען את זה ל-?

עו״ד נחמני :   לגנגר.

עו״ד אשכנזי :   כן.

עו״ד נחמני :   לגנגר.

עו״ד אשכנזי :   כי אמרת פרנס.

עו״ד נחמני :   כן, בסדר. תודה. אז לפני שאמרת תמען את זה לגנגר, זה מוען אלייך כי,

העדה, גב׳ אלטשולר :   נו.

ש :   כי ששון הכיר רק אותך. נכון?

ת :   כן.

ש :   תודה רבה. 2 הדו״חות היו במקום לכבוד מר שגיא גנגר, היו במקור לכבוד הגברת ג׳יין אלטשולר עורכת דין.

ת :   עורכת דין.

ש :   ג׳יין אלטשולר. נכון?

ת :   כנראה.

ש :   כנראה. ואת ראית אותם ואמרת אני לא הלקוחה, תמען את זה לגנגר. נכון?

ת :   נו, ו-מה?

ש :   זה נכון?

ת :   כן.

ש :   תודה רבה. תודה רבה. חשוב מאוד כי לא ככה אמרו לנו.

ת :   מה חשוב בזה?

ש :   עכשיו תראי רגע,

ת :   אני לא מבינה. חוץ מזה שאנחנו דוחים עוד ועוד את (אנגלית).

ש :   אפשר את ה-ת/1 לקבל רגע אדוני?

כב׳ הש׳ ביטון :   כן.

העדה, גב׳ אלטשולר :   ג׳יזס.

125



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| עו״ד נחמני : | עכשיו תראי, מה, מה את אומרת? שכרטיס הביקור הזה שפרנס הציג לבית המשפט בארצות הברית שבו את מופיעה, |
| העדה, גב׳ אלטשולר : | בחיים שלי לא ראיתי אותו. |
| ש : | שנייה רגע. |
| ת : | זאת התשובה. |
| ש : | שנייה רגע. בכל זאת אני רוצה להשלים. |
| ת : | מבחינתי אתה ייצרת אותו ולא, אף אחד לא זייף אותו אלא אתה זייפת אותו. |
| ש : | בסדר. |
| ת : | אתה יודע כמה כמה קל לייצר כרטיס ביקור? תוך שנייה וחצי. |
| ש : | כנראה שפרנס ואני לא זייפנו ביחד כרטיס ביקור שלך, אבל יכול להיות. בסדר. |
| ת : | יכול להיות שכל אחד, |
| ש : | אם זה, |
| ת : | זייף בפני עצמו. |
| ש : | אם זה אמת המידה שלפיה את משיבה פה לשאלות, זה טוב לדעת. עכשיו, אני רוצה לשאול אותך רק מאוד מאוד פשוט. המסמך הזה, כרטיס ביקור הוא מסמך. הוא מעיד על זה שאת עובדת, לא משנה כשותפה, שכירה, שותפת שכר, לא משנה מה, בפרנס And co בכתובת של פרנס עם האימייל הזה. הדבר, המוצג הזה הוגש לבית משפט בארצות הברית. הוא זיוף? |
| ת : | מה שאתה מציג לי זה צילום של דף נייר שכנראה מונח על השולחן. |
| ש : | כן. |
| ת : | אני לא יודעת אם הצילום זיוף. דף הנייר הוא זיוף אבל לא ראיתי בחיים שלי לא את הצילם, |
| ש : | אוקיי. |
| ת : | לא את דף הנייר שאתה מראה שיכול להיות שהוא בכלל לא שם כי זה נראה כאילו זה מודבק ב-AI ואין מה לעשות. הכל זיוף. |
| ש : | הכל זיוף. וכתובת האימייל ג׳יין את פרנס And co, |
| ת : | כן. |
| ש : | פרנס (לא ברור), היא לא, היא לא, היא אף פעם לא שימשה אותך? |
| ת : | לא שימשה אותי. |
| ש : | אף פעם? |
| ת : | לא שימשה אותי. |

126





## בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳ |
|---|---|

| ש: | יש פה, עורך דין פרנס זה בחוסר נוחות, אבל, אתה רוצה להגיד למה? |
| מר פרנס: | תשאל אותי אחר כך. אין, |
| עו״ד נחמני: | אה, אין בעיה. |
| כב׳ הש׳ ביטון: | לא, לא. |
| עו״ד נחמני: | אוקיי. עכשיו, |
| כב׳ הש׳ ביטון: | לא, |
| עו״ד נחמני: | ל-ת\1 הזה צורף אימייל ממך. |
| העדה, גב׳ אלטשולר: | נו. |
| ש: | מהכתובת הזאת. ג׳יין אלטשולר אדבוקט. |
| ת: | נו. |
| ש: | אוקיי? To דוד פרנס. |
| ת: | נו. |
| ש: | אוקיי? זה גם, גם האימייל הזה זיוף? |
| ת: | מה הבעיה לזייף אימייל? אני לא מבינה. |
| ש: | אוקיי. אני רק שואל. |
| ת: | לא. אתה לא צריך, חבר, לא צריך לזייף אימייל. אתה לוקח אימייל בג׳ימייל, |
| ש: | כן. |
| ת: | פותח לו מלא תתי קבוצות, קורא להן יובל, נחמני, יובל 12, יובל סקס, Whatever, שולח אחד לשני אימיילים. מה הבעיה? אני לא מבינה אותך, כאילו, What the actual fuck? |
| ש: | אני, אני על היובל סקס הזה מבקש אדוני לפי פקודת ביזיון יזהיר אותה, יקנוס אותה. אני לא צריך לסבול את זה. אני, |
| ת: | גם אני לא צריכה לסבול את זה. |
| ש: | אני, אני, זאת אבל, |
| ת: | אתה יודע מה? אני גם לא צריכה לסבול את זה. |
| ש: | יש לי בקשה מסודרת. יש לי בקשה מסודרת שהדבר הזה יקבל מענה אדוני. |
| ת: | סבבה. |
| ש: | ואדוני, לא ראיתי סבלנות כמו של אדוני. אני 25 שנה עורך דין, כזה דבר עוד לא ראיתי. כזאת סובלנות. אבל לכל דבר יש גבול. |
| ת: | לא. אתה יודע למה אין גבול? שאני באבל, שאני לא קשורה לפה בשום דרך, צורה ואופן, שהוא לא רוצה לממן את חמותו ולכן הוא תובע את |

127





## בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**          **08 דצמבר 2025**

אשתו על Whatever כמה כסף שיש לו כי הוא רוצה להיות נושה שלה בשביל שהם לא יעשו לו Bankruptcy, וכל זה קשור אליי. גייין המסכנה שעלתה מאוקראינה, שלא קשורה לאף אחד כאן ולא קיבלה על זה שקל.

כב' הש' ביטון : טוב, גברתי, את רק מאריכה את החקירה שלך כמו,

העדה, גב' אלטשולר : אני נהנית מזה מאוד.

עו"ד נחמני : עכשיו, רק כדי להבין, את מעולם לא השתמשת בכתובת הדואר גייין את פרנס נקודה CO?

העדה, גב' אלטשולר : לא.

ש : עכשיו תראי, לכתובת הדואר הזאת,

ת : נו.

ש : להודעת הדואר הזאת, צורפו 2 שאילתות שאנחנו יודעים, ואת כבר הודית,

ת : אני הוצאתי אותו, נו, ו-מה?

ש : שאת הוצאת אותם. רגע.

ת : מה הבעיה? אני לא מבינה.

ש : אוקיי.

ת : עוד פעם, אתה כל פעם מראה לי דברים. להראות, לצרף משהו למייל, מאוד מאוד קל.

כב' הש' ביטון : רגע. תני לו להשלים את,

העדה, גב' אלטשולר : אני לא מבינה את זה.

כב' הש' ביטון : תני לו להשלים.

העדה, גב' אלטשולר : לצרף משהו למייל. הוא צירף. אתה יכול לייצר,

כב' הש' ביטון : תני לו אבל,

העדה, גב' אלטשולר : 30 תיבות מייל. לצרף אליהן איזה מסמכים שאתה רוצה, לקרוא להן באיזה שם שאתה רוצה ולהתחיל לייצר מסמכיאדה. כמו שאתם עשיתם פה עם המיליון מסמכים שלכם. אני לא מבינה את זה, באמת.

עו"ד נחמני : את, את,

כב' הש' ביטון : טוב. מה, מה,

העדה, גב' אלטשולר : מה אתה מנסה להגיד? שאני מה?

כב' הש' ביטון : מה השאלה אדוני?

עו"ד נחמני : קודם כל, איך ידעת למה אני מתייחס אם את לא שלחת את האימייל הזה? את עוד לא ראית את המוצג הזה בכלל. איך את יודעת?

העדה, גב' אלטשולר : על מה? אתה מראה לי שאילתא במשרד הפנים.

128



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש :    הבנתי. אוקיי. עכשיו, את השאילתות,

ת :    מה, אתה חושב שאני לא, לא רואה טוב? אני רואה 6, 6.

ש :    את השאילתות,

ת :    עשיתי ניתוח בגיל 24.

ש :    את השאילתות ממשרד הפנים, את הוצאת ב-5 לספטמבר, נכון? תסתכלי.

ת :    בוודאי שהוצאתי. הוצאתי.

ש :    כן.

ת :    נו.

ש :    וזה היו שאילתות על גנגר אורלי.

ת :    מה?

ש :    ועל הרשמן אריק, נכון?

ת :    נכון, נו. ומה?

ש :    נכון. לאיתור מען.

ת :    נו.

ש :    נכון?

ת :    נכון.

ש :    ולכן,

ת :    הוא ביקש ממני לעשות את זה.

ש :    מי ביקש ממך?

ת :    פרנס.

ש :    פרנס. וזה עשית לפני ששושון שלח את הדו״חות, נכון? כי את הדו״חות הוא שלח ב-12.

ת :    לא זוכרת כבר.

ש :    לא זוכרת.

ת :    מה,

ש :    ולכן, ולכן לא,

כב׳ השו׳ ביטון :    את זה אפשר לעשות בצורה חוקית.

עו״ד נחמני :    כן. זה שאילתא כללית.

כב׳ השו׳ ביטון :    לא, לא. אני שואל.

העדה, גב׳ אלטשולר :    זה, ברור.

עו״ד נחמני :    כן.

העדה, גב׳ אלטשולר :    חד משמעית.

כב׳ השו׳ ביטון :    אותה אני שואל.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

עו״ד נחמני :    ולכן לא ביקש משעון, לא, ששון לא התבקש לבצע איתור מען. נכון? כי
את המען כבר היה לכם.

העדה, גב׳ אלטשולר :    מה הבעיה לבצע איתור? שוב.

ש :    כן.

ת :    אלוהים שישמור.

ש :    כן.

ת :    כל בן אדם יכול לבצע איתור מען לכל בעולם כולו.

ש :    הבנתי.

ת :    מה יש לך?

כב׳ הש׳ ביטון :    אבל,

עו״ד נחמני :    עכשיו,

כב׳ הש׳ ביטון :    כניסות ויציאות הוא לא יכול, נכון?

העדה, גב׳ אלטשולר :    אז כמו שאמרתי. אני מבחינתי, הידיעה המשפטית שלי, מתקשר אליי
עכשיו לקוח, נותן לי על ייעוץ, סליחה. לא 2,000 דולר. 1,000 שקל. על
ייעוץ משפטי. הוא שואל אותי גייין, האם אני יכול להוציא כניסות
ויציאות של מישהו שאני רוצה לתבוע מהארץ. אני אומרת לו שכן. חד
משמעית. וזה הייעוץ המשפטי שאני נותנת, ועל זה אני שמה את החותמת
שלי וחותמת גם.

כב׳ הש׳ ביטון :    איך אפשר להוציא את זה?

עו״ד נחמני :    טוב. זה,

העדה, גב׳ אלטשולר :    שילך ויעשה. הוא שואל אותי אם זה חוקי או לא. אז אני אומרת לו שכן.

עו״ד נחמני :    הבנו.

כב׳ הש׳ ביטון :    למה זה חוקי?

העדה, גב׳ אלטשולר :    כי יש תקנות שמאפשרות את זה.

כב׳ הש׳ ביטון :    להוציא כניסות ויציאות.

העדה, גב׳ אלטשולר :    כן.

כב׳ הש׳ ביטון :    איך אבל? איך חוקי? תקנות,

העדה, גב׳ אלטשולר :    כתוב בתקנות.

כב׳ הש׳ ביטון :    ש-מה?

העדה, גב׳ אלטשולר :    בגלל זה אני מנסה להפנות אתכם כל הזמן לתקנות.

כב׳ הש׳ ביטון :    שאת יכולה להוציא את זה?

העדה, גב׳ אלטשולר :    כן. כתוב בתקנות.

130



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| כב׳ השי ביטון : | אם, אם הנמען יכול, נותן לך את התצהיר ומאפשר לך להוציא את זה. נכון? |
| העדה, גב׳ אלטשולר : | זה לא משנה. יש דרך חוקית להוציא את זה שהיא לא לעקוב אחריו בכל מיני דרכים. יש תקנות, אני, אני חייבת, |
| עו״ד נחמני : | יש לי שאלה אלייך. |
| העדה, גב׳ אלטשולר : | אני חייבת להקריא את התקנות. |
| עו״ד נחמני : | אני לא רוצה את התקנות. יש לי שאלה אלייך. |
| העדה, גב׳ אלטשולר : | אני חייבת להקריא את התקנות. |
| עו״ד נחמני : | יש פה, |
| העדה, גב׳ אלטשולר : | אני מאוד מצטערת. |
| עו״ד נחמני : | יש פה תעודות עובד ציבור, שמעבר לתקנות, |
| כב׳ השי ביטון : | אבל מה, |
| עו״ד נחמני : | שאת קוראת אותן לא נכון, |
| כב׳ השי ביטון : | גברתי, מה, מה שטוענים כאן זה לא האם יש דרך חוקית. |
| עו״ד נחמני : | כן. |
| כב׳ השי ביטון : | זה האם זה נעשה בדרך החוקית. זה מה, |
| העדה, גב׳ אלטשולר : | אני לא יודעת איך זה נעשה, כי אני לא עשיתי את זה. |
| כב׳ השי ביטון : | אבל כשהנמען, או כשמר הרשמן לא נתן לאף אחד, |
| העדה, גב׳ אלטשולר : | אני לא יודעת איך זה, |
| כב׳ השי ביטון : | ממך או לאחרים, |
| העדה, גב׳ אלטשולר : | אבל אני לא יודעת איך זה נעשה. |
| כב׳ השי ביטון : | את אותו ייפוי כוח נדרש, אז איך את מצפה, |
| העדה, גב׳ אלטשולר : | אדוני. |
| כב׳ השי ביטון : | איך את מצפה שאפשר יהיה, |
| העדה, גב׳ אלטשולר : | אני, |
| כב׳ השי ביטון : | להוציא את זה? |
| העדה, גב׳ אלטשולר : | אז אני אגיד לך איך אני מצפה. |
| כב׳ השי ביטון : | כן. |
| העדה, גב׳ אלטשולר : | כשיש בן אדם שיש לו רישיון שניתן לו על ידי מדינת ישראל, וכל, ואני הבאתי גם דוגמאות, |
| כב׳ השי ביטון : | כן. |
| העדה, גב׳ אלטשולר : | שצורפו לתצהירים וכולי, על איך חוקרים פרטיים מפרסמים את מרכולתם ברחבי הרשת. והם כותבים שם בדחילו ורחימו ברחל בתך |

131



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| | הקטנה, אם יש לך כזאת, שאפשר להוציא כל דבר על כל דבר, לרבות כניסות ויציאות מהארץ. הבאתי את זה. זה מצורף, בניגוד אליו שהוא לא צירף כלום. אני צירפתי, מצורף, שאפשר לעשות את זה. אני, יותר מזה, יותר מזה. אמרתי, ואלה ג'יין, יכול להיות שאת לא יודעת משהו. הלכתי, כתבתי בתקדין תקנות על אפשרות להוציא דברים מהארץ. כתוב שם שאפשר. |
| כב' הש' ביטון : | (לא ברור). |
| העדה, גב' אלטשולר : | אפשר. הלל–ויה. מבחינתי הכל אפשר. אני אומרת לך עוד פעם. עכשיו מתקשר אליי לקוח, אני שמה את הרישיון שלי, אתה יכול להתלונן על זה ללשכה. זה הייעוץ שאני נותנת. שמה את הרישיון שלי, גם בישראל וגם בניו יורק, שאני יכולה להוציא כניסות ויציאות מהארץ באופן חוקי. איך הוא עשה את זה? ואלה, אין לי מושג. אחרי זה בתצהיר הוא אמר שהוא נתן את זה בכלל ל-(לא ברור). אין לי מושג. לא יודעת. כי, אתה יודע למה, למה אני לא יודעת? אתה יודע למה אני לא יודעת? כי הוא לא היה הלקוח שלי. אף אחד מהם. אף אחד. אני לא קיבלתי על זה כסף. אף פעם. |
| כב' הש' ביטון : | טוב. |
| העדה, גב' אלטשולר : | לעולם לא. |
| כב' הש' ביטון : | גברתי, אנחנו הבנו. שאלה. |
| עו"ד נחמני : | עכשיו, את אומרת, |
| העדה, גב' אלטשולר : | ואאו. |
| ש : | את טועה או מטעה, את אומרת שאם תצהיר של אדם מעוניין, אפשר לקבל כניסות ויציאות מישראל. את שאלת את ששי אם יש לו תצהיר של, |
| ת : | לא שאלתי. אתה יודע למה? כי זה לא עניין אותי. |
| ש : | לא עניין אותי. אוי, בואי נסכם. כל הדבר הזה לא עניין אותך. נכון? |
| ת : | נכון. כי אני לא, |
| ש : | תודה רבה. |
| ת : | עשיתי שום דבר. |
| ש : | תודה רבה. עכשיו, |
| ת : | אתה מבין שלא עשיתי שום דבר? |
| ש : | עכשיו אני אומר לך יותר מזה. את מחקת את הדוא"ל ואת ההתכתבויות ואת הדו"חות, |
| ת : | כדי להסתיר ראיות. |
| ש : | לא, כי את הבנת שזה לא חוקי. את לא רצית את זה אצלך. |

132





# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**          **08 דצמבר 2025**

ת: לא. כי זה,

ש: איזו סיבה יש,

ת: לא מעניין אותי.

ש: אני עורך דין 25 שנה.

ת: לא מחקתי אף אימייל.

ש: אף פעם לא מחקתי דואר.

ת: באמת?

ש: כן.

ת: אף פעם לא מחקת דואר?

ש: לא. דואר זה דבר טוב ששומרים אותו. דרך אגב, יש חובה לשמור אותו.

ת: ממש לא.

ש: עורך דין, כן. עורך דין לא משמיד מסמכים.

ת: כנוטריון. כנוטריון.

ש: לא. לא.

ת: במקרה אני נוטריון.

ש: הבנתי.

ת: אז אני אומרת שכנוטריון יש לי חובה לשמור.

ש: טוב. עכשיו, עכשיו נמשיך. תגידי לי,

ת: יותר מזה, הוא לא לקוח.

ש: אני רוצה שאלה אחרת. הוא לא לקוח, נכון?

ת: נכון.

ש: אבל יש לקוח.

ת: לא שלי.

ש: לא שלך. 100 אחוז.

ת: כי אני,

ש: כן.

ת: עוסק מורשה.

ש: הבנתי.

ת: 306217357. עוסק מורשה משנת 2014.

ש: בסדר.

כב׳ הש׳ ביטון : אוקיי.

העדה, גב׳ אלטשולר : מה בסדר?

עו״ד נחמני : בואי, בואי,





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

העדה, גב' אלטשולר :    זו תעודת הזהות.

ש :    בואי, זה לא מה ששאלתי אותך. עכשיו,

ת :    זה המספר אבל.

ש :    רק, עוד שאלה בעניין הזה. אמרת לעורך דין הרשמן כשחקרת אותו, שהרבה אתרים מפרסמים את השם שלך כחלק מהפירמות של עורכי הדין.

ת :    נכון.

ש :    זה נכון?

ת :    נכון.

ש :    איזה עוד?

ת :    אסליין ושות'.

ש :    אסליין ושות'?

ת :    תפתח עכשיו. כן.

ש :    כן. עכשיו, באותה,

ת :    ציון בהלול.

ש :    ציון בהלול. בסדר.

ת :    נכון.

ש :    וזה לא מפריע לך שעורכי דין לוקחים את התמונה שלך בלי הסכמתך ומפרסמים הגברת ג'יין אלטשולר?

ת :    לא, כי זה מראה שיש לי הרבה, כי, אתה כנראה לא מבין שום דבר בשיווק, חבר.

ש :    כן.

ת :    אתה יודע איך אני, אתה יודע איך אני מביאה לקוחות? סתם, אני אספר לך קצת על,

ש :    התשובה שזה, שזה נעשה מרצונך.

ת :    לא. הם לא שואלים אותי. הם פשוט לוקחים.

ש :    אוקיי. ולא, וזה לא, וכשאת מגלה את זה, זה לא מפריע לך?

ת :    אבל אני מכירה אותם. לא, לא. אני מכירה אותם.

ש :    הבנתי.

ת :    הם חברים.

ש :    מצוין. בסדר. קיבלתי תשובה. עכשיו את, את יודעת שבאותה תקופה גם משרדו של פרנס הציג אותך כעורכת דין במשרד פרנס?

ת :    יכול להיות. אנחנו,

134



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**        **08 דצמבר 2025**

ש : את זוכרת שבאינטרנט ראית ג׳יין אלטשולר, משרד פרנס, למדה בירושלים, מתמחה,

ת : אני לא חושבת שהיה לו אתר אבל אין לי שום בעיה. אתה יודע למה אין לי שום בעיה?

ש : הנה, אני מראה לך. את זה, זה, זה גם אני זייפתי?

ת : וואי, אין לי, אין, זה, זה, אין לי שמלה כחולה. יש לי שמלה שחורה.

ש : יכול להיות. אבל,

ת : לא. באמת.

ש : אבל תקראי,

ת : זה, זה,

ש : בואי, תקשיבי.

ת : זה התמונה שמופיעה לי בוואטסאפ פשוט.

ש : זה גם הוגש בארצות הברית. אז אני שואל מי זייף את זה.

ת : לא. אז אני, אני אומרת, כי, למה זה זויף.

ש : כן.

ת : כי זו התמונה שמופיעה לי במקרה בוואטסאפ.

ש : עכשיו אני, עכשיו,

ת : והיא הצטלמה עם שמלה שחורה.

ש : הבנתי. עכשיו,

ת : אז זה לא כחול.

ש : כן. עכשיו אני שואל,

ת : לא, I'm just saying. זה לא, לא, אין לי שמלה כזאת.

ש : עכשיו,

ת : אז זה לא נכון.

ש : גם לי אין שמלה כזאת. עכשיו אני שואל אותך שאלה.

ת : כן.

ש : המסמך הזה שמפרסם אותך עם כל ה-CV שלך, והיכולות שלך, ושלמדת בירושלים.

ת : זה מהלינקדאין ומהאתר שלי.

ש : סליחה?

ת : זה, כל זה כתוב אתר שלי.

ש : כן, אני יודע, אבל המסמך הזה,

ת : כן,



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                                    08 דצמבר 2025

| | |
|---|---|
| ש : | הוגש בבית משפט בארצות הברית כדי להוכיח שאת שותפה של פרנס. |
| ת : | מה הבעיה (לא ברור) את זה? אני לא מבינה. |
| ש : | בואי תקשיבי לשאלה. |
| כב׳ הש׳ ביטון : | תקשיבי לשאלה. |
| עו״ד נחמני : | אוקיי? והוא פורסם, הוא, הוא הוגש לבית משפט בארצות הברית כפרסום אינטרנט שמלמד שאת שותפה של פרנס. |
| העדה, גב׳ אלטשולר : | אוקיי, |
| ש : | זה נעשה בידיעתך? |
| ת : | לא. |
| ש : | את, את ידעת שזה נעשה? |
| ת : | לא. |
| ש : | אף פעם לא ראית את זה? |
| ת : | לא. |
| ש : | זה זיוף מה שכתוב? |
| ת : | אין לי מושג. |
| ש : | אין לך מושג. |
| ת : | אבל לא ראיתי את זה בחיים. |
| ש : | אוקיי. אני רק מבקש להגיש את זה. |
| ת : | לא. מה שכתוב זה לא זיוף כי זה מהאתר שלי. השמלה, |
| ש : | הבנתי. |
| ת : | אין לי שמלה כזאת. |
| ש : | 100 אחוז. אז, אני מבקש להגיש. |
| ת : | אני לא יודעת. מה זה מגיש מסמכים, |
| ש : | כמסמך מזויף. מסמך, |
| ת : | מה זה מסמך, איך זה יכול להיות מסמך מזויף? |
| ש : | זה מסמך שהוגש לבית משפט בארצות הברית. |
| דובר : | מה, מה זה קשור, |
| עו״ד נחמני : | אז מה, אז בסדר. |
| העדה, גב׳ אלטשולר : | אוי, Dude, dude. באמת. |
| עו״ד נחמני : | עכשיו, |
| | (מדברים ביחד) |
| עו״ד נחמני : | כן. |
| העדה, גב׳ אלטשולר : | ועוד פעם, |



136



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

| | |
|---|---|
| עו"ד בסידן : | אני רוצה להתנגד להגשה. |
| העדה, גב' אלטשולר : | כחול לא יפה לי. |
| עו"ד בסידן : | רגע. הוא לא יכול להגיש את זה באמצעות העדה ברגע שהיא, |
| העדה, גב' אלטשולר : | השמלה שחורה. |
| עו"ד בסידן : | מכחישה שזה מסמך שלה. |
| העדה, גב' אלטשולר : | זה ממש לא שלי. |
| כב' השׁ' ביטון : | אין שום בעיה. זה, זה לא בהכרח אומר, |
| עו"ד נחמני : | כן. |
| כב' השׁ' ביטון : | שזה, המסמך, |
| עו"ד נחמני : | היא מעידה שזה שקר. |
| כב' השׁ' ביטון : | שהוא, |
| עו"ד בסידן : | אבל מכוח מה? הוא גם לא גילה את זה אף פעם. אז למה להגיש, |
| כב' השׁ' ביטון : | הוא שאל אותה על המסמך הזה והיא אמרה שלא. אז אנחנו רשמנו שלא. |
| עו"ד בסידן : | מכוח מה מגישים את זה? |
| העדה, גב' אלטשולר : | כן, לא. גם אני לא הבנתי מה, כאילו מה? |
| כב' השׁ' ביטון : | מכוח השאלה שנשאלה לגבי המסמך, אני צריך לראות את המסמך, הוא בפניי. היא אמרה מה שהיא אמרה לגביו. אם יהיה לו משמעות, אנחנו נדע בהמשך. |
| העדה, גב' אלטשולר : | אה, ועורך דין נחמני, אני כן שיתפתי פעולה עסקית עם פרנס. לכן גם עשיתי לו טובה. |
| עו"ד נחמני : | כן. |
| העדה, גב' אלטשולר : | אני לא עושה טובה לאנשים שיש להם כסף, |
| ש : | רק להשלים נקודה. |
| ת : | לא, לא. זה חשוב. |
| ש : | לפי, אני לא, אבל לא שאלתי אותך. |
| ת : | אני לא עושה טובה, |
| ש : | אין שאלה. |
| ת : | אבל יש שאלה. אני לא עושה טובה לאנשים שיש להם כסף סתם. אתה יודע למי אני כן עושה טובה? לאנשים מסכנים כמוני, כי אני יודעת איך הם גדלו, ולכן, ואין להם כסף לשלם, ולכן אני נותנת להם מטוב ליבי. לאנשים שיש להם כסף אני עושה טובה כי יש לי אינטרס כלכלי מאחורי זה. הוא היה מפנה אליי לקוחות, סבבה? |
| כב' השׁ' ביטון : | מי זה הוא? |





# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**                **ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**

| | |
|---|---|
| העדה, גב׳ אלטשולר: | פרנס. וזה היה מערכת העסקית חברית שלנו. יותר מזה, קניתי לו את הבית שהוא גר בו. ועכשיו האידיוט הזה, בגללו שילמתי 24,000 שקל. לא, אין, אין, אין לתאר. |
| עו״ד נחמני: | היה לך, |
| העדה, גב׳ אלטשולר: | באמת. אין לתאר. |
| עו״ד נחמני: | היה לך קשר עסקי עם פרנס שאת, |
| העדה, גב׳ אלטשולר: | הסברתי את זה כבר 20. |
| עו״ד נ05D7: | שאת ראית אותו, |
| כב׳ הש׳ ביטון: | רגע, רגע, רגע. |
| עו״ד נחמני: | את ראית אותו, |
| כב׳ הש׳ ביטון: | גברתי. אני מבקש. |
| עו״ד נחמני: | כמשתלם, |
| כב׳ הש׳ ביטון: | עוד פעם, אני חוזר ואומר. אני מבקש ממך להרגיע את הטונים. זה לא, זה לא נדרש. זה לא נדרש. |
| עו״ד נחמני: | היה לך קשר עסקי עם פרנס. |
| העדה, גב׳ אלטשולר: | כן. |
| ש: | שאת ראית אותו כרווחי בעבורך או משתלם בעבורך. הוא הפנה אלייך לקוחות. הוא הציג אותך כקשורה למשרד שלו. Associate במשרד שלו. |
| ת: | לא. |
| ש: | היה לך כרטיס ביקור. |
| ת: | לא Associate בכלל. |
| ש: | היה לך, היה לך כרטיס ביקור, היה לך, |
| ת: | לא היה לי כרטיס ביקור. |
| ש: | תני לי לסיים. |
| ת: | אבל אני מסבירה לך שלא היה לי. |
| ש: | שנייה. ולכן, במסגרת זאת, את טיפלת בעבורו בהזמנת דו״חות החקירה. נכון? |
| ת: | לא. |
| ש: | לא? זה, לא, זה לא קשור לזה שהיה לך קשר עסקי איתו? |
| ת: | אז אני עוד פעם מסבירה לך. |
| ש: | כן. |
| ת: | לי היה קשר עסקי עם פרנס. |
| ש: | מצוין. |

138



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ת :    קניתי עבורו, ייצגתי אותו,

ש :    לא. לא צריך להיכנס לפרטים,

ת :    לא, זה,

ש :    זה תחת חיסיון.

ת :    צריך את הפרטים,

ש :    זה תחת חיסיון.

ת :    כי The devil is in the details, The devil is in the details,

ש :    אני לא יודע איך,

ת :    The devil is in the fucking details.

ש :    אני,

ת :    צריך להיכנס לפרטים. קניתי עבורו את הבית שהוא גר בו, אוקיי? הוא, חשבתי שהוא איש נחמד עם רמה אתית מסוימת, אוקיי? כי אני, נגיד איתך, בחיים לא היה לי קשר עסקי כי אני לא יכולה לחשוב על אנשים שמייצגים את אליאור חן ואז ממשיכים הביתה בשלום.

ש :    יהיה לי קשה להתאושש מזה.

ת :    אני יודעת.

ש :    עכשיו,

ת :    אבל It is what it is.

ש :    עכשיו,

ת :    היה לי איתו קשר עסקי. הוא היה מפנה אליי לקוחות.

ש :    תודה.

ת :    סבבה? רגע.

כב' הש' ביטון :    רגע, רגע.

העדה, גב' אלטשולר :    רגע.

כב' הש' ביטון :    גברתי.

העדה, גב' אלטשולר :    הוא לא היה, לא היה לי כרטיס ביקור,

עו"ד נחמני :    אבל כבוד השופט מדבר אלייך.

כב' הש' ביטון :    גברתי. אני ביקשתי שתנמיכי את הטונים. את צועקת באולם. אין, אני לא מבין למה. את גם,

העדה, גב' אלטשולר :    זה הקול שלי.

כב' הש' ביטון :    אבל אני, אני מבקש שתורידי את הטון.

העדה, גב' אלטשולר :    קשה לי.

עו"ד נחמני :    אוקיי. עכשיו,



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

כב׳ הש׳ ביטון : אז תתאמצי.

העדה, גב׳ אלטשולר : אני עוד לא סיימתי,

כב׳ הש׳ ביטון : תתאמצי.

העדה, גב׳ אלטשולר : אבל לענות.

כב׳ הש׳ ביטון : אבל, לא, לא. גברתי, את א׳ ענית, כן?

העדה, גב׳ אלטשולר : לא. לא סיימתי.

כב׳ הש׳ ביטון : הוא שאל, הוא שאל אותך. הבנו את התשובה.

העדה, גב׳ אלטשולר : לא. עוד לא סיימתי.

כב׳ הש׳ ביטון : הבנו את התשובה.

העדה, גב׳ אלטשולר : אני אומרת עוד פעם. לא, לא. זה חשוב.

כב׳ הש׳ ביטון : היה לך קשר עסקי, זה חשוב,

העדה, גב׳ אלטשולר : לא היה לי כרטיס ביקור. אף אחד,

כב׳ הש׳ ביטון : היה לך קשר עסקי,

העדה, גב׳ אלטשולר : לא שאל אותי אם אני רוצה להיות באתר.

כב׳ הש׳ ביטון : היה לך קשר,

העדה, גב׳ אלטשולר : ה-Shit הזה עם השמלה,

כב׳ הש׳ ביטון : גברתי.

העדה, גב׳ אלטשולר : הכחולה לא קשור אליי בכלל.

כב׳ הש׳ ביטון : גברתי, גברתי.

העדה, גב׳ אלטשולר : זהו.

כב׳ הש׳ ביטון : גברתי. אני מבקש, אני מבקש עוד פעם להימנע מכל התיאורים הלא נעימים האלה. כן? המילה חרא ו-Shit לא צריכה להיות כאן שגורה בפה שלך כל כל, כל שנייה שלישית או חמישית.

העדה, גב׳ אלטשולר : אני מדברת ככה גם עם הילדים שלי.

כב׳ הש׳ ביטון : אנחנו בבית משפט. לפחות,

העדה, גב׳ אלטשולר : שהם בני 12 ו-7.

כב׳ הש׳ ביטון : חבל מאוד.

העדה, גב׳ אלטשולר : אדוני יכול להזמין את שירותי הרווחה אליי הביתה.

כב׳ הש׳ ביטון : חבל מאוד. אני לא הולך להתעסק,

העדה, גב׳ אלטשולר : הם חושבים שזה סבבה.

כב׳ הש׳ ביטון : אני לא הולך להתעסק באיך את מחנכת את הילדים שלך. זה עניינך. אבל בבית המשפט, כן? הסמכות שלי היא להורות לכל מי שנמצא כאן להתנהג בצורה מכבדת.



140



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025

| | |
|---|---|
| העדה, גב' אלטשולר: | סבבה. |
| כב' השו' ביטון: | זו הסמכות שלי, ואני שוב פעם חוזר ומעיר לך על כך. |
| העדה, גב' אלטשולר: | טוב. |
| כב' השו' ביטון: | אני חוזר ומעיר לך על כך. |
| העדה, גב' אלטשולר: | אוקיי. |
| כב' השו' ביטון: | כן? |
| העדה, גב' אלטשולר: | שמעתי. |
| כב' השו' ביטון: | מה יעשו עם זה עורכי הדין, זה דבר אחד. |
| העדה, גב' אלטשולר: | סבבה. |
| כב' השו' ביטון: | אני מעיר לך על כך ואני חוזר ומעיר לך על כך. |
| העדה, גב' אלטשולר: | הבנתי. אוקיי. |
| כב' השו' ביטון: | תפסיקי להשתמש בתיאורים לא נעימים ולא נדרשים. כן? |
| העדה, גב' אלטשולר: | אז אני, הדבר הזה, |
| כב' השו' ביטון: | מה שהוצג פה, זה לא Shit ולא שום דבר. זה אולי Shit במובן אחר שזה נייר, אבל לא, |
| העדה, גב' אלטשולר: | בדיוק. |
| כב' השו' ביטון: | במובן שאת מתכוונת אליו. |
| העדה, גב' אלטשולר: | איך אדוני יודע באיזה, לאיזה מובן אני מתכוונת אליו? אני כן אגיד שאני חברה ויושבת בבית הדין לאתיקה של לשכת עורכי הדין במחוז תל אביב. ואלה, בחיים שלי לא הגיע אלינו תיק שבו הייתה איזו שהיא, עורך דין השתמש באיזו שהיא שפה לא נאותה כל שהיא, וזה אשכרה הגיע לאיזו שהיא פואנטה. אז בואו נמשיך. |
| כב' השו' ביטון: | גברתי, זה מנוגד לתקנות. וכן הסמכות היא של בית המשפט. |
| העדה, גב' אלטשולר: | אז, |
| כב' השו' ביטון: | ולא יודע מה את עושה בלשכת עורכי הדין. |
| העדה, גב' אלטשולר: | אני יושבת, |
| כב' השו' ביטון: | בוועדת התיקה. |
| העדה, גב' אלטשולר: | אני חברה בבית הדין לאתיקה. |
| כב' השו' ביטון: | אבל אני יכול לומר לך, |
| העדה, גב' אלטשולר: | יש לי מינוי. מה לעשות? |
| כב' השו' ביטון: | אני יכול לומר לך, אני שמח על המינוי שלך. הכל טוב ויפה, כן? |
| העדה, גב' אלטשולר: | כבר כמה שנים. |



141



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

כב׳ השו׳ ביטון : אני יכול לומר לך שזה לא אתי בכלל להתנהג ולדבר בצורה שבה את מתנהגת.

העדה, גב׳ אלטשולר: אז,

כב׳ השו׳ ביטון : אני אומר לך וחוזר על זה ואני אעמוד על זה, כן? בכל מקום שאני אצטרך לחזור על זה, כן? אם אצטרך להעיד על הדרך שבה את מעידה בו, כן?

העדה, גב׳ אלטשולר: בסדר. אין בעיה.

כב׳ השו׳ ביטון : ולכן אני אומר לך, אני חוזר ומעיר לך על כך. אני חוזר ומעיר לך על כך. אני מבקש, תשני את הלשון שלך. את לשון הדיבור שלך.

העדה, גב׳ אלטשולר: אז לי יש PTSD. אוקיי? יש לי PTSD, וזאת היכולת שלי לדבר. אני אישרתי מטרות בעזה, אבא שלי נפטר לפני 3 חודשים, אני בת יחידה, יש עליי עול כלכלי מאוד מאוד כבר. אני עכשיו צריכה לכלכל את אימא שלי לגמרי לבד, שוואלה, לא דיברתי איתה 7 שנים, עכשיו אני צריכה להתחיל לדבר איתה, ומה עוד? אה, כן, ודקרו אותי. אז יש לי PTSD. בוא נמשיך לנהל את זה.

