**EXHIBIT B**
**MARCH 9, 2026 LTR FROM JOHN DELLAPORTAS**



File
Message
Help
Litera
Kofax PDF
Ignore
Delete
Archive
Junk
Reply
Reply All
Forward
All Apps
Move
Rules
Send to OneNote
Actions
Mark Unread
Categorize
Follow Up
Read Aloud
Immersive Reader
Translate
Zoom
Delete
Respond
Apps
Move
Tags
Editing
Immersive
Language
Zoom
iManage Work
Browse and File
Save Attachments
שאילתות משרד הפנים
Jane Altshuler <jane@parnes.co>
To David A. Parnes
20190911145209070.pdf
.pdf File
Reply
Reply All
Forward
Wed 9/11/2019 7:54 AM
Properties
Settings
Importance Normal
Sensitivity Normal
Security
Encrypt message contents and attachments
Add digital signature to outgoing message
Request S/MIME receipt for this message
Do not AutoArchive this item
Tracking options
Request a delivery receipt for this message
Request a read receipt for this message
Delivery options
Have replies sent to
Expires after None 12:00 AM
Contacts...
Categories None
Internet headers
Delivered-To: dap@parnes.co
Received: by 2002:a67:507:0:0:0:0:0 with SMTP id 7csp756776vsf;
Wed, 11 Sep 2019 04:54:17 -0700 (PDT)
X-Received: by 2002:a1f:1897:: with SMTP id
145mr16556198vky.53.1568202857533;
Wed, 11 Sep 2019 04:54:17 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1568202857; cv=none;
Close

**Jane Altshuler, Adv.**

PARNES & CO LAWYERS AND NOTARIES

18A Raul Wallenberg St.
CU Complex / Bldg C.
Tel Aviv 6971915, Israel

Tel +972 (3) 620 6777
Fax +972 (3) 620 6776

This transmission (and/or the documents accompanying it) is intended to be **confidential and legally privileged** – and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.
Nothing described herein is designed to, and should not, be used to avoid legal obligations, penalties imposed by any local law, in any jurisdiction or by any authority (such as, by way of illustration: the Internal Revenue Service in the US, or its counterparts worldwide).