# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 19-13895-jlg

### DECLARATION OF YOVEL NACHMANI

1.      I am an attorney duly admitted to practice law in Israel.  I have been Counsel for Eric Herschmann and Orly Genger in litigation relating to, among other things, invasion of their privacy.

2.      On December 8, 2025, I was Eric Herschmann's trial counsel related to the illegal invasion of his privacy. David Parnes, Jane Altshuler and Sasson Matityahu all testified at the trial. Altshuler represented herself *pro se*.

3.      On the afternoon of March 10, 2026, I sent Ms. Altshuler, via WhatsApp, a copy of Mr. Dellaportas's  March 9, 2026, filing before Judge Garrity (ECF No. 759). I wrote[1]:



*"Hello Jane. I'm attaching Court Documents filed with the US Federal Court that*

*refer to you. If you'd like, we can talk".*

---

[1] I translated the Hebrew WhatsApp messages to English and verified their accuracy using various AI tools.

4.      Ms. Altshuler wrote back to me via WhatsApp. She said:



*"What do you want to talk about. I clarified long ago that I do not have, and never*

*have had, an email bearing the name  jane@parnes.co.  If such [an email] was*

*created and used, it was David [Parnes] who did it. What do we have to discuss? I*

*don't understand.*

*But if you want to have me fly to New York, I'll be more than happy ; it's my favorite*

*city in the world.*

*Anything else? "*

5.      She added:



*"I hope that you understand that in the last seven years this 'Shit' has been in my life,*

*it is possible to create 10,000 emails, not just the 1587 [referenced in Dellaportas*

*03/09/26 letter]."*

6.      Attached hereto as Exhibit A is a true and accurate copy of the WhatsApp

messages between Ms. Altshuler and me on March 10, 2026.

7.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on:  March 11, 2026

_____

Yovel Nachmani, Adv.

**EXHIBIT A**

MARCH 10, 2026 WHATSAPP EXCHANGE
BETWEEN YOVEL NACHMANI AND JANE ALTSHULER



19-13895-jlg    Doc 759    Filed 03/09/26    Entered 03/09/26 09:43:57    Main Document
Pg 1 of 7

EMMET, MARVIN & MARTIN, LLP
COUNSELLORS AT LAW

120 Broadway
New York, New York 10271
212-238-3000

www.emmetmarvin.com

John Dellaportas
Partner
Tel: 212-238-3092
Fax: 212-238-3100
jdellaportas@emmetmarvin.com

March 9, 2026

**Via ECF**

Honorable James J. Garrity, Jr.
United States Bankruptcy Court

## 759 – 2026-03-09 – Sagi Response Ltr to Bowen 3.5....

7 דפים • 304 ק"ב • pdf

ג'יין שלום. אני מצרף כתבי בית דין שהוגשו לבית המשפט הפדראלי בארה"ב ומתייחסים אליך. אם את רוצה ניתן לשוחח.

✔✔ 13:33

19-13895-jlg    Doc 759-2    Filed 03/09/26    Entered 03/09/26 09:43:57    Exhibit B
(Email Metadata)    Pg 1 of 2

**EXHIBIT B**
**MARCH 9, 2026 LTR FROM JOHN DELLAPORTAS**

## 759.2 – 2026-03-09 – Sagi Ltr Ex. B – Email Metadata....

2 דפים • 198 ק"ב • pdf

✔✔ 13:33

---



**אלטשולר Jane Altshuler**
נראה/תה לאחרונה היום ב-13:54

לשוחח על מה. הבהרתי כבר מזמן אין ולא הייתה תיבת דואר בבעלותי שדמה jane@parnes.co
אם נוצרה כזאת ונעשה בה שימוש עשה את זה דוד. על מה יש לנו לשוחח לא הבנתי ?

אבל אם אתן מתכוונים להטיס אותי לניו יורק אני יותר מאשמח. זאת העיר האהובה עלי בעולם.

ואני מקווה שאתה מבין שב7 שנים השיט הזה נמצא בחיי ניתן ליצור 10,000 מיילים
14:16

ולא רק כמה כתבת 1587 מאוד מדויק המספר 14:16