

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Rocco A. Cavaliere, Partner
Email: rcavaliere@tarterkrinsky.com
Phone: (212) 216-1141

March 16, 2026

**BY ECF AND FIRST CLASS MAIL**

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

> Re:   In re Orly Genger
>        Chapter 7 Case No. 19-13895 (JLG)

Dear Judge Garrity:

As Your Honor is aware, this firm is counsel to Deborah J. Piazza, in her capacity as successor chapter 7 trustee (the "Trustee") of the above-referenced Debtor's estate.

At the request of Mr. Dellaportas, Esq. in his personal capacity, this letter supplements my letter dated March 12, 2026 (the "March 12th Letter"). See Dkt. No.766.   In an email to me dated March 15, 2026, a copy of which is annexed as **Exhibit "A"**, Mr. Dellaportas seeks clarification that the March 12th Letter was not intended in any way to "suggest that [Mr. Dellaportas] submitted 'forged' or fabricated' evidence to the Court." Although the March 12th Letter makes no such suggestion in any way pertaining to the foregoing, and although Mr. Dellaportas indicated he did not believe that was the intention of the March 12th Letter, nonetheless, as a courtesy to Mr. Dellaportas, we submit this clarification that, by the March 12th Letter, we did not suggest that Mr. Dellaportas "forged" or "fabricated" evidence to the Court.  Thank you.

Respectfully submitted,

/s/ Rocco A. Cavaliere

# EXHIBIT "A"

**Sheree Nobles**

| | |
|---|---|
| **From:** | Rocco A. Cavaliere |
| **Sent:** | Monday, March 16, 2026 3:03 PM |
| **To:** | Sheree Nobles |
| **Subject:** | FW: In re Orly Genger, 19-13895-jlg |
| | |
| **Importance:** | High |

**From:** John Dellaportas <JDellaportas@EMMETMARVIN.COM>
**Sent:** Sunday, March 15, 2026 2:56 PM
**To:** Rocco A. Cavaliere <rcavaliere@tarterkrinsky.com>
**Cc:** Thomas A. Pitta <TPITTA@EMMETMARVIN.COM>
**Subject:** [EXT] In re Orly Genger, 19-13895-jlg
**Importance:** High

Dear Mr. Cavaliere:

I write in my personal capacity, with regard to your March 12, 2026 letter to Judge Garrity, in which you write that "the Debtor's allegations are quite disturbing and not easily brushed aside." On Monday, please write the Court to clarify that in your March 12, 2026 letter, you were referring to the Debtor's allegations concerning the Robin Rodriguez emails (which allegations are also frivolous, but not the subject of this email), and that you in no way intended to suggest that I have submitted "forged" or "fabricated" evidence to the Court, as Messrs. Bowen and Bowen have falsely and libelously claimed in their letters. I hope that you appreciate, from my counterclaims and third-party complaint, that I have reached my tolerance for these sorts of casual libels. I believe that was not your intention, but because your letter suggested otherwise, I ask you to make that intention clear with the Court by no later than Monday.

This will be my one and only correspondence with you as to this issue. Please share it with Tarter Krinsky's general counsel, as my message is equally directed to the Tarter Krinsky firm as it is to you personally. I appreciate your cooperation in this regard.

**John Dellaportas**
**Co-Chair, Litigation Department**
Emmet, Marvin & Martin, LLP
120 Broadway 32nd Floor
New York, NY 10271

Tel:  212-238-3092
Fax: 212-238-3100
Email: jdellaportas@emmetmarvin.com



**Confidentiality Disclosure:** The information in this email and in attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it.