# EXHIBIT 19

Oldner, Michael 6/25/2020                                          v.

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re

Orly Genger,                    Chapter 7
                                CASE NO. 19-13895(JLG)
Debtor.

_____

ORAL DEPOSITION OF MICHAEL OLDNER

June 25, 2020

_____

BUSHMAN COURT REPORTING
620 West Third, Suite 302
Little Rock, Arkansas  72201
501.372.5115

Oldner, Michael 6/25/2020                                                    v.

Page 5

ANSWERS AND DEPOSITION OF MICHAEL OLDNER, a witness produced at the request of the Creditors, was taken by Zoom in the above-styled and numbered cause on the 25th day of June, 2020, before Janess Ferguson Smith, Certified Court Reporter and Notary Public in and for Saline County, Arkansas, at the Law Offices of Gary Green, 1001 LaHarpe Boulevard, Little Rock, Arkansas, at 9:01 a.m.

* * * * * * * * * *

Oldner, Michael 6/25/2020                                             v.

Page 7

Trust.

I join in what Mr. Cullen said. We are here in an effort to, in a good faith effort here.

As I mentioned when I spoke with everybody last week, we do -- we appear without prejudice and without waiver of the pending Motion to Quash.

I trust that consistent with the judge's direction on the teleconference that was on Tuesday we will be able to have a successful deposition and hopefully avoid further motion practice on that matter.

MR. BOWEN: Well, let's go on the record and swear in the witness, please.

MICHAEL OLDNER, the witness hereinbefore named, having first been duly cautioned and sworn or affirmed to tell the truth, the whole truth and nothing but the truth, testified as follows:

MR. BOWEN: As I stated off the record, my name is Michael Bowen, B-o-w-e-n. I'm a lawyer from the law firm Kasowitz Benson Torres, a creditor in this bankruptcy, and I'll be asking you

Oldner, Michael 6/25/2020                                    v.

Page 45

Q.    Who asked you to take on the role of trustee for the Orly Genger Trust?

              MR. POLLOCK:  I object to the reasons previously stated.

A.    Am I --

Q.    You can answer?

A.    -- to answer the question now?

              MR. POLLOCK:  (Counsel nods head.)

A.    My original contact -- let me, let me think how I should answer that, to give you an honest answer. I was appointed by Dalia Genger.

        The discussions held about it were with Sagi Genger on her behalf, and originally the subject was broached by Robin Rodriguez.

Q.    And the subject was first broached by Robin Rodriguez in, around April of 2019; right?

A.    Yes, sir.

Q.    How do you know Robin Rodriguez?

A.    I used to be an employee of Robin Rodriguez when he owned a broker-dealer in Little Rock, Arkansas.

Q.    What was the name of that company?

A.    Anglo-American Investor Services Corporation.

Q.    What years were you an employee there?

A.    1989 and 1990, partially.  Part of '89, and

Oldner, Michael 6/25/2020                                                    v.

Page 406

COURT REPORTER'S CERTIFICATE

STATE OF ARKANSAS)
                                    )ss.
COUNTY OF SALINE )

I, JANESS FERGUSON SMITH, CCR, RPR, a Notary Public in and for Saline County, Arkansas do hereby certify that the facts stated by me in the caption of the foregoing matter are true; and that the foregoing matter was transcribed by me, to the best of my ability and understanding, from my machine shorthand notes taken at the time and place set out in the caption hereto.

In accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was requested by the deponent or a party thereto.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, not financially interested or otherwise, in the outcome of this action.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this, the 25th day of June, 2020.

_____
JANESS FERGUSON SMITH, CCR, RPR
Notary Public for Saline County
and Court Reporter.

Janess Ferguson Smith
Bushman Court Reporting                                         501-372-5115

