**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

*In re Orly Genger*,

                    **Debtor,**

Chapter 7

Case No. 19-13895 (JLG)

---

### JOINDER OF ERIC D. HERSCHMANN AND MICHAEL PAUL BOWEN IN DEBTOR ORLY GENGER'S MOTION FOR SANCTIONS AGAINST THE SAGI AND RODRIGUEZ PARTIES

Eric D. Herschmann and Michael Paul Bowen, named defendants in Adversary Proceeding Nos. 20-01010, 21-01135, and 22-01106, each hereby join in debtor Orly Genger's motion for sanctions and related relief against Sagi Genger, John Dellaportas, Dalia Genger Michael Oldner, Recovery Effort Inc., Adam Pollock, TPR Investment Associates, Inc., D&K GP LLC David Parnes, Robin Rodriguez, Manhattan Safety Company Ltd., and Manhattan Safety Maine, Inc.  ECF No. 771.

In addition to the arguments set forth in debtor's motion, Herschmann and Bowen respectfully submit, in further support of their joinder, that (a) a criminal referral is warranted here also pursuant to 18 U.S.C. §§ 1519 and 3057 (as well as under the criminal statutes cited in debtor's motion) and (b) contrary to John Dellaportas's argument that the newly produced documents referred to by debtor in her motion constituted a mere "business pitch" by a "lay person," Robin Rodriguez, who made the "pitch" to investors, was the knowledgeable owner of a broker-dealer who knew or should have known that he was required, in making the "pitch," to comply—but he did not comply—with applicable anti-fraud laws and regulations, including Rule 10b-5.  *See* 17 CFR 240.10b-5(b).

For these reasons and those set forth in debtor's papers in support of her motion, Herschmann and Bowen respectfully request that the Court grant the motion and (a) award each of them the damages, including legal fees and costs, they have each suffered as a result of the Co-Conspirators' fraud on the Court and other misconduct in connection with this bankruptcy proceeding and (b) grant the other relief sought by debtor in her motion.

April 21, 2026                                     Respectfully submitted,

*/s/ Eric D. Herschmann*
Eric D. Herschmann
210 Lavaca St.
Austin, TX 78701
EDHNotice@gmail.com

*/s/ Michael Paul Bowen*
Michael Paul Bowen
305 Broadway, 7th Floor
New York, New York 10007
MBowen@hbb-firm.com
(212) 226-4226

2