# EXHIBIT 21

T. Destati on 202
**Tel Aviv-Jaffa Magistrates Court**
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**HON. JUDGE BITON:**  Doesn't appear?

**SPEAKER:**  Doesn't appear — it was not submitted.

**HON. JUDGE BITON:**  Ah, so it was not — not presented?

**SPEAKER:**  No.

**HON. JUDGE BITON:**  Okay.

**WITNESS, MR. HERSCHMANN:**  This is the business card David Parnes submitted to the United States court.

**HON. JUDGE BITON:**  Yes.

**WITNESS, MR. HERSCHMANN:**  And Jane Altshuler's name appears on it, and on the next page I think the email address appears at the top. Jane @,

**HON. JUDGE BITON:**  Good, this —

**WITNESS, MR. HERSCHMANN:**  Parnes & Co., I believe.

**HON. JUDGE BITON:**  (in English). But you may look at it, please.

**ADV. ALTSHULER:**  No, I —

**HON. JUDGE BITON:**  It is important that you see it.

**ADV. ALTSHULER:**  I —

**HON. JUDGE BITON:**  What he is presenting.

**ADV. ALTSHULER:**  I have never seen this thing. Do you have a receipt?

**ADV. NACHMANI:**  just a moment. If my colleague states she has never seen this — let this be submitted. I request that this —

**ADV. NACHMANI:**  I object.

**ADV. NACHMANI:**  There is no such thing.

**ADV. ALTSHULER:**  First of all, it was not submitted.

**ADV. NACHMANI:**  So I now request that this be submitted.

**ADV. ALTSHULER:**  I am not testifying. I am asking questions.

**ADV. NACHMANI:**  Excuse me.

**WITNESS, MR. HERSCHMANN:**  (in English).

**ADV. NACHMANI:**  just a moment, just a moment.

**INTERPRETER:**  (in English).

**WITNESS, MR. HERSCHMANN:**  Okay. Sorry.

**HON. JUDGE BITON:**  Yes.

**WITNESS, MR. HERSCHMANN:**  Sorry.

**ADV. NACHMANI:**  My colleague asked the witness to present a document. The witness testified about the document; and the honorable court examined the document. My colleague stated she has never seen the

T. December 202
**Tel Aviv-Jaffa Magistrates Court**
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**ADV. ALTSHULER:**  No, but I would have given you invoices.

**WITNESS, MR. HERSCHMANN:**  Or did you say that you destroyed it?

**ADV. ALTSHULER:**  I would have given you invoices. You didn't ask me for invoices.

**WITNESS, MR. HERSCHMANN:**  (English).

**INTERPRETER:**  No, no, no.

**WITNESS, MR. HERSCHMANN:**  (English).

**INTERPRETER:**  (English).

**WITNESS, MR. HERSCHMANN:**  Sorry, sorry.

**HON. JUDGE BITON:**  Yes.

**INTERPRETER:**  (English).

**WITNESS, MR. HERSCHMANN:**  Sorry.

**INTERPRETER:**  (English.)

**ADV. ALTSHULER:**  You didn't ask me for invoices.

**WITNESS, MR. HERSCHMANN:**  I,

**Q:**  No. You didn't ask.

**A:**  I don't know,

**Q:**  Why not? I would gladly give them. This is public knowledge. I pay taxes.

**A:**  I have no clue if you pay taxes or not. I can only say one thing with certainty.

Taking information regarding me and my wife is a crime and there is, there is no doubt.

**Q:**  Why would I do that?

**A:**  I have not a shadow of a doubt.

**Q:**  Why, why would I do [it]?

**A:**  (English!)

**Q:**  Why, yes. Why,

**A:**  Why did you commit a crime?

**Q:**  I don't know him and I don't know the other one either.

**A:**  Ask your, your two partners.

**Q:**  I offered to take a polygraph.


(Speaking together)

**INTERPRETER:**  Your Honor, it's impossible.

**HON. JUDGE BITON:**  Just a moment.

**INTERPRETER:**  Your Honor, it's simply impossible. This is simply—

43

**HON. JUDGE BITON:**  Yes, yes.

**INTERPRETER:**  Impossible. I cannot translate like this. I've never been in anything like this. Really.

**HON. JUDGE BITON:**  A little, a little patience.

**ADV. ALTSHULER:**  (English).

**HON. JUDGE BITON:**  Fine. Okay. Please.

**INTERPRETER:**  I don't know what, what to translate.

**HON. JUDGE BITON:**  What she asked.

**INTERPRETER:**  No, there was not, was there a question? Were there answers?

**HON. JUDGE BITON:**  Yes.

**INTERPRETER:**  There was, there were—

**ADV. ALTSHULER:**  You are embarrassed, right?

**HON. JUDGE BITON:**  Madam, there is, I want to understand.

**ADV. NACHMANI:**  I, the truth is I am very embarrassed for you, Jane.

**ADV. ALTSHULER:**  For me? I am never embarrassed.

**ADV. NACHMANI:**  And everyone here is smiling because they are embarrassed. Just so you know.

**ADV. ALTSHULER:**  No, no. They aren't embarrassed. You know why? Because I don't care what other people think of me, and because I am always right.

**HON. JUDGE BITON:**  Okay. Fine.

**ADV. ALTSHULER:**  Yes, to our matter.

**HON. JUDGE BITON:**  Madam,

**ADV. ALTSHULER:**  So,

**HON. JUDGE BITON:**  How much more time do you have?

**ADV. ALTSHULER:**  Yes. I have more,

**HON. JUDGE BITON:**  How many more questions?

**ADV. ALTSHULER:**  I have more questions, because he isn't answering the questions.

**HON. JUDGE BITON:**  No. He answered.

**ADV. ALTSHULER:**  I asked to take a polygraph. Why didn't you give me a polygraph? Then we'd discover where the report is. I said 300 times you should give me a polygraph. I do a polygraph every quarter in the army.

**WITNESS, MR. HERSCHMANN:**  I didn't know that it—

**ADV. ALTSHULER:**  (English).

**HON. JUDGE BITON:**  just a moment. Madam.

Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**Q:**  You don't know. I understand.

**A:**  Because I am not an employee of Parnes.

**Q:**  We will talk in a moment. Now,

**A:**  I repeat and say it again and again and again. And as I said in the elevator, [English], and if I knew he was such an idiot, I would never have done him a favor.

**Q:**  Now look, I am presenting to you,

**A:**  This was directed at you.

**Q:**  I am presenting to you the first page of Orly's report. Appendix 3 of the affidavit of Sasson. It is only the first page, 2 pages.

