# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

Date:  **April 24, 2026**

----------------------------------------------------------------x

In re:                                                                Chapter 7

      Orly Genger,

                                        Case No. 19-13895 (JLG)

                          Debtor.

----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | John Dellaportas, Esq., Counsel to Sagi Genger; Eric Herschmann, Esq., Pro Se; Adam Pollock, Esq., Counsel for the Orly Genger Trust; Michael Bowen, Esq., Counsel for Orly Genger; Christopher Gartman, Esq., Counsel to ADBG LLC, Tedco, Inc., the Genger Litigation Trust, David Broser and Arnold Broser; Jerrold Steigman, Esq., Counsel to Michael Oldner; Jennifer Pierce, Esq., Counsel to Sagi Genger (Listen Only) |
| Proceedings: | Case Conference |
| Order: | 1.     Mr. Herschmann is directed to docket the certified translation of the transcript and to provide two single-sided copies of the transcript to Chambers. |

2.     On or before Monday, April 27, 2026, at 4:00 p.m., counsel for Sagi Genger (Mr. Pitta) shall submit an e-mail to Chambers, with copies to all parties who appeared at this conference, setting forth a proposed briefing schedule for the response to the sanctions motion and any cross-motion for sanctions.

3.     Mr. Herschmann, Mr. Bowen, and Mr. Pollock are directed to meet and confer following this conference regarding the asserted factual errors in the sanctions motion.  To the extent the parties identify factual errors, Mr. Bowen shall promptly file a corrected brief.

4.     Mr. Pollock shall coordinate with Mr. Pitta so that the status of the meet-and-confer, and any unresolved issues, are reflected in the Monday, April 27, 2026 e-mail to Chambers.

     5.      The Court shall conduct a status conference via CourtSolutions on Tuesday, April 28, 2026, at 3:00 p.m.

BY THE COURT.

Dated: April 27, 2026
        New York, New York

/s/ *James L. Garrity, Jr.*

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge