# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman
Hugh D. Sandler
Jerrold L. Steigman

Ainsley C. Dowling

Lisa A. Cahill
Rebecca S. Campbell
*Of Counsel*

Writer's E-mail

jsteigman@krantzberman.com

May 7, 2026

<u>BY EMAIL & ECF</u>
Honorable James L. Garrity, Jr.   *** See Memorandum Endorsement Order on Next Page ***
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RE: *In re Orly Genger* (No. 19-13895-jlg)

Dear Judge Garrity:

We write on behalf of Michael Oldner as counsel for Mr. Oldner in *Piazza et al. v. Genger et al.*, Adv. Proc. 22-01106 (JLG).  Mr. Oldner is a subject of the sanctions motion in the above-captioned main bankruptcy case, and we write to respectfully request a three-week extension of the deadline to respond to the sanctions motion.  An extension is requested to allow time for Mr. Oldner to address serious health issues and to retain new counsel in connection with the sanctions motion.

Mr. Oldner's health issues in the past two weeks have made communication with him intermittent and difficult.  (He has authorized us to submit this application.)  If requested we will provide the Court *ex parte* details of the issues.  We have been actively assisting Mr. Oldner in retaining new counsel; given his health issues he has not done so as of this writing.

Under the proposed briefing schedule agreed to by the parties, the deadline to respond to the sanctions motion is May 25, 2026.  We respectfully request an extension of that deadline to June 15, 2026.  If the Court is amenable to this extension, we will work with the parties to submit a revised proposed scheduling order.

Respectfully submitted,

*/s/ Jerrold L. Steigman*
Jerrold L. Steigman

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009
www.krantzberman.com

**<u>\*\*\*Memorandum Endorsed Order\*\*\*</u>**

The Court grants Mr. Oldner's request for an extension of time as follows. Mr. Oldner's time to respond to the sanctions motion is extended to June 10, 2026. The parties shall submit a revised scheduling incorporating that change in the briefing schedule.

Dated: May 21, 2026
New York, New York

/s/ *James L. Garrity, Jr.*

Honorable James L. Garrity, Jr.
United States Bankruptcy Judge