UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* ORLY GENGER,

     Debtor.

    Bankr. No. 19-13895 (JLG)

**NOTICE OF
APPEARANCE**

To the Clerk of this Court and all parties of record:

    I respectfully enter my appearance as counsel in this case on behalf of Non-party Respondent Adam Pollock and the law firm of Pollock Cohen LLP, in connection with Orly Genger's Corrected Motion for Sanctions [Dkt. 776], dated April 26, 2026.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
       May 21, 2026

_____
    Daniel F. Wachtell

Law Office of Daniel F. Wachtell
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com