**LAW OFFICE OF DANIEL F. WACHTELL**
90 Broad Street, 23rd Floor
New York, New York 10004
917-667-6954
dan@danwachtell.com

May 21, 2026

**VIA ECF**

Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

Re:    *In re Orly Genger*, Case No. 19-13895 (JLG)

Dear Judge Garrity:

I write as counsel to Adam Pollock, Esq. and Pollock Cohen LLP.  I write to join in the request from Mr. Pollock's letter of earlier today that Your Honor adjourn the presently proposed due date of Memorial Day, May 25, for the pending opposition to Debtor's [Corrected] Motion for Sanctions [Dkt. 776] against Mr. Pollock and others.  In the alternative, I request that Your Honor schedule a conference in this matter early next week and adjourn the due date for the aforementioned opposition until after such conference.

I have this afternoon accepted service on Mr. Pollock's behalf of two extensive document subpoenas served in the newly filed New York state court action referenced in Mr. Pollock's earlier letter, i.e. *Orly Genger v. Michael Oldner*, No. 156331/2026.  This subpoena, service of which I accepted with a full reservation of rights, inappropriately seeks to use state-court process to gather discovery plainly aimed at bolstering Debtor's pending sanctions motion and adversary proceeding in this Court (No. 22-ap-01106), and should be quashed on various grounds.

Accordingly, I join in Mr. Pollock's request for a four-week adjournment – to some date after June 16, when the temporary restraining order granted in the new state court action is scheduled to be heard – of the dates in the proposed scheduling order governing responses to Debtor's Sanctions Motion, which was submitted to the Court via email by Thomas Pitta on May 7, 2026.[1]

---

[1] On Mr. Pollock's behalf, I also draw the Court's attention to Mr. Bowen's false assertion in his letter today – one that the Herschmann Parties have previously made to this Court and the District Court – that Mr. Pollock has "[f]or years . . . been in possession of the 'nuclear option' documents . . . yet improperly withheld them from discovery in this proceeding before this Court." (Ltr. at 2.)  This allegation of wrongdoing is entirely lacking in "evidentiary support." Rule 9011(b)(3).  The idea that Mr. Pollock wrongly possessed and withheld documents is

Additionally, we respectfully request that this Court schedule a status conference early next week, after Memorial Day.  (Tomorrow, Friday May 22, 2026, is a Jewish holiday.)

I appreciate Your Honor's consideration of this request.

Yours, sincerely,

Daniel F. Wachtell

cc:   All counsel of record
       Via ECF

---

simply unfounded – a fact to which he will attest in an affirmation to be filed in opposing the Sanctions Motion.