**SPENCER L. SCHNEIDER, P.C**
ATTORNEY AT LAW
469 Seventh Ave., 12th Flr, New York, NY 10018
212-267-6900  Cell: 917-776-4703
sschneider@slsatty.com

May 28, 2026

By ECF
The Honorable. James L. Garrity, Jr.
 United States Bankruptcy Court
 Southern District of New York
 One Bowling Green, Courtroom 601
 New York, NY 10004

Re: *In re Orly Genger*, Case No. 19-13895 (JLG)

Dear Judge Garrity:

I represent Michael Oldner. I am writing about a scheduling matter with respect to a case (the "**Removed Litigation**") which was removed last night from New York Supreme Court, New York County, pursuant to 28 U.S.C. §§ 157, 1334 and 1452, Bankruptcy Rule 9027, and the District Court's Standing Order of Reference M-431. A copy of the Notice of Removal is filed herewith. I expect the Removed Litigation will be transferred to Your Honor forthwith.

The Debtor Orly Genger filed the Removed Litigation against Mr. Older on May 18, 2026, to remove him as trustee of the Orly Genger spendthrift trust. On May 19, 2026, the Supreme Court issued an *ex parte* temporary restraining order that restrains Mr. Oldner from "taking any further action as Trustee of the Orly Trust and on behalf of the Orly Trust." The TRO therefore purports to stay Mr. Oldner's pending adversary proceeding in this Court, his participation in two other actions pending in the Southern District of New York District Court, and even from responding to a pending sanctions motion in this Court.

The Order to Show Cause signed by the State Court Judge set June 16, 2026, as the hearing date and May 29, 2026 as the time for Mr. Oldner to oppose the motion. Debtor's counsel has taken the position that the State Court briefing schedule carries over to this Court. However, that schedule does not comport with Your Honor's Chambers Rules. Further, as of the filing of this letter, the Removed Litigation has not even been assigned to Your Honor. Accordingly, Mr. Oldner believes that a new hearing date and briefing schedule should be set by this Court and requests that Your Honor hold a scheduling conference to discuss an appropriate schedule once the Removed Litigation is assigned to Your Honor's docket.

Respectfully,

Spencer L. Schneider