# HERSCHMANN BENSON BOWEN LLP

MICHAEL PAUL BOWEN
DIRECT DIAL: (917) 341-4611
MBOWEN@HBB-FIRM.COM

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 226-4226

TEXAS
NEW YORK
NEW JERSEY

June 26, 2026

**VIA ECF**

Honorable James J. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  *In re Orly Genger*, 19-13895-JLG

Dear Judge Garrity:

I write on behalf of debtor Orly Genger concerning her pending sanctions motion against, among others, Michael Oldner, the trustee of the Orly Genger 1993 Trust. As set forth in the motion, Mr. Oldner, the Trust's subsidiary, Recovery Effort, Inc. ("REI") (which is controlled by Mr. Oldner as the trustee) and the other co-conspirators used the Trust, of which Orly is the beneficiary, to target Orly with their illegal "nuclear option" scheme (the "Pending Sanctions Motion," filed at ECF No. 776).

Orly recently commenced a CPLR Article 77 special proceeding in New York County Supreme Court to remove Mr. Oldner as the trustee for breaching his fiduciary duties of undivided loyalty to the Trust and to Orly.  *Orly Genger v. Michael Oldner*, N.Y.S. Index No. 156331/2026.  In that proceeding, Justice Ramseur issued a temporary restraining order ("TRO") temporarily restraining Mr. Oldner, pending a preliminary injunction hearing, from acting as trustee and on behalf of the Trust without first giving notice to Orly and the court and obtaining the court's approval.  Mr. Oldner then improperly removed the state court proceeding to this Court, though Judge Barday remanded the proceeding back to the state court on June 11, 2026.

Today, at a hearing before Justice Ramseur, the New York court confirmed that any response by Mr. Oldner on behalf of REI—now due in this Court on July 3—to the Pending Sanctions Motion is covered by the TRO, and must be approved by the court before it is filed. Orly agrees that Mr. Oldner is bound to abide by Orders of this Court.  Therefore, to avoid conflict with proceedings before this Court and the Court's consideration of the Pending Sanctions Motion, and to avoid any further delay in the Article 77 proceeding that might be caused by the need for Justice Ramseur to review and decide whether a proposed response on

behalf of REI should be approved, Orly is filing a notice of withdrawal without prejudice of the Pending Sanctions Motion as against REI (and REI only).

Respectfully submitted,


/s/ Michael Paul Bowen

*Counsel to Debtor Orly Genger*

2