**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re Orly Genger,<br><br>        Debtor. |

Case No. 19-13895-JLG

**NOTICE OF WITHDRAWAL OF ORLY GENGER'S**
**SANCTIONS MOTION SOLELY AS AGAINST RECOVERY EFFORT, INC.**

PLEASE TAKE NOTICE that debtor Orly Genger hereby withdraws, without prejudice, her pending motion for sanctions, filed at ECF No. 776, solely as against, and with respect to the relief sought against, Recovery Effort, Inc.  The pending sanctions motion is otherwise unchanged, and Orly continues to seek the relief set forth in the motion against the other respondents named therein.

Dated:  June 26, 2026

Respectfully submitted,

By: */s/ Michael Paul Bowen*
Michael Paul Bowen
Herschmann Benson Bowen LLP
305 Broadway, 7th Floor
New York, NY 10007
mbowen@hbb-firm.com

*Counsel for Debtor Orly Genger*