**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza,*
*Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

                                    Chapter 7

ORLY GENGER,

                                    Case No. 19-13895 (JLG)

               Debtor.
-------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to the provisions of 28 U.S.C. §1746, Sheree Nobles, declares under the penalty of perjury, the following to be true and correct:

I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

On June 26, 2026, I caused to be served a true copy of *Notice of Presentment of Order Authorizing The Retention of Herschmann Benson Bowen LLP As Special Counsel To The Trustee Pursuant To Section 327(e) of The Bankruptcy Code,* via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties on the annexed Service List.

Dated:  Stratford, Connecticut
         June 29, 2026

                                   /s/ Sheree Nobles
                                   Sheree Nobles

086201\1\180583145.v1

## <u>SERVICE LIST</u>

ADBG LLC
C/O HUGHES HUBBARD & REED LLP
ATTN. CHRIS GARTMAN / CHRIS KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

D&K GP LLC
c/o LAW OFFICE OF IRA DANIEL TOKAYER, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY 10170

ARIE GENGER
19111 COLLINS AVE.
APT. 706
SUNNY ISLES, FL 33160

ORLY GENGER
210 LAVACA ST., UNIT 1903
AUSTIN, TX 78701

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

DALIA GENGER
c/o LAW OFFICE OF IRA DANIEL
TOKAYER, ESQ.
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NY 10170

ERIC HERSCHMANN
210 LAVACA ST., UNIT 1903
AUSTIN, TX 78701

SURETEC INSURANCE CO
C/O CLARK HILL STRASBURGER
901 MAIN ST #6000
DALLAS TX 75202
ATTN: RYAN B. DELAUNE, ESQ.

ERIC HERSCHMANN
C/O LAW OFFICES OF RAYMOND BATTAGLIA
66 GRANBURG CIRCLE
SAN ANTONIO TX 78218

HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

TPR INVESTMENT ASSOCIATES, INC.
C/O EMMET MARVIN & MARTIN LLP
120 BROADWAY, 32nd FL
NEW YORK, NY 10271
ATTN: THOMAS PITTA/ JOHN DELLAPORTAS

GENGER LITIGATION TRUST
ATTN. DAVID BROSER
104 WEST 40TH STREET, 19TH FLOOR
NEW YORK, NY 10018

ORLY GENGER 1993 TRUST
MICHAEL OLDNER, TRUSTEE
c/o POLLOCK COHEN LLP
111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
ATTN: ADAM POLLOCK, ESQ.
        ANNA MENKOVA, ESQ.

DALIA GENGER
200 E. 65TH STREET, 32W
NEW YORK, NY 10021

KASOWITZ BENSON TORRES LLP
ATTN: MATTHEW B. STEIN / ANDREW KURLAND
1633 BROADWAY, FLOOR 21
NEW YORK, NY 10019

SAGI GENGER
C/O EMMET MARVIN & MARTIN LLP
120 BROADWAY, 32ND FL
NEW YORK, NY 10271
ATTN: THOMAS  PITTA/ JOHN DELLAPORTAS

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ONE BOWLING GREEN, ROOM 534
NEW YORK, NEW YORK 10004

THE ORLY GENGER 1993 TRUST
C/O JAY H. ONG, ESQ.
MUNSCH HARDT KOPF & HARR PC
1717 W. 6TH ST, STE. 250
AUSTIN TX 78703

ARIE GENGER
C/O TOGUT, SEGAL & SEGAL LLP
ONE PENN PLAZA, SUITE 3335
NEW YORK, NEW YORK 10119
ATTN: FRANK A. OSWALD / BRIAN F. MOORE

SAGI GENGER
C/O SABRINA L. STREUSAND, ESQ.
STREUSAND, LANDON, OZBURN
& LEMMON, LLP
1801 S. MOPAC EXPRESSWAY, SUITE 320
AUSTIN, TEXAS 78746

MARKEL SURETY
C/O SURETEC INSURANCE COMPANY
5555 GARDEN GROVE BLVD., STE 275
WESTMINSTER, CT 92687

ZEICHNER ELLMAN & KRAUSE LLP
730 THIRD AVENUE
NEW YORK, NY 10017
ATTN: STEPHEN F. ELLMAN, ESQ.

MICHAEL PAUL BOWEN, ESQ.
HERSCHMANN BENSON BOWEN LLP
305 BROADWAY, 7TH FLOOR
NEW YORK, NY 10007

NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038

ORLY GENGER 1993 TRUST
C/O MICHAEL OLDNER
86 PLEASANT VALLEY DR, #16
LITTLE ROCK, AK 72227

SPENCER LEE SCHNEIDER, ESQ.
39 BROADWAY, 32ND FLOOR
NEW YORK, NY 10006

NYS DEPT. OF TAXATION & FINANCE
BANKRUPTCY UNIT-TCD
BUILDING 8, ROOM 455
W.A. HARRIMAN STATECAMPUS
ALBANY, NY 12227

2

086201\1\180583145.v1

JOHN BOYLE, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NEW YORK  10001-8602

MICHAEL THOMAS SULLIVAN, ESQ.
SULLIVAN & WORCESTER LLP
1251 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10020

RECOVERY EFFORT INC.
C/O REGISTERED AGENTS INC.
701 SOUTH STREET, SUITE 100
MOUTAIN HOME, AR 72653

EDWARD M. SPIRO, ESQ.
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
565 FIFTH AVENUE
NEW YORK, NY 10017

LAW OFFICE OF DANIEL WACHTELL
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004

086201\1\180583145.v1