עו״ד נחמני : אני רוצה להגיד לך משהו.

העדה, גב׳ אלטשולר: כן.

ש : כל, כל מה שאת עושה פה, זו הצגה. אין לך שום PTSD, אני מכיר אותך.

ת : אין לי שום PTSD?

ש : כן. ואת כל, כל מה שאת עושה פה מהבוקר, כן? כל ההתנהלות שלך מהבוקר, היא לא ההתנהגות הטבעית שלך. את עורכת דין הרבה שנים, את מופיעה בבתי משפט.

ת : יש לי פסיכולוגית,

ש : תני לי רגע לסיים.

ת : קוראים לה,

ש : אני רוצה לשאול אותך שאלה.

ת : אנדראה,

ש : אני רוצה להטיח בך משהו, אוקיי?

ת : לא, לא. יש לי פסיכולוגית,

ש : לא. אני רוצה,

ת : קוראים לה אנדראה בוק.

ש : אני,

כב׳ השו׳ ביטון : שנייה. תתני לו,

142



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



| | |
|---|---|
| העדה, גב׳ אלטשולר: | אתה יכול למצוא אותה. |
| כב׳ הש׳ ביטון: | תתני לו לסיים. |
| עו״ד נחמני: | גם לי יש פסיכולוגית. |
| העדה, גב׳ אלטשולר: | (אנגלית), |
| עו״ד נחמני: | עכשיו אני, |
| כב׳ הש׳ ביטון: | מה השאלה אדוני? |
| העדה, גב׳ אלטשולר: | ואתה יכול להפנות. |
| עו״ד נחמני: | לא, פסיכולוגית. |
| העדה, גב׳ אלטשולר: | אני אתן לך אישור להפנות. |
| ש: | אני, |
| ת: | אני אוכל להפנות לך אישור וויתור סודיות רפואית. בוא, קח. |
| ש: | אני, |
| ת: | את המסמכים שלי. |
| ש: | אני רוצה להגיד לך משהו. כל מה שאת עושה פה מהבוקר, שמשתקף בפרוטוקול הוא לא ההתנהגות הטבעית שלך. |
| ת: | איך אתה יודע? |
| ש: | הוא לא, הוא לא מבטא איזה שהוא רגש אותנטי שלך. הוא מבטא ניסיון להכשיל את ההליך השיפוטי, להכביד על ההליך השיפוטי בדיוק כמו שעשית עם השמדת הראיה שהיא עבירה פלילית? |
| ת: | השמדת הראיה? |
| ש: | אוקיי? |
| ת: | זאת עבירה, |
| ש: | אני רוצה לשאול אותך שאלה. |
| ת: | אבל למה אתה לא הגשת, |
| ש: | אבל תקשיבי לשאלה. אני רוצה להטיח בך. |
| ת: | אבל אם זאת עבירה, |
| ש: | אוקיי? |
| ת: | אז תטיח בי כבר. |
| ש: | אני רוצה להטיח בך. |
| ת: | תטיח בי, תטיח בי. |
| ש: | את עורכת, |
| | (הפסקה) |
| עו״ד נחמני: | דין הרבה שנים. |



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'            08 דצמבר 2025

העדה, גב' אלטשולר :    ג"זס, תטיח בי.

ש :    את, את עובדת עם,

ת :    נו.

ש :    אנשים, את משתפת פעולה עם משרדים.

ת :    כן.

ש :    את מגישה בג"צים ואת יודעת שלא מתנהגים ככה בבית משפט.

ת :    אז אני כל הזמן,

ש :    אוקיי?

ת :    מתנהגת ככה.

ש :    וזה הכל הצגה.

ת :    יותר, יותר מזה, יותר מזה,

ש :    זה הכל הצגה.

ת :    אתה יודע מה?

ש :    כן.

ת :    הופעתי בבית המשפט העליון. יש על זה פרוטוקול, אגב. בבית המשפט העליון. סבבה? הופעתי שם והתנהגתי בדיוק ככה. וכבוד השופטת רות גונן היא אמרה לי, אבל,

כב' הש' ביטון :    אבל,

העדה, גב' אלטשולר :    עורכת דין אלטשולר, למה את מתנהגת ככה? ואז אמרתי לה אבל גברתי, ככה אני מתנהגת. ויש על זה פרוטוקול בבית המשפט העליון. תודה רבה.

כב' הש' ביטון :    התכוונת בטח לשופטת רות רונן ולא גונן.

עו"ד נחמני :    עכשיו, רק כדי,

כב' הש' ביטון :    טוב. בכל מקרה, בבקשה אדוני, בוא, בוא נקצר, אם אפשר להיות,

עו"ד נחמני :    אני מנסה לקצר.

כב' הש' ביטון :    תמציתי.

עו"ד נחמני :    אני מנסה. עכשיו, רק כדי לאשר, מהמסמכים שאת הגשת, נספח ג' לתצהיר שלך שהוא תעודת בירור פרטים על נוסע שלך.

העדה, גב' אלטשולר :    כן. עליי, עליי.

ש :    שאת ביקשת על עצמך. עולה שבין ה-15 לאוגוסט 2021 ועד ה-23 לספטמבר 2021, את היית בארץ. זה נכון? הנה, קחי. תעייני.

ת :    באיזו שנה?

ש :    '21. השנה המדוברת. שנה שבה נגנב המידע הסודי ואנשים שכרו בו.

ת :    חשבתי שהמידע הסודי,





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳      08 דצמבר 2025

ש :      זה נכון?

ת :      נגנב ב-2019.

ש :      סליחה? לא. את, את צודקת. זו טעות שלי.

ת :      אוקיי.

ש :      שנייה רגע.

ת :      Just saying, you know.

ש :      הבנתי.

ת :      Pay attention.

ש :      בסדר, שנייה. אז אני, אני רק מתקן אותך. אוקיי?

ת :      ברור.

ש :      אני רק מתקן אותי. את היית בחו״ל בסך הכל בין ה-20.08.2019 עד 31.08.2019. זה נכון? באוגוסט 2019.

ת :      בין,

ש :      כן.

ת :      לא. הייתי, הייתי שבועיים בפולין.

ש :      כן, אבל את חזרת, תסתכלי. את חזרת ב-31.08.2019.

ת :      כן.

ש :      כן? עכשיו,

ת :      אני אומרת, חזרתי.

ש :      עכשיו אנחנו רואים שכל התהליך הזה שבו את מדברת עם ששי, ששי מקבל תשלום, את אומרת לו לא להפנות את זה אלייך אלא להפנות את זה,

כב׳ הש׳ ביטון :      דרך אגב, איך אתה מוציא כניסות ויציאות שלה?

עו״ד נחמני :      היא, היא הוציאה.

כב׳ הש׳ ביטון :      היא הוציאה.

עו״ד נחמני :      כן.

כב׳ הש׳ ביטון :      טוב.

עו״ד נחמני :      היא הגישה את זה כדי להראות שזה דבר של מה בכך.

כב׳ הש׳ ביטון :      אוקיי.

עו״ד נחמני :      אוקיי? את, ששי שולח אלייך את הדו״חות ואת מחזירה לו אותם ואומרת לו תמען את זה לגנגר וכן הלאה וכן הלאה? כל הדבר הזה קורה כשאת בארץ. נכון?

העדה, גב׳ אלטשולר :      חלק מזה כן.





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש : כן.

ת : אבל נראה לי,

ש : גם,

ת : שלי, הייתה כשהייתי,

ש : יכול להיות. וגם את, את השאילתות על אריק הרשמן,

ת : את השאילתות הוצאתי כשהייתי בארץ.

ש : ועל אשתו, עשית כשהיית בארץ. נכון?

ת : נכון.

ש : אז למה,

ת : כי אי אפשר להתחבר למשרד הפנים,

ש : נכון.

ת : מחו״ל.

ש : אז למה, למה בתצהיר שלך אמרת שכל הפעולות האלה בכלל היו כשהיית בחו״ל עם הילדים שלך ליד איזה מתקן משחקים ואת בכלל לא,

ת : מה זאת אומרת? כי,

ש : ולא הייתה לך שום מעורבות?

ת : כי בלבולי השכל,

ש : כן.

ת : של פרנס על מה הוא צריך, היו כשהייתי בחו״ל.

ש : הבנתי.

ת : אז הייתי צריכה למצוא את, אתה יודע כמה זמן לקח לי לאתר את ששי?

ש : הבנתי.

ת : מחילה, ששי, הייתי צריכה לפנות למישהו אחר.

ש : כן.

ת : כי היה לי עוד, עוד חוקרים שהייתי צריכה לעשות אותם. כאילו, איתם עסקים, כי יש לי חוקרים משלי בעמותה ורציתי, ביקשתי מהם קודם. הם לא יכלו, אז פניתי לפייסבוק ואז קיבלתי מלא מלא תשובות. ואז מצאתי 4 כאלה.

ש : אוקיי.

ת : ואז ביקשתי 4 הצעות מחיר וכל זה היה כשהייתי בחו״ל.

ש : היית בחו״ל. מצוין.

ת : Fucking headache.

ש : עכשיו,

146



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



| | |
|---|---|
| ת : | סליחה. |
| ש : | עכשיו תגידי לי, את הדו"חות, |
| כב' הש' ביטון : | לפחות הפעם אמרת סליחה. |
| עו"ד נחמני : | כן. היא, היא עד סוף הדיון היא תהיה, עכשיו, את השאילתות שמר פרנס ביקש ממך, |
| העדה, גב' אלטשולר : | פרנס. |
| ש : | פרנס, להפיק על אריק ואורלי, |
| ת : | נו. |
| ש : | של איתור מען, את שלחת למר פרנס באימייל. נכון? |
| ת : | נכון. |
| ש : | אוקיי. את זה גם מחקת? עבודה חוקית לחלוטין שמר פרנס ביקש ממך. |
| ת : | לא יודעת. |
| ש : | התנהלות אימייל, |
| ת : | יכול להיות שלא. |
| ש : | יכול להיות? תבדקי רגע באימייל שלך. יש לך פה את האימייל? |
| ת : | כן. |
| ש : | תבדקי. |
| עו"ד אשכנזי : | לא, לא, אי אפשר לבדוק את זה. זה לא חלק מהראיות. |
| עו"ד נחמני : | מה זה? היא אומרת אני לא יודעת. |
| עו"ד אשכנזי : | זה לא הוגש במסגרת גילוי מסמכים, לא התבקש בכלל השאלה הזאת, זו שאלה, |
| עו"ד נחמני : | התבקש ונאמר שאין מסמכים רלוונטיים. |
| עו"ד אשכנזי : | בסדר. מה שהתבקש, אז מתמודדים, |
| עו"ד נחמני : | לא. |
| עו"ד אשכנזי : | במה שיש כרגע אי אפשר לבדוק במייל מה נשלח או לא נשלח. זה לא המקום. |
| כב' הש' ביטון : | כן, אני גם חושב שזה לא המקום עכשיו להתחיל לבדוק את האימייל שלך. אלא אם כן, |
| העדה, גב' אלטשולר : | לא נורא, אני אבדוק. הנה, אני, |
| עו"ד אשכנזי : | לא, לא, אבל את לא יכולה, |
| העדה, גב' אלטשולר : | שלא תגידו שאני לא משתתף פעולה עם, עם, |
| עו"ד אשכנזי : | היא לא יכולה להגיש את זה גם אם היא תבדוק. אי אפשר. |
| העדה, גב' אלטשולר : | השטויות שלכם. |

147



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| עו"ד אשכנזי: | אי אפשר. זה במסגרת גילוי מסמכים. היה צריך לבקש את זה לפני כן. אני עכשיו צריך להתמודד עם זה, לענות על זה. זה לא הזמן. |
| כב' הש' ביטון: | נכון. |
| עו"ד נחמני: | סליחה אדוני. |
| עו"ד אשכנזי: | זה לא, |
| עו"ד נחמני: | אם זה נשלח, אז מר פרנס היה צריך לגלות את זה והגברת אלשטולר היו צריכים לגלות את זה. |
| עו"ד אשכנזי: | זה לא משנה. זה לא, |
| עו"ד נחמני: | אוקיי? אז עכשיו, |
| עו"ד אשכנזי: | זה כרגע, |
| | (מדברים ביחד) |
| עו"ד נחמני: | עכשיו אני, אני שאלתי, |
| עו"ד אשכנזי: | זה לסיכומים. זה לא לכאן. |
| עו"ד נחמני: | בתצהיר גילוי מסמכים נאמר שאין מסמכים רלוונטיים. עכשיו, הנה, יש שאילתות מאותו תאריך. |
| העדה, גב' אלטשולר: | לא הבנתי, אבל הגשנו את זה. |
| עו"ד נחמני: | אוקיי? |
| עו"ד אשכנזי: | זה, זה, |
| עו"ד נחמני: | לא, אבל לא הגשת את האימייל של זה. אוקיי? |
| | (מדברים ביחד) |
| העדה, גב' אלטשולר: | למה אני צריכה, |
| כב' הש' ביטון: | את מה? את מה היא לא הגישה? |
| העדה, גב' אלטשולר: | למה אני צריכה להגיש את הג'ימייל, |
| עו"ד נחמני: | את, את האימייל שבו זה הועבר לעורך דין פרנס. וזה הוגש אחרי תצהיר גילוי מסמכים אדוני. |
| עו"ד אשכנזי: | כבודו, אני לא יודע מה, |
| עו"ד נחמני: | התצהיר הוגש אחרי תצהיר גילוי מסמכים. |
| עו"ד אשכנזי: | זה לא הוגש. זה לא הוגש. |
| עו"ד נחמני: | למה חברי כל כך, |
| עו"ד אשכנזי: | לא הוגש, |
| כב' הש' ביטון: | טוב. |
| עו"ד אשכנזי: | לא הייתה על זה בקשה מקדמית ולא כלום. |
| עו"ד נחמני: | כן. |





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



כב׳ השי׳ ביטון : זה, זה גם ככה לא הולך להיות מוגש, אלא אם כן, אם היא יכולה להשיב אם יש לה את זה או אין לה את זה.

העדה, גב׳ אלטשולר : אה, לא, יש לי רק את הפעם הבאה שהוצאתי. יש לי רק את מאי 13 2021. הפעם הבקשה שביקשתי את המען של אריק בשביל לראות שהוא אכן לא מתגורר בבית שהוא מתגורר בו, שזה משהו בדרך השלום.

עו״ד נחמני : הבנתי. אז את, את ממאי עוסקת בחקירות על אריק הרשמן?

העדה, גב׳ אלטשולר : מה? מה זאת אומרת ממאי? לא, הוא, איך קוראים לזה? הוא תבע אותי. מה זאת אומרת? ברור. חדמ״ש.

ש : איזה תאריך?

ת : 13 במאי 2021.

ש : 2021. אבל תרדי, תרדי בבקשה ל-2019.

ת : לא, אז אני אומרת לך, אני לא רואה את המייל הזה.

ש : את לא רואה את המייל הזה?

ת : לא.

ש : מחקת גם אותו? התכתבות, אני, אני מנסה להבין רגע את, את היקף השמדת הראיה.

ת : יכול להיות.

כב׳ השי׳ ביטון : את צריכה להתקרב כדי שישמעו את התשובות שלך.

עו״ד נחמני : כן.

העדה, גב׳ אלטשולר : אה, סליחה, נפל לי הזה. יכול להיות.

ש : יכול להיות.

ת : שוב, Again, אני, כל, אני, אני, אני כבר לא יודעת איך להגיד את זה בצורה אחרת. אני שומרת רק התכתבויות עם לקוחות, שזאת חובתי כעורכת דין. עורך דין פרנס הוא לא לקוח. אם אתה רוצה שאני אביא לך את כל ההתכתבות הענפה מאוד שיש לגבי הרכישה והמכירה של הבית שלו, אז יש לי את זה.

ש : זה לא מה ששאלתי. עכשיו, אנחנו נתקדם. אמרת, אמרת והעדת, העדת אי אמת שכל בן אדם,

ת : אי, העדתי אי אמת?

ש : כן.

ת : בחיים לא.

ש : שכל בן אדם יכול לקבל רשומות כניסה ויציאה.

ת : זה לא, אז אני חושבת שזה נכון.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳    08 דצמבר 2025

ש : ואמרת עוד דבר. שבדן אנד ברד סטריט, אפשר לקבל חשבונות בנק של אנשים פרטיים.

ת : נכון.

ש : ושאת עושה את זה.

ת : נכון.

ש : נכון? אז למה לא עשית את זה במקרה הזה? אני אומר שאי אפשר לקבל מידע בנקאי על אנשים פרטיים בדן אנד ברד סטריט.

דובר : אפשר. אפשר.

העדה, גב׳ אלטשולר : חבר.

עו״ד נחמני : כן.

העדה, גב׳ אלטשולר : אני עוד פעם חוזרת ואומרת.

ש : כן.

ת : אני לא חוקרת פרטית.

ש : הבנתי.

ת : אוקיי?

ש : כן.

ת : אני, ביקשו ממני, אני עושה מה שביקשו ממני. אוקיי? האיש היה בחו״ל. סבבה?

ש : לא היה אכפת לך. בואי נקצר.

ת : לא, לא אכפת לי ממה, לא,

ש : לא היה אכפת לך איך,

ת : אף אחד לא שילם לי על זה. תקשיב.

ש : זה שלא שילמנו לך, אז אני,

ת : אם פרנס, לא. אם פרנס היה אומר לי,

ש : כן.

ת : שהוא היה משלם לי כסף, אז יכול להיות שאני הייתי מוציאה את זה.

ש : הבנתי.

ת : ואז אני הייתי במקום ששי.

ש : הבנתי.

ת : סליחה ששי.

ש : עכשיו תגידי, כששי אומר פה,

ת : כן.

ש : שהוא בכלל לא עשה דו״ח חקירה על הרשמן,

150



**בית משפט השלום בתל אביב - יפו**

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**    **08 דצמבר 2025**



| | |
|---|---|
| ת : | אוקיי. |
| ש : | הוא, הוא מעיד אמת? |
| ת : | אני לא יודעת. |
| ש : | את, לפני שנייה אמרת שקיבלת את 2 דו"חות החקירה. |
| ת : | אז אני אומרת לך, אז בוא, בוא נחזור. אני קיבלתי 2 אימיילים, |
| ש : | אוקיי. |
| ת : | שאליו הייתה מצורפת צרופה. |
| ש : | אוקיי. |
| ת : | אוקיי? ובצרופה הזאת הופיע את ה-Shit שלו, סליחה, של, אני פשוט מדברת ככה. אין מה לעשות. |
| ש : | כן. |
| ת : | את הזה שלו של החקירות. |
| ש : | כן. |
| ת : | כאילו, את הלוגו שלו. |
| ש : | כן. |
| ת : | ואז היה כתוב שם את השם שלי. |
| ש : | כן. |
| ת : | סבבה? אני הסתכלתי על השם שלי, |
| ש : | כן. |
| ת : | אמרתי, תמחק את השם שלי. לצורך העניין, מבחינתי, הוא היה יכול לשלוח לי 2 דו"חות חקירה על אורלי גנגר, או שהוא יכל לשלוח לי דו"ח חקירה על אורלי גנגר, |
| ש : | כן. |
| ת : | ודו"ח חקירה על חיים משה. |
| ש : | אבל, |
| ת : | לא הסתכלתי על מה הדו"ח. |
| ש : | לא הסתכלת, אבל את ביקשת גם אריק הרשמן. |
| ת : | נכון. |
| ש : | תודה רבה. בסדר גמור. |
| כב' השו' ביטון : | אוקיי. |
| העדה, גב' אלטשולר : | ג'יזס. |
| עו"ד נחמני : | רגע. |

151



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025



העדה, גב' אלטשולר: אבל יכול להיות שהוא לא עשה אותה. יכול להיות שהוא עבד על פרנס. אני, אין לי שמץ של מושג.

ש: כן.

ת: זה בדיוק היופי בשאלת שאילות את האדם הלא נכון. לכן הייתם צריכים לתבוע את דוד פרנס.

ש: אז אם מדברים על דוד פרנס,

ת: כן.

ש: הוא הגיש תצהיר בארצות הברית.

ת: מדהים.

ש: אוקיי? והוא כתב שמר מתתיהו סיפק לו 2 דו"חות חקירה.

ת: אוקיי.

ש: (אנגלית). עכשיו, זה, אני רק שואל אותך. זה מתיישב עם התקשורת שהייתה לך עם ששון ועם מה שביקשת ממנו לעשות. נכון? בין אם,

עו"ד אשכנזי: אני מתנגד לשאלה.

עו"ד נחמני: בין אם,

העדה, גב' אלטשולר: לא.

עו"ד נחמני: בין אם ביקשת, בין אם פתחת את האימיילים או לא פתחת את האימיילים,

העדה, גב' אלטשולר: חבר, אני לא יכולה לענות על זה.

עו"ד אשכנזי: אני, אני מתנגד.

עו"ד נחמני: את לא יכולה לענות.

העדה, גב' אלטשולר: אתה מבין למה אני לא יכולה לענות על זה.

עו"ד אשכנזי: זו השערה של,

העדה, גב' אלטשולר: כי זו לא שאלה שאני,

עו"ד אשכנזי: היא לא יכולה להעיד על זה.

העדה, גב' אלטשולר: יכולה לדעת עליו.

כב' השו' ביטון: הנה,

עו"ד אשכנזי: זה לא ממקום,

(מדברים ביחד)

עו"ד נחמני: מה זה?

העדה, גב' אלטשולר: אני לא יכולה לדעת איזה,

ש: רגע. שנייה. מה ההתנגדות ולמה הוא מכניס לה תשובה?

ת: לא צריך,

152



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| ש : | יש, |
| ת : | להכניס לי תשובה. |
| ש : | יש, |
| ת : | אני חכמה מספיק. |
| עו"ד אשכנזי : | אני מתנגד. |
| עו"ד נחמני : | יש, |
| העדה, גב' אלטשולר: | לא יכולה לדעת מה הוא הגיש, מה הוא אמר ולמי הוא אמר את זה. |
| עו"ד נחמני : | יש, סליחה רגע. |
| העדה, גב' אלטשולר: | איך אני יכולה לדעת את זה? |
| ש : | זה לא מפתיע אותך שפרנס העיד שהוא קיבל משישון מתתיהו 2 דו"חות חקירה נפרדים וזהים? |
| ת : | לא. שום דבר לא מפתיע אותי. |
| ש : | רגע. וזהים. |
| ת : | אף פעם. |
| ש : | בואי תשמעי את השאלה עד הסוף. וזהים. מבחינת התוכן שלהם. אחד, על אריק הרשמן ואחד על אורלי גנגר. זה ממש לא מפתיע אותך, נכון? |
| ת : | לא. למה שזה יפתיע אותי? |
| ש : | תודה רבה. |
| ת : | שאלות כאילו, זה, זה כזה, שאלה רטורית, זה לא מפתיע אותך? לא. זה לא מפתיע אותי. אתה יודע מה עוד לא מפתיע אותי? שהשמש זורחת בבוקר. מה זה, |
| ש : | תני לי רגע לראות אם אני סיימתי איתך. |
| ת : | נו באמת. |
| ש : | אני, אין לי יותר שאלות. |
| ת : | Oh, thank you god. |
| כב' הש' ביטון : | למישהו מכם יש שאלות? |
| העדה, גב' אלטשולר: | גייזס Christ. |
| עו"ד אשכנזי : | כן. |
| העדה, גב' אלטשולר: | כן. אין חוסר תחילת גדולה מזה שבן אדם שעושים לו טובה לא יודע איך להתמודד עם הטובה הזאת. רגע. זה שלך בכלל. |
| כב' הש' ביטון : | כן. בא כוח, קודם כל בא כוח, |
| עו"ד אשכנזי : | עורך דין אשכנזי. בא כוח צד ג'. |
| כב' הש' ביטון : | בא כוח צד ג', בא כוח צד ג'. כן. |

153



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**    **08 דצמבר 2025**

| עו״ד אשכנזי : | פרנס. |
| --- | --- |
| כב׳ הש׳ ביטון : | בסדר. |
| עו״ד אשכנזי : | דוד פרנס. אוקיי? כן. בסדר? שומע? |
| כב׳ הש׳ ביטון : | כן, כן. |

**ע.ה 1/ גב׳ ג׳יין אלטשולר, משיבה בחקירה נגדית לעורך הדין צפריר אשכנזי:**

| עו״ד אשכנזי : | כן? אוקיי. רק נבסס בקצרה את מהלך האירועים. מר פרנס ביקש ממך לאתר חוקר פרטי? אמת? |
| --- | --- |
| העדה, גב׳ אלטשולר : | כן. |
| ש : | איתרת חוקר פרטי באינטרנט. |
| ת : | נכון. |
| ש : | נבחר ששי. נתת לו הנחיות לבצע חקירה כלכלית. |
| ת : | נו. |
| ש : | עכשיו, בכתב התביעה כנגדך, |
| ת : | שלי. |
| ש : | לא. בכתב התביעה של הרשמן כנגדך, הטענות הן בעצם שהגשת מידע באמצעות עבירות פליליות. אמת? זה מה שהם טוענים. |
| ת : | לא. הם טוענים, אני לא הסקתי כלום. ששי הסיק הכל. אני אולי קיבלתי את התוצרים. השפה חשובה. |
| ש : | שימשת, שימשת, הפעלת את ששי וששי פעל, |
| ת : | צינור לקבלת תוצרים. |
| ש : | כן. וידעת שהמידע שאומר להיות מושג הוא, הדרך היחידה להשיג אותו היא באמצעות עבירות, |
| ת : | אז כמו שהסברתי כבר בפעם ה-850, אני מבחינתי שמה את הרישיון שלי ואת החתימה על הרישיון שלי, וגם את הרישיון בניו יורק, |
| ש : | בסדר, זו טענת הגנה. |
| ת : | על זה שאפשר, |
| ש : | אבל אני מדבר, |
| ת : | להשיג כניסות ויציאות ממשרד הפנים, |
| ש : | מצוין. |
| ת : | באמצעים חוקיים. ויותר מזה, אפשר גם להשיג מידע על חשבונות בנק. |
| ת : | ויותר מזה, כאילו, |
| ש : | אז את אומרת בעצם, |

154



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :    הכתבה הזאת שפרסמתם בכלכליסט,

ש :    את בעצם אומרת,

ת :    כאילו,

ש :    רגע.

ת :    כל כך הרבה,

ש :    רגע.

ת :    מידע היה שם.

ש :    רגע. אני רק רוצה לחדד את זה. מה שאת אומרת בעצם, שגם אם המידע היה מושג על ידך, כניסות ויציאות ומידע על חשבונות בנק, הדרך להשגת המידע הזה היא חוקית לחלוטין.

ת :    ברור. אני בחיים,

ש :    אוקיי.

ת :    לא אעשה עבירה פלילית.

ש :    אוקיי. יופי.

ת :    מה זאת אומרת? למה שאני אעשה עבירה פלילית? אני בת 42.

ש :    בכתב התביעה, בכתב התביעה ובתצהיר שלך, אין שום טענה שפרנס ביצע עבירה פלילית.

ת :    לא. למה שהוא יבצע עבירה פלילית?

ש :    ואין שום טענה שפרנס,

ת :    אף אחד מאיתנו לא ביצע עבירה פלילית.

ש :    אוקיי, אבל אין גם שום טענה,

ת :    הם סתומים.

ש :    שפרנס עוול כלפייך באיזו שהיא דרך.

ת :    חד משמעית הוא עוול כלפיי.

ש :    איפה?

ת :    מה זאת אומרת?

ש :    איפה זה כתוב בכתב הטענות שלך?

ת :    מה זאת אומרת?

ש :    תפני אותי,

ת :    הוא זרק אותי לכלבים.

ש :    אני,

ת :    לא, לא, לא.

ש :    לא, לא, לא.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳    08 דצמבר 2025

ת :     תקשיב, אם הוא היה גבר,

ש :     זרק אותך לכלבים?

ת :     אם הוא היה גבר אמיתי,

ש :     הוא לא גבר ולא,

ת :     מה שהוא היה עושה, לא, לא, לא. לא. תן לי עכשיו לסיים. אם אני הייתי במקומו, בחיים לא הייתי נותנת לאף אחד לעמוד לפה, לשלם Fucking 24,000 שקל בשביל דבר שלא קשור אליו בשום דרך, צורה ואופן. חד משמעית,

ש :     מצוין.

ת :     הוא עוול כלפיי.

ש :     עכשיו, תראי, קחי בבקשה את כתב התביעה או את התצהיר ותראי לי איפה כתוב שפרנס עוול כלפייך.

ת :     מה זאת אומרת?

ש :     את תובעת צד ג׳.

ת :     נכון.

ש :     איפה כתוב? בבקשה. קחי את כתב התביעה.

ת :     לא צריך להיות,

ש :     לא צריך להיות כתוב?

ת :     לא. אני אגיד לך מה צריך להיות כתוב,

ש :     כן.

ת :     בתביעה צד ג׳. הוא צריך לשפות אותי על כל מה שייפסק נגדי,

ש :     בגין מה? למה?

ת :     ככל שייפסק.

ש :     למה? מכוח מה?

ת :     כי הוא זה שביקש את ה-Shit הזה.

ש :     הוא ביקש ממך חקירה כלכלית.

ת :     נכון.

ש :     את אומרת שחקירה כלכלית אין בה שום עוולה.

ת :     נכון.

ש :     ולא בוצעה שום עוולה.

ת :     אז אם ייקבע,

ש :     יפה.

ת :     שבוצעה עוולה,



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ש : עכשיו, אם לא בוצעה עוולה,

ת : אז הוא חייב.

ש : והוא לא מעוול, מכוח מה הוא צריך לשלם לך?

ת : מכוח היותו צד ג'. אם תיקבע שזו עוולה,

ש : לא. צד ג' הוא,

ת : על ידי בית משפט, אז הוא חייב לשלם.

ש : צד ג',

ת : אם לא ייקבע, אז הוא לא,

ש : צד ג', צד ג' הוא מההגדרה שמוגדר בעצם כתב התביעה שלך. הוא לא,

ת : אז אני עוד פעם חוזרת ואומרת. אם ייקבע שאנחנו עוולנו כולנו עוולה אזרחית אז הוא יצטרך לשפות אותי על כמה שאני אצטרך לשלם לו. ואני כבר אומרת,

ש : לא, לא,

ת : שלי אין כסף.

ש : לא נתווכח.

ת : אז הוא יצטרך לתבוע אותו ישירות.

ש : בואי תסבירי לי איזה קשר משפטי, משפטי, מבחינת עוולת נזיקין, מתקיים בין המעשים של פרנס,

ת : מה זאת אומרת? שליחות. חד משמעית.

ש : לשל, שליחות זה לא עוולה.

ת : זה קשר משפטי.

ש : לא.

ת : אתה לא שאלת מה זה עוולה.

ש : את, לא. את, את נתבעת בעילות נזיקיות. עוולה נזיקית.

ת : אז אני מבחינתי גם לי אני לא עוולתי נזיקין.

ש : מצוין.

ת : אם אני לא עוולתי נזיקין,

ש : אם את לא,

ת : גם הוא לא עוול נזיקין.

ש : אז יפה, אז גם הוא לא עוול נזיקין.

ת : יפה.

ש : תודה רבה.

ת : יפה. נכון.

157



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש :          תודה רבה.

ת :          אבל אם, אבל אנחנו מואשמים בזה.

ש :          תודה רבה.

ת :          חד משמעית.

ש :          תודה רבה. אין לי יותר שאלות.

כב' השי ביטון :          כן.

העדה, גב' אלטשולר :          לכן הוא גם תבע אותי ולא אותו.

עוי"ד אשכנזי :          הוא לא,

העדה, גב' אלטשולר :          ולכן אני פה 5 שנים אחרי, מבזבזת את זמני לריק.

כב' השי ביטון :          בא כוח הנתבעת 2, יש לו?

עוי"ד בסידן :          כן.

כב' השי ביטון :          כן, בבקשה.

העדה, גב' אלטשולר :          Asshole. באמת.


**ע.ה/1 גב' ג'יין אלטשולר, משיבה בחקירה נגדית לעורך הדין בסידן:**

עוי"ד בסידן :          כשהזמנת מהנתבע 2 ומר מתתיהו את החקירות, זה נעשה בעל פה?

העדה, גב' אלטשולר :          לא. במייל.

ש :          במייל. וכשביקשת ממנו את המידע, מה לברר,

ת :          יכול להיות שגם בעל פה וגם במייל.

ש :          וגם, כשביקשת את המידע בעל פה או במייל,

ת :          נו.

ש :          פירטת בדיוק מה את רוצה או מה, מה,

ת :          כן. דיברנו על זה עכשיו.

ש :          אוקיי. עכשיו, אני אומר לך שבעצם מר מתתיהו עשה חקירה אחת על אורלי גנגר.

ת :          אוקיי.

ש :          ובחקירה הזו הוא הוציא,

ת :          דו"ח.

ש :          הוציא דו"ח, הפיק דו"ח.

ת :          נו.

ש :          שבו נרשם כניסות ויציאות. אנחנו כולנו קראנו את הדו"ח.

ת :          אוקיי.

ש :          מה שכתוב שם. ועל זה, זה הדבר היחיד ששילמו לו עבורו.

158



# בית משפט השלום בתל אביב -יפו

**ת״א 27635-04-21 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**    **08 דצמבר 2025**

ת :    אוקיי. סבבה. אין לי מושג.

ש :    אין,

ת :    I wouldn't know. זה בדיוק מה שאמרתי לו.

ש :    הבנתי.

ת :    הוא יכל לשלוח לי עוד דו״ח על חיים משה או על פיטר רוט. I don't know. על כל אחד מהם. אין לי מושג מה, איזה מסמכים יש לו. אני פתחתי, ראיתי לוגו, ראיתי את השם שלי, אמרתי אה, אה, אה, לא קשורה לזה. תשלח למי שזה קשור אליו.

ש :    וראית דו״ח על, על אריק הרשמן?

ת :    לא. אבל אני כן אומרת שנשלחו אליי 2 מסמכים. אני לא יודעת מה המסמכים השני. וגם לא המסמך הראשון האמת. רק אחרי שהוא תבע אותי, אה, לא, לא. סליחה. זה לא היה אחרי שהוא תבע אותי. זה היה אחרי שקיבלתי תקצירי פסיקה מתקדין איזה יום אחד. ואז אני פותחת את זה, ואני רואה שמישהו תובע את ששי. ואני כזה, למה? ואז אני כזה, והוא לא תבע אותי? הוא תבע את ששי? מה נסגר? ואז כעבור 3 שנים הוא תבע אותי.

ש :    הבנתי. אז אני רק רוצה לחדד את השאלה.

ת :    כן.

ש :    לא ראית מעולם דו״ח על אריק הרשמן?

ת :    לא.

ש :    לא. אוקיי. ואת זוכרת בכלל אם הזמנת מששי מידע על אריק הרשמן,

ת :    כן.

ש :    או איזה מידע?

ת :    כן.

ש :    איזה מידע ביקשת?

ת :    אותו דבר כמו אצל אורלי.

ש :    אותו דבר כמו אצל אורלי?

ת :    כן.

ש :    את בטוחה ב-100 אחוז?

ת :    כן.

ש :    אוקיי.

כב׳ השו׳ ביטון :    זה מה שביקש ממך פרנס?

העדה, גב׳ אלטשולר :    כן.



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025




| כב׳ השי ביטון : | להביא גם, |
|---|---|
| העדה, גבי אלטשולר : | כן. תמיד דוברת אמת. |
| כב׳ השי ביטון : | גם על אורלי וגם, וגם על, |
| העדה, גבי אלטשולר : | נכון. חד משמעית. |
| עו״ד בסידן : | אוקיי. טוב. תודה. |
| העדה, גבי אלטשולר : | Peace to you. |
| כב׳ השי ביטון : | תודה רבה. |
| עו״ד נחמני : | אפשר אדוני 5 דקות הפסקה או 10 דקות לצרכי, |
| כב׳ השי ביטון : | כן. |
| העדה, גבי אלטשולר : | לשירותים. |
| כב׳ השי ביטון : | בסדר. לאחר מכן מר מתתיהו יעיד. בסדר. אז 10 דקות. בבקשה. הנתבע 2 לדוכן. לדוכן העדים. אפשר להתחיל את ההקלטה. כן. בוא, תחבר בבקשה. מה שמך אדוני המלא? |
| העד, מר מתתיהו : | ששון מתתיהו. |
| כב׳ השי ביטון : | אני מזהיר אותך לומר את האמת. בבקשה, חקירה נגדית. |
| עו״ד נחמני : | כן. מר מתתיהו. |
| העד, מר מתתיהו : | כן. |

**ע.ה/2 מר ששון מתתיהו, לאחר שהוזהר כחוק, משיב בחקירה נגדית לעורך הדין יובל נחמני:**

| עו״ד נחמני : | אתה בוודאי יודע שאנחנו הגשנו בתיק הזה בקשה לגלות את דו״ח החקירה של אריק הרשמן. ואתה, |
|---|---|
| העד, מר מתתיהו : | של מה? סליחה? |
| ש : | את דו״ח החקירה בעניינו של אריק הרשמן שאנחנו טוענים שאתה עשית. מה יש לך מולד? סליחה. שאלה אחרת. מה זה הדברים הכתובים האלה? |
| ת : | הערות שכתבתי. |
| ש : | אז שים, אני לא אבקש לראות אותן. שים אותן אצל עורך דין שלך. אתה לא יכול לעמוד פה עם הערות. אוקיי? עכשיו, אנחנו, אנחנו טוענים שיש דו״ח שאתה ערכת על אריק הרשמן. אנחנו ביקשנו צו לגילוי מסמך ספציפי. ובמאי 23׳ אתה אמרת לבית המשפט הנכבד שאתה לא מגלה את המסמך הזה כי הוא לא קיים. זה נכון? |
| עו״ד בסידן : | תראה לו את זה. תראה לו למה אתה מתכוון. |
| עו״ד נחמני : | שנייה רגע. מה? |

160



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



עו״ד בסידן : אני מתנצל. תראה לו. אם אתה טוען כלפיי משהו כזה שהוא אמר בבית משפט, תראה לו על מה אתה מדבר.

עו״ד נחמני : אתה הגשת תגובה.

עו״ד בסידן : תראה לו את התגובה שהוא,

עו״ד נחמני : אני קורא לך, אני קורא לך מהתגובה שלך. אוקיי?

עו״ד בסידן : אתה יכול לתת לו לעיין בזה בבקשה?

עו״ד נחמני : שנייה רגע. הנתבע 2 לא התבקש למסור את המידע אודות התובע בדו״ח חקירה, כפי שנעשה בעניינה של רעייתו של התובע. אין ברשותו דו״ח חקירה אודות התובע, ואף אין ברשותו העתק של המידע שנאסף אודות התובע. זאת אומרת שאתה אמרת לבית המשפט הנכבד שאתה לא יכול לגלות את דו״ח הרשמן כי אין כזה מסמך.