## ERRATA SHEET FOR TRANSCRIPT OF MICHAEL OLDNER

*Orly Genger*, Case No.: 19-13895-jlg

DATE TAKEN: June 25, 2020

| Page | Line | Original | Correction | Reason For Change |
|---|---|---|---|---|
| 11 | 20 | descendents [sic]. | descendants, or the other specified beneficiaries if she does not have descendants. | Clarifying transcript |
| 19 | 19 | Williams | Pollock | Transcription error |
| 26 | 17 | August of 2020 | June of 2019 | Error |
| 69 | 24 | Yes, correct. | Yes, correct, or the other specified beneficiaries if she does not have descendants. | Clarifying transcript |
| 79 | 13 | Pursue | Pursuit | Transcription error |
| 88 | 4 | I did not. | I did not (other than discussion with counsel). | Clarifying transcript |
| 90 | 8 | He did not. | He did. | Clarifying transcript |
| 94 | 7 | The previous trustee. | The previous trustee, I assume. | Clarifying transcript |
| 99 | 21 | REI | me | Error |
| 109 | 17 | documents. | documents concerning the MSM case. | Clarifying transcript |
| 109 | 20 | were not | were | Transcription error |
| 111 | 21 | $20 million | $8 million | Confusion / medical (need to stand up regularly to get blood flowing) |
| 111 | 24 | Safety Maine and Sagi Genger. | Safety Maine. | Confusion / medical (need to stand up regularly to get blood flowing) |
| 112 | 2 | I -- yes. | I don't know. | Confusion / medical (need to stand up regularly to get blood flowing) |
| 113 | 21 | Yes | That's not correct. | Confusion / medical (need to stand up regularly to |

ERRATA SHEET FOR TRANSCRIPT OF MICHAEL OLDNER

*Orly Genger*, Case No.: 19-13895-jlg

| Page | Line | Original | Correction | Reason For Change |
|------|------|----------|------------|-------------------|
| | | | | get blood flowing) |
| 115 | 10 | Early this morning. | Early this morning (for about 30 seconds). | Clarifying transcript |
| 163 | 22-25 | the trust would pay the expenses of REI.  REI being the wholly owned corporation owned by the trust, it would pay the expenses of REI. | REI would pay the expenses of REI.  REI being the wholly owned corporation owned by the trust, it would pay the expenses of REI. | Clarifying transcript |
| 164 | 21 | litigation and | litigation, except as reserved to the Trust, and | Clarification |
| 168 | 16 | excerpt | except | Transcription error |
| 199 | 3 | I did. | No. | Recollection error |
| 202 | 1, 6 | Pursue | Pursuit | Transcription error |
| 202 | 25 | I did not conduct any investigation into Dalia | I did not hire an investigator, but I carefully reviewed the file and case history with respect to Dalia | Recollection error |
| 213 | 21 | Jeff, he | Jaffee, she | Transcription error |
| 265 | 17 | Pursue | Pursuit | Transcription error |
| 275 | 19 | Pursue | Pursuit | Transcription error |
| 300 | 12 | litigious | litigious. | Transcription error |
| 300 | 13 | between me, and Sagi, and Robin Rodriguez | Between me (on behalf of the Orly Genger 1993 Trust and Recovery Effort Inc.), Sagi, and Robin Rodriquez (on behalf of Manhattan Safety Company Ltd. and Manhattan Safety Maine, Inc.) | Clarifying transcript |
| 310 | 7-9 | I would be derelict in my fiduciary | real world, as things change, I may seek to renegotiate | Clarifying transcript |

- 2 -

## ERRATA SHEET FOR TRANSCRIPT OF MICHAEL OLDNER

*Orly Genger*, Case No.: 19-13895-jlg

| Page | Line | Original | Correction | Reason For Change |
|------|------|----------|------------|-------------------|
| | | responsibility if I don't try to renegotiate some portions. | some portions. | |
| 312 | 3 | replaced | supplemented | Clarifying transcript |
| 317 | 18 | That's a | The former question is a | Clarifying transcript |
| 317 | 21-23 | I'm going to get the -- so Robin is going to get paid. Sagi is going to get paid a bunch of money. | I'm going to get the -- so MSM is going to get paid? Sagi is going to get paid a bunch of money? | Clarifying transcript; transcription error |
| 322 | 6 | fifteen | fifty | Transcription error |
| 347 | 6 | Yes | Yes, the acceptance and the release. | Clarifying transcript |
| 352 | 5, 6 | Pursue | Pursuit | Transcription error |
| 354 | 12 | should | would | Clarifying transcript |
| 387 | 13 | I missed it. | [delete] | Recollection error |
| 401 | 23 | my | the Trust's | Clarifying transcript |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 24, 2020.


*/s/ Michael Oldner*
MICHAEL OLDNER