**A:**  Good.

**Q:**  Okay! Now, let's summarize. This report was issued, as written on the top left, on September 12, 2019. Correct?

**A:**  Okay.

**Q:**  Okay, is that correct?

**A:**  If that is what is written,

**Q:**  Yes.

**A:**  then that is probably what is written. I don't know when it was issued.

**Q:**  Okay.

**A:**  Something is written on the document. It was issued at another time, or at the same time. I don't know.

**Q:**  You don't know. You don't rule out that it was issued on this date?

**A:**  I don't rule it out.

**Q:**  Thank you.

**A:**  No. I don't rule it out.

**Q:**  "To the attention of Mr. Sagi Genger"—did you ask to record this?

**A:**  Yes.

**Q:**  Yes.

**A:**  I asked to address [it].

**Q:**  To address.

**A:**  By address, I mean to send in mail. I don't care what name was recorded there.

**Q:**  Okay. It is written, "At your request, we conducted an investigation to locate the parameters listed below,"

113

Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**Q:** see. You assumed that Mr. Sasson filed a legal request as an interested

person to the court to receive the departure records of,

**A:** Why to the court?

**Q:** of Eric and Orly.

**A:** To the Ministry of Interior.

**Q:** Because that is the way—that is

**A:** Not only by order.

**Q:** That is through the court.

**A:** No, no.

**Q:** Yes.

**A:** No. That's not correct. You are mistaken and misleading.

**Q:** I see; fine. I am mistaken and misleading. Now, tell me, why is a private investigator needed to do this? We saw, and you also attached to your affidavit, that you know how to get records from the Ministry of Interior. Why pay Sasson Matityahu 4,400 NIS to file a request that you say you do as a matter of daily routine?

**A:** Friend, I did Parnes a favor. I don't work for him.

**Q:** I see.

**A:** Finding Sassi after searching for him on Facebook took me 10 minutes.

**Q:** I see.

**A:** Doing an investigation now would take me 8 hours. Who will pay me for that?

**Q:** I see.

**A:** I remind you, my dear sir,

**Q:** Yes.

**A:** that I immigrated. I am a new immigrant. Everything I have, no one gave to me. Not my parents, not my dear partner, may he live long, not the State of Israel. I work every day for my livelihood from age 12 until today. I go on vacation with 3 laptops. I came here to court with 2 laptops. That's because I don't get $2,000 an hour. While that's very regrettable, I must maintain a household in Ramat Gan. Do you know what expenses I have? I have expenses of 25,000 NIS. I pay rent of 8,000. I have no alimony, all right? Every person takes care of themselves, and therefore this is what I need to do.

**Q:** Now, this,

Certified Translation
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**A:**  And I also don't have debts like Mr. Herschmann's $100,000 because, like those people in Game of Thrones, [English], you know what that is? Therefore, I don't owe anyone anything and no one owes me. And when I do someone a favor, I do them a favor. I don't work for him. Is that understood?

**Q:**  I again request the court to instruct my colleague to answer the question, and not to tell us [stories],

**A:**  Unlike Mr. Herschmann, who constantly didn't answer, I answered exactly to the question.

**Q:**  Okay. Now look, you attached your entry and exit records from Israel as Appendix C to your affidavit, correct?

**A:**  Correct.

**Q:**  Correct?

**A:**  Yes.

**Q:**  How did you receive it?

**A:**  What do you mean? I went to the Ministry of Interior and got them.

**Q:**  And you got [them]. And what did you do? You presented—you requested records for yourself? You presented ID cards, correct?

**A:**  Yes.

**Q:**  Now,

**HON. JUDGE BITON:**  Did you request the—

**WITNESS, MS. ALTSHULER:**  What's the connection?

**HON. JUDGE BITON:**  Did you request the entry and exit records of Mr. Herschmann?

**WITNESS, MS. ALTSHULER:**  No.

**ADV. NACHMANI:**  No.

**HON. JUDGE BITON:**  Who requested them?

**WITNESS, MS. ALTSHULER:**  I have no idea.

**ADV. NACHMANI:**  You—you know,

**HON. JUDGE BITON:**  You could—you say that it's easy and that you do it; that's what you say in the affidavit. Can you get entries and exits from the Ministry of Interior for another person?

**WITNESS, MS. ALTSHULER:**  Yes. You come, provide an affidavit, and request. Yes. There are regulations.

**HON. JUDGE BITON:**  An affidavit—

**WITNESS, MS. ALTSHULER:**  You said that I didn't bring anything?

**HON. JUDGE BITON:**  An affidavit—whose affidavit?

Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**HON. JUDGE BITON:** No, no need to read. Tell us what the legal way is.

**WITNESS, MS. ALTSHULER:** The legal way is that you approach the Ministry of Interior,

**HON. JUDGE BITON:** Yes.

**WITNESS, MS. ALTSHULER:** with an affidavit, and show interest, and you receive it.

**HON. JUDGE BITON:** So, but,

**WITNESS, MS. ALTSHULER:** Why—you don't need a court order for that.

**HON. JUDGE BITON:** Okay.

**WITNESS, MS. ALTSHULER:** I don't understand you [plural].

**HON. JUDGE BITON:** But—but the question is whether in this case there was—

**WITNESS, MS. ALTSHULER:** I have no idea. I don't know because I didn't do it.

**HON. JUDGE BITON:** It was possible—

**WITNESS, MS. ALTSHULER:** That's exactly the point. Friends, what I did was, I opened Facebook,

**HON. JUDGE BITON:** But the interested party is Mr. Herschmann, and someone else pulled his entries and exits.

**WITNESS, MS. ALTSHULER:** I don't know.

**HON. JUDGE BITON:** Was it possible?

**WITNESS, MS. ALTSHULER:** I don't know Mr. Herschmann; I don't know anyone. I don't know Genger; no—the only person I knew in advance was Lawyer Parnes. Lawyer Parness called me while I was in Poland,

**HON. JUDGE BITON:** We heard that.

**WITNESS, MS. ALTSHULER:** and asked me for a favor because he doesn't have Facebook. No, but this—

**HON. JUDGE BITON:** We heard this.

**WITNESS, MS. ALTSHULER:** But that's what happened. He doesn't have Facebook. I found Sassi, poor guy, on Facebook. I said to him, my brother, pull such and such for me. He said he could, and that's it. I didn't ask him how he could. From my perspective, he is licensed and a professional. He knows how to do his job just as I know how to do mine. I do not commit criminal offenses.

**HON. JUDGE BITON:** And he—

**WITNESS, MS. ALTSHULER:** I don't think he commits—

**HON. JUDGE BITON:** And he transferred—

**WITNESS, MS. ALTSHULER:** criminal offenses, and that is enough.

**HON. JUDGE BITON:** And he transferred—and he transferred the findings to you?

**WITNESS, MS. ALTSHULER:** Yes, but as I said,

119

**HON. JUDGE BITON:**  Why? Did you know about Genger even prior to that?

**WITNESS, MS. ALTSHULER:**  No. I didn't know anyone,

**HON. JUDGE BITON:**  So how—so how—

**WITNESS, MS. ALTSHULER:**  previously. I am telling him now.

**HON. JUDGE BITON:**  So how can you—

**WITNESS, MS. ALTSHULER:**  That from my perspective, these 2 blockheads, each of whom

**HON. JUDGE BITON:**  Madam.

**WITNESS, MS. ALTSHULER:**  can buy and sell me 10 times, involved me in a case because of which I spent now 12,000 NIS, which is food I took from my children.