העד, מר מתתיהו : אין, כנראה שלא היה כזה מסמך.

ש : לא. לא. שנייה רגע. אתה הבן אדם האחרון שיכול להגיד כנראה שלא היה כזה מסמך, כי נטען כלפיך וראו בארצות הברית שיש עם הלוגו שלך כזה מסמך. אנחנו תכף נגיע לזה.

ת : של (לא ברור) גנגר.

ש : על אריק הרשמן.

ת : על אריק הרשמן לא.

ש : רגע. עכשיו אני שואל אותך, האם אתה סירבת לגלות בהליך פה דו״ח חקירה שאתה עשית בספטמבר 2019 על אריק הרשמן משום שאין כזה מסמך?

ת : לא סירבתי. פשוט אין לי מסמך כזה.

ש : לא אין לך. אין בעולם מסמך כזה.

ת : אני לא יודע אם יש בעולם מסמך כזה.

ש : אתה לא יודע?

ת : אני לא ביצעתי חקירה כפי שנטען על אריק הרשמן.

ש : סליחה רגע, אני שואל אותך עכשיו שאלה. אתה קצת מתחמק. אני אומר, תגיד לי אם זה אמת או שקר. המשפט שאני עכשיו אומר לך, תגיד לי אם הוא אמת או שקר. בספטמבר 2019, ששון מתתיהו הכין 2 דו״חות חקירה. אחד על אורלי גנגר ואחד על אריק הרשמן. אמת או שקר?

ת : זה לא אמת ולא שקר.

ש : אוקיי.

ת : דו״ח חקירה על אורלי גנגר היה.



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש :      כן.

ת :      מידע נוסף על אריק הרשמן היה.

ש :      כן.

ת :      דו״ח חקירה אני לא זוכר אם היה או לא. אני לא זוכר באיזו צורה העברתי את המידע.

ש :      אתה לא זוכר. אבל אדוני, אתה עד היום אמרת שלא היה כזה. לא אמרת שאתה לא זוכר.

ת :      לא נכון.

ש :      לא אמרת שאתה לא זוכר.

ת :      לא נכון. לא נכון.

ש :      אני קורא לך.

עו״ד בסידן :      תראה לו.

עו״ד נחמני :      אוקיי?

עו״ד בסידן :      תראה לו את זה. למה אתה לא מראה לו?

עו״ד נחמני :      לא. אני קורא לך עוד פעם.

עו״ד בסידן :      אז אל תקריא לו. תראה לו את,

עו״ד נחמני :      הנה. הנתבע לא התבקש למסור את המידע אודות התובע בדו״ח חקירה כפי שנעשה בעניינה של (לא ברור) התובע,

עו״ד בסידן :      זה מה שהוא אמר לך עכשיו.

עו״ד נחמני :      אתה לא, רגע. שנייה. קודם כל, אדוני, אני לא מבין מה זה ההפרעה הזאת.

עו״ד בסידן :      כי אתה מטעה את העד. אני מתנגד לשאלה.

עו״ד נחמני :      אז אתה תתנגד ואני, ואני אשיב. בבקשה. בוא תתנגד.

עו״ד בסידן :      חברי מטיח בפני העד איזו עובדה מסוימת שמלכתחילה הוא מציג אותה בצורה לא נכונה. שייתן לו לקרוא מה שכתוב בבית משפט, ושיגיד לו אחרי זה איך זה לא, איך זה מתיישב או לא מתיישב עם הדברים ולא יסלף את מה, את מה, מה שנכתב לבית המשפט. זה מה, זה בדיוק מה שהתכוונתי.

כב׳ הש׳ ביטון :      כן. מה התשובה?

העד, מר מתתיהו :      שוב תשאל.

עו״ד נחמני :      אתה כתבת בתגובה לבית המשפט במאי, במאי 23׳,

העד, מר מתתיהו :      בתגובה למה? לתביעה של אורלי גנגר?

ש :      לא. בתגובה לבקשה שלנו שתגלה את דו״ח הרשמן.

ת :      אוקיי.



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש : מעכשיו נקרא למסמך הנטען דו״ח הרשמן, בסדר? כדי שיהיה ברור. ואתה אמרת הנתבע 2 לא התבקש לא התבקש למסור את המידע אודות התובע בדו״ח חקירה כפי שנעשה בעניינה של ראייתו של התובע. אין ברשותו דו״ח חקירה אודות התובע.

ת : נכון.

ש : זאת אומרת שאין ברשותך ואתה לא מגלה כי אין כזה מסמך. לא היה אף פעם מסמך,

ת : לא יצא דו״ח חקירה פורמלי,

ש : כן.

ת : כמו על אורלי גנגר לאריק הרשמן.

ש : לא יצא דו״ חקירה?

ת : לא יצא.

ש : לא. לא היה מסמך זהה לחלוטין, תקשיב טוב, אתה מעיד פה אחרי אזהרה. מסמך זהה לחלוטין עם הלוגו שלך, עם הפרטים של אריק הרשמן.

ת : לא היה.

ש : למר שגיא גנגר, נתבקשנו לבדוק חשבונות בנק ורשומות יציאה וכניסה מישראל, והנה הפרטים.

ת : לא.

ש : לא. אתה בדקת רשומות כניסה בישראל של אריק הרשמן?

ת : מה בדקתי?

ש : רשומות כניסה בישראל של אריק הרשמן.

ת : לא.

ש : לא בדקת?

ת : לא זכור לי.

ש : לא. בדקת חשבונות בנק?

ת : אני לא זוכר מה היה בבדיקה שעשיתי עליו, אבל אני לא זוכר שהיה כזה דבר.

ש : יש לך הסבר איך, אני אשאל אותך שאלה אחרת. אתה, את עורך דין פרנס אתה מכיר?

ת : את?

ש : את עורך דין פרנס, אתה מכיר?

ת : אחרי המקרה המצער של,

163





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                    08 דצמבר 2025

ש :    אחרי.

ת :    כן.

ש :    מתי הכרת את עורך דין פרנס פעם ראשונה?

ת :    אחרי שאתם פניתם אליי.

ש :    הבנתי.

ת :    באותה פגישה מאיימת ואחר כך כבר עם, אחר כך הכרתי את פרנס.

ש :    אחר כך הכרת את פרנס. יש לך הסבר איך דוד פרנס הגיש תצהיר לבית משפט בארצות הברית שאנחנו צירפנו אותו בפני בית המשפט. הוא נספח 8 לתצהיר של אריק הרשמן, שאומר שהוא קיבל ממך דו״ח חקירה,

עו״ד בסידן :    אני מתנגד לשאלה.

עו״ד נחמני :    על אריק הרשמן.

העד, מר מתתיהו :    אבל תשאל אותו. אני לא,

כב׳ השי׳ ביטון :    רגע. למה אתה,

עו״ד בסידן :    הוא ענה לו כבר.

עו״ד נחמני :    סליחה רגע.

העד, מר מתתיהו :    אין לי הסבר לזה.

ש :    אין לך. אחד מכם לא אומר אמת. אולי לא בכוונה, אבל לא, לא מעיד אמת. עורך דין פרנס העיד בבית משפט שהוא קיבל ממך דו״ח חקירה על אריק הרשמן.

ת :    אולי הוא קיבל ממני פרטים מסוימים,

ש :    לא. דו״ח חקירה. ככה הוא כותב. Investigation report. אתה אומר שזה לא היה, אף פעם יצא מסמך כזה תחת ידך.

ת :    מה זה?

ש :    אוקיי.

ת :    תגדיר דו״ח חקירה.

ש :    לא.

ת :    עם לוגו וחתימה וכאלה לא יצא.

ש :    סליחה?

ת :    לא יצא.

ש :    לא יצא עם לוגו וחתימה?

ת :    לא.

ש :    הבנתי. חוץ מלוגו וחתימה, יצא מסמך שאתה הכנת על אריק הרשמן?

ת :    אני העברתי פרטים על אריק הרשמן.



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025



ש :    כן.

ת :    לא זכור לי בדיוק מה הפרטים. זה לא היה בגדר של דו"ח חקירה.

ש :    הו, הנה אנחנו מתקדמים.

ת :    זה, תמיד אמרתי את זה.

ש :    אתה העברת, את הפרטים העברת במסמך בכתב?

ת :    אני לא זוכר איך העברתי את זה.

ש :    אדוני, תראה.

ת :    זה לא היה, אני, ה-Issue היה חקירה על אורלי גנגר.

ש :    שנייה, זה לא מה ששאלתי אותך. אנחנו תכף נגיע לזה.

עו"ד בסידן :    הוא עונה לך. אבל תענה את התשובה.

עו"ד נחמני :    שנייה רגע. לא שאלתי מה ה-Issue. אתה אומר אני העברתי פרטים על אריק הרשמן, אוקיי?

העד, מר מתתיהו :    היו פרטים,

ש :    עכשיו, בסדר. למי העברת את הפרטים על אריק הרשמן?

ת :    לגיין.

ש :    לגיין. אוקיי. רק לגיין?

ת :    כמה שזכור לי, כן.

ש :    כן? לא, הטענות שאתה העברת את זה ישירות לשגיא גנגר, הן לא נכונות?

ת :    אני לא זוכר את זה.

ש :    סליחה?

ת :    לא זוכר.

ש :    לא זוכר את זה. אתה העברת את זה לדוד פרנס?

ת :    לא זכור לי.

ש :    לא זכור לך. יופי. עכשיו תראה, איך העברת את זה לגיין?

ת :    אני לא, באמת, יכול להיות בוואטסאפ, יכול להיות בשיחת טלפון. אני לא זוכר.

ש :    בסדר, אבל יכול להיות שאתה התקשרת לגיין ואמרת לה תרשמי, לאריק הרשמן יש חשבונות בנק כאלה וכאלה. הוא יצא מהארץ בתאריך כזה וכזה, יכול להיות?

ת :    יכול להיות שהתקשרתי אליה.

ש :    אוקיי.

ת :    לא עם מידע כזה.

ש :    סליחה?



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ת : לא במידע כזה.

ש : אבל תראה, גיין לא העידה שהיא קיבלה ממך מידע בטלפון. היא העידה שהיא קיבלה ממך מיילים. נכון? אז, אז תסכים אייתי שאתה שלחת לה את המידע במיילים.

ת : את המידע על אורלי גנגר כן.

ש : כן.

ת : יכול להיות שעוד מידע נוסף, אני לא, לא, באמת אני לא זוכר להגיד לך.

ש : אדוני, תראה, אני רוצה להגיד לך. אתה עשית את הפעולה הזאת כנראה, לא. בטוח.

ת : ש-מה?

ש : ששלחת מידע לגיין, סליחה, לעורכת דין אלטשולר, ב-19 לספטמבר 21'.

ת : כן.

ש : אחרי שבוע או כמה ימים כבר היית אצלנו במשרד, וטוענים שסחטו אותך ושכרת עורכת דין.

ת : זה פר אקסלנס.

ש : רגע, רגע. שכרת עורכת דין. זו שאלה, זו שאלה שגם השופט ברקאי שאל אותך אז בוא, בוא נראה אם יש לך תשובה יותר טובה. שכרת עורכת דין, טליה גריידיש.

ת : לא שכרתי אותה.

ש : היא,

ת : לא שכרתי אותה.

ש : שנייה רגע. לא שכרת.

ת : אתם,

ש : נועצת.

ת : אתם, אתם,

ש : רגע. לא, לא, לא. אני רוצה לשאול את השאלה.

ת : אבל, אבל רגע.

ש : נועצת בעורכת דין טליה גריידיש. וכעבור שבוע קיבלת תביעה, וכעבור חצי שנה התחלת ללכת לחקירות משטרה ומסרת אם אני לא טועה 3 או 4 גרסאות.

ת : 4.

ש : וכל האירועים האלה לא,

ת : לא. 4 פעמים נחקרתי.

166



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש : 4 פעמים נחקרת. כל האירועים האלה, אתה רוצה לומר עכשיו לבית משפט שלא גרמו לזיכרון שלך להיות מעוגן לשאלה איך העברת את המידע אל אריק הרשמן?

ת : מה זה חשוב איך? אם אני אומר שכן היה לי מידע על אריק הרשמן,

ש : כן, היה לך מידע על אריק הרשמן. כן. אז אני שואל, עכשיו, אני שואל אותך איך העברת אותו. כי אם העברת אותו במסמך, אנחנו רוצים לדעת את זה. אתה עכשיו כבר נסוגת, ואמרת לא עם לוגו. אז עכשיו בוא רגע נתקדם. בסדר. נניח שאין לוגו.

ת : לא. אני אומר,

ש : כן.

ת : מה זה דו״ח.

ש : כן.

ת : כשאתה אומר אתה שלחת דו״ח חקירה,

ש : כן.

ת : זה וזה, אמרתי לא.

ש : לא. שלחת מסמך אחר? יכול להיות ששלחת מסמך אחר?

ת : אני לא זוכר ששלחתי את המידע על אריק הרשמן.

ש : סליחה רגע. אתה שלחת מידע על אריק הרשמן.

ת : כן.

ש : לג׳יין אלטשולר, נכון?

ת : כן.

ש : כן. בספטמבר 2023.

ת : זה היה מידע אגבי.

ש : כן.

ת : זה לא היה מידע כמו,

ש : מידע,

ת : הבקשה על אורלי.

ש : עכשיו תגיד לי, איזו סיבה יש לך, אנחנו יודעים שאת הדו״ח על אורלי גנגר שלחת לה במייל. והיא מעידה שהיא קיבלה ממך 2, 2 הודעות דוא״יל. אוקיי?

ת : זה יכול להיות קבצים נוספים.

ש : איזו סיבה יש לך,

ת : 2 הודעות מיילים היו?

167



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025

ש :    סליחה, אל, אל תפנה. אל תפנה.

ת :    לא, לא,

ש :    איזו סיבה יש לך, את המידע עליו, למסור לה בוואטסאפ או בשיחת טלפון?

ת :    למה לא? זה היה מידע אגבי. זה לא דו"ח חקירה. זה,

ש :    זה,

ת :    אני ביקשו ממני, גם,

ש :    כן.

ת :    תראה את זה בחשבוניות. חקירה אחרת,

ש :    כן.

ת :    תשלום אחד.

ש :    כן.

ת :    4,000 שקל, זה לא 2,

ש :    המידע האגבי הזה, אתה לא זוכר אותו? אתה לא זוכר מה הוא?

ת :    כי הוא שולי.

ש :    שולי. עכשיו תגיד לי, אם זאת עדות אמת, תכף אנחנו, אני אתן לך אפשרות לחזור ממנה. אוקיי? יש לך איזו שהיא השערה איך עורך דין פרנס הגיש לבית משפט בארצות הברית במעמד צד אחד מסמך שלך, שהוא זהה בתוכן שלו לדו"ח אורלי?

עו"ד בסידן :    אני מתנגד,

עו"ד אשכנזי :    אני מתנגד לשאלה.

עו"ד בסידן :    שנינו מתנגדים לשאלה.

עו"ד אשכנזי :    מתנגדים לשאלה. זו מסקנה. העד לא מעיד על מסקנות. הוא מעיד על מה שהוא עשה. הוא צריך להעיד על מסקנות במה שפרנס עשה?

עו"ד בסידן :    גם שיראה לו מה פרנס הגיש. אני,

עו"ד אשכנזי :    זה לא משנה גם מה פרנס,

עו"ד נחמני :    אבל אנחנו יודעים,

עו"ד אשכנזי :    הוא לא יכול להעיד על מה שפרנס עשה. שישאל את פרנס.

עו"ד נחמני :    רגע. שנייה רגע. להשיב לזה אדוני?

כב' השו' ביטון :    כן.

עו"ד בסידן :    כן.

עו"ד נחמני :    כן. יש, יש תצהיר של פרנס שהוא קיבל ממנו דו"ח חקירה, הוא אומר תשאל את פרנס. עכשיו אנחנו מדברים על תוכן דו"ח החקירה. לא שנוי



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

במחלוקת. יש את זה בהחלטה של השופט גריטי שצורפה לאדוני. יש החלטות נוספות שהוצג דו"ח הרשמן ומפורט, מפורטת התכולה שלו, ונאמר שהוא זהה לדו"ח אורלי. עכשיו אני שואל, אם מישהו זייף את המסמך הזה ולא, לא הנתבע 2, שיגיד את זה. אבל אני, אני טוען שצבר הנסיבות הללו מוליך למסקנה שהוא כן עשה דו"ח הרשמן. עכשיו שישיב על זה. אני מטיח בו. מה זה? אני לא מבקש ממנו, זה, שיגיד, שיגיד, אני לא רוצה להגיד לו מה להגיד. שיגיב להטחה הזו איך שהוא מוצא לנכון.

עו"ד אשכנזי :        אם, אם מישהו זייף, הוא יכול להעיד רק על עצמו אם הוא זייף או לא זייף. שמתיהו יעיד,

כב' הש' ביטון :        בסדר, אבל הוא,

עו"ד אשכנזי :        אם הוא זייף. עכשיו אם, הוא נדרש למסקנה. הוא לא יכול להעיד על מסקנה. הוא יכול להעיד על עובדה.

כב' הש' ביטון :        בסדר, אבל הוא,

עו"ד אשכנזי :        מה עשה ומה לא עשה.

כב' הש' ביטון :        הוא,

עו"ד נחמני :        רגע, רגע.

כב' הש' ביטון :        הוא יכול כן לספק איזה שהוא הסבר כפי ראות עיניו לפרו פוזיציה כזאת או אחרת. גם אם הוא מניח איזו הנחה מסוימת. כן.

העד, מר מתתיהו :        תשאל את השאלה עוד פעם בבקשה.

עו"ד נחמני :        אתה אומר שאתה לא זוכר שסיפקת מידע כתוב על אריק הרשמן, ואתה עומד על זה שלא הוצאת דו"ח חקירה על אריק הרשמן.

העד, מר מתתיהו :        כן.

ש :        אני שואל אותך איך עורך דין פרנס, שהוא קשור לסיפור, הוא שילם לך, נכון?

ת :        כן.

ש :        כן.

ת :        על חקירה אחת.

ש :        הוא שילם.

ת :        הוא, שוב, זה היה,

ש :        אני אשאל שאלה אחרת. מי,

ת :        תשלום בכרטיס אשראי. אני לא זוכר מי שילם לי.

ש :        סליחה. סליחה רגע. אתה הוצאת חשבונית לפרנס ושותי.

ת :        כן.



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**    **ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**

ש :    נכון? מי הלקוח שלך?

ת :    אני לא הכרתי לפני כן את פרנס.

ש :    בסדר. אתה לא צריך להכיר. מי הלקוח שלך?

ת :    אני, גייין פנתה אליי.

ש :    מי? גייין היא הלקוחה שלך?

ת :    גייין פנתה אליי ואני שלחתי אליה את החקירות.

ש :    העובדה שאתה נשכרת על ידי, הוצאת הצעת מחיר ודרישת תשלום למשרד פרנס וגבית תשלום ממשרד פרנס, לא הופכת את משרד פרנס ללקוח שלך?

ת :    לא הייתה לי תקשורת איתו. אולי על פי החוקים זה כן הופך,

ש :    כן.

ת :    אותו ללקוח. לי לא הייתה תקשורת איתו.

ש :    הבנתי. עכשיו, אני שואל אותך איך האיש שאתה גבית ממנו 4,400 שקל והוצאת לו חשבונית מגיע לארצות הברית ומציג לשופט דו״ח שהשופט מתאר אותו כדו״ח זהה לדו״ח אורלי. זה הכל.

ת :    אבל אתה מבין,

עו״ד אשכנזי :    לא. אדוני.

העד, מר מתתיהו :    שהוא יכל לבקש גם מעוד,

עו״ד אשכנזי :    אני עוד פעם מתנגד.

העד, מר מתתיהו :    10 משרדי חקירות.

עו״ד נחמני :    כן.

עו״ד אשכנזי :    מבקשים לדעת,

כב׳ השי׳ ביטון :    בסדר.

עו״ד אשכנזי :    איך פרנס הגיע לארצות הברית? איך הוא יכול להעיד על זה בכלל?

עו״ד נחמני :    רגע. התחלת להשיב.

כב׳ השי׳ ביטון :    תן לו,

עו״ד נחמני :    התחלת להשיב. כן.

כב׳ השי׳ ביטון :    תן לו שהוא ישיב.

עו״ד נחמני :    כן.

עו״ד אשכנזי :    שינסח את השאלה אחרת.

העד, מר מתתיהו :    אני אומר, גם יכלו לשכור,

כב׳ השי׳ ביטון :    תן לו להשיב. הוא,

העד, מר מתתיהו :    עוד כמה משרדי חקירות.

170



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

עו"ד נחמני : כן.

העד, מר מתתיהו : להשיג את אותו מידע.

עו"ד נחמני : כן.

העד, מר מתתיהו : ומי אמר שזה שלי?

עו"ד נחמני : הבנתי. עכשיו, תראה, אבל אני קורא לך,

כב' השי ביטון : אבל ג'יין אמרה כאן שאתה, היא החזירה לך את זה כדי,

(הפסקה)

כב' השי ביטון : שתעביר את זה הלאה.

העד, מר מתתיהו : מה?

עו"ד נחמני : נכון.

כב' השי ביטון : שמעת כאן את העדות שלה, של הגברת, עורכת הדין אלטשולר שאמרה שאתה, שהיא, איך שהיא קיבלה את הדו"חות, היא החזירה לך את זה כדי שאתה תעביר את זה הלאה.

העד, מר מתתיהו : אני באמת, אני נשבע לך בילדיי שאני לא זוכר. לא זוכר את הדברים האלה.

כב' השי ביטון : זה מה שהיא מעידה.

העד, מר מתתיהו : לא התייחסתי לזה.

כב' השי ביטון : היא אומרת,

העד, מר מתתיהו : אני לא זוכר את זה.

כב' השי ביטון : היא אומרת שאתה, שהיא לא העבירה את זה הלאה.

העד, מר מתתיהו : אני לא זוכר את זה.

כב' השי ביטון : שהיא החזירה לך להעביר את זה,

העד, מר מתתיהו : אני, באמת שאני לא זוכר את זה.

כב' השי ביטון : או לפרנס או לגנגר.

העד, מר מתתיהו : לא זוכר את זה. אני באמת לא זוכר את זה.

עו"ד נחמני : אתה לא זוכר את זה?

העד, מר מתתיהו : לא. ממש לא.

עו"ד נחמני : ואף פעם לא זכרת את זה? זה לא שכחה שפתאום הכתה בך?

העד, מר מתתיהו : לא. לא זכרתי את זה גם,

עו"ד נחמני : לא זכרת.

כב' השי ביטון : ש-מה?

העד, מר מתתיהו : במשפט,

כב' השי ביטון : שהיא פנתה? החזירה לך את זה להעביר?

171





# בית משפט השלום בתל אביב -יפו

ת"א 27635-04-21 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

עו"ד נחמני: שהוא הפיק 2 דו"חות, כן.

כב' השי ביטון: להעביר את זה הלאה?

העד, מר מתתיהו: כל, זה לא, לא נתבקשתי בכלל לדבר על זה בעבר.

עו"ד נחמני: כן.

העד, מר מתתיהו: אם היא העבירה, אם אני הייתי צריך להעביר את הדו"חות למישהו אחר.

עו"ד נחמני: טוב. עכשיו תראה,

העד, מר מתתיהו: אני לא, אני לא זוכר את זה.

עו"ד נחמני: אוקיי. אני רוצה,

כב' השי ביטון: מה זאת אומרת?

עו"ד נחמני: תקשיב.

כב' השי ביטון: זה שלא התבקשת, אז לא התבקשת, אבל היא אומרת שאתה, שאתה העברת את זה. לא היא העבירה.

העד, מר מתתיהו: אז היא אומרת. אני לא זוכר. באמת שאני לא זוכר.

כב' השי ביטון: היה לך קשר עם גנגר?

העד, מר מתתיהו: עם?

כב' השי ביטון: עם גנגר.

העד, מר מתתיהו: עם גנגר לא היה לי קשר.

כב' השי ביטון: כי זה ממוען לשגיא גנגר.

העד, מר מתתיהו: אז בסדר. ביקשו ממני לרשום,

כב' השי ביטון: אז היה לך קשר עם,

העד, מר מתתיהו: לכבודו.

כב' השי ביטון: היה לך קשר,

העד, מר מתתיהו: אז זה מה שרשמתי.

כב' השי ביטון: היה לך קשר,

העד, מר מתתיהו: מה?

כב' השי ביטון: היה לך קשר עם פרנס?

העד, מר מתתיהו: עם פרנס רק היה לי, רק אחרי, רק אחרי הפגישה איתם. זה, הקשר עם פרנס היה.

כב' השי ביטון: לא, אבל אתה זוכר שאתה העברת לו,

העד, מר מתתיהו: אני לא זוכר את זה.

כב' השי ביטון: את הדו"ח הזה?

העד, מר מתתיהו: אני לא זוכר שהעברתי לו. לא זוכר.

כב' השי ביטון: אז מה אתה זוכר? היא זוכרת שהיו 2 דו"חות שהיו במייל שלה.

172



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| העד, מר מתתיהו : | אולי זה לא דו״חות. אולי זה דו״ח אחד ואחר כך זה קבצי רשם משכנות. |
| כב׳ הש׳ ביטון : | אולי. |
| העד, מר מתתיהו : | רשם חברות. |
| כב׳ הש׳ ביטון : | אבל אתה, אולי מה? אולי ואולי, אבל מי יודע? |
| העד, מר מתתיהו : | אני, זהו, אני, |
| כב׳ הש׳ ביטון : | היא אומרת שהיו 2 ושגם התבקשת להעביר את זה הלאה. |
| עו״ד בסידן : | לא. היא לא אמרה שהיו 2. היא אמרה שהיו 2 מיילים. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד אלטשולר : | 2 מיילים. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד בסידן : | היא לא אמרה, |
| עו״ד נחמני : | והיא אמרה שההנחיות לגבי הרשמן וגנגר היו זהות. ככה היא אמרה. שהיא לא ביקשה מידע אחר או דו״ח אחר על הרשמן. |
| כב׳ הש׳ ביטון : | כן. שהיא ביקשה לגבי שניהם. |
| העד, מר מתתיהו : | אוקיי. אני, |
| כב׳ הש׳ ביטון : | היא אמרה כאן את זה לגבי, לפרוטוקול, שהיא ביקשה גם לגבי אורלי, גם לגבי, גם לגבי התובע בעצמו. |
| העד, מר מתתיהו : | וראיתם דו״ח ממני שאני עשיתי על הרשמן את אותו דבר? |
| כב׳ הש׳ ביטון : | אבל היא אומרת שהיא ביקשה את זה ממך. |
| העד, מר מתתיהו : | בסדר, שילמה, |
| עו״ד נחמני : | לא ראינו כי אתה מסתיר אותו. |
| העד, מר מתתיהו : | אבל היא שילמה עבור חקירה אחת. |
| כב׳ הש׳ ביטון : | לא יודע. |
| העד, מר מתתיהו : | לא עבור 2. |
| כב׳ הש׳ ביטון : | אתה יודע. אני יודע? |
| העד, מר מתתיהו : | אבל זה גם רשום. |
| עו״ד נחמני : | הבנתי. |
| העד, מר מתתיהו : | וגם מוזכר. וגם בחקירות משטרה זה רשום. |
| ש : | כן. |
| ת : | ביצעתי דו״ח חקירה אחד. |
| ש : | תכף נגיע לחקירות משטרה. אני מבטיח לך. עכשיו תראה, באותה החלטה של השופט גריטי, שבצד שמנגד, בצד שלך ביקשו להסתמך עליה, הוא כותב ככה. (אנגלית). זה במעמד צד אחד, בסדר? |

173



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**          **08 דצמבר 2025**

| | |
|---|---|
| ת : | תתרגם לי את זה אחר כך. |
| ש : | בית המשפט בחן את דו"ח הרשמן במעמד צד אחד. |
| ת : | אוקיי. |
| ש : | אוקיי? (אנגלית). |
| ת : | ששי? |
| ש : | שגיא גנגר. (אנגלית). נגיע לזה. כלומר, (אנגלית), כלומר, הכניסות והיציאות שלו מישראל, (אנגלית). איך יכול להיות ששופט בארצות הברית בוחן דו"ח, נייר שהוא קורא לו הרשמן Report, שכולל את אותם פרטים שיש באורלי Report. |
| ת : | אבל מה הבעיה? |
| ש : | כשאנחנו יודעים, לא, תן לי לסיים את השאלה. |
| ת : | מה הבעיה? |
| עו"ד בסידן : | אני מתנגד לשאלה. |
| עו"ד נחמני : | רגע. רגע. כשאנחנו יודעים שהאורלי Report הוזמן על ידך באותו תאריך. על זה תשיב. |
| עו"ד בסידן : | אני מתנגד לשאלה הזו. |
| עו"ד נחמני : | מה? |
| כב' הש' ביטון : | למה? |
| עו"ד נחמני : | כן. |
| עו"ד בסידן : | כי הוא עוד פעם מטעה אותו. |
| כב' הש' ביטון : | איפה ההטעיה? |
| עו"ד בסידן : | ההטעיה היא שהוא יוצא, חברי יוצא מנקודת הנחה שמדובר בדו"ח שמרשי הכין. ומי אמר שזה אותו דו"ח שמרשי הכין? אולי זה דו"ח שהם עשו במקום אחר? למה אתה מסיק שזה דווקא הוא? |
| עו"ד נחמני : | כי הוא הצהיר שהוא קיבל ממתיהו 2 דו"חות חקירה. |
| עו"ד בסידן : | מי זה הוא הצהיר? |
| עו"ד נחמני : | עורך דין פרנס. |
| עו"ד בסידן : | אז תשאל אותנו איפה, |
| עו"ד נחמני : | שנייה. זה מוצג פה. זה תצהיר. זה מוצג בבית משפט. |
| עו"ד בסידן : | אוקיי. |
| עו"ד נחמני : | זה תצהיר תחת שבועה, |
| עו"ד בסידן : | אז, |
| עו"ד נחמני : | קביל. |

174



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025

| | |
|---|---|
| כב׳ השי ביטון : | בסדר, הוא, הוא שואל, הוא שואל אותו כדי שהוא ישיב, |
| עו״ד נחמני : | כן. |
| כב׳ השי ביטון : | כמיטב הבנתו מה, |
| עו״ד נחמני : | אם הוא, |
| כב׳ השי ביטון : | מה הוא חושב על זה. |
| עו״ד נחמני : | אם מישהו אחר עשה, שיגיד. |
| כב׳ השי ביטון : | הוא מציג לו את המצב ששופט בארצות הברית מתייחס לנתונים הללו. אז מה התשובה שלך אדוני. |
| העד, מר מתתיהו : | אז תשאל שוב. |
| עו״ד נחמני : | איך אתה מסביר את זה שפרנס, פרנס, הצהיר תחת שבועה בארצות הברית שהוא קיבל ממך 2 דו״חות? בעקבות זה, בית המשפט בארצות הברית עיין במסמך שהוא קורא לו דו״ח הרשמן, שכולל את אותם פרטים בדיוק שכולל דו״ח גנגר, שערוכת דין אלטשולר אמרה לנו שההנחיות היו אותן הנחיות לגבי אורלי ולגבי אריק הרשמן. תסביר אם זו מקריות. |
| העד, מר מתתיהו : | אז איך אתה מסביר שדו״ח אורלי כן יש לכם ודו״ח הרשמן אין לכם? |
| ש : | זאת לא תשובה לשאלה שלי. |
| ת : | אבל בטח שזאת תשובה. |
| ש : | זאת לא תשובה לשאלה שלי, |
| ת : | למה, למה שיהיה רק של אורלי? |
| ש : | משום שאתה יודע, אתה יודע שדו״ח אורלי בטעות או לא בטעות גילו לנו, ואתה מאוד הופתעת שגילו לנו וזה כתוב, |
| ת : | זה מפתיע, |
| ש : | כתוב בהקלטה שאתה עשית שלנו, שאתה אמרת שזה מאוד מפתיע אותך שזה גולה. |
| ת : | ברור שזה מפתיע. |
| ש : | זה לא היה אמור להיות, |
| ת : | נו, מה? מה רע בזה? |
| ש : | אבל זו לא תשובה לשאלה שלי. |
| ת : | זו תשובה. |
| ש : | אתה, אדוני, זאת שאלה עקרונית ואתה בורח ממנה. אתה יכול להגיד, |
| ת : | אל תציג את זה כאילו אני בורח. |
| ש : | אתה יכול להגיד, |
| ת : | אני פה, ואני עונה לך ולא, |

175



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**　　　**08 דצמבר 2025**

| | |
|---|---|
| ש : | אתה יכול להגיד, אתה קודם כל אומר שאתה לא זוכר. אוקיי? אתה לא אומר אני חד משמעית לא העברתי מסמך שיש בו מידע על הרשמן. |
| ת : | אני העברתי מידע. אני לא זוכר אם זה היה במסמך, במייל, |
| ש : | אתה לא זוכר. |
| ת : | בוואטסאפ. |
| ש : | אתה לא זוכר. אז מכיוון ואתה לא זוכר, |
| ת : | כן. |
| ש : | ואנחנו רואים את השלשלות הדברים והיא לא יכולה להיות מקרה עיוור. אוקיי? אז אני מציע לך שיש בעולם דו״ח הרשמן שאתה הכנת לבקשת אלטשולר לדבריך. |
| עו״ד אשכנזי : | כבודו, סליחה, אני, אני מתנגד לשאלה. זו עוד פעם שאלה, |
| עו״ד נחמני : | אדוני, אתה צד ג׳. איך אתה מתנגד לשאלה? |
| עו״ד אשכנזי : | מותר לי. אני חלק מהדיון. |
| עו״ד נחמני : | נו, בסדר. נו. כן. |
| עו״ד אשכנזי : | מה זאת אומרת איך אני מתנגד? אני מייצג צד. זה עוד פעם שאלה שמבקשים מהאדון להשיב על דו״ח שנמצא בארצות הברית. היא שאלה של מסקנה. אפילו לא, אף אחד לא ראה את הדו״ח הזה. הדו״ח הזה לא, |
| כב׳ השי ביטון : | בסדר. |
| עו״ד נחמני : | הוא ראה. |
| עו״ד אשכנזי : | (לא ברור) הוגש, ועכשיו אומרים לו אם זה הדו״ח שלו או לא שלו. איך יעיד? |
| עו״ד נחמני : | רגע. כשחברי אומר אף אחד לא ראה, |
| כב׳ השי ביטון : | אנחנו ניתן לזה, |
| עו״ד נחמני : | חברי עומד על זה שעורך דין פרנס לא ראה? |
| כב׳ השי ביטון : | אנחנו ניתן, |
| עו״ד אשכנזי : | אני מייצג כרגע. אני לא מעיד. |
| עו״ד נחמני : | לא אבל אם, |
| כב׳ השי ביטון : | אנחנו, |
| | (מדברים ביחד) |
| עו״ד אשכנזי : | עם כל הכבוד, אני לא מעיד. |
| עו״ד נחמני : | כן. |
| כב׳ השי ביטון : | אנחנו ניתן לזה את, את המשקל, |
| עו״ד אשכנזי : | יש לך את פרנס. |

176





# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**          **08 דצמבר 2025**

כב׳ הש׳ ביטון : את,

עו״ד אשכנזי : תשאל את פרנס.

עו״ד נחמני : כן.

כב׳ הש׳ ביטון : לתשובה הזאת את המשקל המתאים. בין אם זה מסקנה או דבר אחר, אבל הוא יכול לענות על, על השאלה גם אם השאלה מסקנתית. כן. מה, מה התשובה של אדוני?

העד, מר מתתיהו : מה השאלה?

עו״ד נחמני : היום,

כב׳ הש׳ ביטון : איך,

עו״ד נחמני : אני אשאל את זה קצר כי שאלתי את זה 10 פעמים. האם המסקנה שלך היא שמה שפרנס דיבר עליו בתצהיר שלו, ומה שהשופט ראה, הוא מסמך שהוכן על ידי מישהו אחר?

העד, מר מתתיהו : יש אפשרות שכל חוקר אחר יכלו לפנות אליו ולעשות דו״ח חקירה כזה.

ש : הבנתי. מצוין. זה לא אתה עשית?

ת : לא זכור לי שאני עשיתי.

ש : לא. אדוני,

ת : אני לא עשיתי.

ש : כשאתה אומר לא זכור לי,

ת : לא עשיתי. לא עשיתי.

ש : לא עשית. עכשיו,

ת : כן.

ש : בוא נראה, אתה, אתה, שאלה, אתה בתצהיר שלך ציטטת מהחקירות שלך במשטרה כדי להוכיח שלא אתה עשית. נכון? אז בוא נראה מה אמרת במשטרה. בוא נראה.

(מושמעת הקלטה)

העד, מר מתתיהו : אי אפשר לתבוע אותם שהם הוציאו את החומרים? מה זה?

עו״ד נחמני : בוודאי שתתבע. וגם קיבלת אותה בגילוי מסמכים. תקשיב. זה הבעיה שלך, לתבוע אותי או להעיד אמת.

העד, מר מתתיהו : לא. אתם, בריונות ברשות החוק אתם.

(המשך הקלטה)

העד, מר מתתיהו : לא חקירה. זה הפקת מידע, מה, מה,

עו״ד נחמני : אם הוצאתי דו״ח,

כב׳ הש׳ ביטון : אם העברתם את זה ללקוח.

177



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

(המשך הקלטה)

עו״ד נחמני : אדוני, בחקירה הראשונה שלך, לפני שהתחלת להנדס תשובות, שאל אותך החוקר, אריק הרשמן לא מופיע בתוך אורלי. נכון? אתה אומר לו כן. אבל התבקשת לבצע עליו חקירה. את האומר לו כן.

העד, מר מתתיהו : לא אמרתי,

ש : למה הוא לא מופיע? אתה אומר שאלה טובה. מה התשובה? אולי ביקשו ממני ב-2 דו״חות נפרדים. אבל הפקת דו״ח על אריק הרשמן? התשובה כן.

ת : הוספתי מידע,

ש : אתה יכול, תקשיב עד הסוף. אתה יכול להמציא לי אותו? לא. לא כי הוא לא קיים. למה? אני מפחד. אתה מפחד מהמשטרה? גם.

ת : לא. אני מפחד,

ש : אז עכשיו אדוני, אני שואל אותך, אתה העדת בתצהיר שלך ובפני בית המשפט עד עכשיו אמת כשאמרת שאתה לא זוכר אם הפקת דו״ח חקירה על אריק הרשמן?