**HON. JUDGE BITON:**  Once again—but the question is if—look, here someone—you were corrected, but the question is whether that is a correction you stand behind. Meaning,

**WITNESS, MS. ALTSHULER:**  What?

**HON. JUDGE BITON:**  So listen until the end. If you will be a bit more calm, you will be able to answer properly as well. Yes?

**WITNESS, MS. ALTSHULER:**  I am answering properly.

**HON. JUDGE BITON:**  Fine, but a bit more—a bit more calmly. Now, I am asking you, leave that for now.

**WITNESS, MS. ALTSHULER:**  Yes.

**HON. JUDGE BITON:**  No need to look for anything. So I say, you say you were requested by Parnes to pull the details on Herschmann and on his wife.

**WITNESS, MS. ALTSHULER:**  so.

**HON. JUDGE BITON:**  Correct?

**WITNESS, MS. ALTSHULER:**  Yes.

**HON. JUDGE BITON:**  Including entries and exits, to do an "economic investigation" as it's called.

**WITNESS, MS. ALTSHULER:**  Economic investigation. Yes.

**HON. JUDGE BITON:**  Economic investigation. You found Mr. Mr.

**WITNESS, MS. ALTSHULER:**  Sassi, yes.

**HON. JUDGE BITON:**  Matityahu.

**WITNESS, MS. ALTSHULER:**  I found him.

**HON. JUDGE BITON:**  Yes?

**WITNESS, MS. ALTSHULER:**  He sent to me.

**HON. JUDGE BITON:**  Yes?

**WITNESS, MS. ALTSHULER:**  I told him to address it to Genger. That's it. That's what happened.

**HON. JUDGE BITON:**  To Genger.

**WITNESS, MS. ALTSHULER:**  To Genger.

**HON. JUDGE BITON:**  Earlier you said to Parnes, so to whom? To Genger or to Parnes?

**WITNESS, MS. ALTSHULER:**  To Genger.

**HON. JUDGE BITON:**  How did you know about Genger? I asked earlier. Did you know already Genger ?

**WITNESS, MS. ALTSHULER:**  To the client.

**HON. JUDGE BITON:**  Did you know Genger was the client? Parnes approached you. Did Genger approach you directly?

**WITNESS, MS. ALTSHULER:**  No. He didn't approach me directly. He told me it was for someone named Sagi Genger.

**HON. JUDGE BITON:**  Parnes told you,

**WITNESS, MS. ALTSHULER:**  Yes.

**HON. JUDGE BITON:**  that it's for Genger? So how did you know to address it to Genger?

**WITNESS, MS. ALTSHULER:**  I told him to address it to Genger.

**HON. JUDGE BITON:**  How does he know?

**ADV. NACHMANI:**  When you say,

**HON. JUDGE BITON:**  How does he know?

**ADV. NACHMANI:**  "I told him to address it to Genger," you mean that in the report it's written "For Sagi Genger." To address the report, to write in the report "For Sagi Genger."

**WITNESS, MS. ALTSHULER:**  As far as I'm concerned, I told him to send it to him.

**ADV. NACHMANI:**  How—how does he have Genger's email?

**HON. JUDGE BITON:**  How does he know?

**WITNESS, MS. ALTSHULER:**  he talked to Parnes.

**ADV. NACHMANI:**  Did you provide Genger's email to him?

**WITNESS, MS. ALTSHULER:**  No.

**ADV. NACHMANI:**  No. Excellent. Thank you very much. But we know that in any case he also sent it to you.

**WITNESS, MS. ALTSHULER:**  Correct.

**Q:**  Correct. And when—

**A:**  I've said this 20 times already.

**Q:**  And when did you delete it?

**A:**  Immediately after.

**Q:**  You received an email and you deleted it?

122

**A:**  Yes.

**Q:**  You didn't transfer it onward to Parnes?

**A:**  No.

**Q:**  No. I see. Why did you delete [it]?

**A:**  Because it isn't mine and isn't related to me in any way, wow, I, people here don't, listen friend.

**Q:**  Yes.

**HON. JUDGE BITON:**  When you told Sasson, Mr. Matityahu, to transfer it onward, did you tell him that by phone or by email?

**WITNESS, MS. ALTSHULER:**  No, by email.

**HON. JUDGE BITON:**  By email.

**ADV. NACHMANI:**  By email.

**WITNESS, MS. ALTSHULER:**  And he sent [it] to me, I saw that it is a report.

**HON. JUDGE BITON:**  Yes.

**WITNESS, MS. ALTSHULER:**  I told him to send it. He already received payment. He could have called Parnes' secretary and ask her where to send it. What's the problem? I don't understand this.

**HON. JUDGE BITON:**  From whom did he receive payment?

**WITNESS, MS. ALTSHULER:**  From Parnes.

**HON. JUDGE BITON:**  So maybe he should have transferred it to Parnes?

**WITNESS, MS. ALTSHULER:**  Let him transfer it to Parnes. Friends, no, there is something you don't understand. I don't work for Parnes. I don't sit with him. I sit at home. I have an office at home, ok? I, on my business card, which is truly mine and not the shit that was presented here, it says 18 Alumim Street, which is the house where I lived in Ramat Gan. After that I moved to 3 Hakaba'im, also the house where I lived in Ramat Gan. After that, where do I live now? 86 Pinchas Rotenberg, also the house where I live. I work from home. Occasionally I rented an office in BSR, where I would receive my real estate clients. ok? I don't know him, them, him and him. I don't know anyone. The man asked me for a favor. (English), and I said yes to him. God forbid. 5 years later I am wasting, I already wasted fucking 24,000 NIS on this shit and I still don't understand why. Not related. Not related to anything here. I don't know them, I don't want to know them. 24,000

123

**ADV. NACHMANI:**  Now look, what, what do you say that this business card that Parnes presented to the court in the United States in which you appear,

**WITNESS, MS. ALTSHULER:**  I have never seen it.

**Q:**  One second.

**A:**  That is the answer.

**Q:**  One second. I nonetheless want to complete [the question].

**A:**  From my perspective you created it and no, no one forged it but you forged it.

**Q:**  Fine.

**A:**  Do you know how easy it is to create a business card? Within a second and a half.

**Q:**  Apparently Parnes and I didn't forge your business card together, but maybe. Fine.

**A:**  It's possible that each one,

**Q:**  If that,

**A:**  forged on his own.

**Q:**  If that is the standard by which you are responding here to questions, it's good to know. Now, I want to ask you only very simply. This document, a business card is a document. It testifies that you work, it doesn't matter, as partner, employee, fee-sharing partner, at Parnes & Co at Parnes' address, with this email

. This exhibit was submitted to a court in the United States. Is it a forgery?

**A:**  What you are presenting to me is a photo of a piece of paper apparently lying on the table.

**Q:**  Yes.

**A:**  I don't know if the photo is a forgery. The piece of paper is a forgery but I haven't seen neither the photo,

**Q:**  Okay.

**A:**  nor the piece of paper that you are showing which could be that it isn't there at all because it looks like it's pasted in AI and there's nothing to do. It's all a forgery.