ת : אני אמרתי שהפקתי מידע,

ש : לא.

ת : אני אמרתי שאני לא זוכר באיזה צורה הוצאתי אותו.

ש : אדוני, תראה. אנחנו הולכים, מראים שהדו״ח הזה הוצג בארצות הברית. ואנחנו מראים לך שפרנס העיד שהוא קיבל אותו ממך.  ועכשיו אתה במשטרה, בסמוך לאירועים, אומר כן, אני הפקתי, ביקשו את זה כנראה בנפרד. לכן ז ה בנפרד.

ת : אבל אין מה, אין איזה חומר, אין איזה דו״ח.

ש : בוודאי, משום שאתה לא רק מצהיר אי אמת בזה שאתה אומר שאין דו״ח. אתה גם מצהיר אי אמת בזה שאתה אומר שהוא לא אצלך ואתה לא יכול לגלות אותו.

ת : הוא לא אצלי.

ש : ואתה משבש,

ת : אבל אתה, אתם,

ש : לא. תן לי לסיים. למשטרה,

ת : אתם ביקשתם ממני,

ש : למשטרה לא נתת אותו. לבית משפט,

ת : אין.





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ש :    אסור להצהיר אי אמת.

ת :    היה לי צו לגילוי מסמכים.

ש :    אסור,

ת :    אין לי כזה.

ש :    אסור להצהיר אי אמת.

ת :    אבל אין כזה.

ש :    אתה אמרת לבית משפט שאתה לא מגלה אותו כי הוא לא קיים. שאתה לא עשית.

ת :    כבודו,

ש :    שאתה לא עשית.

ת :    הם לפני כמה ימים פנו אליי, אמרו לי תביא את הדו"ח, אנחנו מוותרים עליך על הקובלנה במשטרה, מוותרים על בית המשפט, מתחייבים שלא עושים לי כלום. איזה אינטרס יש לי,

ש :    כן.

ת :    לא להביא להם את הדו"ח אם הם מבקשים ממני כזה דבר?

ש :    אתה,

כב' השי ביטון :    אבל העובדה היא שאתה אומר במשטרה שאתה מפחד. אז איפה,

העד, מר מתתיהו :    אני מפחד,

כב' השי ביטון :    איפה,

העד, מר מתתיהו :    מהבן אדם הזה.

עו"ד נחמני :    רגע.

כב' השי ביטון :    אדוני אבל,

העד, מר מתתיהו :    זה בן בריון. זה לא בן אדם,

כב' השי ביטון :    מה זה קשור לבריון אדוני? אתה אומר ככה, אתה,

העד, מר מתתיהו :    אתה יודע מה הם עשו לי?

כב' השי ביטון :    אתה אומר שאתה מפחד להציג אותו. זאת אומרת שיש לך אותו. אז אתה,

העד, מר מתתיהו :    לא.

כב' השי ביטון :    איפה אתה,

העד, מר מתתיהו :    היה לי מידע שנתתי.

כב' השי ביטון :    איפה אתה אומר אמת? פה או שם?

העד, מר מתתיהו :    אבל, המידע,

כב' השי ביטון :    אתה צריך להחליט איפה אתה אומר אמת.

עו"ד נחמני :    לא. שואלים אותך על דו"ח.





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| העד, מר מתתיהו : | אני, אני הפקתי מידע. אני לא אמרתי איזה מידע. |
| כב' הש' ביטון : | אמרת לשוטר, כך אני שמעתי עכשיו במו אוזניי, |
| עו"ד נחמני : | כן. |
| העד, מר מתתיהו : | 2 דו"חות נפרדים. |
| כב' הש' ביטון : | שיש לך דו"ח גם על, גם על התובע, |
| העד, מר מתתיהו : | יש לי מידע, |
| כב' הש' ביטון : | ואתה מפחד להציג אותו אדוני. |
| העד, מר מתתיהו : | שהוצאתי על התובע. יש לי מידע שהוצאתי על התובע. |
| כב' הש' ביטון : | כן, אז למה אתה לא מציג אותו? |
| העד, מר מתתיהו : | אני בתקופה הזו, אני עברתי איתם רמת סבל שאי אפשר לתאר. בין אם זה, |
| כב' הש' ביטון : | טוב. |
| העד, מר מתתיהו : | חקירות שהם ביצעו עליי, הסחיטה באיומים שהם ביצעו. זה לא מקרה פשוט. אתה רואה מי הבן אדם? זה ממש לא פשוט. |
| עו"ד נחמני : | אנחנו רואים עם הבן אדם. אני רק, אדוני, רוצה להגיש את כל, את כל הסרטון. |
| כב' הש' ביטון : | לא הוצג בזה, |
| עו"ד נחמני : | לא, הוא, |
| עו"ד בסידן : | לא. לא הוצג ולא הוגש. |
| עו"ד אשכנזי : | לא הוצג. |
| עו"ד בסידן : | ואני גם מתנגד לזה עכשיו. |
| כב' הש' ביטון : | למה לא הוצג עד עכשיו? לא הבנתי. |
| עו"ד נחמני : | מה? מה זה לא? זה גולה בגילוי מסמכים. מה זאת אומרת? |
| עו"ד בסידן : | לא. אתה לא צירפת. |
| כב' הש' ביטון : | אבל במסגרת הראיות. |
| עו"ד אלטשולר : | לא גולה. |
| עו"ד נחמני : | זה סרטון, איך אני יכול להגיש אותו, |
| עו"ד בסידן : | לא. |
| עו"ד נחמני : | לצרף אותו לתצהיר? מציגים אותו בבית משפט. |
| כב' הש' ביטון : | ככה מציגים אותו. |
| עו"ד נחמני : | אז, |
| כב' הש' ביטון : | מציגים אותו. |





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

עו״ד נחמני :    אז נבקש, אבל מכיוון הוא גולה בגילוי מסמכים והוא הסתמך על חקירת משטרה, אני מבקש להגיש אותו. ואם, אם צריך אני אגיש למזכירות, אני לא, אם לאדוני אין איך לקבל את זה עכשיו אני אגיש את זה למזכירות.

עו״ד אשכנזי :    שום דבר.

כב׳ הש׳ ביטון :    אבל אדוני, לא ככה מציגים מסמך.

עו״ד אשכנזי :    היה צריך להציג,

עו״ד נחמני :    קודם,

כב׳ הש׳ ביטון :    המסמכים היו צריכים להיות מוגשים כמו שצריך בראיות וכולי, כמו שצריך להגיש. אתה מגיש את זה עכשיו? אני לא מבין למה.

עו״ד נחמני :    אדוני לא אמר להגיש את כל המסמכים. דרך אגב, חקירת המשטרה, לא, לא.

כב׳ הש׳ ביטון :    אדוני. בוא, באמת.

עו״ד נחמני :    אבל אדוני, חקירת המשטרה,

כב׳ הש׳ ביטון :    אני לא,

עו״ד נחמני :    חקירת המשטרה הוגשה.

כב׳ הש׳ ביטון :    אני לא, אני לא רוצה לחשוב, לחשוד בכשרים.

עו״ד נחמני :    כן.

כב׳ הש׳ ביטון :    ובמיוחד בכאלה שמביני משפט. כן? אז אני לא מניח שאתה לא מבין משפט.

עו״ד נחמני :    נכון.

כב׳ הש׳ ביטון :    ולהגיד לאדוני, להגיד לי שלא ביקשתי את הכל, זה קצת להגחיך אותי ואני לא כל כך אוהב את זה, כי אני לא אמרתי צריך להגיש.

עו״ד נחמני :    סליחה. אני, אני מתנצל. אני לא,

כב׳ הש׳ ביטון :    אני לא אמרתי מה צריך להגיש.

עו״ד נחמני :    נכון.

כב׳ הש׳ ביטון :    הדין אמר מה צריך להגיש.

עו״ד נחמני :    נכון. נכון.

כב׳ הש׳ ביטון :    הדין אמר מה צריך להגיש.

עו״ד נחמני :    נכון. עכשיו אני,

כב׳ הש׳ ביטון :    אי אפשר, כשאני הוריתי להגיש תצהירי עדות ראשית ואת כל, ואת תיק מוצגים, זה אומר שצריך להגיש כל מה שיש. לא בדיון. כן?

עו״ד נחמני :    רק אני, רק רוצה, אני,

כב׳ הש׳ ביטון :    אז אם לא הגשת את זה, אז זה לא נמצא בפניי אדוני.

181





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| עו״ד נחמני : | רגע. שנייה. רגע אדוני. |
| כב׳ הש׳ ביטון : | זה שהצגת לו את זה, בסדר, שמענו את זה. יותר מזה עכשיו להציג את זה לתיק? אני לא, |
| עו״ד נחמני : | רק, |
| כב׳ הש׳ ביטון : | אי אפשר להכניס ראיות בשלב הזה. |
| עו״ד נחמני : | רק שנייה אדוני. קודם כל, התובע בתצהירו התייחס לחקירה הזאת וציטט ממנה. אוקיי? |
| עו״ד בסידן : | יש, |
| עו״ד נחמני : | אוקיי? |
| כב׳ הש׳ ביטון : | אבל עדיין, |
| עו״ד נחמני : | וציטט ממנה. |
| כב׳ הש׳ ביטון : | לא הבנתי למה, |
| עו״ד נחמני : | ציטט ממנה וצירף את פרוטוקול החקירה. |
| עו״ד בסידן : | אתה צירפת, |
| כב׳ הש׳ ביטון : | לא הבנתי למה, |
| עו״ד נחמני : | אוקיי. |
| כב׳ הש׳ ביטון : | למה אתה לא, |
| עו״ד נחמני : | אז בסדר. אם אדוני לא רוצה, אני מבקש לקבל את זה. אני חושב שאני יכול, ראיה שגיליתי אותה והשתמשתי בחקירה נגדית, אני יכול לבקש להגיש אותה. אם אדוני לא מקבל, אני כמובן מכבד. אני לא, |
| כב׳ הש׳ ביטון : | אתה הצגת לו, אתה, זה שהצגת לו את זה בחקירה נגדית והוא השיב על זה, אוקיי. שמענו, רשמנו. |
| עו״ד נחמני : | אוקיי. |
| כב׳ הש׳ ביטון : | אבל להציג עכשיו את, |
| עו״ד נחמני : | אני לא יודע אם זה נכנס לפרוטוקול אדוני. |
| כב׳ הש׳ ביטון : | להגיש את הראיה? |
| עו״ד נחמני : | אני לא יודע אם זה נכנס לפרוטוקול. |
| כב׳ הש׳ ביטון : | נכנס לפרוטוקול מה, מה ששאלת ומה שהוא השיב. |
| עו״ד נחמני : | הבנתי. |
| כב׳ הש׳ ביטון : | להגיש עכשיו ראיה זה, גם אם היא ראיה מאוד חשובה, |
| עו״ד נחמני : | היא, את אותם דברים אדוני דרך אגב הוא אמר, |
| כב׳ הש׳ ביטון : | היה צריך להגיש את זה אדוני במועד. |





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025

| | |
|---|---|
| עו"ד נחמני : | אותם דברים צוטטו בתצהיר של התובע עם הפניה למסמך שמוגש, שעומד בפני אדוני. זה לא, זה לא משנה. |
| כב' הש' ביטון : | בסדר. |
| עו"ד נחמני : | אוקיי. |
| כב' הש' ביטון : | אז אנחנו נתייחס לזה. למה שיש. |
| עו"ד נחמני : | 100 אחוז. 100 אחוז. עכשיו אתה התחלת, אתה התחלת להגיד משהו? אני פשוט, נקטענו. |
| העד, מר מתתיהו : | נראה לך אני זוכר? |
| ש : | אתה לא זוכר. אוקיי. בסדר גמור. עכשיו, תראה, אתה אמרת שאנחנו הפעלנו עליך חוקרים פרטיים. |
| ת : | כן. יש לי גם הוכחות לזה. |
| ש : | כן? צירפת את ההוכחות? |
| ת : | לא. למה שאני אצרף? |
| ש : | לא. את ההוכחות האלה נתת למשטרה? |
| ת : | אני הגשתי, אני, גם בפני אייל רון שאין ספק בכלל שאתם עמדתם מאחוריו, |
| ש : | שבית המשפט יבין מי זה אייל רון כי בית המשפט לא הבין. |
| ת : | אייל רון זה החוקר שחקר אותי במשטרה. |
| ש : | כן. |
| ת : | ואין ספק שהוא דיבר מגרונכם. |
| ש : | כן. |
| ת : | והעליתי לו כמה פעמים את הדברים האלה, וראיתי את ההתייחסות שלו בגיחוך, |
| ש : | כן. |
| ת : | לדבר הזה. אז מה אני יכול לעשות? |
| ש : | אז למה אתה לא, תראה, אתה, |
| ת : | אני לא אלך למשטרה. אני, |
| ש : | אבל פה, לבית משפט, אתה מגיש תצהיר שיש לך הוכחות שהתובע שלח עליך, |
| עו"ד בסידן : | לא הגיש תצהיר, |
| עו"ד נחמני : | חוקרים פרטיים. עליך ועל ילדיך, ואני לא יודע מה. |
| העד, מר מתתיהו : | כן. |
| ש : | איפה ההוכחות לזה? |

183





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                08 דצמבר 2025

ת :    יש את הסרטונים לזה.

ש :    כי אם, אם אין לך הוכחות, אז אתה טוען טענה מאוד מאוד חמורה בעלמא.

ת :    לא. יש לי גם סרטונים לזה.

ש :    כן.

ת :    יש גם דיסק און קי.

ש :    כן.

ת :    שהוא נמצא אצל ראש דסק החדשות של ערוץ 12.

ש :    כן.

ת :    שהוא שם עם כל הדברים.

ש :    כן.

ת :    ואמרתי לה ברגע שאני אגיד לך, תשדרי את זה.

ש :    הבנתי.

ת :    זה הכל.

ש :    עכשיו תגיד לי, למה בגילוי מסמכים שלך לא אמרת שיש לך את אותן ראיות שתומכות לכאורה בטענה של העדות שלך בתצהיר?

ת :    ש-מה?

ש :    אתה בתצהיר מעיד שאתה נסחט, עוקבים אחריך, אני לא,

ת :    אני,

ש :    אחרי ילדיך.

ת :    זה לא כוחות.

ש :    תקשיב רגע.

ת :    אני לא,

ש :    תקשיב רגע. לא צירפת את הראיות האלה לתצהיר שלך. שאלתי אותך למה, אתה אומר זה, יש, זה מצוי בכל מיני מקומות, ערוץ 12, לא יודע. אוקייי? אני שואל, אתה עשית,

ת :    גם אני עברתי,

ש :    רגע. שאלה עד הסוף.

ת :    סוג של התקף חרדה ואירוע לבבי, הייתי שבוע בבית חולים. הוא צחק על זה ככה.

ש :    שאלה עד הסוף.

ת :    כשהיא אומרת לו שאם בעיה לבוא ולעמוד, הוא צוחק על זה ככה. זו התנשאות. זה בריונות וזה גועל נפש.

184





## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש :   100 אחוז.

ת :   תמשיך.

ש :   אני, אני מתנצל. עכשיו, שאלתי אותך למה לא צירפת את זה לתצהיר שלך
כשאתה טוען טענה כל כך חמורה כלפי,

ת :   אני לא עושה עם זה כלום. אני לא אעשה עם זה כלום.

ש :   אני רוצה שאתה, יש לי שאלה.

ת :   אני,

ש :   אתה יודע כבר את התשובה לפני השאלה או שאתה רוצה לשמוע את
השאלה?

ת :   תשאל.

ש :   אתה תיתן לי לשאול אותך שאלה?

ת :   קדימה.

ש :   תודה. תן לי לשאול אותך בשקט. חבל, תראה כמה זמן אנחנו מבזבזים.
שאלתי אותך למה לא צירפת. סיפרת איזה שהוא סיפור. עכשיו, אני
שואל, למה לא גילית בגילוי מסמכים? יש, הגשת תצהיר גילוי מסמכים
כללי שאין בו שום פירוט של ראיות שמלמדות שהתובע או אני או מישהו
מטעמנו עקבנו אחריך, אחרי ילדיך, עשינו לך נזק,

ת :   כין אין בזה,

ש :   איימנו עליך.

ת :   אני יודע שאין בזה שום תועלת.

ש :   אוקיי. אתה מצרף לתצהיר גילוי מסמכים רק דברים שיש בהם תועלת
מבחינתך?

ת :   לא. דברים שיעזרו לי. אני יודע שהמשטרה, אם אני הייתי פונה אליה
במקרה הזה, זה היה עקר לחלוטין.

ש :   הבנתי.

כב' הש' ביטון :   אתה יכול להסביר איך השגת את המידע הזה? גם על הגברת וגם על
התובע? גם על אשתו וגם על התובע?

העד, מר מתתיהו :   ש-מה?

כב' הש' ביטון :   איך הוצאת את הכניסות ויציאות ואיך הוצאת חשבונות בנק?

העד, מר מתתיהו :   על אורלי גנגר נתתי את הדין בבית המשפט הקודם של התביעה של אורלי
גנגר.

כב' הש' ביטון :   אז איך הוצאת?

185



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**                    **08 דצמבר 2025**

| | |
|---|---|
| העד, מר מתתיהו : | השתמשתי בקבלני משנה. כשאייל רון, החוקר, שאל אותי איזה קבלני משנה, אמרתי לו אני לא מנהל רישום מדויק. אלה כל קבלני המשנה שלי. בוא תיקח את כל רשימת קבלני המשנה ותחקור אותם. אז הוא אמר לי, תוציא לי רק לתאריכים ספציפיים. הוצאתי, וזה נפל על דקל חקירות, חגי תאומים. |
| כב׳ הש׳ ביטון : | ו-? |
| העד, מר מתתיהו : | החשבוניות שבאותן תאריכים. |
| כב׳ הש׳ ביטון : | הם הביאו את המידע? |
| העד, מר מתתיהו : | זה, זה החשבוניות שהוציאו. |
| כב׳ הש׳ ביטון : | גם את הכניסות ויציאות וגם, |
| העד, מר מתתיהו : | שאני שילמתי. |
| כב׳ הש׳ ביטון : | את הכל? |
| העד, מר מתתיהו : | מה? |
| כב׳ הש׳ ביטון : | גם כניסות ויציאות וגם, |
| העד, מר מתתיהו : | אני, כן. |
| כב׳ הש׳ ביטון : | חשבונות? |
| העד, מר מתתיהו : | זו תקופה שהוצאתי את כל החקירות החוצה. לא עשיתי, |
| כב׳ הש׳ ביטון : | אז זה לא, זה לא משהו שאתה עשית באופן, |
| העד, מר מתתיהו : | לא. |
| כב׳ הש׳ ביטון : | עצמאי? |
| העד, מר מתתיהו : | לא. |
| כב׳ הש׳ ביטון : | גם לא על התובע? |
| העד, מר מתתיהו : | גם לא על התובע. |
| כב׳ הש׳ ביטון : | אבל שאלה, |
| העד, מר מתתיהו : | זה, |
| כב׳ הש׳ ביטון : | שאלה, עוד פעם, שאני חוזר עליה. אומרת הגברת אלטשולר, היא אמרה לך להעביר את זה הלאה לגנגר או לפרנס. כן? ושאתה העברת את זה. |
| העד, מר מתתיהו : | אני, שוב, אני נשבע שוב, בילדיי, שאוטוטו יש לבן שלי הקטן משחק כדורגל והדבר שאני הכי רוצה בעולם זה להיות איתו. נשבע לך בבן שלי, |
| כב׳ הש׳ ביטון : | כן. |
| העד, מר מתתיהו : | ובשאר הילדים שלי, בכל ה-3 האחרים, אין לי, אני לא זוכר ואין לי שמץ של מושג למי עוד העברתי. אני לא זוכר. |
| כב׳ הש׳ ביטון : | אבל זה יכול להיות שהיא החזירה לך ואמרה לך תעביר את זה הלאה? |

186





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

העד, מר מתתיהו : אני לא זוכר.

כב׳ הש׳ ביטון : היא הזמינה את זה, לא?

העד, מר מתתיהו : כן. התקשורת שלי הייתה מולה.

כב׳ הש׳ ביטון : היא הזמינה.

העד, מר מתתיהו : כן.

כב׳ הש׳ ביטון : ומי נתן לך כרטיס אשראי? תשלם?

העד, מר מתתיהו : לא זוכר מי התקשר אליי עם כרטיס אשראי לתשלום. אני לא זוכר.

כב׳ הש׳ ביטון : אתה זוכר,

העד, מר מתתיהו : זה לא פרטים שאתה זוכר.

כב׳ הש׳ ביטון : אתה זוכר שהיא,

העד, מר מתתיהו : זה לא,

כב׳ הש׳ ביטון : אבל אתה זוכר שהיא הזמינה?

העד, מר מתתיהו : כן. ההתנהלות שלי הייתה מולה.

כב׳ הש׳ ביטון : רק מולה?

העד, מר מתתיהו : כן.

כב׳ הש׳ ביטון : לא התנהלת מול אף אחד אחר?

העד, מר מתתיהו : אף אחד אחר.

כב׳ הש׳ ביטון : גם לא במייל?

העד, מר מתתיהו : גם לא במייל.

כב׳ הש׳ ביטון : גם לא במייל.

העד, מר מתתיהו : עד כמה שאני זוכר. לא.

כב׳ הש׳ ביטון : פרנס, התנהלת מולו?

העד, מר מתתיהו : פרנס, הכרתי אותו רק אחרי.

כב׳ הש׳ ביטון : אז לא הכרת אותו לפני כן. ואת גנגר?

העד, מר מתתיהו : גנגר, רק בהזמנה של העבודה.

כב׳ הש׳ ביטון : היא אמרה,

העד, מר מתתיהו : את, לא גנגר. סליחה. את אלטשולר. גנגר לא הכרתי בכלל.

כב׳ הש׳ ביטון : בכלל לא. אז כלומר, אתה נתבקשת על ידה להעביר את החקירה הכלכלית, העברת לה, קיבלת כרטיס,

העד, מר מתתיהו : תמורה ושלום על ישראל.

כב׳ הש׳ ביטון : קיבלת כרטיס אשראי?

העד, מר מתתיהו : כן.

כב׳ הש׳ ביטון : קיבלת כרטיס אשראי.

187





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025

העד, מר מתתיהו : לא יודע אם זו פקידה התקשרה, אם זה, לא זוכר. אני לא זוכר.

כב׳ הש׳ ביטון : ובזה נגמר העניין?

העד, מר מתתיהו : כן.

כב׳ הש׳ ביטון : אוקיי.

עו״ד נחמני : עכשיו תראה רגע, אתה השבת לכבוד בית המשפט שדקל חקירות עשה את החקירות האלה.

העד, מר מתתיהו : אני אמרתי שבתקופה הזו, הקבלן היחידי שהוצאתי לו תשלום, ששילמתי לו תשלום, זה היה דקל חקירות. ואז אמרתי, גם בחקירת המשטרה, שהיו עוד קבלני משנה שבאותה תקופה עשו לי חקירות אבל לא שילמתי עליהן באותו זמן.

ש : יש לי שאלה מאוד פשוטה אליך. האם אתה מעיד פה בבית המשפט שדקל חקירות עשה את החקירות האלה ומסר לך את המידע?

ת, : אז אני שוב אומר לך.

ש : כן.

ת : לא התנהל רישום מי ביצע מה. אני עובד עם הרבה מאוד קבלני משנה.

ש : אוקיי.

ת : בחשבוניות, באותו חודש תשלומים שאני שילמתי, זה היה, יש לי את החשבוניות,

ש : לא שאלתי למי שילמת.

ת : אבל זו האינדיקציה הייתה שלי.

ש : לא, זה, אדוני. אתה,

ת : אני יכול להראות לך שמאז יש לי,

ש : תקשיב.

ת : אקסל מדויק.

ש : תקשיב.

ת : כל אחד מי עושה מה.

ש : בוא אני אשאל אותך שאלה כזאת. אתה קיבלת, אתה נתת, מסרת את הדו״ח על אורלי ב-12 לספטמבר. אתה גבית כסף בסוף אוגוסט.

ת : אוקיי.

ש : אוקיי? המידע שאתה מסרת, לא משנה אם זה על אורלי, על אריק, על שניהם, הוא נמסר לך פחות או יותר באוגוסט, ספטמבר. נכון? הוא לא נמסר לך חצי שנה קודם כי לא הכרת את האנשים האלה.

ת : נכון.

188



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש : נכון? בספטמבר אתה כבר יושב איתנו במשרד וטוען שמאיימים עליך.

אוקיי? בספטמבר, זכרת מי מסר לך את המידע? 10 ימים אחר כך.

ת : אז אני עניתי לך אז, ועניתי עם המשפט של אורלי גנגר.

ש : כן? ומה התשובה?

ת : שאין.

ש : לא, לא, לא אין. אדוני, אתה,

ת : שאין לי את המידע מי ביצע,

ש : באירוע הזה, אתה,

ת : למה לא,

ש : אדוני.

ת : הבאת את חגי תאומים פה לחקור אותו?

ש : שאלה מצוינת. אני צריך להביא את, רגע, אתה חושב שחגי תאומים צריך להיות עד פה במשפט?

ת : אתה,

ש : אדוני, אתה חושב שחגי תאומים צריך להיות עד פה במשפט?

ת : אני לא חושב שום דבר.

ש : הבנתי. עכשיו, למה אתה לא הבאת את חגי תאומים לחקור אותו אם אתה טוען שהוא שותף עסקי שלך ולטענתך יש אפשרות שהוא מסר לך את המידע?

ת : הוא נחקר במשטרה.

ש : אדני, אני אשאל אותך את השאלה עוד פעם.

ת : אבל הוא נחקר במשטרה.

ש : אני אשאל אותך את השאלה עוד פעם.

ת : הוא לא  זוכר את המידע.

ש : אז גם חגי תאומים,

ת : הוא לא זוכר שהוא עשה,

ש : לא,

ת : את החקירה.

ש : כן.

ת : והוא נחקר במשטרה על זה.

ש : אז תקשיב. אתה לא זוכר שזה חגי תאומים. חגי תאומים לא זוכר שזה חגי תאומים, ואתה מספר לבית המשפט סיפור שלפי איזה חשבונית שמצאת אצלך, מישהו אחר עשה את זה. נכון?



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                08 דצמבר 2025

ת: לא.

ש: לא? אדוני, כשאתה היית אצלנו וכבר הבנת שזה היה Issue גדול, אתה אומר, אתה מעיד שהחיים שלך השתנו בעקבות האירוע הזה. איימו,

ת: לא השתנו אבל,

ש: תן לי רגע לסיים. אתה חייב לתת לי לסיים. איימו עליך, איימו על ילדיך, אתה לא מראה לנו את הראיות.

ת: למה שאני אראה,

ש: אדוני, זה לא, זה לא סביר שאתה לא זוכר ממי קיבלת את המידע הזה. העדות שלך שאתה לא זוכר ממי קיבלת את המידע שלדבריך גרם לתהפוכה מאוד גדולה בחיים שלך, היא לא סבירה. היא לא אמתית. אתה מסתיר משהו.

כב' השו' ביטון: מה התשובה אדוני? אתה מסתיר או לא מסתיר?

העד, מר מתתיהו: אני, שוב, נתתי את הדין על אורלי גנגר. שילמתי את מה שהיה צריך בתביעה של אורלי גנגר וזהו.

כב' השו' ביטון: אבל כאן אנחנו עכשיו בקשר לתובע, לא בקשר לאורלי.

העד, מר מתתיהו: כן, עם התובע,

כב' השו' ביטון: עם אורלי גנגר נקבע שעשית, ביצעת עוולה בזה שהוצאת חומר בצורה, זה, עכשיו אני אשאל אותך שאלה. שם נקבע מה שנקבע. זה כבר השתק פלוגתא, כן? אם, אם שם הוצאת, אם שם נקבע שהוצאת את זה בדרך לא, לא, חוקית, כן?

העד, מר מתתיהו: (לא ברור),

כב' השו' ביטון: תוך הפרת, תוך הפרת,

העד, מר מתתיהו: שלא הצגתי מי הקבלן,

כב' השו' ביטון: הגנת הפרטיות, נאמר ככה, כן? אז אם ככה, גם ביחס אליו שהוצאת,

העד, מר מתתיהו: אבל עליו אין דו"ח. אין, אין את המידע שאני הוצאתי עליו.

כב' השו' ביטון: אבל אתה הרגע אמרת שיש, קודם כל אמרת,

העד, מר מתתיהו: שיש מידע.

כב' השו' ביטון: עשית בדיקה. הוצאת בדיקה. גם בחקירה, בתצהיר שלך אתה אומר זכור לי שנערכה בדיקה אודות התובע, אולם לא זכורה לי מהותה. זאת אומרת, עשית בדיקה, כן?

העד, מר מתתיהו: כן.

190



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

כב' הש' ביטון: עכשיו במשטרה אמרת שיש דו"ח. אתה רק מפחד להציג אותו, כן? אז מכאן מציגים, מסיקים שיש דו"ח בדיקה, תקרא לזה איך שאתה לא רוצה, כן? יש מידע שהצגת, העברת לגברת אלטשולר, כן?

העד, מר מתתיהו: כן.

כב' הש' ביטון: וזה עבר הלאה, כנראה לפרנס ולגנגר, ולכן זה הגיע גם לשופט בארצות הברית שלא סתם ציין את זה בפסק הדין שלו, כן?

העד, מר מתתיהו: אבל אני לא אומר שהמידע הזה, הדו"חות יציאות והבנקים. זה יכול להיות,

כב' הש' ביטון: לא.

העד, מר מתתיהו: כתובות קודמות, חברות.

כב' הש' ביטון: הכל יכול להיות, אבל, אבל אתה יודע מה היה שם.

העד, מר מתתיהו: אז,

כב' הש' ביטון: אם אתה, אם, אם רק אתה יודע מה היה שם,

העד, מר מתתיהו: אני יודע שאם זה היה,

כב' הש' ביטון: אם רק אתה יודע מה היה שם ואתה לא רוצה להציג, כן?

העד, מר מתתיהו: לא. אבל אם זה היה כניסות ויציאות,

כב' הש' ביטון: או, או משתמש, או משתמש בעניין הזה בזיכרון, כן? אז,

העד, מר מתתיהו: אני אומר שאם זה היה אותו מידע על גנגר,

כב' הש' ביטון: למה שנניח שאתה, שאתה דובר אמת כאן?

העד, מר מתתיהו: אבל, כי אם זה היה,

כב' הש' ביטון: כי אמרת למשטרה שאתה מפחד, אדוני. אתה אמרת במשטרה שאתה מפחד,

העד, מר מתתיהו: כל,

כב' הש' ביטון: להציג את זה.

העד, מר מתתיהו: כל, כל מידע,

כב' הש' ביטון: זאת אומרת שאתה יודע. אתה יודע, אתה כבר במשטרה, מה היה שם, מה הוצא משם, כן? ושיהיה הדו"ח, ואתה מפחד להציג אותו. כן.

העד, מר מתתיהו: כל מידע שהייתי מפיק על אריק הרשמן, הייתי מפחד להציג אותו.

כב' הש' ביטון: לא.

העד, מר מתתיהו: זה לא קשור,

כב' הש' ביטון: אבל באותו רגע ידעת שזה, שזה, שזהו משהו שמפחיד אותך? אם, אם ככה, אז למה הוצאת אותו?

העד, מר מתתיהו: אבל זה היה כבר במסכת של דברים,

191



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                   08 דצמבר 2025

כב׳ הש׳ ביטון : מראש ידעת מי, מי זה הרשמן? או מי זאת,

העד, מר מתתיהו : בחקירת משטרה? בטח שכבר ידעתי.

כב׳ הש׳ ביטון : לא. כשהוצאת את, את הדברים.

העד, מר מתתיהו : לא. כשהוצאתי את הדו״ח,

כב׳ הש׳ ביטון : לא ידעת, נכון? לא אמרו לך, נכון?

העד, מר מתתיהו : לא.

כב׳ הש׳ ביטון : נו.

העד, מר מתתיהו : לא אמרו לי.

כב׳ הש׳ ביטון : אז, אז, אז אם,

העד, מר מתתיהו : אבל אם הייתי מפיק עם דו״ח של בנקים וכניסות ויציאות, אז המחיר היה הרבה יותר יקר. זה לא הגיוני,

כב׳ הש׳ ביטון : אבל מה, מה אכפת,

העד, מר מתתיהו : שעל 4,000 שקל,

כב׳ הש׳ ביטון : מה אכפת עכשיו מהמחיר?

העד, מר מתתיהו : כי זה, זה הוכחה לזה,

כב׳ הש׳ ביטון : אתה שולח אותנו לבדוק מה המחירים שלך. מה אנחנו יודעים? אולי, אולי חוקר אחר מוציא את זה בפחות או יותר? מה זה עניין לנו עכשיו?

העד, מר מתתיהו : רק, אבל כי,

כב׳ הש׳ ביטון : אתה הצגת מחירים?

העד, מר מתתיהו : כי רשום בחשבונית חקירה אחת.

כב׳ הש׳ ביטון : אבל אתה בעצמך אמרת שעשית בדיקה.

העד, מר מתתיהו : אבל הבדיקה הזאת,

כב׳ הש׳ ביטון : והגברת אלטשולר,

העד, מר מתתיהו : היא לא הייתה משמעותית, כבודו.

כב׳ הש׳ ביטון : והגברת אלטשולר הודתה כאן והיא אמרה את כל האמת, לפחות לשיטתה. בחלק הזה בכל מקרה, כן?

העד, מר מתתיהו : אבל מה היא אומרת? שהיו 2 מיילים.

כב׳ הש׳ ביטון : אני, אני אומר,

העד, מר מתתיהו : 2 מיילים זה,

כב׳ הש׳ ביטון : אני אומרת אני ביקשתי גם על אורלי וגם על, על התובע, על אריק. כן. וזה היא ביקשה ממך. כן.

העד, מר מתתיהו : מה?

כב׳ הש׳ ביטון : כן.

192





## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| העד, מר מתתיהו : | שביקשה את אותו דבר? |
| עו"ד נחמני : | כן. |
| כב' השי ביטון : | כן. שהיא ביקשה בדיקות על, |
| העד, מר מתתיהו : | אז אני לא זוכר שהיא ביקשה את אותו דבר. |
| כב' השי ביטון : | היא ביקשה בדיקות על שניהם. |
| העד, מר מתתיהו : | אוקיי. |
| עו"ד נחמני : | אבל אדוני, אתה על כל שאלה שאתה נשאל על דו"ח הרשמן, שהוא לא גולה, אתה אומר שאתה לא זוכר. |
| העד, מר מתתיהו : | זה לא נכון. |
| ש : | אתה לא זוכר מה ביקשו ממך, אתה לא זוכר למי העברת. |
| ת : | לא. למי העברתי אני לא זוכר, |
| ש : | אתה לא זוכר, אתה לא זוכר מי עשה אותו. אוקיי? אתה לא זוכר אם היה כזה. אתה פשוט לא זוכר. |
| ת : | אני יודע שהיה, |
| ש : | כי נוח לך לא לזכור. |
| ת : | בסדר. |
| ש : | אוקיי? עכשיו, אתה אמרת לבית משפט שאתה מסיק שלא היה דו"ח הרשמן מהתשלום. נכון? |
| ת : | גם, כן. |
| ש : | כי התשלום הוא נמוך מדי. זה נכון? |
| ת : | זה, לפי החשבונית יש חקירה אחת, |
| ש : | כן. |
| ת : | תשלום אחד. |
| ש : | כן. |
| ת : | וזהו. |
| ש : | ו-2 דו"חות. |
| ת : | למה 2 דו"חות? |
| ש : | כי אתה הפקת 2 דו"חות. |
| ת : | אני לא יודע מה אתה מנסה, |
| ש : | אתה לא, |
| כב' השי ביטון : | אני רוצה רק לשאול אותך שאלה. |
| עו"ד נחמני : | כן. |

193





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| כב' השי ביטון : | שאני שכחתי, התכוונתי לשאול עוד משהו ולרגע זה נשכח לי. התחלתי ואמרתי לך. לגבי מה שנקבע לגבי אורלי, נקבע מה שנקבע. שם נקבע שאתה הוצאת דו"ח כניסות ויציאות, ואת המידע על הבנקים. וראינו את זה. רואים את זה. זה כבר אי אפשר להכחיש ולהשתמש בזיכרון, |
| העד, מר מתתיהו : | נכון. |
| כב' השי ביטון : | כזה או אחר, נכון? יופי. עכשיו, אמרה הגברת אלטשולר שהיא יודעת, היא, עורכת דין אלטשולר, כן? נדייק. כן. שהיא יודעת, וזה חשוב, שיש דרך חוקית גם להוציא את, את המסמכים הללו. אתה, אתה, |
| העד, מר מתתיהו : | זה, זה לא את המסמכים. |
| כב' השי ביטון : | אתה, |
| העד, מר מתתיהו : | את המידע. |
| כב' השי ביטון : | את המידע הזה. כן. |
| העד, מר מתתיהו : | את המידע, |
| כב' השי ביטון : | אתה כחוקר, |
| העד, מר מתתיהו : | יש הרבה דרכים להוציא. |
| כב' השי ביטון : | אתה כחוקר וכמי שהביא את המידע הזה בסופו של דבר, |
| העד, מר מתתיהו : | כן. |
| כב' השי ביטון : | מה הדרך החוקית שאתה מכיר להוציא את המידע הזה? |
| העד, מר מתתיהו : | יש דרך רשתות חברתיות, יש שיחות (לא ברור) שעושים בני משפחה, יש שכנים בכתובות קודמות. יש הרבה דרכים. |
| כב' השי ביטון : | שיודעים להגיד מועדי כניסות ויציאות? |
| העד, מר מתתיהו : | בטח. בטח. |
| כב' השי ביטון : | מועדי כניסות ויציאות מן הארץ? |
| העד, מר מתתיהו : | כן. |
| כב' השי ביטון : | אבל זה, |
| העד, מר מתתיהו : | זה לא עכשיו, |
| כב' השי ביטון : | אבל זה דו"ח שמופק על ידי משרד, מרשם האוכלוסין. |
| העד, מר מתתיהו : | מי אמר שאני ניגשתי בכלל למרשם האוכלוסין? |
| כב' השי ביטון : | אז איך? אז לאן? למי הגשת? |
| העד, מר מתתיהו : | אני לא ניגשתי לשום מקום, |
| כב' השי ביטון : | אז למי ניגשו? |
| העד, מר מתתיהו : | להוציא את המידע הזה. |
| כב' השי ביטון : | אז איך מוציאים את המידע הזה? |

194



**בית משפט השלום בתל אביב -יפו**

ת"א 27635-04-21 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

העד, מר מתתיהו : אז, שוב, אז אני, אם אני צריך לעשות את החקירה הזאת,

כב' השי ביטון : בוא תגיד לי איך הוצאת את זה לגבי אורלי. כי שם יש מידע,

העד, מר מתתיהו : אורלי, דרך קבלן משנה.