**Q:**  It's all a forgery. And the email address Jane@Parnes & Co

**A:**  Yes.

**Q:**  Parnes (unclear), it didn't, it never served you?

**A:**  It didn't serve me.

**Q:**  Never?

**A:**  It didn't serve me.

126

09 December 2021
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**Q:** There is here, Lawyer Parnes is moving uncomfortably, but, you want to say why?

**MR. PARNES:** Ask me later. Nothing.

**ADV. NACHMANI:** Ah, no problem.

**HON. JUDGE BITON:** No, no.

**ADV. NACHMANI:** Okay. Now,

**HON. JUDGE BITON:** No,

**ADV. NACHMANI:** to this T/1 was attached an email from you.

**WITNESS, MS. ALTSHULER:** So.

**Q:** from this address. Jane Altshuler Advocate.

**A:** So.

**Q:** Okay? To David Parnes.

**A:** So.

**Q:** Okay? This email is also a forgery?

**A:** What's the problem with forging an email? I don't understand.

**Q:** Okay. I'm only asking.

**A:** No. You don't need, my friend, you don't need to forge an email, you take an email in Gmail,

**Q:** yes

**A:** open for it many subgroups, call them Yovel, Nachmani, Yovel 12, Yovel sex, whatever, send emails to each other. What's the problem? I don't understand you, What the actual fuck ?

**Q:** I, I regarding Yovel sex request, Sir, per the Contempt [of Court] Ordinance to warn her, to fine her. I don't need to suffer this. I,

**A:** I also don't need to suffer this.

**Q:** I, I, that but,

**A:** You know what? I also don't need to suffer this.

**Q:** I have an orderly request. I have an orderly request that this thing receive a response, Sir.

**A:** Ok.

**Q:** And Sir, I haven't seen patience like Sir's, I have been a lawyer for 25 years, such a thing I haven't seen yet, such tolerance. But everything has a limit.

**A:** No. Do you know what has no limit? That I am mourning, that I'm not related to here in any way, shape or form, that he doesn't want to fund his mother-in-law and therefore he is suing his

127

**A:**  wife for whatever how much money he has because he wants to be her creditor so that they don't do Bankruptcy to him, and all this is related to me. Poor Jane who immigrated from Ukraine, who isn't related to anyone here and didn't receive a cent for it.

**HON. JUDGE BITON:**  Fine, madam, you are only extending your examination like,

**WITNESS, MS. ALTSHULER:**  I am enjoying it very much.

**ADV. NACHMANI:**  Now, only to understand, you never used the mail address Jane@parnes.co?

**WITNESS, MS. ALTSHULER:**  No.

**Q:**  Now look, to this mail address,

**A:**  So.

**Q:**  to this email message, were attached 2 queries that we know, and you already admitted,

**A:**  I pulled them, so, and — what?

**Q:**  that you pulled them. One second.

**A:**  What's the problem? I don't understand.

**Q:**  Okay.

**A:**  Again, every time you show me things. To show, to attach something to a mail, is very very easy.

**HON. JUDGE BITON:**  One second. Let him complete the,

**WITNESS, MS. ALTSHULER:**  I don't understand this.

**HON. JUDGE BITON:**  Let him complete.

**WITNESS, MS. ALTSHULER:**  To attach something to a mail. He attached. You can create,

**HON. JUDGE BITON:**  But let him,

**WITNESS, MS. ALTSHULER:**  30 mailboxes. To attach to them whatever documents you want, to call them whatever name you want and to start producing a document-fest. Like you [plural] did here with your million documents. I don't understand this, truly.

**ADV. NACHMANI:**  You, you,

**HON. JUDGE BITON:**  Fine. What, what,

**WITNESS, MS. ALTSHULER:**  what are you trying to say? That I what?

**HON. JUDGE BITON:**  What is the question, sir?

**ADV. NACHMANI:**  First of all, how did you know what I'm referring to if you didn't send this email? You haven't seen this exhibit yet at all. How do you know?

**WITNESS, MS. ALTSHULER:**  About what? You are showing me a query in the Ministry of Interior.

128

09 December 2021
Tel Aviv-Jaffa Magistrates' Court
CC 27635-04-21    Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**WITNESS, MS. ALTSHULER:**  that's the identity card.

**Q:**  come now, that's not what I asked you. now,

**A:**  but that's the number.

**Q:**  just one more question in this matter. You said to Lawyer Herschmann when you examined him, that many sites publish your name as part of the firms of lawyers.

**A:**  correct.

**Q:**  that's correct?

**A:**  correct.

**Q:**  which else?

**A:**  Estline & Co.

**Q:**  Estline &  Co?

**A:**  open [the site] now. Yes.

**Q:**  yes. Now, at the same,

**A:**  Tzion Bahlul.

**Q:**  Tzion Bahlul. Fine.

**A:**  correct.

**Q:**  and it doesn't bother you that lawyers take your photo without your consent and publish Ms. Jane Altshuler?

**A:**  no, because it shows that I have many, because, you apparently don't understand anything in marketing, my friend.

**Q:**  yes.

**A:**  do you know how I, do you know how I bring clients? just, I'll tell you a bit about,

**Q:**  the answer that it, that it's done of you own will.

**A:**  no. they don't ask me. they just take.

**Q:**  okay. And not, and it doesn't, when you discover it, it doesn't bother you?

**A:**  but I know them. No, no. I know them.

**Q:**  I see.

**A:**  they are friends.

**Q:**  excellent. Fine. I received an answer. Now you, you know that in the same period Parnes' office also presented you as a lawyer in Parnes' office?

**A:**  it could be. We,

**Q:**  you remember that on the internet you saw Jane Altshuler, Parnes office, studied

134

Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

in Jerusalem, specialized,

**A:**  I don't think he had a site but I have no problem. Do you know why I have no problem?


**Q:**  here, I'm showing you. this, this, this I also forged?

**A:**  wow, I don't, have, this, this, I don't have a blue dress. I have a black dress.

**Q:**  could be. but,

**A:**  no. Truly.

**Q:**  but read,

**A:**  this, this,

**Q:**  come on, listen.

**A:**  this is the photo that appears on my WhatsApp simply.

**Q:**  this was also submitted in the United States. so I ask who forged this.

**A:**  no. So I, I'm saying, because, why it was forged.

**Q:**  yes.

**A:**  because this is the photo that appears incidentally on my WhatsApp.

**Q:**  now I, now,

**A:**  and she was photographed with a black dress.

**Q:**  I see. now,

**A:**  so it's not blue.

**Q:**  yes. Now I'm asking,

**A:**  **no**, I'm just saying. it's not, no, I don't have such a dress.

**Q:**  now,

**A:**  so it's not correct.

**Q:**  I also don't have such a dress. Now I'm asking you a question.

**A:**  yes.

**Q:**  this document that is published about you with all your CV, and your abilities, and that you studied in Jerusalem.

**A:**  it's from LinkedIn and from my website.

**Q:**  excuse me?

**A:**  this, all this is written [on] my website.

**Q:**  yes, I know, but this document,

**A:**  yes,

**Q:**  was submitted to a court in the United States to prove that you are Parnes' partner.

135

**A:**  what's the problem (unclear) that? I don't understand.

**Q:**  just listen to the question.

**HON. JUDGE BITON:**  listen to the question.

**ADV. NACHMANI:**  okay? and it was published, submitted to a court in the United States as a web publication that demonstrates that you are Parnes' partner.