כב' השי ביטון : כן?

העד, מר מתתיהו : אם אני צריך לעשות את זה,

כב' השי ביטון : אני שואל מה הדרך החוקית,

עו"ד בסידן : אז הוא עונה לך, מה,

כב' השי ביטון : שלך או של קבלן משנה,

עו"ד בסידן : הוא עונה, אם הוא צריך לעשות את זה, הוא,

העד, מר מתתיהו : אם אני עושה את זה, ואני עושה הרבה חקירות כאלה,

כב' השי ביטון : מה הדרך החוקית? אם אתה עושה את זה, אם אתה עשית את זה או לא עשית את זה, האם אתה עושה את זה, ועשית, עשית את זה לגבי אורלי. לפחות ככה זה נקבע, כן.

העד, מר מתתיהו : כן.

כב' השי ביטון : איך הוצאת דו"ח כניסות ויציאות של אורלי?

העד, מר מתתיהו : של אורלי, זה דרך קבלן משנה.

כב' השי ביטון : איך קבלן משנה הוציא את דו"ח הכניסות והיציאות?

העד, מר מתתיהו : אז אני יודע שיש הרבה דרכים חוקיות להוציא את זה.

כב' השי ביטון : למשל, תן לי דוגמא אדוני. אני קצת מבין בחוק קצת.

העד, מר מתתיהו : סבבה. אז,

כב' השי ביטון : גם הגברת,

העד, מר מתתיהו : אנחנו בודקים,

כב' השי ביטון : גם הגברת אלטשולר מבינה בחוק כי היא אמרה שיש דרך חוקית.

העד, מר מתתיהו : אז אנחנו בודקים,

כב' השי ביטון : אתה יכול ללמד אותי מה הדרך החוקית?

העד, מר מתתיהו : אני לא יכול ללמד אותך, אבל אני יכול,

כב' השי ביטון : למה? אני רוצה,

העד, מר מתתיהו : להגיד לך איך אנחנו עושים.

כב' השי ביטון : אני, אין אדם, כל אדם לומד מכל אדם. כן.

העד, מר מתתיהו : אז השיטות שאנחנו עושים את זה,

כב' השי ביטון : אני, אני מדבר בשיא הרצינות. יש עניין, יש עניין, דבר אחד, דבר אחד היא הציגה כאן והיא אמרה בצדק, הדרך החוקית היא שאני מקבל ייפוי כוח, כן? אז אנחנו יודעים,

195



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

העד, מר מתתיהו : לא. זה ממש לא בכיוון הזה בכלל.

כב׳ הש׳ ביטון : ואני מקבל ייפוי כוח, או שאני מקבל מהנמען שנותן לי,

העד, מר מתתיהו : זה לא בכיוון הזה בכלל.

כב׳ הש׳ ביטון : אפשרות לגשת בשמו למשרד רישום האוכלוסין, כן?

העד, מר מתתיהו : כן.

כב׳ הש׳ ביטון : אני מדבר על הדרך החוקית שאני נותן צווים.

העד, מר מתתיהו : כן.

כב׳ הש׳ ביטון : ואני, ואתה יכול לקבל את זה עם צו שלי. זה בסדר. זה משהו אחר, כן? אבל כשהלקוח שלך או, זה, נותן לך ייפוי, הוא אומר לך תלך למשרד, תוציא לי, זה בסדר. יוציאו לך.

העד, מר מתתיהו : אז אני יכול להראות לכבודו,

כב׳ הש׳ ביטון : אבל מה הדרך האחרת?

העד, מר מתתיהו : עשרות דו״חות חקירה,

כב׳ הש׳ ביטון : כן.

העד, מר מתתיהו : שאנחנו עושים במשרד, גם מאז המקרה הזה אני פחות כבר מוציא החוצה. אני משתדל להעסיק שכירים.

כב׳ הש׳ ביטון : כן.

העד, מר מתתיהו : של עשרות דו״חות שאנחנו עושים שהדרך החוקית,

כב׳ הש׳ ביטון : כן.

העד, מר מתתיהו : זה גם דרך רשתות חברתיות. גם דרך מקומות עבודה שאנשים עובדים, לשאול אותם על, על העובד שלהם. זה הכל בחקירות סמויות, בכיסוי.

כב׳ הש׳ ביטון : לדעת את החשבון בנק של, של אדם איך?

העד, מר מתתיהו : מה הבעיה לדעת חשבון בנק של בן אדם?

כב׳ הש׳ ביטון : איך?

העד, מר מתתיהו : יש רשמי משכונות, רשמי חברות, דן אנד ברד סטריט, שיחות בכיסוי לאנשים. מה הבעיה לדעת? ללכת לסניף בנק לבקש להפקיד 200 שקל לחשבון. שואלים אותו מה מספר החשבון, אני אומר אני לא זוכר, יש לי מספר תעודת זהות. בודקים את תעודת הזהות. מקישים, היא אומרת, אה, הוא בסניף זה וזה. זה לא בעיה. עושים את זה כל הזמן. זה לא בעיה.

כב׳ הש׳ ביטון : אוקיי. ואיך אתה עושה את זה לגבי כניסות ויציאות?

העד, מר מתתיהו : אז גם, אז בשיחות בכיסוי לבני משפחה, לשכנים, אנחנו בודקים,

כב׳ הש׳ ביטון : אבל כניסות ויציאות אדוני צריך לדעת מתאריך עד תאריך איפה הוא היה, מתאריך עד תאריך,





# בית משפט השלום בתל אביב -יפו

08 דצמבר 2025         ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'

| | |
|---|---|
| העד, מר מתתיהו : | אז יש לפעמים שאנחנו (לא ברור) בדיוק, |
| כב' הש' ביטון : | זה דו"ח שהופק במרשם האוכלוסין. |
| העד, מר מתתיהו : | אז יש לפעמים ששכן, |
| כב' הש' ביטון : | אני לא, אני לא זוכר, תאמין לי, אני לא זוכר, אולי אתה זוכר או מישהו כאן זוכר, כמה, מתי הוא יצא מן הארץ ולאיזה תקופות. אני לא זוכר בשנה שעברה באיזה, תאמין לי, אשתי תשאל אותי מתי יצאנו, |
| העד, מר מתתיהו : | אדוני. |
| כב' הש' ביטון : | אני לא יודע מתי יצאנו. |
| העד, מר מתתיהו : | אבל, אבל יש כאלה שזוכרים את התאריכים. |
| כב' הש' ביטון : | לא זוכר. מה לעשות? אולי הזיכרון שלי, בגלל שאני, |
| העד, מר מתתיהו : | ואם אני עושה לך, |
| כב' הש' ביטון : | קורא כל כך הרבה תיקים אני לא זוכר, אבל אדוני, אולי אתה זוכר. |
| העד, מר מתתיהו : | ואם עושים שיחה בכיסוי לבן אדם, |
| כב' הש' ביטון : | כן. |
| העד, מר מתתיהו : | שאומרים לו אני רוצה לעניין אותך במבצע לחופשות לחו"ל. בוא תגיד לנו מה, מה, |
| כב' הש' ביטון : | אז הוא זוכר להגיד לך תאריכים מדוייקים, |
| העד, מר מתתיהו : | אז יש כאלה שיגידו, |
| כב' הש' ביטון : | מתי הוא יצא מן הארץ? |
| העד, מר מתתיהו : | יש כאלה, גם זה לא היה, זה היה, |
| כב' הש' ביטון : | מהדו"ח שהפקתם לגבי אורלי זה היה שנים אחורה. |
| העד, מר מתתיהו : | אבל זה 2 שורות גם. זה לא עכשיו מידע. |
| כב' הש' ביטון : | שנים אחורה לגבי אורלי. |
| העד, מר מתתיהו : | בסדר. שוב, אני לא עשיתי את הדו"ח. |
| כב' הש' ביטון : | 16', 15', |
| העד, מר מתתיהו : | אני לא עשיתי את, אני לא הוצאתי את המידע הזה. |
| כב' הש' ביטון : | אז אני שואל אותך. |
| העד, מר מתתיהו : | אז אני אומר לך איך אני עושה את זה. |
| כב' הש' ביטון : | מי, איך אפשר להוציא את זה? |
| העד, מר מתתיהו : | אז שאלת אותי, אז אני עונה. |
| כב' הש' ביטון : | בדרך חוקית. |
| העד, מר מתתיהו : | אז אני אמרתי. |
| כב' הש' ביטון : | כן. |



197



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

| | |
|---|---|
| העד, מר מתתיהו : | יש הרבה דרכים להוציא את המידע הזה. |
| כב' השי ביטון : | אבל תראה, יש לנו, יש לנו עדות שלפחות נאמר שאדם שאדם בשם דוד עצמו נכנס במרשם האוכלוסין. |
| העד, מר מתתיהו : | יש גם עדויות על עוד, |
| | (הפסקה) |
| העד, מר מתתיהו : | 6 פעמים שנכנסו, |
| כב' השי ביטון : | וממש לאחר מכן זה מופק. |
| העד, מר מתתיהו : | נו, אבל יש גם עוד 6 פעמים שנכנסו והוציאו מידע לשניהם. |
| כב' השי ביטון : | אז איך אחד כזה יכול להיכנס למערכת ולהוציא את זה? |
| העד, מר מתתיהו : | אני לא, אני נשבע לך כבודו, אני לא עושה דברים כאלה. לא עושה. |
| כב' השי ביטון : | טוב. |
| עו"ד נחמני : | כן, זה, |
| העד, מר מתתיהו : | לא עושה. וגם, העדות של דוד עצמו, יש עוד פעם שהוא נכנס בלי שום הצדקה, וזה לא בתאריכים שלי. קראתי את זה. |
| עו"ד נחמני : | כן, הוא עובד עם כמה חוקרים פרטיים. כן. עכשיו, |
| העד, מר מתתיהו : | נו, מה? |
| עו"ד נחמני : | יש לי שאלה אליך. |
| עו"ד בסידן : | מישהו אחר הכין את הדו"ח, |
| עו"ד נחמני : | יש לי, יש לי שאלה, יש לי שאלה אליך. |
| העד, מר מתתיהו : | ויש גם אחריי בכמה זמן שהוציאו עובדת אחרת שהוציאה את המידע על שני בני הזוג. |
| ש : | כן. |
| ת : | מה? |
| ש : | יש לי שאלה אליך. אתה אמרת ללקוח, לא משנה מי הלקוח, שאתה לא עושה את החקירה בכלל, שזה מידע שאתה קולט ממישהו אחר ואתה לא בודק אותו? |
| ת : | לא. |
| ש : | לא אמרת. והלקוח חשב שאתה ביצעת חקירה, נכון? כתוב על פי בדיקתנו. |
| ת : | לא. הלקוח הזה, אז אני מעדכן גם את הלקוחות שאני גם כן יכול להעביר את המידע לקבלן משנה. |
| ש : | עדכנת את הלקוחות האלה? |
| ת : | אני לא זוכר אם עדכנתי. |
| ש : | אדוני, יש משהו שאתה זוכר? |

198



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

ת:     לא.

ש:     לא. עכשיו תגיד לי, אתה מניח שדקל, שהוא לא זוכר ואתה לא זוכר ולא זה, הוא היה יכול לקבל את המידע על אורלי אני מדבר עכשיו, על ידי חקירות בכיסוי. נכון?

ת:     אני עושה את זה ככה.

ש:     רגע.

ת:     הוא בעל רישיון.

ש:     רשתות חברתיות, כן?

ת:     אניח מניח שכן.

ש:     הוא הציג לך רשתות חברתיות של אורלי גנגר,

ת:     לא ביקשתי.

ש:     שאומרות הנה, עכשיו אני בחו"ל, עכשיו אני עוברת בשער בנתב"ג, עכשיו יצאתי מהשער בנתב"ג?

עו"ד אשכנזי:     כבודו, אני מתנגד לשאלה. מדובר על אורלי גנגר. עם כל הכבוד, התיק הזה סגור. החקירות שם נגמרו.

כב׳ הש׳ ביטון:     כן אבל,

עו"ד נחמני:     מה זה? קודם כל, התיק הוא גם על אורלי גנגר.

כב׳ הש׳ ביטון:     (לא ברור),

(מדברים ביחד)

כב׳ הש׳ ביטון:     איך, איך הוא יודע את המידע, אז זה בסדר. אני מתיר את השאלה. גם אני שאלתי לגבי אורלי.

עו"ד נחמני:     כן.

כב׳ הש׳ ביטון:     כי משם אפשר להסיק מסקנות. בבקשה.

עו"ד נחמני:     כן. והוא הציג לך, אתה אומר, אם, אם זה חקירה שהיא,

העד, מר מתתיהו:     כשאני פונה,

ש:     תן לי לשאול שאלה. אם זאת חקירה לגיטימית, אני לא בטוח שהיא לגיטימית, אבל לטעמך היא לגיטימית, אוקיי? אז צריכים להיות תוצרים של החקירה. אם בן אדם על פי רשתות חברתיות, אז הוא מצלם צילומי מסך, הנה, היא בחו"ל, היא חזרה. אני לא יודע איך אפשר מזה שבן אדם בתאילנד להסיק מתי הוא יצא מהארץ. אבל לא משנה, נניח. אוקיי? אם נעשית חקירה בכיסוי, אז אומרים, יש הקלטה, בתאריך זה וזה התקשרנו אליה, אמרנו אנחנו רוצים למכור לך ביטוח בריאות. בואי תספרי לנו את





# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**        **08 דצמבר 2025**

ה-10 שנים האחרונות, בדיוק באיזה תאריך, לכי תביאי את הדרכון, תספרי לנו מתי יצאת מהארץ. אתה קיבלת מדקל חקירות דבר כזה?

ת :    לא ביקשתי.

ש :    לא ביקשת. הבנתי. למה לא ביקשת? אם אתה עומד מאחורי דו"ח חקירה שעשה מישהו אחר, שאתה מניח שהוא נעשה כדין, שהוא נעשה בכיסוי, למה אתה לא מבקש את תוצרי הכיסוי?

ת :    אני עובד עם קבלני משנה שהם רק בעלי רישיון חוקר פרטי.

ש :    זה לא מה ששאלתי אותך.

ת :    אבל, אבל זה, זה ה-Guarantee שלי שהם פועלים בצורה חוקית.

ש :    אתה נשכרת לחקור. אתה נשכרת לחקור, לבצע חקירה על אורלי גנגר. אתה סיפקת מידע תמורת כסף, שאתה אומר שאתה חושב שהיה יכול להתקבל על ידי עבודה בכיסוי. כדי שתוכל בכלל להניח שהייתה עבודה בכיסוי, דרך אגב, אתה קיבלת את המידע יומיים, שלושה אחרי שביקשת אותו. אבל כדי שתוכל להניח שהייתה עבודה בכיסוי,

ת :    מאיפה אתה,

ש :    אתה צריך לקבל את התוצרים. כי אנחנו ראינו שזה הכל שבוע. למה לא ביקשת את התוצרים מדקל?

ת :    אני לא, אני מקבל את הממצאים, אני,

ש :    במיוחד אחרי שב-20 לספטמבר אתה כבר בפגישה איתנו שמאיימים עליך שהמידע הזה הושג בעבירות פליליות. למה אתה לא הולך לדקל, אתה אומר לו דקל אדוני היקר, לפני 10 ימים העברת לי דו"ח חקירה, אני רוצה שתיתן לי את כל החומרים בכיסוי כדי שאני אוכל להגן על עצמי.

ת :    עשיתי טעות.

ש :    עשית טעות. אדוני, לא עשית טעות. אין דקל ואין חקירה כיסוי ואין שום דבר.

ת :    מה אתה אומר?

ש :    כן.

ת :    בסדר.

ש :    בסדר.

ת :    תישן על האף.

ש :    עכשיו תגיד לי, כמה אתה גובה על חקירה כזאת בכיסוי?

ת :    זה משתנה.

ש :    כמה?





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :    מחירים משתנים.

ש :    אומרים לך אדוני, אנחנו רוצים רק חוקי. אנחנו רוצים שאתה תדבר עם אנשים, תלך לשכנים, איך אמרת? אני, לדפוק על הדלת לשכנים.

ת :    לא דופק.

ש :    רגע.

ת :    אני מתקשר.

ש :    רגע, רגע, רגע. לבנות סיפור כיסוי כדי להסביר לשכנים למה אתה צריך, למה השכנים צריך לדעת מתי אריק הרשמן יצא מהבית, וכן הלאה וכן הלאה. כמה אתה גובה עבור חקירה כזאת?

ת :    סדר גודל של 5,000.

ש :    כמה?

ת :    5,000.

ש :    5,000. עכשיו תראה, אתה אומר שבאותה תקופה, בסעיף 33 לתצהיר שלך, ערכת בין 70 ל-100 חקירות בחודש.

ת :    נכון.

ש :    אוקיי?

ת :    איזה סעיף?

ש :    33 לתצהיר שלך.

ת :    כן.

ש :    אוקיי? ואז אתה מצרף לנו בנספח 6 את מה שאתה שילמת לדקל.

ת :    לא.

ש :    כן.

ת :    זה, אתה עושה שיוכים לא נכונים,

ש :    כן.

ת :    חמוד.

ש :    כן. אתה מצרף את כל החשבוניות לדקל.

ת :    אני מצרף את כל החשבוניות של אותו חודש.

ש :    של אותו חודש. ברור. נו, מה?

ת :    ואני אמרתי שיכול להיות שיש קבלני משנה שעבדתי איתם, ועדיין לא שילמתי להם.

ש :    סליחה רגע. אתה אמרת,

ת :    אמרתי,

ש :    שהבן אדם היחידי,



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳      08 דצמבר 2025

ת : באותו חודש,

ש : אוקיי? באותו חודש,

ת : אז,

ש : שעבדת איתו היה דקל.

ת : אז יש לך את פרוטוקול המשטרה ואתה יכול לקרוא שם.

ש : רגע, רגע. אדוני, הצהרת,

ת : נו.

ש : שאתה, אמרת עכשיו לבית משפט שאתה אומר שזה דקל, הוא היחידי שעבדת איתו,

ת : אבל אמרתי גם בנוסף ששילמתי לעוד, שהזמנתי מעוד קבלני משנה שלא שילמתי להם באותם חודשים.

ש : אדוני, תראה איך אתה משנה את העדות שלך. שאל אותך בית משפט, למה? אבל זה מה שאמרתי מלכתחילה.

ת : שאל אותך בית משפט איך אתה יודע שזה דקל. אמרת כי רק, רק לא הוצאתי חקירות,

ש : בהמשך לזה אמרתי.

ת : באותם חודשים.

ש : לא. אז תשמע,

ת : אדוני, זה דקל או לא דקל?

ש : אני לא יודע להגיד לך.

ת : אתה לא יודע להגיד לי. יכול להיות שזה דקל?

ש : יכול להיות.

ת : יכול להיות. עכשיו תראה,

ש : הוא נחקר במשטרה.

ת : אתה שילמת, אני יודע שהוא נחקר במשטרה. אתה שילמת לדקל באוגוסט, ספטמבר 2019, 900 שקלים.

ש : כן.

ת : סך הכל 900 שקלים, על בין 70 ל-100 חקירות שאתה עושה בחודש.

ש : לא.

ת : אוקיי?

ש : אבל,

ת : אתה אומר שאתה עושה בחודש,

ש : אתה מסלף את הדברים.

202



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                  08 דצמבר 2025

עו"ד בסידן :     (לא ברור).

(מדברים ביחד)

עו"ד נחמני :     תן לי רגע.

העד, מר מתתיהו :     אתה מסלף את הדברים.

ש :     תן לי רגע, תן לי רגע. אתה עושה בין 70 ל-100 חקירות בחודש, באותו, ואתה עושה אותן רק עם קבלני משנה.

ת :     כן.

ש :     ובאותו חודש אתה הוצאת עבודה רק לדקל. זה מה שאתה העדת פה בפני בית משפט.

ת :     זה לא נכון.

ש :     וכל המידע שאתה מקבל על 70, 80 חקירות, אתה קונה ב-800 שקל ואתה מספר לבית משפט שזו עבודה בכיסוי? לפני שנייה אמרת שזה עולה 5,000 שקל.

ת :     אבל למה אתה מסלף את הדברים?

ש :     אז בוא תגיד לי איפה אני מסלף את הדברים.

ת :     כי אני אמרתי שבאותו חודש, שילמתי,

ש :     כן.

ת :     אלה חשבוניות שיש לי מדקל.

ש :     כן.

ת :     ואני עובד עם עוד קבלני משנה,

ש :     כן.

ת :     שלא שילמתי להם באותם חודשים.

ש :     אז למה לא צירפת את החשבוניות שבהן שילמת בספטמבר, אוקטובר, נובמבר?

ת :     אבל,

ש :     מה הבעיה? אנחנו 3 שנים אחרי.

ת :     אני אומר לך שלא, אה, אתה רוצה עכשיו שאני,

ש :     לא. לתצהיר שלך. אתה הגשת את התצהיר שנתיים וחצי אחרי האירועים או 3 שנים אחרי האירועים. אם יש, אם, אני מציג לך שמה שאתה מראה פה על דקל הוא בלתי אפשרי. לא יכול להיות שאתה שילמת 100 שקל לדקל, וקיבלת עבודה,

ת :     לא אמרתי ששילמתי 100 שקל.

ש :     בכיסוי, תקשיב רגע. וקיבלת עבודה בכיסוי ששווה לטעמך 5,000 שקל.





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת : בסדר. שכנעת את בית המשפט.

ש : אני אומר לך,

ת : כן.

ש : תקשיב רגע לשאלה. אני אומר לך,

ת : למה? מה יש לי להקשיב? אתה מסלף דברים?

ש : תקשיב לשאלה.

ת : מה יש לי להקשיב?

ש : אני אומר לך שהסכומים שאתה מעיד עליהם ששילמת לדקל, מלמדים שזה לא יכול להיות עבודה בכיסוי. אז עכשיו אתה בא ואתה אומר לי לא.

ת : אז אני חושב,

ש : כן.

ת : שאתה מאוד רוממותך,

ש : כן.

ת : שמסתכל על כולם ממעוף הציפור,

ש : כן.

ת : וחושב שכולנו טיפשים,

ש : כן.

ת : אתה מסלף את הדברים.

ש : אוקיי. בסדר.

ת : כי אני אמרתי שבאותם חודשים, אפשר גם לשמוע את זה בפרוטוקול. באותם חודשים, בספטמבר ואוגוסט שילמתי לדקל. אלה החשבוניות היחידות שיש לי ששילמתי, ויש עוד קבלני משנה שהזמנתי חקירות ולא שילמתי להם.

ש : אדוני, שילמת אחר כך?

ת : כן.

ש : אז למה לא צירפת לבית, אתה אומר לי שאני הייתי צריך לזמן את דקל. למה לא צירפת את החשבוניות של קבלני המשנה האחרים שיצדיקו עבודה בכיסוי ששווה 5,000 שקל?

ת : אבל זה עניין לאורלי גנגר. נגמר.

ש : סליחה? אנחנו מסכימים שהייתה חקירה גם על אורלי וגם על אריק.

ת : איסוף מידע.





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳           08 דצמבר 2025

ש :  יש לו, איסוף מידע. המידע הזה לדבריך, התחלת וסיפרת שהוא הגיע מדקל. עכשיו אני מראה לך שהוא לא יכול, הגיונית הוא לא יכול להגיע מדקל,

ת :  הוא הגיע.

ש :  כי אתה משלם לו על פני חודש 800 שקל, וגובה 4,400 רק על חקירה אחת. אני מראה לך שהההתנהלות הפיננסית שלך,

ת :  זה לא נכון אבל.

ש :  תקשיב לי לשאלה.

ת :  זה לא נכון.

ש :  תקשיב לי לשאלה.

ת :  אתה מסיק מסקנות שגויות.

ש :  ההתנהלות הפיננסית שלך מלמדת שאתה יודע שהמידע הזה הוא גנוב. לוחצים על כפתור במחשב ומקבלים אותו. בגלל זה משלמים עליו 100 שקל. יש חשבונית לדקל חקירות ב-100 שקל.

ת :  יופי.

ש :  מאותו תאריך.

ת :  תצעק יותר חזק.

ש :  אוקיי? אני לא צועק.

ת :  שתאמין גם לעצמך.

ש :  אני מאוד מאמין בעצמי.

ת :  אבל זה לא נכון.

ש :  תענה לזה.

עו״ד בסידן :  מה השאלה?

עו״ד נחמני :  כן.

העד, מר מתתיהו :  אבל אני אמרתי.

עו״ד נחמני :  כן.

העד, מר מתתיהו :  אני הסברתי את זה.

עו״ד נחמני :  כן.

עו״ד בסידן :  מה השאלה? מה השאלה?

העד, מר מתתיהו :  תשאל. מה השאלה?

עו״ד נחמני :  אתה לא מקשיב. אני אומר לך שאתה טענת שהחשבוניות שהגשת לבית משפט,

העד, מר מתתיהו :  כן.

205



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש :  מוכיחות שדקל עשה את,

ת :  אבל איך יכול להיות,

ש :  אתה רוצה לדעת את השאלה?

ת :  אז הנה, אז אני, בסדר. אני יודע את השאלה אבל,

ש :  לא. לא. אז, אבל אני, שאלת אז אני אגיד. שזה יהיה מסודר.

ת :  כן.

ש :  אתה הגשת לבית משפט חשבוניות של דקל חקירות.

ת :  כן.

ש :  אתה אמרת שהוא באותה תקופה, רק הוא היה קבלן המשנה שלך.

ת :  לא.

ש :  רגע. שנייה.

ת :  לא. לא. אבל אתה, אתה משקר.

ש :  שנייה רגע.

ת :  אני אמרתי שבאותה תקופה הוא הקבלן היחיד ששילמתי לו.

ש :  הבנתי. יכול להיות,

ת :  תמשיך.

ש :  יכול להיות שזה לא דקל חקירות?

ת :  יכול להיות.

ש :  יכול. מי זה יכול להיות?

ת :  יש כמה קבלני,

ש :  אחד.

ת :  אין לי לתת לך אחד.

ש :  אדוני, תגיד, אתה עושה מאיתנו צחוק?

ת :  אתה עושה ממני צחוק.

ש :  אוקיי. אמרת דקל. אחרי זה אמרת אני לא בטוח, אני לא זוכר ודקל לא זוכר.

ת :  לא. אמרתי שבאותה תקופה,

ש :  רגע. עכשיו אתה אומר אחרים. תגיד מי.

ת :  אין לי רישום.

ש :  אין לך רישום. למה לא, למה לא אמרת בתצהיר שזה יכול להיות אחרים?

ת :  למה? אני אמרתי גם במשטרה שזה יכול להיות אחרים.

ש :  לא, אדוני.

ת :  אני אמרתי.



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**    **08 דצמבר 2025**

ש : אני שואל אותך למה לא אמרת בתצהיר, מה אמרת במשטרה בפני בית משפט.

ת : אני לא זוכר מה רשום בתצהיר.

ש : אתה לא זוכר מה רשום בתצהיר. זו גם תשובה. זו גם תשובה.

דוברת : הנמכתי גם.

כב' השי ביטון : הנמכת? לקרר קצת?

עו"ד נחמני : עכשיו תגיד לי, אתה קיבלת מידע. לגרסתך מדקל, לגרסתנו ממישהו אחר. אתה העברת את המידע הזה. אתה גבית תשלום עבור זה. האם הגברת אלטשולר אחרי האירועים ביקשה ממך למחוק את כל המידע מהמחשבים שלך?

העד, מר מתתיהו : הייתה, אני לא זוכר.

ש : סליחה?

ת : לא זוכר. הייתה הנחיה, וואלה, לא זוכר. תיקים פרטיים בדרך כלל אני מוחק,

ש : סליחה רגע, אני שואל אותך שאלה נורא פשוטה. את המידע הזה העברת ב-12 לספטמבר. ב-20 אתה מבין שזה כבר אירוע גדול. האם, אני עכשיו אלך אחד אחד. האם הגברת אלטשולר התקשרה אליך ואמרה לך תמחק את המידע הזה?

ת : לא זוכר.

ש : יכול להיות?

ת : יכול להיות.

ש : יכול להיות,

ת : לא זוכר זה יכול להיות שכן, יכול להיות שלא.

ש : אני, אני בטוח שבסוף נגיע לשאלה שאתה זוכר. אוקיי? יכול להיות שדוד פרנס אמר לך למחוק את המידע הזה?

ת : לא זוכר.

ש : סליחה?

ת : לא זוכר.

ש : אדוני, זה אירוע פשוט. אני לא מבין. אתה,

ת : אני לא זוכר. מה?

ש : אתה היית בחקירת משטרה. אוקיי? באפריל 22', היית בחקירת משטרה ואתה אומר הדו"ח עוד אצלי.

ת : מה פתאום?





**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳        08 דצמבר 2025

ש :    כן.

ת :    מה פתאום?

ש :    אתה אומר הדו״ח אצלי, אני לא יכול להמציא אותו.

ת :    של הרשמן?

ש :    כן.

ת :    מה פתאום?

ש :    כן. הדו״ח,

ת :    אין מצב בעולם.

ש :    בסדר. לפני שנייה הקראנו לך ואמרת שאתה מאשר את זה. מי אמר לך אחרי אפריל למחוק את כל החומרים?

ת :    אני לא יודע להגיד לך, אבל אני יכול להגיד לך שבדרך כלל בתיקי לקוחות פרטיים, אני לא משאיר חומרים אצלי.

ש :    אדוני, אתה זוכר שמחקת את החומרים? אתה זוכר שאתה נכנס למחשב,

ת :    אם אין לי אותם,

ש :    מחפש את האימיילים, מחפש את האימיילים, את הוואטסאפים, את המידע שהועבר אליך ולוחץ Delete, ואחרי זה הולך לתיבת הזבל ומוחק את זה גם מתיבת הזבל?

ת :    אם אין את זה אצלי, כנראה שזה נמחק.

ש :    אדוני, אתה זוכר שעשית את הפעולה הזאת?

ת :    לא.

ש :    אתה לא זוכר שעשית את הפעולה הזאת. אם אתה לא זוכר שעשית את הפעולה הזאת, למה אתה לא מגלה את החומרים?

ת :    אין לי את החומרים.

ש :    עשית,

ת :    אני חיפשתי אותם. שוב.

ש :    חיפשת אותם?

ת :    אתם ביקשתם ממני,

ש :    כן.

ת :    לפני כמה ימים.

ש :    כן.

ת :    תן לי סיבה אחת בעולם לא להביא לך אותם.

ש :    הבנתי. אתה, אתה עכשיו מספר פה על מה שעורך הדין בסידן פנה אליי. אתה מוכן להסיר מזה את החיסיון?



208



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

עו"ד בסידן : לא.

עו"ד נחמני : הוא, אבל אתה פנית אליי. הוא לא יכול לספר חצי מהסיפור. אתה מוכן שאני אשאל אותך שאלות על למה עורך דין בסידן פנה אליי?

העד, מר מתתיהו : לא.

ש : אז למה, אז למה אמרת את זה?

ת : מה?

ש : אז למה התחלת להגיד לבית משפט שאני פניתי אליכם?

ת : לא. אני, אמרו לי תוציא את, אם יש לך את החומרים,

ש : אדוני.

ת : אפשר למחוק את הכל.

ש : אתה התחלת להעיד על השיחה שלי עם עורך דין בסידן, אוקיי? אתה מוכן שאני אשאל אותך שאלות עליה?

ת : אני לא יודע מה היה בשיחה שלכם.

ש : האם, האם זה נכון שעורך דין בסידן ניהל איתי,

עו"ד בסידן : אני מבקש לא לשאול אותו על זה.

עו"ד נחמני : מה?

עו"ד בסידן : אל תשאל אותו על זה.

עו"ד נחמני : הוא, הוא, הוא בעל החיסיון. מה זה אל תשאל אותו על זה?

עו"ד בסידן : אוקיי. תשאל אותו אם הוא,

עו"ד נחמני : אתה רוצה להסביר לו? צא איתו החוצה, תסביר לו שיש לו חיסיון. בבקשה.

עו"ד בסידן : אתה רוצה שנצא החוצה? אז,

עו"ד נחמני : אני לא יודע. אם, אם אתה תקום בצורה מכובדת, אם אתה טוען שזה דברים שהוחלפו במסגרת השירות המשפטי, וזה חסוי,

עו"ד בסידן : זה היה משא ומתן לצרכי פשרה, מה אתה עכשיו שואל אותו?

עו"ד נחמני : הוא העלה את זה. אתה לא אמרת לו לא להעלות את זה. הוא העלה את זה.

עו"ד בסידן : אתה שואל אותו שאלות על זה, אז מה אתה רוצה שהוא יענה לך?

עו"ד נחמני : אז אני רוצה לשאול אותך שאלה. האם אתה יודע שעורך דין בסידן במשך כמה ימים ניהל איתי משא ומתן על התנאים שבהם אתה תמסור את כל המידע הזה שאתה אומר שאין לך?

העד, מר מתתיהו : הוא כנראה לא ידע שאין לי את המידע הזה.





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

ש: שלחת אותו, אתה יודע שהוחלפו טיוטות כבר של הסכמים? אוקיי? ונאמר באיזה תנאים זה יימסר, ומה יימסר, ואיזה הודעת אימייל תימסר. אוקיי? הוא עשה את זה על דעת עצמו בלי לדעת שזה לא קיים?

ת: כנראה. אני,

ש: כן? הוא לא דיבר איתך, הוא לא דיבר איתך על איך קיבלת מסמך מסוים מעורך דין פרנס? הוא, הוא המציא את זה?

ת: מסמך מפרנס?

ש: כן.

ת: את ה-(לא ברור), את הזימון. הוא לא, הוא לא דיבר איתך על זה? כי אני דרשתי לדעת איך זה התקבל.

ש: על ה-(לא ברור)?

עו"ד בסידן: אני לא יודע. הוא שואל אותך שאלה,

עו"ד נחמני: מה? אתה העלית את זה. אני לא הייתי אומר על זה מילה, אבל אתה באת להכפיש אותי. אוקיי? אז עכשיו תענה לבית משפט.

העד, מר מתתיהו: למה להכפיש? אמרתי,

עו"ד נחמני: עכשיו, אדוני, תענה על השאלה. האם אתה יודע שעורך דין בסידן מטעמך ניהל איתי משא ומתן על התנאים שבהם יימסרו המסמכים, כל המסמכים במקור עם תצהיר שלך,

עו"ד בסידן: הוא לא יודע את זה. אני ניהלתי איתך משא ומתן. אז למה,

העד, מר מתתיהו: הוא לא,

עו"ד נחמני: הבנתי.

העד, מר מתתיהו: הוא לא אמר לי,

ש: כן.

ת: תביא את החומרים ויהיה משא ומתן.

ש: הבנתי. הבנתי. ידעת שהוא מנהל משא ומתן?

ת: אחר כך הוא בא ואמר לי,

ש: רק אחר כך?

ת: תחפש אצלך את המסמכים.

ש: רגע. הוא ניהל משא ומתן בלי להגיד לך?

ת: הוא אמר לי לפני כמה ימים,

ש: כן.

ת: תחפש אצלך את המסמכים.

ש: כן.



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| ת: | אם יש את המסמכים, הכל מתבטל. |
| ש: | ומה אמרת לו? |
| ת: | אני מחפש. |
| ש: | איך אתה מחפש מסמכים שאתה אומר שלא קיימים? |
| ת: | אני מחפש תכתובות מיילים. |
| ש: | הבנתי. |
| ת: | מחפש, |
| ש: | תודה רבה. אין לי יותר שאלות. |
| ת: | קצה של חוט. |
| כב' הש' ביטון: | טוב. למישהו יש חקירה נגדית? |
| עו"ד נחמני: | רגע. |
| עו"ד אשכנזי: | למי? כן. |
| כב' הש' ביטון: | כלפי הנתבעת 2. |
| עו"ד אשכנזי: | מה? |
| כב' הש' ביטון: | בבקשה. |
| עו"ד אשכנזי: | כמה, כמה שאלות קצרות. |
| כב' הש' ביטון: | בא כוח צד ג'. |
| עו"ד אשכנזי: | כן. |
| כב' הש' ביטון: | כן. בא כוח צד ג', עורך דין צפריר. כן. |

**ע.ה/2 מר ששון מתתיהו, משיב בחקירה נגדית לעורך הדין צפריר אשכנזי:**

| | |
|---|---|
| עו"ד אשכנזי: | שים את זה איך זה שהוא, את הדבר הזה. כמה שאלות קצרות. התקיימה פגישה ב-19 לספטמבר 2019? |
| העד, מר מתתיהו: | כן. |
| ש: | כן. איך חשת בפגישה הזאת? |
| ת: | מאוים לחלוטין. |
| ש: | ומה קרה אחריה? |
| ת: | אני חזרתי הביתה, בכי מטורף עם אשתי. וניסיתי להבין כאילו מה, מה עושים? |
| ש: | ומה קרה הלאה אחרי זה? תספר. בית חולים, לא בית חולים. מה קרה? |
| ת: | לא. אחר כך זה היה התייעצויות עם עורכי דין. מה, לא, אתה יודע מה? אני לא זוכר אפילו את זה. זה, היה ימים שהייתי מאוד, |
| ש: | אושפזת? |

211



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025



ת :  אושפזתי אחר כך, תוך כדי חקירות משטרה.

ש :  ו-מה?

ת :  אושפזתי לשבוע.

ש :  התקף חרדה? התקף לב?

ת :  התקף חרדה. היו מיחושים בחזה, והתקף חרדה.

ש :  ובתוך, כן. ובתוך השיחה, בעת השיחה, חשת מאוים? חשת שמאיימים עליך?

ת :  כן.

ש :  חשת מפוחד?

ת :  תשמע, אני הייתי, קודם כל, הייתי בתוך החדר הזה יחד עם, עם עורך דין שהוא היום שופט. דרור ארד אילון. וזה היה פר אקסלנס, זה היה ממש סחיטה באיומים. בחיים שלי לא הרגשתי ככה בפגישה. בחיים. ואני יודע כשאני נפגש עם לקוחות, גם כשמגיעים, כשיודעים שאני ביצעתי חקירה, ואני הייתי נפגש עם, עם הצד השני, בחיים זה לא התנהל בצורה כזו. וחשתי מאוים. כן.

ש :  איזה איומים איימו עליך?

ת :  שהולכים להיהרס לי החיים.

ש :  מה זאת אומרת?