**WITNESS, MS. ALTSHULER:**  okay,

**Q:**  was this done with your knowledge?

**A:**  no.

**Q:**  you, you knew that this was being done?

**A:**  no.

**Q:**  you never saw this?

**A:**  no.

**Q:**  what's written is a forgery?

**A:**  I have no idea.

**Q:**  you have no idea.

**A:**  but I haven't seen this.

**Q:**  okay. I only request to submit this.

**A:**  no. What is written is not a forgery because it's from my website. The dress,

**Q:**  I see.

**A:**  I don't have such a dress.

**Q:**  100 percent. so, I request to submit [it].

**A:**  I don't know. What do you mean submitting documents,

**Q:**  as a forged document. A document,

**A:**  what is a document, how can it be a forged document?

**Q:**  it's a document that was submitted to a court in the United States.

**SPEAKER:**  how is it related,

**ADV. NACHMANI:**  so what, so fine.

**WITNESS, MS. ALTSHULER:**  Dude, really.

**ADV. NACHMANI:**  now,

(Speaking together)

**ADV. NACHMANI:**  yes.

**WITNESS, MS. ALTSHULER:**  and once again,

136

**WITNESS, MS. ALTSHULER:**  Parnes. That was our business-friendship system. Moreover, I bought him the house he lives in. And now this idiot, because of him I paid 24,000 NIS. No, it's beyond words.

**ADV. NACHMANI:**  you had,

**WITNESS, MS. ALTSHULER:**  truly. It's beyond words.

**ADV. NACHMANI:**  you had a business relationship with Parnes that you,

**WITNESS, MS. ALTSHULER:**  I explained it already 20.

**ADV. NACHMANI:**  that you saw him,

**HON. JUDGE BITON:**  one second, one second, one second.

**ADV. NACHMANI:**  you saw him,

**HON. JUDGE BITON:**  madam. I request.

**ADV. NACHMANI:**  as worthwhile,

**HON. JUDGE BITON:**  once again, I repeat and say. I request you to lower the tone. It is not required. it is not required.

**ADV. NACHMANI:**  you had a business relationship with Parnes.

**WITNESS, MS. ALTSHULER:**  yes.

**Q:**  that you considered as profitable for you or worthwhile for you. He referred to you clients. He presented you as connected to his office. An sssociate in his office.

**A:**  no.

**Q:**  you had a business card.

**A:**  Not an Associate at all.

**Q:**  you had, you had a business card, you had,

**A:**  I didn't have a business card.

**Q:**  let me finish.

**A:**  but I'm explaining to you that I didn't have.

**Q:**  one second. And therefore, within this framework, you handled for him the ordering of the investigation reports. Right?

**A:**  no.

**Q:**  no? It, it's not related to the fact that you had a business relationship with him?

**A:**  I once again explain to you.

**Q:**  yes.

**A:**  I had a business relationship with Parnes.

**WITNESS, MS. ALTSHULER:**  Cool.

**HON. JUDGE BITON:**  This is my authority, and I again repeat and I'm calling you out on this.

**WITNESS, MS. ALTSHULER:**  Fine.

**HON. JUDGE BITON:**  I repeat and call  you out on this.

**WITNESS, MS. ALTSHULER:**  Okay.

**HON. JUDGE BITON:**  Yes.

**WITNESS, MS. ALTSHULER:**  I heard.

**HON. JUDGE BITON:**  What the lawyers will do with it, is one thing.

**WITNESS, MS. ALTSHULER:**  Cool.

**HON. JUDGE BITON:**  I call you out on this repeatedly.

**WITNESS, MS. ALTSHULER:**  I see. Okay.

**HON. JUDGE BITON:**  Stop using unpleasant and unnecessary descriptions. Yes?

**WITNESS, MS. ALTSHULER:**  So I, this thing,

**HON. JUDGE BITON:**  What was presented here, it's not shit. It may be shit in another sense, which is paper, but not,

**WITNESS, MS. ALTSHULER:**  Exactly.

**HON. JUDGE BITON:**  in the sense that you mean.

**WITNESS, MS. ALTSHULER:**  How does Sir know in which, to which sense I mean? I will say that I am a member and sit on the Ethics Tribunal of the Bar Association in the Tel Aviv District. a case has never reached us where there was some, a lawyer used some inappropriate language of any kind, and it actually reached some point. So let's proceed.

**HON. JUDGE BITON:**  Madam, this is contrary to the regulations. The authority belongs to the court.

**WITNESS, MS. ALTSHULER:**  So,

**HON. JUDGE BITON:**  And I don't know what you do in the Bar Association.

**WITNESS, MS. ALTSHULER:**  I sit,

**HON. JUDGE BITON:**  on the Ethics Committee.

**WITNESS, MS. ALTSHULER:**  I am a member of the Ethics Tribunal.

**HON. JUDGE BITON:**  But I can tell you,

**WITNESS, MS. ALTSHULER:**  I was appointed. What can be done?

**HON. JUDGE BITON:**  I can tell you, I am happy about your appointment. Everything is fine, yes?

**WITNESS, MS. ALTSHULER:**  For several years already.

141

**Q:** Yes.

**A:** I don't recall exactly what the details were. It didn't amount to an investigation report.

**Q:** Oh, here we're making progress.

**A:** This—I always said this.

**Q:** You transferred, did you transfer the details in a written document?

**A:** I don't remember how I transferred it.

**Q:** Sir, look.

**A:** It wasn't—I, the issue was an investigation on Orly Genger.

**Q:** One second, that's not what I asked you. We'll reach that shortly.

**ADV. BESIDAN:** He's answering you. But give the answer.

**ADV. NACHMANI:** One second. I didn't ask what the issue was. You say "I transferred details on Eric Herschmann", okay?

**WITNESS, MR. MATITYAHU:** There were details,

**Q:** Now, fine. To whom did you transfer the details on Eric Herschmann?

**A:** To Jane.

**Q:** To Jane. Okay. Only to Jane?

**A:** As far as I remember, yes.

**Q:** Yes? No, the claims that you transferred this directly to Sagi Genger, they're not correct?

**A:** I don't remember that.

**Q:** Excuse me?

**A:** I Don't remember.

**Q:** You don't remember that. Did you transfer it to David Parnes?

**A:** I don't recall.

**Q:** You don't recall. Great. Now, look, how did you transfer it to Jane?

**A:** I don't, really, it could be on WhatsApp, it could be in a phone call. I don't remember.

**Q:** Fine, but could it be that you called Jane and told her "Write down: Eric Herschmann has such and such bank accounts. He left the country on such and such a date", could be?