ת :  שאני לא אעבוד יותר בחקירות, שהם ישקיעו כל שקל שיש להם כדי להוריד אותי. סוג של להשמיד אותי.

ש :  ולמה כל זה? ומה הם רצו בתמורה?

ת :  הם רצו רק את הדו"ח של הרשמן.

ש :  ויכולת, והיית מוכן לתת להם את הדו"ח?

ת :  לא.

ש :  הבנתי. עכשיו, אתה קיבלת תשלום על דו"ח אחד.

כב' הש' ביטון :  למה?

העד, מר מתתיהו :  כן.

כב' הש' ביטון :  אם מותר לשאול. למה לא היית מוכן באותו רגע לתת,

העד, מר מתתיהו :  מה?

כב' הש' ביטון :  למה לא היית מוכן לתת להם את הדו"ח באותו רגע?

העד, מר מתתיהו :  לא הייתי מוכן לתת להם איזה מידע, איזה מידע אספתי עליו, כי זה היה כאילו, זה, זה לא כוחות. כבודו, זה אנשים שהם מקושרים לכל מקום.

212



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



הם יכולים, הם השקיעו עליי הון על חקירות. הון כדי להשיג מידע. וזה לא כוחות. למה שאני אשחק לידיים שלהם?

עו"ד נחמני : עכשיו, קיבלת,

העד, מר מתתיהו : וזה לא בן אדם שתגיד שהוא סרגל. עם כל הכבוד לאריק הרשמן, גם לו יש פרשיות. 3 פרשיות בארצות הברית. הוא לא דיבר אמת על כתבות שהוא עדכן שם, היה לו פרשה של הקפיטול ב-2021, היה לו עוד פרשה של כספים שהוא מימן (לא ברור) נגגר. זה לא שהוא בן אדם הכי ישר בעולם.

עו"ד נחמני : אתה קיבלת תשלום,

העד, מר מתתיהו : מצחיק?

מר הרשמן : (אנגלית).

עו"ד נחמני : לא. קודם כל, קודם כל הקפיטול היה,

העד, מר מתתיהו : השופטת שם נזפה בך. בארצות הברית השופטת נזפה בך.

מר הרשמן : (אנגלית).

העד, מר מתתיהו : אוקיי.

מר הרשמן : (אנגלית).

עו"ד נחמני : מה הוא אמר?

מר הרשמן : (אנגלית).

עו"ד נחמני : הבעיה, הסיבה, העניין שאתה לא דובר אנגלית, הוא סיבך אותך.

עו"ד אשכנזי : לא, לא, לא. לא. אני בחקירה.

כב' הש' ביטון : כן.

עו"ד נחמני : אתה,

מר הרשמן : (אנגלית).

עו"ד נחמני : סליחה רגע.

עו"ד אשכנזי : אתה רוצה, תתנגד לשאלה.

עו"ד נחמני : סליחה רגע.

עו"ד אשכנזי : אבל אין שאלה.

עו"ד נחמני : רגע. חברי בחקירה, קודם כל,

עו"ד אשכנזי : אין שאלה.

עו"ד נחמני : הקפיטול היה ב-21'. זה היה ב-2019.

עו"ד אשכנזי : לא, אבל לא שאלנו.

עו"ד נחמני : איך ב-2019 הוא לא,

עו"ד אשכנזי : אחרי זה שיכתוב בסיכומים.

עו"ד נחמני : נתן דו"ח בגלל מה שקרה בקפיטול?

213



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| העד, מר מתתיהו : | לא אמרתי את זה. |
| עו"ד נחמני : | 2, |
| העד, מר מתתיהו : | אמרתי, לא. אמרתי, |
| מר הרשמן : | (אנגלית). |
| | (מדברים ביחד) |
| כב' השי ביטון : | טוב, בואו, בואו, |
| העד, מר מתתיהו : | אמרתי, |
| עו"ד נחמני : | שנייה רגע. |
| העד, מר מתתיהו : | שזה לא הבן אדם הכי ישר. |
| כב' השי ביטון : | לא צריך להשיב על זה. לא צריך. |
| עו"ד אשכנזי : | זה לא, זה לא הדיון. |
| כב' השי ביטון : | לא, לא צריך. אדוני, לא צריך. לא צריך. |
| עו"ד נחמני : | אוקיי. |
| עו"ד אשכנזי : | זה לא הדיון. |
| עו"ד נחמני : | לא אבל, |
| כב' השי ביטון : | זה מיותר. |
| עו"ד נחמני : | בסדר. |
| כב' השי ביטון : | גם ככה לא, |
| עו"ד נחמני : | כן. |
| כב' השי ביטון : | לא רלוונטי. |
| עו"ד נחמני : | לא רלוונטי. נכון. |
| עו"ד אשכנזי : | יש לי עוד 2, |
| העד, מר מתתיהו : | אם משחקים אותה סרגלים, צריך להיות סרגלים בכל המובנים. |
| ש : | 2, 3 שאלות. קיבלת תשלום על חקירה אחת בלבד של אורלי גנגר. |
| ת : | כן. |
| ש : | נכון? |
| ת : | כן. |
| ש : | לא קיבלת תשלום על החקירה של הרשמן. |
| ת : | לא. |
| ש : | אבל הוזמנו אצלך 2 חקירות. נכון? |
| ת : | כן. |
| ש : | כן. דרשת תשלום על החקירה של הרשמן? |
| ת : | לא. |



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| ש : | למה לא דרשת תשלום על החקירה? |
| ת : | כי זה היה מידע שולי. |
| ש : | מידע שולי שהושג איך? |
| ת : | זה, זה יכול להיות מהסתכלות במסכי מחשב. כנראה, אולי הם מנויים לאתרים שלי לא היו באותה תקופה. |
| ש : | כלומר, אתה עומד על זה שהדו״ח של הרשמן היה דו״ח קטן, רזה וחסר, |
| ת : | כן. |
| ש : | חסר משמעות. |
| ת : | כן. |
| ש : | נכון? אוקיי. תודה. אין לי עוד שאלות. |
| כב׳ הש׳ ביטון : | אוקיי. טוב, תודה רבה. |
| העד, מר מתתיהו : | תודה לכם. |
| עו״ד נחמני : | אני יכול, אני יכול שאלת השלמה בעקבות זה אדוני? |
| עו״ד בסידן : | לא. לא. |
| עו״ד נחמני : | שאלה אחת. |
| עו״ד בסידן : | לא. אין דבר כזה. |
| כב׳ הש׳ ביטון : | כן. |
| עו״ד נחמני : | כן? תודה. אדוני, איך אתה עכשיו משיב לחברי, |
| עו״ד אשכנזי : | לא, אבל אין, אין, |
| עו״ד נחמני : | אבל בית המשפט התיר לי. איך אתה עכשיו משיב, |
| כב׳ הש׳ ביטון : | חקירה חוזרת. |
| עו״ד נחמני : | איך אתה משיב לבא כוח פרנס שהדו״ח של הרשמן היה קטן וחסר חשיבות? לפני רגע אמרת שהיה, שאין דו״ח של הרשמן. של הרשמן. |
| העד, מר מתתיהו : | הדו״ח זה יכול להיות בכמה מובנים. |
| עו״ד אשכנזי : | הוא לא אמר את זה. סליחה. |
| העד, מר מתתיהו : | זה העברת מידע, |
| | (מדברים ביחד) |
| עו״ד אשכנזי : | רגע, רגע, רגע. אני מתנגד לשאלה. |
| עו״ד נחמני : | התנגד, נשאל, נענה. |
| העד, מר מתתיהו : | אני לא, אני לא אשחק עד כדי כך לידיים שלך, יובל. |
| עו״ד אשכנזי : | השאלה, |
| עו״ד נחמני : | אתה בלי להבין משחק. |
| עו״ד אשכנזי : | מטעה את בית המשפט. הוא אמר במפורש אספתי מידע שולי. |

215



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025



העד, מר מתתיהו : נכון.

עו"ד אשכנזי : אספתי בדיקת מידע,

עו"ד נחמני : אתה אמרת את המילה דו"ח.

עו"ד אשכנזי : לא. הוא אמר את זה כל הזמן. הוא אמר,

העד, מר מתתיהו : לכם יש משמעות אחרת כדו"ח.

עו"ד אשכנזי : חשיפת מידע. הוא לא, הוא אמר במפורש,

העד, מר מתתיהו : לנו יש משמעות אחרת.

עו"ד אשכנזי : זה לא היה דו"ח.

עו"ד נחמני : בסדר.

עו"ד אשכנזי : אמר את זה כמה וכמה פעמים, וכל פעם ניסו לסובב את זה מחדש.

כב' השו' ביטון : טוב. אוקיי. תודה. שמענו, רשמנו. בבקשה. צד ג'. אוקיי. שמך המלא? שם מלא אדוני?

העד, מר פרנס : דוד פרנס.

כב' השו' ביטון : אני מזהיר אותך לומר את האמת. בבקשה, חקירה נגדית.

### ע.ה/3 מר דוד פרנס, לאחר שהוזהר כחוק, משיב בחקירה נגדית לעורך הדין יובל נחמני:

עו"ד נחמני : כן. מר פרנס, שלום. לא הכרנו. אני עורך דין נחמני. מייצג את, לא, לא הכרנו. אותך, אותך הכרתי. נעים מאוד. עכשיו תראה, אתה אומר שאתה מכיר את עורך דין, בתצהיר שלך, תצהיר של עמוד אחד, אני קורא מסעיף 3. אני מכיר את עורכת דין אלטשולר משנת 2015, משתף איתה פעולה ומפנה לתיקים לטיפול. במהלך השנים ייצגה אותי עורכת דין אלטשולר במספר עניינים אישיים. 4, עורך דין אלטשולר אינה עובדת או שותפה שלי, ולעתים אף אינה מכירה את לקוחותיי. זה נכון?

העד, מר פרנס : כן.

עו"ד נחמני : אוקיי. עכשיו, ת\1 שהוא כרטיס ביקור של ג'יין אלטשולר במשרדך. אתה מסרת אותו,

כב' השו' ביטון : שאני לא יודע,

עו"ד נחמני : לבית משפט בארצות הברית?

כב' השו' ביטון : אה, הנה. הוא פה. כן.

העד, מר פרנס : אני משער שאני (לא ברור). כן. אני מזהה את כרטיס הביקור ואני משער שאני,

עו"ד נחמני : רגע. שנייה. בוא,

העד, מר פרנס : אני מכיר את הכרטיס.

216



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**    **08 דצמבר 2025**

עו״ד נחמני : אתה מסרת,

כב׳ הש׳ ביטון : מה זה אומר?

העד, מר פרנס : מה?

כב׳ הש׳ ביטון : מה זה אומר כרטיס הביקור הזה?

העד, מר פרנס : זה כרטיס ביקור,

כב׳ הש׳ ביטון : למה היא מוצגת אצלך במשרד?

העד, מר פרנס : כחלק ממשרד קטן, שיווק,

עו״ד נחמני : סליחה.

העד, מר פרנס : מנסה להראות שאתה יותר מבן אדם. שאתה ממש, שאתה משרד. והייתה, הייתה לי את ג׳יין אלטשולר, היה עוד עורך דין שעבדנו ביחד ועבדנו תחת, כאילו, מותג פרנס ושות׳. וזה יצא, זה הכרטיס הראשון שיצא כנראה ב-2015, במשרד,

כב׳ הש׳ ביטון : וזה היה על דעתה שאתה תרשום אותה?

העד, מר פרנס : כן. היינו, היינו בפגישות,

כב׳ הש׳ ביטון : היא ידעה,

העד, מר פרנס : בפגישות עם לקוחות. גם הצגנו את, את כרטיסי הביקור האלה.

כב׳ הש׳ ביטון : ביחד?

העד, מר פרנס : ביחד. גם האימייל שלה. זאת אומרת,

כב׳ הש׳ ביטון : מה? הצגת אותה כשותפה או כעובדת?

העד, מר פרנס : לא, לא הגדרנו. היא לא הייתה שותפה, אבל לא באתי ואמרתי Associate שהיא שכירה, ולא, זה, היא עורכת דין איתי. זה,

עו״ד נחמני : אוקיי. אז כשהיא אומרת שהיא אף פעם לא ראתה את הכרטיס הזה,

העד, מר פרנס : כן.

ש : אז מה היה התגובה שלך לזה?

ת : שזה לא נכון.

ש : שזה לא נכון. וכשהיא אומרת שהיא אף פעם לא השתמשה בתיבת הדואר, הדוא״ל ג׳יין שטרודל פרנס נקודה CO, מה אתה אומר על זה?

ת : שזה גם לא נכון.

ש : זה לא נכון. וכשאני מציג לך פה מייל שאתה קיבלת ממנה, אוקיי? ב-11 לספטמבר 2019 עם שאילתות על אריק ואורלי,

ת : אוקיי.

ש : המייל הזה אמיתי.

ת : אני רואה שכתוב כאן אורלי.

217



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש : כן.

ת : אני, אני רואה שכן. זה,

ש : מתי הגשת? זה,

ת : כן, כן, כן.

ש : זה אמיתי?

ת : כן.

ש : כן. וזה, אז כשכעורכת דין אלטשולר אומרת שהיא לא מכירה את המייל הזה והיא אף פעם לא השתמשה בו, מה התגובה שלך לזה?

ת : אני לא, אני לא יודע איך היא אומרת את זה אבל,

ש : איזו סיבה לה להרחיק אותה, להרחיק את עצמה,

ת : אני לא יודע.

ש : מהמשרד שלך?

ת : אני לא יודע.

ש : אני, אבל היא, סליחה, לטענתך, מעידה אי אמת כשהיא מנסה להרחיק את עצמה מהמשרד שלך.

ת : לא. אני לא יודע להרחיק. היא דיברה לגבי כתובת אימייל ולגבי כרטיס הביקור.

ש : כן.

ת : בפירוש הם היו שלה.

ש : כן.

ת : האימייל, עד, עד שתבעתם אותה היא שיתפה איתי פעולה והיא השתמשה באימייל פרנס ושות'.

ש : עד, אנחנו תבענו פה ב-21'. עד 21',

ת : כן.

ש : אוקיי? היא השתמשה באימייל הזה.

ת : עד 20', 21'. משהו כזה, כן.

ש : הבנתי. וזה היה, זאת תיבת הדוא"ל שאתה תקשרת איתה בעניינים המשותפים שלכם.

ת : נכון.

ש : אוקיי. ותיבת הדוא"ל הזאת היא שלך? היא בבעלותך? היא, הדומיין הוא שלך.

ת : הדומיין הוא שלי. אני לא יודע לגבי תיבת הדואר. אני לא יודע,

ש : אתה, מתי יצרת, מתי סגרת את הדומיין הזה?

218



# בית משפט השלום בתל אביב -יפו

ת״א 27635-04-21 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳      08 דצמבר 2025

ת :   אני חושב שהוא עדיין אפילו קיים אבל,

ש :   הוא עדיין קיים. מצוין. וכשאתה נתת פה תצהיר גילוי מסמכים ואמרת שאין לך שום מסמך רלוונטי חוץ מכתבי בית דין,

ת :   כן.

ש :   עשית חיפוש בתיבת הדואר הזאת שהיא שלך לכל דבר ועניין?

ת :   אני חושב שהיא, אני לא חושב שהיא קיימת, תיבת הדואר. הסתכלתי בתיבת הדואר שלי.

ש :   אדוני, לפני 10 שניות אמרת שתיבת הדואר קיימת עד היום. עכשיו אני שואל אותך,

ת :   לא, לא, לא.

ש :   כן.

ת :   אמרתי שהדומיין קיים עד היום.

ש :   הבנתי.

ת :   לא אמרתי שתיבת הדואר. אפשר להיכנס (לא ברור), בטח יש שם את,

ש :   רגע. שנייה.

ת :   לא אמרתי,

ש :   תקשיב לי.

ת :   תיבת הדואר.

ש :   אתה עורך דין.

ת :   כן. עורך דין.

ש :   בישראל ובארצות הברית.

ת :   אוקיי.

ש :   אתה מבין שתצהיר גילוי מסמכים,

ת :   כן.

ש :   זה עניין, זה תצהיר לכל דבר ועניין?

ת :   אוקיי.

ש :   וכשאתה מצהיר, אני תכף, מיד אראה לך. על פי חקירה, בקשה ודרישה שעשיתי לא מצויים בידי ומעולם לא היו מצויים בידי כל מסמכים רלוונטיים,

ת :   אוקיי.

ש :   אתה, אתה מבין שזו הצהרה רצינית?

ת :   אוקיי. נכון.

ש :   אוקיי? ואתה, כשאתה מצהיר אותה, אתה יודע שיש תיבת דוא״ל.

219



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



ת : כן.

ש : שהיא בבעלותך, בדומיין שהוא בעלותך. הוא גם משולם על ידך. אוקיי?

ומנוהל על ידך, ואתה לא בודק אולי שם,

ת : (לא ברור) שולם על ידי,

ש : אולי. רגע. אולי שם במשרד שלך, יש מסמכים.

ת : אין לי,

ש : שרלוונטיים.

ת : אין לי את תיבת הדואר האלקטרוני הזאת. יש לי את התיבה שלי. היום,

ש : לא.

ת : יש את התיבה שלי בלבד, וזה מה שיש לי.

ש : זה לא, אתה עונה לי לשאלה.

ת : אבל זה מה שיש לי. אני,

ש : אתה לא עונה.

ת : אומר מה שאני יודע.

ש : תקשיב, אתה אומר שאתה באותה תקופה, אנחנו כולנו מחפשים את דו״ח הרשמן.

ת : אוקיי.

ש : ואתה אומר שבאותה תקופה ג׳יין טיפלה בזה, והעבירה לך מסמכים מאותה תקופה,

ת : נו.

ש : באמצעות הדוא״ל הזה.

ת : אני לא,

ש : שנייה. זה מה שהעדת שעכשיו.

ת : (לא ברור), מסמכים, כן. היינו מתכתבים. כן.

ש : כן. הייתם מתכתבים. עכשיו, זאת תיבה, אדוני, כולנו זה. ג׳יין אמרה שהיא לא מכירה אותה, היא לא משלמת עליה, היא לא שום דבר.

ת : אוקיי.

ש : בדרך כלל יש לך תיבה, פרנס נקודה CO. לאנשים שעובדים איתך במשרד יש פרנס נקודה CO.

ת : אוקיי.

ש : תיבה שאתה משלם עליה.

ת : אוקיי.

220



# בית משפט השלום בתל אביב -יפו

ת״א 27635-04-21 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ש :    יש לך סיסמאות להיכנס אליה, (אנגלית), אם אין לך אתה יכול לבקש.

ש :    למה, למה כשאתה הצהרת שאין לך שום מסמך שנוגע לתביעה הזאת, לא חיפשת בתיבת הדואר של ג׳יין?

ת :    אני אסביר.

ש :    כן.

ת :    אין לי גישה לתיבת הדואר הזאת. ובג׳ימייל יש אפשרות שיהיה לך מן אליאס כזה שכאילו זה, מעין נכנס לתיבה אחת ונכנס לתיבה אחרת. אז למשל בג׳ימייל שלי יכול להיות לי משהו עם משהו אחר, ולא, וזה לא תיבה בפני עצמה.

ש :    מה?

ת :    ככה זה ג׳ימייל.

ש :    זה לא, זה לא ג׳ימייל. זה תיבה של פרנס CO.

ת :    בוא אני אתן לך דוגמא.

ש :    כן.

ת :    יש לי, יש לי,

ש :    אז, רגע. אז עכשיו, שנייה.

ת :    רגע. תן לי לסיים.

ש :    כן, כן.

ת :    יש לי גם, יש לי כתובת מהאוניברסיטה שבה למדתי.

ש :    כן.

ת :    אוקיי? אין כזאת כתובת. אין כזאת תיבה. יש כתובת וזה מגיע לי לג׳ימייל, זה הג׳ימייל. אבל כשאני אשלח לך מהג׳ימייל שלי יופיע הכתובת של, של האוניברסיטה.

ש :    כל, כל תיבת הדואר הזאת הגיעה אליך? זה מה שאתה אומר עכשיו?

ת :    לא. לא. לי את שלי, לה את שלה.

ש :    הבנתי. אני אומר לך שאתה Administrator של התיבה הזו.

ת :    אני,

ש :    ואתה יכול לחפש בה.

ת :    אבל אני אומר לך, אתה לא מקשיב.

ש :    כן

ת :    בוא ניקח את האוניברסיטה.

ש :    אני לא רוצה את האוניברסיטה.

ת :    אין, לא, אני נותן לך בתור דוגמא.



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש :    לא. אני לא רוצה דוגמא.

ת :    אבל,

ש :    אני שואל אותך אדוני, שאלת את, שאלת,

ת :    אבל תן לי רגע, תן לי,

ש :    יש לי שאלה. מי, מי בנה, מי מתפעל לך את תיבות הדואר האלה?

ת :    יש לי תיבה אחת שלי.

ש :    את הדומיין פרנס.

ת :    יש לי תיבה אחת שלי.

ש :    מי, מי רשם לך את הדומיין?

ת :    תיבה אחת שלי.

ש :    אוקיי. מי מתפעל לך אותה?

ת :    את, את מה? את הג'ימייל?

ש :    את התיבה.

ת :    של התיבה הזאת?

ש :    כן.

ת :    אני.

ש :    אתה. אתה משלם על זה?

ת :    אני מאמין שכן.

ש :    מי שילם על התיבה של ג'יין?

ת :    אני לא יודע אם הייתה לה תיבה. זה מה שאני,

ש :    אני מראה לך ג'יין. אתה לפני שנייה העדת.

ת :    שנייה. תן לי, אתה, אתה,

ש :    זה תיבת דואר נפרדת. תסתכל על,

ת :    לא.

ש :    ת\51.

ת :    לא, אבל זה מה שאתה לא מבין.

ש :    מה אני לא מבין? כן.

ת :    בגלל זה לקחתי דוגמא אחרת.

כב' הש' ביטון :    זה לא אצלי. זה אצלך.

עו"ד נחמני :    אני מחזיר.

העד, מר פרנס :    באוניברסיטה למשל, שהיא לא קשורה,

ש :    כן.

222



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**    **08 דצמבר 2025**



ת :   יש כתובת של אוניברסיטה. אני מקבל אימיילים לכתובת הזאת. אין לי תיבה באוניברסיטה.

ש :   לא.

ת :   זה הג׳ימייל שלי. וכשאני מוציא משם,

ש :   כן.

ת :   הודעות אלקטרוניות, זה יוצא עם הכתובת של האוניברסיטה. הציבור הרחב לא יודע שזה לא מהג׳ימייל שלי.

ש :   כן.

ת :   זה מה שאני אומר.

כב׳ הש׳ ביטון :   איפה ה-ת\1?

עו״ד נחמני :   כן. עכשיו תראה, אתה לפני שנייה העדת על זה. אני לא מבין למה אתה,

העד, מר פרנס :   כי, כי יש הבדל בין שליטה,

ש :   שאלתי אותך,

ת :   באימייל לבין,

ש :   תסתכל.

ת :   טוב.

ש :   יש P, A, D,

ת :   נכון.

ש :   שטרודל,

ת :   נכון.

ש :   פרנס נקודה CO.

ת :   נכון.

ש :   זו תיבת הדואר שלך?

ת :   כן.

ש :   אוקיי. תיבת הדואר שממנה קיבלת דואר, ג׳יין שטרודל פרנס CO, של מי היא?

ת :   כתובת של ג׳יין, אבל יכול להיות וזה מה שנראה לי, שזה הג׳ימייל. כמו שאני מקבל,

ש :   הבנתי.

ת :   לג׳ימייל עם, עם כתובת אחרת.

ש :   ובדקת?

ת :   ככה אני מקבל את שלי.

ש :   אדוני, בדקת?

223



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025



ת:    את הג׳ימייל שלה? איך אני אבדוק את הג׳ימייל שלה?

ש:    לא. זה לא ג׳ימייל שלה. זה לא ג׳ימייל שלה.

ת:    טוב.

ש:    היא אמרה שהיא לא השתמשה בתיבה הזאת.

ת:    אוקיי.

ש:    הבנתי. עכשיו, בוא רגע נגיש, בוא תאשר לי שזאת החתימה שלך וזה תצהיר גילוי מסמכים כללי וספציפי שאתה עשית בתיק הזה.

ת:    אוקיי. אוקיי.

ש:    בסדר? אני מבקש להגיש אדוני.

ת:    אוקיי.

כב׳ הש׳ ביטון :    מה זה?

עו״ד נחמני :    תצהיר גילוי מסמכים שלו.

העד, מר פרנס :    אוקיי.

כב׳ הש׳ ביטון :    אוקיי. מה אתה רוצה לשאול אותו על זה?

עו״ד נחמני :    שנייה רגע. אתה, התצהיר הזה נכון?

העד, מר פרנס :    כן.

ש:    אין לך, עכשיו, אוקיי. בסדר. עכשיו, תאמר לי, לאן נעלם דו״ח הרשמן? איך הוא לא ברשותך?

ת:    לא קיבלתי אותו.

ש:    לא קיבלת אותו?

ת:    לא. ג׳יין, ג׳יין הצהירה שהיא לא שלחה לי אותו.

ש:    כן.

ת:    שנשלח (לא ברור). לא קיבלתי אותו.

ש:    לא קיבלת?

ת:    לא.

ש:    הבנתי. עכשיו, אתה התדיינת בנושא הזה של טענת החיסיון מול השופט גריטי בארצות הברית, נכון?

ת:    לא, אני לא התדיינתי.

ש:    לא התדיינת?

ת:    אני, לא. אני,

ש:    כן.

ת:    הגשתי תצהיר שאתה יכול להביא אותו ואני אקרא לך אותו.

224



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025



ש :        רגע. אני שואל אותך אם אתה יודע שהייתה התדיינות נמשכת בפני כבוד השופט גריטי על שאלת ה-(לא ברור).

ת :        אני יודע שהייתה התדיינות. לא יודע כמה היא נמשכת.

ש :        אתה לא ידעת,

ת :        אני לא,

ש :        אתה לא יודע שהשופט גריטי,

ת :        לא, אני לא,

ש :        מוציא החלטות?

ת :        אני לא, אני לא צד בתיק הזה.

ש :        כן.

ת :        אני לא מייצג בתיק הזה.

ש :        אדוני, אתה הצהרת בתצהיר עדות ראשית שלך,

ת :        ביקשו ממני להגיש תצהיר.

ש :        אתה הצהרת בתצהיר עדות ראשית שלך,

ת :        כן.

ש :        אוקיי? שאתה מלווה, אוקיי? את, את שגיא. שנייה רגע. אתה הצהרת את זה בתצהיר שהגשת לגריטי, אוקיי?

ת :        אני,

ש :        כן? אתה, תסתכל. (אנגלית). זה נכון?

ת :        תן לי שנייה. אני רוצה לקרוא את זה. אפשר להסתכל על זה רגע?

ש :        כן.

ת :        תודה רבה. (אנגלית), אני עורך דין בישראל בארצות הברית, שנים רבות ייצגתי בעבר את שגיא גנגר,

           (הפסקה)

העד, מר פרנס :        וחברות בבעלותו.

עו״ד נחמני :        כן.

העד, מר פרנס :        נכון. סייעתי לו. בשנה האחרונה, סייעתי לו בקשר ל-Enforcement,

ש :        אכיפה.

ת :        אכיפה של,

ש :        כן.

ת :        פסקי דין נגד אשתו בישראל. כן.

ש :        זה נכון, זה נכון. עכשיו,

ת :        בוא, בוא נבין מה זה.

225



**בית משפט השלום בתל אביב -יפו**

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**    **08 דצמבר 2025**

| | |
|---|---|
| ש : | תחזיר לי רגע. |
| ת : | זה למצוא את הכתובת של אשתו שניסתה, |
| ש : | למצוא, |
| ת : | של אחותו שניסתה, |
| ש : | עכשיו, |
| ת : | לברוח, |
| ש : | עכשיו, |
| ת : | מהנושים שלה. |
| ש : | אתה מודע לזה, |
| ת : | כן. |
| ש : | שנייה. |
| ת : | בוא נבין שזה, |
| ש : | שנייה. |
| ת : | זו הייתה, |
| מר הרשמן : | (אנגלית). |
| עו״ד נחמני : | בסדר. שנייה רגע. שנייה רגע. עכשיו, אתה התנגדת לגילוי דו״ח הרשמן בתצהיר הזה. אני קורא לך. (אנגלית). זה נכון? |
| העד, מר פרנס : | אפשר רגע? |
| עו״ד נחמני : | לא קראת את, |
| העד, מר פרנס : | לא. |
| עו״ד נחמני : | את החומר לפני שבאת? |
| העד, מר פרנס : | קראתי. אבל בוא נוודא. |
| עו״ד נחמני : | כן. |
| כב׳ הש׳ ביטון : | מה אתה, |
| העד, מר פרנס : | אוקיי? |
| כב׳ הש׳ ביטון : | מה אתה מציג לו? |
| עו״ד נחמני : | זה, |
| העד, מר פרנס : | את, |
| ש : | הצהרה שלו בארצות הברית. היא נספח 8 לתצהיר של הרשמן. |
| ת : | אוקיי. בוא נקרא. כתבתי שמר מתתיהו, |
| ש : | כן. |
| ת : | הגיש למשרד שלי, המשרד שלי, |
| ש : | כן. |



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :    אני, גׅייׅן לצורך העניין.

ש :    כן.

ת :    אוקיי? Report אורלי ו-Husband, I object, נכון.

ש :    כן.

ת :    אני מתנגד.

ש :    כן.

ת :    (אנגלית), לגילוי, שזה חלק מחיסיון עורך דין לקוח.

ש :    ה-Work product שלי. ה-Work product,

ת :    של המשרד. נכון.

ש :    אתה התנגדת, אתה התנגדת,

ת :    כן.

ש :    לגילוי, את הציר את הזה. טענת שלך יש,

ת :    לא.

ש :    כן.

ת :    טענתי למשרד. כתוב שם משרד. My firm.

ש :    למשרד. מי זה ה-Firm?

ת :    גׅייׅן ואני ועוד מישהו,

ש :    הבנתי.

ת :    שלא פה עכשיו.

ש :    הבנתי.

ת :    My firm. אחרת הייתי אומרת (לא ברור).

ש :    אני רוצה לשאול אותך עכשיו, זה, ה-Work product שייך לגׅייׅן? גׅייׅן אמרה שהיא אף פעם, תראה, היא אף פעם לא עבדה איתך. היא מכירה אותך, היא עשתה לך את הדירה. היא לא הייתה שותפה שלך, לא שכירה שלך, היא לא טיפלה בנושא הזה, היא לא הזמינה את הדו״ח, היא לא קראה את הדו״ח. אתה הולך, אתה בבית, גם לא אמרת, לא אמרת שזה של גׅייׅן, שהוא של גׅייׅן אלטשולר. שנייה רגע. Work product או חיסיון הוא של בן אדם, הוא לא של חברה.

ת :    הוא לא שלי.

ש :    אוקיי?

ת :    הוא של הלקוח בכלל.

ש :    אדוני, פה התייחסת לגׅייׅן?

227



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

ת : לא. פה אבל התייחסתי,

ש : My firm זה אתה וג׳יין?

ת : פרנס ושות׳ ועוד מישהו.

ש : הבנתי, הבנתי.

ת : שכרגע לא נמצא פה.

ש : הבנתי.

ת : והחיסיון,

ש : מי זה העוד מישהו?

ת : (לא ברור).

ש : אדוני, אם למישהו יש חיסיון, תגיד את שמו.

ת : זה (לא ברור), אני מצטער.

(מדברים ביחד)

עו"ד נחמני : אם למישהו יש חיסיון,

העד, מר פרנס : למשרד, למשרד. ללוגו פרנס ושות׳. למותג הזה.

ש : ללוגו פרנס ושות׳.

ת : כן.

ש : עכשיו תראה, אתה יודע שהשופט גריטי הוציא החלטה שהוא לא מגלה את הדו"ח?

ת : אוקיי.

ש : אני שואל אותך אם אתה יודע. עקבת אחרי, אחרי הנושא הזה?

ת : כן, אני חושב שזה אפילו אצלכם במסמכים שאתם הגשתם.

ש : בסדר. עכשיו תגיד לי, איך הדו"ח הזה הגיע,

ת : לא עקבתי.

ש : לא עקבת.

ת : לא עקבתי, אבל זה מופיע אצלכם.

ש : הבנתי. איך הדו"ח הזה הגיע לארצות הברית?

ת : ג׳יין אמרה שזה מוען לשגיא ישירות. מה?

ש : ג׳יין אומרת, תקשיב לי רגע. אדוני, אתה מסתבך.

ת : אני לא מסתבך.

ש : תקשיב לי בבקשה. ג׳יין אומרת שהיא החזירה את זה לששי.

ת : אוקיי.

ש : אוקיי? ששי אומר שהוא לא מכיר את שגיא ולא את המייל של שגיא והוא לא דיבר איתו אף פעם.



# בית משפט השלום בתל אביב -יפו

**08 דצמבר 2025**          ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳

ת: כן.

ש: ואתה גם יודע ששגיא הגיש הצהרה בארצות הברית שהוא בכלל לא, לא מכיר את ששי ואף פעם לא עמד איתו בקשר.

ת: אוקיי.

ש: אוקיי? עכשיו, אתה אומר שגיין שלחה לך מסמכים. אנחנו רואים מסמכים על אריק הרשמן באותו שבוע שנשלחו אליך. עכשיו אני שואל אותך, אני, עכשיו אני שואל אותך,

(מדברים ביחד)

העד, מר פרנס: אבל אתה אומר (לא ברור),

עו״ד נחמני: הנה. ת\1.

העד, מר פרנס: את זה היא שלחה לי. את זה יש.

ש: מסמכים על,

ת: נכון.

ש: מסמכים על אורלי, שנייה רגע.

ת: אמרתי את זה.

ש: על אורלי ואריק באותו שבוע שהיא שולחת אליך, שאחרי זה הגיעו לארצות הברית. עכשיו אני שואל אותך,

ת: כן.

ש: איך הדו״ח הגיע לארצות הברית.

ת: אני לא יודע. אני לא שלחתי אותו.

ש: אנחנו, אנחנו יכולים לעצור פה?

כב׳ הש׳ ביטון: אדוני שלח אותו.

העד, מר פרנס: אני לא יודע. אני באמת לא יודע.

כב׳ הש׳ ביטון: אבל אתה, אתה, רגע. אתה מכחיש שביקשת את זה מגיין?

העד, מר פרנס: אני ביקשתי מגיין באוגוסט, או (לא ברור) זה היה, קיבלתי פנייה מהלקוח כי מנסים להונות אותו ולא, לא רוצים לשלם וזה. אז לבצע חקירה בסיסית. אני פניתי, אני לא מכיר, לא, לא מתעסק בתחום. לא בליטיגציה, לא,

כב׳ הש׳ ביטון: אוקיי.

העד, מר פרנס: חוקרים פרטיים. פניתי לגיין, את יכולה (לא ברור), אין בעיה. אמרה אני יכולה, יש חוקרים בתיק כי אני מכירה, (לא ברור) שבה אני עובדת, אני יכולה למצוא. והייתה אמורה, לא מצאה. טוב, מצאתי מישהו, אמרתי בסדר, קדימה. חקירה בסיסית, תבצעי.

229



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

כב' הש' ביטון :          נו.

העד, מר פרנס :          זהו.

כב' הש' ביטון :          הגיע הדו"ח, מה קורה איתו?

העד, מר פרנס :          הוא לא הגיע אליי.

כב' הש' ביטון :          למי הוא הגיע?

העד, מר פרנס :          הוא הגיע אליה.

כב' הש' ביטון :          ומה,

העד, מר פרנס :          היא שאלה אותי מה לעשות עם זה. אמרתי שלחי ללקוח. זה הכל.

כב' הש' ביטון :          אז, אז היא שלחה ללקוח?

העד, מר פרנס :          אני לא קיבלתי את זה. לא, לא עניין אותי, סליחה שאני אומר את זה. זה לא כל כך עניין אותי. זה, זה מסמך זניח. זה הכל.

כב' הש' ביטון :          אבל אתה ביקשת אדוני, נכון? ביקשת,

העד, מר פרנס :          אני ביקשתי שזה יבוצע אבל אני,

כב' הש' ביטון :          יופי.

העד, מר פרנס :          לא ביקשתי את החקירה.

כב' הש' ביטון :          זה בוצע, נכון?

העד, מר פרנס :          אני יודע שזה בוצע. כן.

כב' הש' ביטון :          אז מה, היא קיבלה את זה ומה היא עשתה עם זה?

העד, מר פרנס :          העבירה את זה, מסתבר שהיא אמרה לו להעביר את זה ישירות ללקוח. אני לא קיבלתי את זה.

כב' הש' ביטון :          ככה היא אומרת. הוא אומר שהוא לא מכיר אף אחד.

העד, מר פרנס :          אוקיי, בסדר, אבל,

כב' הש' ביטון :          או שהוא העביר אליך, או שהוא העביר לגנגר,

העד, מר פרנס :          אני אותו לא הכרתי.

כב' הש' ביטון :          או שהיא העבירה. בסוף הלקוח גנגר הוא שלך, לא?

העד, מר פרנס :          כן, אבל אני לא קיבלתי, אני לא קיבלתי את זה,

כב' הש' ביטון :          אבל אתה ביקשת אדוני. מה? כמה אפשר,

העד, מר פרנס :          אני,

עו"ד נחמני :          כן, כמה אפשר לברוח מהדבר הזה?

העד, מר פרנס :          לא,

כב' הש' ביטון :          לברוח מהלקוח שלך, לא?

העד, מר פרנס :          אם היה לי את זה, הייתי מביא את זה.