**A:** It could be that I called her.

**Q:** Okay.

**A:** Not with such information.

**Q:** Excuse me?

165

09 December 2025
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**ADV. NACHMANI:**  Yes.

**WITNESS, MR. MATITYAHU:**  to obtain the same information.

**ADV. NACHMANI:**  Yes.

**WITNESS, MR. MATITYAHU:**  And who said it's mine?

**ADV. NACHMANI:**  I see. Now, look, but I'm reading to you,

**HON. JUDGE BITON:**  but Jane said here that you, she returned it to you so,

(Pause)

**HON. JUDGE BITON:**  that you would pass it on.

**WITNESS, MR. MATITYAHU:**  What?

**ADV. NACHMANI:**  Right.

**HON. JUDGE BITON:**  You heard the testimony here of the lady, Attorney Altshuler, who said that you, that she, as soon as she received the reports, she returned them to you so that you would pass them on.

**WITNESS, MR. MATITYAHU:**  I truly, I swear by my children that I don't remember. Don't remember these things.

**HON. JUDGE BITON:**  That is what she testifies.

**WITNESS, MR. MATITYAHU:**  I didn't address that.

**HON. JUDGE BITON:**  She says,

**WITNESS, MR. MATITYAHU:**  I don't remember that.

**HON. JUDGE BITON:**  She says that you, that she didn't pass it on.

**WITNESS, MR. MATITYAHU:**  I don't remember that.

**HON. JUDGE BITON:**  That she returned it to you to pass it,

**WITNESS, MR. MATITYAHU:**  I, truly I don't remember that.

**HON. JUDGE BITON:**  either to Parnes or to Genger.

**WITNESS, MR. MATITYAHU:**  Don't remember that. I truly don't remember that.

**ADV. NACHMANI:**  You don't remember that?

**WITNESS, MR. MATITYAHU:**  No. Not at all.

**ADV. NACHMANI:**  And you never remembered it? It's not a forgetfulness that suddenly struck you?

**WITNESS, MR. MATITYAHU:**  No. I didn't remember it then either,

**ADV. NACHMANI:**  You didn't remember.

**HON. JUDGE BITON:**  That what?

**WITNESS, MR. MATITYAHU:**  in the trial,

**HON. JUDGE BITON:**  That she approached you! Returned it to you to pass it on?

171

**ADV. NACHMANI:**  That he produced 2 reports, yes.

**HON. JUDGE BITON:**  To pass them on?

**WITNESS, MR. MATITYAHU:**  All, it's not, I wasn't asked at all to talk about this in the past.

**ADV. NACHMANI:**  Yes.

**WITNESS, MR. MATITYAHU:**  If she passed, if I had to pass the reports to someone else.

**ADV. NACHMANI:**  Good. Now look,

**WITNESS, MR. MATITYAHU:**  I don't, I don't remember that.

**ADV. NACHMANI:**  Okay. I want,

**HON. JUDGE BITON:**  What do you mean?

**ADV. NACHMANI:**  Listen.

**HON. JUDGE BITON:**  The fact that you weren't asked is one thing, but she says that you, that you passed it. She didn't.

**WITNESS, MR. MATITYAHU:**  So she says. I don't remember. Truly I don't remember.

**HON. JUDGE BITON:**  Did you have contact with Genger?

**WITNESS, MR. MATITYAHU:**  With whom?

**HON. JUDGE BITON:**  With Genger.

**WITNESS, MR. MATITYAHU:**  With Genger I had no contact.

**HON. JUDGE BITON:**  Because it is addressed to Sagi Genger.

**WITNESS, MR. MATITYAHU:**  So fine. They asked me to write,

**HON. JUDGE BITON:**  So you had contact with,

**WITNESS, MR. MATITYAHU:**  for him.

**HON. JUDGE BITON:**  You had contact,

**WITNESS, MR. MATITYAHU:**  so that's what I wrote.

**HON. JUDGE BITON:**  You had contact,

**WITNESS, MR. MATITYAHU:**  What?

**HON. JUDGE BITON:**  Did you have contact with Parnes?

**WITNESS, MR. MATITYAHU:**  With Parnes, only after the meeting with them. That, the contact with Parnes was.

**HON. JUDGE BITON:**  No, but you do remember that you passed to him,

**WITNESS, MR. MATITYAHU:**  I don't remember that.

**HON. JUDGE BITON:**  this report?

**WITNESS, MR. MATITYAHU:**  I don't remember that I passed to him. I don't remember.

**HON. JUDGE BITON:**  So what do you remember? She remembers that there were 2 reports in her email.

Translation 2025
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**ADV. NACHMANI:**  You delivered,

**HON. JUDGE BITON:**  What does it mean?

**MR. PARNES:**  What?

**HON. JUDGE BITON:**  What does this business card mean?

**MR. PARNES:**  It is a business card,

**HON. JUDGE BITON:**  Why is she presented at your office?

**MR. PARNES:**  As part of a small office, marketing,

**ADV. NACHMANI:**  Excuse me.

**MR. PARNES:**  Trying to show that you are more than one person. That you are really, an office. And there was, I had Jane Altshuler, there was another lawyer we worked with together and worked under, like, the brand Parnes & Co. And this came out, this is the first card that came out apparently in the office in 2015.

**HON. JUDGE BITON:**  And was it with her consent that you would list her?

**MR. PARNES:**  Yes. We were, we were in meetings,

**HON. JUDGE BITON:**  She knew,

**MR. PARNES:**  in meetings with clients. We also presented these, these business cards.

**HON. JUDGE BITON:**  Together?

**MR. PARNES:**  Together. Also her email, meaning,

**HON. JUDGE BITON:**  What? Did you present her as a partner or as an employee?

**MR. PARNES:**  No, we did not define. She was not a partner, but I did not come and say 'associate', that she is an employee, and no, this, she is a lawyer with me. This,

**ADV. NACHMANI:**  Okay. So when she says she never saw this card,

**MR. PARNES:**  Yes.

**Q:**  so what was your response to that?

**A:**  That it's not true.

**Q:**  That it's not true. And when she says she never used the mailbox, the email jane@Parnes.CO, what do you say about that?

**A:**  That it's also not true.

**Q:**  It's not true. And when I present to you here an email that you received from her, okay? on the 11th of September 2019 with queries about Eric and Orly,

**A:**  Okay.

**Q:**  This email is real.

**A:**  I see that it is written here Orly.

**Q:** Yes.

**A:** I, I see that yes. This,

**Q:** When did you submit? This,

**A:** yes, yes, yes.

**Q:** Is this real?

**A:** Yes.

**Q:** Yes. And this, so when Attorney Altshuler says she does not know this email and that she never used it, what is your response to that?

**A:** I don't, I don't know how she says that, but,

**Q:** What reason for her to distance  herself,

**A:** I don't know.

**Q:** from your office?

**A:** I don't know.

**Q:** I, but she, excuse me, according to your claim, testifies untruthfully when she tries to distance herself from your office.

**A:** No. I don't know about her distancing herself. She spoke about an email address and about a business card.

**Q:** Yes.

**A:** Explicitly they were hers.

**Q:** Yes

**A:** The email, until, until you sued her, she cooperated with me and she used the Parnes & Co email.

**Q:** Until, we sued here in '21. Until '21,

**A:** Yes.

**Q:** Okay? She used this email.

**A:** Yes, until '20, '21. Something like that.

**Q:** I see. And this was, this is the email box that you communicated with her on the matters shared by you.

**A:** Correct.

**Q:** Okay. And this email box is yours? Do you own it?  The domain is yours.

**A:** The domain is mine. I don't know about the mailbox. I don't know,

**Q:** You, when did you create, when did you close this domain?                 218

Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**Q:** You have passwords to enter it, (English), if you don't have you can ask.