עו"ד נחמני :          אדוני, איך אתה,

230



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳            08 דצמבר 2025

| | |
|---|---|
| כב׳ הש׳ ביטון : | אבל זה הלקוח שלך. |
| העד, מר פרנס : | מה? |
| כב׳ הש׳ ביטון : | אתה מסכים שזה הלקוח שלך, לא? גנגר הוא הלקוח שלך או של מישהו אחר? |
| העד, מר פרנס : | הוא הלקוח שלי. |
| כב׳ הש׳ ביטון : | נו. |
| כב׳ הש׳ ביטון : | גנגר ביקש ממך את מה שביקש ממך. נכון? |
| העד, מר פרנס : | נכון. |
| כב׳ הש׳ ביטון : | אז, |
| העד, מר פרנס : | ואני פניתי לגייין, |
| כב׳ הש׳ ביטון : | אז הלקוח רוצה את מה שהוא ביקש. |
| העד, מר פרנס : | יפה. |
| כב׳ הש׳ ביטון : | העברת לו את מה שהוא ביקש? |
| העד, מר פרנס : | לא. |
| כב׳ הש׳ ביטון : | מי העביר לו? |
| העד, מר פרנס : | אני משער שגייין העבירה לו. גייין או מתתיהו ישירות. זה הכל. |
| כב׳ הש׳ ביטון : | אוקיי. |
| עו״ד נחמני : | עכשיו תראה אדוני. |
| כב׳ הש׳ ביטון : | אז מה? בשמך בעצם. |
| העד, מר פרנס : | העבירה. עשיתי לצורך העניין, כמו שאני מבין שעכשיו קבלני משנה זה, קבלן משנה, העברתי קבלן משנה לגייין שעבדה ראיתי בהרבה מאוד דברים, אמרתי תעשי את זה. זה הכל. |
| כב׳ הש׳ ביטון : | אז היא העבירה את זה לגנגר? |
| העד, מר פרנס : | כן. |
| כב׳ הש׳ ביטון : | היא ידעה להעביר את זה לגנגר? |
| העד, מר פרנס : | אני משער שכן. |
| כב׳ הש׳ ביטון : | איך? |
| העד, מר פרנס : | בטח נתתי לה את הכתובת, או, |
| עו״ד נחמני : | אדוני, אתה הצהרת בתצהיר שלך, |
| העד, מר פרנס : | כן. |
| ש : | שהיא לא מכירה את לקוחותיי. |
| ת : | אוקיי. |
| ש : | ככה כתבת. |

231



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳      08 דצמבר 2025

ת : אוקיי.

ש : לעתים אינה מכירה את לקוחותיי.

ת : אוקיי.

ש : אוקיי? למיטב ידיעתי, תראה איך אתה מסתבך, למיטב ידיעתי עורך דין אלטשולר לא מכירה את הלקוח, לא שוחחה איתו ולא פגשה אותו. איך היא העבירה לו את זה? תראה מה הצהרת.

ת : אז אני,

ש : שאין שום קשר בין, בין אלטשולר לגנגר.

ת : לאן להעביר את זה? בואי תעבירי את זה לכתובת הזאת, הזאת, והיא מעבירה. זה לא הגיע אליי. היא לא אמרה דוד קח ותשלח.

ש : אדוני, יש לי שאלה. אתה טענת,

ת : כן.

ש : Work privilege של מסמך.

ת : כן.

ש : אמרת שה-Work privilege הוא הוכן במסגרת השירות המשפטי שאתה נתת.

ת : שהמשרד נתן.

ש : שהמשרד נתן.

ת : אבל בסדר. זה חשוב.

ש : שנייה רגע. איזה מידע יש בדו״ח הזה שעליו טענת Work privilege?

ת : אני לא יודע כי אני לא קראתי אותו.

ש : אתה לא יודע כי אתה לא קראת?

ת : לא.

ש : לא ראית אף פעם את ה-Work privilege?

ת : אני לא ראיתי את זה. לא. לא ראיתי את זה.

ש : הבנתי. הבנתי.

כב׳ הש׳ ביטון : אז למה טענתם את,

עו״ד נחמני : איך אתה יכול לטעון,

כב׳ הש׳ ביטון : חיסיון?

עו״ד נחמני : אדוני, איך אתה יכול לטעון,

כב׳ הש׳ ביטון : למה טענת לחיסיון,

עו״ד נחמני : Work product וחיסיון על מסמך שלא ראית אותו?

232



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳     08 דצמבר 2025



העד, מר פרנס : אני אסביר לך.

עו״ד נחמני : כן.

העד, מר פרנס : כששאלו אותי על, על מסמך שהוכן לצורך כתבי בית דין, לא בארץ, בארצות הברית, ואמרו לי זה חלק מהעבודה, והרי נשכרת בשביל לבצע את זה כדי שנוכל להגיש לארצות הברית. אמרתי כן. אמרו לי אוקיי, (אנגלית). נכון. בסדר גמור. אתה יכול, אתה מוכן לאשר לנו את זה? אמרתי אני אאשר לכם את זה. כן.

כב׳ הש׳ ביטון : למי אישרת את זה?

העד, מר פרנס : מה? לעורך הדין של שגיא בארצות הברית. יש לכם את התצהיר שלי, שאני חתמתי עליו. זה מה שהוא הקריא לי כרגע.

כב׳ הש׳ ביטון : אוקיי.

העד, מר פרנס : ועכשיו אני בכלל למד,

עו״ד נחמני : תסתכל עכשיו,

העד, מר פרנס : ששמו,

ש : תראה מה השופט גריטי,

ת : דברים אחרים לגמרי.

ש : כותב במוצג 8.

ת : אוקיי.

ש : בהחלטה שמכריעה בטענת החיסיון שאתה העלית על המסמך.

ת : אני, סליחה. אני,

ש : דוד פרנס,

ת : אני לא העליתי,

ש : אדוני, אתה אמרת לי מתנגד,

ת : לא העליתי,

ש : אני מתנגד.

ת : אני לא העליתי. אני לא מייצג את הלקוח בארצות הברית.

ש : בסדר.

ת : מישהו העלה את זה, שאל אותי האם זה המצב. אמרתי כי אני מוכן גם לחתום על זה. לא העליתי.

ש : כן.

ת : לא העליתי.

כב׳ הש׳ ביטון : אוקיי.

עו״ד נחמני : עכשיו, השופט כותב דוד פרנס, זה מוצג 8 אדוני.

233



## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| העד, מר פרנס : | אוקיי. |
| ש : | דוד פרנס, עמוד 166. דוד פרנס (אנגלית). אוקיי? (אנגלית). אתה אומר, (אנגלית), אוקיי? (אנגלית). הוא אומר אתה אומר את זה. איך אתה אומר את זה על משהו שאתה לא ראית? |
| ת : | אני אגיד לך. בגלל שהבקשה הייתה, |
| ש : | כן. |
| ת : | לאותו דבר. כשאני מבקש תכין חקירה בסיסית, |
| ש : | כן. |
| ת : | אני לא אומר תכין חקירה בסיסית לזה ולזה תכין חקירה בסיסית VIP. זה, זה אותו Scope. זה בסיסי. זה הכל. |
| ש : | אתה אומר, |
| ת : | לא אמרתי שקראתי את זה. אמרתי ה-Scope, מה שנדרש, היה אותו דבר. |
| ש : | אוקיי. |
| ת : | חקירה בסיסית. |
| ש : | זאת אומרת, אתה ידעת שה-Scope שנדרש בחקירה הוא אותו דבר לאורלי ולאריק? |
| ת : | כן. מה יצא אני לא יודע. |
| ש : | חשבונות בנק ורשומות כניסה ויציאה מישראל. |
| ת : | לא. ממש לא. |
| ש : | לא? זה מה שהיא ביקשה. |
| ת : | אבל אני לא ביקשתי. |
| ש : | הבנתי. |
| ת : | אני ביקשתי חקירה בסיסית. מה זה בסיסי? אני עכשיו לומד מלא דברים. |
| ש : | כן. |
| ת : | למשל שמספיק ללכת לדן אנד ברדסטריט וב-500 שקלים אתה מקבל את הזה. מבחינתי זה בסיסי. |
| ש : | הבנתי. עכשיו תגיד לי, אתה, אחרי האירועים הללו, אחרי הפגישה שלנו, אתה התקשרת לששון מתתיהו. |
| ת : | כן. |
| ש : | ואמרת לו שלא ישתף איתנו פעולה ולא ימסור את הדו״ח? |
| ת : | אני לא זוכר שאמרתי לו את זה. אני לא זוכר, |
| ש : | אתה נפגשת איתו? |



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ת : נפגשתי איתו. אני לא,

ש : רגע. שנייה. נפגשת איתו. מתי נפגשת איתו?

ת : אחרי שאתם נפגשתם איתו.

ש : אחרי? מתי?

ת : אני לא זוכר.

ש : אחרי כנראה אוקטובר, נובמבר 2019.

ת : יכול להיות.

ש : איפה נפגשת איתו?

ת : נפגשת איתו בבית קפה ברמת השרון.

ש : בבית קפה ברמת השרון. ואיך יצרת איתו קשר?

ת : האמת שאני לא זוכר.

ש : עד אז לא, עד אז, לדבריך, אוקיי? אתה אפילו לא יודע שהוא קיים. עבר מה-Firm שלך, אוקיי? דו"ח חקירה שמכיל פרטים אישיים וסודיים על, על 2 אנשים,

ת : אני משער,

ש : רגע.

ת : שביקשתי מג'ייין את הטלפון.

ש : ביקשת מג'ייין.

ת : אני משער.

ש : ולמה נפגשת איתו אם אתה לא, אם אתה לא מכיר אותו, לא ראית את הדו"ח, אתה לא יודע שום דבר?

ת : אני כבר לא זוכר מה היה הצורך, אבל כמובן אתה תזכיר לי ואני אאשר לך את זה, או, או,

ש : אני שואל. אני לא רוצה להזכיר לך. אני שואל אותך.

ת : אז אני אומר לך שאני לא זוכר.

ש : אוקיי.

ת : תזכיר לי.

ש : הוא אמר במשטרה שאתה אמרת לו לא לשתף פעולה ולא לגלות את ההרשמן Report.

עו"ד בסידן : תראה לו איפה זה. אני מתנגד לשאלה.

עו"ד נחמני : אני אומר לך.

עו"ד בסידן : תראה לו איפה הוא אמר את זה במשטרה.

עו"ד נחמני : לא, סליחה רגע. הוא לא לקוח שלך.



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

| | |
|---|---|
| כב' הש' ביטון : | הוא שואל אותו, |
| עו"ד בסידן : | מה זה משנה? |
| עו"ד נחמני : | שב בבקשה. |
| עו"ד בסידן : | אני, אני לא, |
| עו"ד נחמני : | שב. מה זה הדבר הזה? |
| עו"ד בסידן : | אני מתנגד. יש לי זכות, |
| עו"ד נחמני : | אני לא צריך, אני אומר לך שהוא אמר במשטרה, |
| עו"ד בסידן : | אז, |
| (מדברים ביחד) | |
| עו"ד נחמני : | שאתה, שאתה זה, ושאתה גם הוצאת, |
| כב' הש' ביטון : | צריך להשיב על זה. |
| העד, מר פרנס : | מה? |
| כב' הש' ביטון : | בבקשה. |
| עו"ד נחמני : | כן. |
| כב' הש' ביטון : | מה התשובה? |
| העד, מר פרנס : | יכול להיות, אני באמת, באמת לא זוכר. אני אומר, |
| עו"ד נחמני : | אדוני, אם, אם לא ראית את ה-Report ולא אכפת לך ולא עבר דרכך וזה לא מעניין אותך, מה פתאום אתה נפגש עם עורך, עם עורך הדו"ח על זה על דו"ח שלא ראית לדבריך? שאתה אומר לבית משפט ואומר אל תגלה אותו. אולי, אולי אפשר לגלות אותו. אולי אין בו כלום. הרי עורך הדין שלך הטיח, |
| העד, מר פרנס : | כן. |
| ש : | אני לא יודע מאיפה הוא יודע, שזה דו"ח סתמי. למה לא לגלות אותו? |
| ת : | האמת היא, אני לא יודע מה להגיד לך. לא יודע. |
| ש : | אדוני, אתה צריך, אתה מעיד על עצמך. |
| ת : | אוקיי. אני לא, אני לא זוכר מה היה. לא זוכר מה הלך האירועים. לא יודע מה, זה היה, (לא ברור). אני באמת לא זוכר מה היה. |
| ש : | אתה הוצאת, אתה מסרת לו (אנגלית)? |
| ת : | אני חושב שכן. |
| ש : | אוקיי. |
| ת : | גילוי מסמכים, משהו כזה. יכול להיות? |
| ש : | לא. צו זימון. |
| ת : | זימון, נכון. |

236




# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ש : צו זימון. כן? ממי קיבלת את (אנגלית) הזה?

ת : מעורך הדין של שגיא.

ש : הוא היה אמור להעיד על הדו"חות שהוא עשה?

ת : אני משער שכן.

ש : זאת המעורבות שלו.

ת : אני משער שכן. זו, זו המעורבות שלו. אני לא,

ש : הבנתי.

ת : לא מכיר מעורבות אחרת.

ש : אתה מוסרת לו זימון,

ת : אוקיי.

ש : להעיד על דו"חות,

ת : אוקיי.

ש : שהוא עשה בשביל ה-Firm שלך.

ת : כן.

ש : שאתה התנגדת שייחשפו, וטענת שיש עליהם Work product,

ת : אוקיי.

ש : ואתה לא ראית את הדו"חות.

עו"ד אשכנזי : אני, אני מתנגד לשאלה. סליחה. שנייה, תעצור. אני מתנגדת לשאלה. יש פירמה של 100 עורכי דין. עורך דין,

עו"ד נחמני : אבל הוא אמר שהם 2 עורכי דין.

עו"ד אשכנזי : שנייה אחת, שנייה אחת. עורך דין זוטר במשרד עשה איזו שהיא פעולה, שלח לאן ששלח, ואז הפירמה טוענת, ראש הפירמה, (לא ברור) טוענת,

עו"ד נחמני : כן.

עו"ד אשכנזי : שיש חיסיון. מה הבעיה עם זה? ראש הפירמה לא ראה שום מסמך. הוא לא רואה את כל המסמכים והוא טוען לחיסיון בשם הפירמה, כי החיסיון של הלקוח. מה רע בזה? זה קורה חדשות לבקרים בכל משרד שיש בו עורך דין וחצי. וגם אני מניח שגם עורך הדין המכובד טוען לחיסיון במקרים כאלה. מה הבעיה? הוא לא חייב לראות את הדו"ח כדי (לא ברור) חיסיון. זו תוצאה של עבודה משפטית.

עו"ד נחמני : הוא כמובן שלא חייב, אבל אני חושב שזה מאוד מאוד לא הגיוני מה שהוא מעיד בו, ואני מטיח בו את הדבר הזה שהוא לכאורה אדוני עשה הרבה מאוד פעולות משפטיות.

עו"ד אשכנזי : זו כבר מסקנה. זו כבר מסקנה. לא הגיוני או כן הגיוני,

237



# בית משפט השלום בתל אביב -יפו

תא"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| עו"ד נחמני : | אני, הוא, |
| עו"ד אשכנזי : | זו מסקנה. הוא לא יכול להעיד על מסקנות. |
| עו"ד נחמני : | אני, |
| עו"ד אשכנזי : | העידו כאן אחרים, |
| עו"ד נחמני : | אתה עכשיו הכנסת לו תשובה לפה. |
| עו"ד אשכנזי : | לא. |
| עו"ד נחמני : | אבל אני לא שואל אותו מסקנה. |
| עו"ד אשכנזי : | אני לא מכניס לו תשובה. |
| עו"ד נחמני : | אני, |
| עו"ד אשכנזי : | העידה כאן ג'יין, העידה כאן ג'יין במפורש שהיא לא שלחה את זה לפרנס. היא העידה. |
| עו"ד נחמני : | כן. |
| עו"ד אשכנזי : | היא העידה שהיא שלחה את זה אולי למתתיהו. היא לא זכרה. |
| עו"ד נחמני : | היא לא אמרה שהיא זכרה, |
| עו"ד אשכנזי : | אבל היא העידה, |
| עו"ד נחמני : | שהיא שלחה את זה למתתיהו. |
| עו"ד אשכנזי : | היא לא, |
| עו"ד נחמני : | היא לא אמרה. |
| עו"ד אשכנזי : | במפורש, |
| (מדברים ביחד) | |
| עו"ד נחמני : | אבל מה זה רלוונטי? למה מכניסים תשובות עכשיו? אני שואל אותו, |
| כב' הש' ביטון : | טוב. |
| עו"ד אשכנזי : | היא אמרה במפורש, היא אמרה במפורש שהיא לא שלחה את זה לפרנס. זה היה פה בעדות. |
| כב' הש' ביטון : | חברים, בואו. זה התפלמסות אבל אני לא רואה כאן התנגדות לשאלה. |
| עו"ד נחמני : | כן. |
| כב' הש' ביטון : | מה, מה ההתנגדות? |
| עו"ד נחמני : | אני, אני, אז אני אומר לך אדוני שהגרסה, הגרסה שלך היא לא סבירה. אתה עושה פעולות של מייצג, של עורך דין שסובבות את הדו"ח הזה שלטענתך הוזמן בעבור משרדך ושאתה נהנה מחיסיון לגביו עם עובדי משרדך. |
| העד, מר פרנס : | לא, |
| ש : | רגע. |

238





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

ת :    שנייה.  אז, שוב.

ש :    שנייה. לא. תקשיב, תקשיב עד הסוף.

ת :    אבל אתה מסלף את הדברים.

ש :    תקשיב עד הסוף.

ת :    אתה מסלף את,

ש :    אתה,

ת :    פני הדברים.

ש :    אתה,

ת :    אני לא דיברתי, גם בתצהיר. לא אני. אמרתי המשרד, אוקיי? המשרד לצורך העניין זה גם,

ש :    המשרד זה ג'יין ואתה.

ת :    לצורך העניין, ועובד שהיה שם. לא משנה.

ש :    סליחה רגע.

ת :    אבל,

ש :    רגע. בוא נעשה את זה,

ת :    לצורך העניין, זה ג'יין.

ש :    כן.

עו"ד אלטשולר :    אני מתנגדת לזה מאוד.

העד, מר פרנס :    תמתין שנייה. לצורך העניין זה ג'יין.

עו"ד נחמני :    כן? למה את, קומי ותתנגדי.

עו"ד אלטשולר :    אני מתנגדת בישיבה.

עו"ד נחמני :    בבקשה, תתנגדי.

עו"ד אלטשולר :    אני לא,

כב' הש' ביטון :    אבל בוא, בוא תכין את,

עו"ד אלטשולר :    אני לא במשרד.

כב' הש' ביטון :    אני רוצה,

עו"ד אלטשולר :    אני מאוד מצטערת. אני עוסק מורשה מ-2014 ואני לא במשרד עם אף אחד חוץ מאשר איתי.

עו"ד נחמני :    מצוין.

עו"ד אלטשולר :    I'm sorry.

עו"ד נחמני :    בסדר. הוא ראה את זה אחרת.

כב' הש' ביטון :    שמענו את זה.

עו"ד נחמני :    כן.

239





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| עו״ד אלטשולר : | לא. באמת, אני, אמיתי לגמרי. |
| כב׳ הש׳ ביטון : | בסדר. |
| עו״ד אלטשולר : | ואני מוכנה להעיד על זה בשבועה או לא בשבועה, או בילדים של ששי או בילדים שלי או בכל אחד אחר. באמת. אני לא במשרד עם אף אחד. |
| כב׳ הש׳ ביטון : | טוב. |
| עו״ד אלטשולר : | מעולם לא הייתי. אני יכולה להגיש את כל דו״חות מס הכנסה שלי, להגיש את כל החשבוניות, להראות שאם כבר, אם שילמתי משהו למישהו, זה שיתוף שכר טרחה וזהו. |
| כב׳ הש׳ ביטון : | אוקיי. בסדר. |
| עו״ד אלטשולר : | Thank you. |
| כב׳ הש׳ ביטון : | אבל בוא תשלים את השאלה. |
| עו״ד נחמני : | כן. |
| עו״ד אלטשולר : | ועל זה לא קיבלתי שקל. ועכשיו אני ממש מצטערת, |
| עו״ד נחמני : | עכשיו נשלים, |
| עו״ד אלטשולר : | כמו ששישי מצטער שהוא לקח רק 4,000, אני מצטערת שלא גביתי על זה 20,000 שקל רק על ה-Shit הזה או על ה-22,000 שקל. |
| כב׳ הש׳ ביטון : | טוב. |
| עו״ד נחמני : | מר פרנס, עכשיו שאלות קצרות כדי שיהיה ברור. מי זה My firm שאליה, אליו התייחסת בתצהיר שלך? |
| העד, מר פרנס : | פרנס ושות׳. |
| ש : | מי, מי החברים ב-Firm הזה? |
| ת : | כל, זה כל מי שעובד ב-Firm הזה, |
| ש : | בהקשר של התצהיר. |
| ת : | כרגע זה לצורך העניין ג׳יין. |
| ש : | כשאתה אומר My firm בתצהיר זה רק ג׳יין? |
| ת : | אני וג׳יין. כן, כאילו מה? |
| ש : | אתה וג׳יין. |
| ת : | בסדר. |
| ש : | תודה רבה. |
| ת : | נו. אוקיי. |
| ש : | אז זה לא כמו שאומר לך בא כוח המלומד שיש 100 אנשים ואתה, |
| ת : | לא אבל, אבל משרד, |

240





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

ש : עכשיו אני אומר לך,

ת : אבל משרד זה משרד.

ש : עכשיו אני אומר לך,

ת : זה לא אנשים פרטיים. כן.

ש : עכשיו אומר לך, אתה הגשת תצהיר על דו"ח הרשמן, וסיפרת איך דו"ח הרשמן בא לעולם. נכון?

ת : תראה לי.

ש : עכשיו הראיתי לך.

ת : לא כתבתי איך הוא בא לעולם.

ש : הנה, אוגוסט 2019. ששון מתתיהו, (אנגלית),

ת : נכון.

ש : עכשיו תקשיב.

ת : זה,

ש : איך אתה יכול להצהיר,

ת : נו.

ש : על זה ששון מתתיהו סיפק 2 דו"חות. אחד על אורלי גנגר ואחד על אריק הרשמן, אוקיי? בלי לראות את הדו"חות האלה.

ת : אני לא צריך לראות את הדו"חות.

ש : איך? מי אמר לך שיש דו"חות כאלה?

ת : טלפון לג'יין, ג'יין, היו דו"חות? כן. שלום.

ש : אדוני.

ת : היא גם אמרה,

ש : תקשיב, זה לא, זה לא הגיוני. אתה לא,

ת : מה לא הגיוני?

ש : אדוני, תקשיב.

ת : אני לא, תקשיב. אני, יובל.

ש : כן.

ת : אני,

ש : אתה, אתה מרחיק את עצמך כי אתה מבין את הבעיה.

ת : לא (לא ברור) מרחיק.

ש : אנחנו כולנו מבינים מה קורה פה.

ת : לא מבין שום מרחיק.

ש : כן.



# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'     08 דצמבר 2025

ת :    אם היה לי מייל, הייתי שמח לשלוח אותו, לראות.

ש :    כן.

ת :    אני לא קיבלתי את הדו"חות, אני לא יודע אם הייתי בארץ באותה תקופה, אני לא יודע איפה הייתי. תשמע שנייה.

ש :    כן.

ת :    זה הגיע לג'יין. מג'יין זה הגיע או חזרה לאייל ששי או לשגיא. לא הגיע אליי.

ש :    לא מה שאני שואל אותך.

ת :    זה הכל.

ש :    זה לא מה שאני שואל אותך.

ת :    לא ראיתי, לא קראתי את הזה.

ש :    אני מראה לך תצהיר.

ת :    נו.

ש :    שבשום מקום בעולם עורך דין לא יכול להגיש,

ת :    כן.

ש :    להגיד אני טוען לחיסיון על, על מסמכים שסופקו ל-Firm שלי,

ת :    לצורך העניין עבור ג'יין.

ש :    תקשיב.

ת :    אני טוען לחיסיון.

ש :    תקשיב, לא. אתה לא אומר פה עבור ג'יין.

ת :    אז אני אומר,

ש :    תקשיב לי, תקשיב לי בבקשה.

ת :    נו.

ש :    אוקיי? ואני יודע שיש 2 כאלה מסמכים, ואתה לא אומר נאמר לי על ידי שגיא שיש 2 כאלה מסמכים.

ת :    לא אמרתי על ידי שגיא.

ש :    אוקיי.

ת :    לא אמרתי את זה.

ש :    אתה אומר, אתה אומר מידיעה שסופקו למשרדך 2 דו"חות חקירה.

ת :    אוקיי.

ש :    אוקיי? שאתה עכשיו משכנע את בית משפט שאתה הגשת את התצהיר הזה בלי לראות אותם?

עו"ד אשכנזי :    אני, אני מתנגד לשאלה עוד פעם.





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

העד, מר פרנס : מעולם לא אמרתי שראיתי אותם.

עו"ד אשכנזי : שנייה, שנייה.

עו"ד נחמני : אוקיי. אני, אני אומר, זאת הטענה שלך?

העד, מר פרנס : מעולם לא ראיתי,

עו"ד אשכנזי : זה, זה חוזר. בכל משרד עורך דין,

העד, מר פרנס : לא אמרתי שראיתי אותו.

עו"ד אשכנזי : אני לא מבין את זה.

כב' הש' ביטון : בסדר, אדוני, אתה לא נותן תשובות אבל. זה שאתה לא מבין,

העד, מר פרנס : אבל אני לא ראיתי,

עו"ד נחמני : בדיוק.

כב' הש' ביטון : אתה קורא מהעמוד, אני לא שמתי לב.

העד, מר פרנס : העמוד האחרון.

עו"ד נחמני : זה עמוד,

העד, מר פרנס : האחרון בכל הזה.

עו"ד נחמני : שנייה, אני אומר לאדוני.

כב' הש' ביטון : 100 כמה?

העד, מר פרנס : האחרון, העמוד האחרון בתצהיר,

עו"ד נחמני : לא, לא, אבל זה נספח 8.

העד, מר פרנס : נכון.

עו"ד נחמני : לתצהיר הרשמן.

העד, מר פרנס : נכון.

עו"ד נחמני : שנייה.

כב' הש' ביטון : איזה עמוד?

עו"ד נחמני : שנייה. לא. זה נספח 9, סליחה. עמוד 190.

כב' הש' ביטון : כן. אני רואה. טוב.

עו"ד נחמני : זה לא, זה, מה שאתה אומר אדוני, זה כל כך לא סביר לעורך דין, יש בזה גם אלמנט של הטעיה בתצהיר. אתה לא אומר נאמר לי שיש מסמכים כאלה. אתה אומר סופקו לחברה שלי 2 מסמכים כאלה, ואני טוען שהם חסויים. אני אטען בפני בית משפט שלא יכול להיות שאתה העלית את הטענות האלה בלי לקרוא את המסמכים.

עו"ד אשכנזי : לא.

עו"ד נחמני : ולכן אני טוען,

עו"ד אשכנזי : אבל זה לא נכון. כבודו.

243





## בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳                08 דצמבר 2025

עו״ד נחמני :    שכשאתה אומר שאתה לא יכול לגלות אותם,

העד, מר פרנס :    זה לא נכון.

עו״ד אשכנזי :    סליחה שנייה.

עו״ד נחמני :    אוקיי.

עו״ד אשכנזי :    כבודו, אני מבקש להכריע, להכריע בנקודה הזאת.

העד, מר פרנס :    זה לא נכון.

עו״ד אשכנזי :    פירמות מקבלות מסמכים כתוצאה מעבודה משפטית. המסמכים האלה מועברים ללקוח. המסמכים, על המסמכים האלה חל חיסיון. זה לא משנה כמה עורכי דין יש בפירמה. עורך הדין, ראש הפירמה, או זה שכתב מייל, לא חייב לקרוא את הדו״ח כדי לדעת,

כב׳ הש׳ ביטון :    טוב, בסדר, אדוני, עכשיו אתה מסביר,

עו״ד אשכנזי :    אבל זה מה, זה מה,

עו״ד נחמני :    לא. אתה לא מתנגד. אתה נותן לו תשובה.

כב׳ הש׳ ביטון :    זה לא התנגדות. כן.

העד, מר פרנס :    לא, זה,

עו״ד אשכנזי :    לא, אני מתנגד כי זה כל פעם,

העד, מר פרנס :    זה המצב, אני,

עו״ד אשכנזי :    אני חוזר על אותו דבר.

העד, מר פרנס :    אני לא קיבלתי את המסמכים.

עו״ד אשכנזי :    (לא ברור).

(מדברים ביחד)

העד, מר פרנס :    הייתי מקבל את המסמכים, הייתי קורא אותם. לא קיבלתי את המסמכים. גם ג׳יין אומרת שאני לא קיבלתי את המסמכים. גם ששי אומר, לא אומר שקיבלתי. לא קיבלתי את המסמכים.

עו״ד נחמני :    אדוני, תגיד, אני, אתה יודע, איך קוראים לעורך הדין של ששי בארצות הברית?

העד, מר פרנס :    של ששי? לא יודע.

דובר :    של שגיא.

עו״ד נחמני :    של שגיא.

עו״ד אלטשולר :    שגיא.

העד, מר פרנס :    ג׳ון דלפורטס.

עו״ד נחמני :    אתה מכיר אותו?

העד, מר פרנס :    כן.

244





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

| | |
|---|---|
| ש : | אתה בקשר איתו? |
| ת : | כן. |
| ש : | אתה יודע שהוא טען בבית משפט ארצות הברית שהוא קיבל את הדו״ח |
| | הזה ממך ואתה נתת לו, |
| ת : | הוא לא קיבל, |
| ש : | תרגום של הדו״ח הזה? |
| ת : | לא. תרגמנו אותו ביחד. |
| ש : | תרגמנו אותו ביחד. |
| ת : | אונליין. כן. תרגמנו אונליין. כן. |
| ש : | תודה רבה. |
| ת : | כן. |
| ש : | תרגמתם אותו ביחד, |
| ת : | נו, מה הבעיה? |
| ש : | אונליין. זאת אומרת, |
| ת : | (לא ברור). |
| ש : | תראה מה זה. |
| ת : | מסקייפ לזום, ואתה מתרגם אותו, |
| ש : | אז אתה ראית את המסמך הזה. |
| ת : | ראיתי, אבל לא, לא קיבלתי, |
| ש : | אבל לפני שנייה אמרת לי שאף פעם לא ראית אותו. |
| מר הרשמן : | (אנגלית). |
| עו״ד נחמני : | כן. כן. |
| העד, מר פרנס : | (לא ברור). |
| | (מדברים ביחד) |
| עו״ד נחמני : | אתה תרגמת את המסמך. אדוני, אתה לא העדת פה אמת. אתה לא, לא |
| | העדת אמת. אנחנו ממשיכים הלאה. עכשיו, |
| העד, מר פרנס : | בסדר, תמשיך הלאה. |
| ש : | ואני אומר לך שאתה לא העדת אמת. |
| ת : | אוקיי. בסדר. |
| ש : | כי אתה מבין כמה כמה האמת בעייתית בשבילך. |
| ת : | למה היא בעייתית? |
| ש : | עכשיו, למה? |
| ת : | כן. |



**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ש :    כי אתה הזמנת ושכרת והעברת,

ת :    לא נכון.

ש :    והשתמשת במידע,

ת :    לא נכון.

ש :    שידעת שהוא גנוב.

ת :    לא נכון. לא נכון.

ש :    בגלל זה,

ת :    מה?

ש :    האמת כזאת בעייתית. כן.

ת :    גנוב?

ש :    כן.

ת :    לבקש דו"ח בסיסי,

ש :    כן. דו"ח בסיסי. כן.

ת :    שעכשיו אני מבין שבדן אנד ברדסטריט היה אפשר לקבל ב-500 שקלים?

ש :    כן. עכשיו תגיד לי, אחרי, עוד לפני שהגשת את התצהיר הזה,

כב' השי ביטון :    לפי, לפי מה אתה, מה, הדבר האחרון, איפה הוא מופיע?

העד, מר פרנס :    אגב, מאיפה הדברים האלה? כי אני לא, אני לא ראיתי אותו,

עו"ד נחמני :    זה נספח לתצהיר הרשמן.

העד, מר פרנס :    לא, מה שהוא אמר למשל על, על התרגום,

כב' השי ביטון :    איזה?

עו"ד נחמני :    כן. לא, זה לא, לכן אני לא משתמש בו.

העד, מר פרנס :    איפה זה מופיע התרגום?

כב' השי ביטון :    לא. ההוא. איזה, איזה,

העד, מר פרנס :    אני, מעניין אותי איפה הוא מופיע.

כב' השי ביטון :    נספח זה? על מה, על מה,

עו"ד נחמני :    זה לא הוגש.

העד, מר פרנס :    כי זה נכון.

כב' השי ביטון :    לא הוגש.

עו"ד אשכנזי :    אם זה לא הוגש, זה לא רלוונטי.

עו"ד נחמני :    הוא העיד, הוא העיד שהוא, מה זה זה לא רלוונטי?

כב' השי ביטון :    טוב. הלאה.

עו"ד נחמני :    הוא העיד עדות שלו. עכשיו, עוד לפני ההצהרה הזאת אני חוזר. אתה טורח להיפגש עם ששון מתתיהו, לקבל בעבורו זימון להעיד על אותם

246





# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**    **08 דצמבר 2025**

מסמכים כי אין לששון מתתיהו שום ידיעה על התיק הזה מעבר לאותם מסמכים, נפגש איתו, מוסר לו את הזימון ואומר לו לא לשתף פעולה. זה המסמך שאתה לא מכיר אותו ואתה לא ראית אותו?

העד, מר פרנס : לא. שנייה.

עו"ד נחמני : אוקיי.

העד, מר פרנס : אתה מדבר, לא. זה מסמך שאתה עכשיו הזכרת לי ואמרתי לך, נפגשתי איתו בבית קפה ואני מסרתי לו את זה בשם עורכי הדין של, של שגיא. נכון.

עו"ד אשכנזי : זה מסמך שמופיע בתצהיר?

עו"ד נחמני : זה מופיע בגילוי מסמכים אדוני. קיבלת אותו. אוקיי?

עו"ד אשכנזי : מה שהוא מחזיק עכשיו.

עו"ד נחמני : כן.

העד, מר פרנס : איפה?

עו"ד אשכנזי : איפה?

עו"ד נחמני : מופיע בגילוי מסמכים כפרוטוקול של Hearing בדוקט, דוק 334 בבית משפט,

עו"ד אשכנזי : זה לא הוגש במסגרת,

עו"ד נחמני : לפשיטת רגל. אני לא צריך, אני לא צריך כל מסמך שאי פעם הגשתי לגלות.

עו"ד אשכנזי : לא אמרתי שאתה צריך.

עו"ד נחמני : מותר לי,

עו"ד אשכנזי : אני שואל.

עו"ד נחמני : אני מגלה אותו. אני לא חייב להשתמש בו. אוקיי?

העד, מר פרנס : אתה יכול לתת אבל לעיין?

עו"ד אשכנזי : תן לו, תבקש, תראה לו את המסמך בבקשה.

עו"ד נחמני : מר זה לפורטס אומר פה, תסתכל,

העד, מר פרנס : אבל,

ש : שהוא התקשר אליך.

ת : אני רוצה, אני רוצה,

ש : הוא התקשר אליך,

ת : אני רוצה שנייה,

ש : כדי לוודא,

ת : אני רוצה שצפריר יבדוק,

ש : כן.





## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

| | |
|---|---|
| ת : | שזה, |
| ש : | בבקשה. |
| מר הרשמן : | (אנגלית). |
| עו"ד נחמני : | תקרא. |
| העד, מר פרנס : | שנייה. |
| מר הרשמן : | (אנגלית). |
| עו"ד נחמני : | כן. |
| העד, מר פרנס : | אני לא, לא, |
| מר הרשמן : | (אנגלית). |
| העד, מר פרנס : | איפה זה מופיע? איפה זה מופיע? |
| מר הרשמן : | (אנגלית). |
| העד, מר פרנס : | איפה זה מופיע? |
| עו"ד נחמני : | אני אומר לך, |
| | (מדברים ביחד) |
| העד, מר פרנס : | אני אומר שאני, |
| עו"ד נחמני : | תקשיב רגע, אל תתחמק. אני אומר לך, |
| העד, מר פרנס : | אבל למה אתה משתמש במילים מתחמק? אני אמרתי שאני תרגמתי את זה איתו. הוא העלה את זה, אני דובר אנגלית. אמר לי מה זה המשפט הזה? |
| עו"ד נחמני : | אדוני. |
| העד, מר פרנס : | זה נכון. I translated |
| מר הרשמן : | (אנגלית, |
| העד, מר פרנס : | אוקיי. |
| מר הרשמן : | (אנגלית, |
| העד, מר פרנס : | אוקיי. יכול להיות. |
| מר הרשמן : | (אנגלית). |
| העד, מר פרנס : | יכול להיות. אוקיי, יכול להיות זה, |
| עו"ד נחמני : | יכול להיות. תודה רבה. |
| מר הרשמן : | (אנגלית). |
| עו"ד נחמני : | אבל אדוני, אבל אדוני אני, אנחנו כבר קרובים לסיים. |
| העד, מר פרנס : | אוקיי. |
| ש : | אתה, רק אחרי שעתיים של חקירה נגדית, |
| ת : | נו. |



## בית משפט השלום בתל אביב -יפו

| 08 דצמבר 2025 | ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח' |
|---|---|

| ש : | שבה הרחקת את עצמך מהמסמך ואמרת שמעולם לא ראית אותו, מודה |
| | שאתה ראית אותו על מסך ואתה תרגמת אותו. |
| ת : | נכון, אחר כך תרגמתי אותו. נכון. |
| ש : | אוקיי. |
| ת : | נו. אוקיי. |
| ש : | אז אני אומר שאתה הסתרת את זה. אתה מרחיק את עצמך. |
| ת : | אבל אין לי אותו. |
| ש : | אוקיי? |
| ת : | זה לא, רגע. שנייה. |
| ש : | כן. |
| ת : | אתה אומר שהסתרתי. לא הסתרתי. אין לי את המסמך. |
| ש : | עכשיו תגיד לי, |
| ת : | ראיתי אותו, עזרתי לעורך דין שלא דובר עברית, |
| ש : | כן. |
| ת : | לעבור איתו ולתרגם לו את זה. |
| ש : | כן. |
| ת : | מה, מה עוד? |
| ש : | מה, עכשיו תגיד לי, אתה ביררת עם דלפורטה או שגיא ממי הם קיבלו את |
| | המסמך? |
| ת : | לא. |
| מר הרשמן : | (אנגלית). |
| העד, מר פרנס : | לא. |
| מר הרשמן : | (אנגלית). |
| העד, מר פרנס : | מה אתה שואל? |
| עו"ד נחמני : | דה לפורטס, |
| העד, מר פרנס : | כן. |
| ש : | קיבל מסמך לעברית? |
| ת : | סביר להניח. בגלל זה הוא ביקש, |
| ש : | אבל תגיד, תקשיב, |
| ת : | ממני לתרגם את זה. |
| ש : | תשמע רגע, תשמע רגע. |
| ת : | כן. |
| ש : | עד עכשיו, |



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת : כן.

ש : כל התיק הזה מתנהל. הלכת לדבר עם ששי, דיברת עם ג׳יין.

ת : לא. Stop. לא הלכתי לדבר עם ששי. כל התיק הזה מתנהל.

ש : כן.