Why, why when you declared that you have no document related to this lawsuit, did you not search in Jane's mailbox?

**A:** I will explain.

**Q:** Yes.

**A:** I don't have access to this mailbox. And in Gmail there is a possibility that you have a sort of Alias, you sort of enter one box and enters another box. So for example in my Gmail I can have something with something else, and no, and it's not a mailbox of its own.

**Q:** What?

**A:** That's how Gmail is.

**Q:** It's not, it's not Gmail. It's a Parnes.CO mailbox.

**A:** Let me give you an example.

**Q:** Yes.

**A:** I have, I have

**Q:** So, just a moment. So now, a second.

**A:** just a moment. Let me finish.

**Q:** Yes, yes.

**A:** I also have, I have an address from the university where I studied.

**Q:** Yes.

**A:** Okay? There is no such address. There is no such mailbox. There is an address and it reaches my Gmail, it's the Gmail. But when I send you from my Gmail the address of, of the university will appear.

**Q:** All, all of this mailbox reached you? Is that what you are saying now?

**A:** No. No. Me mine, her hers.

**Q:** I see. I am telling you that you are the Administrator of this mailbox.

**A:** I,

**Q:** and you can search in it.

**A:** But I am telling you, you are not listening.

**Q:** Yes

**A:** Let's take the university.

**Q:** I don't want the university.

**A:** No, no, I am giving to you as an example.

09 December 2025
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**Q:** No. I don't want an example.

**A:** But,

**Q:** I am asking you sir, you asked the, you asked,

**A:** But let me for a moment, let me,

**Q:** I have a question. Who, who built, who operates these mailboxes for you?

**A:** I have one mailbox that is mine.

**Q:** The Parnes domain.

**A:** I have one mailbox of mine.

**Q:** Who, who registered the domain for you?

**A:** One mailbox of mine.

**Q:** Okay. Who operates it for you?

**A:** What? The Gmail?

**Q:** The mailbox.

**A:** Of this mailbox?

**Q:** Yes.

**A:** I.

**Q:** You. Do you pay for it?

**A:** I believe so.

**Q:** Who paid for Jane's mailbox?

**A:** I don't know if she had a mailbox. That is what I,

**Q:** I am showing you Jane. You've just testified a second ago.

**A:** A second. Let me, you, you,

**Q:** This is a separate mailbox. Look at,

**A:** No.

**Q:** Ex. 51

**A:** No. But, but that is what you don't understand.

**Q:** What do I not understand? Yes.

**A:** That's why I took another example.

**HON. JUDGE BITON:** It's not with me. It's with you.

**ADV. NACHMANI:** I am returning it.

**MR. PARNES:** In the university for example, which is not related,

**Q:** Yes.

222

09 December 2025
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**A:** There is a university address. I receive emails to this address. I don't have a mailbox at the university.

**Q:** No.

**A:** It is my Gmail. And when I send from there,

**Q:** Yes.

**A:** electronic messages, it goes out with the university address. The general public does not know that it's not from my Gmail.

**Q:** Yes.

**A:** That's what I'm saying.

**HON. JUDGE BITON:**  Where is Ex. 1?

**ADV. NACHMANI:**  Yes. Now look, you just testified about it a second ago. I don't understand why you,

**MR. PARNES:**  Because, because there is a difference between control,

**Q:** I asked you,

**A:** in the email and,

**Q:** Look.

**A:** Good.

**Q:** DAP

**A:** Correct.

**Q:** At symbol,

**A:** Correct.

**Q:** Parnes.CO.

**A:** Correct.

**Q:** Is this your mailbox?

**A:** Yes.

**Q:** Okay. The mailbox from which you received mail, jane@Parnes.CO, whose is It?

**A:** Jane's address, but it could be and this is what it seems to me, that it's the Gmail. Like how I receive,

**Q:** I see.

**A:** to the Gmail with, with another address.

**Q:** And did you check?

**A:** That's how I receive mine.

**Q:** Sir, did you check?

223

09 December 2021
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21    Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**A:**  I, Jane for that matter.

**Q:**  Yes.

**A:**  Orly Report Husband I object - okay.

**Q:**  Yes.

**A:**  I object.

**Q:**  Yes.

**A:**  (English), to the disclosure, that it is part of attorney-client privilege.

**Q:**  My work product - my work product -

**A:**  of the office. Correct.

**Q:**  You objected, you objected,

**A:**  Yes.

**Q:**  to the disclosure, you [objected] this. Claimed that you have,

**A:**  No.

**Q:**  Yes.

**A:**  I claimed for the office. It is written there "My firm".

**Q:**  For the office. Who is the Firm?

**A:**  Jane and I and someone else,

**Q:**  I see.

**A:**  who is not here now.

**Q:**  I see.

**A:**  My firm. Otherwise I would say (unclear).

**Q:**  I want to ask you now, this, does the Work product belong to Jane? Jane said that she never, look, she never worked with you. She knows you, she did the apartment for you. She was not your partner, not your employee, she did not handle this matter, she did not order the report, she did not read the report. You go, you at home, also did not say, did not say that it belongs to Jane, that it is Jane Altshuler's. One second. Work product or privilege belongs to a person, it does not belong to a company.

**A:**  It is not mine.

**Q:**  Okay.

**A:**  It belongs to the client.

**Q:**  Sir, here you referred to Jane?

227

**A:**  Yes.

**Q:**  And you also know that Sagi submitted a declaration in the United States that he does not know Sassi and was never in contact with him.

**A:**  Okay.

**Q:**  Okay. Now, you say that Jane sent you documents. We see documents about Eric Herschmann in that same week that they were sent to you. Now I'm asking you, I, now I'm asking you,

(Speaking together)

**MR. PARNES:**  But you're saying (unclear),

**ADV. NACHMANI:**  Here. Ex. 1.

**MR. PARNES:**  She sent this to me. This exists.

**Q:**  Documents about,

**A:**  Correct.

**Q:**  Documents about Orly, one second.

**A:**  I said that.

**Q:**  About Orly and Eric in that same week she sends them to you, which later arrived to the United States. Now I'm asking you,

**A:**  Yes.

**Q:**  how did the report arrive in the United States.

**A:**  I don't know. I did not send it.

**Q:**  Can we, can we stop here?

**HON. JUDGE BITON:**  Sir, you sent it.

**MR. PARNES:**  I don't know. I really don't know.

**HON. JUDGE BITON:**  But you, you, just a moment. Do you deny that you requested it from Jane?

**MR. PARNES:**  I requested from Jane in August, or (unclear) it was, I received a referral from the client that they are trying to defraud him and that they do not, do not want to pay and so on. So to perform a basic investigation. I referred, I do not know, I do not deal in the field. Not in litigation, not,

**HON. JUDGE BITON:**  Okay.

**MR. PARNES:**  private investigators. I turned to Jane, can you (unclear), no problem. She said I can, there are investigators in the case because I know, (unclear) in which I work, I can find. And she was supposed to, did not find. Good, I found someone, I said okay, go ahead. Basic investigation, perform.