ת : אני ביקשתי, קיבלתי בקשה, התקשרתי לג׳יין. אמרתי לה בבקשה חקירה בסיסית.

ש : לא, לא. זה לא מה שאני שואל אותך.

ת : תן לי שנייה, תן לי שנייה.

ש : אבל זה לא מה שאני שואל אותך.

ת : אבל רגע.

ש : בוא נסיים.

ת : רגע.

ש : בוא נסיים.

ת : לא.

ש : עזוב.

ת : אבל תן,

ש : כן. אבל זה לא, אבל אתה לא מקשיב,

ת : אז,

ש : אתה לא מקשיב לשאלה.

ת : המסמך מבוצע, הוא מגיע, הוא מגיע אליה. היא אומרת, היא שולחת את זה אליו ישירות. אוקיי?

ש : מי זה אליו ישירות?

ת : לשגיא כנראה.

ש : אבל זה לא מה שהיא מעידה.

ת : או לששי. אליי היא לא שלחה את זה. אוקיי? זה מה שהיא כן העידה. אליי היא לא שלחה את זה.

ש : למי? איפה היא העידה?

ת : עכשיו. היום.

ש : לא. היא אמרה שהיא החזירה את זה לששי.

ת : אה, לששי. אבל אליי לא, זה לא הגיע.

ש : כן.

ת : אתם אחר כך, פגישת איומים, לא יודע מה. אני נפגשתי איתו חודשיים אחר כך כמו שאמרת, והעברתי לו זימון כפי שנתבקשתי לתת לו.



# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**                    **08 דצמבר 2025**

ש : מצוין.

ת : אוקיי? אז מה,

ש : עכשיו השאלה שלי,

ת : מה?

ש : השאלה שלי אליך,

ת : כן.

ש : עד עכשיו,

ת : כן.

ש : הרי הדבר הכי פשוט שלך זה לקחת, לפנות לשגיא או לדלפורטס ששגיא לא מכיר אותם, לא, לא משנה, אבל להגיד להם רק תן לי אישור אימייל שקיבלת את זה ישירות ממשי. אל תיתן לי את ה-Report, אל תיתן לי שום דבר. אוקיי? להרים טלפון. אתה ידעת, אתה ידעת שאתה פה להעיד על השאלה מי הכין את המסמך.

ת : לא חשבתי,

ש : איך הוא עבר, אוקיי?

ת : אתה צודק. לא חשבתי על זה.

ש : שנייה רגע. שגיא הוא ה-Longtime client שלך. אתה, אתה סיפקת לו שירותים בתור,

ת : לא חשבתי על זה.

ש : עורך דין בעניין הזה.

עו"ד אשכנזי : לאיזה, לאיזה מסמך התכוונת בתרגום הזה, הסימולטני? אתה יכול,

עו"ד נחמני : פרוטוקול בית משפט.

עו"ד אשכנזי : איזה פרוטוקול? בוא, בוא תיתן לי. איפה זה נמצא?

עו"ד נחמני : אני לא צריך לתת לך עכשיו איפה זה נמצא. אני שואל שאלה.

עו"ד אשכנזי : לא, לא, לא. זה חשוב.

עו"ד נחמני : אני,

עו"ד אשכנזי : זה מאוד חשוב.

(מדברים ביחד)

עו"ד נחמני : אני לא הגשתי שום מסמך,

עו"ד אשכנזי : לא, כי כנראה,

עו"ד נחמני : ואני שואל שאלה.

עו"ד אשכנזי : זה שייך לאורלי ולא שייך להרשמן.

העד, מר פרנס : יש, יש,



## בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

עו"ד נחמני : ברור שזה שייך לאורלי. זה, זה,

עו"ד אשכנזי : אה, זה המסמך,

עו"ד נחמני : זה מסמך שתורגם.

עו"ד אשכנזי : המסמך שתורגם הוא שייך לאורלי.

עו"ד נחמני : נכון.

עו"ד אשכנזי : נכון.

עו"ד נחמני : מה?

עו"ד אשכנזי : לא, לא, לא. יש כאן הבדל גדול מאוד. אם,

מר הרשמן : (אנגלית),

עו"ד אשכנזי : לא,

(מדברים ביחד)

עו"ד נחמני : נכון.

מר הרשמן : (אנגלית),

עו"ד נחמני : לא. ברור שהוא תורגם. בית משפט, בית משפט בארצות הברית קרא אותו.

עו"ד אשכנזי : אם המסמך שאתה מדבר עליו זה המסמך של אורלי גנגר, הוא לא שייך לתיק הזה.

עו"ד נחמני : הוא כן שייך.

עו"ד אשכנזי : הוא לא שייך לתיק הזה. זה,

עו"ד נחמני : והוא העיד שהוא תרגם את המסמך של הרשמן.

עו"ד אשכנזי : אני,

(מדברים ביחד)

העד, מר פרנס : לא. דו"ח,

עו"ד אשכנזי : לא. לא.

עו"ד בסידן : לא. הוא מטעה אותו. הוא תרגם,

עו"ד נחמני : רגע. איזה דו"ח תרגמת?

העד, מר פרנס : אני לא יודע.

עו"ד נחמני : סליחה רגע, עמדת,

העד, מר פרנס : תרגמתי דו"ח. אני זוכר, אמרתי לך,

עו"ד אשכנזי : אתה, אתה,

העד, מר פרנס : שזכרתי שראיתי בעל פה, בעברית, ואני תרגמתי בעברית.

עו"ד נחמני : על,

העד, מר פרנס : זה מה שאני זוכר.





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

עו"ד נחמני : על אריק הרשמן?

עו"ד אשכנזי : כבודו. כבודו.

עו"ד נחמני : או על, או על אורלי גנגר?

העד, מר פרנס : האמת שאני לא זוכר.

עו"ד אשכנזי : אם המסמך של אורלי,

(מדברים ביחד)

עו"ד נחמני : גם את זה אתה לא זוכר?

העד, מר פרנס : כן.

עו"ד נחמני : בסדר.

עו"ד אשכנזי : הוא לא קשור לתיק,

עו"ד נחמני : כן.

כב' הש' ביטון : טוב, אתה לא יכול עכשיו כאן,

עו"ד נחמני : רגע.

כב' הש' ביטון : לשנות את העדות שלו בדרך הזאת.

עו"ד נחמני : זהו.

עו"ד אשכנזי : אני לא משנה את העדות.

עו"ד נחמני : אתה משנה מאוד את העדות.

כב' הש' ביטון : זה, זה התערבות שהיא,

עו"ד נחמני : כן.

העד, מר פרנס : יכול להיות שזה היה (לא ברור).

ש : יכול להיות שזה היה שניהם. עכשיו,

ת : כן. יכול להיות שזה היה שניהם.

ש : עכשיו שאלה, בוא, אתה לא נותן לי לשאול את השאלה. אוקיי? אתה מתגונן בטענה שאתה לא הזמנת את המסמך ולא ראית את המסמך ולא קיבלת את המסמך ולא השתמשת ולא העברת אותו. אוקיי? אנחנו יודעים שהמסמך הזה הגיע לארצות הברית.

ת : נכון.

ש : אוקיי? והוצג לשופט. נכון?

ת : כן.

ש : ואתה מעלה מעלה ספקולציה ששישי העביר אותו לשגיא, כששישי מעיד שהוא לא יודע מי זה שגיא, שאלטשולר מעידה שהיא לא יודעת מי זה שגיא. למה, מה יותר פשוט מלהרים טלפון ללקוח של 15 שנה או 20 שנה אתם





# בית משפט השלום בתל אביב -יפו

**ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'**　　　　**08 דצמבר 2025**

|  |  |
|---|---|
| | חברים מהצבא, אני לא יודע מאיפה, ולהגיד לו שגיא, אני רק רוצה את, את כותרת האימייל. |
| ת : | אמרתי לך, לא חשבתי על זה אפילו. יכול להיות שהייתי צריך לעשות את זה. אתה צודק. |
| ש : | הבנתי. |
| ת : | לא, לא חשבתי על זה. הייתי עושה את זה, ובאמת היה חוסך לנו הרבה טרחה. זה נכון. |
| כב' הש' ביטון : | טוב. אם תרגמת את המסמך, אז מה היה רשום בו? |
| העד, מר פרנס : | האמת שאני באמת באמת לא זוכר. זה משהו סופר בסיסי. כאילו, שם, פרטי חשבון בנק, תעודת זהות, אני חושב שם אב, שם, זה היה לפני 6 שנים כבר. |
| כב' הש' ביטון : | טוב. |
| העד, מר פרנס : | אני באמת לא זוכר. |
| כב' הש' ביטון : | אוקיי. |
| עו"ד נחמני : | באותו דיון שחברך, שבא כוחך המלומד אומר שזה אריק הרשמן, אומר, אומר הלקוח, אוקיי? (אנגלית), |
| העד, מר פרנס : | אני לא יודע. |
| עו"ד נחמני : | תקשיב, תקשיב רגע. למה אתה מתחמק? |
| עו"ד אשכנזי : | איפה המסמך הזה? אני רוצה לראות את המסמך. |
| עו"ד נחמני : | אני אראה לך אותו. (אנגלית). |
| עו"ד בסידן : | איפה זה? |
| עו"ד נחמני : | (אנגלית). |
| עו"ד אשכנזי : | איפה, איפה זה הוגש? |
| מר הרשמן : | (אנגלית), |
| | (מדברים ביחד) |
| עו"ד אשכנזי : | לא, לא. |
| עו"ד נחמני : | לא, לא. |
| מר הרשמן : | (אנגלית). |
| עו"ד אשכנזי : | לא, לא, לא. |
| מר הרשמן : | (אנגלית). |
| עו"ד אשכנזי : | זה לא, זה לא, |
| מר הרשמן : | (אנגלית). |
| עו"ד נחמני : | שנייה. |

254



## בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**                **08 דצמבר 2025**



| עו״ד אשכנזי : | זה לא, |
| מר הרשמן : | (אנגלית). |
| עו״ד אשכנזי : | תראה לי איפה המסמך בגילוי מסמכים. |
| מר הרשמן : | (אנגלית). |
| עו״ד אשכנזי : | יש לי אותו. |
| מר הרשמן : | (אנגלית). |
| עו״ד אשכנזי : | איך, מה הכותרת שלו בגילוי המסמכים? |
| מר הרשמן : | (אנגלית). |
| עו״ד נחמני : | רגע. הנה, הנה. |
| מר הרשמן : | (אנגלית). |
| עו״ד נחמני : | סטטוס Conference call. הנה. מסמך, הנה, עם הרשימה שקיבלת. בסדר? עכשיו, |
| עו״ד אשכנזי : | לא, אני לא, |
| מר הרשמן : | (אנגלית). |
| עו״ד אשכנזי : | איפה זה? |
| | (מדברים ביחד) |
| מר הרשמן : | (אנגלית). |
| עו״ד אשכנזי : | תראה לי מה כתוב, מה כתוב, |
| | (מדברים ביחד) |
| מר הרשמן : | (אנגלית), |
| כב׳ הש׳ ביטון : | טוב. |
| מר הרשמן : | (אנגלית). |
| עו״ד נחמני : | הנה אתה, הוא אצלך. אתה, יש לך את גילוי המסמכים? |
| עו״ד אשכנזי : | כן, אני, |
| עו״ד נחמני : | אז הנה. |
| עו״ד אשכנזי : | רוצה לראות, |
| עו״ד נחמני : | זה המסמך. |
| עו״ד אשכנזי : | שזה המסמך. |
| עו״ד נחמני : | הנה. הנה. |
| מר הרשמן : | (אנגלית). |
| עו״ד נחמני : | סטטוס Conference call. |
| עו״ד אשכנזי : | לא. סטטוס Report זה לא זה. |
| עו״ד נחמני : | זה. |

255



# בית משפט השלום בתל אביב -יפו

ת"א 27635-04-21 הרשמן ואח' נ' אלטשולר פידרוב ואח'        08 דצמבר 2025

עו"ד אשכנזי :    זה, מה שאתה,

עו"ד נחמני :    עכשיו,

עו"ד אשכנזי :    סטטוס Conference.

מר הרשמן :    (אנגלית).

עו"ד אשכנזי :    סטטוס Conference first.

עו"ד נחמני :    כן.

מר הרשמן :    (אנגלית).

עו"ד אשכנזי :    אז תראה לי אותו. אני רוצה,

עו"ד נחמני :    אין לי אותו פה עכשיו, כי אני,

עו"ד אשכנזי :    שזה תואם למה שיש לי.

עו"ד נחמני :    גיליתי לך אותו. מה אתה,

עו"ד אשכנזי :    לא.

עו"ד נחמני :    זה Conference call בבית משפט בניו יורק.

כב' הש' ביטון :    הוא נמצא,

עו"ד נחמני :    כן.

מר הרשמן :    (אנגלית),

כב' הש' ביטון :    בראיות?

עו"ד נחמני :    בגילוי.

מר הרשמן :    (אנגלית),

כב' הש' ביטון :    בגילוי.

מר הרשמן :    (אנגלית).

כב' הש' ביטון :    אבל לא, לא גולה.

מר הרשמן :    (אנגלית).

כב' הש' ביטון :    טוב.

עו"ד בסידן :    מה זה,

כב' הש' ביטון :    אוקיי.

עו"ד אשכנזי :    לא. אני לא רואה את זה.

כב' הש' ביטון :    יש לאדוני עוד שאלות או,

עו"ד נחמני :    רגע. תשיב על זה.

עו"ד אשכנזי :    לא. אני לא,

עו"ד בסידן :    על מה הוא ישיב?

עו"ד נחמני :    שפרנס אומר לבית משפט, דלפורטס אומר בבית משפט שהוא קיבל את זה ממך. הוא לא דיבר עברית והוא פנה אליך כדי שתתרגם את זה.

256





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'                    08 דצמבר 2025

| | |
|---|---|
| העד, מר פרנס : | א', הוא אומר Sent. אני לא יודע איך Sent. אולי הוא התכוון שזה הגיע משגיא. (אנגלית). |
| ש : | הבנתי. |
| ת : | לא שלחתי לו אימייל או משהו. |
| ש : | הבנתי. 100 אחוז. |
| ת : | בוא, זה, זה 'Conference |
| ש : | כן. |
| ת : | זה בשיחה עם השופט, פתוח ככה. |
| ש : | תגיד, אתה מוכן, אתה אומר לא חשבת על זה. אנחנו נחכה שבוע, ואתה תבקש משגיא את האישור מייל שהוא קיבל ב-2019 ישירות משישי את, את הדו"ח הזה. אתה מוכן להמציא? |
| ת : | אני לא יודע אם אני יכול להמציא, |
| ש : | אתה תודיע? אתה, אתה תודיע באמצעות בא כוחך שחיפשת את זה, דיברת עם שגיא? אין בזה חיסיון. אוקיי? |
| ת : | אני לא יודע. אני אדבר עם צפריר, אני לא יודע אם אפשר, |
| ש : | סליחה? |
| ת : | אני אשאל, אני שואל את צפריר כי הוא מייצג אותי. |
| ש : | מה הבעיה? אתה עורך דין. |
| עו"ד אשכנזי : | ש-מה? |
| העד, מר פרנס : | אבל אני לא, |
| עו"ד נחמני : | הוא טוען שהוא, |
| עו"ד אשכנזי : | זה לא, זה לא, המסמך הזה לא תואם את ה-Conference שיש כאן. |
| עו"ד נחמני : | בסדר. הוא טוען, הוא טוען, |
| עו"ד אשכנזי : | זה לא המסמך, |
| עו"ד נחמני : | הוא טוען, |
| | (הפסקה) |
| עו"ד נחמני : | ששגיא היה יכול לקבל את המסמך רק משישי. |
| העד, מר פרנס : | לא, |
| עו"ד נחמני : | כי הוא לא קיבל את זה ממנו. |
| העד, מר פרנס : | לא אמרתי את זה. |
| עו"ד אשכנזי : | הוא לא טען את זה. |
| העד, מר פרנס : | לא אמרתי את זה. |
| עו"ד אשכנזי : | הוא לא טען את זה. |





# בית משפט השלום בתל אביב -יפו

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'    08 דצמבר 2025

| | |
|---|---|
| העד, מר פרנס : | אתה שם לי מילים בפה כל הזמן. |
| עו"ד נחמני : | ממי הוא יכול לקבל, ממי שגיא יכול לקבל את המסמך? |
| העד, מר פרנס : | יכל לקבל את זה מגייין. |
| עו"ד נחמני : | גייין אומרת שהיא לא שלחה את זה לשגיא. |
| העד, מר פרנס : | לא יודע. |
| עו"ד נחמני : | אז רגע. אז שנייה רגע. |
| העד, מר פרנס : | נו. |
| עו"ד נחמני : | אתה תפנה, אין פה שום שאלה של חיסיון. אתה תפנה ללקוח שלך, אוקיי? שאתה העברת לו את המסמך הזה במסגרת שירותים משפטיים. הפירמה שלך העבירה לו את זה במסגרת שירותים משפטיים, אוקיי? ואתה תבקש ממנו רק את ההוכחה שהוא קיבל את זה ממישהו אחר. זה הכל. |
| עו"ד אשכנזי : | זה עדיין חיסיון של הלקוח. |
| עו"ד נחמני : | לא. למה חיסיון של הלקוח? |
| עו"ד אשכנזי : | אם הוא מוותר על זה, |
| עו"ד נחמני : | הוא מעיד על זה. |
| כב' השי ביטון : | טוב. |
| עו"ד נחמני : | אבל הוא מעיד על זה. אתה יכול? אתה מוכן? |
| העד, מר פרנס : | אני, |
| עו"ד אשכנזי : | הוא לא יכול, הוא, |
| | (מדברים ביחד) |
| העד, מר פרנס : | יכול לבקש ממנו שיוותר על החיסיון. |
| עו"ד אשכנזי : | על חיסיון של לקוח. הוא יכול לפנות ללקוח, לשאול אותו, ואם הלקוח, |
| העד, מר פרנס : | שיוותר על חיסיון. |
| עו"ד נחמני : | טוב. 100 אחוז. |
| עו"ד אשכנזי : | החיסיון הוא של הלקוח. |
| העד, מר פרנס : | אם הוא רוצה לוותר, שיוותר על החיסיון. |
| עו"ד נחמני : | אין לי יותר שאלות. |
| כב' השי ביטון : | אין יותר שאלות. למישהו יש עוד שאלה? |
| עו"ד אלטשולר : | כן, אני רוצה לשאול. |
| כב' השי ביטון : | את מי? |
| עו"ד אלטשולר : | את פרנס. |
| כב' השי ביטון : | את פרנס? בבקשה. |
| עו"ד אלטשולר : | (לא ברור). |

258



# בית משפט השלום בתל אביב -יפו

**ת״א 27635-04-21 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**  08 דצמבר 2025

| | |
|---|---|
| כב׳ השׁ׳ ביטון: | בבקשה, בוודאי. |
| עו״ד אלטשולר: | לפחות שמישהו, למישהו יהיה כיף פה. |
| כב׳ השׁ׳ ביטון: | נכון. |
| עו״ד אלטשולר: | כל מה שאמרת, |
| מקליט: | רגע, רגע. רק, רק, |
| עו״ד נחמני: | קחי. |
| עו״ד אלטשולר: | אה, סליחה. |
| עו״ד נחמני: | קחי ג׳יין, קחי. רגע. |
| כב׳ השׁ׳ ביטון: | קחי את זה בבקשה. |

**ע.ה/3 מר דוד פרנס, משיב בחקירה נגדית לעורכת הדין ג׳יין אלטשולר:**

| | |
|---|---|
| עו״ד אלטשולר: | חשבתי שאני צועקת חזק גם ככה. כל מה שאמרת בתצהיר שאתה חתום עליו, נכון? |
| העד, מר פרנס: | אני מאמין שכן. |
| ש: | אוקיי. בכתב ההגנה לתביעה שאני הגשתי. |
| ת: | כן. |
| ש: | אוקיי? שנהיה, כי יש פה המון תצהירים. |
| ת: | אוקיי. |
| ש: | אז בכתב ההגנה לתביעה שאני הגשתי, שאני לא מכירה את הלקוחות שלך וכן הלאה. עכשיו, בוא תאר איך מערכת היחסים שלנו עבדה. כי אנחנו מכירים מ-2015, ומ-2015 אתה שולח לי לקוחות. אז איך זה עבד? |
| ת: | נכון. אני שולח לך לקוחות, ואנחנו עובדים עם הלקוחות. האמת, סליחה, רוב הלקוחות את עובדת באופן עצמאי. הלקוחות, |
| ש: | נכון. כי אני כזאת, אדם עצמאי. |
| ת: | נכון. והרבה פעמים אני שולח לקוחות. אני חושב שחלק מהלקוחות אחר כך המשיכו איתך בלי קשר אליי. |
| ש: | זה גם נכון. |
| ת: | נו. אז כמו שעם שגיא לצורך העניין זה היה יכול להיות לקוח שימשיך איתך, |
| ש: | Oh my god. |
| ת: | כאלה, |
| ש: | God, no. Please. |

259



**בית משפט השלום בתל אביב -יפו**

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת :    אני לא יודע. בסדר, אבל, את יודעת, אתה שולח דברים קטנים, נשלח לך מחר, ואולי משהו ייתפס אחר כך.

ש :    אוקיי. קיבלתי תשלום על שגיא?

ת :    מה? אני באמת לא זוכר.

ש :    קיבלתי תשלום על שגיא?

ת :    גייין, אני לא זוכר.

ש :    הבנתי. אוקיי.

ת :    אני לא זוכר.

ש :    אז אני אומרת שלא.

ת :    אוקיי.

ש :    מה עוד רציתי לשאול אותך?

ת :    (לא ברור).

ש :    אני לא, ממש לא.

ת :    אוקיי.

ש :    ממש חבל, דרך אגב. מה עוד רציתי להגיד? אה, לגבי הדבר, בחיי שבחיים שלי לא השתמשתי, קודם כל, מה זה? אפשר את זה רגע? אני כאילו,

כב׳ השי ביטון :    בטח אפשר.

עו״ד אלטשולר :    בחיים שלי לא ראיתי את זה לצורך את העניין.

העד, מר פרנס :    ראית את הכחול שאחרי זה?

כב׳ השי ביטון :    זה, מה זה את זה?

עו״ד אלטשולר :    מה זה הכחול שאחרי זה?

כב׳ השי ביטון :    מה זה את זה? תגדירי.

עו״ד אלטשולר :    את, סליחה. את זה, זה נראה כאן כמו,

כב׳ השי ביטון :    לא.

עו״ד אלטשולר :    כרטיס ביקור.

כב׳ השי ביטון :    אבל הפרוטוקול לא יודע מה זה זה. כרטיס הביקור ב-ת\1?

עו״ד אלטשולר :    אה, כרטיס הביקור ב-ת\1. כן.

העד, מר פרנס :    אני, אוקיי. אין לי מה,

ש :    לא ראיתי את זה אף פעם. באמת שלא.

ת :    אני מאוד מתפלא כי,

ש :    אני כן, לא.

ת :    זה, נתנו את זה ביחד ללקוחות.

ש :    אני, כן, אני אשאל שאלה אחרת.





**בית משפט השלום בתל אביב -יפו**

ת"א 21-04-27635 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

ת: כן.

ש: כשהעברת לי לקוחות גדולים שרצית להיות מעורב בהם ושיתפתי אותך בשכר טרחה, אני, אתה אשכרה הצגת את זה שאנחנו עובדים ביחד, אבל בחיים לא השתמשתי בכרטיס ביקור הזה.

ת: אז אני אגיד לך שכן. אני,

ש: אז אני,

ת: לא רוצה להזכיר שמות של לקוחות, אבל שביחד ישבנו,

ש: אז אני לא זוכרת שאני,

ת: ונתנו להם את זה.

ש: השתמשתי, ואני, כן, אני באמת לא זוכרת,

ת: אני, אני אומר שאת לא זוכרת.

ש: בניגוד לאנשים שלא זוכרים בצורה אחרת.

ת: אני מאמין לך שאת לא זוכרת אבל,

ש: I don't remember ever.

ת: אבל,

ש: Never mind. עכשיו, לגבי המייל, כמו שניסה עורך דין פרנס, למה זה הכל נתקע? כמו שניסה עורך דין פרנס להסביר וזה, אני, אין לי, יש אפשרות בג'ימייל לשלוח מיילים ממיילים אחרים. זאת אומרת, אתה כותב בתיבה שלך שיש מייל אחד, אבל זה כביכול מראה שזה נשלח מכתובת אחרת. ולכן אני שואלת, אני גם אגן שוב, מהמייל הזה אני יודעת שמול ששי, ואת זה אני כן זוכרת, אני מול ששי התכתבתי עם הג'ימייל שלי. שזה ג'יין אלטשולר ADV. אדבוקט. וזה המייל שלי.

ת: אוקיי.

ש: ולשם נשלח הדו"ח.

ת: אוקיי.

ש: סבבה? לא ראיתי את המייל הזה. כששלחתי גם, ההתכתבות שלי עם ששי הייתה מהג'ימייל שלי, האישי הפרטי. כי זה לא היה, אתה יודע גם למה? כי זה לא היה מסגרת עבודה. בגלל זה אני שואלת מה זה המייל הזה. אני לא, לא שלחתי שום דבר למייל הזה. לא התכתבתי איתו, התכתבתי עם הג'ימייל האישי שלי. לא קשורה למייל הזה.

ת: זה אני, זה, זה מה שרשום שם. קיבלתי 2 דו"חות על, על הכתובת של אורלי וזה. זה, זו המציאות. אין לי משהו אחר.

ש: אני, המציאות קשה.

261



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

ת : ‏(לא ברור).

ש : ‏טוב. לי אין עוד שאלות. Thank you.

כב׳ הש׳ ביטון : ‏מה זאת אומרת? אבל לא הבנתי את התשובה שלך. מה זה קיבלת 2 דו״חות על הכתובת הזאת?

העד, מר פרנס : ‏האימייל שם הוא אמיתי. קיבלתי את זה מפרנס ושותי, מגיין את פרנס ו-CO, זה, זה מה שקיבלתי.

כב׳ הש׳ ביטון : ‏נו, ומה קיבלת משם?

העד, מר פרנס : ‏אה, מה שמופיע שם. סליחה. הם הראו כאן,

עו״ד נחמני : ‏צרופות.

העד, מר פרנס : ‏2, 2 צרופות. אחד מהם זה כתובת של אורלי גנגר בישראל, הכתובת של אריק הרשמן בישראל. זה מה שקיבלתי.

עו״ד בסידן : ‏לי יש שאלה.

כב׳ הש׳ ביטון : ‏הבנתי.

העד, מר פרנס : ‏היו 2 צרופות. הם הציגו 2 צרופות. אחת,

עו״ד נחמני : ‏2 שאילתות.

העד, מר פרנס : ‏2 שאילתות ממרשם אוכלוסין. כתובת ממרשם אוכלוסין, אחת על אריק, אחת על אורלי. זה מה שאני קיבלתי. זה, הם הראו לי את זה עכשיו.

כב׳ הש׳ ביטון : ‏אז את השאילתות האלה אתה קיבלת לגבי,

העד, מר פרנס : ‏קיבלתי מגיין.

כב׳ הש׳ ביטון : ‏לגבי כניסות ויציאות? מה?

העד, מר פרנס : ‏לא, לא, לא.

עו״ד אלטשולר : ‏לא.

העד, מר פרנס : ‏שאילתות של הכתובת. רק כתובת.

כב׳ הש׳ ביטון : ‏כתובת.

העד, מר פרנס : ‏רק כתובת. קיבלתי מגיין, שזה מה,

עו״ד אשכנזי : ‏תמצית, תמצית רישום אוכלוסין.

העד, מר פרנס : ‏מה?

כב׳ הש׳ ביטון : ‏את זה. קיבלת במייל הזה. היא שלחה את זה.

העד, מר פרנס : ‏כן. כן. זה מה שמופיע פה.

כב׳ הש׳ ביטון : ‏אז, אז רגע. אז למה. אז דו״חות אחרים היא כן, היא גם שלחה לך?

העד, מר פרנס : ‏לא.

כב׳ הש׳ ביטון : ‏רק את זה היא שלחה לך?

העד, מר פרנס : ‏כן.



# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳    08 דצמבר 2025



כב׳ הש׳ ביטון : למה רק את זה?

העד, מר פרנס : אני לא יודע. אני אומר לך שזה מה שקיבלתי.

כב׳ הש׳ ביטון : מה?

עו״ד אלטשולר : אני גם לא יודעת.

כב׳ הש׳ ביטון : את שלחת לו את זה?

עו״ד אלטשולר : הוא ביקש ממני להוציא שאילתות ממשרד הפנים.

כב׳ הש׳ ביטון : כן.

עו״ד אלטשולר : ואני הוצאתי ושלחתי לו את זה. אבל לא באמצעות המייל הזה.

כב׳ הש׳ ביטון : אבל,

עו״ד אלטשולר : כי זה לא הייתה,

כב׳ הש׳ ביטון : אבל, אז את זה שלחת לו, לגבי הדו״חות לא שלחת לו?

עו״ד אלטשולר : לא, לגבי, כי את זה אני הוצאתי. זה לא ששי הוציא. זה אני,

כב׳ הש׳ ביטון : אבל,

עו״ד אלטשולר : הוצאתי אישית.

כב׳ הש׳ ביטון : אבל ברגע ששי הוציא את הדו״חות ושלח לך, שלחת לו?

עו״ד אלטשולר : לא.

כב׳ הש׳ ביטון : למייל.

עו״ד אלטשולר : אמרתי לו למען את זה ללקוח.

כב׳ הש׳ ביטון : בסדר. אוקיי.

עו״ד אלטשולר : ואני מבחינתי, אני, רק שנייה חייבת רגע להגיד משהו. אני מבחינתי, כמו שהכסף לא עבר דרכי, ככה גם ה-Work product או Whatever לא עבר דרכי. לא קשור אליי. אני מבחינתי, שיתקשר לפקידה ושיגיד לה לאן לשלוח. That's it. לא קשור אליי. לא מכירה אותם. לא רוצה להכיר אותם, לא רוצה לדעת מי הם, לא רוצה (אנגלית), לא רוצה, לא רוצה, לא רוצה, לא רוצה. לא קשורה לדבר הזה. זה פשוט כל כך הזוי בעיניי שיש אנשים שאנחנו כבר באמת, אני, ששי מ-2019. אני מ-2021, מה נסגר? באמת, מה, מה נסגר? מה נסגר?

כב׳ הש׳ ביטון : טוב. אוקיי.

עו״ד אלטשולר : מישהו מתי שהוא ישלם לי את כל ה-Shit הזה?

כב׳ הש׳ ביטון : אוקיי גברתי.

עו״ד אלטשולר : או לא?

כב׳ הש׳ ביטון : בואי לא נחזור בבקשה,

עו״ד אלטשולר : תודה.



# בית משפט השלום בתל אביב -יפו

**ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳**                    **08 דצמבר 2025**

| | |
|---|---|
| כב׳ השי ביטון : | על כל הדברים האלה. שמענו 24,000 שקל. שמענו. |
| עו״ד בסידן : | אני רוצה אני לשאול אותו שאלה. |
| עו״ד אלטשולר : | זה נכון, 24. יש לו 50,000 בערובה פה, אני זוכרת. |
| כב׳ השי ביטון : | טוב. מה אדוני? |
| עו״ד בסידן : | אני רוצה לשאול אותו, |
| כב׳ השי ביטון : | כן. |

**ע.ה/3 מר דוד פרנס, משיב בחקירה נגדית לעורך הדין דוד בסידן:**

| | |
|---|---|
| עו״ד בסידן : | 2 שאלות. מקודם שמענו שמר הרשמן הוא בעצם נושה של אשתו ב-2.3 מיליון שקל. |
| העד, מר פרנס : | דולר. |
| ש : | דולר, סליחה. דולר. ושמענו גם שמר הרשמן השקיע שעות עבודה רבות כדי להילחם בממצאי דו״חות החקירה. |
| ת : | אוקיי. |
| ש : | אני שואל אותך אם יכול להיות שמר הרשמן השקיע את אותן שעות רבות של עבודה כדי להילחם או להוכיח את תביעתו כנושה כנגד רעייתו ב-2.3 מיליון. |
| עו״ד אשכנזי : | אני מתנגד לשאלה. מאיפה הוא יודע? אדוני, |
| עו״ד בסידן : | אני שואל. |
| עו״ד אשכנזי : | איך הוא יכול לדעת את זה? |
| עו״ד בסידן : | אם הוא יודע להגיד לי את זה. |
| עו״ד אשכנזי : | איך אתה, |
| העד, מר פרנס : | יכול, יכול להיות. יכול להיות. אני לא, לא יודע. |
| עו״ד בסידן : | אתה מעורה בהליכים שמתנהלים בארצות הברית? |
| העד, מר פרנס : | לא. לא ממש. |
| עו״ד בסידן : | בעניינו של מר הרשמן. |
| העד, מר פרנס : | לא. |
| עו״ד בסידן : | אז איך, איך הגיע תצהיר שלך בכלל לבית המשפט בארצות הברית? באיזה הקשר? |
| העד, מר פרנס : | זה, אמרתי מקודם. התבקשתי לאשר שזה חוסה תחת יחסי עורך דין לקוח. ואמרתי, כן, זה משהו שאנחנו עשינו עבור, עבורכם. עבור עורך הדין של שגיא, גין דלפורטס שם, ואמרו לי אתה מוכן לתת לנו תצהיר על זה? אמרתי כן, אין, אין בעיה. וזה התצהיר. זה, בקשות נקודתיות כאלה. מה |





# בית משפט השלום בתל אביב -יפו

ת״א 21-04-27635 הרשמן ואח׳ נ׳ אלטשולר פידרוב ואח׳          08 דצמבר 2025

הכתובת שלו בישראל, אתה יכול לאשר לנו שזה חיסיון עורך דין לקוח.
אני יודע מה? להגיש לששי את, את הטופס, את הזה. אז הגשתי. אבל לא,
אני לא מעורב. אני לא חלק מהתהליך הזה.

עו״ד בסידן : הבנתי. אוקיי. תודה.

כב׳ הש׳ ביטון : טוב. תודה רבה אדוני.

העד, מר פרנס : בבקשה.

עו״ד אלטשולר : מה? בעל פה? סבבה. יאללה.

כב׳ הש׳ ביטון : טוב.

עו״ד אלטשולר : Let's go.

כב׳ הש׳ ביטון : אני, לפרוטוקול גם כן, אין בעיה. עוד פעם, יש איזו שהיא הצעה שאתם מוכנים להציע בשלב הזה כדי לראות אם אפשר לשקול אותה לפני שאנחנו סוגרים ואתם הולכים לסכם?

עו״ד נחמני : אנחנו נדבר,

כב׳ הש׳ ביטון : יש איזו שהיא הצעה,

עו״ד נחמני : נדבר בינינו ונודיע לבית משפט.

כב׳ הש׳ ביטון : מה זה לדבר ביניכם?

עו״ד נחמני : אני, לא,

כב׳ הש׳ ביטון : אני, אני כאן, אני נמצא ביניכם. אם יש הצעה, עכשיו אני רוצה לשמוע אם אפשר, אם אפשר לשמוע את הצד השני.

מר הרשמן : (אנגלית).

עו״ד נחמני : כן.

כב׳ הש׳ ביטון : אם תרצו, זה גם יכול להיות מחוץ לפרוטוקול. אני, אני יכול לעשות את זה, אבל אני רוצה לדעת אם יש איזו שהיא הצעה שאתם חושבים אחרי ששמעתם, רצית לשמוע את החקירות הנגדיות.

עו״ד נחמני : כן.

כב׳ הש׳ ביטון : אז שמעת אותן, אני שמעתי אותן, התרשמנו. ואני שואל אם, לפני שאי מנסה, אמרתי לי אדוני אחר כך אולי יפנה אליהם. אני לא יכול לפנות אליהם לפני שהתובע אומר לי אני, אני מוכן להצעת פשרה. אני יכול לעצור את הזה, את הזה אם אתה רוצה.

עו״ד נחמני : כדאי לעצור.

כב׳ הש׳ ביטון : בוא נעצור את הזה. ננהל מחוץ לפרוטוקול. אנחנו סיימנו חקירות. רק רגע, רק רגע. רגע. אנחנו סיימנו חקירות, כן? אל, אל תסגור. סגרת? אל תסגור. תראה, לפני שאנחנו ננהל איזה שהוא משהו מחוץ לפרוטוקול, אם





**בית משפט השלום בתל אביב -יפו**

ת"א 27635-04-21 הרשמן ואח' נ' אלטשולר פידרוב ואח'          08 דצמבר 2025

תרצו, אני כבר, סיימנו את, את פרשת ההגנה, הצדדים, אני מורה לצדדים להגיש סיכומים. התובע יגיש את סיכומיו בתוך 45 ימים?

עו"ד נחמני : 60. תקופה עמוסה.

כב' הש' ביטון : אתה רוצה 60? אין בעיה.

עו"ד נחמני : כן.

כב' הש' ביטון : 60 ימים. והנתבעים 1 ו-2 יסכמו 60 ימים לאחר מכן. צד ג' יינתנו לו גם כן 60 ימים לאחר שהנתבעת 1, שולחת ההודעה, תגיש את סיכומיה.

עו"ד אשכנזי : סיכומי תשובה?

כב' הש' ביטון : לא יהיו סיכומי תשובה.

עו"ד אלטשולר : גם כמובן הכל אחרי שנקבל את ההקלטה.

כב' הש' ביטון : לא, לא,

עו"ד אלטשולר : ואת הפרוטוקול.

כב' הש' ביטון : אין, אין זכות לסיכומי תשובה אלא אם כן מישהו מגיש בקשה ואני דוחה לו את הבקשה על הסף או, אני אומר את זה, ואני, ואני, והתכוונתי, ואני שוקל את בקשתו. כן? בהתאם, בהתאם לנימוקים שבה, אבל באופן עקרוני, כמו שאמרתי, אין סיכומי תשובה ואין זכות לסיכומי תשובה. אז 60, 60, 60, שזה מביא אותנו,

עו"ד בסידן : חצי שנה.

כב' הש' ביטון : 180, חצי שנה. כן. ולאחר מכן יש לי לפחות לפי התקנות 90 ימים. אז אתם רואים פסק דין בעוד 270 ימים. כן? אז, בסדר. יש לי הרבה פסקי דין בדרך לתת, אז זה בסדר. אין לי בעיה עם זה. אז בזה אנחנו סיימנו, ובהתאם להסכמתכם אנחנו ננהל ניהול איזה שהוא שיח קצר מחוץ לפרוטוקול. בסדר? אוקיי, תודה. אפשר לסיים את ההקלטה.

הוקלד על ידי מירי לודריק