229

09 September 2025
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.  v.  Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**HON. JUDGE BITON:**  So.

**MR. PARNES:**  That's it.

**HON. JUDGE BITON:**  The report arrived, what  happened with it?

**MR. PARNES:**  It did not arrive to me.

**HON. JUDGE BITON:**  To whom did it arrive?

**MR. PARNES:**  It arrived to her.

**HON. JUDGE BITON:**  And what,

**MR. PARNES:**  She asked me what to do with it. I said send it to the client. That's all.

**HON. JUDGE BITON:**  So, so she sent it to the client?

**MR. PARNES:**  I did not receive it. It did not, did not interest me, sorry I am saying that. This did not interest me that much. It is a negligible document. That's all.

**HON. JUDGE BITON:**  But you requested sir, right? You requested,

**MR. PARNES:**  I requested that it be performed but I,

**HON. JUDGE BITON:**  Great.

**MR. PARNES:**  did not request the investigation.

**HON. JUDGE BITON:**  It was performed, right?

**MR. PARNES:**  I know that it was performed. Yes.

**HON. JUDGE BITON:**  So what, she received it and what did she do with it?

**MR. PARNES:**  Transferred it, it turns out she told him to transfer it directly to the client. I did not receive it.

**HON. JUDGE BITON:**  So she says. He says that he does not know anyone.

**MR. PARNES:**  Okay, fine, but,

**HON. JUDGE BITON:**  Either he transferred it to you, or he transferred it to Genger,

**MR. PARNES:**  I did not know him.

**HON. JUDGE BITON:**  Or she transferred it. Ultimately, the client Genger is yours, isn't he?

**MR. PARNES:**  Yes, but I did not receive, I did not receive it,

**HON. JUDGE BITON:**  But you requested it sir. Well, how much can one,

**MR. PARNES:**  I,

**ADV. NACHMANI:**  Yes, how much can one flee from this thing?

**MR. PARNES:**  No,

**HON. JUDGE BITON:**  Flee from your client, no?

**MR. PARNES:**  If I had it, I would have brought it.

**ADV. NACHMANI:**  Sir, how do you,

Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21   Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**HON. JUDGE BITON:**  But it's your client.

**MR. PARNES:**  What?

**HON. JUDGE BITON:**  You agree that it is your client, no? Genger is your client or someone else's?

**MR. PARNES:**  He is my client.

**HON. JUDGE BITON:**  So.

**HON. JUDGE BITON:**  Genger requested from you what he requested from you. Right?

**MR. PARNES:**  Correct.

**HON. JUDGE BITON:**  So,

**MR. PARNES:**  and I turned to Jane.

**HON. JUDGE BITON:**  So the client wants what he requested.

**MR. PARNES:**  Right.

**HON. JUDGE BITON:**  You transferred to him what he requested?

**MR. PARNES:**  No.

**HON. JUDGE BITON:**  Who transferred to him?

**MR. PARNES:**  I assume that Jane transferred to him. Jane or Matityahu directly. That's all.

**HON. JUDGE BITON:**  Okay.

**ADV. NACHMANI:**  Now look sir.

**HON. JUDGE BITON:**  So what? In your name actually.

**MR. PARNES:**  She transferred. I did for that matter, as I understand now that subcontractors this, subcontractor, I transferred a subcontractor to Jane who worked, I saw, on numerous things, I said do it. That's all.

**HON. JUDGE BITON:**  So she transferred it to Genger?

**MR. PARNES:**  Yes.

**HON. JUDGE BITON:**  She knew to transfer it to Genger?

**MR. PARNES:**  I assume so.

**HON. JUDGE BITON:**  How?

**MR. PARNES:**  I probably gave her the address, or,

**ADV. NACHMANI:**  Sir, you declared in your affidavit,

**MR. PARNES:**  Yes.

**Q:**  that she does not know my clients.

**A:**  Okay.

**Q:**  That's what you wrote.

09 December 2021
Tel Aviv-Jaffa Magistrates Court
CC 27635-04-21    Herschmann et al.   v.   Altshuler Fedorov et al.
Before: Hon. Judge Arieh Biton

**A:**  just a second. So, again.

**Q:**  just a second. No. Listen, listen until the end.

**A:**  But you are distorting things.

**Q:**  Listen until the end.

**A:**  You are distorting the,

**Q:**  You,

**A:**  state of affairs.

**Q:**  You,

**A:**  I didn't speak, also in the affidavit. Not me. I said the firm, okay? The firm for that matter is also,

**Q:**  The firm is Jane and you.

**A:**  For that matter, and an employee who was there. Never mind.

**Q:**  Excuse me for a moment.

**A:**  But,

**Q:**  Moment. Let's do it,

**A:**  for that matter, it's Jane.

**Q:**  Yes.

**ADV. ALTSHULER:**  I object to that very much.

**MR. PARNES:**  Wait a second. For that matter it's Jane.

**ADV. NACHMANI:**  Yes! Why are you, stand up and object.

**ADV. ALTSHULER:**  I object while sitting.

**ADV. NACHMANI:**  Please, object.

**ADV. ALTSHULER:**  I am not,

**HON. JUDGE BITON:**  But come on, prepare the,

**ADV. ALTSHULER:**  I am not in the office.

**HON. JUDGE BITON:**  I want,

**ADV. ALTSHULER:**  I am very sorry. I have been licensed since 2014 and I don't share an office with any one except for myself.

**ADV. NACHMANI:**  Excellent.

**ADV. ALTSHULER:**  I'm sorry

**ADV. NACHMANI:**  Fine. He saw it differently.

**HON. JUDGE BITON:**  We heard that.

**ADV. NACHMANI:**  Yes.

**Q:** Are you in contact with him?

**A:** Yes.

**Q:** You know that he claimed in a United States court that he received this report from you and you gave him,

**A:** He did not receive,

**Q:** a translation of this report?

**A:** No. We translated it together.

**Q:** We translated it together.

**A:** Online. Yes. We translated online. Yes.

**Q:** Thank you very much.

**A:** Yes.

**Q:** You translated it together,

**A:** So, what's the problem?

**Q:** Online. That means,

**A:** (Unclear).

**Q:** Look at that.

**A:** From Skype to Zoom, and you are translating it,

**Q:** So you saw this document.

**A:** I saw, but no, I didn't receive [it],

**Q:** But a second ago you told me that you never saw it.

**MR. HERSCHMANN:**  (English).

**ADV. NACHMANI:**  Yes. Yes.

**MR. PARNES:**  (Unclear).

(Speaking together)

**ADV. NACHMANI:**  You translated the document. Sir, you did not testify truthfully here. You did not, testify truthfully. We are moving on. Now,

**MR. PARNES:**  Fine, move on.

**Q:** And I'm telling you that you did not testify truthfully.

**A:** Okay. Fine.

**Q:** Because you understand how problematic the truth is for you.

**A:** Why is it problematic?

**Q:** Now, why

**A:** Yes.